Richard L. Gemma (*pro hac application forthcoming*)
Special Assistant Attorney General
Rhode Island Office of the Attorney General
150 South Main Street
Providence, RI 02903
Telephone: (401) 274-4400 Ext. 2088
Email: rgemma@riag.ri.gov

K. Todd Phillips, Tex. Bar No. 24002767
Jason M. Rudd, Tex. Bar No. 24028786
WICK PHILLIPS GOULD & MARTIN, LLP
3131 McKinney Avenue, Suite 500
Dallas, Texas 75204
Telephone: (214) 692-6200
Email: todd.phillips@wickphillips.com
Email: jason.rudd@wickphllips.com

Andrew M. Troop (*pro hac pending*)
Dania Slim (*pro hac pending*)
Andrew V. Alfano (*pro hac pending*)
PILLSBURY WINTHROP SHAW PITTMAN LLP
31 West 52nd Street
New York, New York 10019
Telephone: (212) 858-1000
Email: andrew.troop@pillsburylaw.com
Email: dania.slim@pillsburylaw.com
Email: andrew.alfano@pillsburylaw.com

*Counsel to the State of Rhode Island*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| In re:<br><br>PROSPECT MEDICAL HOLDINGS, INC.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 25-80002 (SGJ)<br><br>(Joint Administration Requested) |

**INFORMATIONAL BRIEF BY THE STATE OF RHODE ISLAND
IN CONNECTION WITH PROSPECT'S CHAPTER 11 FILING**

In connection with the chapter 11 cases of Prospect Medical Holdings, Inc. and its affiliated debtors (collectively, "Prospect"), Peter F. Neronha, the Attorney General for, and on behalf of, the State of Rhode Island ("Rhode Island") files (a) this Informational Brief and (b) the *Declaration of Jerome Larkin, Director of the Rhode Island Department of Health* (the "Larkin Declaration") filed contemporaneously herewith.

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://omniagentsolutions.com/Prospect. The Debtors' mailing address is 3824 Hughes Ave., Culver City, CA 90232.

4899-7496-7054

**INTRODUCTION**

Rhode Island submits this Informational Brief because Prospect's acquisition and mismanagement of healthcare facilities in Rhode Island has had, and continues to have, significant negative impact on the most vulnerable communities in Rhode Island who rely on these facilities for acute, chronic and preventive healthcare. These healthcare deficiencies must end. The ongoing repercussions of Prospect's actions in Rhode Island compel a prompt and efficient process to transition ownership of Prospect's healthcare businesses in Rhode Island to new, more responsible owners. Indeed, for at least a year *before* these cases commenced, a sale of Prospect's Rhode Island hospitals to Centurion Foundation, Inc. ("Centurion") was well underway and approval for the transfer, subject to conditions, had been provided by the Attorney General and the Rhode Island Department of Health ("RIDOH"). Rhode Island appreciates that Prospect has announced that it intends to pursue this transaction "expeditiously."[2] The common goal now is to turn this aspiration into reality within both Rhode Island's regulatory framework and the Bankruptcy Code.

Although the process of selecting and transitioning the hospitals to new operators must be conducted with expediency, it also must be conducted with utmost care. The delivery of safe, quality healthcare is not only critical to Rhode Island, but it also is paramount to these chapter 11 cases where patient safety and care must be the pillars of Prospect's business around the country.

Equally critical is the need for these hospitals to be operated and transferred to new operators in a manner consistent with Rhode Island's regulatory requirements, as required by 28 U.S.C. § 959, and the recognition that the automatic stay does not interfere with Rhode Island's

---

[2] *See* [CR] Prospect Medical Holdings, Inc. Advances Strategic Pathway to Realign Organizational Focus - 678324c85852c57895848114_Prospect Medical Holdings, Inc. Advances Strategic Pathway to Realign Organizational Focus.pdf (Prospect is "proceeding on a strategic pathway to realign its organizational focus outside of California, including pursuit of an agreement to sell the Roger Williams Medical Center and Our Lady of Fatima Medical Center in Rhode Island to Centurion Foundation, Inc. (the "Rhode Island Transaction[,] . . . in an expedited timeframe. . . ."). *See also* Rundell Decl. ¶ 10, ECF No. 41.

