IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| In re:<br><br>PROSPECT MEDICAL HOLDINGS, INC. *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 25-80002 (SGJ)<br><br>(Joint Administration Requested) |

**DECLARATION OF JEROME LARKIN, DIRECTOR OF THE
RHODE ISLAND DEPARTMENT OF HEALTH**

I, Jerome Larkin, MD, hereby declare, under the pains and penalties of perjury pursuant to 28 U.S.C. § 1746, that the following statements are true and correct to the best of my knowledge after due inquiry as described herein:

1. I am the Director of the Rhode Island Department of Health ("RIDOH"). I have held this position since May 21, 2024. I am board-certified in Internal Medicine and Infectious Diseases by the American Board of Internal Medicine and in General Pediatrics by the American Board of Pediatrics. For the 16 years prior to my appointment as Director of RIDOH, I served as the Medical Director of Inpatient Infectious Diseases Consultation Services at Rhode Island Hospital, the Co-Director of the Pediatric HIV Clinic at Hasbro Children's Hospital, and the Medical Director of the Infectious Disease Clinic at Rhode Island Hospital.

2. I submit this declaration in connection with the Informational Brief by the State of Rhode Island in the above-captioned bankruptcy cases filed by Prospect Medical Holdings, Inc. ("PMH") and its affiliated debtors (collectively with PMH, "Prospect").

3. I make this declaration as a representative of RIDOH, in part based on the business records of RIDOH and other information made known to RIDOH, including by one or

1

more representatives of the Prospect corporate entities and hospitals, and in part based on my own personal knowledge and experience. Further, I do so in my official capacity and based on my personal knowledge and other sources of information that I have obtained and reviewed in that official capacity, I am familiar with, and, if called upon to do so, would be competent to testify to the facts and circumstances set forth herein.

4. RIDOH is the state agency responsible for licensing and regulating hospitals. R.I. Gen. Laws §§ 23-17-1 *et seq.* (the "Healthcare Facility Licensing Act of Rhode Island") and 216-RICR-40-10-4, the Rules and Regulations pertaining to Licensing of Hospitals (together, the "Hospital Regulations").

5. RIDOH includes various subdivisions which license and regulate hospitals and which help ensure capacity at healthcare systems:

a. The Centers for Health Systems Policy and Planning including the Office of Health Systems Development ("OHSD") which, among other things, is responsible for determining suitability for ownership of hospitals. Hospital Conversions Act, R.I. Gen. Laws § 23-17.14 *et seq*. (the "HCA").

b. The Center for Health Facilities Regulation ("CHFR") which, among other things, is responsible for enforcing the Hospital Regulations. CHFR also acts as the investigative and reporting agent for the Centers for Medicare and Medicaid Services ("CMS").

c. The Center for Emergency Preparedness and Response which, among other things, works to ensure capacity and capability to respond to all hazards that impact public health and the healthcare system, including planning for emergency evacuations and ensuring that individuals with disabilities and other access and functional needs have access to care during and immediately following emergencies.

2

6. Under the HCA and other applicable law, many health care regulatory responsibilities are shared by RIDOH and the Attorney General for the State of Rhode Island. For example, hospital transfer/sale transactions may only occur with approval from RIDOH and the Attorney General, subject to any conditions that may be imposed by either agency.

### The Landscape of Healthcare in Rhode Island

7. Rhode Island is the third most densely populated state in the country, according to most current US Census data, with approx. 1,097,000 residents and over 1,000 residents per square mile.[1]

8. The people of Rhode Island are served by 12 acute care hospitals (not including the Providence Veterans and Rhode Island Rehabilitation Hospital Centers) which house 2,805 licensed beds, only a percentage of which are staffed due to the nation-wide staffing shortage.

9. The most densely populated areas in Rhode Island are also those areas that have been designated as "Health Professional Shortage Areas" ("HPSAs") for primary care by the U.S. Health Resources and Service Administration ("HRSA"). These Health Professional Shortage Areas - located in the northern region of the state (Providence, Pawtucket, Central Falls and Woonsocket) - align with low-income census tracts.

10. Forty percent of the hospitals (two out of five) which serve the patients in Providence, Pawtucket, Central Falls and Woonsocket are Prospect's Our Lady of Fatima Hospital and Roger Williams Medical Center. The other three hospitals are Landmark Medical Center, Rhode Island Hospital, and The Miriam Hospital.

