

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

**THE DATE OF ENTRY IS ON**
**THE COURT'S DOCKET**

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed January 14, 2025**

_____
United States Bankruptcy Judge

_____

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| In re:<br><br>Prospect Hospital Holdings, LLC,<br><br>Debtor.<br><br>Tax I.D. No. 90-0781251 | Chapter 11<br><br>Case No. 25-80001 (SGJ) |
| In re:<br><br>Prospect Medical Holdings, Inc.,<br><br>Debtor.<br><br>Tax I.D. No. 33-0564370 | Chapter 11<br><br>Case No. 25-80002 (SGJ) |
| In re:<br><br>Coordinated Regional Care Group, LLC,<br><br>Debtor.<br><br>Tax I.D. No. 47-4220646 | Chapter 11<br><br>Case No. 25-80003 (SGJ) |

| | |
|---|---|
| In re: <br><br> Prospect East Hospital Advisory Services, LLC, <br><br> Debtor. <br><br> Tax I.D. No. 46-4277017 | Chapter 11 <br><br> Case No. 25-80004 (SGJ) |
| In re: <br><br> Prospect East Holdings, Inc., <br><br> Debtor. <br><br> Tax I.D. No. 32-0424060 | Chapter 11 <br><br> Case No. 25-80005 (SGJ) |
| In re: <br><br> Hospital Advisory Services, Inc., <br><br> Debtor. <br><br> Tax I.D. No. 33-1102909 | Chapter 11 <br><br> Case No. 25-80006 (SGJ) |
| In re: <br><br> Alta Hospitals System, LLC, <br><br> Debtor. <br><br> Tax I.D. No. 26-0620619 | Chapter 11 <br><br> Case No. 25-80007 (SGJ) |
| In re: <br><br> Prospect NJ, Inc., <br><br> Debtor. <br><br> Tax I.D. No. 46-4333694 | Chapter 11 <br><br> Case No. 25-80008 (SGJ) |

| | |
|---|---|
| In re: <br><br> Prospect CT, Inc., <br><br>             Debtor. <br><br> Tax I.D. No. 81-2134028 | Chapter 11 <br><br> Case No. 25-80009 (SGJ) |
| In re: <br><br> Prospect Penn, LLC, <br><br>             Debtor. <br><br> Tax I.D. No. 81-1081611 | Chapter 11 <br><br> Case No. 25-80010 (SGJ) |
| In re: <br><br> Prospect Home Health and Hospice, LLC, <br><br>             Debtor. <br><br> Tax I.D. No. 82-3589707 | Chapter 11 <br><br> Case No. 25-80011 (SGJ) |
| In re: <br><br> Prospect Health Ventures Holdings, LLC, <br><br>             Debtor. <br><br> Tax I.D. No. 92-0844845 | Chapter 11 <br><br> Case No. 25-80012 (SGJ) |
| In re: <br><br> Prospect Provider Groups, LLC, <br><br>             Debtor. <br><br> Tax I.D. No. 46-4152903 | Chapter 11 <br><br> Case No. 25-80013 (SGJ) |

| | |
|---|---|
| In re:<br><br>Prospect Ambulatory Holding, LLC,<br><br>        Debtor.<br><br>Tax I.D. No. 85-3934253 | Chapter 11<br><br>Case No. 25-80014 (SGJ) |
| In re:<br><br>PHS Holdings, LLC,<br><br>        Debtor.<br><br>Tax I.D. No. 36-4820055 | Chapter 11<br><br>Case No. 25-80015 (SGJ) |
| In re:<br><br>Prospect Integrated Behavioral Health, Inc.,<br><br>        Debtor.<br><br>Tax I.D. No. 37-1793274 | Chapter 11<br><br>Case No. 25-80016 (SGJ) |
| In re:<br><br>Prospect ACO Holdings, LLC,<br><br>        Debtor.<br><br>Tax I.D. No. 47-5173864 | Chapter 11<br><br>Case No. 25-80017 (SGJ) |
| In re:<br><br>Nix Hospitals System, LLC,<br><br>        Debtor.<br><br>Tax I.D. No. 45-4112042 | Chapter 11<br><br>Case No. 25-80018 (SGJ) |

