

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED
**THE DATE OF ENTRY IS ON THE COURT'S DOCKET**

**The following constitutes the ruling of the court and has the force and effect therein described.**

Signed January 14, 2025

_____
United States Bankruptcy Judge

_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | |
|---|---|
| In re:<br><br>PROSPECT MEDICAL HOLDINGS, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 25-80002 (SGJ)<br><br>(Jointly Administered)<br>Related to Dkt. No. 24 |

### ORDER GRANTING
### COMPLEX CHAPTER 11 BANKRUPTCY CASE TREATMENT

Beginning on January 11, 2025, debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "Debtors") filed for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"). A *Notice of Designation as Complex Chapter 11 Bankruptcy Case* (see General Order No. 2023-01) was filed. After review of the initial pleadings

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://omniagentsolutions.com/Prospect. The Debtors' mailing address is 3824 Hughes Ave., Culver City, CA 90232.

filed in these cases, the Court concludes that these cases appear to be complex Chapter 11 cases. Accordingly, unless the Court orders otherwise,

**IT IS HEREBY ORDERED THAT:**

1. The Procedures for Complex Cases in the Northern District of Texas (the "Complex Case Procedures") and the Local Bankruptcy Rules for the Northern District of Texas (the "Local Bankruptcy Rules") shall apply to and govern these chapter 11 cases. Compliance with the Complex Case Procedures is required for all hearings, notice, and objection procedures. The Complex Case Procedures can be found on the Court's website at: https://www.txnb.uscourts.gov/complex-case-procedures. If a conflict exists between the Local Bankruptcy Rules and the Complex Case Procedures, the Complex Case Procedures shall govern.

2. The Debtors (or their agent) shall give notice of this order (this "Order") to all parties in interest within seven days of entry of the Order. If any party in interest objects to the provisions of this Order, that party may file an appropriate motion articulating the objection and the relief requested within 14 days after service of the Order. After hearing the objection and any responses, the Court may reconsider any part of this Order and may grant relief, if appropriate.

3. The Second Day Hearing will be held on February 12, 2025, at 1:30 p.m. (prevailing Central Time).

### # # # END OF ORDER # # #

Order submitted by:

**SIDLEY AUSTIN LLP**
Thomas R. Califano (24122825)
Rakhee V. Patel (00797213)
2021 McKinney Avenue, Suite 2000
Dallas, Texas 75201
Telephone: (214) 981-3300
Facsimile: (214) 981-3400
Email: tom.califano@sidley.com
 rpatel@sidley.com

*and*

William E. Curtin (*pro hac vice* pending)
Patrick Venter (*pro hac vice* pending)
Anne G. Wallice (*pro hac vice* pending)
787 Seventh Avenue
New York, New York 10019
Telephone: (212) 839-5300
Facsimile: (212) 839-5599
Email: wcurtin@sidley.com
 pventer@sidley.com
 anne.wallice@sidley.com

*Proposed Attorneys to the Debtors*
*and Debtors in Possession*