# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| **PROSPECT MEDICAL HOLDINGS,** | § | Case No. 25-80002 (SGJ) |
| **INC.,** *et al.*,[1] | § | |
| | § | (Jointly Administered) |
| Debtors. | § | |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF ALL PLEADINGS

**PLEASE TAKE NOTICE** that Haynes and Boone, LLP appears as counsel for CPI/AHP Brinton Lakes MOB Owner, L.L.C., CPI/AHP Broomall MOB Owner, L.L.C., and CPI/AHP Havertown MOB Owner, L.L.C. (collectively, the "CPI/AHP Landlords") in the above-captioned chapter 11 cases pursuant to Rules 2002, 3017(a), 9007, 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and request that copies of any and all notices, pleadings, motions, orders to show cause, applications, presentments, petitions, memoranda, affidavits, declarations, and orders, or other documents, filed or entered in these cases, be transmitted to:

Ian T. Peck
J. Frasher Murphy
Jordan E. Chavez
HAYNES AND BOONE, LLP
2801 N. Harwood Street, Suite 2300
Dallas, Texas 75201
Telephone: 214.651.5000
Email: ian.peck@haynesboone.com
Email: frasher.murphy@haynesboone.com
Email: jordan.chavez@haynesboone.com

**PLEASE TAKE FURTHER NOTICE** that this request includes not only the notices and papers referred to in the Bankruptcy Rules and title 11 of the United States Code, but also includes

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://omniagentsolutions.com/Prospect. The Debtors' mailing address is 3824 Hughes Ave., Culver City, CA 90232.

1

orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand-delivery, telephone, facsimile transmission, electronically, or otherwise filed with regard to the above cases.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance nor any prior or later appearance, pleading, claim, or suit shall waive any right of the CPI/AHP Landlords to (a) have final orders in non-core matters entered only after de novo review by a District Court judge, (b) trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to these cases, (c) have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (d) any other rights, claims, actions, defenses, setoffs or recoupments, under agreements, in law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

[*Remainder of page intentionally blank.*]

Dated: January 24, 2025

Respectfully submitted,

By: */s/ Ian T. Peck*
Ian T. Peck
State Bar No. 24013306
J. Frasher Murphy
State Bar No. 24013214
Jordan Chavez
Texas Bar No. 24109883
**HAYNES AND BOONE, LLP**
2801 North Harwood Street, Suite 2300
Dallas, TX 75201
Telephone: 214.651.5000
Facsimile: 214.651.5940
Email: ian.peck@haynesboone.com
Email: frasher.murphy@haynesboone.com
Email: jordan.chavez@haynesboone.com

**COUNSEL FOR THE CPI/AHP LANDLORDS**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served by electronic mail via the Court's ECF system to all parties authorized to receive electronic notice in these cases on January 24, 2025.

*/s/ Ian T. Peck*
Ian T. Peck

3