Office of the United States Trustee
1100 Commerce Street, Room 976
Dallas, Texas 75242
(214) 767-8967
Elizabeth Ziegler Young
for the United States Trustee
elizabeth.a.young@usdoj.gov

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § § | Case No. 25-80002-SGJ-11 |
| **PROSPECT MEDICAL HOLDINGS, INC.,** *et al.*,[1] | § § § § | |
| | § | **CHAPTER 11** |
| Debtors. | § § § | (Jointly Administered) |

**NOTICE OF APPOINTMENT OF
PATIENT CARE OMBUDSMAN UNDER 11 U.S.C. § 333**

**TO THE HONORABLE STACEY G. C. JERNIGAN,
UNITED STATES BANKRUPTCY JUDGE:**

Now comes Lisa L. Lambert, United States Trustee for Region 6, by her attorney, Elizabeth Ziegler Young, and states, that in accordance with Fed. R. Bankr. P. 2007.2(c), and the Order Directing the Appointment of a Patient Care Ombudsman Under 11 U.S.C. § 333, the United States Trustee hereby appoints the following individual as the Patient Care Ombudsman in this chapter 11 case.

**Suzanne Koenig, CEO**
SAK Healthcare
300 Saunders Road, Suite 300
Riverwoods, IL 60015
Phone: 847-446-8400
Email: skoenig@sakhealthcare.com

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://omniagentsolutions.com/Prospect. The Debtors' mailing address is 3824 Hughes Ave., Culver City, CA 90232.

The Appointee's Verified Statement in accordance with Fed. R. Bankr. P. 2007.2(c) is attached hereto as *Exhibit 1.*

DATED: January 30, 2025

Respectfully submitted,

LISA L. LAMBERT
UNITED STATES TRUSTEE

*/s/ Elizabeth Ziegler Young*
Elizabeth Ziegler Young
Texas State Bar No. 24086345 (also NY)
Office of the United States Trustee
1100 Commerce St.  Room 976
Dallas, Texas 75242
(214) 767-1247
elizabeth.a.young@usdoj.gov

## Certificate of Service

I certify that on January 30, 2025, a copy of this document was served via ECF on all parties receiving ECF notice.

*/s/ Elizabeth Ziegler Young*
Elizabeth Ziegler Young

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

---------------------------------------------------------------o
:
In re: : Chapter 11
:
PROSPECT MEDICAL HOLDINGS, INC., et al., : Case No. 25-80002(SGJ)
:
Debtors. : (Jointly Administered)
:
---------------------------------------------------------------o

**VERIFIED STATEMENT OF SUZANNE KOENIG**

I hereby verify that I have no connections with the above-captioned debtors, creditors, any other parties in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the Office of the United States Trustee, except as follows: **None.**

In my individual capacity, I have no connections with the above-captioned debtors, creditors, any other parties in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the Office of the United States Trustee. I am the founder and Chief Executive Officer of SAK Management Services, LLC d/b/a SAK Healthcare ("SAK") and for disclosure purposes, I have attached **Exhibit A** that lists connections between SAK and certain creditors and other parties in interest, which connections are unrelated to the Debtors or these cases.

I declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

DATE: 1/30/25

_____
SUZANNE KOENIG

## Potential Parties in Interest Disclosure

**SAK Healthcare knows individuals at the following firms, has worked on the same side and against professionals at the following firms, and/or has served on association boards with members at the following firms, but on matters unrelated to the Debtors in these cases:**

| | |
|---|---|
| **Debtors' Advisors** | Sidley Austin LLP |
| **Debtors' Advisors** | Alvarez & Marsal North America, LLC |
| **Debtors' Advisors** | Houlihan Lokey, Inc. |
| **Claims Agent** | Omni Agent Solutions, LLC |

**SAK Healthcare has managed healthcare facilities that do business with the following and SAK Healthcare may have in the past had business relationships with the parties listed below but solely in matters unrelated to the Debtors or these cases:**

| | |
|---|---|
| **Parties in Interest** | California Department of Health Care Services |
| **Parties in Interest** | Center for Medicare & Medicaid Services |
| **Parties in Interest** | Medline Industries, Inc. |
| **Parties in Interest** | Compass Group |
| **Parties in Interest** | Allscripts Healthcare LLC |
| **Parties in Interest** | Microsoft Corporation |
| **Parties in Interest** | Sheppard Mullin Richter & Hampton LLP |
| **Parties in Interest** | Optum Inc. |
| **Parties in Interest** | McKesson |
| **Parties in Interest** | Johnson & Johnson |
| **Parties in Interest** | Pension Benefit Guaranty Corporation |
| **Parties in Interest** | State of Connecticut, Department of Revenue |
| **Parties in Interest** | Baker Donelson |
| **Parties in Interest** | Buchalter |
| **Parties in Interest** | eCapital |
| **Parties in Interest** | Foley & Lardner |
| **Parties in Interest** | Eversheds Sutherland |
| **Parties in Interest** | McKesson |
| **Parties in Interest** | MPT |

| | |
|---|---|
| **Parties in Interest** | Norton Rose Fulbright |
| **Parties in Interest** | Office of the United States Attorney for the Northern District of Texas |
| **Parties in Interest** | Office of the United States Trustee |
| **Parties in Interest** | Ropes and Gray LLP |
| **Parties in Interest** | Texas Attorney General's Office |
| **Parties in Interest** | Togut Segal and Segal LLP |
| **Parties in Interest** | Weil Gotschal & Manges LLP |
| **Parties in Interest** | Cardinal Health |
| **Parties in Interest** | Healthcare Realty Trust |