## Exhibit A

**Proposed Sale Order**

[To be filed.]