**<u>Exhibit B</u>**

**Summary of APA Terms**

[To be filed.]