BTXN 105a (rev. 09/19)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF TEXAS

In Re:

|               |   |                  |
|---------------|---|------------------|
|               | § |                  |
|               | § | Case No.:        |
| Plaintiff(s)  | § |                  |
|               | § |                  |
| v.            | § | Adversary No.:   |
|               | § |                  |
| Defendant(s)  | § |                  |
|               | § |                  |

## APPLICATION FOR ADMISSION *PRO HAC VICE*

1. Name: _____
           *Last*        *First*        *MI*

2. Firm Name: _____

3. Address: _____
   _____
   _____

4. Phone: _____  FAX: _____

   Email: _____

5. Name used to sign *all* pleadings: _____

6. Retained by: _____

7. Admitted on _____ and presently a member in good standing of the bar of the highest court of the state of _____ and issued the bar license number of _____ .

8. Admitted to practice before the following courts:

   *Court:*                                      *Admission Date:*

   _____        _____
   _____        _____
   _____        _____

                                                                **Continued.**

9.     Are you presently a member in good standing of the bars of the courts listed above?

       Yes    No

    If "No," please list all courts which you are no longer admitted to practice:

10.    Have you ever been subject to a grievance proceeding or involuntary removal proceeding while a member of the bar of any state or federal court?

       Yes    No

    If "Yes," please provide details:

11.    Other than minor traffic offenses, have you ever been charged, arrested, or convicted of a criminal offense or offenses?

       Yes    No

    If "Yes," please provide details:

12.    Please list all cases in the United States Bankruptcy Court, Northern District of Texas in which you have filed for *pro hac vice* in the past three years:

    *Date of Application*         *Case No. and Style*

    _____         _____

    _____         _____

    _____         _____

13.    Local counsel of record: _____

14.    Local counsel's address: _____

    _____

***Continued.***

      I respectfully request to be admitted to practice in the United States Bankruptcy Court for the Northern District of Texas for this cause only.

      I certify that I have read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D. 284 (N.D. Tex. 1988) (en banc), and the local civil and bankruptcy rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil and bankruptcy rules.

      I am an ECF filer.  I also certify that I have served a true and correct copy of this document upon each attorney of record and filed the application via ECF with the payment of $100.00

      I am not an ECF filer.  I also certify that I have served a true and correct copy of this document upon each attorney of record and the original upon the US Bankruptcy Court accompanied with the $100.00 filing fee on _____.

_____         _____

Printed Name of Applicant        Date

*[signature: Scott D Cameron]*

_____

Signature of Applicant