## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| PROSPECT MEDICAL HOLDINGS, INC., et al.,[1] | : | Case No. 25-80002 (SGJ) |
| Debtors. | : | (Jointly Administered) |

## NOTICE OF APPEARANCE AND REQUEST
## FOR SERVICE OF NOTICES AND PAPERS

**PLEASE TAKE NOTICE** that Stutzman, Bromberg, Esserman & Plifka, P.C., represents the Ad Hoc Committee of Medical Malpractice Claimants (the "AHC")[2] in the above-referenced cases and hereby enter their appearance pursuant to sections 342 and 1109(b) of title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq*. (the "Bankruptcy Code"), and Rules 2002, 3017, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and request that all notices given or required to be given in these chapter 11 cases (collectively, the "Chapter 11 Cases"), and all papers served or required to be served in the Chapter 11 Cases, be given and served upon:

>Sander L. Esserman (TX Bar No. 06671500)
>Peter C. D'Apice (TX Bar No. 05377783)
>**Stutzman, Bromberg, Esserman & Plifka, P.C.**
>2323 Bryan Street, Ste. 2200
>Dallas, TX 75201-2689
>Telephone: (214) 969-4900
>Email: esserman@sbep-law.com
>          dapice@sbep-law.com

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://omniagentsolutions.com/Prospect. The Debtors' mailing address is 3824 Hughes Ave., Culver City, CA 90232.

[2] The AHC is comprised, to date, of claimants represented by the law firms listed on Exhibit A hereto.

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand is not only for the notices and papers referred to in the sections of the Bankruptcy Code and the Bankruptcy Rules specified above, but also includes, without limitation, any and all orders and notices of any application, motion, petition, complaint, demand, request or other pleading in the Chapter 11 Cases, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, electronically or otherwise filed with or delivered to the Bankruptcy Clerk, Court or Judge (as those terms are defined in Bankruptcy Rule 9001), which affects the AHC. The AHC is comprised of medical malpractice and personal injury claimants represented by counsel on the attached Exhibit A.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance, nor any later appearances, pleadings, proofs of claim, claims or suits filed in the Chapter 11 Cases, shall be deemed or construed as a waiver of: (i) any rights of the AHC to (a) have final orders in any non-core matters entered only after de novo review by a District Judge, (b) trial by jury in any proceeding so triable in the Chapter 11 Cases or any case, controversy, or proceeding related to the Chapter 11 Cases, (c) have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (ii) any other rights (including setoff and recoupment), claims, actions, and defenses of the AHC either in law or in equity, under any agreements or otherwise, all of which rights, claims, actions, and defenses are expressly reserved.

Dated: February 5, 2025

Respectfully submitted,

**STUTZMAN, BROMBERG, ESSERMAN & PLIFKA, PC**

/s/ *Sander L. Esserman*
Sander L. Esserman
State Bar No. 06671500
Peter C. D'Apice
State Bar No. 05377783
2323 Bryan Street, Ste. 2200
Dallas, TX 75201-2689
Telephone: (214) 969-4900

                    Facsimile: (214) 969-4999
                    Email: esserman@sbep-law.com
                    dapice@sbep-law.com

**COUNSEL FOR THE AD HOC COMMITTEE
OF MEDICAL MALPRACTICE CLAIMANTS**

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing document was served by electronic mail via the Court's ECF system to all parties authorized to receive electronic notice in this case on February 5, 2025.

                    */s/ Peter C. D'Apice*

# EXHIBIT A

## AD HOC COMMITTEE OF MEDICAL MALPRACTICE CLAIMANTS

| | |
|---|---|
| Lenoard A. Sloane<br>Eckell, Sparks, Levy, Auerbach, Monte, Sloane, Matthews, Auslander, P.C.<br>300 West State Street, Suite 300<br>Media, PA  19063<br>lsloane@eckellsparks.com | Rob Sachs<br>Theresa Blanco<br>Shrager Sachs & Blanco<br>15 West Highland Avenue, Suite 15A<br>Philadelphia PA, 19118<br>RSachs@shragerlaw.com<br>tblanco@shragerlaw.com |
| Joseph Z. Traub<br>Raynes & Lawn<br>2400 Market Street, Suite 317<br>Philadelphia, PA  19103<br>jztraub@rayneslaw.com | Harry M. Roth<br>Elizabeth M. Amesbury<br>Cohen Placitella & Roth<br>2001 Market Street<br>Suite 2900<br>Philadelphia, PA 19103<br>hroth@cprlaw.com<br>eamesbury@cprlaw.com |
| Carolyn Hahn<br>Len Haberman<br>Haberman Law, P.C.<br>1800 JFK Blvd. Suite 1500-B<br>Philadelphia, PA 19103<br>carolyn@haberman.law<br>lenhaberman@icloud.com | Carolyn M. Chopko<br>Daniel S. Weinstock<br>Feldman Shepherd<br>1845 Walnut Street - 21st Floor<br>Philadelphia, PA 19103<br>cchopko@feldmanshepherd.com<br>dweinstock@fedlmanshepherd.com |
| Derek R. Layser<br>Friedman Schuman Layser, PC<br>275 Commerce Drive, Suite 210<br>Fort Washington, PA 19034<br>DLayser@fsalaw.com | Michael Shaffer<br>Rhonda H. Wilson<br>Shaffer & Gaier, LLC<br>1628 JFK Blvd., Suite 400<br>Philadelphia, PA 19103<br>mshaffer@shaffergaier.com<br>rhwilson@philly-attorney.com |

| | |
|---|---|
| Seth Wilson<br>Morris Wilson Knepp Jacquette, P.C.<br>Eight Tower Bridge<br>161 Washington St., Suite 900<br>Conshohocken, PA 19428<br>swilson@morriswilson.com | Jerry Baldino<br>Tom Sachetta<br>Sachetta & Baldino<br>308 East Second St<br>Media, PA 19063<br>Jerry@sbattorney.com<br>Tom@sbattorney.com |
| Alfred V. Altopiedi<br>Alfred V. Altopiedi, P.C.<br>902 Old Marple Rd.<br>Springfield, PA 19064<br>ava@pilawyer.com | Frank A. Rothermel<br>Bernhard, Rothermel & Siegel, P.C.<br>1515 Market Street, Suite 1540<br>Philadelphia, PA 19102<br>FRothermel@BRSPC.com |
| Malcolm L. MacGregor<br>McDonald & MacGregor, LLC<br>220 Penn Avenue, Suite 320<br>Scranton, PA 18503<br>mlm@mmmmlaw.com | |