| | |
|---|---|
| SIDLEY AUSTIN LLP | SIDLEY AUSTIN LLP |
| Thomas R. Califano (24122825) | William E. Curtin (admitted *pro hac vice*) |
| Rakhee V. Patel (00797213) | Patrick Venter (admitted *pro hac vice*) |
| 2021 McKinney Avenue, Suite 2000 | Anne G. Wallice (admitted *pro hac vice*) |
| Dallas, Texas 75201 | 787 Seventh Avenue |
| Telephone: (214) 981-3300 | New York, New York 10019 |
| Facsimile: (214) 981-3400 | Telephone: (212) 839-5300 |
| Email: tom.califano@sidley.com | Facsimile: (212) 839-5599 |
| rpatel@sidley.com | Email: wcurtin@sidley.com |
| | pventer@sidley.com |
| | anne.wallice@sidley.com |

*Proposed Attorneys for the Debtors*
*and Debtors in Possession*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| PROSPECT MEDICAL HOLDINGS, INC., *et al.*,[1] | Case No. 25-80002 (SGJ) |
| Debtors. | (Jointly Administered) |

**AGENDA FOR EMERGENCY HEARING SCHEDULED FOR**
**FEBRUARY 6, 2025 AT 2:30 P.M. (PREVAILING CENTRAL TIME)**

The above-captioned debtors and debtors in possession (collectively, the "Debtors") hereby file this agenda for matters set for hearing on February 6, 2025 (prevailing Central Time), before the Honorable Stacey G.C. Jernigan at the United States Bankruptcy Court for the Northern District of Texas, at Courtroom 1, 14th Floor, Earle Cabell Federal Building, 1100 Commerce Street, Dallas, Texas 75242-1496.

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://omniagentsolutions.com/Prospect. The Debtors' mailing address is 3824 Hughes Ave., Culver City, CA 90232.

**AGENDA MATTERS**

1. *Debtors' Emergency Motion for Entry of an Order (I) Approving and Authorizing (A) the Asset Purchase Agreement and the Private Sale of the Pennsylvania Hospitals Free and Clear of Interests, (B) the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, (C) the Settlement by and among the Debtors, the Pennsylvania Attorney General, Samuel Lee, and David Topper, Pursuant to Bankruptcy Rule 9019; and (II) Granting Related Relief* [Docket No. 332]

    a. *Notice of Emergency Hearing for February 6, 2025* [Docket No. 340]

    b. *Debtors' Witness and Exhibit List for Emergency Hearing Scheduled for February 6, 2025 at 2:30 p.m. (Prevailing Central Time)* [Docket No. 411]

    **Status:** This matter is adjourned.

2. *Debtors' Emergency Motion for Entry of an Order (I)(A) Enforcing the Automatic Stay Against ECHN; (B) Remitting the Garnished Payments to the Debtors; (C) Awarding Actual and Punitive Damages to the Debtors; and (II) Granting Related Relief* [Docket No. 339]

    **Related Documents:**

    a. *Notice of Emergency Hearing for February 6, 2025* [Docket No. 340]

    b. *Debtors' Witness and Exhibit List for Emergency Hearing Scheduled for February 6, 2025 at 2:30 p.m. (Prevailing Central Time)* [Docket No. 411]

    c. *Declaration of Paul Rundell in Support of the Debtors' Emergency Motion for Entry of an Order (I)(A) Enforcing the Automatic Stay Against ECHN; (B) Remitting the Garnished Payments to the Debtors; (C) Awarding Actual and Punitive Damages to the Debtors; and (II) Granting Related Relief* [To Be Filed]

    **Status:** This matter is adjourned.

3. *Stipulation and Agreed Order Authorizing the Debtors to Enter Into the Receiver Agreement with The Commonwealth Of Pennsylvania and the Attorney General's Office for The Commonwealth of Pennsylvania* [Docket No. 429]

    **Related Documents:**

    a. *Notice of Emergency Hearing for February 6, 2025* [Docket No. 340]

    b. *Debtors' Witness and Exhibit List for Emergency Hearing Scheduled for February 6, 2025 at 2:30 p.m. (Prevailing Central Time)* [Docket No. 411]

    **Status:** This matter is going forward.

Dated: February 6, 2025  
Dallas, Texas

*/s/ Thomas R. Califano*
SIDLEY AUSTIN LLP
Thomas R. Califano (24122825)
Rakhee V. Patel (00797213)
2021 McKinney Avenue, Suite 2000
Dallas, Texas 75201
Telephone: (214) 981-3300
Facsimile: (214) 981-3400
Email: tom.califano@sidley.com
rpatel@sidley.com

William E. Curtin (admitted *pro hac vice*)
Patrick Venter (admitted *pro hac vice*)
Anne G. Wallice (admitted *pro hac vice*)
787 Seventh Avenue
New York, New York 10019
Telephone: (212) 839-5300
Facsimile: (212) 839-5599
Email: wcurtin@sidley.com
pventer@sidley.com
anne.wallice@sidley.com

*Proposed Attorneys for the Debtors
and Debtors in Possession*

## Certificate of Service

I certify that on February 6, 2025, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Northern District of Texas.

*/s/ Thomas R. Califano*
Thomas R. Califano
