IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 |
| | ) | |
| PROSPECT MEDICAL HOLDINGS, INC., *et al.*[1] | ) | Case No. 25-80002-sgj |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

### DEXT CAPITAL, LLC'S WITNESS AND EXHIBIT LIST
### FOR HEARING ON FEBRUARY 6, 2025

NOW COMES Dext Capital, LLC (hereinafter "Dext Capital"), and files this its Witness and Exhibit list (the "Witness and Exhibit List") for the hearings ("Hearings") scheduled for **February 6, 2025 at 2:30 p.m.** before the Honorable Christopher M. Lopez at the United State Bankruptcy Court for the Southern District of Texas (the "Bankruptcy Court"), 515 Rusk Street, Courtroom 401, Houston, Texas 77002 in connection with Sale Transaction(s) for the Space Coast Hospitals.

### WITNESSES

Dext Capital reserves the right to call the following witnesses for testimony at the Hearings:

**Mark W. Stout**
**Matthew D. Giadrosich**
Padfield & Stout, LLP
100 Throckmorton Street, Suite 700
Fort Worth, Texas 76102
Phone: (817) 338-1616
Fax: (817) 338-1610

*Attorneys for Dext Capital, LL*

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://omniagentsolutions.com/Prospect. The Debtors' mailing address is 3824 Hughes Ave., Culver City, CA 90232.

**Katie Riggs**
100 Throckmorton Street, Suite 700
Fort Worth, Texas 76102
Phone: (817) 338-1616
Fax: (817) 338-1610

*Corporate Counsel and Corporate Representative for Dext Capital, LLC*

**Corporate Representative and Custodian of Records for Dext Capital, LLC**
100 Throckmorton Street, Suite 700
Fort Worth, Texas 76102
Phone: (817) 338-1616
Fax: (817) 338-1610

In addition to the above witnesses, Dext Capital reserves the right to call (1) any person identified by Debtors in its schedules statement, or filing in the above-styled bankruptcy case or hearing testimony in the above reference case; (2) any other witness designated or identified by any other party at the hearings for purpose of examination at the hearings; and/or (3) any rebuttal or impeachment witness.

## DEXT CAPITAL EXHIBITS

| Ex. # | Description | Offered | Objection | Admitted/ Not Admitted | Disposition |
|---|---|---|---|---|---|
| DC-1 | Master Lease Agreement Number 4601 | | | | |
| DC-2 | Equipment Lease Schedule 100-0001486-004 to Master Lease Agreement 4601 | | | | |
| DC-3 | UCC Filings corresponding to Equipment Lease Schedule 100-0001486-004 | | | | |

Dext Capital further requests the Court take judicial notice of, and incorporate by reference, the pleadings, filings, statements and schedules on file in the above-styled jointly administered bankruptcy matter, including but not limited to any schedules and any amendments thereto.

Dext Capital reserves the right to amend its Exhibit List and/or supplement the same. Dext Capital further reserves its right to introduce any document designated by any other party in-interest, as well as any rebuttal documents.

**Respectfully submitted,**

**PADFIELD & STOUT, LLP**
100 Throckmorton Street, Suite 700
Fort Worth, Texas 76102
Phone: 817-338-1616
Fax: 817-338-1610

/s/ *Matthew D. Giadrosich*
Mark W. Stout
State Bar I.D. #24008096
mstout@padfieldstout.com
Matthew D. Giadrosich
State Bar I.D. 24074274
mdg@padfieldstout.com

*Attorneys for Dext Capital, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on February 6, 2025, a true and correct copy of the foregoing document was served by electronic mail via the Court's CM/ECF system to all parties authorized to receive electronic notices.

/s/ *Matthew D. Giadrosich*
Matthew D. Giadrosich