**<u>Exhibit A</u>**

**Proposed Sale Order**

**[To be filed separately]**