**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| In re:<br><br>PROSPECT MEDICAL HOLDINGS, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 25-80002 (SGJ)<br><br>(Jointly Administered) |

**SUPPLEMENTAL DECLARATION OF DISINTERESTEDNESS
OF ADLER POLLOCK & SHEEHAN, P.C. PURSUANT TO THE
ORDER AUTHORIZING THE DEBTORS TO RETAIN AND COMPENSATE
PROFESSIONALS UTILIZED IN THE ORDINARY COURSE OF BUSINESS**

I, Patricia K. Rocha, make this declaration (this "Declaration") under penalty of perjury:

1. This Declaration supplements the *Declaration of Disinterestedness of Adler Pollock & Sheehan, P.C. Pursuant to the Order Authorizing the Debtors to Retain and Compensate Professionals Utilized in the Ordinary Course of Business* [Docket No. 706] (the "Initial Declaration").

2. In February 2022, at the request of and with the consent of Prospect Medical Holdings, Inc. and certain of its affiliates, (collectively the "Debtors") and The Centurion Foundation, Inc. (together with its affiliates, "Centurion"), Adler Pollock & Sheehan, P.C. (the "Company") confirmed in writing its representation of the Debtors and Centurion jointly before the Rhode Island Department of Health ("RIDOH") and the Rhode Island Office of Attorney General ("RIAG") in connection with a regulatory review for a transaction with Centurion involving the Debtors' licensed healthcare facilities in Rhode Island (the "Transaction"). Since the filing of

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://omniagentsolutions.com/Prospect. The Debtors' mailing address is 3824 Hughes Ave., Culver City, CA 90232.

these chapter 11 cases, the Debtors have requested that the Company continue its joint representation as regulatory counsel in connection with the Transaction, including, among other things, providing written notifications to RIDOH and RIAG of the status of the closing conditions issued by the state regulators.

3. Both the Debtors and Centurion have consented to this representation. The Company's joint representation of the Debtors and Centurion commencing in February 2022 sought regulatory approval for the Transaction, which was in the mutual interest of both parties. Likewise, the joint representation of the Debtors and Centurion at the time of filing these chapter 11 cases and continuing thereafter, is in the mutual interest of both parties.

4. Accordingly, the joint representation of the Debtors and Centurion described herein is not a conflict nor does it represent any interest adverse to the Debtors or their estates with respect to the joint representation.

Dated: February 26, 2025                    /s/ *Patricia K. Rocha*
                                            Patricia K. Rocha