| | |
|---|---|
| Mark Cronenwett (Bar No. 00787303)<br>**LEWIS BRISBOIS BISGAARD & SMITH LLP**<br>2100 Ross Avenue, Suite 2000<br>Dallas, TX 75201<br>Phone: (214) 722-7100<br>mark.cronenwett@lewisbrisbois.com | Scott D. Cousins (*admitted pro hac vice*)<br>**LEWIS BRISBOIS BISGAARD & SMITH LLP**<br>500 Delaware Avenue<br>Suite 700<br>Wilmington, Delaware 19801<br>Phone: (302) 985-6000<br>scott.cousins@lewisbrisbois.com |

*Attorneys for The Foundation of Delaware County (PA)*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| In re:<br><br>PROSPECT MEDICAL HOLDINGS, INC., et al.,[1]<br><br>　　　　　Debtors. | Chapter 11<br><br>Case No.  25-80002 (SGJ)<br><br>(Jointly Administered) |

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that the *Motion of The Foundation of Delaware County (PA) for an Order (I) Compelling Immediate Payment of Post-Petition Rent, or (II) In the Alternative, Converting These Cases to Cases Under Chapter 7 of the Bankruptcy Code* [Docket No. 714], filed by The Foundation of Delaware County (PA) (the "**Foundation**"), has been set for hearing on **March 19, 2025** at **9:30 a.m. (prevailing Central Time)** before the Honorable Chief Judge Stacey G. C. Jernigan in Courtroom 1 located at Earle Cabell Federal Building 1100 Commerce

---

[1]    A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://omniagentsolutions.com/Prospect. The Debtors' mailing address is 3824 Hughes Ave., Culver City, CA  90232.

153400347.1

St., 14th floor, Courtroom 1, Dallas, Texas. Parties wishing to attend virtually may do so using the following platforms:

**WebEx Meeting Link:**
**https://us-courts.webex.com/meet/jerniga**

**WebEx Teleconference Information:**
**Dial-in 650-479-3207 Access Code 479-393-582**

A copy of the Honorable Chief Judge Stacey G. C. Jernigan's WebEx Procedures is attached hereto as **Exhibit A**.

Date: February 27, 2025

                                                 */s/ Mark Cronenwett*
Mark Cronenwett (Texas Bar No. 00787303)
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
2100 Ross Avenue, Suite 2000
Dallas, TX 75201
Phone: (214) 722-7100
E-Mail: mark.cronenwett@lewisbrisbois.com

– and –

**LEWIS BRISBOIS BISGAARD & SMITH LLP**
Scott D. Cousins (*admitted pro hac vice*)
500 Delaware Avenue
Suite 700
Wilmington, Delaware 19801
(302) 985-6000
E-Mail: scott.cousins@lewisbrisbois.com

*Attorneys for The Foundation of Delaware County (PA)*

153400347.1

## **CERTIFICATE OF SERVICE**

I, Mark Cronenwett, hereby certify that on this 27th day of February, 2025, I caused a true and correct copy of the foregoing *Notice of Hearing* to be served upon all parties of record via the Court's CM/ECF system.

February 27, 2025  /s/ *Mark Cronenwett*
Mark Cronenwett

153400347.1