

**CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS**

# ENTERED

**THE DATE OF ENTRY IS ON
THE COURT'S DOCKET**

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed March 7, 2025**

_____
United States Bankruptcy Judge

_____

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| PROSPECT MEDICAL HOLDINGS, INC., *et al.*,[1] | Case No. 25-80002 (SGJ) |
| Debtors. | (Jointly Administered) |

## ORDER REQUIRING SETTLEMENT
## MEETING RELATED TO THE PENNSYLVANIA HOSPITALS

Having held a hearing on March 6, 2025 at 9:30 a.m. (prevailing Central Time) in the United States Bankruptcy Court for the Northern District of Texas (the "Court"), and considering the arguments and relief requested therein,

**IT IS HEREBY ORDERED THAT**:

1. Pursuant to the Rule 9019-2 of the Local Bankruptcy Rules for the Northern District of Texas and Section Q of the Complex Case Procedures for the Northern District of Texas, the

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://omniagentsolutions.com/Prospect. The Debtors' mailing address is 3824 Hughes Ave., Culver City, CA 90232.

following parties shall meet to attempt to resolve certain issues relating to the funding and ongoing operation of the Debtors' hospitals in Pennsylvania: (i) Prospect Medical Holdings, Inc. and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "Debtors"), (ii) The Foundation of Delaware County (PA) (the "Foundation"), (iii) the Commonwealth of Pennsylvania (the "Commonwealth"), through its Attorney General, David W. Sunday, Jr. (the "Pennsylvania AG") as *parens patriae*, and (iv) Ventas, Inc ("Ventas" and, together with the Debtors, the Foundation, and the Pennsylvania AG, the "Parties").

2.  The Debtors, the Foundation, and the Pennsylvania AG shall conduct the meeting *in-person* in Harrisburg, Pennsylvania **on or before 12:00 p.m. (prevailing Central Time) on March 10, 2025** (such meeting, the "Meeting").  Ventas may appear at the Meeting in person or electronically, at its discretion.

3.  One or more principals, with decision-making authority, for each Party, as well as lead counsel for each Party, shall attend the Meeting.  Co-counsel and financial advisors may also participate in the Meeting.  FTI Consulting, Inc., in its capacity as the Receiver,[2] and its legal counsel, Dentons, have also agreed to participate in the Meeting.  No mediator shall be required to attend the Meeting.

4.  The Parties and their respective counsel and financial advisors shall attend and participate in the Meeting in good faith.

5.  Each Party shall bear its own costs and expenses incurred in connection with the Meeting.

6.  The Parties shall protect any and all proprietary information.

---

[2] "Receiver" shall have the meaning ascribed to it in the *Stipulation and Agreed Order Authorizing the Debtors to Enter into the Receiver Agreement with the Attorney General's Office for the Commonwealth of Pennsylvania* [Docket No. 481].

2

7.      The Parties shall provide the Court with an update regarding the outcome of the Meeting at a hearing scheduled for 9:30 a.m. (prevailing Central Time) on March 11, 2025.

8.      Notwithstanding the applicability of Bankruptcy Rule 6004(h), the terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

5.      The Debtors are authorized to take all such actions as are necessary or appropriate to implement the terms of this Order.

6.      This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

### # # # END OF ORDER # # #

Order submitted by:

**SIDLEY AUSTIN LLP**
Thomas R. Califano (24122825)
Rakhee V. Patel (00797213)
2021 McKinney Avenue, Suite 2000
Dallas, Texas 75201
Telephone: (214) 981-3300
Facsimile: (214) 981-3400
Email: tom.califano@sidley.com
rpatel@sidley.com

*and*

William E. Curtin (admitted *pro hac vice*)
Patrick Venter (admitted *pro hac vice*)
Anne G. Wallice (admitted *pro hac vice*)
787 Seventh Avenue
New York, New York 10019
Telephone: (212) 839-5300
Facsimile: (212) 839-5599
Email: wcurtin@sidley.com
pventer@sidley.com
anne.wallice@sidley.com

*Attorneys to the Debtors*
*and Debtors in Possession*