Friday March 7th, 2025

Attention: Judge Stacey G.C. Jernigan
1100 Commerce Street, Room 1254, Dallas, TX, 75242-1496

Your Honor,

We, the current chiefs of all residency programs at Crozer, are writing in regard to the case involving Prospect Medical Holdings and the potential closure of the Crozer Health network. As chief residents, we are in our final year of our training with less than four months remaining in our 3-4 year tenures. Over the course of our time here, we have witnessed numerous challenges within the Crozer system. Many of us joined the program with the expectation that Crozer would be bought by Christiana in 2022, but that deal dissolved before our first day of intern year. We watched our colleagues leave when the surgical residency was dissolved, had inconsistent supplies of drinking water in certain offices, witnessed ceiling tiles collapsing in outdated offices, and spent hours making calls to get results on even urgent radiology studies. The list of challenges we have faced as the system has continued to struggle is endless.

Though with all these changes, our residents have remained steadfast in our shared commitment to providing quality, compassionate care to this community. Crozer is home to over 100 residents across the following programs: Family Medicine, Internal Medicine (including Transitional Year), Emergency Medicine, Obstetrics-Gynecology, and Psychiatry. Together, we care for thousands of patients annually across a wide range of settings—emergency rooms, labor and delivery, outpatient clinics, specialty centers, and even home visits. Despite the immense challenges, we continue to give our all to our patients, staying extra hours, making additional calls, and advocating for those who cannot do so for themselves.

We understand the reasons behind Prospect's proposed closure: no new buyer has been found, and they lack the funds to continue operations. It is heartbreaking to witness the potential end of a healthcare institution that has served generations of people who need it most. While we recognize the work being done to find a solution, we cannot ignore the possibility of closure, a fear we have carried for some time. If closure becomes a reality, it will devastate not only our residents but also the thousands of employees and patients who rely on this network for their wellbeing.

If Crozer is set to close, we respectfully ask for an extension of operations beyond the proposed notice of one week. A sudden closure would be dangerous for countless patients, who would face the abrupt disruption of their necessary care. It takes months to safely transfer patients to other offices and ensure continuity. The sudden end to operations would also be devastating for employees, many of whom rely on their paychecks to support their families and would need time to secure new employment. As residents, we are facing the prospect of being abruptly removed from our programs with only a few months left in the academic year, risking the loss of our hard-earned medical education.

We understand the financial realities at play, but we implore you to consider the devastating impact of an abrupt closure. If the decision is made to close Crozer Health, we ask that you ensure the necessary funding to keep operations running through June 30th. This extension would allow for the safe transfer of patient care, give employees time to secure new positions, and enable medical residents to complete their academic year with the dignity they have worked so hard to achieve.

1

Thank you for your time and consideration.

Sincerely,

| | | |
|---|---|---|
| Alexandra Kocsik, MD – Chief Resident, Family Medicine | *[signature]* | 3/7/2025 |
| | Signature | Date |
| Stefanie Abbott, DO – Chief Resident, Family Medicine | *[signature]* | 3/7/2025 |
| | Signature | Date |
| Trishna Kattel, MD – Chief Resident, Internal Medicine | *[signature]* | 3/7/2025 |
| | Signature | Date |
| Maryam Hussain, MD – Chief Resident, Internal Medicine | *Maryam Hussain* | 3/7/2025 |
| | Signature | Date |
| Stephanie Osawaru, MD – Chief Resident, OB-Gynecology | *[signature]* | 3/7/2025 |
| | Signature | Date |
| Tyler Desmond, MD – Chief Resident, OB-Gynecology | *[signature]* | 3/7/2025 |
| | Signature | Date |
| Sidra Haque, DO – Chief Resident, OB-Gynecology | *[signature]* | 3/7/2025 |
| | Signature | Date |
| Zachary Dalton, DO – Chief Resident, Emergency Medicine | *Zachary Dalton* | 3/7/2025 |
| | Signature | Date |
| Angela Saponaro, DO – Chief Resident, EmergencyMedicine | *[signature]* | 3/7/2025 |
| | Signature | Date |
| Megan Schlegelmilch, DO – Chief Resident, Emergency Med. | *[signature]* | 3/7/2025 |
| | Signature | Date |
| Kenneth Wee, DO – Chief Resident, Psychiatry | *[signature]* | 3/7/2025 |
| | Signature | Date |
| Talmage Nielson, DO – Chief Resident, Psychiatry | *[signature]* | |
| | Signature | Date |