SIDLEY AUSTIN LLP
Thomas R. Califano (24122825)
Rakhee V. Patel (00797213)
2021 McKinney Avenue, Suite 2000
Dallas, Texas 75201
Telephone:    (214) 981-3300
Facsimile:    (214) 981-3400
Email:    tom.califano@sidley.com
         rpatel@sidley.com

SIDLEY AUSTIN LLP
William E. Curtin (admitted *pro hac vice*)
Patrick Venter (admitted *pro hac vice*)
Anne G. Wallice (admitted *pro hac vice*)
787 Seventh Avenue
New York, New York 10019
Telephone:    (212) 839-5300
Facsimile:    (212) 839-5599
Email:    wcurtin@sidley.com
         pventer@sidley.com
         anne.wallice@sidley.com

*Attorneys for the Debtors*
*and Debtors in Possession*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| PROSPECT MEDICAL HOLDINGS, INC., *et al.*,[1] | Case No. 25-80002 (SGJ) |
| Debtors. | (Jointly Administered) |

## AGENDA FOR HEARING SCHEDULED FOR
## MARCH 11, 2025 AT 9:30 A.M (PREVAILING CENTRAL TIME)

The above-captioned debtors and debtors in possession (collectively, the "Debtors")

hereby file this agenda for matters set for hearing on March 11, 2025 at 9:30 a.m. (prevailing

Central Time), before the Honorable Stacey G.C. Jernigan at the United States Bankruptcy Court

for the Northern District of Texas, at Courtroom 1, 14th Floor, Earle Cabell Federal Building, 1100

Commerce Street, Dallas, Texas 75242-1496.

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://omniagentsolutions.com/Prospect. The Debtors' mailing address is 3824 Hughes Ave., Culver City, CA 90232.

**AGENDA MATTERS**

1.  *Debtors' Emergency Motion for Entry of an Order (I) Approving the Closure of the Pennsylvania Hospitals; and (II) Granting Related Relief* [Docket No. 882]

    **Related Documents:**

    a.  *Declaration of Paul Rundell in Support of the Debtors' Emergency Motion for Entry of an Order (I) Approving the Closure of the Pennsylvania Hospitals; and (II) Granting Related Relief* [Docket No. 883]

    b.  *Notice of Hearing for March 11, 2025 Setting* [Docket No. 884]

    c.  *Order Requiring Settlement Meeting Related to the Pennsylvania Hospitals* [Docket No. 889]

**Status:**  **This motion is adjourned until further notice.  The Debtors will provide a status update on the Pennsylvania facilities.**

[*Remainder of the page intentionally left blank.*]

Dated:  March 10, 2025
Dallas, Texas

*/s/ Thomas R. Califano*

SIDLEY AUSTIN LLP
Thomas R. Califano (24122825)
Rakhee V. Patel (00797213)
2021 McKinney Avenue, Suite 2000
Dallas, Texas 75201
Telephone:     (214) 981-3300
Facsimile:     (214) 981-3400
Email:          tom.califano@sidley.com
                rpatel@sidley.com

William E. Curtin (admitted *pro hac vice*)
Patrick Venter (admitted *pro hac vice*)
Anne G. Wallice (admitted *pro hac vice*)
787 Seventh Avenue
New York, New York 10019
Telephone:     (212) 839-5300
Facsimile:     (212) 839-5599
Email:          wcurtin@sidley.com
                pventer@sidley.com
                anne.wallice@sidley.com

*Attorneys for the Debtors*
*and Debtors in Possession*

## **Certificate of Service**

I certify that on March 10, 2025, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Northern District of Texas.

_/s/ Thomas R. Califano_
Thomas R. Califano