United States Department of Justice
Office of the United States Trustee
1100 Commerce St.  Room 976
Dallas, Texas 75242
(214) 767-8967

Elizabeth Young,
for the United States Trustee
elizabeth.a.young@usdoj.gov

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | |
|---|---|
| In re: § | |
| § | Case No. 25-80002-SGJ-11 |
| **PROSPECT MEDICAL HOLDINGS,** § | |
| **INC.**, *et al.*,[1] § | |
| § | CHAPTER 11 |
| § | |
| **Debtors.** § | **(Jointly Administered)** |
| § | |

### Witness and Exhibit List on the
### United States Trustee's Objection to the Motion of the Debtors Pursuant to Bankruptcy
### Rule 9019 for Approval of Settlement with MPT

**TO THE HONORABLE STACEY G. C. JERNIGAN, CHIEF U.S. BANKRUPTCY JUDGE:**

The United States Trustee for Region 6 files this Witness and Exhibit List in connection with her

United States Trustee's Objection to the Motion of the Debtors Pursuant to Bankruptcy Rule 9019

for Approval of Settlement with MPT [docket no. 1188].

### Witnesses

1. Any witness designated by any other party.

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://omniagentsolutions.com/Prospect.  The Debtors' mailing address is 3824 Hughes Ave., Culver City, CA 90232.

**Exhibits**

| Exhibit Number | Description | Admitted |
|---|---|---|
| UST-A | Motion of the Debtors Pursuant to Bankruptcy Rule 9019 for Approval of Settlement with MPT.  [docket no. 769] | |
| UST-B | Settlement and Support Agreement.  [docket no. 871] | |

The United States Trustee also designates all exhibits referenced in any witness and exhibit lists filed by any other party.  The United States Trustee reserves the right to use testimony and documents offered into evidence by other parties.  The United States Trustee also reserves the right to introduce any other pleading filed of record in this case and to offer into evidence such additional documents as may be appropriate for impeachment purposes.  Copies of the United States Trustee's Exhibits are attached at the end of this document.

DATED:	March 18, 2025

Respectfully submitted,

LISA L. LAMBERT,
UNITED STATES TRUSTEE
REGION 6

*/s/ Elizabeth Ziegler Young*
Elizabeth Ziegler Young
Texas State Bar No. 24086345
(Also by New York)
Trial Attorney
Office of the United States Trustee
1100 Commerce St.  Room 976
Dallas, Texas 75242
(214) 767-1247
elizabeth.a.young@usdoj.gov

**Certificate of Service**

I certify that on March 18, 2025, this document was served on all parties entitled to receive ECF notice in this case.

*/s/ Elizabeth Young*
Elizabeth Young