SIDLEY AUSTIN LLP
Thomas R. Califano (24122825)
Rakhee V. Patel (00797213)
2021 McKinney Avenue, Suite 2000
Dallas, Texas 75201
Telephone:   (214) 981-3300
Facsimile:   (214) 981-3400
Email:   tom.califano@sidley.com
             rpatel@sidley.com

SIDLEY AUSTIN LLP
William E. Curtin (admitted *pro hac vice*)
Patrick Venter (admitted *pro hac vice*)
Anne G. Wallice (admitted *pro hac vice*)
787 Seventh Avenue
New York, New York 10019
Telephone:   (212) 839-5300
Facsimile:   (212) 839-5599
Email:   wcurtin@sidley.com
             pventer@sidley.com
             anne.wallice@sidley.com

*Attorneys for the Debtors
and Debtors in Possession*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| In re: <br><br> PROSPECT MEDICAL HOLDINGS, INC., *et al.*,[1] <br><br> Debtors. | Chapter 11 <br><br> Case No. 25-80002 (SGJ) <br><br> (Jointly Administered) <br> Rel. to Docket No. 763 |

**NOTICE OF REVISED BAR DATES ORDER**

      **PLEASE TAKE NOTICE THAT** beginning on January 11, 2025, the debtors and debtors in possession in the above-captioned chapter 11 cases (the "Debtors") filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Northern District of Texas (the "Court").

      **PLEASE TAKE FURTHER NOTICE THAT** on February 21, 2025, the Debtors filed the *Debtors' Motion for Entry of an Order (I) Setting Bar Dates for Filing Proofs of Claim; (II) Approving Form and Manner for Filing Proofs of Claim; (III) Approving the Notice of Bar Dates; and (IV) Granting Related Relief* [Docket No. 763] (the "Bar Date Motion"), which

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://omniagentsolutions.com/Prospect. The Debtors' mailing address is 3824 Hughes Ave., Culver City, CA 90232.

attached, as Exhibit A, a proposed order granting the Bar Date Motion (the "Bar Date Order").

**PLEASE TAKE FURTHER NOTICE THAT** attached hereto as **Exhibit A** is a revised form of proposed order (the "Revised Bar Date Order"). Attached hereto as **Exhibit B** is a redline of the Bar Date Order relative to the Bar Date Order.

**PLEASE TAKE FURTHER NOTICE** that a hearing to consider entry of the Revised Bar Date Order will be held on **March 19, 2025 at 9:30 a.m. (prevailing Central Time)** in Courtroom #1, 14th floor, 1100 Commerce Street, Dallas, Texas, 75242 before the Honorable Stacey G.C. Jernigan.

**PLEASE TAKE FURTHER NOTICE THAT** copies of the foregoing pleadings may be obtained (i) at the website established by the Debtors' noticing agent, Omni Agent Solutions at https://omniagentsolutions.com/Prospect, (ii) from the Court's website https://ecf.txnb.uscourts.gov/, or (iii) upon request to the undersigned.

[*Remainder of the page left intentionally blank*]

Dated: March 19, 2025  
Dallas, Texas

*/s/  Thomas R. Califano*
SIDLEY AUSTIN LLP
Thomas R. Califano (24122825)
Rakhee V. Patel (00797213)
2021 McKinney Avenue, Suite 2000
Dallas, Texas 75201
Telephone:   (214) 981-3300
Facsimile:   (214) 981-3400
Email:       tom.califano@sidley.com
             rpatel@sidley.com

*and*

William E. Curtin (admitted *pro hac vice*)
Patrick Venter (admitted *pro hac vice*)
Anne G. Wallice (admitted *pro hac vice*)
787 Seventh Avenue
New York, New York 10019
Telephone:   (212) 839-5300
Facsimile:   (212) 839-5599
Email:       wcurtin@sidley.com
             pventer@sidley.com
             anne.wallice@sidley.com

*Attorneys for the Debtors
and Debtors in Possession*

**Certificate of Service**

      I certify that on March 19, 2025, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Northern District of Texas.

                                                 */s/ Thomas R. Califano*
                                                 Thomas R. Califano