FROST BROWN TODD LLP
Rebecca L. Matthews (Texas Bar No. 24062776)
2101 Cedar Springs Road, Ste. 900
Dallas, TX 75201
214-580-8608 Telephone
214-545-3473 Facsimile
E-mail: rmatthews@fbtlaw.com

Joy D. Kleisinger (Ohio Bar No. 0101993) (*pro hac vice*)
3300 Great American Tower
301 East Fourth Street
Cincinnati, Ohio  45202
513-651-6800  Telephone
513-651-6981  Facsimile
E-mail jkleisinger@fbtlaw.com

*COUNSEL FOR FIFTH THIRD SECURITIES, INC.*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| **In re:**<br><br>**PROSPECT MEDICAL HOLDINGS, INC.,** *et al.,* [1]<br><br>**Debtors.** | **Chapter 11**<br><br>**Case No. 25-80002 (SGJ)**<br><br>**(Jointly Administered)** |

**MOTION OF FIFTH THIRD SECURITIES, INC. FOR ALLOWANCE OF ADMINISTRATIVE EXPENSE CLAIM UNDER 11 U.S.C. § 503(b)**

Fifth Third Securities, Inc., successor by merger to H2C Securities, Inc. ("Fifth Third"), by its undersigned counsel, Frost Brown Todd LLP, files this *Motion of Fifth Third Securities, Inc. for Allowance of Administrative Expense Claim under 11 U.S.C. § 503(b)* (this motion and the supporting brief are collectively the "Motion") for allowance of an administrative expense claim

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://omniagentsolutions.com/Prospect. The Debtors' mailing address is 3824 Hughes Ave., Culver City, CA 90232.

under sections 503(b) and 503(b)(3)(D) of title 11 of the United States Code, 11 U.S.C. §§ 101, et seq. (the "Bankruptcy Code"), in the chapter 11 cases of the above referenced debtors and debtors in possession (the "Debtors") and such other and further relief as set forth in the Motion. In support of this Motion, Fifth Third contemporaneously submits the *Brief in Support Motion of Fifth Third Securities, Inc. for Allowance of Administrative Expense Claim under 11 U.S.C. § 503(b)* (the "Brief"), pursuant to Local Bankruptcy Rule 7007-2(d).

WHEREFORE, Fifth Third respectfully requests that the Court (i) allow the Substantial Contribution Claim (as defined in the Brief) under 11 U.S.C. § 503(b); (ii) authorize and direct the Debtors to pay Fifth Third the Substantial Contribution Claim upon closing of the RI Sale (as defined in the Brief); and (iii) granting such other and further relief as is just and reasonable.

Dated: March 24, 2025

**FROST BROWN TODD LLP**

By:*/s/ Rebecca L. Matthews*

Rebecca L. Matthews (Texas Bar No. 24062776)
2101 Cedar Springs Road, Ste. 900
Dallas, TX 75201
214-580-8608 Telephone
214-545-3473 Facsimile
E-mail: rmatthews@fbtlaw.com
and
Joy D. Kleisinger (Ohio Bar No. 0101993) (*pro hac vice*)
3300 Great American Tower
301 East Fourth Street
Cincinnati, Ohio  45202
513-651-6800  Telephone
513-651-6981  Facsimile
E-mail jkleisinger@fbtlaw.com

**COUNSEL FOR FIFTH THIRD SECURITIES, INC.**

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 24, 2025, a true and correct copy of the foregoing *Fifth Third Securities, Inc.'s Motion for Allowance of Administrative Expense Claim Under 11 U.S.C. § 503(b)* was sent via ECF Noticing to all parties receiving ECF Notices in these chapter 11 cases.

*/s / Rebecca L. Matthews*
Rebecca L. Matthews

0106586.0799451   4910-3820-3176v2