## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| In re: | : : : | Chapter 11 |
| PROSPECT MEDICAL HOLDINGS, INC., et al.,[1] | : : : | Case No. 25-80002 (SGJ) |
| Debtors. | : : : : | (Jointly Administered) HEARING: APRIL 30, 2025 AT 1:30 P.M. |

**DECLARATION OF DAN MCGRATH IN SUPPORT OF THE GROUP OF MEDICAL MALPRACTICE CLAIMANTS' MOTION FOR RELIEF FROM AUTOMATIC STAY**

I, Daniel McGrath, declare under penalty of perjury under 28 U.S.C. § 1764 as follows:

1. My name is Daniel McGrath. I am an attorney at Ross Feller Casey, LLP, One Liberty Place, 1650 Market St., 34th Floor, Philadelphia, PA 19103 ("RFC"). I am one of the attorneys at RFC who represents and was prosecuting cases for a number of clients in connection with personal injury, medical malpractice, and wrongful death cases filed in the Commonwealth of Pennsylvania against various parties, including one or more of the Debtor entities prior to the Debtors' bankruptcy filings. I am over the age of eighteen years, have never been convicted of a felony or crime of moral turpitude, and am otherwise qualified to make this Declaration. The factual matters set forth herein are within my personal knowledge and are true and correct.

2. I am making this Declaration in support of the relief sought in the *Motion of the Group of Medical Malpractice Claimants With Claims Against Crozer Hospital For Relief From*

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://omniagentsolutions.com/Prospect. The Debtors' mailing address is 3824 Hughes Ave., Culver City, CA 90232.

DECLARATION OF DANIEL MCGRATH – PAGE 1

*the Stay To Permit Continuation of Personal Injury Litigation and to Pursue Insurance Proceeds* (The "Motion," At Docket No. 1144) and *The Group of Medical Malpractice Claimants With Claims Against Crozer Hospital's Objection to Debtors' Motion For Entry of an Order (I) Enforcing and Extending the Automatic Stay to the Non-Debtor Defendants Named in the Lawsuits and (II) Granting Related Relief* (the "Objection," at Docket No. 1647).

3. RFC is counsel in Yvonne Gethers and Malcolm Flamer, Individually and as Administrators of the Estate of E.A.F, a deceased minor vs Prospect Crozer, LLC d/b/a Crozer Health; Prospect Health Access Network, Inc. d/b/a Crozer Health Medical Group; Prospect Provider Group Pa, LLC; Prospect Crozer, LLC d/b/a Crozer-Keystone Health System; Prospect CCMC, LLC d/b/a Crozer Medical Associates; Prospect CCMC, LLC d/b/a Crozer Pediatric Physicians; CKHS, Inc.; Crozer-Keystone Physician Partners, LLC; Crozer-Keystone Services, et al. (the "Lawsuit"), as listed in Exhibit A to the Motion. I am one of the attorneys prosecuting the Lawsuit for RFC's clients, Ms. Gethers and Mr. Flamer (herein "plaintiffs"). To date, none of the Defendants in the Lawsuit have filed a cross-claim or counterclaim for indemnification from any party, including not from any of the Debtor entities.

4. The Lawsuit was ready for trial, as all discovery had been completed and plaintiffs had produced all expert reports. Trial had been scheduled for a date certain of June 9. 2025, and trial would have commenced on schedule absent the Debtors' bankruptcy filings.

5. The Lawsuit arises out of the preventable suffering and death of plaintiffs' full-term infant son just two days after his birth due to clear medical negligence at Crozer Chester Medical Center.

6. Lifting the stay is necessary to afford some recovery for the grievous injuries, suffering and losses caused by the Debtor entities and non-Debtor Defendants.

Under 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 25, 2025.

By: <u>*/s/ Daniel McGrath*</u><br>Daniel McGrath, Esq.