IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| PROSPECT MEDICAL HOLDINGS, INC., et al.,[1] | : | Case No. 25-80002 (SGJ) |
| Debtors. | : | (Jointly Administered) |
| | : | HEARING: APRIL 30, 2025 AT 1:30 P.M. |

**DECLARATION OF ANDREW MARTH IN SUPPORT OF THE GROUP OF MEDICAL MALPRACTICE CLAIMANTS' MOTION FOR RELIEF FROM AUTOMATIC STAY**

I, Andrew Marth, declare under penalty of perjury under 28 U.S.C. § 1764 as follows:

1. "My name is Andrew Marth. I am an attorney at The Beasley Firm, LLC, 1125 Walnut Street, Philadelphia, PA 19107 ("Beasley"). I am one of the attorneys at Beasley who represents and is prosecuting cases for a number of clients in connection with personal injury, medical malpractice, and wrongful death claims filed in the Commonwealth of Pennsylvania and the United States District Court for the Eastern District of Pennsylvania against various parties, including one or more of the Debtor entities prior to the Debtors' bankruptcy filings. I am over the age of eighteen years, have never been convicted of a felony or crime of moral turpitude, and am otherwise qualified to make this Declaration. The factual matters set forth herein are within my personal knowledge and are true and correct.

2. I am making this Declaration in support of the relief sought in the *Motion of the Group of Medical Malpractice Claimants With Claims Against Crozer Hospital For Relief From*

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://omniagentsolutions.com/Prospect. The Debtors' mailing address is 3824 Hughes Ave., Culver City, CA 90232.

DECLARATION OF ANDREW MARTH – PAGE 1

*the Stay Topermit Continuation of Personal Injury Litigation and to Pursue Insurance Proceeds* (The "Motion," At Docket No. 1144) and *The Group of Medical Malpractice Claimants With Claims Against Crozer Hospital's Objection to Debtors' Motion For Entry of an Order (I) Enforcing and Extending the Automatic Stay to the Non-Debtor Defendants Named in the Lawsuits and (II) Granting Related Relief* (the "Objection," at Docket No. 1647).

3. Each of Beasley's clients are listed in Exhibit A to the Motion. I am one of the attorneys prosecuting each of the cases for the Beasley clients. To date, in none of the cases listed on Exhibit A to the Motion filed on behalf Beasley's clients have any of the Defendants in those actions filed a cross-claim or counterclaim for indemnification against any other party, including against the Debtor entities.

4. The birth injury and other injuries in both of the Okum cases occurred before October of 2020, and the Okum state court case[2] (hereafter "Okum State") was filed on May 7, 2019. Okum State was ready for trial. A pretrial conference to select a trial date in Okum State was scheduled for February 5, 2025, but was cancelled due to the Suggestion of Bankruptcy filed by the Debtors.

5. The Okum Federal case[3] (hereafter "Okum Fed") which is based on the same pre-October 1, 2020 occurrence as Okum State, still required written discovery as to two defendants, CRNP Ciotoli and Dr. Mergenthal, and the deposition of Defendant Dr. Mergenthal, but otherwise, discovery was completed in that matter at the time that the Debtors' bankruptcy cases were filed.

---

[2] Kevin Okum and Aubrey Daley, as Parents and Natural Guardians of B.O., a minor, and Kevin Okum and Aubrey Daley, in their own right vs. Prospect Health Access Network, Inc. d/b/a and/or a/k/a Crozer-Keystone Health at Springfield, et al.; Court of Common Pleas, Delaware County – Case No. CV-2018-009826.

[3] Kevin Okum as Parent and Natural Guardian of B.O., a minor vs. Prospect CCMC, Inc. d/b/a Crozer Chester Medical Center, et al., US District Court for the Eastern District of Pennsylvania – Civil Action No. CV-2:23-cv-02977 consolidated with Kevin Okum Guardian of B.O., a minor vs. Prospect Health Access Network, Inc., et al., US District Court for the Eastern District of Pennsylvania, Civil Action No. 2:24-cv-03310.

6.  The Weaver case[4] was ready for trial, and we were waiting for the court calendar for 2026 to come out to schedule a trial date. The 2026 trial calendar was supposed to come out in April/May 2025. That scheduling discussion did not occur due to the bankruptcy filing by the Debtors.

7.  The other two cases for Richard L. Martorell[6] and Felix Martinez Casalez[7] were early on and still require virtually all of the discovery.

8.  In each of the cases for Beasley's clients, the liability amount is expected to exceed the Debtors' alleged SIR and rise to at least the level of MCare coverage, and we need to be able to reach the MCare coverage set forth in the MCARE Act, even if the Debtor does not have its own proper insurance or have not set up proper separate accounts and funds for SIR's, to provide our clients the opportunity to obtain some recovery for the grievous injuries and suffering caused by the Debtor entities and non-Debtor Defendants.

Under 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 25 2025.

By: _____
Andrew M. Marth, Esq.

---

[4] Cameron Weaver, a/k/a Ceilia Weaver vs. Crozer Keystone Health System d/b/a Delaware County Memorial Hospital, Court of Common Pleas, Delaware County – Case No. CV-2022-003567.

[6] Richard L. Martorell, Executor of the Estate of Tiffany Winslow vs. Prospect Health Access Network, Inc. d/b/a Crozer Health at Broomall, Prospect CCMC, LLC, et al., Court of Common Pleas, Philadelphia County - Case No. 240201441.

[7] Felix Martinez Casalez a/ka Miguel Martinez vs. Prospect Medical Holdings, Inc., Prospect Crozer, LLC d/b/a Crozer Health, Prospect DMCH, LLC d/b/a, Delaware County Memorial Hospital, et al., Court of Common Pleas, Philadelphia County - Case No. 231203099