## Exhibit A

**Proposed Order**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| PROSPECT MEDICAL HOLDINGS, INC., *et al.*,[1] | Case No. 25-80002 (SGJ) |
| Debtors. | (Jointly Administered) |

**ORDER GRANTING THE FIRST INTERIM FEE
APPLICATION OF SIDLEY AUSTIN LLP FOR COMPENSATION
AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM
JANUARY 12, 2025 THROUGH AND INCLUDING MARCH 31, 2025**

Upon consideration of the application ("Application")[2] of Sidley Austin LLP ("Sidley") for allowance of compensation for professional services rendered in the above captioned chapter 11 cases during the period from January 12, 2025 through and including March 31, 2025 (the "Interim Fee Period"), it is **HEREBY ORDERED THAT**:

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://omniagentsolutions.com/Prospect. The Debtors' mailing address is 3824 Hughes Ave., Culver City, CA 90232.

[2] Each capitalized term used but not otherwise defined herein shall have the meaning ascribed to it in the Application.

3

1. Sidley is granted interim allowance of compensation in the amount of $12,818,818.00 for the Interim Fee Period.

2. Sidley is granted interim allowance of reimbursements for expenses incurred in the amount of $219,238.76 for the Interim Fee Period.

3. The Debtors are authorized and directed to remit payment to Sidley of such allowed compensation and expense reimbursement amounts, less any and all amounts previously paid on account of such fees and expenses.

4. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this order.

# # # END OF ORDER # # #

Submitted by:

**SIDLEY AUSTIN LLP**
Thomas R. Califano (24122825)
Rakhee V. Patel (00797213)
2021 McKinney Avenue, Suite 2000
Dallas, Texas 75201
Telephone:   (214) 981-3300
Facsimile:   (214) 981-3400
Email:       tom.califano@sidley.com
             rpatel@sidley.com

SIDLEY AUSTIN LLP
William E. Curtin (admitted *pro hac vice*)
Patrick Venter (admitted *pro hac vice*)
Anne G. Wallice (admitted *pro hac vice*)
787 Seventh Avenue
New York, New York 10019
Telephone:   (212) 839-5300
Facsimile:   (212) 839-5599
Email:       wcurtin@sidley.com
             pventer@sidley.com
             anne.wallice@sidley.com

*Attorneys for the Debtors
and Debtors in Possession*