# Exhibit E

## Budget & Staffing

**Exhibit E**

**BUDGET AND STAFFING PLAN FOR THE FIRST INTERIM FEE APPLICATION FOR THE FEE PERIOD JANUARY 12, 2025 THROUGH MARCH 31, 2025**

| Task Code and Project Category | Fees Budgeted[1] ($) | Hours Budgeted |
|---|---|---|
| 001 - First Day Motions/Second Day Motions | 594,000 – 723,600 | 550 – 670 |
| 002 - Financing Matters/Cash Collateral | 2,022,400 – 2,464,000 | 1,580 – 1,925 |
| 003 - Asset Disposition/363 Sale | 1,822,500 – 2,227,500 | 1,350 – 1,650 |
| 004 - Relief from Stay/Adequate Protection | 380,800 – 470,400 | 340 – 420 |
| 005 - Assumption/Rejection of Leases and Executory Contracts | 339,900 – 412,000 | 330 – 400 |
| 006 - Professional Retention | 264,600 – 323,400 | 270 – 330 |
| 007 - Fee Applications | 165,900 – 197,500 | 210 – 250 |
| 008 - Claims Processing | 111,300 – 137,800 | 105 – 130 |
| 009 - Litigation | 2,528,800 – 3,085,600 | 2,180 – 2,660 |
| 010 - Case Administration | 321,200 – 396,000 | 370 – 450 |
| 011 - Non-Working Travel[2] | 196,250 – 235,500 | 125 – 150 |
| 012 – Employee/Labor Matters | 641,550 – 782,550 | 455 – 555 |
| 013 - Business Operations | 97,600 – 122,000 | 270 – 330 |
| 014 - Tax Issues | 82,800 – 103,500 | 60 – 75 |
| 015 - Plan and Disclosure Statement | 282,500 – 350,300 | 250 – 310 |
| 016 - Bankruptcy Court Hearings | 374,400 – 460,800 | 260 – 320 |
| 017 - Creditor Meetings and Communications | 236,600 – 295,750 | 140 – 175 |
| 018 - Corporate Governance and Board Matters | 181,350 – 222,300 | 155 – 190 |
| 019 – UST Reporting and Communications | 58,000 – 69,600 | 50 – 60 |
| 020 - General Case Strategy | 574,000 – 700,000 | 410 – 500 |
| | | |
| **TOTAL BUDGETED** | 11,590,000 – 14,109,300 | 9,500 – 11,565 |
| | | |
| **TOTAL AMOUNT** | 12,818,818.00 | 10,514.30 |

---

[1] Budgeted amounts do not necessarily reflect to a 1:1 ratio because they reflect a blended hourly rate and a variable allocation of timekeepers and hours, depending on the needs for each category.

[2] As noted above, Sidley charged the Debtors for 50% of non-working travel time.

**Exhibit E**

**STAFFING ACROSS ALL MATTER CATEGORIES
FOR THE FIRST INTERIM FEE APPLICATION FOR THE
FEE PERIOD JANUARY 12, 2025 THROUGH MARCH 31, 2025**

| Category of Timekeeper | Number of Timekeepers Expected to Perform Work Across All Matter Categories | Sidley Blended Rate[1] | Non-Bankruptcy Blended Rate[2] |
|---|---|---|---|
| Partners | 17 | $1,840.37 | $1,696.00 |
| Senior Counsel / Counsel | 1 | $1,570.00 | $1,493.00 |
| Associates (3+ years since first admission) | 13 | $1,397.33 | $1,249.00 |
| Jr. Associates (1-3 years since first admission) | 40 | $951.32 | $856.00 |
| Paraprofessionals | 15 | $605.22 | $554.00 |
| **Total Timekeepers** | **86** | **$1,219.18** | **$1,328.00** |

---

[1] Sidley calculated the "Sidley Blended Rate" by dividing the total amount billed by Sidley's timekeepers to the Debtors during the First Interim Fee Period by the total hours billed by such timekeepers to the Debtors during the First Interim Fee Period. The Sidley Blended Rate does not include fees and corresponding hours voluntarily reduced by Sidley prior to submission of the relevant fee applications.

[2] Sidley calculated the "Non-Bankruptcy Blended Rate" by dividing the total amount billed by Sidley's domestic, non-bankruptcy timekeepers during the comparable Period by the total hours billed by such timekeepers during the comparable Period.