# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

------------------------------------------------------- x
: 
In re: : Chapter 11
:
PROSPECT MEDICAL HOLDINGS, : Case No. 25-80002 (SGJ)
INC., et al.,[1]
:
Debtors. : (Jointly Administered)
:
------------------------------------------------------- x

## AD HOC COMMITTEE OF MEDICAL MALPRACTICE CLAIMANTS' WITNESS AND EXHIBIT LIST

The Ad Hoc Committee of Medical Malpractice Claimants ("**AHC**"), who are plaintiffs in lawsuits against the Debtors arising out of medical treatments at the Pennsylvania hospitals, submit this Witness and Exhibit List for the hearing set on April 30, 2025, at 1:30 p.m.

### Witnesses

1. Any witness called or listed by any other party in interest; and
2. Impeachment or rebuttal witnesses, as necessary or appropriate.

### Exhibits

| Ex. ID | Description |
|---|---|
| A | PA Insurance Department Review Requirements, Medical Malpractice.[2] |
|  | Exhibits designated or used by other parties or previously admitted. |

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://omniagentsolutions.com/Prospect. The Debtors' mailing address is 3824 Hughes Ave., Culver City, CA 90232.

[2] Found at https://www.pa.gov/search.html#q=medical%20malpractice.xls.

|   | All documents filed in this case and any related adversary proceedings. |
|---|---|
|   | Documents for rebuttal or impeachment as necessary or appropriate. |
|   | Demonstrative exhibits as necessary or appropriate. |

### Reservation of Rights

The AHC reserves the right to use and/or present demonstratives for any purpose. The AHC also reserves the right to use exhibits, demonstratives, and testimony not listed here for rebuttal or impeachment purposes at the hearing. The AHC reserves the right to supplement or otherwise amend this Witness and Exhibit List prior to the hearing.

Dated: April 28, 2025                Respectfully submitted,

**STUTZMAN, BROMBERG, ESSERMAN & PLIFKA, PC**

/s/ *Peter D'Apice*
Sander L. Esserman
State Bar No. 06671500
Peter C. D'Apice
State Bar No. 05377783
2323 Bryan Street, Ste. 2200
Dallas, TX 75201-2689
Telephone: (214) 969-4900
Facsimile: (214) 969-4999
Email: esserman@sbep-law.com
         dapice@sbep-law.com

**COUNSEL FOR AD HOC COMMITTEE OF MEDICAL MALPRACTICE CLAIMANTS**

### CERTIFICATE OF SERVICE

I certify that the foregoing document was served via the Court's ECF system to all parties authorized to receive electronic notice in this case on April 28, 2025.

/s/ *Peter D'Apice*
Peter D'Apice

2