IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| PROSPECT MEDICAL HOLDINGS, INC., et al.,[1] | : | Case No. 25-80002 (SGJ) |
| Debtors. | : | (Jointly Administered) |
| | : | **HEARING:**<br>**APRIL 30, 2025 AT 1:30 P.M.** |

**DECLARATION OF CONNOR DALTON IN SUPPORT OF GROUP OF MEDICAL MALPRACTICE CLAIMANTS' MOTION FOR RELIEF FROM AUTOMATIC STAY**

I, Connor Dalton, declare under penalty of perjury under 28 U.S.C. § 1764 as follows:

1. "My name is Connor Dalton. I am an attorney at the Dalton & Associates, P.A., Cool Spring Meeting House, 1106 West 10th St., Wilmington, DE ("Dalton"). I am one of the attorneys at Dalton who represents and was prosecuting cases for a number of clients in connection with personal injury, medical malpractice, and wrongful death cases filed in the Commonwealth of Pennsylvania against various parties, including one or more of the Debtor entities prior to the Debtors' bankruptcy filings. I am over the age of eighteen years, have never been convicted of a felony or crime of moral turpitude, and am otherwise qualified to make this Declaration. The factual matters set forth herein are within my personal knowledge and are true and correct.

2. I am making this Declaration in support of the relief sought in the *Motion of the Group of Medical Malpractice Claimants With Claims Against Crozer Hospital For Relief From the Stay To Permit Continuation of Personal Injury Litigation and to Pursue Insurance Proceeds*

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://omniagentsolutions.com/Prospect. The Debtors' mailing address is 3824 Hughes Ave., Culver City, CA 90232.

DECLARATION OF CONNOR DALTON – PAGE 1

(The "Motion," At Docket No. 1144) and *The Group of Medical Malpractice Claimants With Claims Against Crozer Hospital's Objection to Debtors' Motion For Entry of an Order (I) Enforcing and Extending the Automatic Stay to the Non-Debtor Defendants Named in the Lawsuits and (II) Granting Related Relief* (the "Objection," at Docket No. 1647).

    3. Dalton is counsel in the case of Kimberly A. Weeks Individually and as the Administratrix of the Estate of Maryellen A. Weeks, and Kristen Neff vs Prospect Crozer, LLC, Prospect Crozer, LLC d/b/a Crozer Health; Prospect Medical Holdings, et al. (the "Lawsuit"), as listed in Exhibit A to the Motion. I am one of the attorneys prosecuting the Lawsuit for Dalton's clients. To date, none of the Defendants in the Lawsuit have filed a cross-claim or counterclaim for indemnification from any party, including not from any of the Debtor entities.

    4. The wrongful death and other injuries in the Lawsuit occurred before October of 2020, and the Lawsuit was filed in 2020. The Lawsuit was ready for trial. A pretrial conference to select a trial date for the Lawsuit was scheduled for August 22-29, 2025, but was cancelled due to the bankruptcy filing by the Debtors.

    5. In the Lawsuit, the liability amount is expected to exceed the Debtors' alleged SIR and rise to at least the level of MCare coverage, and we need to be able to reach the MCare coverage set up by the Commonwealth of Pennsylvania, even if the Debtors do not have its own proper insurance or have not set up proper separate accounts and funds for SIR's, in order that our clients can be afforded some recovery from the grievous injuries and suffering caused by the Debtor entities and non-Debtor Defendants.

    Under 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 29, 2025.

By: /s/ *Connor Dalton*
Connor Dalton