J. Seth Moore (Bar No. 24027522)
Zachary A. Cooper (Bar No. 24137881)
SNELL & WILMER L.L.P.
2501 N. Harwood Street, Suite 1850
Dallas, Texas 75201
Telephone: (214) 305-7301
Facsimile: (214) 305-7351
Email: semoore@swlaw.com
   zcooper@swlaw.com

Michael B. Reynolds (CA Bar No. 174534)
Andrew B. Still (CA Bar No. 312444)
SNELL & WILMER L.L.P.
600 Anton Boulevard, Suite 1400
Costa Mesa, California 92626
Telephone: (714) 427-7000
Facsimile: (714) 427-7799
Email: mreynolds@swlaw.com
   astill@swlaw.com

Counsel for California Physicians' Service dba Blue Shield of California
and Blue Shield of California Promise Health Plan f/k/a Care 1st Health Plan

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF TEXAS

# DALLAS DIVISION

| | |
|---|---|
| In re:<br><br>PROSPECT MEDICAL HOLDINGS, INC., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 25-80002 (SGJ)<br><br>Jointly Administered |

**JOINT OBJECTION OF CALIFORNIA PHYSICIANS' SERVICE DBA BLUE SHIELD OF CALIFORNIA AND BLUE SHIELD OF CALIFORNIA PROMISE HEALTH PLAN F/K/A CARE 1ST HEALTH PLAN TO CURE AMOUNT STATED IN DEBTOR'S NOTICE OF (I) POTENTIAL ASSUMPTION AND ASSIGNMENT OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES AND (II) CURE AMOUNTS
[DOCKET NO. 1571]**

4918-2327-0460

TO THE HONORABLE STACEY G.C. JERNIGAN, CHIEF UNITED STATES BANKRUPTCY JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE, DEBTORS, AND ALL PARTIES IN INTEREST:

PLEASE TAKE NOTICE that California Physicians' Service dba Blue Shield of California ("Blue Shield of California") and Blue Shield of California Promise Health Plan f/k/a Care 1st Health Plan ("Blue Shield Promise" and/or "Care 1st Health Plan") (Blue Shield of California and Blue Shield Promise are referred to herein together as "Blue Shield"), by and through undersigned counsel, hereby submit their joint objection to the "Cure Amount" stated in the *Notice of (I) Potential Assumption and Assignment of Executory Contracts and Unexpired Leases and (II) Cure Amounts* [Docket No. 1571] (the "Cure Notice") submitted by the above-captioned debtors-in-possession ("Debtors").

Specifically, in the Cure Notice, Debtors state that they are a party to the following "Local California Agreements" with Blue Shield with the following amounts due:[1]

| Item # | Debtor | Counterparty | Description of Contract | Cure Amount (current AP) |
|---|---|---|---|---|
| 485 | ALTA HOSPITALS SYSTEM, LLC | BLUE SHIELD OF CALIFORNIA | MANAGED CARE MEMORANDUM OF UNDERSTANDING (MOU) DATED: 05/01/2020 | ^ |
| 486 | ALTA LOS ANGELES HOSPITALS, INC. | BLUE SHIELD OF CALIFORNIA | MANAGED CARE HEALTH PLAN DATED: 03/01/2024 | ^ |
| 487 | SOUTHERN CALIFORNIA HEALTHCARE SYSTEM, INC. | BLUE SHIELD OF CALIFORNIA | MANAGED CARE PLAN TO HOSPITAL DATED: 03/01/2023 | ^ |
| 488 | ALTA LOS ANGELES HOSPITALS, INC. | BLUE SHIELD OF CALIFORNIA | MANAGED CARE PLAN TO HOSPITAL DATED: 03/01/2023 | ^ |
| 489 | ALTA LOS ANGELES HOSPITALS, INC. | BLUE SHIELD OF CALIFORNIA | MANAGED CARE PLAN TO HOSPITAL DATED: 03/01/2023 | ^ |
| 490 | ALTA LOS ANGELES HOSPITALS, INC. | BLUE SHIELD OF CALIFORNIA | MANAGED CARE PLAN TO HOSPITAL DATED: 03/01/2023 | ^ |
| 491 | SOUTHERN CALIFORNIA HEALTHCARE SYSTEM, INC. | BLUE SHIELD OF CALIFORNIA | MANAGED CARE PLAN TO HOSPITAL DATED: 10/01/2021 | ^ |
| 492 | SOUTHERN CALIFORNIA HEALTHCARE SYSTEM, INC. | BLUE SHIELD OF CALIFORNIA | MANAGED CARE PLAN TO HOSPITAL DATED: 10/01/2021 | ^ |
| 493 | SOUTHERN CALIFORNIA HEALTHCARE SYSTEM, INC. | BLUE SHIELD OF CALIFORNIA | MANAGED CARE HEALTH PLAN DATED: 03/01/2024 | ^ |
| 494 | SOUTHERN CALIFORNIA HEALTHCARE SYSTEM, INC. | BLUE SHIELD OF CALIFORNIA | MANAGED CARE HEALTH PLAN DATED: 03/01/2024 | ^ |
| 495 | ALTA LOS ANGELES HOSPITALS, INC. | BLUE SHIELD OF CALIFORNIA | MANAGED CARE HEALTH PLAN DATED: 03/01/2024 | ^ |
| 496 | ALTA LOS ANGELES HOSPITALS, INC. | BLUE SHIELD OF CALIFORNIA | MANAGED CARE HEALTH PLAN DATED: 03/01/2024 | ^ |

