# **EXHIBIT B**

## **Summary of Invoices**

| Project Client Name | Project Code | Project Name | Document Date | Bill Nbr | Bill Term Code | Bill Date | Bill Amount | Bill Balance | 0 - 30 | 31 - 60 | 61 - 90 | 91 - 120 | >120 | CER | PO | Age | Interest Age | Interest at 12% Simple | Today's date | 5/5/2025 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Prospect Medical Holdings, Inc. | S092303800 | FRMC- NPC Eval. Of 3 Bldgs. | 6/25/2023 | S092306048 | ** | 6/25/2023 | 14,400.00 | - | - | - | - | - | - | PMH_2023_4484 | 103181 | 680 | 650 | $ - | | |
| Prospect Medical Holdings, Inc. | S092303800 | FRMC- NPC Eval. Of 3 Bldgs. | 7/23/2023 | S092307036 | ** | 7/23/2023 | 4,800.00 | 4,800.00 | - | - | - | - | 4,800.00 | PMH_2023_4484 | 103181 | 652 | 622 | $ 981 | | |
| Prospect Medical Holdings, Inc. | S092303800 | FRMC- NPC Eval. Of 3 Bldgs. | 8/20/2023 | S092308023 | ** | 8/20/2023 | 14,400.00 | 14,400.00 | - | - | - | - | 14,400.00 | PMH_2023_4484 | 103181 | 624 | 594 | $ 2,810 | | |
| Prospect Medical Holdings, Inc. | S092303800 | FRMC- NPC Eval. Of 3 Bldgs. | 9/24/2023 | S092309031 | ** | 9/24/2023 | 19,200.00 | 19,200.00 | - | - | - | - | 19,200.00 | PMH_2023_4484 | 103181 | 589 | 559 | $ 3,526 | | |
| Prospect Medical Holdings, Inc. | S092303800 | FRMC- NPC Eval. Of 3 Bldgs. | 10/22/2023 | S092310024 | ** | 10/22/2023 | 4,800.00 | 4,800.00 | - | - | - | - | 4,800.00 | PMH_2023_4484 | 103181 | 561 | 531 | $ 837 | | |
| Prospect Medical Holdings, Inc. | S092303800 | FRMC- NPC Eval. Of 3 Bldgs. | 11/19/2023 | S092311025 | ** | 11/19/2023 | 4,800.00 | 4,800.00 | - | - | - | - | 4,800.00 | PMH_2023_4484 | 103181 | 533 | 503 | $ 793 | | |
| Prospect Medical Holdings, Inc. | S092303800 | FRMC- NPC Eval. Of 3 Bldgs. | 12/31/2023 | S092312023 | ** | 12/31/2023 | 4,800.00 | 4,800.00 | - | - | - | - | 4,800.00 | PMH_2023_4484 | 103181 | 491 | 461 | $ 727 | | |
| Prospect Medical Holdings, Inc. | S092303800 | FRMC- NPC Eval. Of 3 Bldgs. | 1/28/2024 | S092401027 | ** | 1/28/2024 | 7,680.00 | 7,680.00 | - | - | - | - | 7,680.00 | PMH_2023_4484 | 103181 | 463 | 433 | $ 1,093 | | |
| Prospect Medical Holdings, Inc. | S092303800 | FRMC- NPC Eval. Of 3 Bldgs. | 2/25/2024 | S092402035 | ** | 2/25/2024 | 1,920.00 | 1,920.00 | - | - | - | - | 1,920.00 | PMH_2023_4484 | 103181 | 435 | 405 | $ 255 | | |
| Prospect Medical Holdings, Inc. | S092303800 | FRMC- NPC Eval. Of 3 Bldgs. | 3/31/2024 | S092403045 | ** | 3/31/2024 | 4,800.00 | 4,800.00 | - | - | - | - | 4,800.00 | PMH_2023_4484 | 103181 | 400 | 370 | $ 583 | | |
| Prospect Medical Holdings, Inc. | S092303800 | FRMC- NPC Eval. Of 3 Bldgs. | 4/28/2024 | S092404025 | ** | 4/28/2024 | 6,720.00 | 6,720.00 | - | - | - | - | 6,720.00 | PMH_2023_4484 | 103181 | 372 | 342 | $ 755 | | |
| Prospect Medical Holdings, Inc. | S092303800 | FRMC- NPC Eval. Of 3 Bldgs. | 5/26/2024 | S092405043 | ** | 5/26/2024 | 2,880.00 | 2,880.00 | - | - | - | - | 2,880.00 | PMH_2023_4484 | 103181 | 344 | 314 | $ 297 | | |
| Prospect Medical Holdings, Inc. | S092303800 | FRMC- NPC Eval. Of 3 Bldgs. | 6/30/2024 | S092406046 | ** | 6/30/2024 | 4,800.00 | 4,800.00 | - | - | - | - | 4,800.00 | PMH_2023_4484 | 103181 | 309 | 279 | $ 440 | | |
| Prospect Medical Holdings, Inc. | S092303900 | LACH Norwalk- NPC Eval of 10 Bldgs | 6/25/2023 | S092306049 | ** | 6/25/2023 | 9,900.00 | - | - | - | - | - | - | PMH_2023_4482 | 103191 | 680 | 650 | $ - | | |
| Prospect Medical Holdings, Inc. | S092303900 | LACH Norwalk- NPC Eval of 10 Bldgs | 7/23/2023 | S092307037 | ** | 7/23/2023 | 6,600.00 | 6,600.00 | - | - | - | - | 6,600.00 | PMH_2023_4482 | 103191 | 652 | 622 | $ 1,349 | | |
| Prospect Medical Holdings, Inc. | S092303900 | LACH Norwalk- NPC Eval of 10 Bldgs | 8/20/2023 | S092308024 | ** | 8/20/2023 | 6,600.00 | 6,600.00 | - | - | - | - | 6,600.00 | PMH_2023_4482 | 103191 | 624 | 594 | $ 1,288 | | |
