Kelly L. Dingwell
California State Bar No. 291528
DINGWELL LAW, APC
5030 E. Second Street. Suite 205
Long Beach, California
562.434.4460
(*Application to Appear Pro Hac Vice Pending*)

James W. Brewer
State Bar No. 02965200
Michelle D. Esparza
State Bar No. 24116329
KEMP SMITH LLP
221 N. Kansas, Ste. 1700
El Paso, Texas 79901
915.533.4424
915.546.5360 (facsimile)

*Attorneys for Brandon Daniels*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 25-80002-SGJ |
| PROSPECT MEDICAL HOLDINGS, INC., ) | |
| et al., ) | |
| ) | Chapter 11 |
| Debtors. ) | |

# MOTION OF BRANDON DANIELS TO WAIVE THE LOCAL COUNSEL REQUIREMENT OF LOCAL BANKRUPTCY RULE 2090-4

TO THE HONORABLE STACEY G. C. JERNIGAN,
CHIEF UNITED STATES BANKRUPTCY JUDGE:

Brandon Daniels ("Daniels"), respectfully seeks leave of Court to waive the Local Counsel requirement of L.B.R. 2090-4, and in support thereof would respectfully show the Court as follows:

1. Daniels is a creditor in this case. Daniels is represented by Kelly L. Dingwell at

Dingwell Law, APC as lead counsel, whose application to appear pro hac vice is pending. Dingwell Law, APC is based in Long Beach, California.

2. Daniels is also represented by James W. Brewer and Michelle D. Esparza of Kemp Smith LLP. Mr. Brewer and Ms. Esparza are admitted to practice in the District Court for the Northern District of Texas, but reside and office in El Paso, Texas.

3. L.B.R. 2090-4 generally requires an attorney appearing in this case to retain Local Counsel residing or maintaining an office within 50 miles of the division in which the case is pending. Attorneys desiring to proceed without Local Counsel (as defined in the Rule) must obtain leave from the presiding Judge.

4. Daniels respectfully requests that this Court waive the local counsel requirement under L.B.R. 2090-4 and allow Daniels to be represented in this case by Ms. Dingwell, Mr. Brewer, and Ms. Esparza without local counsel as defined in the rule.

5. Mr. Brewer and Ms. Esparza are available on short notice to appear at hearings in this case and are able to perform any other duty required by the presiding Judge and the Local Bankruptcy Rules.

**WHEREFORE,** Brandon Daniels prays that leave be granted from the requirements of L.B.R. 2090-4, and that the Court grant Daniels such other and further relief to which he is justly entitled.

Respectfully submitted,

KEMP SMITH LLP
P.O. Drawer 2800
El Paso, Texas 79999-2800
(915) 533-4424

By: /s/ James W. Brewer
    James W. Brewer
    State Bar No. 02965200
    James.Brewer@kempsmith.com
    Michelle D. Esparza
    State Bar No. 24116329
    Michelle.Esparza@kempsmith.com


DINGWELL LAW, APC
5030 E. Second Street. Suite 205
Long Beach, California
(562) 434-4460


By: */s/ Kelly L. Dingwell*
    Kelly L. Dingwell
    California State Bar No. 291528
    kelly@dingwell-law.com
    *Application to Appear Pro Hac Vice Pending*

Attorneys for Brandon Daniels

## **CERTIFICATE OF SERVICE**

      I certify that on May 8, 2025 a true and correct copy of this document was served electronically via the Court's CM/ECF system upon all parties registered for electronic service in this proceeding.

                                               /s/ Michelle D. Esparza
                                               Michelle D. Esparza