Richard L. Gemma (*pro hac vice*)
Special Assistant Attorney General
Rhode Island Office of the Attorney General
150 South Main Street
Providence, RI 02903
Telephone: (401) 274-4400 Ext. 2088
Email: rgemma@riag.ri.gov

K. Todd Phillips, Tex. Bar No. 24002767
Jason M. Rudd, Tex. Bar No. 24028786
WICK PHILLIPS GOULD & MARTIN, LLP
3131 McKinney Avenue, Suite 500
Dallas, Texas 75204
Telephone: (214) 692-6200
Email: todd.phillips@wickphillips.com
Email: jason.rudd@wickphllips.com

Andrew M. Troop (*pro hac vice*)
Dania Slim (*pro hac vice*)
Andrew V. Alfano (*pro hac vice*)
PILLSBURY WINTHROP SHAW PITTMAN LLP
31 West 52nd Street
New York, New York 10019
Telephone: (212) 858-1000
Email: andrew.troop@pillsburylaw.com
Email: dania.slim@pillsburylaw.com
Email: andrew.alfano@pillsburylaw.com

*Counsel to the State of Rhode Island*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| PROSPECT MEDICAL HOLDINGS, INC., *et al.*,[1] | Case No. 25-80002 (SGJ) |
| Debtors. | (Jointly Administered) |

**STATEMENT BY THE STATE OF RHODE ISLAND
REGARDING THE PROPOSED SALE TO ASTRANA HEALTH, INC.**

To the Honorable Stacey G.C. Jernigan, Chief Bankruptcy Judge:

The Attorney General for the State of Rhode Island and the Rhode Island Department of Health ("RIDOH") state as follows in respect to the motion (the "Sale Motion") [ECF No. 590] by Prospect Medical Holdings, Inc. and its affiliated debtors (collectively, the "Debtors") to sell to Astrana Health, Inc. ("Astrana") certain assets and transfer to Astrana certain medical groups.

---

[1] A list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://omniagentsolutions.com/Prospect. The Debtors' mailing address is 3824 Hughes Ave., Culver City, CA 90232.

1

**CERTIFICATE OF NEED PENDING**

1. Pursuant to the Health Care Certificate of Need Act of Rhode Island ("CON Act"), R.I. Gen. Laws § 23-15-1 *et seq.*, RIDOH, through the Office of Health Systems Development ("OHSD"), administers the certificate of need ("CON") program. A CON is required as a prerequisite to the licensure of, among other healthcare facilities, a home nursing care provider agency.

2. According to the Sale Motion, the Debtors are seeking, among other relief, approval to sell certain assets and transfer equity interests in Debtor Prospect Health Services RI, Inc. ("PHS RI")—currently held by Debtor PHS Holdings, LLC—to Astrana. *See* Sale Motion ¶ 14. PHS RI currently has pending a CON application to establish a licensed home nursing care provider agency. If Astrana intends to operate a licensed home nursing care provider agency in Rhode Island, Astrana will have to seek regulatory approvals in accordance with Rhode Island laws and regulations. To date, Astrana has not filed any applications with RIDOH.

3. Pursuant to the CON Act, the approval process requires an applicant to file a letter of intent on a form provided by RIDOH ("Letter of Intent") and a CON application. The CON application is reviewed for acceptability solely as to form. Once deemed acceptable in form by OHSD, RIDOH initiates a review of the application, including a public comment period prior to review by the Health Services Council. The Health Services Council, an advisory board established under Rhode Island law, makes CON recommendations to the Director of RIDOH. RIDOH considers the recommendations of the Health Services Council before issuing a written decision on the CON application.

4. Subsequent to execution of the November 8, 2024 Asset Purchase Agreement between Debtors and Astrana that is subject of the Sale Motion, PHS RI filed a Letter of Intent

and a CON application on November 14, 2024 and January 10, 2025, respectively. A CON application dated February 13, 2025 was then resubmitted and later deemed acceptable as to form. The review process started on February 20, 2025. Throughout the review process, RIDOH has continued to receive new information relating to the CON application that remains under consideration.

5. As of the date hereof, no Health Services Council meeting has been scheduled or held on this CON application. The Health Services Council has not completed its review or voted to make a recommendation to the Director of RIDOH, and RIDOH has not issued a decision on PHS RI's pending CON application to establish a licensed home nursing care provider agency.

STATE OF RHODE ISLAND
PETER F. NERONHA
Attorney General of Rhode Island

Respectfully submitted,

*/s/ Richard L. Gemma*
Richard L. Gemma (*pro hac vice*)
Special Assistant Attorney General
Rhode Island Office of the Attorney General
150 South Main Street
Providence, RI 02903
Telephone: (401) 274-4400 Ext. 2088
Email: rgemma@riag.ri.gov

Andrew M. Troop (*pro hac vice*)
Dania Slim (*pro hac vice*)
Andrew V. Alfano (*pro hac vice*)
PILLSBURY WINTHROP SHAW PITTMAN LLP
31 West 52nd Street
New York, New York 10019
Telephone: (212) 858-1000
Email: andrew.troop@pillsburylaw.com
Email: dania.slim@pillsburylaw.com
Email: andrew.alfano@pillsburylaw.com

K. Todd Phillips, Tex. Bar No. 24002767
Jason M. Rudd, Tex. Bar No. 24028786
WICK PHILLIPS GOULD & MARTIN, LLP
3131 McKinney Avenue, Suite 500
Dallas, Texas 75204
Telephone: (214) 692-6200
Email: todd.phillips@wickphillips.com
Email: jason.rudd@wickphllips.com

*Counsel to the State of Rhode Island*

## **CERTIFICATE OF SERVICE**

The undersigned certifies that a true and correct copy of the foregoing document was served on May 19, 2025 by the Court's ECF noticing system on all parties that consent to such service via electronic filing.

*/s/ Jason M. Rudd*
Jason M. Rudd

4