| | |
|---|---|
| SIDLEY AUSTIN LLP<br>Thomas R. Califano (24122825)<br>Rakhee V. Patel (00797213)<br>2021 McKinney Avenue, Suite 2000<br>Dallas, Texas 75201<br>Telephone:   (214) 981-3300<br>Facsimile:   (214) 981-3400<br>Email:   tom.califano@sidley.com<br>           rpatel@sidley.com | SIDLEY AUSTIN LLP<br>William E. Curtin (admitted *pro hac vice*)<br>Patrick Venter (admitted *pro hac vice*)<br>Anne G. Wallice (admitted *pro hac vice*)<br>787 Seventh Avenue<br>New York, New York 10019<br>Telephone:   (212) 839-5300<br>Facsimile:   (212) 839-5599<br>Email:   wcurtin@sidley.com<br>           pventer@sidley.com<br>           anne.wallice@sidley.com |

*Attorneys for the Debtors*
*and Debtors in Possession*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| In re:<br><br>PROSPECT MEDICAL HOLDINGS, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 25-80002 (SGJ)<br><br>(Jointly Administered)<br>Rel. to Docket Nos. 590 and 1758 |

**NOTICE OF FILING OF REVISED PROPOSED ASTRANA SALE ORDER**

**PLEASE TAKE NOTICE THAT** beginning on January 11, 2025, the debtors and debtors in possession in the above-captioned chapter 11 cases (the "Debtors") filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Northern District of Texas (the "Court").

**PLEASE TAKE FURTHER NOTICE THAT** on February 12, 2025, the Debtors filed the *Debtors' Motion for Entry of an Order (I) Approving and Authorizing (A) Assumption of Purchase Agreement, Entry into Releases on Behalf of the Sellers and their Affiliates, and Entry into Transaction Documents, (B) Sale of Assets and Equity Interests Free and Clear of Interests, (C) Procedures Governing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, (D) Assignment of Certain Permits and Contracts; (II) Dismissing the PHS RI Chapter 11 Case Effective as of the Closing Date; and (III) Granting Related Relief* [Docket No. 590] (the "Astrana Sale Motion").

---

[1]   A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://omniagentsolutions.com/Prospect.  The Debtors' mailing address is 3824 Hughes Ave., Culver City, CA 90232.

**PLEASE TAKE FURTHER NOTICE** that on May 1, 2025, the Debtors filed a proposed *Order (I) Approving and Authorizing (A) Assumption of Purchase Agreement, Entry into Releases by the Debtors, and Entry into Transaction Documents, (B) the RI Reorganization, (C) Sale of Assets Free and Clear of Interests, (D) Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, Including Certain Procedures Related Thereto, (E) Assignment of Certain Permits and Contracts; (II) Authorizing the Dismissal of the PHS RI Chapter 11 Case; and (III) Granting Related Relief* [Docket No. 1758-1] (the "Proposed Astrana Sale Order").

**PLEASE TAKE FURTHER NOTICE** that on May 5, 2025, the Debtors filed the *Notice of Adjournment of Hearing Regarding the Astrana Sale Motion to May 21, 2025 at 1:30 p.m. (prevailing Central Time)* [Docket No. 1835], adjourning the hearing to consider approval of the Astrana Sale Motion and entry of the Proposed Astrana Sale Order to **May 21, 2025 at 1:30 p.m. (prevailing Central Time)** in Courtroom #1, 14th floor, 1100 Commerce Street, Dallas, Texas, 75242 before the Honorable Stacey G.C. Jernigan.

**PLEASE TAKE FURTHER NOTICE** that the Debtors hereby file (i) the revised proposed *Order (I) Approving and Authorizing (A) Assumption of Purchase Agreement, Entry into Releases by the Debtors, and Entry into Transaction Documents, (B) the RI Reorganization, (C) Sale of Assets Free and Clear of Interests, (D) Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, Including Certain Procedures Related Thereto, (E) Assignment of Certain Permits and Contracts; (II) Authorizing the Dismissal of the PHS RI Chapter 11 Case; and (III) Granting Related Relief* (the "Revised Proposed Astrana Sale Order"), attached hereto as **Exhibit A**, and (ii) a redline of the Revised Proposed Astrana Sale Order against the Proposed Astrana Sale Order, attached hereto as **Exhibit B**.

**PLEASE TAKE FURTHER NOTICE** that copies of the foregoing pleadings may be obtained (i) at the website established by the Debtors' noticing agent, Omni Agent Solutions, Inc., at https://omniagentsolutions.com/Prospect, (ii) from the Court's website http://www.txnb.uscourts.gov via ECF/Pacer, or (iii) upon request to the undersigned.

Dated: May 19, 2025
Dallas, Texas

*/s/ Thomas R. Califano*
**SIDLEY AUSTIN LLP**
Thomas R. Califano (24122825)
Rakhee V. Patel (00797213)
2021 McKinney Avenue, Suite 2000
Dallas, Texas 75201
Telephone:   (214) 981-3300
Facsimile:   (214) 981-3400
Email:       tom.califano@sidley.com
             rpatel@sidley.com

*and*

William E. Curtin (admitted *pro hac vice*)
Patrick Venter (admitted *pro hac vice*)
Anne G. Wallice (admitted *pro hac vice*)
787 Seventh Avenue
New York, New York 10019
Telephone:   (212) 839-5300
Facsimile:   (212) 839-5599
Email:       wcurtin@sidley.com
             peventer@sidley.com
             anne.wallice@sidley.com

*Attorneys for the Debtors
and Debtors in Possession*

## Certificate of Service

I certify that on May 19, 2025, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Northern District of Texas.

/s/ *Thomas R. Califano*
Thomas R. Califano