IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| In re: | : : : | Chapter 11 |
| PROSPECT MEDICAL HOLDINGS, INC., et al.,[1] | : : : | Case No. 25-80002 (SGJ) |
| Debtors. | : : : : | (Jointly Administered) |
| | : x | HEARING: MAY 21, 2025 AT 1:30 P.M. |

**THE GROUP OF MEDICAL MALPRACTICE CLAIMANTS' JOINDER IN THE OBJECTION OF THE AD HOC COMMITTEE OF MEDICAL MALPRACTICE CLAIMANTS TO DEBTORS' MOTION FOR ENTRY OF AN ORDER (I) APPROVING AND AUTHORIZING MANDATORY CLAIMS RESOLUTION PROCEDURES TO RESOLVE PROFESSIONAL LIABILITY AND GENERAL LIABILITY CLAIMS; (II) REQUIRING THE DEBTORS' INSURERS TO SATISFY THEIR OBLIGATIONS UNDER THE APPLICABLE POLICIES; AND (III) GRANTING RELATED RELIEF**
(Dkt. No. 1712)

COME NOW, the Group of Medical Malpractice Claimants (the "GMMC"), creditors and parties-in-interest in the above-captioned bankruptcy case ("Bankruptcy Case") filed by the Debtors, and hereby submit this Joinder ("Joinder") in the *Objection of The Ad Hoc Committee of Medical Malpractice Claimants Objection to the Debtors' Motion For Entry Of An Order (I) Approving And Authorizing Mandatory Claims Resolution Procedures To Resolve Professional Liability And General Liability Claims; (II) Requiring The Debtors' Insurers To Satisfy Their Obligations Under The Applicable Policies; And (III) Granting Related Relief (Dkt. No. 1712)* [Dkt # 2018]("Ad Hoc Group Objection"), and would respectfully show the following:

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://omniagentsolutions.com/Prospect. The Debtors' mailing address is 3824 Hughes Ave., Culver City, CA 90232.

1. The GMMC adopts each of the arguments and comments set forth in the Ad Hoc Group Objection as if fully set forth herein verbatim.

2. While the GMMC and other lift stay counsel continue their negotiations with counsel for the Debtors on an acceptable form of an Order on the Debtors' Motion, out of an abundance of caution, the GMMC files this Joinder in the Ad Hoc Group Objection and reservation of rights while the negotiations continue, to preserve their rights at the hearing on the Motion.

3. The GMMC reserves its right to supplement this Joinder in the Ad Hoc Group Objection and reservation of rights after it has had an opportunity to obtain additional information regarding the Debtors' proposed procedures in the Motion.

WHEREFORE the GMMC prays that the Court deny the Debtors' Motion without prejudice and grant such other and further relief that may be justified under the circumstances.

RESPECTFULLY SUBMITTED this 20th day of May, 2025

**MUNSCH HARDT KOPF & HARR, P.C.**

By: */s/ Marc W. Taubenfeld*
Marc W. Taubenfeld
Texas Bar No. 19679800
500 N. Akard St., Ste. 4000
Dallas, TX 75201
(214) 855-7500
mtaubenfeld@munsch.com
kjaska@munsch.com

**COUNSEL FOR THE GROUP OF MEDICAL MALPRACTICE CLAIMANTS**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that, on this the 20th day of May, 2025, true and correct copies of this document was duly served to all registered parties through the CM/ECF system for the United States Bankruptcy Court for the Northern District of Texas..

*/s/ Marc W. Taubenfeld*
Marc W. Taubenfeld