SIDLEY AUSTIN LLP
Thomas R. Califano (24122825)
Rakhee V. Patel (00797213)
2021 McKinney Avenue, Suite 2000
Dallas, Texas 75201
Telephone:     (214) 981-3300
Facsimile:     (214) 981-3400
Email:     tom.califano@sidley.com
           rpatel@sidley.com

SIDLEY AUSTIN LLP
William E. Curtin (admitted *pro hac vice*)
Patrick Venter (admitted *pro hac vice*)
Anne G. Wallice (admitted *pro hac vice*)
787 Seventh Avenue
New York, New York 10019
Telephone:     (212) 839-5300
Facsimile:     (212) 839-5599
Email:     wcurtin@sidley.com
           pventer@sidley.com
           anne.wallice@sidley.com

*Attorneys for the Debtors*
*and Debtors in Possession*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| PROSPECT MEDICAL HOLDINGS, INC., *et al.*,[1] | Case No. 25-80002 (SGJ) |
| Debtors. | (Jointly Administered)<br>Rel. to Docket No. 1712 |

## NOTICE OF REVISED PROPOSED ORDER
## (I) APPROVING AND AUTHORIZING MANDATORY
## CLAIMS RESOLUTION PROCEDURES TO RESOLVE
## PROFESSIONAL LIABILITY AND GENERAL LIABILITY
## CLAIMS; AND (II) GRANTING RELATED RELIEF

**PLEASE TAKE NOTICE THAT** beginning on January 11, 2025, the debtors and debtors in possession in the above-captioned chapter 11 cases (the "Debtors") filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Northern District of Texas (the "Court").

**PLEASE TAKE FURTHER NOTICE THAT** on April 29, 2025, the Debtors filed the *Debtors' Motion for Entry of an Order (I) Approving and Authorizing Mandatory Claims Resolution Procedures to Resolve Professional Liability and General Liability Claims; (II) Requiring the Debtors' Insurers to Satisfy Their Obligations Under the Applicable Policies; and*

---

[1]     A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://omniagentsolutions.com/Prospect.  The Debtors' mailing address is 3824 Hughes Ave., Culver City, CA 90232.

*(III) Granting Related Relief* [Docket No. 1712] (the "Claims Resolution Procedures Motion"), which attached as Exhibit A thereto a proposed order granting the Claims Resolution Motion [Docket No. 1712-1] (the "Proposed Claims Resolution Procedures Order").

**PLEASE TAKE FURTHER NOTICE** that the Debtors hereby file (i) the revised proposed *Order (I) Approving and Authorizing Mandatory Claims Resolution Procedures to Resolve Professional Liability and General Liability Claims and (II) Granting Related Relief* (the "Revised Proposed Claims Resolution Procedures Order"), attached hereto as **Exhibit A**, and (ii) a redline of the Revised Proposed Claims Resolution Procedures Order against the Proposed Claims Resolution Procedures Order, attached hereto as **Exhibit B**.

**PLEASE TAKE FURTHER NOTICE** that the hearing to consider approval of the Claims Resolution Motion and entry of the Revised Proposed Claims Resolution Procedures Order will be held on **May 21, 2025 at 1:30 p.m. (prevailing Central Time)** in Courtroom #1, 14th floor, 1100 Commerce Street, Dallas, Texas, 75242 before the Honorable Stacey G.C. Jernigan.

**PLEASE TAKE FURTHER NOTICE** that copies of the foregoing pleadings may be obtained (i) at the website established by the Debtors' noticing agent, Omni Agent Solutions, Inc., at https://omniagentsolutions.com/Prospect, (ii) from the Court's website http://www.txnb.uscourts.gov via ECF/Pacer, or (iii) upon request to the undersigned.

Dated: May 20, 2025
Dallas, Texas

*/s/ Thomas R. Califano*

**SIDLEY AUSTIN LLP**
Thomas R. Califano (24122825)
Rakhee V. Patel (00797213)
2021 McKinney Avenue, Suite 2000
Dallas, Texas 75201
Telephone:     (214) 981-3300
Facsimile:     (214) 981-3400
Email:         tom.califano@sidley.com
               rpatel@sidley.com

*and*

William E. Curtin (admitted *pro hac vice*)
Patrick Venter (admitted *pro hac vice*)
Anne G. Wallice (admitted *pro hac vice*)
787 Seventh Avenue
New York, New York 10019
Telephone:     (212) 839-5300
Facsimile:     (212) 839-5599
Email:         wcurtin@sidley.com
               peventer@sidley.com
               anne.wallice@sidley.com

*Attorneys for the Debtors
and Debtors in Possession*

## Certificate of Service

I certify that on May 20, 2025, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Northern District of Texas.

/s/  Thomas R. Califano
Thomas R. Califano