SIDLEY AUSTIN LLP
Thomas R. Califano (24122825)
Rakhee V. Patel (00797213)
2021 McKinney Avenue, Suite 2000
Dallas, Texas 75201
Telephone:    (214) 981-3300
Facsimile:    (214) 981-3400
Email:    tom.califano@sidley.com
          rpatel@sidley.com

SIDLEY AUSTIN LLP
William E. Curtin (admitted *pro hac vice*)
Patrick Venter (admitted *pro hac vice*)
Anne G. Wallice (admitted *pro hac vice*)
787 Seventh Avenue
New York, New York 10019
Telephone:    (212) 839-5300
Facsimile:    (212) 839-5599
Email:    wcurtin@sidley.com
          pventer@sidley.com
          anne.wallice@sidley.com

*Attorneys for the Debtors
and Debtors in Possession*

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | |
|---|---|
| In re:<br><br>PROSPECT MEDICAL HOLDINGS, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 25-80002 (SGJ)<br><br>(Jointly Administered)<br>Rel. to Docket Nos. 882, 1618, 1636, 1812, 1918, 1968, & 2006 |

### NOTICE OF REVISED KEY DATES FOR POTENTIAL
### PENNSYLVANIA ASC/IMAGING SITES SALE TRANSACTION(S)

**PLEASE TAKE NOTICE THAT**, beginning on January 11, 2025, the debtors and debtors in possession in the above-captioned chapter 11 cases (the "Debtors") filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Northern District of Texas (the "Court").

**PLEASE TAKE FURTHER NOTICE THAT**, on April 23, 2025, the Court entered the *Order (I) Approving the Closure of Certain of the Pennsylvania Hospitals; (II) Approving the Pennsylvania Asset Sale Procedures; and (III) Granting Related Relief* [Docket No. 1613] (the "Closure/Sale Order"),[2] which, among other things, sets forth the key dates and deadlines for the

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://omniagentsolutions.com/Prospect. The Debtors' mailing address is 3824 Hughes Ave., Culver City, CA 90232.

[2] Capitalized terms used but not defined herein shall have the meaning ascribed to such terms in the Closure/Sale Order.

Pennsylvania ASC/Imaging Sites (the "Key Dates").

**PLEASE TAKE FURTHER NOTICE THAT**, on April 24, 2025, the Debtors filed the *Notice of Revised Key Dates for Potential Pennsylvania Asset Sale Transaction(s)* [Docket No. 1636], pursuant to which the Debtors extended the Key Dates related to the Pennsylvania ASC/Imaging Sites.

**PLEASE TAKE FURTHER NOTICE THAT**, on May 2, 2025, the Debtors filed the *Notice of Revised Key Dates for Potential Pennsylvania ASC/Imaging Sites Sale Transaction(s)* [Docket No. 1812], pursuant to which the Debtors further extended the Key Dates related to the Pennsylvania ASC/Imaging Sites.

**PLEASE TAKE FURTHER NOTICE THAT**, on May 12, 2025, the Debtors filed the *Notice of Revised Key Dates for Potential Pennsylvania ASC/Imaging Sites Sale Transaction(s)* [Docket No. 1918], pursuant to which the Debtors further extended the Key Dates related to the Pennsylvania ASC/Imaging Sites.

**PLEASE TAKE FURTHER NOTICE THAT**, on May 15, 2025, the Debtors filed the *Notice of Revised Key Dates for Potential Pennsylvania ASC/Imaging Sites Sale Transaction(s)* [Docket No. 1968], pursuant to which the Debtors further extended the Key Dates related to the Pennsylvania ASC/Imaging Sites.

**PLEASE TAKE FURTHER NOTICE THAT**, on May 19, 2025, the Debtors filed the *Notice of Revised Key Dates for Potential Pennsylvania ASC/Imaging Sites Sale Transaction(s)* [Docket No. 2006], pursuant to which the Debtors further extended the Key Dates related to the Pennsylvania ASC/Imaging Sites.

**PLEASE TAKE FURTHER NOTICE THAT**, pursuant to the Closure/Sale Order, which authorizes the Debtors, in their sole discretion, to extend the Key Dates, the Debtors hereby file this notice revising the Key Dates related to the Pennsylvania ASC/Imaging Sites as follows:

| Date and Time (all in prevailing Central Time) | Event or Deadline |
|---|---|
| May 23, 2025 | Deadline to Inform Qualified Bidders of Auction (if any) |
| May 27, 2025 | Auction |
| May 28, 2025 | Deadline to File Sale Notice(s) and Proposed Order |
| To be determined | Sale Hearing (if necessary) |

**PLEASE TAKE FURTHER NOTICE THAT** copies of the foregoing pleadings may be obtained (i) at the website established by the Debtors' noticing agent, Omni Agent Solutions at https://omniagentsolutions.com/Prospect, (ii) from the Court's website https://ecf.txnb.uscourts.gov/, or (iii) upon request to the undersigned.

Dated: May 22, 2025
Dallas, Texas

/s/ *Thomas R. Califano*
SIDLEY AUSTIN LLP
Thomas R. Califano (24122825)
Rakhee V. Patel (00797213)
2021 McKinney Avenue, Suite 2000
Dallas, Texas 75201
Telephone: (214) 981-3300
Facsimile: (214) 981-3400
Email: tom.califano@sidley.com
rpatel@sidley.com

*and*

William E. Curtin (admitted *pro hac vice*)
Patrick Venter (admitted *pro hac vice*)
Anne G. Wallice (admitted *pro hac vice*)
787 Seventh Avenue
New York, New York 10019
Telephone: (212) 839-5300
Facsimile: (212) 839-5599
Email: wcurtin@sidley.com
pventer@sidley.com
anne.wallice@sidley.com

*Attorneys for the Debtors
and Debtors in Possession*

## Certificate of Service

      I certify that on May 22, 2025, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Northern District of Texas.

                                                 */s/ Thomas R. Califano*
                                                 Thomas R. Califano