

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

**THE DATE OF ENTRY IS ON**
**THE COURT'S DOCKET**

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed May 22, 2025**

United States Bankruptcy Judge

---

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 25-80002-SGJ |
| PROSPECT MEDICAL HOLDINGS, INC., ) | |
| et al.,[1] ) | |
| ) | Chapter 11 |
| Debtors. ) | |

### ORDER GRANTING MOTION OF BRANDON DANIELS TO WAIVE THE LOCAL COUNSEL REQUIREMENT OF LOCAL BANKRUPTCY RULE 2090-4

Upon Consideration of the Motion of Brandon Daniels to Waive the Local Counsel Requirement of Local Bankruptcy Rule 2090-4 (the "Motion"), and after deliberation, the Court finds that good and sufficient cause exists to grant the relief requested in the Motion; it is therefore

**ORDERED:**

1. The Motion is granted.

2. The requirements of Local Bankruptcy Rule 2090-4 are hereby waived and Kelly Dingwell

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://omniagentsolutions.com/Prospect. The Debtors' mailing address is 3824 Hughes Ave., Culver City, CA 90232.

of Dingwell Law, APC, and James W. Brewer and Michelle D. Esparza of Kemp Smith,

LLP, may appear in this case without local counsel as defined in that rule.

# # # END OF ORDER # # #

<u>Submitted by</u>:

Dingwell Law, APC
5030 E. Second Street. Suite 205
Long Beach, California


By:*/s/ Kelly L. Dingwell*
    Kelly L. Dingwell
    California State Bar No. 291528
    *Application to Appear Pro Hac Vice*
    *Pending*

Kemp Smith LLP
P.O. Box 2800
El Paso, Texas 79999-2800

By: */s/ Michelle D. Esparza*
    James W. Brewer
    Texas Bar No. 02965200
    Michelle D. Esparza
    Texas Bar 24116329

Attorneys for Brandon Daniels