## **Exhibit A**

### **LIST OF CAPITAL LEASES**

(*See attached.*)

## CAPITAL LEASES

1. Short Form Conditional Sale Agreement No. 0010092748 between Prospect CharterCARE SJHSRI, LLC and Flex Financial (a division of Stryker Sales Corporation)

2. Lease Agreement No. 500-50210878 between Prospect CharterCARE RWMC, LLC and De Lage Landen Financial Services, Inc.

3. Equipment Schedule No. 02 dated March 11, 2021 between Liberty Commercial Finance LLC as lessor and Prospect Medical Holdings, Inc. and Prospect CharterCARE SJHSRI, LLC as lessee (issued in connection with Master Equipment Lease Agreement No. 32104 dated February 13, 2020 (the "Master Lease"))[1]

4. Lease Agreement No. 500-50336582 between Prospect CharterCARE RWMC, LLC and Mindray Capital

5. Lease Agreement No. 500-50346443 between Prospect CharterCARE RWMC, LLC and De Lage Landen Financial Services, Inc.

6. Frame Commercial Capital Lease with Purchase Option Agreement dated December 16, 2021 between Echosens North America, Inc. as lessor and Roger Williams Hospital as lessee

7. Equipment Schedule No. 11 dated May 9, 2022 between Liberty Commercial Finance LLC as lessor and Prospect Medical Holdings, Inc. and Prospect CharterCARE RWMC, LLC as lessee (issued in connection with the Master Lease)

8. Master Lease Agreement No. 196030 and Lease Schedule 196030-001 between PNC Bank, National Association as lessor and Prospect CharterCARE RWMC, LLC as lessee

9. Master Agreement No. 2410141098 and Equipment Schedule 001 between Flex Financial and Prospect CharterCARE RWMC, LLC

10. Lease Agreement No. 500-50346137 between Prospect CharterCARE SJHSRI, LLC and lessee and Mindray Capital as lessor

11. Equipment Schedule No. 10 dated December 9, 2021 between Liberty Commercial Finance LLC as lessor and Prospect Medical Holdings, Inc. and Prospect CharterCARE SJHSRI, LLC as lessee (issued in connection with the Master Lease)

12. Leasing Schedule 20008318 to the Master Equipment Lease Agreement dated September 18, 2019 between Siemens Financial Services, Inc. as lessor and Prospect CharterCARE SJHSRI, LLC

13. Leasing Schedule 20008317 to the Master Equipment Lease Agreement dated September 18, 2019 between Siemens Financial Services, Inc. as lessor and Prospect CharterCARE SJHSRI, LLC

14. Short Form Lease Agreement No. 2210149551 between Flex Financial (a division of Stryker Sales, LLC) and Prospect CharterCARE SJHSRI, LLC

15. Equipment Finance Agreement No. 1035158 dated March 10, 2022 and Amendment No. 1035158 dated November 15, 2022 between Huntington Technology Finance, Inc. and Prospect CharterCARE, LLC

16. Lease Agreement No. 501-50463456 between Roger Williams Hospital as lessee and Philips Medical Capital, LLC as lessor

17. Master Lease Agreement No. 196030 and Lease Schedule 196030-002 between PNC Bank, National Association as lessor and Prospect CharterCARE RWMC, LLC as lessee

---

[1] According to records received by the Buyer, this agreement has been paid in full.

18. Lease Agreement No. 500-50443434 between De Lage Landen Financial Services, Inc. as lessor and Prospect CharterCARE SJHSRI, LLC as lessee

19. Equipment Finance Agreement No. 1035159 dated March 10, 2022 and Amendment No. 1035159 dated November 15, 2022 between Huntington Technology Finance, Inc. and Prospect CharterCARE SJHSRI, LLC

20. Short Form Lease Agreement No. 11210190129 between Flex Financial and Prospect CharterCARE RWMC, LLC

21. Lease Agreement No. 500-50518237 between De Lage Landen Financial Services, Inc. and Prospect CharterCARE RWMC, LLC

22. Master Lease Agreement No. 0018695 and Schedule No. 5 between Olympus America Inc. and Prospect CharterCARE RWMC, LLC

23. Master Lease Agreement No. 0018695 and Schedule No. 4 between Olympus America Inc. and Prospect CharterCARE SJSRI, LLC

24. Equipment Lease Agreement No. 20002276 between Prospect ChartCARE RWMC, LLC and Siemens Financial Services, Inc.

25. Equipment Lease Agreement No. 20002277 between Prospect CharterCARE SJHSRI, LLC and Siemens Financial Services, Inc.

26. Lease Agreement No. 40647515 between Prospect Medical Holdings, Inc. and Navitas Credit Corp.[2]

27. Short Form Lease Agreement No. 11210190126 between Flex Financial and Prospect CharterCARE SJHSRI, LLC

28. Short Form Conditional Sale Agreement No. 2410105562 between Flex Financial and Prospect CharterCARE SJHSRI, LLC

---

[2] According to records received by the Buyer, this agreement has been paid in full.