# Exhibit A

## Summary of Hours Billed by Sidley
## Attorneys and Paraprofessionals for the Fee Period

# Exhibit A

## Summary of Hours Billed by Sidley Attorneys and Paraprofessionals for the Fee Period

| Name | Position<br>Area of Expertise | Year of Admission / Years of Experience | Hourly Rate | Total Hours | Total Compensation ($) |
|---|---|---|---|---|---|
| Thomas R. Califano | Partner<br>Restructuring | 1989 | $2,120 | 85.30 | $180,836.00 |
| Elizabeth K. McCloy | Partner<br>Real Estate | 1984 | $1,950 | 0.30 | $585.00 |
| Angela T. Richards | Partner<br>Tax | 2004 | $1,950 | 8.50 | $16,575.00 |
| Mary C. Niehaus | Partner<br>Employee Benefits | 1988 | $1,870 | 54.80 | $102,476.00 |
| Rakhee V. Patel | Partner<br>Restructuring | 1996 | $1,870 | 58.50 | $109,395.00 |
| Joshua Samek | Partner<br>M&A | 2007 | $1,870 | 0.20 | $374.00 |
| John Skakun | Partner<br>Litigation | 2008 | $1,870 | 4.90 | $9,163.00 |
| Katherine A. Roberts | Partner<br>Litigation | 2008 | $1,790 | 17.80 | $31,862.00 |
| William E. Curtin | Partner<br>Restructuring | 2002 | $1,710 | 170.20 | $291,042.00 |
| Tara M. Lancaster | Partner<br>Tax | 2009 | $1,710 | 20.60 | $35,226.00 |
| Kelly A. Lazaroff | Partner<br>Global Finance | 2008 | $1,710 | 18.80 | $32,148.00 |
| Jon S. Zucker | Partner<br>Healthcare | 2013 | $1,710 | 10.80 | $18,468.00 |
| Jon Muenz | Counsel<br>Litigation | 2009 | $1,570 | 38.40 | $60,288.00 |
| Patrick Venter | Senior Managing Associate<br>Restructuring | 2016 | $1,530 | 99.30 | $151,929.00 |
| Anne G. Wallice | Senior Managing Associate<br>Restructuring | 2017 | $1,505 | 224.00 | $337,120.00 |
| Tyler J. Combest | Senior Managing Associate<br>Tax | 2018 | $1,485 | 7.80 | $11,583.00 |
| Ethan Konschuh | Senior Managing Associate<br>Global Finance | 2018 | $1,485 | 6.10 | $9,058.50 |
| Gregory Jacobs | Managing Associate<br>Litigation | 2021 | $1,355 | 4.80 | $6,504.00 |
| Jonathan E. Mitnick | Managing Associate<br>Restructuring | 2021 | $1,355 | 165.30 | $223,981.50 |
| Claire E. Terry | Managing Associate<br>Restructuring | 2021 | $1,355 | 96.80 | $131,164.00 |
| Parker G. Embry | Managing Associate<br>Restructuring | 2021 | $1,265 | 183.20 | $231,748.00 |
| Michelle A. Gomez-Reichman | Managing Associate<br>Litigation | 2022 | $1,265 | 9.50 | $12,017.50 |
| Allison C. Ivey Toth | Managing Associate<br>Litigation | 2021 | $1,265 | 47.30 | $59,834.50 |

| Name | Position<br>Area of Expertise | Year of Admission / Years of Experience | Hourly Rate | Total Hours | Total Compensation ($) |
|---|---|---|---|---|---|
| Veronica A. Courtney | Associate<br>Restructuring | 2022 | $1,140 | 150.30 | $171,342.00 |
| Jake Landreth-Wright | Associate<br>Restructuring | 2023 | $1,140 | 130.60 | $148,884.00 |
| Sean M. Nuernberger | Associate<br>Restructuring | 2022 | $1,140 | 246.30 | $280,782.00 |
| Siddhanth Goyal | Associate<br>Restructuring | 2024 | $985 | 110.20 | $108,547.00 |
| George Maliha | Associate<br>Healthcare | 2018 | $985 | 18.10 | $17,828.00 |
| Madeline A. Moore | Associate<br>Global Finance | 2023 | $985 | 6.70 | $6,599.50 |
| Daniela Rakowski | Associate<br>Restructuring | 2024 | $985 | 14.60 | $14,381.00 |
| William H. Calix | Associate<br>Restructuring | 2025 | $835 | 113.60 | $94,856.00 |
| Yan Y. Goodwin | Associate<br>Global Finance | 2024 | $835 | 3.10 | $2,588.50 |
| Chang Liu | Associate<br>Restructuring | 2025 | $835 | 188.20 | $157,147.00 |
| Ben Luo | Associate<br>Restructuring | 2025 | $835 | 140.50 | $117,317.50 |
| Ishani Patel | Associate<br>Restructuring | 2025 | $385 | 22.80 | $19,038.00 |
| Alexa Schneider | Associate<br>Restructuring | 2024 | $835 | 122.50 | $102,287.50 |
| Zoe Stern | Associate<br>Restructuring | 2025 | $835 | 129.70 | $108,299.50 |
| Steven Szymanski | Associate<br>M&A | 2024 | $835 | 30.20 | $25,217.00 |
| Charlie B. Brownstein | Pre-Admittance Law Clerk<br>Restructuring | Pending | $835 | 90.30 | $75,400.50 |
| Dylan C. Yan | Pre-Admittance Law Clerk<br>Restructuring | Pending | $835 | 180.80 | $150,968.00 |
| David J. Lutes | Paralegal<br>Restructuring | 39 years | $650 | 85.90 | $55,835.00 |
| Michelle Pontarelli | Paralegal<br>Real Estate | 7 years | $625 | 3.00 | $1,875.00 |
| Magda L. Cabra | Paralegal<br>Litigation | 15 years | $600 | 21.90 | $13,140.00 |
| Crystal Clark | Paralegal<br>Litigation | 13 years | $570 | 15.60 | $8,892.00 |
| Sneha Subhash Menon | Project Assistant<br>Litigation | 1 year | $370 | 2.20 | $814.00 |
| | | | **Total** | 3,160.30 | $3,745,417.50 |
| | | | **Blended Rate** | | $1,236.00 |

2