| | |
|---|---|
| SIDLEY AUSTIN LLP<br>Thomas R. Califano (24122825)<br>Rakhee V. Patel (00797213)<br>2021 McKinney Avenue, Suite 2000<br>Dallas, Texas 75201<br>Telephone: (214) 981-3300<br>Facsimile: (214) 981-3400<br>Email: tom.califano@sidley.com<br>rpatel@sidley.com | SIDLEY AUSTIN LLP<br>William E. Curtin (admitted *pro hac vice*)<br>Patrick Venter (admitted *pro hac vice*)<br>Anne G. Wallice (admitted *pro hac vice*)<br>787 Seventh Avenue<br>New York, New York 10019<br>Telephone: (212) 839-5300<br>Facsimile: (212) 839-5599<br>Email: wcurtin@sidley.com<br>pventer@sidley.com<br>anne.wallice@sidley.com |

*Attorneys for the Debtors
and Debtors in Possession*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| In re:<br><br>PROSPECT MEDICAL HOLDINGS, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 25-80002 (SGJ)<br><br>(Jointly Administered) |

**DEBTORS' WITNESS AND EXHIBIT
LIST FOR HEARING SCHEDULED FOR
JUNE 10, 2025 AT 1:30 P.M. (PREVAILING CENTRAL TIME)**

The debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "Debtors") hereby submit this witness and exhibit list (the "Witness and Exhibit List") and designate the following witnesses in connection with the matters scheduled for hearing on **June 10, 2025 at 1:30 p.m. (prevailing Central Time)**.

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://omniagentsolutions.com/Prospect. The Debtors' mailing address is 3824 Hughes Ave., Culver City, CA 90232.

A. <u>Witnesses</u>

1. Christopher J. Wells (Managing Director, Alvarez & Marsal North America, LLC)

2. Allison Hoeinghaus (Managing Director – Compensation & Benefits Practice, Alvarez & Marsal North America, LLC)

3. Any witnesses called or designated by any other party.

4. Any impeachment or rebuttal witnesses.

B. <u>Exhibits</u>

| Ex. No. | Description | Judicial Notice | Marked | Offered | Objected | Admitted | Date | Disp. After Trial |
|---|---|---|---|---|---|---|---|---|
| 1. | *Declaration of Christopher J. Wells in Support of the Debtors' KEIP Motion* [Docket No. 1709] | | | | | | | |
| 2. | *Declaration of Allison Hoeinghaus in Support of the Debtors' KEIP Motion* [Docket No. 1710] | | | | | | | |
| 3. | KEIP (Filed Under Seal), Exhibit B to the KEIP Motion [Docket No. 1708] | | | | | | | |
| 4. | *Supplemental Declaration of Christopher J. Wells in Support of the Debtors' KEIP Motion* (Filed Under Seal), Exhibit B to the Motion to Seal Supplemental KEIP Declaration [Docket No. 2166] | | | | | | | |
| 5. | Summary of Expenses for the Fee Period, Exhibit A to Houlihan Fee Application [Docket No. 1970] | | | | | | | |
| 6. | Prior Fee Statements, Exhibit B to Houlihan Fee Application [Docket No. 1970] | | | | | | | |
| | All exhibits necessary for impeachment purposes | | | | | | | |
| | Any other document entered or filed in the above-styled bankruptcy case, including any exhibits thereto. | | | | | | | |
| | Any and all documents identified or offered by any other party. | | | | | | | |

Dated: June 6, 2025  
Dallas, Texas

/s/ Thomas R. Califano
**SIDLEY AUSTIN LLP**
Thomas R. Califano (24122825)
Rakhee V. Patel (00797213)
2021 McKinney Avenue, Suite 2000
Dallas, Texas 75201
Telephone:   (214) 981-3300
Facsimile:    (214) 981-3400
Email:           tom.califano@sidley.com
                      rpatel@sidley.com

*and*

William E. Curtin (admitted *pro hac vice*)
Patrick Venter (admitted *pro hac vice*)
Anne G. Wallice (admitted *pro hac vice*)
787 Seventh Avenue
New York, New York 10019
Telephone:   (212) 839-5300
Facsimile:    (212) 839-5599
Email:           wcurtin@sidley.com
                      pventer@sidley.com
                      anne.wallice@sidley.com

*Attorneys for the Debtors*
*and Debtors in Possession*

3

**Certificate of Service**

I certify that on June 6, 2025, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Northern District of Texas.

*/s/ Thomas R. Califano*
Thomas R. Califano
