| | |
|---|---|
| SIDLEY AUSTIN LLP | SIDLEY AUSTIN LLP |
| Thomas R. Califano (24122825) | William E. Curtin (admitted *pro hac vice*) |
| Rakhee V. Patel (00797213) | Patrick Venter (admitted *pro hac vice*) |
| Maegan Quejada (24105999) | Anne G. Wallice (admitted *pro hac vice*) |
| 2021 McKinney Avenue, Suite 2000 | 787 Seventh Avenue |
| Dallas, Texas 75201 | New York, New York 10019 |
| Telephone: (214) 981-3300 | Telephone: (212) 839-5300 |
| Facsimile: (214) 981-3400 | Facsimile: (212) 839-5599 |
| Email: tom.califano@sidley.com | Email: wcurtin@sidley.com |
| rpatel@sidley.com | pventer@sidley.com |
| mquejada@sidley.com | anne.wallice@sidley.com |

*Attorneys for the HCo Debtors and Debtors in Possession*

*Proposed Attorneys for the PCo Debtors and Debtors in Possession*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| PROSPECT MEDICAL HOLDINGS, INC., *et al.*,[1] | Case No. 25-80002 (SGJ) |
| Debtors. | (Jointly Administered) |

**AGENDA FOR HEARING SCHEDULED FOR
JULY 23, 2025 AT 9:30 A.M. (PREVAILING CENTRAL TIME)**

The above-captioned debtors and debtors in possession (collectively, the "Debtors") hereby file this agenda for matters set for hearing on July 23, 2025 at 9:30 a.m. (prevailing Central Time), before the Honorable Stacey G.C. Jernigan at the United States Bankruptcy Court for the

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://omniagentsolutions.com/Prospect. The Debtors' mailing address is 3824 Hughes Ave., Culver City, CA 90232.

Northern District of Texas, at Courtroom 1, 14th Floor, Earle Cabell Federal Building, 1100 Commerce Street, Dallas, Texas 75242-1496.

**AGENDA MATTERS**

1.  *Debtors' Motion for Entry of an Order (I) Applying the (A) Wage Orders and (B) JMB DIP Order in the HCo Debtors' Chapter 11 Cases to the PCo Debtors; and (II) Granting Related Relief* [Docket No. 2446]

    **Related Documents:**

    a.  *Declaration of Paul Rundell in Support of Debtors' Chapter 11 Petition and First Day Pleading* [Docket No. 41]

    b.  *Declaration of Paul Rundell in Support of the PCo Debtors' Chapter 11 Petition and First Day Pleadings* [Docket No. 2453]

    c.  *Notice of Hearing for July 23, 2025 Setting* [Docket No. 2527]

    d.  *Debtors' Witness and Exhibit List for Hearing Scheduled for July 23, 2025 at 9:30 A.M. (Prevailing Central Time)* [Docket No. 2573]

    **Status:** **This matter is going forward as to the Wages Order. The Debtors plan to file a notice of revised order seeking only to apply the Wages Order. The hearing with respect to the JMB DIP Extension has been adjourned to August 20, 2025 at 1:30 p.m. (Prevailing Central Time).**

2.  *Debtors' Emergency Motion for Entry of an Order (A) Approving the Stipulation Between the Debtors and Astrana Health, Inc. Permitting the Debtors to Honor Certain Outstanding Checks* [Docket No. 2543]

    **Related Documents:**

    a.  *Stipulation and Agreed Order (I) Authorizing the (A) Consent Under Junior DIP Credit Agreement, (B) Payment of Prepetition Seismic Obligations, (C) Continuation of Postpetition Performance, and (II) Granted Related Relief* [Docket No. 2542]

    b.  *Declaration of Christopher J. Wells in Support of the Debtors' Emergency Motion for Entry of an Order Approving the Stipulation Between the Debtors and Astrana Health, Inc. Permitting the Debtors to Honor Certain Outstanding Checks* [Docket No. 2544]

    c.  *Emergency Notice of Hearing for July 23, 2025 Setting* [Docket No. 2545]

      d.    *Debtors' Witness and Exhibit List for Hearing Scheduled for July 23, 2025 at 9:30 A.M. (Prevailing Central Time)* [Docket No. 2573]

