

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed July 23, 2025**

_____
United States Bankruptcy Judge
_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| **In re** | § | |
| | § | **Chapter 11** |
| **PROSPECT MEDICAL** | § | |
| **HOLDINGS, INC.,** *et al.*[1] | § | **Case No. 25-80002sgj** |
| | § | |
| **Debtors.** | § | **Jointly Administered** |

### ORDER GRANTING THE ESTATE OF DAVID SCAVETTA, THROUGH BEVERLY SCAVETTA, EXECUTOR'S MOTION FOR LEAVE TO FILE PROOF OF CLAIM AFTER BAR DATE

Upon the motion of The Estate of David Scavetta, through Beverly Scavetta, Executor ("**Scavetta**") for an order granting her leave to file a Proof of Claim after the Bar Date established by this Court (the "**Motion**"), as more fully set forth in the Motion; and as Supplemented on July 8, 2025 (Dkt. 2449) to give notice that the two claims the subject of the Motion were to be amended on July 14, 2025, solely to correct an error in address, and this Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. § 1334; and consideration of the

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://omniagentsolutions.com/Prospect. The Debtors' mailing address is 3824 Hughes Ave., Culver City, CA 90232.

ORDER GRANTING MOTION FOR LEAVE – PAGE 1

Motion and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and it appearing that venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided; and such notice having been adequate and appropriate under the circumstances; and it appearing that no other or further notice need be provided; and this Court having reviewed the Motion; and a hearing, if any, having been held to consider the relief requested in the Motion; and all objections, if any, to the Motion having been withdrawn, resolved, or overruled; and this Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and upon all of the proceedings had before this Court and after due deliberation and sufficient cause appearing therefore,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is granted;

2. Beverly Scavetta, as Executor of the Estate of David Scavetta may file a Proof of Claim after the bar date in these proceedings and her Proof of Claim in the Prospect Rockville Hospital, Inc. case filed May 27, 2025, amended on July 14, 2025, solely to correct address, and additional Proof of Claim filed June 12, 2025, amended on July 14, 2025, solely to correct address, in the Prospect Medical Holdings, Inc. case, shall be deemed to be timely;

3. Proper, timely, adequate and sufficient notice of the Motion has been provided in accordance with the Bankruptcy Code, the Bankruptcy Rules, and the Local Rules, and no other or further notice of the Motion or entry of this Order shall be required.

###END OF ORDER###

Order submitted by:

Weldon L. Moore, III
Sussman & Moore, L.L.P.
2911 Turtle Creek Blvd., Ste. 1100
Dallas, Texas 75219
Phone: 214-378-8270
Fax:  214-378-8290
**ATTORNEY FOR ESTATE OF DAVID SCAVETTA,
THROUGH BEVERLY SCAVETTA, EXECUTOR**