## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | |
|---|---|
| In re:<br><br>PROSPECT MEDICAL HOLDINGS, INC., *et al.*,[1]<br>           Debtors. | Chapter 11<br><br>Case No. 25-80002 (SGJ)<br><br>(Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Randy Lowry, am employed in the county of Los Angeles, State of California. I hereby certify that on July 18, 2025, at my direction and under my supervision, employees of Omni Agent Solutions, Inc. caused true and correct copies of the following document to be served via the method set forth on the Service List attached hereto as **Exhibit A**:

- **First Interim Fee Application of BDO USA, P.C. for Compensation and Reimbursement of Expenses for the Period From January 11, 2025 Through and Including March 31, 2025 [Docket No. 2567]**

Dated: July 22, 2025

/s/ Randy Lowry

Randy Lowry
Omni Agent Solutions, Inc.
5955 De Soto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300

{State of California       }
{                          } ss.
{County of Los Angeles     }

Subscribed and sworn to (or affirmed) before me on this 22nd day of July, 2025, by Randy Lowry, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

/s/ Carolyn K. Cashman
Notary Public



CAROLYN K. CASHMAN
Notary Public - California
Los Angeles County
Commission # 2396732
My Comm. Expires Mar 11, 2026

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and Noticing agent at https://omniagentsolutions.com/Prospect. The Debtors' mailing address is 3824 Hughes Ave., Culver City, CA 90232.

# **EXHIBIT A**

# Exhibit A
## Service List

| Creditor | Attention | Email | Method of Service |
|---|---|---|---|
| Foley & Lardner LLP | Holland N. O'Neil | honeil@foley.com | Email |
| Foley & Lardner LLP | Edward J. Green | egreen@foley.com | Email |
| Foley & Lardner LLP | Jake W. Gordon | jake.gordon@foley.com | Email |
| Norton Rose Fulbright US LLP | Kristian W. Gluck | kristian.gluck@nortonrosefulbright.com | Email |
| Norton Rose Fulbright US LLP | Robert M. Hirsh | robert.hirsh@nortonrosefulbright.com | Email |
| Norton Rose Fulbright US LLP | James Copeland | james.copeland@nortonrosefulbright.com | Email |
| Paul Hastings LLP | Kris Hansen | krishansen@paulhastings.com | Email |
| Paul Hastings LLP | Erez Gilad | erezgilad@paulhastings.com | Email |
| Paul Hastings LLP | Gabe Sasson | gabesasson@paulhastings.com | Email |
| Prospect Medical Holdings, Inc. | Paul Rundell | prundell@alvarezandmarsal.com | Email |
| Sidley Austin LLP | Thomas R. Califano | tcalifano@sidley.com | Email |
| Sidley Austin LLP | Rakhee V. Patel | rpatel@sidley.com | Email |
| Sidley Austin LLP | William E. Curtin | wcurtin@sidley.com | Email |
| Sidley Austin LLP | Patrick Venter | pventer@sidley.com | Email |
| Sidley Austin LLP | Anne G. Wallice | anne.wallice@sidley.com | Email |
| The Office of the United States Trustee | Elizabeth A. Young | Elizabeth.A.Young@usdoj.gov | Email |
| Vinson & Elkins LLP | Paul Heath | pheath@velaw.com | Email |
| Vinson & Elkins LLP | William Wallander | bwallander@velaw.com | Email |
| Vinson & Elkins LLP | Matthew Struble | mstruble@velaw.com | Email |
| Wachtell, Lipton, Rosen, & Katz | Emil Kleinhaus | eakleinhaus@wlrk.com | Email |
| Wachtell, Lipton, Rosen, & Katz | Angela Herring | akherring@wlrk.com | Email |
| Wachtell, Lipton, Rosen, & Katz | Michael Cassel | mhcassel@wlrk.com | Email |

PROSPECT MEDICAL HOLDINGS, INC., et al., (Case No. 25-80002)