| | |
|---|---|
| SIDLEY AUSTIN LLP | SIDLEY AUSTIN LLP |
| Thomas R. Califano (24122825) | William E. Curtin (admitted *pro hac vice*) |
| Rakhee V. Patel (00797213) | Patrick Venter (admitted *pro hac vice*) |
| 2021 McKinney Avenue | Anne G. Wallice (admitted *pro hac vice*) |
| Suite 2000 | 787 Seventh Avenue |
| Dallas, Texas 75201 | New York, New York 10019 |
| Telephone: (214) 981-3300 | Telephone: (212) 839-5300 |
| Facsimile: (214) 981-3400 | Facsimile: (212) 839-5599 |
| Email: tom.califano@sidley.com | Email: wcurtin@sidley.com |
|     rpatel@sidley.com |     pventer@sidley.com |
|     mquejada@sidley.com |     anne.wallice@sidley.com |

*Attorneys for the HCo Debtors*
*and Debtors in Possession*

*Proposed Attorneys for the PCo Debtors*
*and Debtors in Possession*

# IN THE UNITED STATED BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| In re:<br><br>PROSPECT MEDICAL HOLDINGS, INC., *et al.*,[1]<br>        Debtors. | Chapter 11<br><br>Case No. 25-80002 (SGJ)<br><br>(Jointly Administered)<br><br>**Docket Ref. Nos. 45, 125** |

### NOTICE OF WITHDRAWAL
### OF APPEARANCE OF SEAN M. NUERNBERGER

**PLEASE TAKE NOTICE** that Sean M. Nuernberger hereby withdraws his appearance as counsel of record for the Debtors and Debtors in Possession (the "Debtors") in the above-captioned case, and request that he be deleted from the CM/ECF electronic notification service, official

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://omniagentsolutions.com/Prospect. The Debtors' mailing address is 3824 Hughes Ave., Culver City, CA 90232.

mailing matrix and other service lists in these chapter 11 cases. The law firm of Sidley Austin LLP and their attorneys of record, other than Sean M. Nuernberger, continue to represent the Committee and hereby request that all notices given or required to be served in these chapter 11 cases continue to be given to and served on such attorneys of record.

Dated: July 29, 2025
Dallas, Texas

*/s/ Thomas R. Califano*
**SIDLEY AUSTIN LLP**
Thomas R. Califano (24122825)
Rakhee V. Patel (00797213)
Maegan Quejada (24105999)
2021 McKinney Avenue, Suite 2000
Dallas, Texas 75201
Telephone: (214) 981-3300
Facsimile: (214) 981-3400
Email: tom.califano@sidley.com
rpatel@sidley.com
mquejada@sidley.com

*and*

William E. Curtin (admitted *pro hac vice*)
Patrick Venter (admitted *pro hac vice*)
Anne G. Wallice (admitted *pro hac vice*)
787 Seventh Avenue
New York, New York 10019
Telephone: (212) 839-5300
Facsimile: (212) 839-5599
Email: wcurtin@sidley.com
pventer@sidley.com
anne.wallice@sidley.com

*Attorneys for the HCo Debtors and Debtors in Possession*

*Proposed Attorneys for the PCo Debtors and Debtors in Possession*

## Certificate of Service

I certify that on July 29, 2025, I caused a copy of the foregoing document to be served by the Electronic Case Filling System for the United States Bankruptcy Court for the Northern District of Texas.

                */s/ Thomas R. Califano*
                Thomas R. Califano