2

exercise of its police powers.[3] These requirements include extant conditions imposed on Prospect by the Attorney General and RIDOH (a) in their 2021 Decisions (the "2021 Decisions") governing the buyout of certain shareholders, including Prospect's then-private equity investor Leonard Green & Partners, L.P. ("Leonard Green"), and (b) in their 2024 Decisions (the "2024 Decisions") approving a sale with conditions to Centurion.[4] As the relevant State regulators, the Attorney General and RIDOH are acutely aware that the two hospitals operated by Prospect in Rhode Island face significant challenges that have put and are putting critical healthcare services at risk.

Given the urgency and complex nature of these transitions, Rhode Island stands ready to work closely with Prospect, the Court, and new operators positioned to ensure a successful transition that prioritizes quality patient care. Rhode Island is committed to a transition executed in a manner that does not disrupt patient care, complies with state regulations and conditions, including without limitation those set forth in the 2021 and 2024 Decisions, and upholds the high standards of healthcare required by the State on a prompt schedule.

## BACKGROUND

### I. The Prospect Bankruptcy

On January 11 and 12, 2025, Prospect filed voluntary petitions for relief under chapter 11 of the U.S. Bankruptcy Code (the "Bankruptcy Code") with this Court. Prospect is operating its businesses and managing its properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

---

[3] *See* 11 U.S.C. § 362(b)(4).
[4] In addition, RIDOH undertook a separate Change in Effective Control review, pursuant to R.I. Gen. Laws § 23-17-1 *et seq.*, and issued its Decision on November 25, 2024.

3

## II. Healthcare in Rhode Island

Rhode Island is the third most densely populated state in the country.[5] The people of Rhode Island are served primarily by twelve acute care hospitals housing 2,805 licensed beds.[6] Only a portion of the licensed beds are staffed due to the nationwide shortage of medical professionals.[7]

Due to hospital closures, staffing shortages, and other reasons, the existing healthcare system in Rhode Island is functioning well beyond capacity. The five hospitals in Rhode Island's most densely populated areas, including the two hospitals owned by Prospect, are unable to absorb more patients.[8] These hospitals are often forced to "board" patients in emergency department rooms and hallways due to lack of capacity. *See* Larkin Decl. ¶ 12. Closing any of these hospitals, or any significant disruption in services, would be catastrophic for the broader healthcare landscape in Rhode Island.

## III. Prospect's Operations in Rhode Island

Prospect owns and operates two hospitals in Rhode Island: Roger Williams Medical Center ("RWMC") and Our Lady of Fatima Hospital ("OLF" and collectively, the "RI Prospect Hospitals"). Both RWMC and OLF serve mostly uninsured and underinsured communities and collectively have over 50,000 emergency room visits per year and 104 behavioral health beds

---

[5] *See* Larkin Decl. ¶ 7.
[6] *See* Larkin Decl. ¶ 8. These hospitals do not include Providence Veterans and Rhode Island Rehabilitation Hospital Centers.
[7] *See* Larkin Decl. ¶ 8.
[8] The most densely populated areas in Rhode Island—Providence, Pawtucket, Central Falls and Woonsocket—were designated as "Health Professional Shortage Areas" for primary care by the U.S. Department of Health and Human Services Health Resources and Service Administration. *See* Larkin Decl. ¶ 9. Five hospitals serve these areas, including Our Lady of Fatima Hospital and Roger Williams Medical Center, which are owned by Prospect. The other three hospitals are Landmark Medical Center, Rhode Island Hospital, and The Miriam Hospital. *See* Larkin Decl. ¶ 10.

4

accounting for no less than approximately 20% of the behavioral health beds. *See* Larkin Decl. ¶¶ 9 and 15. A brief description of each hospital follows:

- ***Roger Williams Medical Center***: RWMC is a licensed, acute-care, 220-bed teaching hospital that offers medical/surgical units and specialized services in oncology services, bone marrow transplantation, geriatric psychiatry, and endoscopy. RWMC offers an Intensive Care Unit, Inpatient and Outpatient Rehabilitation Services, Emergency Services, Inpatient and Outpatient Psychiatric/Mental Health/Addiction Medicine, Laboratory/Pathology, and Dermatology. RWMC has the State's *only* fully accredited bone marrow transplant unit and Level IV Alcohol & Drug Detoxification Program. It is also a Certified Primary Stroke Center. RWMC also fills a critical educational role for future healthcare professionals. It is an academic medical center affiliated with Boston University School of Medicine, with more than sixty postgraduate residents and fellows.

- ***Our Lady of Fatima Hospital***: OLF is a licensed, acute-care, 312-bed community hospital in North Providence with sixty-five licensed behavioral health beds. OLF is a Certified Primary Stroke Center. It offers an Intensive Care Unit, Outpatient Rehabilitation Services, Ambulatory Care Services, Emergency Services, Inpatient and Outpatient Psychiatric/Mental Health/Addiction Medicine Services, Diagnostic Imaging and Interventional Radiology Services, Wound Care, and Hyperbaric Services.