11. In 2018, Rhode Island experienced the abrupt closure of Memorial Hospital of

---

[1] Population Density of the 50 States, the District of Columbia, and Puerto Rico: 1910 to 2020 (census.gov)

3

Rhode Island ("MHRI"), a community hospital located in Pawtucket, RI. MHRI's emergency department provided care for approximately 30,000 patients each year. As a result of its closure, the surrounding hospitals had to absorb those emergency room visits and, as a result, became chronically overcrowded.

12. The remaining hospitals in the area are often forced to "board" patients in emergency department rooms and hallways, due to the lack of capacity to comfortably absorb the care needs of the community that was once met by MHRI.

13. The existing healthcare system in Rhode Island is functioning at or well beyond capacity at the present time, and the hospitals in the most densely populated areas cannot absorb the massive influx of patients (50,000 emergency room visits and 104 behavior health beds accounting for no less than approximately 20% of the behavioral health beds in Rhode Island) who would be without care in the event of the closure of two of the remaining five hospitals.

**Roger Williams Medical Center and Our Lady of Fatima Hospitals**

14. Prospect's Roger Williams Medical Center ("RWMC") and Our Lady of Fatima Hospital ("OLF" and together with RWMC, the "RI Prospect Hospitals") are two Rhode Island hospitals in the greater Providence area, the most densely populated area in Rhode Island.

15. The RI Prospect Hospitals serve mostly uninsured and underinsured communities. Approximately 70% of the RI Prospect Hospitals' funding is provided through CMS, which requires each hospital to remain in compliance with CMS's conditions of participation.

16. RWMC is a licensed, acute-care, 220-bed teaching hospital (license no. HOSP00133) that offers medical/surgical units and provides specialized services in oncology services, bone marrow transplantation, geriatric psychiatry, and endoscopy. Of RWMC's thirty-

4

nine (39) licensed behavioral health beds, twelve (12) are for geriatric psychiatry, twelve (12) are for dual diagnosis behavioral health patients, and fifteen (15) are within the substance abuse unit.  RWMC is a Certified Primary Stroke Center.  RWMC has the State's *only* fully accredited bone marrow transplant unit and Level IV Alcohol & Drug Detoxification Program. Additionally, RWMC fills a critical educational role for future healthcare professionals as an academic medical center affiliated with Boston University School of Medicine, with more than sixty (60) postgraduate residents and fellows, as well as several medical students in the program. Additional services offered at RWMC include: Intensive Care Unit; Inpatient and Outpatient Rehabilitation Services; Emergency Services; Inpatient and Outpatient Psychiatric/Mental Health/Addiction Medicine; Laboratory/Pathology; and Dermatology.

17.    OLF is a licensed, acute-care, 312-bed community hospital (license no. HOSP00132) in North Providence with a current total of sixty-five (65) licensed behavioral health beds, which consist of twenty-four (24) adult psychiatric beds, twenty (20) long term acute psychiatric beds, and twenty-one (21) geriatric psychiatry beds, as well as an acute-care medical/surgical patient unit.  OLF is also a Certified Primary Stroke Center. Additional services offered at OLF include: Intensive Care Unit; Outpatient Rehabilitation Services; Ambulatory Care Services; Emergency Services; Inpatient and Outpatient Psychiatric/Mental Health/Addiction Medicine Services; Diagnostic Imaging and Interventional Radiology Services; Wound Care and Hyperbaric Services.

18.    Together, RWMC and OLF service over 50,000 emergency room visits per year and provide approximately 25% of the State's behavioral health beds.

19.    In addition to the two (2) hospitals, Prospect CharterCARE, LLC ("PCC"), the sole member of RWMC and OLF, owns and operates a variety of outpatient facilities, located

5

within the communities surrounding the RI Prospect Hospitals, including Prospect Blackstone Valley Surgicare, LLC, Prospect CharterCARE Home Health and Hospice, LLC, Prospect CharterCARE RWMC, LLC *d/b/a* CharterCARE Sleep Disorders Center, and other affiliated medical practices. These centers provide ambulatory medical and surgical care, hospice and home health care, mental health care, and care and treatment for sleep disorders to patients across the state of Rhode Island.