| | |
|---|---|
| In re: <br><br> Nix Community General Hospital, LLC, <br><br> Debtor. <br><br> Tax I.D. No. 46-2349271 | Chapter 11 <br><br> Case No. 25-80019 (SGJ) |
| In re: <br><br> Nix SPE, LLC, <br><br> Debtor. <br><br> Tax I.D. No. 45-4111934 | Chapter 11 <br><br> Case No. 25-80020 (SGJ) |
| In re: <br><br> Nix Physicians, Inc. <br><br> Debtor. <br><br> Tax I.D. No. 38-3989996 | Chapter 11 <br><br> Case No. 25-80021 (SGJ) |
| In re: <br><br> Nix Services, LLC <br><br> Debtor. <br><br> Tax I.D. No. 45-4112080 | Chapter 11 <br><br> Case No. 25-80022 (SGJ) |
| In re: <br><br> Prospect Nix Home Health and Hospice, LLC <br><br> Debtor. <br><br> Tax I.D. No. 82-3596328 | Chapter 11 <br><br> Case No. 25-80023 (SGJ) |

| | |
|---|---|
| In re: <br><br> Prospect CharterCARE, LLC, <br><br> Debtor. <br><br> Tax I.D. No. 37-1747940 | Chapter 11 <br><br> Case No. 25-80024 (SGJ) |
| In re: <br><br> Alta Los Angeles Hospitals, Inc., <br><br> Debtor. <br><br> Tax I.D. No. 95-4691839 | Chapter 11 <br><br> Case No. 25-80025 (SGJ) |
| In re: <br><br> Southern California Healthcare System, Inc., <br><br> Debtor. <br><br> Tax I.D. No. 95-4690845 | Chapter 11 <br><br> Case No. 25-80026 (SGJ) |
| In re: <br><br> Prospect Oldco NJ, Inc., <br><br> Debtor. <br><br> Tax I.D. No. 35-2539785 | Chapter 11 <br><br> Case No. 25-80027 (SGJ) |
| In re: <br><br> Prospect Crozer, LLC, <br><br> Debtor. <br><br> Tax I.D. No. 61-1778286 | Chapter 11 <br><br> Case No. 25-80028 (SGJ) |

| | |
|---|---|
| In re: <br><br> Prospect ECHN Home Health, Inc., <br><br> Debtor. <br><br> Tax I.D. No. 81-2251849 | Chapter 11 <br><br> Case No. 25-80029 (SGJ) |
| In re: <br><br> Prospect Waterbury Home Health, Inc., <br><br> Debtor. <br><br> Tax I.D. No. 81-2354547 | Chapter 11 <br><br> Case No. 25-80030 (SGJ) |
| In re: <br><br> Prospect Crozer Home Health and Hospice, LLC, <br><br> Debtor. <br><br> Tax I.D. No. 82-3590486 | Chapter 11 <br><br> Case No. 25-80031 (SGJ) |
| In re: <br><br> Prospect Management Services, LLC, <br><br> Debtor. <br><br> Tax I.D. No. 86-3299808 | Chapter 11 <br><br> Case No. 25-80032 (SGJ) |
| In re: <br><br> Prospect Ambulatory Surgery Centers, LLC, <br><br> Debtor. <br><br> Tax I.D. No. 86-3083371 | Chapter 11 <br><br> Case No. 25-80033 (SGJ) |

| | |
|---|---|
| In re:<br><br>Prospect Health Services CT, Inc.,<br><br>Debtor.<br><br>Tax I.D. No. 32-0473045 | Chapter 11<br><br>Case No. 25-80034 (SGJ) |
| In re:<br><br>Prospect Health Services RI, Inc.,<br><br>Debtor.<br><br>Tax I.D. No. 46-4157295 | Chapter 11<br><br>Case No. 25-80035 (SGJ) |
| In re:<br><br>Prospect Health Services PA, Inc.,<br><br>Debtor.<br><br>Tax I.D. No. 81-2197099 | Chapter 11<br><br>Case No. 25-80036 (SGJ) |
| In re:<br><br>Prospect ACO Northeast, LLC,<br><br>Debtor.<br><br>Tax I.D. No. 81-2666989 | Chapter 11<br><br>Case No. 25-80037 (SGJ) |
| In re:<br><br>Prospect Waterbury, Inc.,<br><br>Debtor.<br><br>Tax I.D. No. 81-2181470 | Chapter 11<br><br>Case No. 25-80038 (SGJ) |