---

[1] Docket No. 1571-1, pgs. 14-15, 19.

2

| Item # | Debtor | Counterparty | Description of Contract | Cure Amount (current AP) |
|---|---|---|---|---|
| 497 | SOUTHERN CALIFORNIA HEALTHCARE SYSTEM, INC. | BLUE SHIELD OF CALIFORNIA | MANAGED CARE PLAN TO HOSPITAL DATED: 06/01/2021 | ^ |
| 498 | SOUTHERN CALIFORNIA HEALTHCARE SYSTEM, INC. | BLUE SHIELD OF CALIFORNIA | MANAGED CARE PLAN TO HOSPITAL DATED: 11/01/2024 | ^ |
| 499 | SOUTHERN CALIFORNIA HEALTHCARE SYSTEM, INC. | BLUE SHIELD OF CALIFORNIA | AGREEMENT DATED: 03/01/2016 | ^ |
| 500 | SOUTHERN CALIFORNIA HEALTHCARE SYSTEM, INC. | BLUE SHIELD OF CALIFORNIA | AGREEMENT DATED: 03/01/2016 | ^ |
| 501 | SOUTHERN CALIFORNIA HEALTHCARE SYSTEM, INC. | BLUE SHIELD OF CALIFORNIA | AGREEMENT DATED: 03/01/2016 | ^ |
| 502 | ALTA LOS ANGELES HOSPITALS, INC. | BLUE SHIELD OF CALIFORNIA | AGREEMENT DATED: 03/01/2016 | ^ |
| 503 | ALTA LOS ANGELES HOSPITALS, INC. | BLUE SHIELD OF CALIFORNIA | AGREEMENT DATED: 03/01/2016 | ^ |
| 504 | ALTA LOS ANGELES HOSPITALS, INC. | BLUE SHIELD OF CALIFORNIA | AGREEMENT DATED: 03/01/2016 | ^ |
| 505 | SOUTHERN CALIFORNIA HEALTHCARE SYSTEM, INC. | BLUE SHIELD OF CALIFORNIA | MANAGED CARE PLAN TO HOSPITAL DATED: 03/01/2023 | ^ |
| 506 | SOUTHERN CALIFORNIA HEALTHCARE SYSTEM, INC. | BLUE SHIELD OF CALIFORNIA | MANAGED CARE PLAN TO HOSPITAL DATED: 01/23/2024 | ^ |
| 507 | ALTA LOS ANGELES HOSPITALS, INC. | BLUE SHIELD OF CALIFORNIA | MANAGED CARE PLAN TO HOSPITAL DATED: 03/01/2020 | ^ |
| 508 | SOUTHERN CALIFORNIA HEALTHCARE SYSTEM, INC. | BLUE SHIELD OF CALIFORNIA | MANAGED CARE PLAN TO HOSPITAL DATED: 03/01/2020 | ^ |
| 509 | SOUTHERN CALIFORNIA HEALTHCARE SYSTEM, INC. | BLUE SHIELD OF CALIFORNIA | MANAGED CARE PLAN TO HOSPITAL DATED: 03/01/2020 | ^ |
| 510 | ALTA LOS ANGELES HOSPITALS, INC. | BLUE SHIELD OF CALIFORNIA | MANAGED CARE PLAN TO HOSPITAL DATED: 03/01/2020 | ^ |
| 511 | ALTA LOS ANGELES HOSPITALS, INC. | BLUE SHIELD OF CALIFORNIA | MANAGED CARE PLAN TO HOSPITAL DATED: 03/01/2020 | ^ |
| 512 | SOUTHERN CALIFORNIA HEALTHCARE SYSTEM, INC. | BLUE SHIELD OF CALIFORNIA | MANAGED CARE PLAN TO HOSPITAL DATED: 03/01/2020 | ^ |