| Prospect Medical Holdings, Inc. | S092303900 | LACH Norwalk- NPC Eval of 10 Bldgs | 9/24/2023 | S092309032 | ** | 9/24/2023 | 13,200.00 | 13,200.00 | - | - | - | - | 13,200.00 | PMH_2023_4482 | 103191 | 589 | 559 | $ 2,424 | | |
| Prospect Medical Holdings, Inc. | S092303900 | LACH Norwalk- NPC Eval of 10 Bldgs | 10/22/2023 | S092310025 | ** | 10/22/2023 | 3,300.00 | 3,300.00 | - | - | - | - | 3,300.00 | PMH_2023_4482 | 103191 | 561 | 531 | $ 576 | | |
| Prospect Medical Holdings, Inc. | S092303900 | LACH Norwalk- NPC Eval of 10 Bldgs | 11/19/2023 | S092311026 | ** | 11/19/2023 | 3,300.00 | 3,300.00 | - | - | - | - | 3,300.00 | PMH_2023_4482 | 103191 | 533 | 503 | $ 545 | | |
| Prospect Medical Holdings, Inc. | S092303900 | LACH Norwalk- NPC Eval of 10 Bldgs | 12/31/2023 | S092312024 | ** | 12/31/2023 | 3,300.00 | 3,300.00 | - | - | - | - | 3,300.00 | PMH_2023_4482 | 103191 | 491 | 461 | $ 500 | | |
| Prospect Medical Holdings, Inc. | S092303900 | LACH Norwalk- NPC Eval of 10 Bldgs | 1/28/2024 | S092401028 | ** | 1/28/2024 | 5,280.00 | 5,280.00 | - | - | - | - | 5,280.00 | PMH_2023_4482 | 103191 | 463 | 433 | $ 751 | | |
| Prospect Medical Holdings, Inc. | S092303900 | LACH Norwalk- NPC Eval of 10 Bldgs | 2/25/2024 | S092402036 | ** | 2/25/2024 | 1,320.00 | 1,320.00 | - | - | - | - | 1,320.00 | PMH_2023_4482 | 103191 | 435 | 405 | $ 176 | | |
| Prospect Medical Holdings, Inc. | S092303900 | LACH Norwalk- NPC Eval of 10 Bldgs | 3/31/2024 | S092403046 | ** | 3/31/2024 | 3,300.00 | 3,300.00 | - | - | - | - | 3,300.00 | PMH_2023_4482 | 103191 | 400 | 370 | $ 401 | | |
| Prospect Medical Holdings, Inc. | S092303900 | LACH Norwalk- NPC Eval of 10 Bldgs | 4/28/2024 | S092404026 | ** | 4/28/2024 | 4,620.00 | 4,620.00 | - | - | - | - | 4,620.00 | PMH_2023_4482 | 103191 | 372 | 342 | $ 519 | | |
| Prospect Medical Holdings, Inc. | S092303900 | LACH Norwalk- NPC Eval of 10 Bldgs | 5/26/2024 | S092405044 | ** | 5/26/2024 | 1,980.00 | 1,980.00 | - | - | - | - | 1,980.00 | PMH_2023_4482 | 103191 | 344 | 314 | $ 204 | | |
| Prospect Medical Holdings, Inc. | S092303900 | LACH Norwalk- NPC Eval of 10 Bldgs | 6/30/2024 | S092406047 | ** | 6/30/2024 | 3,300.00 | 3,300.00 | - | - | - | - | 3,300.00 | PMH_2023_4482 | 103191 | 309 | 279 | $ 302 | | |
| Prospect Medical Holdings, Inc. | S092304000 | LACH-LA- NPC Eval. Of 3 Bldgs. | 6/25/2023 | S092306050 | ** | 6/25/2023 | 13,500.00 | 13,500.00 | - | - | - | - | 13,500.00 | PMH_2023_4482 | 103190 | 680 | 650 | $ 2,883 | | |
| Prospect Medical Holdings, Inc. | S092304000 | LACH-LA- NPC Eval. Of 3 Bldgs. | 7/23/2023 | S092307038 | ** | 7/23/2023 | 9,000.00 | 9,000.00 | - | - | - | - | 9,000.00 | PMH_2023_4482 | 103190 | 652 | 622 | $ 1,839 | | |
| Prospect Medical Holdings, Inc. | S092304000 | LACH-LA- NPC Eval. Of 3 Bldgs. | 8/20/2023 | S092308025 | ** | 8/20/2023 | 9,000.00 | 9,000.00 | - | - | - | - | 9,000.00 | PMH_2023_4482 | 103190 | 624 | 594 | $ 1,756 | | |
| Prospect Medical Holdings, Inc. | S092304000 | LACH-LA- NPC Eval. Of 3 Bldgs. | 9/24/2023 | S092309033 | ** | 9/24/2023 | 18,000.00 | 18,000.00 | - | - | - | - | 18,000.00 | PMH_2023_4482 | 103190 | 589 | 559 | $ 3,306 | | |
| Prospect Medical Holdings, Inc. | S092304000 | LACH-LA- NPC Eval. Of 3 Bldgs. | 10/22/2023 | S092310026 | ** | 10/22/2023 | 4,500.00 | 4,500.00 | - | - | - | - | 4,500.00 | PMH_2023_4482 | 103190 | 561 | 531 | $ 785 | | |
| Prospect Medical Holdings, Inc. | S092304000 | LACH-LA- NPC Eval. Of 3 Bldgs. | 11/19/2023 | S092311027 | ** | 11/19/2023 | 4,500.00 | 4,500.00 | - | - | - | - | 4,500.00 | PMH_2023_4482 | 103190 | 533 | 503 | $ 744 | | |
| Prospect Medical Holdings, Inc. | S092304000 | LACH-LA- NPC Eval. Of 3 Bldgs. | 12/31/2023 | S092312025 | ** | 12/31/2023 | 4,500.00 | 4,500.00 | - | - | - | - | 4,500.00 | PMH_2023_4482 | 103190 | 491 | 461 | $ 682 | | |