**Status:** **This matter is going forward.**

3.    Status Conference – Letter on Behalf of Chester Residents [Docket No. 2532]

    **Related Documents:**

      a.    *Correspondence to Court Regarding Crozer Patient Records Fee* [Docket No. 2532]

      b.    *Debtors' Witness and Exhibit List for Hearing Scheduled for July 23, 2025 at 9:30 A.M. (Prevailing Central Time)* [Docket No. 2573]

**Status:** **This matter is going forward as a status conference.**

4.    *Defendants' Motion to Dismiss Complaint* [Docket No. 14] - WARN Adversary, Case No. 25-08001

    **Related Documents:**

      a.    *Class Action Adversary Proceeding Complaint for Violation Of WARN Act 29 U.S.C. § 2101, et seq.* [Docket No. 1]

      b.    *Defendants' Brief in Support of the Motion to Dismiss* [Docket No. 15]

      c.    *Appendix in Support of Defendants' Motion to Dismiss Complaint* [Docket No. 16]

      d.    *Notice of Hearing for July 16, 2025 Setting* [Docket No. 17]

      e.    *Agreed Motion for Continuance* [Docket No. 21]

      f.    *Order Granting Agreed Motion for Continuance* [Docket No. 22]

      g.    *Plaintiff's Opposition to Defendants' Motion to Dismiss* [Docket No. 24]

      h.    *The Defendant Debtors' Reply Brief in Further Support of Motion to Dismiss* [Docket No. 25]

      i.    *Defendant Debtors' Witness and Exhibit List for Hearing Scheduled for July 23, 2025 at 9:30 A.M. (Prevailing Central Time)* [Docket No. 26]

**Status:** **This matter is going forward.**

5.  *CPI/AHP Landlords' Emergency Motion for Entry of an Order (I) Lifting the Automatic Stay, or Alternatively, (II) Compelling the Debtors to Assume or Reject the CPI/AHP Leases; and (III) Granting Related Relief* [Docket No. 1791]

    **Related Documents:**

    a.  *Notice of Emergency Hearing* [Docket No. 1792]

    b.  *The CPI/AHP Landlords' Witness and Exhibit List for May 8, 2025 Hearing* [Docket No. 1819]

    c.  *Notice of Adjournment* [Docket No. 1857]

    d.  *Debtors' Witness and Exhibit List for Hearing Scheduled for May 21, 2025 at 1:30 P.M. (Prevailing Central Time)* [Docket No. 1991]

    e.  *Notice of Adjournment* [Docket No. 2008]

    f.  *Notice of Further Adjournment* [Docket No. 2208]

    g.  *Debtors' Witness and Exhibit List for Hearing Scheduled for June 24, 2025 at 1:30 P.M. (Prevailing Central Time*) [Docket No. 2333]

    h.  *Notice of Further Adjournment* [Docket No. 2355]

    i.  *Debtors' Witness and Exhibit List for Hearing Scheduled for July 9, 2025 at 1:30 P.M. (Prevailing Central Time)* [Docket No. 2431]

    j.  *Notice of Further Adjournment* [Docket No. 2451]

    k.  *Notice of Further Adjournment* [Docket No. 2572]

**Status: This matter has been adjourned to August 4, 2025 at 1:30 p.m. (Prevailing Central Time).**

[*Remainder of the page intentionally left blank*]

Dated: July 22, 2025  
Dallas, Texas

/s/ *Thomas R. Califano*
SIDLEY AUSTIN LLP
Thomas R. Califano (24122825)
Rakhee V. Patel (00797213)
Maegan Quejada (24105999)
2021 McKinney Avenue, Suite 2000
Dallas, Texas 75201
Telephone: (214) 981-3300
Facsimile: (214) 981-3400
Email: tom.califano@sidley.com
rpatel@sidley.com
mquejada@sidley.com

*and*

William E. Curtin (admitted *pro hac vice*)
Patrick Venter (admitted *pro hac vice*)
Anne G. Wallice (admitted *pro hac vice*)
787 Seventh Avenue
New York, New York 10019
Telephone: (212) 839-5300
Facsimile: (212) 839-5599
Email: wcurtin@sidley.com
pventer@sidley.com
anne.wallice@sidley.com

*Attorneys for the HCo Debtors*
*and Debtors in Possession*

*Proposed Attorneys for the PCo Debtors*
*and Debtors in Possession*

**Certificate of Service**

I certify that on July 22, 2025, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Northern District of Texas.

*/s/ Thomas R. Califano*
Thomas R. Califano