Debtor Prospect CharterCARE, LLC also owns and operates outpatient facilities in the communities surrounding the RI Prospect Hospitals. These facilities provide services to patients across Rhode Island, including without limitation ambulatory medical and surgical care, hospice and home health care, mental health care, and care and treatment for sleep disorders. *See* Larkin Decl. ¶ 19.

IV. **Prospect's Acquisition of the RI Prospect Hospitals and Ownership Changes**

In 2014, Prospect purchased the RI Prospect Hospitals for $45 million, with a commitment to fund $50 million in capital for general purposes within four years of closing plus $10 million per year for routine capital investments. *See* Larkin Decl. ¶ 20. As part of the acquisition, and in reliance on these and other commitments, then Attorney General Peter F. Kilmartin and RIDOH approved the conversion of the RI Prospect Hospitals from non-profit to for-profit hospitals,

5

following an evaluation by the Attorney General and RIDOH pursuant to the Hospital Conversions Act ("HCA")[9]. Approval was based on Prospect's representations that it would supply much needed resources and financial support to these struggling community hospitals, and that it would not substantially reduce essential services. *See* Larkin Decl. ¶ 20.

Since the 2014 sale, Prospect has overseen the RI Prospect Hospitals from its corporate offices in California. As part of its regular operations, Prospect "sweeps" all patient care revenue from the RI Prospect Hospitals every twenty-four hours. *See* Larkin Decl. ¶ 22. The RI Prospect Hospitals are then dependent on a "weekly allowance" provided by Prospect to fund daily operations, which is consistently inadequate.[10]

In 2021, Samuel Lee and David Topper bought private equity investor Leonard Green's interest in Ivy Holdings, Inc., the ultimate owner of Prospect. In seeking approval of this change in ownership, Prospect provided an attestation that there would be "no impact [as a result of the change in ownership] to the services provided, the populations served, the payor mix, the governance, the tax ID numbers, the provider numbers, staffing, strategic plans, financial condition, professional, clerical, administrative, or medical staff, policies, and procedures (including charity care), or the assets, liabilities, and obligations" of the RI Prospect Hospitals. *See* Larkin Decl. ¶ 24. This attestation was key to the approval of the requested change of ownership in its *Decision for Approval with Conditions*, RIDOH's 2021 Decision. *See* Larkin Decl. ¶ 24.

As a condition to approving the change of ownership, the Attorney General's 2021 Decision required an initial aggregate escrow of $80 million by Prospect and Leonard Green.[11]

---

[9] R.I. Gen. Laws § 23-17.14-1 *et seq*.

[10] Rhode Island is concerned that Rhode Island revenue, generated in overwhelming part by payments from, or administered by the State, is being used to fund costs and expenses incurred by operations outside Rhode Island. This too must stop as part of these chapter 11 cases.

[11] *See* https://riag.ri.gov/sites/g/files/xkgbur496/files/documents/Prospect_Chamber_Ivy_AG_HCA_Decision.pdf

The funds support the RI Prospect Hospitals, can fund compliance with conditions imposed on Prospect (including, for example, capital investment requirements) and were required by the Attorney General because of the financial risk that Prospect introduced into the system by issuing "*millions* of dollars in dividends from a business responsible for the safety-net hospitals[.]" Attorney General's 2021 Decision at p.2.[12]

### V. Prospect's Financial Instability and Mismanagement

The RI Prospect Hospitals have consistently suffered significant financial losses and operational revenue decline, due to Prospect's poor business oversight and financial decisions. On January 7, 2025, the U.S. Senate issued a bipartisan staff report analyzing, among other things, the financial instability at the RI Prospect Hospitals, the substantial debt placed on the hospitals, the hundreds of millions of dollars distributed to Prospect's equity owners, and the resulting blatant disregard for the hospitals' critical operational and capital needs.[13] The following summarizes certain additional key facts and their impact based on Rhode Island's independent assessment of Prospect's operations and finances.

In 2018, Prospect assumed $1.12 billion in debt and made $457 million in distributions to shareholders, primarily to Leonard Green, David Topper, and Samuel Lee. *See* Larkin Decl. ¶ 28. The dividend distribution equaled approximately 60 days of cash on hand for Prospect's operations, leaving Prospect with about a _one-day reserve_ for operating expenses. *See* Attorney General's 2024 Decision. In 2019, Prospect sold and then leased back all its hospital real estate in Connecticut, Pennsylvania, and California to Medical Properties Trust, Inc., a real estate

---

[12] Under the HCA, the approval of the Attorney General and RIDOH are both required before hospital transactions may occur.