### Prospect's Acquisition of the RI Prospect Hospitals, A Private Equity Deal

20. In 2014, Prospect, a privately-held company located in California, purchased the RI Prospect Hospitals and its affiliates for $45 million dollars, with a $50 million capital commitment within four (4) years of closing and a $10 million dollar per year commitment for routine capital investments. This transaction resulted in the hospitals converting from non-profit to for-profit status. Permission for the sale was granted by RIDOH and the Attorney General, following an evaluation by OHSD, pursuant to Hospital Conversions Act, R.I. Gen. Laws § 23-17.14-1 *et seq*. ("HCA"). The decision to approve the transaction was informed by Prospect's representations that it would supply much needed resources and financial support to the struggling community hospitals, and that it would not substantially reduce essential services.

21. Since the sale in 2014, Prospect has overseen the RI Prospect Hospitals from its corporate office in California, where key financial decisions are made.

22. As part of its regular operations, Prospect "sweeps" all patient care revenue from RWMC and OLF every twenty-four (24) hours. In turn, the RI Prospect Hospitals are dependent upon a "weekly allowance" provided by Prospect to fund daily operations; the weekly operating allowance provided by Prospect to RWMC and OLF is consistently inadequate.

23. PMH is wholly owned by Ivy Intermediate Holdings, Inc. which is wholly owned

by Ivy Holdings, Inc. ("IH").

24. In 2021, Prospect underwent a change of ownership pursuant to which two individual shareholders, Samuel Lee and David Topper, became the sole shareholders of a newly formed entity, Chamber, Inc. ("Chamber") and effectuated a buyout of, among others, private equity investor Leonard Green, the largest equity holder. Chamber became the parent of IH, with shareholders Samuel Lee, sole officer and director, acquiring 66.67% ownership and the David Topper Family Trust (also referred to as David and Alexa Family Trust) acquiring 33.33% ownership. RIDOH and the Attorney General each approved the transaction, subject to conditions, pursuant to the HCA (each a "2021 Decision" and together the "2021 Decisions"). This approval was based in significant part on Prospect's attestations in its HCA application that there would be "no impact to the services provided, the populations served, the payor mix, the governance, the tax ID numbers, the provider numbers, staffing, strategic plans, financial condition, professional, clerical, administrative, or medical staff, policies, and procedures (including charity care), or the assets, liabilities, and obligations."

25. Overall, Prospect owns sixteen (16) hospitals and one-hundred and sixty-five (165) outpatient facilities throughout the country including facilities in California, Pennsylvania, Connecticut and the two (2) Rhode Island-based RI Prospect Hospitals.

**Prospect's Financial Instability and Mismanagement**

26. Pursuant to R.I. Gen. Laws §23-17.14-28 and RIDOH's 2021 Decision, RIDOH's OHSD employs monitors to oversee compliance with the conditions of approval contained in the 2021 Decisions.

27. OHSD's financial monitors have reported that the RI Prospect Hospitals have consistently sustained significant financial losses and operational revenue decline. The RI

7

Prospect Hospitals' deteriorating fiscal status may be explained by Prospect's poor business oversight and financial decisions.

28. In Fiscal Year 2018, Prospect assumed $1.12 billion in debt obligations and made $457 million in distributions to shareholders, primarily to Leonard Green, David Topper, and Samuel Lee. The extracted dividend, authorized by the Prospect Board of Directors, accounted for approximately 60 days cash on hand for Prospect's operations; this financial decision left Prospect with approximately one day reserve for operating expenses.

29. In 2019, Prospect sold off and then leased back (termed a "sale-leaseback") all of its hospital real estate in Connecticut, Pennsylvania, and California to Medical Properties Trust, Inc. ("MPT"), a real estate investment trust. Prospect was prevented from entering into sale-leaseback arrangements (as they did in other jurisdictions) for the RI Prospect Hospitals, by conditions imposed by the Attorney General's 2021 Decision. While Prospect was barred from selling the RI Prospect Hospitals' real estate, the overall sale-leaseback debts incurred by Prospect have impacted the RI Prospect Hospitals, as Prospect must pay MPT monthly rent on properties they formerly owned, money that might have otherwise gone towards the operations of Prospect's hospitals.