| | |
|---|---|
| In re: <br><br> Healthcare Staffing on Demand, LLC, <br><br> Debtor. <br><br> Tax I.D. No. 86-3240938 | Chapter 11 <br><br> Case No. 25-80039 (SGJ) |
| In re: <br><br> Prospect CT Management Services, Inc., <br><br> Debtor. <br><br> Tax I.D. No. 81-2460159 | Chapter 11 <br><br> Case No. 25-80040 (SGJ) |
| In re: <br><br> Prospect ECHN, Inc., <br><br> Debtor. <br><br> Tax I.D. No. 81-2312893 | Chapter 11 <br><br> Case No. 25-80041 (SGJ) |
| In re: <br><br> Prospect Caring Hand, Inc., <br><br> Debtor. <br><br> Tax I.D. No. 81-2291207 | Chapter 11 <br><br> Case No. 25-80042 (SGJ) |
| In re: <br><br> Prospect Provider Group RI, LLC, <br><br> Debtor. <br><br> Tax I.D. No. 30-0803682 | Chapter 11 <br><br> Case No. 25-80043 (SGJ) |

| | |
|---|---|
| In re: <br><br> Prospect Provider Group NJ, LLC, <br><br> Debtor. <br><br> Tax I.D. No. 30-0857966 | Chapter 11 <br><br> Case No. 25-80044 (SGJ) |
| In re: <br><br> Prospect Provider Group CT, LLC, <br><br> Debtor. <br><br> Tax I.D. No. 82-4416038 | Chapter 11 <br><br> Case No. 25-80045 (SGJ) |
| In re: <br><br> Prospect Provider Group PA, LLC, <br><br> Debtor. <br><br> Tax I.D. No. 81-3399341 | Chapter 11 <br><br> Case No. 25-80046 (SGJ) |
| In re: <br><br> Prospect Crozer Ambulatory Surgery, LLC, <br><br> Debtor. <br><br> Tax I.D. No. 86-3662882 | Chapter 11 <br><br> Case No. 25-80047 (SGJ) |
| In re: <br><br> Prospect Waterbury Ambulatory Surgery, LLC, <br><br> Debtor. <br><br> Tax I.D. No. 85-3934828 | Chapter 11 <br><br> Case No. 25-80048 (SGJ) |

| | |
|---|---|
| In re: <br><br> Cardiology Associates of Greater Waterbury, P.C., <br><br> Debtor. <br><br> Tax I.D. No. 27-3828899 | Chapter 11 <br><br> Case No. 25-80049 (SGJ) |
| In re: <br><br> Prospect CharterCARE RWMC, LLC, <br><br> Debtor. <br><br> Tax I.D. No. 46-4648465 | Chapter 11 <br><br> Case No. 25-80050 (SGJ) |
| In re: <br><br> Prospect CharterCARE SJHSRI, LLC, <br><br> Debtor. <br><br> Tax I.D. No. 46-4661337 | Chapter 11 <br><br> Case No. 25-80051 (SGJ) |
| In re: <br><br> Prospect CharterCARE Physicians, LLC, <br><br> Debtor. <br><br> Tax I.D. No. 46-4690219 | Chapter 11 <br><br> Case No. 25-80052 (SGJ) |
| In re: <br><br> Prospect Blackstone Valley Surgicare, LLC, <br><br> Debtor. <br><br> Tax I.D. No. 81-4871794 | Chapter 11 <br><br> Case No. 25-80053 (SGJ) |