| 513 | ALTA LOS ANGELES HOSPITALS, INC. | BLUE SHIELD OF CALIFORNIA | MANAGED CARE HEALTH PLAN DATED: 01/01/2022 | ^ |
| 514 | SOUTHERN CALIFORNIA HEALTHCARE SYSTEM, INC. | BLUE SHIELD OF CALIFORNIA | MANAGED CARE HEALTH PLAN DATED: 01/01/2022 | ^ |
| 515 | ALTA LOS ANGELES HOSPITALS, INC. | BLUE SHIELD OF CALIFORNIA | PATIENT SPECIFIC DATED: 07/01/2015 | ^ |
| 516 | PROSPECT MEDICAL HOLDINGS, INC. | BLUE SHIELD OF CALIFORNIA | HUMAN RESOURCES EMPLOYEE BENEFITS DATED: 01/01/2024 | ^ |
| 517 | PROSPECT MEDICAL HOLDINGS, INC. | BLUE SHIELD OF CALIFORNIA | LEGAL BAA DATED: 07/01/2021 | ^ |
| 518 | PROSPECT MEDICAL HOLDINGS, INC. | BLUE SHIELD OF CALIFORNIA | HUMAN RESOURCES EMPLOYEE BENEFITS DATED: 01/01/2022 | ^ |
| 519 | PROSPECT MEDICAL HOLDINGS, INC. | BLUE SHIELD OF CALIFORNIA | HUMAN RESOURCES EMPLOYEE BENEFITS DATED: 07/01/2021 | ^ |
| 520 | ALTA LOS ANGELES HOSPITALS, INC. | BLUE SHIELD PROMISE | MANAGED CARE PLAN TO HOSPITAL DATED: 06/01/2022 | ^ |
| 521 | SOUTHERN CALIFORNIA HEALTHCARE SYSTEM, INC. | BLUE SHIELD PROMISE | MANAGED CARE PLAN TO HOSPITAL DATED: 06/01/2022 | ^ |
| 522 | ALTA LOS ANGELES HOSPITALS, INC. | BLUE SHIELD PROMISE | MANAGED CARE PLAN TO HOSPITAL DATED: 03/01/2023 | ^ |
| 523 | SOUTHERN CALIFORNIA HEALTHCARE SYSTEM, INC. | BLUE SHIELD PROMISE | MANAGED CARE PLAN TO HOSPITAL DATED: 03/01/2023 | ^ |
| 524 | ALTA HOSPITALS SYSTEM, LLC | BLUE SHIELD PROMISE | MANAGED CARE PLAN TO HOSPITAL DATED: 03/01/2023 | ^ |
| 525 | ALTA LOS ANGELES HOSPITALS, INC. | BLUE SHIELD PROMISE | MANAGED CARE PLAN TO HOSPITAL DATED: 03/01/2025 | ^ |
| 526 | SOUTHERN CALIFORNIA HEALTHCARE SYSTEM, INC. | BLUE SHIELD PROMISE | MANAGED CARE PLAN TO HOSPITAL DATED: 03/01/2025 | ^ |
| 527 | ALTA LOS ANGELES HOSPITALS, INC. | BLUE SHIELD-CARE 1ST | MANAGED CARE PLAN TO HOSPITAL DATED: 07/01/2017 | ^ |
| 648 | ALTA LOS ANGELES HOSPITALS, INC. | CARE 1ST HEALTH PLAN | FFS DATED: 05/01/2015 | $0 |
| 649 | ALTA LOS ANGELES HOSPITALS, INC. | CARE 1ST HEALTH PLAN | FFS DATED: 05/01/2015 | ^ |
| 650 | ALTA LOS ANGELES HOSPITALS, INC. | CARE 1ST HEALTH PLAN | FFS DATED: 05/01/2015 | ^ |
| 651 | ALTA LOS ANGELES HOSPITALS, INC. | CARE 1ST HEALTH PLAN | FFS DATED: 05/01/2015 | ^ |