| Prospect Medical Holdings, Inc. | S092304000 | LACH-LA- NPC Eval. Of 3 Bldgs. | 1/28/2024 | S092401029 | ** | 1/28/2024 | 7,200.00 | 7,200.00 | - | - | - | - | 7,200.00 | PMH_2023_4482 | 103190 | 463 | 433 | $ 1,024 | | |
| Prospect Medical Holdings, Inc. | S092304000 | LACH-LA- NPC Eval. Of 3 Bldgs. | 2/25/2024 | S092402037 | ** | 2/25/2024 | 1,800.00 | 1,800.00 | - | - | - | - | 1,800.00 | PMH_2023_4482 | 103190 | 435 | 405 | $ 240 | | |
| Prospect Medical Holdings, Inc. | S092304000 | LACH-LA- NPC Eval. Of 3 Bldgs. | 2/25/2024 | S092402038 | 01 | 2/25/2024 | 14.07 | 14.07 | - | - | - | - | 14.07 | PMH_2023_4482 | 103190 | 435 | 405 | $ 2 | | |
| Prospect Medical Holdings, Inc. | S092304000 | LACH-LA- NPC Eval. Of 3 Bldgs. | 3/31/2024 | S092403047 | ** | 3/31/2024 | 4,500.00 | 4,500.00 | - | - | - | - | 4,500.00 | PMH_2023_4482 | 103190 | 400 | 370 | $ 547 | | |
| Prospect Medical Holdings, Inc. | S092304000 | LACH-LA- NPC Eval. Of 3 Bldgs. | 4/28/2024 | S092404027 | ** | 4/28/2024 | 6,300.00 | 6,300.00 | - | - | - | - | 6,300.00 | PMH_2023_4482 | 103190 | 372 | 342 | $ 708 | | |
| Prospect Medical Holdings, Inc. | S092304000 | LACH-LA- NPC Eval. Of 3 Bldgs. | 5/26/2024 | S092405045 | ** | 5/26/2024 | 2,700.00 | 2,700.00 | - | - | - | - | 2,700.00 | PMH_2023_4482 | 103190 | 344 | 314 | $ 279 | | |
| Prospect Medical Holdings, Inc. | S092304000 | LACH-LA- NPC Eval. Of 3 Bldgs. | 6/30/2024 | S092406048 | ** | 6/30/2024 | 4,500.00 | 4,500.00 | - | - | - | - | 4,500.00 | PMH_2023_4482 | 103190 | 309 | 279 | $ 412 | | |
| Prospect Medical Holdings, Inc. | S092304100 | SCH-CC NPC Eval Pavilion Bldg | 6/25/2023 | S092306051 | ** | 6/25/2023 | 31,950.00 | - | - | - | - | - | - | PMH_2023_4482 | 103192 | 680 | 650 | $ - | | |
| Prospect Medical Holdings, Inc. | S092304100 | SCH-CC NPC Eval Pavilion Bldg | 7/23/2023 | S092307039 | ** | 7/23/2023 | 10,650.00 | 10,650.00 | - | - | - | - | 10,650.00 | PMH_2023_4482 | 103192 | 652 | 622 | $ 2,176 | | |
| Prospect Medical Holdings, Inc. | S092304100 | SCH-CC NPC Eval Pavilion Bldg | 8/20/2023 | S092308026 | ** | 8/20/2023 | 21,300.00 | 21,300.00 | - | - | - | - | 21,300.00 | PMH_2023_4482 | 103192 | 624 | 594 | $ 4,157 | | |
| Prospect Medical Holdings, Inc. | S092304100 | SCH-CC NPC Eval Pavilion Bldg | 9/24/2023 | S092309034 | ** | 9/24/2023 | 53,250.00 | 53,250.00 | - | - | - | - | 53,250.00 | PMH_2023_4482 | 103192 | 589 | 559 | $ 9,780 | | |
| Prospect Medical Holdings, Inc. | S092304100 | SCH-CC NPC Eval Pavilion Bldg | 10/22/2023 | S092310027 | ** | 10/22/2023 | 10,650.00 | 10,650.00 | - | - | - | - | 10,650.00 | PMH_2023_4482 | 103192 | 561 | 531 | $ 1,858 | | |
| Prospect Medical Holdings, Inc. | S092304100 | SCH-CC NPC Eval Pavilion Bldg | 11/19/2023 | S092311028 | ** | 11/19/2023 | 10,650.00 | 10,650.00 | - | - | - | - | 10,650.00 | PMH_2023_4482 | 103192 | 533 | 503 | $ 1,760 | | |
| Prospect Medical Holdings, Inc. | S092304100 | SCH-CC NPC Eval Pavilion Bldg | 12/31/2023 | S092312026 | ** | 12/31/2023 | 10,650.00 | 10,650.00 | - | - | - | - | 10,650.00 | PMH_2023_4482 | 103192 | 491 | 461 | $ 1,613 | | |
| Prospect Medical Holdings, Inc. | S092304100 | SCH-CC NPC Eval Pavilion Bldg | 1/28/2024 | S092401030 | ** | 1/28/2024 | 17,040.00 | 17,040.00 | - | - | - | - | 17,040.00 | PMH_2023_4482 | 103192 | 463 | 433 | $ 2,424 | | |
| Prospect Medical Holdings, Inc. | S092304100 | SCH-CC NPC Eval Pavilion Bldg | 2/25/2024 | S092402039 | ** | 2/25/2024 | 4,260.00 | 4,260.00 | - | - | - | - | 4,260.00 | PMH_2023_4482 | 103192 | 435 | 405 | $ 567 | | |
| Prospect Medical Holdings, Inc. | S092304100 | SCH-CC NPC Eval Pavilion Bldg | 3/31/2024 | S092403048 | ** | 3/31/2024 | 10,650.00 | 10,650.00 | - | - | - | - | 10,650.00 | PMH_2023_4482 | 103192 | 400 | 370 | $ 1,295 | | |
| Prospect Medical Holdings, Inc. | S092304100 | SCH-CC NPC Eval Pavilion Bldg | 4/28/2024 | S092404028 | ** | 4/28/2024 | 14,910.00 | 14,910.00 | - | - | - | - | 14,910.00 | PMH_2023_4482 | 103192 | 372 | 342 | $ 1,675 | | |