[13] *See* PROFITS OVER PATIENTS: THE HARMFUL EFFECTS OF PRIVATE EQUITY ON THE U.S. HEALTH CARE SYSTEM, SENATE BUDGET COMMITTEE BIPARTISAN STAFF REPORT, January 2025, available at www.budget.senate.gov/imo/media/doc/profits_over_patients_the_harmful_effects_of_private_equity_on_the_us healthcaresystem1.pdf.

investment trust. Under the sale-leaseback transactions, Prospect was required to pay monthly rent on properties it formerly owned.[14]

Prospect's mismanagement of its hospitals across the country and its disregard for patient care is well-documented. For example, with respect to the Commonwealth of Pennsylvania, in January 2022, Prospect closed the emergency room, suspended ancillary services, and cut the inpatient Acute Substance Abuse and Residential Substance Abuse Program at its Springfield Hospital in Pennsylvania. *See* Larkin Decl. ¶ 30. Prospect also began reducing services at Delaware County Memorial Hospital, a 168-bed hospital in Upper Darby, Pennsylvania, in January 2022. After subsequent reduction of services, including the maternity ward, the operating room, and the intensive care unit, the Pennsylvania Health Department shut down the Delaware County facility due to serious health violations and inadequate staffing. *See* Larkin Decl. ¶ 30.

Prospect also owns three hospitals in Connecticut: Waterbury Hospital, Manchester Memorial Hospital, and Rockville General Hospital. In February 2022, Yale New Haven Health System ("Yale") and Prospect signed an agreement for Yale to acquire Prospect's Connecticut health systems. *See* Larkin Decl. ¶ 31. However, in May 2024, Yale sued Prospect for breaching the agreement by allowing the Connecticut facilities to deteriorate, mismanaging assets, and failing to timely pay rent and taxes.

Prospect's disregard for patient care is evident in Rhode Island as well. For example:

- On March 1, 2024, without notice to or approval from the Attorney General and RIDOH,[15] Prospect discontinued pediatric services at St. Joseph Health Clinic in Providence, Rhode Island, including its walk-in Free Lead Clinic and

---

[14] The property of the Rhode Island Hospitals was not subject to a sale-leaseback arrangement because it was prohibited under the Attorney General's 2021 Decision.

[15] Pursuant to R.I. Gen. Laws 23-17.14-18 and the 2021 Decisions, Prospect is required to notify and obtain approval from both the Attorney General and RIDOH before eliminating primary services, including pediatric services.

8

immunization program. The abrupt and unauthorized discontinuation of pediatric services left uninsured and underinsured pediatric patients to seek alternative care. *See* Larkin Decl. ¶ 41.

- On May 15, 2024, Prospect CharterCARE St. Joseph Health Services RI, LLC ceased all non-medical lead-related case management requiring lead-poisoned children to be diverted to other case management resources on very short notice. *See* Larkin Decl. ¶ 43.

- From March 2024 through June 2024, Prospect ended its affiliation with four primary care groups without consulting with, or even notifying, the Attorney General or RIDOH, forcing a significant number of patients to find new primary care providers. *See* Larkin Decl. ¶ 44.

- In the summer of 2024, Prospect's failure to pay vendors as required by the Attorney General's 2021 Decision became so acute that patient care was threatened. The Attorney General had to sue Prospect to obtain compliance.[16]

## VI. Potential Sale of the RI Prospect Hospitals

In May 2023, within two years of the 2021 Decisions, Prospect and Centurion, a non-profit corporation, filed an application with the Attorney General and RIDOH to convert the RI Prospect Hospitals back to non-profit hospitals upon the closing of a sale of the RI Prospect Hospitals and affiliated outpatient facilities to Centurion for which subsequent Change in Effective Control applications were also filed. *See* Larkin Decl. ¶ 33. The Asset Purchase Agreement between Prospect and Centurion provided for a purchase price of $80 million, to be financed through the issuance of taxable and tax-free bonds. *See* Larkin Decl. ¶ 34. Both the conversion back to non-

---

[16] *Neronha v. Prospect Medical Holdings, Inc.*, PC-2023-05832, 2024 WL 3058329 (R.I. Super. June 12, 2024).