30. Prospect has a total of four (4) hospitals in Pennsylvania, two (2) of which have closed since Prospect acquired Crozer Health system in 2016. It was reported that, in January 2022, Prospect closed the emergency room, suspended ancillary services, and cut the inpatient Acute Substance Abuse and Residential Substance Abuse Program at its Springfield Hospital in Pennsylvania. Additionally, Prospect began reducing services at Delaware County Memorial Hospital, a 168-bed hospital in Upper Darby, Pennsylvania in January 2022. After subsequent reduction of services, including the maternity ward, the operating room, and the intensive care

unit, the Pennsylvania Health Department shut down the facility due to serious health violations and inadequate staffing. Reports out of Pennsylvania describe the abruptness of the emergency department closure and the detrimental impact on communities previously served by Delaware County Memorial Hospital. A lawsuit was filed against Prospect alleging that Prospect was in violation of an agreement requiring it to maintain acute care services at its Pennsylvania hospitals for ten (10) years. This lawsuit has since been suspended to facilitate the sale of Crozer Health to a new owner. As of October 29, 2024, the Attorney General of Pennsylvania has sued Prospect, alleging that Prospect is in violation of an Asset Purchase Agreement, approved by the court in 2016, by cutting services and closing facilities. The Pennsylvania Attorney General is seeking to preserve existing service lines and appoint a receiver to ultimately manage the Crozer system as a result of this lawsuit.

31. Prospect also owns three (3) hospitals in Connecticut: Waterbury Hospital, Manchester Memorial Hospital, and Rockville General Hospital. In February 2022, Yale New Haven Health System ("Yale") and Prospect announced the signing of an agreement for Yale to acquire Prospect's Connecticut health systems. On May 28, 2024, Yale sued Prospect to terminate the agreement to acquire the hospitals, alleging that Prospect breached the contract by allowing the Connecticut facilities to deteriorate, mismanaging assets, and failing to timely pay rent and taxes. On June 6, 2024, Prospect then sued Yale, requesting that Yale honor its contractual obligations to acquire Prospect's Connecticut hospitals.

### Prospect's Attempted Sale of RI Prospect Hospitals

32. RIDOH's 2021 Decision and conditions of approval required that Prospect own and operate the RI Prospect Hospitals without substantial decrease in essential services for a minimum of five (5) years, or until June 1, 2026.

9

33. On or about May 2023, within two (2) years following the 2021 Decision, Prospect, in conjunction with The Centurion Foundation, Inc. ("Centurion"), applied for the conversion of the RI Prospect Hospitals and associated entities back to non-profit entities. Centurion is a Georgia-based non-profit corporation. The Asset Purchase Agreement ("APA") was dated six (6) months earlier on November 18, 2022.

34. The APA (as amended) called for a purchase price of $80 million for the two (2) RI Hospitals and the affiliated companies– an amount to be financed through the issuance of taxable and tax-free bonds.

35. On June 20, 2024, RIDOH and the Attorney General approved the proposed transaction subject to significant conditions given the historical and ongoing financial and operational challenges at the RI Prospect Hospitals.

36. Prospect is attempting to sell off all of its east coast operations and Prospect has made it clear that it intends to sell the RI Prospect Hospitals.

37. Rhode Island law requires that Rhode Island retain local regulatory control over the RI Prospect Hospitals' current and future operations and any proposed transaction involving the RI Prospect Hospitals. These hospitals are the 3rd largest healthcare system in Rhode Island and significantly factor into a delicate balance of the State's overall health care system.

**Prospect's Unauthorized Reduction of Services/Programs**

38. On January 19, 2024, a formal letter was provided to RIDOH listing forty-seven (47) positions that would be eliminated at PCC. Eliminated positions included, but were not limited to: Practice Managers, Medical Secretaries, Respiratory Therapists, Phlebotomists, and Medical Assistants. In Prospect's meeting with RIDOH on January 17, 2024, the Prospect principals indicated that the positions being eliminated only pertained to employees who were

10

non-clinical; however, the ensuing list of eliminated positions revealed the elimination of several positions that worked directly with patients in the clinical setting.