| | |
|---|---|
| In re: <br><br> Prospect CCMC, LLC, <br><br> Debtor. <br><br> Tax I.D. No. 81-1507712 | Chapter 11 <br><br> Case No. 25-80054 (SGJ) |
| In re: <br><br> Prospect DCMH, LLC, <br><br> Debtor. <br><br> Tax I.D. No. 81-1520273 | Chapter 11 <br><br> Case No. 25-80055 (SGJ) |
| In re: <br><br> Prospect Crozer Urgent Care, LLC, <br><br> Debtor. <br><br> Tax I.D. No. 81-1556331 | Chapter 11 <br><br> Case No. 25-80056 (SGJ) |
| In re: <br><br> Prospect Health Access Network, Inc., <br><br> Debtor. <br><br> Tax I.D. No. 81-1482305 | Chapter 11 <br><br> Case No. 25-80057 (SGJ) |
| In re: <br><br> Prospect Penn Health Club, LLC, <br><br> Debtor. <br><br> Tax I.D. No. 81-1580055 | Chapter 11 <br><br> Case No. 25-80058 (SGJ) |

| | |
|---|---|
| In re:<br><br>Prospect RI Home Health and Hospice, LLC,<br><br>Debtor.<br><br>Tax I.D. No. 82-3865476 | Chapter 11<br><br>Case No. 25-80059 (SGJ) |
| In re:<br><br>New University Medical Group, LLC,<br><br>Debtor.<br><br>Tax I.D. No. 32-0450168 | Chapter 11<br><br>Case No. 25-80060 (SGJ) |
| In re:<br><br>Prospect CharterCARE Home Health and Hospice, LLC,<br><br>Debtor.<br><br>Tax I.D. No. 82-3630000 | Chapter 11<br><br>Case No. 25-80061 (SGJ) |
| In re:<br><br>Associates in Primary Care Medicine, Inc.,<br><br>Debtor.<br><br>Tax I.D. No. 05-0355799 | Chapter 11<br><br>Case No. 25-80062 (SGJ) |
| In re:<br><br>Prospect ECHN Eldercare Services, Inc.,<br><br>Debtor.<br><br>Tax I.D. No. 81-2274833 | Chapter 11<br><br>Case No. 25-80063 (SGJ) |

| | |
|---|---|
| In re: <br><br> Prospect Rockville Hospital, Inc., <br><br> Debtor. <br><br> Tax I.D. No. 81-2229999 | Chapter 11 <br><br> Case No. 25-80064 (SGJ) |
| In re: <br><br> Prospect Manchester Hospital, Inc., <br><br> Debtor. <br><br> Tax I.D. No. 81-2216981 | Chapter 11 <br><br> Case No. 25-80065 (SGJ) |
| In re: <br><br> Prospect CharterCARE Ancillary Services, LLC <br><br> Debtor. <br><br> Tax I.D. No. 46-4812661 | Chapter 11 <br><br> Case No. 25-80066 (SGJ) |
| In re: <br><br> Prospect CT Medical Foundation, Inc., <br><br> Debtor. <br><br> Tax I.D. No. 81-2336625 | Chapter 11 <br><br> Case No. 25-80067 (SGJ) |

**ORDER (I) DIRECTING JOINT ADMINISTRATION OF
CHAPTER 11 CASES AND (II) GRANTING RELATED RELIEF**

Upon the motion ("Motion")[1] of Prospect Medical Holdings, Inc. and its debtor affiliates, as debtors and debtors in possession (collectively, the "Debtors"), for entry of an order

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion.

(this "Order") (a) directing procedural consolidation and joint administration of the above-captioned chapter 11 cases, and (b) granting related relief, all as more fully set forth in the Motion; and upon consideration of the First Day Declaration; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Order of Reference of Bankruptcy Cases and Proceedings Nunc Pro Tunc* dated August 3, 1984, entered by the United States District Court for the Northern District of Texas; and the matter being a core proceeding within the meaning of 28 U.S.C. § 157(b)(2); and venue of this proceeding and the Motion in this District being proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court being able to issue a final order consistent with Article III of the United States Constitution; and due and sufficient notice of the Motion having been given under the particular circumstances; and it appearing that no other or further notice is necessary; and it appearing that the relief requested in the Motion is in the best interests of the Debtors, their estates, their creditors, and other parties in interest; and after due deliberation thereon; and good and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT**:

1. The relief requested in this Motion is GRANTED as set forth herein.

2. The above-captioned chapter 11 cases are consolidated for procedural purposes only and shall be jointly administered by the Court under Case No. 25-80002 (SGJ).