3

| Item # | Debtor | Counterparty | Description of Contract | Cure Amount (current AP) |
|---|---|---|---|---|
| 652 | SOUTHERN CALIFORNIA HEALTHCARE SYSTEM, INC. | CARE 1ST HEALTH PLAN | FFS DATED: 05/01/2015 | ^ |
| 653 | ALTA LOS ANGELES HOSPITALS, INC. | CARE 1ST HEALTH PLAN | PLAN TO HOSPITAL DATED: 02/01/2018 | ^ |
| 654 | ALTA LOS ANGELES HOSPITALS, INC. | CARE 1ST HEALTH PLAN | PLAN TO HOSPITAL DATED: 02/01/2018 | ^ |
| 655 | ALTA LOS ANGELES HOSPITALS, INC. | CARE 1ST HEALTH PLAN | MANAGED CARE PLAN TO HOSPITAL DATED: 07/01/2016 | ^ |
| 656 | SOUTHERN CALIFORNIA HEALTHCARE SYSTEM, INC. | CARE 1ST HEALTH PLAN | PLAN TO HOSPITAL DATED: 02/01/2018 | ^ |
| 657 | SOUTHERN CALIFORNIA HEALTHCARE SYSTEM, INC. | CARE 1ST HEALTH PLAN | PLAN TO HOSPITAL DATED: 02/01/2018 | ^ |
| 658 | ALTA LOS ANGELES HOSPITALS, INC. | CARE1ST HEALTH PLAN | PLAN TO HOSPITAL DATED: 07/01/2017 | $0 |
| 659 | SOUTHERN CALIFORNIA HEALTHCARE SYSTEM, INC. | CARE1ST HEALTH PLAN | PLAN TO HOSPITAL DATED: 07/01/2017 | ^ |

Additionally, in the Cure Notice, Debtors state that they are a party to the following "Local Connecticut Agreements" with Blue Shield with the following amounts due:[2]

| Item # | Debtor | Counterparty | Description of Contract | Cure Amount (current AP) |
|---|---|---|---|---|
| 463 | PROSPECT MEDICAL HOLDINGS, INC. | BLUE SHIELD OF CALIFORNIA | HUMAN RESOURCES EMPLOYEE BENEFITS DATED: 01/01/2024 | $0 |
| 464 | PROSPECT MEDICAL HOLDINGS, INC. | BLUE SHIELD OF CALIFORNIA | LEGAL BAA DATED: 07/01/2021 | ^ |
| 465 | PROSPECT MEDICAL HOLDINGS, INC. | BLUE SHIELD OF CALIFORNIA | HUMAN RESOURCES EMPLOYEE BENEFITS DATED: 01/01/2022 | ^ |
| 466 | PROSPECT MEDICAL HOLDINGS, INC. | BLUE SHIELD OF CALIFORNIA | HUMAN RESOURCES EMPLOYEE BENEFITS DATED: 07/01/2021 | ^ |

Blue Shield is a licensed prepaid health care service plan and, as such, contracts with individuals, associations employer groups and governmental entities to provide or arrange for the provision of covered health services to its members enrolled in its health benefit plans. Despite the number of agreements listed in the Cure Notice, Blue Shield principally has two forms of contractual relationships with the Debtors. First, Blue Shield of California provides health benefit services to its members and covered dependents employed by the Debtors pursuant to

---

[2] Docket No. 1571-3, pg. 16.