| Prospect Medical Holdings, Inc. | S092304100 | SCH-CC NPC Eval Pavilion Bldg | 5/26/2024 | S092405046 | ** | 5/26/2024 | 6,390.00 | 6,390.00 | - | - | - | - | 6,390.00 | PMH_2023_4482 | 103192 | 344 | 314 | $ 659 | | |
| Prospect Medical Holdings, Inc. | S092304100 | SCH-CC NPC Eval Pavilion Bldg | 6/30/2024 | S092406049 | ** | 6/30/2024 | 10,650.00 | 10,650.00 | - | - | - | - | 10,650.00 | PMH_2023_4482 | 103192 | 309 | 279 | $ 976 | | |
| Prospect Medical Holdings, Inc. | S092304200 | SCH-Hollywood NPC Eval. | 6/25/2023 | S092306052 | ** | 6/25/2023 | 10,350.00 | - | - | - | - | - | - | PMH_2023_4482 | 103189 | 680 | 650 | $ - | | |
| Prospect Medical Holdings, Inc. | S092304200 | SCH-Hollywood NPC Eval. | 7/23/2023 | S092307040 | ** | 7/23/2023 | 3,450.00 | 3,450.00 | - | - | - | - | 3,450.00 | PMH_2023_4482 | 103189 | 652 | 622 | $ 705 | | |
| Prospect Medical Holdings, Inc. | S092304200 | SCH-Hollywood NPC Eval. | 8/20/2023 | S092308027 | ** | 8/20/2023 | 6,900.00 | 6,900.00 | - | - | - | - | 6,900.00 | PMH_2023_4482 | 103189 | 624 | 594 | $ 1,347 | | |
| Prospect Medical Holdings, Inc. | S092304200 | SCH-Hollywood NPC Eval. | 9/24/2023 | S092309035 | ** | 9/24/2023 | 17,250.00 | 17,250.00 | - | - | - | - | 17,250.00 | PMH_2023_4482 | 103189 | 589 | 559 | $ 3,168 | | |
| Prospect Medical Holdings, Inc. | S092304200 | SCH-Hollywood NPC Eval. | 10/22/2023 | S092310028 | ** | 10/22/2023 | 3,450.00 | 3,450.00 | - | - | - | - | 3,450.00 | PMH_2023_4482 | 103189 | 561 | 531 | $ 602 | | |
| Prospect Medical Holdings, Inc. | S092304200 | SCH-Hollywood NPC Eval. | 11/19/2023 | S092311029 | ** | 11/19/2023 | 3,450.00 | 3,450.00 | - | - | - | - | 3,450.00 | PMH_2023_4482 | 103189 | 533 | 503 | $ 570 | | |
| Prospect Medical Holdings, Inc. | S092304200 | SCH-Hollywood NPC Eval. | 12/31/2023 | S092312027 | ** | 12/31/2023 | 3,450.00 | 3,450.00 | - | - | - | - | 3,450.00 | PMH_2023_4482 | 103189 | 491 | 461 | $ 523 | | |
| Prospect Medical Holdings, Inc. | S092304200 | SCH-Hollywood NPC Eval. | 1/28/2024 | S092401031 | ** | 1/28/2024 | 5,520.00 | 5,520.00 | - | - | - | - | 5,520.00 | PMH_2023_4482 | 103189 | 463 | 433 | $ 785 | | |
| Prospect Medical Holdings, Inc. | S092304200 | SCH-Hollywood NPC Eval. | 2/25/2024 | S092402040 | ** | 2/25/2024 | 1,380.00 | 1,380.00 | - | - | - | - | 1,380.00 | PMH_2023_4482 | 103189 | 435 | 405 | $ 184 | | |
| Prospect Medical Holdings, Inc. | S092304200 | SCH-Hollywood NPC Eval. | 3/31/2024 | S092403049 | ** | 3/31/2024 | 3,450.00 | 3,450.00 | - | - | - | - | 3,450.00 | PMH_2023_4482 | 103189 | 400 | 370 | $ 419 | | |
| Prospect Medical Holdings, Inc. | S092304200 | SCH-Hollywood NPC Eval. | 4/28/2024 | S092404029 | ** | 4/28/2024 | 4,830.00 | 4,830.00 | - | - | - | - | 4,830.00 | PMH_2023_4482 | 103189 | 372 | 342 | $ 543 | | |
| Prospect Medical Holdings, Inc. | S092304200 | SCH-Hollywood NPC Eval. | 5/26/2024 | S092405047 | ** | 5/26/2024 | 2,070.00 | 2,070.00 | - | - | - | - | 2,070.00 | PMH_2023_4482 | 103189 | 344 | 314 | $ 214 | | |
| Prospect Medical Holdings, Inc. | S092304200 | SCH-Hollywood NPC Eval. | 6/30/2024 | S092406050 | ** | 6/30/2024 | 3,450.00 | 3,450.00 | - | - | - | - | 3,450.00 | PMH_2023_4482 | 103189 | 309 | 279 | $ 316 | | |
| Prospect Medical Holdings, Inc. | S092304300 | FRMC MTCAP for Original Bldg | 5/21/2023 | S092305044 | ** | 5/21/2023 | 3,750.00 | 3,750.00 | - | - | - | - | 3,750.00 | PMH_2023_4485 | 103179 | 715 | 685 | $ 844 | | |
| Prospect Medical Holdings, Inc. | S092304300 | FRMC MTCAP for Original Bldg | 6/25/2023 | S092306028 | ** | 6/25/2023 | 3,750.00 | 2,200.00 | - | - | - | - | 2,200.00 | PMH_2023_4485 | 103179 | 680 | 650 | $ 470 | | |
| Prospect Medical Holdings, Inc. | S092304300 | FRMC MTCAP for Original Bldg | 7/23/2023 | S092307058 | ** | 7/23/2023 | 1,500.00 | 1,500.00 | - | - | - | - | 1,500.00 | PMH_2023_4485 | 103179 | 652 | 622 | $ 307 | | |