9

profit status and the sale require approval from both the Attorney General and RIDOH, which approval can be made subject to the satisfaction of conditions pursuant to Rhode Island's regulatory power. *See* Larkin Decl. ¶ 35.

On June 20, 2024, the Attorney General and RIDOH issued their HCA 2024 Decisions approving the proposed transaction, subject to certain significant conditions.[17] The 2024 Decisions carry the force of law as an exercise of Rhode Island's police and regulatory powers.[18] They must, therefore, be read together when identifying the conditions already imposed on a sale to Centurion.

Without limitation, these conditions include: (i) the appointment of a systemwide Chief Quality Officer to be accountable for leading all quality councils and overseeing implementation of improvement and safety plans, (ii) the appointment of a Chief Restructuring Officer experienced in healthcare turnarounds, (iii) the implementation of a turnaround plan and governance review, (iv) the implementation of good governance practices and requirements, (v) the funding by Centurion of payroll, taxes, vendor payables, and other amounts to the extent the hospitals are unable to pay, (vi) a prohibition on eliminating or significantly reducing health care services provided by the hospitals for a period of five years, (vii) the satisfaction of certain accounts payable and performance of maintenance and other improvements, among other financial conditions, (viii) the fulfillment of certain monitoring and compliance conditions, (ix) satisfaction of various licensing requirements, and (x) the creation of a fund to be used to meet various hospital needs, including funding long-deferred capital investments and operational needs, which would be

---

[17] *See* https://www.riag.ri.gov/media/4771/download for the Attorney General's 2024 Decision and https://health.ri.gov/programs/hospitalconversionsmerger/about/Centurion/Prospect-CharterCARE-Centurion-HCA-Decision-20240620.pdf for the RIDOH's 2024 Decision.

[18] *See* R.I. Gen. Laws §§ 23-17.14-3(1)-(2), 23-17.14-2(8)-(9). *See also Neronha v. Prospect Medical Holdings, Inc.*, PC-2023-05832, 2024 WL 3058329, at 11-12* (R.I. Super. June 12, 2024).

satisfied in significant part by the transfer of the balance of the fund established by the Attorney General's 2021 Decision.[19]

## CONCLUSION

Prospect's fiscal and operational mismanagement has put patient health and safety at risk. Notwithstanding the commencement of these chapter 11 cases, Rhode Island remains concerned about the viability of the RI Prospect Hospitals without a change to more responsible ownership, prepared to undertake, and able to execute, the hard work necessary to return these hospitals and ancillary businesses to serve the needs of their communities and provide consistent qualify patient care. Rhode Island hopes that these chapter 11 cases provide the means for this prompt, orderly transition of the RI Prospect Hospitals to new owners.

As noted above, Rhode Island stands ready to work with Prospect and other constituents on a process that will achieve these results. Rhode Island, however, reserves all rights, regulatory powers, and privileges under Rhode Island law and the Bankruptcy Code, and waives none, including, without limitation, approval over any sale transaction, subject to conditions Rhode Island has or may impose under Rhode Island law.

Dated: January 13, 2025

STATE OF RHODE ISLAND
PETER F. NERONHA
Attorney General of Rhode Island

By: */s/ Jason M. Rudd*
Richard L. Gemma (*pro hac application forthcoming*)
Special Assistant Attorney General
Rhode Island Office of the Attorney General
150 South Main Street
Providence, RI 02903
Telephone: (401) 274-4400 Ext. 2088
rgemma@riag.ri.gov

---

[19] *Id.*

Andrew M. Troop (*pro hac application pending*)
Dania Slim (*pro hac application pending*)
Andrew V. Alfano (*pro hac application pending*)
PILLSBURY WINTHROP SHAW PITTMAN LLP
31 West 52nd Street
New York, New York 10019
Telephone: (212) 858-1000
Fax: (212) 858-1500
andrew.troop@pillsburylaw.com
dania.slim@pillsburylaw.com
andrew.alfano@pillsburylaw.com

K. Todd Phillips, Tex. Bar No. 24002767
Jason M. Rudd, Tex. Bar No. 24028786
WICK PHILLIPS GOULD & MARTIN, LLP
3131 McKinney Avenue, Suite 500
Dallas, Texas 75204
Telephone: (214) 692-6200
todd.phillips@wickphillips.com
jason.rudd@wickphllips.com

*Counsel to the State of Rhode Island*

## CERTIFICATE OF SERVICE

    I certify that on January 13, 2025, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Northern District of Texas.

                                */s/ Jason M. Rudd*
                                Jason M. Rudd