39. On May 16, 2023, RIDOH received notice that Prospect CharterCARE SJHSRI, LLC d/b/a St. Joseph Health Center intended to close its community dental clinic (the "Dental Clinic") and transfer its assets to a community partner, Tri-County Community Action Agency ("Tri-County"). The Dental Clinic was a premises of OLF and was subject to the requirements of the Hospital Conversions Act (Section 23.13 Elimination or Reduction in Emergency Department Primary Care Services, Hospital Conversions (216-RICR-40-10-23).) On Wednesday, November 1, 2023, a public meeting was held at the Southside Cultural Center of RI at 393 Broad Street, Providence, regarding the transfer of the Dental Clinic to Tri-County. Public comments at this public meeting spoke clearly to the negative impact to services, as well as other assurances provided by Prospect that were not met. Public comments by staff and patients of the Dental Clinic spoke to deteriorating conditions of the Dental Clinic building, the inability to recruit and retain new staff due to these conditions, the lack of operational elevators, the absence of drinking water, safety concerns, frequent flooding events, and burglaries. On December 6, 2023, RIDOH issued a Decision for Approval with Conditions pertaining to elimination of Primary Care Services (i.e., dental) at St. Joseph Health Center Dental Clinic, approving the transfer of the Dental Clinic to its new location at Tri-County. Notwithstanding the transfer of the Dental Clinic to Tri-County, Prospect had an obligation to provide appropriate access, and safe and adequate treatment.

40. In addition to its hospitals, PCC owns and operates the St. Joseph Health Clinic ("SJHC") located at 877 Chalkstone Avenue, Providence. Pursuant R.I. Gen. Laws 23-17.14-18 and RIDOH's 2021 Decision and Conditions of Approval, PCC is required to notify and obtain

approval from RIDOH prior to eliminating primary services, including pediatric services.

41. On March 1, 2024, without prior notice to or approval from RIDOH, Prospect discontinued pediatric services at the SJHC location – including the subsequent closure of its walk-in Free Lead Clinic and immunization program. The abrupt and unauthorized discontinuation of pediatric services at the clinic abandoned uninsured patients and 1,449 largely Medicare/Medicaid pediatric patients, leaving these patients to seek and identify alternative care.

42. The closure of the SJHC Free Lead Clinic meant that children without insurance and/or without a primary care provider (medical home) had no resources to provide them with lead screenings. This may have contributed to the drop in lead screenings overall during the spring of 2024. Many of these children would have likely ended up seeking care at either Providence Community Health Centers or Hasbro Lead Clinic, which in turn put an unexpected and sudden burden on these institutions.

43. Around the same time, Prospect CharterCARE St. Joseph Health Services RI, LLC, notified RIDOH's Center for Healthy Homes and Environment ("CHHE") Childhood Lead Poisoning Prevention Program that it would cease all non-medical lead-related case management as of May 15, 2024. As a result, for a six-week period CHHE had to divert thirty-six (36) lead-poisoned children to other resources for case management on very short notice. The remaining cases were handled by RIDOH staff themselves. This amounted to slightly more than one child per day requiring referral to an alternate lead case management resource.

44. From March 2024 through June 2024, Prospect, without consulting RIDOH, disaffiliated with the following four primary care groups resulting in a significant number of patients being forced to find new primary care providers:

- CCMA Blackstone. 6 Blackstone Valley Place, Suite 502, Lincoln, Rhode Island.
- CCMA Associates in Primary Care Medicine. 875 Post Rd., Warwick, Rhode

- Island.
- CCMA East Greenwich. 1407 South County Trl., Suite 432, East Greenwich, Rhode Island.
- Warren Family Practice. 851 Main Street, Warren, Rhode Island.

In the case of the Warren Family Practice, 4,086 patients were left to seek care elsewhere with less than 90 days' notice, as is required by RI state law. Of note, staff at the Warren Family Practice were removed from PCC payroll on March 31, 2024; patients of providers at the Warren Family Practice were notified of this change only one month prior, on February 29, 2024.

45. Prospect's unauthorized reduction and/or elimination of services and programs within the Prospect system and the corresponding ramifications of these reductions/eliminations speaks to the necessity of preserving the RI Prospect Hospitals to prevent further detriment to the Rhode Island health care system.