3. The requirement of section 342(c)(1) of the Bankruptcy Code and Bankruptcy Rule 2002(n) for the inclusion of the Debtors' full tax identification numbers in the captions for the Debtors' filings with the Court and notices sent to creditors is waived.

4. The caption of the jointly administered cases shall read as follows:

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| In re:<br><br>PROSPECT MEDICAL HOLDINGS, INC., *et al.*[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 25-80002 (SGJ)<br><br>(Jointly Administered) |

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://omniagentsolutions.com/Prospect. The Debtors' mailing address is 3824 Hughes Ave., Culver City, CA 90232.

5. The foregoing caption satisfies the requirements set forth in the first sentence of Bankruptcy Code section 342(c)(1).

6. All pleadings and other documents to be filed in the jointly administered cases shall be filed and docketed in case number 25-80002 (SGJ).

7. All proofs of claim, lists, schedules, and statements shall be filed and docketed under the case number representing the estate in which the claim, list, schedule, or statements is made, and a creditor of more than one estate shall file and docket a proof of claim in each case to which a claim may be made, and only in the amount which the creditor may make a claim from that estate.

8. All pleadings, papers, and documents, except proofs of claim, lists, schedules, and statements, filed in the jointly administered cases shall bear the caption of the jointly administered cases.

9. A docket entry shall be made in each of the above-captioned cases (except the chapter 11 case of Prospect Medical Holdings, Inc.) substantially as follows:

> An order has been entered in this case directing the procedural consolidation and joint administration of the chapter 11 cases of Prospect Medical Holdings, Inc., *et al*. All further pleadings and other papers shall be filed in and all further docket entries shall be made in Prospect Medical Holdings, Inc., Case No. 25-80002 (SGJ).

10. The Debtors shall maintain, and the Clerk of the United States Bankruptcy Court for the Northern District of Texas shall keep, one consolidated docket, one file, and one consolidated service list for these chapter 11 cases.

11. Nothing contained in this Order shall be deemed or construed as directing or otherwise affecting the substantive consolidation of any of the above-captioned cases, the Debtors, or the Debtors' estates.

12. Nothing in this Order constitutes (a) an admission as to the validity of any claim against the Debtors; (b) a waiver of the Debtors' or any party in interest's rights to dispute the amount of, basis for, or validity of any claim or interest under applicable law or nonbankruptcy law; (c) a promise or requirement to pay any claim; (d) a waiver of the Debtors' or any other party in interest's rights under the Bankruptcy Code or any other applicable law; (e) a request for or granting of approval for assumption of any agreement, contract, program, policy, or lease under section 365 of the Bankruptcy Code; or (f) an admission as to the validity, priority, enforceability, or perfection of any lien on, security interest in, or other encumbrance on property of the Debtors' estates.

13. Notice of the Motion as provided therein shall be deemed good and sufficient notice of such Motion under the circumstances, and the requirements of the Bankruptcy Rules and the Local Bankruptcy Rules are satisfied by such notice.

14. The contents of the Motion satisfy the requirements of Bankruptcy Rule 6003(b).

15. The Debtors are authorized to take all such actions as are necessary or appropriate to implement the terms of this Order.

16. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

# # # **END OF ORDER** # # #

Order submitted by:

**SIDLEY AUSTIN LLP**
Thomas R. Califano (24122825)
Rakhee V. Patel (00797213)
2021 McKinney Avenue, Suite 2000
Dallas, Texas 75201
Telephone: (214) 981-3300
Facsimile: (214) 981-3400
Email: tom.califano@sidley.com
rpatel@sidley.com

*and*

William E. Curtin (*pro hac vice* pending)
Patrick Venter (*pro hac vice* pending)
Anne G. Wallice (*pro hac vice* pending)
787 Seventh Avenue
New York, New York 10019
Telephone: (212) 839-5300
Facsimile: (212) 839-5599
Email: wcurtin@sidley.com
pventer@sidley.com
anne.wallice@sidley.com

*Proposed Attorneys to the Debtors
and Debtors in Possession*