4918-2327-0460

that certain Shared Advantage Agreement dated July 1, 2021, and all amendments or addenda thereto (the "Group Benefits Contract"). Second, Blue Shield of California and Blue Shield Promise are counterparties to one or more healthcare group and provider contracts with the Debtors, pursuant to which the Debtors provide medical care to Blue Shield individuals enrolled under health insurance plans offered or administered by Blue Shield, and Blue Shield pays for the covered services provided by the Debtors to such individuals (the "Provider Agreements").

Blue Shield, upon examining its books and records, objects to the proposed Cure Amounts as being inaccurate. The actual amounts owed, and which must be cured by the Debtors as a condition of assumption, are as follows:

| Counterparty | Contract | Proposed Cure Amount | Actual Cure Amount |
|---|---|---|---|
| Blue Shield of California | Group Benefits Contract | $0 | $649,506.81 |
| Blue Shield of California | Provider Agreement – Southern California Healthcare System, Inc. | $0 | $2,090.92 |
| Blue Shield of California | Provider Agreement – Alta Los Angeles Hospitals, Inc. | $0 | $27,861.78 |
| Blue Shield Promise | Provider Agreement - Southern California Healthcare System, Inc. | $0 | $10,763.32 |
| Blue Shield Promise | Provider Agreement – Alta Los Angeles Hospitals, Inc. | $0 | $317,728.81 |

This Objection is made pursuant to 11 U.S.C. Sections 365(b)(1)(A) and (B), and is based on the pleadings, evidence and other papers and records on file with the Bankruptcy Court in these Chapter 11 cases, the Declarations of Maryann Lagura and Noemi Pongsai submitted concurrently herewith, and on such other and further matters as the Court will allow.

4918-2327-0460

Moreover, Blue Shield and the Debtors are subject to an ongoing trade relationship whereby the amounts owed by the Debtors, particularly under the Provider Agreements, are subject to change. The amounts referenced above reflect outstanding amounts owed as of the date hereof. Blue Shield respectfully reserves its right to amend this objection as additional amounts change hands and the amounts owing change.

Date: April 30, 2025

Respectfully submitted,

SNELL AND WILMER, L.L.P.

*/s/ J. Seth Moore*
J. Seth Moore (Bar No. 24027522)
Zachary A. Cooper (Bar No. 24137881)
SNELL & WILMER L.L.P.
2501 N. Harwood Street, Suite 1850
Dallas, Texas 75201
Telephone: (214) 305-7301
Facsimile: (214) 305-7351
Email: semoore@swlaw.com
         zcooper@swlaw.com

and

Michael B. Reynolds (CA Bar No. 174534)
Andrew B. Still (CA Bar No. 312444)
SNELL & WILMER L.L.P.
600 Anton Boulevard, Suite 1400
Costa Mesa, California 92626
Telephone: (714) 427-7000
Facsimile: (714) 427-7799
Email: mreynolds@swlaw.com
         astill@swlaw.com

4918-2327-0460

## **CERTIFICATE OF SERVICE**

      I hereby certify that on April 30, 2025, a true and correct copy of the foregoing document has been served via the Court's CM/ECF notification system on all parties who have filed a notice of appearance, and to the parties listed below:

    William Curtin (wcurtin@sidley.com)
    Anne Wallice (anne.wallice@sidley.com)
    Veronia Courtney (vcourtney@sidley.com)
    Sean Nuernberger (sean.nuernberger@sidley.com)
    Elizabeth Young (elizabeth.a.young@usdoj.gov)
    Kris Hansen (krishansen@paulhastings.com)
    Erez Gilad (erezgilad@paulhastings.com)
    Gabe Sasson (gabesasson@paulhastings.com)
    Emil Kleinhaus (eakleinhaus@wlrk.com)
    Thomas Patterson (tpatterson@ktbslaw.com)

                                              */s/  J. Seth Moore*
                                              J. Seth Moore

4918-2327-0460