| Prospect Medical Holdings, Inc. | S092304300 | FRMC MTCAP for Original Bldg | 1/28/2024 | S092401051 | ** | 1/28/2024 | 6,000.00 | 6,000.00 | - | - | - | - | 6,000.00 | PMH_2023_4485 | 103179 | 463 | 433 | $ 854 | | |
| Prospect Medical Holdings, Inc. | S092304300 | FRMC MTCAP for Original Bldg | 2/25/2024 | S092402010 | ** | 2/25/2024 | 11,250.00 | 11,250.00 | - | - | - | - | 11,250.00 | PMH_2023_4485 | 103179 | 435 | 405 | $ 1,497 | | |
| Prospect Medical Holdings, Inc. | S092304300 | FRMC MTCAP for Original Bldg | 2/25/2024 | S092402011 | 01 | 2/25/2024 | 57.62 | 57.62 | - | - | - | - | 57.62 | PMH_2023_4485 | 103179 | 435 | 405 | $ 8 | | |
| Prospect Medical Holdings, Inc. | S092304300 | FRMC MTCAP for Original Bldg | 3/31/2024 | S092403024 | ** | 3/31/2024 | 15,000.00 | 15,000.00 | - | - | - | - | 15,000.00 | PMH_2023_4485 | 103179 | 400 | 370 | $ 1,823 | | |
| Prospect Medical Holdings, Inc. | S092304300 | FRMC MTCAP for Original Bldg | 9/29/2024 | S092409043 | ** | 9/29/2024 | 7,500.00 | 7,500.00 | - | - | - | - | 7,500.00 | PMH_2023_4485 | 103179 | 218 | 188 | $ 463 | | |
| Prospect Medical Holdings, Inc. | S092304300 | FRMC MTCAP for Original Bldg | 10/27/2024 | S092410039 | ** | 10/27/2024 | 7,500.00 | 7,500.00 | - | - | - | - | 7,500.00 | PMH_2023_4485 | 103179 | 190 | 160 | $ 394 | | |
| Prospect Medical Holdings, Inc. | S092304300 | FRMC MTCAP for Original Bldg | 12/29/2024 | S092412025 | ** | 12/29/2024 | 3,750.00 | 3,750.00 | - | - | - | - | 3,750.00 | PMH_2023_4485 | 103179 | 127 | 97 | $ 120 | | |
| Prospect Medical Holdings, Inc. | S092304400 | LACH Norwalk MTCAP for 4 Bldgs. | 5/21/2023 | S092305045 | ** | 5/21/2023 | 1,080.00 | 1,080.00 | - | - | - | - | 1,080.00 | PMH_2023_4483 | 103196 | 715 | 685 | $ 243 | | |
| Prospect Medical Holdings, Inc. | S092304400 | LACH Norwalk MTCAP for 4 Bldgs. | 6/25/2023 | S092306029 | ** | 6/25/2023 | 24,120.00 | - | - | - | - | - | - | PMH_2023_4483 | 103196 | 680 | 650 | $ - | | |
| Prospect Medical Holdings, Inc. | S092304400 | LACH Norwalk MTCAP for 4 Bldgs. | 7/23/2023 | S092307059 | ** | 7/23/2023 | 15,120.00 | 15,120.00 | - | - | - | - | 15,120.00 | PMH_2023_4483 | 103196 | 652 | 622 | $ 3,090 | | |
| Prospect Medical Holdings, Inc. | S092304400 | LACH Norwalk MTCAP for 4 Bldgs. | 8/20/2023 | S092308091 | ** | 8/20/2023 | 10,080.00 | 10,080.00 | - | - | - | - | 10,080.00 | PMH_2023_4483 | 103196 | 624 | 594 | $ 1,967 | | |
| Prospect Medical Holdings, Inc. | S092304400 | LACH Norwalk MTCAP for 4 Bldgs. | 9/24/2023 | S092309046 | ** | 9/24/2023 | 12,600.00 | 12,600.00 | - | - | - | - | 12,600.00 | PMH_2023_4483 | 103196 | 589 | 559 | $ 2,314 | | |
| Prospect Medical Holdings, Inc. | S092304400 | LACH Norwalk MTCAP for 4 Bldgs. | 10/22/2023 | S092310036 | ** | 10/22/2023 | 12,600.00 | 12,600.00 | - | - | - | - | 12,600.00 | PMH_2023_4483 | 103196 | 561 | 531 | $ 2,198 | | |
| Prospect Medical Holdings, Inc. | S092304400 | LACH Norwalk MTCAP for 4 Bldgs. | 7/28/2024 | S092407018 | ** | 7/28/2024 | 6,300.00 | 6,300.00 | - | - | - | - | 6,300.00 | PMH_2023_4483 | 103196 | 281 | 251 | $ 520 | | |
| Prospect Medical Holdings, Inc. | S092304400 | LACH Norwalk MTCAP for 4 Bldgs. | 9/29/2024 | S092409044 | ** | 9/29/2024 | 6,300.00 | 6,300.00 | - | - | - | - | 6,300.00 | PMH_2023_4483 | 103196 | 218 | 188 | $ 389 | | |
| Prospect Medical Holdings, Inc. | S092304400 | LACH Norwalk MTCAP for 4 Bldgs. | 12/29/2024 | S092412026 | ** | 12/29/2024 | 6,300.00 | 6,300.00 | - | - | - | - | 6,300.00 | PMH_2023_4483 | 103196 | 127 | 97 | $ 201 | | |

| Entity | Account | Description | Date | Ref | | Date2 | Amount | Amount2 | | | | | Net | Code | Num | Val1 | Val2 | | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Prospect Medical Holdings, Inc. | S092304500 | LACH-LA MTCAP for 3 Bldgs. | 5/21/2023 | S092305046 | ** | 5/21/2023 | 6,690.00 | 6,690.00 | - | - | - | - | 6,690.00 | PMH_2023_4483 | 103195 | 715 | 685 | $ | 1,506 |