## The Necessity of the RI Prospect Hospitals

46. Primary care services are essential to managing chronic diseases, preventing further illness, and promoting health and well-being. RWMC and OLF provide essential primary care services. As of June 30, 2024, Rhode Island has thirteen (13) Primary Care HSPAs as designated by the HRSA's Bureau of Health Workforce. Of these, nine (9) HPSAs are facility designations such as Federally Qualified Health Centers and the Narragansett Tribal Clinic. All other primary care designations in the State are low-income census tracts located in the urban areas of Providence, Pawtucket, Central Falls, and Woonsocket. It is estimated that there is a total population of 137,033 Rhode Islanders residing within the State's Primary Care HPSAs. A reduction in primary care services if RWMC and OLF closed will exacerbate disparities for Rhode Islanders that are already adversely affected by the lack of availability of primary care services.

47. A significant reduction and/or closure would further exacerbate the ongoing and

13

significant shortage of primary care providers in Rhode Island. Rhode Island is experiencing a historic scarcity of available primary care providers ("PCPs"), conditions which worsened from the pandemic. Rhode Island is experiencing this unprecedented shortage due to a variety of factors, including but not limited to primary care practices closing, providers retiring early, and provider burnout. The closure of the RI Prospect Hospitals and their affiliated medical offices would compound this shortage, leaving thousands of patients who need primary care services in a lurch. These concerns are heightened by projections which show that Rhode Island will need approximately one hundred (100) more PCPs by 2030 to maintain current rates of primary care utilization in the state.

48. Rhode Island is also experiencing a significant loss of access to primary care given national trends in graduate medical education in which physicians choose to subspecialize and not pursue primary care careers, as well as poor reimbursement rates in Rhode Island compared to neighboring states like Massachusetts. In 2023, survey of program directors from Rhode Island college and university medical schools, physician assistant programs, and nurse practitioner training programs assessed the number of new providers entering the practice of primary care in Rhode Island. Data collected from Rhode Island medical schools showed that approximately 106 students enter graduate medical education annually in the areas of internal medicine, family medicine, and pediatrics. Of students graduating in 2023, only 31 of these 106 students chose primary care as their specialty, and of those 31 students, only 15 stayed in Rhode Island to practice.

49. Closure would result in the interruption of clinical training for more than sixty (60) resident and fellow physicians who would need to transfer to other training programs, likely outside of the state. Residents trained at RWMC include specialties in internal medicine,

pulmonary disease, rheumatology, geriatric medicine, hematology and medical oncology and complex general surgical oncology. The loss of these residents, especially those professionals trained in internal medicine and geriatric medicine, would be a significant loss for the State. As many graduates of the RWMC programs stay in Rhode Island after graduation, and national data demonstrate that the majority of graduates of residency programs join clinical practices near their training sites, the state could lose future primary care and specialty physicians should the hospitals close.

50. RWMC currently has an Internal Medicine Residency Program with 48 residents across all academic years. Reduction or closure of the residency program at RWMC will only worsen the State's ability to recruit, train, and retain primary care clinicians. It is important to note that internal medicine residents at RWMC provide primary care services to area residents, and the program is part of the pipeline for primary care physicians in RI. The major academic institutions in Rhode Island that educate and graduate primary care providers provide the didactic education, however, these institutions must rely on community-based practice sites and providers, federally qualified health centers, hospitals, and other health care organizations to provide the clinical supervision and mentorship needed to prepare primary care providers. These academic institutions could train more students but lack the clinical training sites to do so, hence, the preservation of the RWMC residency program and its clinical training sites becomes ever more significant.

51. As indicated above, RWMC and OLF serve mostly uninsured and underinsured communities consisting of a primarily Medicare and Medicaid payor mix.

52. It is certain that an abrupt closure of RWMC and/or OLF will disproportionately impact vulnerable and underserved populations, creating deeper inequities in access to care. The

closure of these RI safety net hospitals would overwhelm RI's healthcare system and create significant barriers to care for individuals already facing profound health disparities.

53. As previously noted, RWMC and OLF collectively service over 50,000 emergency room visits a year. The surrounding RI emergency rooms are not capable of absorbing the overflow should the RI Prospect Hospitals be unable to provide emergency room services. Data from 2023 shows that for OLF and RWMC combined, there were 17,190 Emergency Medical Services ("EMS") transportations to the RI Prospect Hospitals, which would need to be redistributed to other hospitals within the Providence area in the event of closure. Further, OLF has a primary catchment area of North Providence, Johnston, Providence, Smithfield and Gloucester. Collectively, these local fire departments transported 5,897 emergency 911 calls to OLF in 2023. Without OLF available, and RWMC being the next closest emergency room, the local municipal rescues would be out of service for a longer period of time transporting to more distant hospitals, which would necessitate utilization of mutual aid partners to handle subsequent EMS calls.