| Prospect Medical Holdings, Inc. | S092304500 | LACH-LA MTCAP for 3 Bldgs. | 6/25/2023 | S092306030 | ** | 6/25/2023 | 17,310.00 | 17,310.00 | - | - | - | - | 17,310.00 | PMH_2023_4483 | 103195 | 680 | 650 | $ | 3,697 |
| Prospect Medical Holdings, Inc. | S092304500 | LACH-LA MTCAP for 3 Bldgs. | 7/23/2023 | S092307060 | ** | 7/23/2023 | 14,400.00 | 14,400.00 | - | - | - | - | 14,400.00 | PMH_2023_4483 | 103195 | 652 | 622 | $ | 2,943 |
| Prospect Medical Holdings, Inc. | S092304500 | LACH-LA MTCAP for 3 Bldgs. | 8/20/2023 | S092308092 | ** | 8/20/2023 | 9,600.00 | 9,600.00 | - | - | - | - | 9,600.00 | PMH_2023_4483 | 103195 | 624 | 594 | $ | 1,873 |
| Prospect Medical Holdings, Inc. | S092304500 | LACH-LA MTCAP for 3 Bldgs. | 9/24/2023 | S092309047 | ** | 9/24/2023 | 6,000.00 | 6,000.00 | - | - | - | - | 6,000.00 | PMH_2023_4483 | 103195 | 589 | 559 | $ | 1,102 |
| Prospect Medical Holdings, Inc. | S092304500 | LACH-LA MTCAP for 3 Bldgs. | 10/22/2023 | S092310037 | ** | 10/22/2023 | 12,000.00 | 12,000.00 | - | - | - | - | 12,000.00 | PMH_2023_4483 | 103195 | 561 | 531 | $ | 2,093 |
| Prospect Medical Holdings, Inc. | S092304500 | LACH-LA MTCAP for 3 Bldgs. | 11/19/2023 | S092311036 | ** | 11/19/2023 | 6,000.00 | 6,000.00 | - | - | - | - | 6,000.00 | PMH_2023_4483 | 103195 | 533 | 503 | $ | 992 |
| Prospect Medical Holdings, Inc. | S092304500 | LACH-LA MTCAP for 3 Bldgs. | 1/28/2024 | S092401052 | ** | 1/28/2024 | 6,000.00 | 6,000.00 | - | - | - | - | 6,000.00 | PMH_2023_4483 | 103195 | 463 | 433 | $ | 854 |
| Prospect Medical Holdings, Inc. | S092304500 | LACH-LA MTCAP for 3 Bldgs. | 4/28/2024 | S092404043 | ** | 4/28/2024 | 4,050.00 | 4,050.00 | - | - | - | - | 4,050.00 | PMH_2023_4483 | 103195 | 372 | 342 | $ | 455 |
| Prospect Medical Holdings, Inc. | S092304500 | LACH-LA MTCAP for 3 Bldgs. | 8/25/2024 | S092408041 | ** | 8/25/2024 | 2,820.00 | 2,820.00 | - | - | - | - | 2,820.00 | PMH_2023_4483 | 103195 | 253 | 223 | $ | 207 |
| Prospect Medical Holdings, Inc. | S092304500 | LACH-LA MTCAP for 3 Bldgs. | 9/29/2024 | S092409045 | ** | 9/29/2024 | 9,720.00 | 9,720.00 | - | - | - | - | 9,720.00 | PMH_2023_4483 | 103195 | 218 | 188 | $ | 600 |
| Prospect Medical Holdings, Inc. | S092304500 | LACH-LA MTCAP for 3 Bldgs. | 10/27/2024 | S092410040 | 01 | 10/27/2024 | 20.70 | 20.70 | - | - | - | - | 20.70 | PMH_2023_4483 | 103195 | 190 | 160 | $ | 1 |
| Prospect Medical Holdings, Inc. | S092304600 | SCH-CC MTCAP for Pavilion Bldg | 5/21/2023 | S092305047 | ** | 5/21/2023 | 10,350.00 | 10,350.00 | - | - | - | - | 10,350.00 | PMH_2023_4483 | 103193 | 715 | 685 | $ | 2,329 |
| Prospect Medical Holdings, Inc. | S092304600 | SCH-CC MTCAP for Pavilion Bldg | 6/25/2023 | S092306031 | ** | 6/25/2023 | 24,150.00 | - | - | - | - | - | - | PMH_2023_4483 | 103193 | 680 | 650 | $ | - |
| Prospect Medical Holdings, Inc. | S092304600 | SCH-CC MTCAP for Pavilion Bldg | 7/23/2023 | S092307061 | ** | 7/23/2023 | 1,380.00 | 1,380.00 | - | - | - | - | 1,380.00 | PMH_2023_4483 | 103193 | 652 | 622 | $ | 282 |
| Prospect Medical Holdings, Inc. | S092304600 | SCH-CC MTCAP for Pavilion Bldg | 8/20/2023 | S092308093 | ** | 8/20/2023 | 2,070.00 | 2,070.00 | - | - | - | - | 2,070.00 | PMH_2023_4483 | 103193 | 624 | 594 | $ | 404 |
| Prospect Medical Holdings, Inc. | S092304600 | SCH-CC MTCAP for Pavilion Bldg | 9/24/2023 | S092309048 | ** | 9/24/2023 | 6,900.00 | 6,900.00 | - | - | - | - | 6,900.00 | PMH_2023_4483 | 103193 | 589 | 559 | $ | 1,267 |
| Prospect Medical Holdings, Inc. | S092304600 | SCH-CC MTCAP for Pavilion Bldg | 10/22/2023 | S092310038 | ** | 10/22/2023 | 3,450.00 | 3,450.00 | - | - | - | - | 3,450.00 | PMH_2023_4483 | 103193 | 561 | 531 | $ | 602 |
| Prospect Medical Holdings, Inc. | S092304600 | SCH-CC MTCAP for Pavilion Bldg | 12/31/2023 | S092312036 | ** | 12/31/2023 | 3,450.00 | 3,450.00 | - | - | - | - | 3,450.00 | PMH_2023_4483 | 103193 | 491 | 461 | $ | 523 |