54. A closure of the RWMC and OLF emergency rooms and/or reduction of essential services would cause a massive cascade effect throughout RI's healthcare system, where emergency rooms already experience long wait times and there is a scarcity of beds for mental health and substance use disorders.

55. RIDOH has experience with the effects of hospital closures on essential services. In 2018, RI experienced the abrupt closure of the emergency department and primary care services at Memorial Hospital of Rhode Island, located in Pawtucket, RI ("MHRI"), which, among other things, resulted in the loss of a teaching site for the Family Medicine and Internal Medicine Residency Program, a "nucleus" of health care services for communities with high

healthcare need and reduced access to emergent, urgent, emergency mental health and substance use, critical primary care services, and emergency services. The impact was devastating.

56. The impact from the abrupt closure of the RI Prospect Hospitals would likely be more severe. For example, where MHRI received approximately 30,000 emergency department visits per year, the RI Prospect Hospitals receive approximately 50,000 emergency department visits per year. Also, RWMC and OLF account for a total of one hundred and four (104) behavioral health beds, which are no less than approximately 20% of the behavioral health beds in Rhode Island. The negative impact from the loss of those beds is self-evident.

**Closure/Significant Reduction of Services Require Compliance with RI State Law**

57. I understand that Prospect is continuing its efforts to sell/transfer the RI Prospect Hospitals in a way that will hopefully avoid the negative consequences identified above and comply with Rhode Island law. But to be clear, the alternative -- closing the RI Prospect Hospitals – is not an easy or inexpensive process for Prospect. Both Federal CMS requirements and Rhode Island law related to the termination of services and closure of hospitals impose notice requirements and costs. 42 CFR §480.52, R.I. Gen. Laws §§ 23-17-1 et seq. and 216-RICR-40-10-4.

58. Among other things, hospitals seeking to close shall provide written notification of facility closure and a plan for disposition of medical records with at least a thirty (30) day notice. 216 RICR 40-10-4.6.10 (M)

59. In addition, hospitals that significantly serve uninsured and underinsured populations, such as RWMC and OLF, must also comply with R.I. Gen. Laws §§ 24-17.14-18 and 216 RICR 40-10-23 and are required to conduct an impact evaluation and to seek specific approval for any significant reduction or elimination of emergency and or primary services.

Primary services include but are not limited to family practice, pediatrics, internal medicine, obstetrics/gynecology, and mental health services. 216 RICR 40-10-23.3(30)

60. Finally, the RI Prospect Hospitals are required to comply with the conditions of approval of their license. The 2021 Decisions require that there be no material impact to services until at least June 1, 2026. For example:

a. Condition 3: That the Applicant implement the project as approved, including but not limited to, ensuring there shall be "…no impact to the services provided, the populations served, the payor mix, the governance, the tax ID numbers, the provider numbers, staffing, strategic plans, financial condition, professional, clerical, administrative, or medical staff, policies and procedures (including charity care), or the assets, liabilities, and obligations" as represented in the applications;

b. Condition 8: That the Transacting Parties shall keep RWMC and OLF open and operational, providing access to quality health care services, for a minimum period of time, which shall be no less than five (5) years from the effective date of this Decision;

c. Condition 10: That there shall be no material reduction or elimination in health care services at RWMC and OLF for a period of five (5) years from the effective date of this Decision without prior approval by RIDOH.

## Conclusion

61. The services provided by the RI Prospect Hospitals and their related businesses and clinics in Rhode Island are critical to Rhode Island.

62. It also is important that these services be provided through organizations that are well-managed and focused on patient care.

63. RIDOH will work with Prospect and parties on a plan to transfer these hospitals consistent with Rhode Island law and existing imposed conditions.

Executed on this 13th day of January, 2025.

                                          */s/ Jerome Larkin*

                                          Dr. Jerome Larkin

                                          Director of the Rhode Island Department of Health