| Prospect Medical Holdings, Inc. | S092304600 | SCH-CC MTCAP for Pavilion Bldg | 1/28/2024 | S092401053 | ** | 1/28/2024 | 3,450.00 | 3,450.00 | - | - | - | - | 3,450.00 | PMH_2023_4483 | 103193 | 463 | 433 | $ | 491 |
| Prospect Medical Holdings, Inc. | S092304600 | SCH-CC MTCAP for Pavilion Bldg | 2/25/2024 | S092402012 | ** | 2/25/2024 | 3,450.00 | 3,450.00 | - | - | - | - | 3,450.00 | PMH_2023_4483 | 103193 | 435 | 405 | $ | 459 |
| Prospect Medical Holdings, Inc. | S092304700 | SCH-Hollywood MTCAP Original Bldg | 5/21/2023 | S092305048 | ** | 5/21/2023 | 3,750.00 | 3,750.00 | - | - | - | - | 3,750.00 | PMH_2023_4483 | 103194 | 715 | 685 | $ | 844 |
| Prospect Medical Holdings, Inc. | S092304700 | SCH-Hollywood MTCAP Original Bldg | 6/25/2023 | S092306032 | ** | 6/25/2023 | 33,750.00 | - | - | - | - | - | - | PMH_2023_4483 | 103194 | 680 | 650 | $ | - |
| Prospect Medical Holdings, Inc. | S092304700 | SCH-Hollywood MTCAP Original Bldg | 7/23/2023 | S092307062 | ** | 7/23/2023 | 1,500.00 | 1,500.00 | - | - | - | - | 1,500.00 | PMH_2023_4483 | 103194 | 652 | 622 | $ | 307 |
| Prospect Medical Holdings, Inc. | S092304700 | SCH-Hollywood MTCAP Original Bldg | 8/20/2023 | S092308094 | ** | 8/20/2023 | 2,250.00 | 2,250.00 | - | - | - | - | 2,250.00 | PMH_2023_4483 | 103194 | 624 | 594 | $ | 439 |
| Prospect Medical Holdings, Inc. | S092304700 | SCH-Hollywood MTCAP Original Bldg | 9/24/2023 | S092309049 | ** | 9/24/2023 | 7,500.00 | 7,500.00 | - | - | - | - | 7,500.00 | PMH_2023_4483 | 103194 | 589 | 559 | $ | 1,377 |
| Prospect Medical Holdings, Inc. | S092304700 | SCH-Hollywood MTCAP Original Bldg | 10/22/2023 | S092310039 | ** | 10/22/2023 | 3,750.00 | 3,750.00 | - | - | - | - | 3,750.00 | PMH_2023_4483 | 103194 | 561 | 531 | $ | 654 |
| Prospect Medical Holdings, Inc. | S092304700 | SCH-Hollywood MTCAP Original Bldg | 2/25/2024 | S092402013 | ** | 2/25/2024 | 11,250.00 | 11,250.00 | - | - | - | - | 11,250.00 | PMH_2023_4483 | 103194 | 435 | 405 | $ | 1,497 |
| Prospect Medical Holdings, Inc. | S092403000 | SCH-CC SPC-4D Upgrade CDs Pavilion | 8/25/2024 | S092408034 | ** | 8/25/2024 | 12,600.00 | 12,600.00 | - | - | - | - | 12,600.00 | CER_CC_4712 | 103648 | 253 | 223 | $ | 923 |
| Prospect Medical Holdings, Inc. | S092403000 | SCH-CC SPC-4D Upgrade CDs Pavilion | 9/29/2024 | S092409037 | ** | 9/29/2024 | 13,770.00 | 13,770.00 | - | - | - | - | 13,770.00 | CER_CC_4712 | 103648 | 218 | 188 | $ | 851 |
| Prospect Medical Holdings, Inc. | S092403000 | SCH-CC SPC-4D Upgrade CDs Pavilion | 10/27/2024 | S092410022 | ** | 10/27/2024 | 30,030.00 | 30,030.00 | - | - | - | - | 30,030.00 | CER_CC_4712 | 103648 | 190 | 160 | $ | 1,579 |
| Prospect Medical Holdings, Inc. | S092403000 | SCH-CC SPC-4D Upgrade CDs Pavilion | 11/24/2024 | S092411052 | ** | 11/24/2024 | 18,750.00 | 18,750.00 | - | - | - | - | 18,750.00 | CER_CC_4712 | 103648 | 162 | 132 | $ | 813 |
| Prospect Medical Holdings, Inc. | S092403000 | SCH-CC SPC-4D Upgrade CDs Pavilion | 12/29/2024 | S092412047 | ** | 12/29/2024 | 13,770.00 | 13,770.00 | - | - | - | - | 13,770.00 | CER_CC_4712 | 103648 | 127 | 97 | $ | 439 |
| Prospect Medical Holdings, Inc. | S092403100 | SCH-HW SPC-4D Upgrade CDs Orig Bldg | 8/25/2024 | S092408035 | ** | 8/25/2024 | 13,680.00 | 13,680.00 | - | - | - | - | 13,680.00 | CER_CC_4713 | 103905 | 253 | 223 | $ | 1,002 |
| Prospect Medical Holdings, Inc. | S092403100 | SCH-HW SPC-4D Upgrade CDs Orig Bldg | 9/29/2024 | S092409038 | ** | 9/29/2024 | 27,360.00 | 27,360.00 | - | - | - | - | 27,360.00 | CER_CC_4713 | 103905 | 218 | 188 | $ | 1,690 |
| Prospect Medical Holdings, Inc. | S092403100 | SCH-HW SPC-4D Upgrade CDs Orig Bldg | 10/27/2024 | S092410023 | ** | 10/27/2024 | 49,860.00 | 49,860.00 | - | - | - | - | 49,860.00 | CER_CC_4713 | 103905 | 190 | 160 | $ | 2,621 |
| Prospect Medical Holdings, Inc. | S092403100 | SCH-HW SPC-4D Upgrade CDs Orig Bldg | 11/24/2024 | S092411053 | ** | 11/24/2024 | 22,500.00 | 22,500.00 | - | - | - | - | 22,500.00 | CER_CC_4713 | 103905 | 162 | 132 | $ | 976 |
| Prospect Medical Holdings, Inc. | S092403100 | SCH-HW SPC-4D Upgrade CDs Orig Bldg | 12/29/2024 | S092412048 | ** | 12/29/2024 | 22,500.00 | 22,500.00 | - | - | - | - | 22,500.00 | CER_CC_4713 | 103905 | 127 | 97 | $ | 717 |
| Prospect Medical Holdings, Inc. | S092403200 | FRMC SPC-4D Upgrade CDs Orig Bldg | 8/25/2024 | S092408036 | ** | 8/25/2024 | 5,100.00 | 5,100.00 | - | - | - | - | 5,100.00 | CER_CC_4711 | 103904 | 253 | 223 | $ | 374 |
| Prospect Medical Holdings, Inc. | S092403200 | FRMC SPC-4D Upgrade CDs Orig Bldg | 9/29/2024 | S092409039 | ** | 9/29/2024 | 14,850.00 | 14,850.00 | - | - | - | - | 14,850.00 | CER_CC_4711 | 103904 | 218 | 188 | $ | 917 |
| Prospect Medical Holdings, Inc. | S092403200 | FRMC SPC-4D Upgrade CDs Orig Bldg | 10/27/2024 | S092410024 | ** | 10/27/2024 | 25,050.00 | 25,050.00 | - | - | - | - | 25,050.00 | CER_CC_4711 | 103904 | 190 | 160 | $ | 1,317 |
| Prospect Medical Holdings, Inc. | S092403200 | FRMC SPC-4D Upgrade CDs Orig Bldg | 11/24/2024 | S092411054 | ** | 11/24/2024 | 14,850.00 | 14,850.00 | - | - | - | - | 14,850.00 | CER_CC_4711 | 103904 | 162 | 132 | $ | 644 |
| Prospect Medical Holdings, Inc. | S092403200 | FRMC SPC-4D Upgrade CDs Orig Bldg | 12/29/2024 | S092412049 | ** | 12/29/2024 | 5,100.00 | 5,100.00 | - | - | - | - | 5,100.00 | CER_CC_4711 | 103904 | 127 | 97 | $ | 163 |
| Prospect Medical Holdings, Inc. | S092403300 | LACH LA SPC-4D Upgrade CDs 3 Bldgs | 9/29/2024 | S092409046 | ** | 9/29/2024 | 18,390.00 | 18,390.00 | - | - | - | - | 18,390.00 | CER_CC_4710 | 103900 | 218 | 188 | $ | 1,136 |
| Prospect Medical Holdings, Inc. | S092403300 | LACH LA SPC-4D Upgrade CDs 3 Bldgs | 10/27/2024 | S092410043 | ** | 10/27/2024 | 3,202.50 | 3,202.50 | - | - | - | - | 3,202.50 | CER_CC_4710 | 103900 | 190 | 160 | $ | 168 |
| Prospect Medical Holdings, Inc. | S092403300 | LACH LA SPC-4D Upgrade CDs 3 Bldgs | 10/27/2024 | S092410044 | 01 | 10/27/2024 | 24.94 | 24.94 | - | - | - | - | 24.94 | CER_CC_4710 | 103900 | 190 | 160 | $ | 1 |
| Prospect Medical Holdings, Inc. | S092403300 | LACH LA SPC-4D Upgrade CDs 3 Bldgs | 11/24/2024 | S092411024 | ** | 11/24/2024 | 29,857.50 | 29,857.50 | - | - | - | - | 29,857.50 | CER_CC_4710 | 103900 | 162 | 132 | $ | 1,295 |
| Prospect Medical Holdings, Inc. | S092403300 | LACH LA SPC-4D Upgrade CDs 3 Bldgs | 12/29/2024 | S092412050 | ** | 12/29/2024 | 62,400.00 | 62,400.00 | - | - | - | - | 62,400.00 | CER_CC_4710 | 103900 | 127 | 97 | $ | 1,989 |
| Prospect Medical Holdings, Inc. | S092403400 | LACH Norwalk SPC-4D CDs 4 Bldgs | 8/25/2024 | S092408044 | ** | 8/25/2024 | 31,440.00 | 31,440.00 | - | - | - | - | 31,440.00 | CER_CC_4709 | 103903 | 253 | 223 | $ | 2,303 |
| Prospect Medical Holdings, Inc. | S092403400 | LACH Norwalk SPC-4D CDs 4 Bldgs | 9/29/2024 | S092409047 | ** | 9/29/2024 | 12,000.00 | 12,000.00 | - | - | - | - | 12,000.00 | CER_CC_4709 | 103903 | 218 | 188 | $ | 741 |
| Prospect Medical Holdings, Inc. | S092403400 | LACH Norwalk SPC-4D CDs 4 Bldgs | 10/27/2024 | S092410045 | ** | 10/27/2024 | 16,048.80 | 16,048.80 | - | - | - | - | 16,048.80 | CER_CC_4709 | 103903 | 190 | 160 | $ | 844 |
| Prospect Medical Holdings, Inc. | S092403400 | LACH Norwalk SPC-4D CDs 4 Bldgs | 11/24/2024 | S092411025 | ** | 11/24/2024 | 16,921.20 | 16,921.20 | - | - | - | - | 16,921.20 | CER_CC_4709 | 103903 | 162 | 132 | $ | 734 |
| Prospect Medical Holdings, Inc. | S092403400 | LACH Norwalk SPC-4D CDs 4 Bldgs | 12/29/2024 | S092412051 | ** | 12/29/2024 | 49,590.00 | 49,590.00 | - | - | - | - | 49,590.00 | CER_CC_4709 | 103903 | 127 | 97 | $ | 1,580 |
| **TOTAL** | | | | | | | | | - | - | - | - | 1,285,057.33 | | | | | $ | 146,968.41 |