PAUL HASTINGS LLP
Charles Persons (24060413)
2001 Ross Avenue, Suite 2700
Dallas, Texas 75201
Telephone:(972) 936-7500
Facsimile: (972) 936-7501
Email: charlespersons@paulhastings.com

PAUL HASTINGS LLP
Kristopher Hansen (admitted *pro hac vice*)
Erez Gilad (admitted *pro hac vice*)
Gabriel Sasson (admitted *pro hac vice*)
Matthew Friedrick (admitted *pro hac vice*)
200 Park Avenue
New York, New York 10166
Telephone: (212) 318-6000
Facsimile: (212) 319-4090
Email: krishansen@paulhastings.com
         erezgilad@paulhastings.com
         gabesasson@paulhastings.com
         matthewfriedrick@paulhastings.com

*Counsel to the Official Committee of
Unsecured Creditors*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| PROSPECT MEDICAL HOLDINGS, INC., *et al.*,[1] | ) | Case No. 25-80002 (SGJ) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**SUMMARY COVER SHEET
FOR THE SECOND INTERIM FEE APPLICATION OF PAUL HASTINGS LLP,
COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR
ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES
FOR THE PERIOD FROM APRIL 1, 2025 THROUGH JUNE 30, 2025**

**Second Interim Fee Application of:**  Paul Hastings LLP

**Capacity:** Counsel to the Official Committee of Unsecured Creditors

**Time Period:** April 1, 2025 through June 30, 2025 (the "Fee Period")

**Bankruptcy Petition Filed on:** January 11, 2025

---

[1]  A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://omniagentsolutions.com/Prospect. The Debtors' mailing address is 3824 Hughes Ave., Culver City, CA 90232.

**Date of Entry of Retention Order:** March 25, 2025          **Status of Case:** Pending
(effective as of January 31, 2025) [Docket No. 1347]

| **Amount Requested:** | | **Reductions:** | |
|---|---|---|---|
| Fees: | $1,830,132.00 | Voluntary fee reductions: | $0.00 |
| Expenses: | $17,754.38 | Expense reductions: | $0.00 |
| Other: | $0.00 | **Total Reductions:** | $0.00 |
| **Total:** | $1,847,886.38 | | |

| **Draw Down Request:** | | **Expense Detail:** | |
|---|---|---|---|
| Retainer Received: | N/A | Copies $0.08 per page/total: | $20.24 (253 copies) |
| Previous Draw Down(s): | N/A | Color Copies $.50 per page/total: | $0.00 (0 copies) |
| Remaining Retainer (now): | N/A | Computer Research: | $3,933.89 |
| Requested Draw Down: | N/A | Airfare | $2,445.92 |
| Retainer Remaining (after): | N/A | Court Reporting Services | $9,702.95 |
| **Total:** | N/A | Filing Fee | $200.00 |
| | | Parking | $34.00 |
| | | Lodging | $544.72 |
| | | Taxi/Ground Transportation | $413.50 |
| | | Meals | $146.25 |
| | | Outside Professional Services | $0.00 |
| | | Vendor Expense | $312.91 |

| **Hourly Rates:** | **Attorney/Accountant** | **Paralegal** |
|---|---|---|
| Highest Billed Rate: | $2,520 | $600 |
| Total Hours Billed: | 1,039.30 | 93.10 |
| Blended Rate: | $1,707 | $600 |

### Prior Interim Fee Application

| Period Covered / Docket No. | Order Approving | Requested | | Approved and Paid | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| First Interim 1/31/25 – 03/31/25 Dkt. No. 1931 | Dkt. No. 2308 | $6,170,114.25 | $26,827.80 | $6,170,114.25 | $26,827.80 |

### Monthly Fee Statements for the Fee Period

| Period Covered / Docket No. | Requested | | Approved and Paid | | Outstanding | |
|---|---|---|---|---|---|
| | Fees | Expenses | Fees | Expenses | Fees | Expenses |
| 4/1/25 through 4/30/25 Dkt. No. 2070 | $592,301.20 (80% of $740,376.50) | $13,529.90 | $592,301.20 | $13,529.90 | $148,075.30 | $0.00 |
| 5/1/25 through 5/31/25 Dkt. No. 2362 | $637,041.60 (80% of $796,302.00) | $3,509.96 | $637,041.60 | $3,509.96 | $159,260.40 | $0.00 |
| 6/1/25 through 6/30/25 Dkt. No. 2660 | $234,762.80 (80% of $293,453.50) | $714.52 | $0.00 | $0.00 | $293,453.50 | $714.52 |
| TOTAL: | $1,464,105.60 (80% of $1,830,132.00) | $17,754.38 | $1,229,342.80 | $17,039.86 | $600,789.20 | $714.52 |

## Summary of Timekeepers for Fee Period

| Name, Position | Year of First Admission, Department | Hourly Rate | Total for Fee Period | | Number of Rate Increases Since Case Inception |
|---|---|---|---|---|---|
| | | | Hours Billed | Amount | |
| **PARTNER** | | | | | |
| Gilad, Erez | 2001, Financial Restructuring | $2,300.00 | 25.80 | $59,340.00 | 0 |
| Hansen, Kris | 1996, Financial Restructuring | $2,520.00 | 100.10 | $252,252.00 | 0 |
| Meier, Peter | Complex Litigation & Arbitration, 1995 | $2,175.00 | 10.10 | $21,967.50 | 0 |
| Miller, Allison | 2004, Financial Restructuring | $2,175.00 | 27.60 | $60,030.00 | 0 |
| Pasquale, Ken | 1990, Financial Restructuring | $2,300.00 | 86.90 | $199,870.00 | 0 |
| Persons, Charles | 2007, Financial Restructuring | $2,010.00 | 78.50 | $157,785.00 | 0 |
| Persons, Charles (travel, bill at ½ rate) | 2007, Financial Restructuring | $1,005.00 | 0.90 | $904.50 | 0 |
| Sasson, Gabe | 2010, Financial Restructuring | $2,010.00 | 184.90 | $371,649.00 | 0 |
| Sasson, Gabe (travel, bill at ½ rate) | 2010, Financial Restructuring | $1,005.00 | 7.50 | $7,537.50 | 0 |
| Schwab, Bill | 2003, Private Equity | $2,175.00 | 1.10 | $2,392.50 | 0 |
| **Partner Total** | | | 523.40 | $1,133,728.00 | |
| **OF COUNSEL** | | | | | |
| Kuznick, Emily | 2014, Financial Restructuring | $2,025.00 | 15.10 | $30,577.50 | 0 |
| Montefusco, Ryan | 2012, Financial Restructuring | $2,025.00 | 2.30 | $4,657.50 | 0 |
| Silber, Gary | Tax, 2011 | $2,025.00 | 4.20 | $8,505.00 | 0 |
| Traxler, Katherine A. | 1990, Financial Restructuring | $1,175.00 | 23.70 | $27,847.50 | 0 |
| **Of Counsel Total** | | | 45.30 | $71,587.50 | |
| **ASSOCIATE** | | | | | |
| Bagdasar, Kenneth | Tax, 2023 | $1,275.00 | 6.90 | $8,797.50 | 0 |
| Friedrick, Matthew | 2019, Financial Restructuring | $1,495.00 | 164.60 | $246,077.00 | 0 |
| Iaffaldano, Jack | 2020, Financial Restructuring | $1,425.00 | 84.20 | $119,985.00 | 0 |
| Leonard, Marcella | 2024, Financial Restructuring | $895.00 | 4.50 | $4,027.50 | 0 |

4

| Name, Position | Year of First Admission, Department | Hourly Rate | Total for Fee Period | | Number of Rate Increases Since Case Inception |
|---|---|---|---|---|---|
| | | | Hours Billed | Amount | |
| Miliotes, Lanie | 2022, Financial Restructuring | $1,185.00 | 0.70 | $829.50 | 0 |
| Richardson, Samuel | 2024, Financial Restructuring | $895.00 | 32.20 | $28,819.00 | 0 |
| Simon, Tori | 2024, Financial Restructuring | $895.00 | 174.30 | $155,998.50 | 0 |
| Thomas, Schlea | 2022, Financial Restructuring | $1,185.00 | 0.90 | $1,066.50 | 0 |
| Zolnierz, Matt | 2018, Private Equity | $1,495.00 | 1.20 | $1,794.00 | 0 |
| **Associate Total** | | | 469.50 | $567,394.50 | |
| **OTHER ATTORNEY** | | | | | |
| Turanchik, Stephen | Tax, 1996 | $1,420.00 | 1.10 | $1,562.00 | 0 |
| **Other Attorney Total** | | | 1.10 | $1,562.00 | |
| **PARAPROFESSIONAL** | | | | | |
| Laskowski, Mat | Paralegal | $600.00 | 89.20 | $53,520.00 | 0 |
| Magzamen, Michael | Paralegal | $600.00 | 3.70 | $2,220.00 | 0 |
| Mohamed, David | Paralegal | $600.00 | 0.20 | $120.00 | 0 |
| **Paraprofessional Total** | | | 93.10 | $55,860.00 | |
| **TOTAL:** | | | 1,132.40 | $1,830,132.00 | |
| **Blended Hourly Rate:** | | **$1,616** | | | |

## Compensation by Project Category for Fee Period

| | Total for Fee Period | |
|---|---|---|
| **U.S. Trustee Task Code and Project Category** | Total Hours | Total Fees |
| 01   General Case Administration | 60.70 | $108,102.50 |
| 02   General Motions and Pleadings / Docket Review | 73.90 | $56,767.50 |
| 03   Debtor Meetings and Communications | 37.80 | $70,860.00 |
| 04   UCC / Creditor Meetings and Communications | 83.90 | $150,156.50 |
| 05   Court Hearings | 131.60 | $210,285.50 |
| 06   Fee / Employment Applications (UCC Professionals) | 58.60 | $62,438.00 |

| 07 | Fee / Employment Applications (Other Professionals) | 8.30 | $15,494.50 |
|---|---|---|---|
| 08 | Financial Reports (Schedules, SoFAs, MORs, DIP reports) | 0.50 | $893.50 |
| 09 | Business Operations | 1.40 | $2,093.00 |
| 11 | Asset Sales and Dispositions / Section 363 Pleadings | 114.90 | $229,121.00 |
| 12 | Contracts and Leases | 12.60 | $17,456.50 |
| 14 | DIP Financing / Cash Collateral Matters | 2.90 | $5,106.00 |
| 15 | Relief from Stay / Adequate Protection Matters | 6.00 | $11,587.00 |
| 16 | Claims Analysis / Objections | 6.80 | $14,864.50 |
| 17 | Investigations / Estate Claims and Avoidance Action Analysis | 333.90 | $560,325.50 |
| 18 | Litigation / Other Contested Matters | 48.90 | $61,673.00 |
| 19 | Rule 2004 / Discovery Matters | 2.40 | $2,616.00 |
| 21 | Plan and Disclosure Statement | 99.20 | $175,519.50 |
| 22 | Labor / Employee / Pension Matters | 39.70 | $66,330.00 |
| 27 | Non-Working Travel | 8.40 | $8,442.00 |
| **TOTAL:** | | **1,132.40** | **$1,830,132.00** |

## Expense Summary for Fee Period

| Category | Total for Fee Period |
|---|---|
| Airfare | $2,445.92 |
| Computer Search | $3,933.89 |
| Court Reporting Services | $9,702.95 |
| Filing Fee | $200.00 |
| Meal Charges | $146.25 |
| Parking | $34.00 |
| Lodging | $544.72 |
| Reproduction Charges | $20.24 |
| Taxi/Ground Transportation | $413.50 |
| Vendor Expense | $312.91 |
| **TOTAL:** | **$17,754.38** |

PAUL HASTINGS LLP
Charles Persons (24060413)
2001 Ross Avenue, Suite 2700
Dallas, Texas 75201
Telephone:(972) 936-7500
Facsimile: (972) 936-7501
Email: charlespersons@paulhastings.com

PAUL HASTINGS LLP
Kristopher Hansen (admitted *pro hac vice*)
Erez Gilad (admitted *pro hac vice*)
Gabriel Sasson (admitted *pro hac vice*)
Matthew Friedrick (admitted *pro hac vice*)
200 Park Avenue
New York, New York 10166
Telephone: (212) 318-6000
Facsimile: (212) 319-4090
Email: krishansen@paulhastings.com
         erezgilad@paulhastings.com
         gabesasson@paulhastings.com
         matthewfriedrick@paulhastings.com

*Counsel to the Official Committee of*
*Unsecured Creditors*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| PROSPECT MEDICAL HOLDINGS, INC., *et al.*,[1] | ) | Case No. 25-80002 (SGJ) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

---

[1]   A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://omniagentsolutions.com/Prospect. The Debtors' mailing address is 3824 Hughes Ave., Culver City, CA 90232.

**SECOND INTERIM FEE APPLICATION OF PAUL HASTINGS LLP, COUNSEL TO
THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE
OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD
FROM APRIL 1, 2025 THROUGH JUNE 30, 2025**

If you object to the relief requested, you must respond in writing. Unless otherwise directed by the Court, you must file your response electronically at https://ecf.txnb.uscourts.gov no more than twenty-four (24) days after the date this motion was filed. If you do not have electronic filing privileges, you must file a written objection that is actually received by the clerk and filed on the docket no more than twenty-four (24) days after the date this motion was filed. Otherwise, the Court may treat the pleading as unopposed and grant the relief requested.

A hearing will be conducted on the matters set forth in this motion on a date to be later determined in Courtroom #1, 14th Floor, Earle Cabell Federal Building, 1100 Commerce Street, Suite 1254, Dallas, Texas 75242. You may participate in the hearing either in person or by an audio and video connection.

Audio communication will be by use of the Court's dial-in facility. You may access the facility at 650.479.3207. The meeting code is 2304 154 2638. Video communication will be by the use of the Cisco WebEx platform. Connect via the Cisco WebEx application or click the link on Judge Jernigan's home page. Click the settings icon in the upper right corner and enter your name under the personal information setting. WebEx hearing instructions may be obtained from Judge Jernigan's hearing/calendar site: https://www.txnb.uscourts.gov/judges-info/hearing-dates/chief-judgejernigans-hearing-dates.

Hearing appearances must be made electronically in advance of electronic hearings. To make your appearance, click the "Electronic Appearance" link on Judge Jernigan's home page. Select the case name, complete the required fields and click "Submit" to complete your appearance.

Pursuant to sections 330 and 331 of title 11 of the United States Code (the "Bankruptcy Code"), rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), rule 2016-1 of the Local Bankruptcy Rules of the United States Bankruptcy Court for the Northern District of Texas (the "Local Rules"), the Procedures for Complex Cases in the Northern District of Texas, and this Court's *Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals and (II) Granting Related Relief* [Docket No. 608] (the "Interim Compensation Procedures Order"), Paul Hastings LLP ("Paul Hastings"), as counsel to the Official Committee of Unsecured Creditors (the "Committee") appointed in the chapter 11 cases (the "Chapter 11 Cases") of the above-captioned debtors and debtors in

possession (collectively, the "Debtors"), submits this application (the "Application") for entry of an order granting interim allowance of compensation for reasonable and necessary legal services rendered from April 1, 2025 through and including June 30, 2025 (the "Fee Period") and reimbursement of expenses incurred in connection with such services, and respectfully represents:

## Jurisdiction and Venue

1.     The Court has jurisdiction to consider this Application pursuant to 28 U.S.C. § 1334 and the *Order of Reference of Bankruptcy Cases and Proceedings Nunc Pro Tunc* dated August 3, 1984, entered by the United States District Court for the Northern District of Texas. This is a core proceeding pursuant to 28 U.S.C. § 157(b). Venue is proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409.

2.     Paul Hastings consents to entry of a final judgment or order with respect to this Application if it is determined that the Court would lack Article III jurisdiction to enter such final order or judgment absent consent of the parties.

## Background

3.     Beginning on January 11, 2025, each of the Debtors filed a voluntary petition for relief in this Court under chapter 11 of the Bankruptcy Code. The Debtors continue to operate their businesses and manage their properties as debtors in possession pursuant to §§ 1107(a) and 1108 of the Bankruptcy Code. As of the date hereof, no trustee or examiner has been appointed in the Chapter 11 Cases.

4.     On January 29, 2025, the Office of the United States Trustee (the "U.S. Trustee") appointed the Committee [Docket No. 295]. The members of the Committee are Pension Benefit Guaranty Corporation; Connecticut Health Care Associates District 1199; Julia Russell as

representative of Yolanda Bailey v. Southern California Health Care System, Los Angeles Superior Court Case No. 23STCV07482; Axis Spine, LLC; Compass Group; Accuity Delivery Systems, LLC; and R4 Solutions, Inc.

5.    On January 31, 2025, the Committee selected Paul Hastings as its counsel. On March 25, 2025, the Court entered the *Order Authorizing and Approving the Retention and Employment of Paul Hastings LLP as Counsel to the Official Committee of Unsecured Creditors, Effective as of January 31, 2025* [Docket No. 1347] (the "Retention Order"), pursuant to which the Court authorized the Committee's retention and employment of Paul Hastings as counsel to the Committee, effective as of January 31, 2025.

6.    On February 12, 2025, the Court entered the Interim Compensation Procedures Order, which provides that all professionals retained in the Chapter 11 Cases shall file and serve fee statements on a monthly basis and interim fee applications at three-month intervals, pursuant to section 331 of the Bankruptcy Code for allowance of compensation and reimbursement of expenses sought during the applicable period.  This Application is Paul Hastings' second interim fee application and covers services provided and expenses incurred during the Fee Period.

7.    In accordance with the Interim Compensation Procedures Order, Paul Hastings filed and served three monthly fee statements (the "Monthly Fee Statements") for services provided during the Fee Period, each of which is incorporated herein by reference.  *See* Docket Nos. 2070, 2362, and 2660. A summary of the Monthly Fee Statements is set forth in the chart below:

| Period Covered / Docket No. | Requested | | Approved and Paid | | Outstanding | |
|---|---|---|---|---|---|---|
| | Fees | Expenses | Fees | Expenses | Fees | Expenses |
| 4/1/25 through | $592,301.20 (80% of | $13,529.90 | $592,301.20 | $13,529.90 | $148,075.30 | $0.00 |

| 4/30/25<br>Dkt. No. 2070 | $740,376.50) | | | | | |
|---|---|---|---|---|---|---|
| 5/1/25<br>through<br>5/31/25<br>Dkt. No. 2362 | $637,041.60<br>(80% of<br>$796,302.00) | $3,509.96 | $637,041.60 | $3,509.96 | $159,260.40 | $0.00 |
| 6/1/25<br>through<br>6/30/25<br>Dkt. No. 2660 | $234,762.80<br>(80% of<br>$293,453.50) | $714.52 | $0.00 | $0.00 | $293,453.50 | $714.52 |

## **Relief Requested**

8.      By this Application, prepared in accordance with and pursuant to Bankruptcy Code §§ 330 and 331, the Local Rules, the Complex Case Procedures, the Interim Compensation Procedures Order, and *Appendix B of the United States Trustee's Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases* (the "U.S. Trustee Guidelines"),[2] Paul Hastings respectfully requests (a) allowance of compensation as an administrative expense claim for fees and expenses incurred during the Fee Period in the aggregate amount of $1,847,886.38, which includes fees in the amount of $1,830,132.00 and expenses in the amount of $17,754.38, and (b) payment of such sums not previously paid to Paul Hastings pursuant to the Interim Compensation Procedures Order.[3]

9.      The fees charged by Paul Hastings in the Chapter 11 Cases are billed in accordance with the firm's existing billing rates and procedures in effect during the Fee Period.

---

[2]  The Committee and Paul Hastings reserve all rights as to the relevance and substantive legal effect of the U.S. Trustee Guidelines with respect to any application for compensation in the Chapter 11 Cases.

[3]  To the extent necessary, Paul Hastings requests a waiver for cause shown of any requirements not met by this Application.

The rates that Paul Hastings charges for the services rendered by its professionals and paraprofessionals are the same rates that Paul Hastings charges for these professionals' services rendered in comparable non-bankruptcy matters. Further, Paul Hastings submits that the fees are reasonable based on the customary compensation charged by comparably skilled practitioners in comparable non-bankruptcy and bankruptcy cases in a competitive legal market.

10.     In accordance with Bankruptcy Rule 2016(a) and Bankruptcy Code § 504, no agreement or understanding exists between Paul Hastings and any other person for the sharing of compensation to be received in connection with the Chapter 11 Cases except as authorized pursuant to the Bankruptcy Code, the Bankruptcy Rules, and the Local Rules. All professional and paraprofessional services for which compensation is sought were performed on behalf of the Committee and not on behalf of any other person.

11.     In accordance with the Local Rules, the Complex Case Procedures, and the U.S. Trustee Guidelines, prefixed to this Application are (a) a Summary Cover Sheet summarizing the contents of this Application, (b) a summary of Paul Hastings' Monthly Fee Statements for services provided during the Fee Period, (c) a summary of timekeepers who provided those services, (d) a summary of those services by project category, and (e) a summary of expenses incurred by Paul Hastings during the Fee Period. In addition, annexed to this Application are the following Exhibits:

- Exhibit A contains the proposed order on this Application;

- Exhibit B contains the supporting Declaration of Gabriel Sasson;

- Exhibit C contains disclosures regarding "customary and comparable compensation;"

- Exhibit D contains the budget and staffing plan for Paul Hastings' services during the Fee Period; and

- <u>Exhibit E</u> contains Paul Hastings' Monthly Fee Statements for services rendered and expenses incurred during the Fee Period.

**Summary of Services Rendered During the Fee Period**

12.     During the Fee Period, Paul Hastings assisted and advised the Committee regarding legal matters relating to the Debtors' restructuring and the performance of the Committee's duties in the Chapter 11 Cases. Paul Hastings prepared various motions, applications, orders, and other pleadings submitted to the Court for consideration, and performed the necessary professional services that are described below and in the attached Monthly Fee Statements.[4]

<u>General Case Administration (Task Code 01)</u>
Fees:   $108,102.50         Total Hours:   60.70

13.     During the Fee Period, Paul Hastings spent time on activities relating to case strategy and the day-to-day management of the Chapter 11 Cases, including monitoring critical dates, maintaining a case calendar and task lists, and conducting telephone conferences with the Paul Hastings team and Committee professionals regarding case matters, case strategy, and upcoming hearings and filings. Paul Hastings assisted with the retention of and frequently coordinated with other Committee professionals, including the Committee's investment banker, Jefferies LLC, and financial advisor, Province, LLC.

<u>General Motions and Pleadings / Docket Review (Task Code 02)</u>
Fees:   $56,767.50         Total Hours:   73.90

14.     During the Fee Period, Paul Hastings monitored the docket of the Chapter 11 Cases and reviewed various pleadings and motions filed by parties to inform the strategy and path of the Committee in the Chapter 11 Cases, including, among others, filings related to the

---

[4]     The description of services here is limited to those matters in which Paul Hastings provided five (5) or more hours of service during the Fee Period.

DIP motion and post-petition financing, proposed disclosure statement, key employee retention plan, key employee incentive plan, asset sale process, claims resolution procedures, assignment and assumption of contracts, and automatic stay.

<u>Debtor Meetings and Communications (Task Code 03)</u>
Fees:   $70,860.00          Total Hours:   37.80

15.     During the Fee Period, Paul Hastings devoted time to communicating with the Debtors via teleconferences, Zoom meetings, and email correspondence regarding various pleadings and motions filed by parties, cash management issues, proposed disclosure statement and chapter 11 plan, the key employee retention plan and key employee incentive plan, potential asset sales, the Debtors' business operations, and investigation matters.

<u>UCC / Creditor Meetings and Communications (Task Code 04)</u>
Fees:   $150,156.50          Total Hours:   83.90

16.     During the Fee Period, Paul Hastings communicated with the Committee through teleconferences, weekly Zoom meetings, and email correspondence regarding case strategy and the myriad motions and pleadings filed in the Chapter 11 Cases, including, among others, the Debtors' post-petition financing and cash management, potential asset sales, key employee retention plan, key employee incentive plan, and investigation updates.

<u>Court Hearings (Task Code 05)</u>
Fees:   $210,285.50          Total Hours:   131.60

17.     During the Fee Period, Paul Hastings prepared for and represented the Committee at various bankruptcy court hearings in connection with the Chapter 11 Cases, including hearings and status conferences relating to the Debtors' post-petition financing and wind-down budget; Debtors' key employee retention plan; Debtors' key employee incentive plan; treatment of Medi-Cal provider agreements; Astrana transaction; and motions to lift the automatic stay. Paul

Hastings represented the Committee at multiple omnibus hearings related to the various pleadings and motions filed in the Chapter 11 Cases.

Fee / Employment Applications (UCC Professionals) (Task Code 06)
Fees:  $62,438.00          Total Hours:  58.60

18.     During the Fee Period, Paul Hastings attorneys prepared Paul Hastings' First Interim Fee Application [Docket No. 1931] and Paul Hastings' Monthly Fee Statements for services rendered during the Fee Period [Docket Nos. 2070, 2362 & 2660] and communicated with the U.S. Trustee and the Debtors' professionals on such matters.  In addition, Paul Hastings assisted with the preparation of monthly fee applications for Province, LLC (as the Committee's investment banker) and Jefferies LLC (as the Committee's financial advisor).

Fee / Employment Applications (Debtor / Other Professionals) (Task Code 07)
Fees:  $15,494.50          Total Hours:  8.30

19.     During the Fee Period, Paul Hastings reviewed retention applications of the Debtors' professional advisors and professionals employed in the ordinary course of business in the Chapter 11 Cases, communicated with the Committee regarding such matters, and negotiated the proposed orders in connection therewith.

Asset Sales and Dispositions (Task Code 11)
Fees:  $229,121.00          Total Hours:  114.90

20.     During the Fee Period, Paul Hastings reviewed, analyzed, and commented on asset purchase agreements, sale documents, bids, and sale motions and orders relating to the Debtors' assets in Pennsylvania, Connecticut, Rhode Island, and California. Additionally, Paul Hastings reviewed, analyzed, and commented on materials relating to the Astrana sale process. Paul Hastings corresponded with Committee professionals regarding the sale processes and related matters.

<u>Contracts and Leases (Task Code 12)</u>
Fees:  $17,456.50          Total Hours:   12.60

21.     During the Fee Period, Paul Hastings reviewed, analyzed, and prepared a joinder
to the Motion to Compel Immediate Assumption or Rejection of Medi-Cal Provider Agreements
as Executory Contracts, filed by the California Department of Health [Docket No. 1904].

<u>Relief from Stay / Adequate Protection Matters (Task Code 15)</u>
Fees:  $11,587.00          Total Hours:   6.00

22.     During the Fee Period, Paul Hastings reviewed and analyzed the lift stay
procedures and various motions seeking relief from the automatic stay.

<u>Claim Analysis / Objections (Task Code 16)</u>
Fees:  $14,864.50          Total Hours:   6.80

23.     During the Fee Period, Paul Hastings reviewed, analyzed, and commented on the
claims resolution procedures. Paul Hastings also analyzed and conducted research relating to the
BCBS claims.

<u>Investigations / Estate Claims and Avoidance Action Analysis (Task Code 17)</u>
Fees:  $560,325.50          Total Hours:   333.90

24.     During the Fee Period, Paul Hastings conducted an investigation of potential
claims and causes of action against the Debtors' prepetition creditors and insiders, including
analysis of case law, publicly available documents, and Debtors' documents and insurance
policies, regarding the Debtors, their business operations, and certain prepetition transactions,
and considered and analyzed potential causes of actions related thereto. Based on its
investigation into potential causes of actions, Paul Hastings prepared a letter and presentation for
the Debtors, as well as a letter to Leonard Green & Partners regarding avoidance actions.

Litigation / Other Contested Matters (Task Code 18)
Fees:   $61,673.00          Total Hours:   48.90

25.     During the Fee Period, Paul Hastings prepared for litigation related matters arising from the cases and matters presented to the Court, including reviewing and analyzing matters relating to Foothill and MPT's consent rights. Paul Hastings also conducted research regarding existing litigation against the Debtors and/or their Directors.

Plan and Disclosure Statement (Task Code 21)
Fees:   $175,519.50          Total Hours:   99.20

26.     During the Fee Period, Paul Hastings reviewed the motion to extend exclusivity, and reviewed, analyzed, and commented on a draft chapter 11 plan and disclosure statement.

Labor/Employee/Pension Matters (Task Code 22)
Fees:   $66,330.00          Total Hours:   39.70

27.     During the Fee Period, Paul Hastings analyzed, commented on, and negotiated the Debtors' key employee retention plan and key employee incentive plan. Paul Hastings prepared and filed a limited objection to the Debtors' key employee incentive plan motion [Docket No. 2129].

Non-Working Travel (Task Code 27)
Fees:   $8,442.00          Total Hours:   8.40

28.     During the Fee Period, Paul Hastings travelled to and from Texas to represent the Committee at hearings in the Chapter 11 Cases.

**Valuation of Services**

29.     Attorneys and paraprofessionals of Paul Hastings expended a total of 1,132.40 hours in representing the Committee during the Fee Period. The amount of time spent by each Paul Hastings timekeeper providing services to the Committee is set forth herein and in the attached Monthly Fee Statements. The billable rates of Paul Hastings' attorneys and

paraprofessionals reflect Paul Hastings' customary hourly rates for work of this nature and character. Paul Hastings respectfully submits that the reasonable value of the services rendered by Paul Hastings to the Committee during the Fee Period is $1,830,132.00.

## **Reasonableness of Services**

30.     Paul Hastings has been involved in a meaningful way in the Chapter 11 Cases in fulfilling its duties to the Committee.  Paul Hastings submits that, in view of its integral role in the Chapter 11 Cases, its request for compensation and reimbursement of expenses is reasonable and warranted.

31.     Section 330 of the Bankruptcy Code provides that a court may award a professional employed under section 327 of the Bankruptcy Code "reasonable compensation for actual, necessary services rendered and reimbursement for actual, necessary expenses." 11 U.S.C. § 330(a)(1). Section 330 also establishes the following non-exclusive criteria to determine the amount of reasonable compensation to be awarded:

> In determining the amount of reasonable compensation to be awarded, the court should consider the nature, extent, and the value of such services, taking into account all relevant factors, including —
>
> (a) the time spent on such services;
>
> (b) the rates charged for such services;
>
> (c) whether the services were necessary to the administration of, or beneficial at the time at which the service was rendered towards the completion of, a case under this title;
>
> (d) whether the services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue, or task addressed;
>
> (e) with respect to a professional person, whether the person is board certified or otherwise has demonstrated skill and expertise in the bankruptcy field; and
>
> (f) whether the compensation is reasonable based on the customary compensation charged by comparably skilled practitioners in cases other than cases under this title.

11 U.S.C. § 330(a)(3).

32.     Paul Hastings respectfully submits that the services for which it seeks compensation in this Application were, at the time rendered, necessary for and beneficial to the Committee, in the best interests of the Committee and the Debtors' general unsecured creditors, and rendered to assist the Committee in discharging its duties in the Chapter 11 Cases. Paul Hastings further believes that its services to the Committee were performed efficiently, effectively, and in an expert manner. Accordingly, Paul Hastings respectfully submits that the compensation requested herein is reasonable, within the meaning of §§ 330 and 331 of the Bankruptcy Code, based on the nature and extent of the services rendered, the complexity of the Chapter 11 Cases, and the time, labor, experience and specialized expertise provided by Paul Hastings to the Committee.

## **Actual and Necessary Disbursements**

33.     Paul Hastings requests allowance and payment of actual and necessary expenses incurred during the Fee Period in the aggregate amount of $17,754.38.  It is Paul Hastings' policy to charge its clients in all areas of practice for all expenses incurred in connection with a client's matter.  Paul Hastings charged at actual cost for its ancillary services and expenses such as photocopying, scanning, messenger and courier services, court reporter services, filing fees, litigation support service, document processing, facsimile, postage, printing, travel related expenses, parking and similar expenses, whether internal or paid to third parties.

34.     Paul Hastings charges $0.08 per page for standard black and white duplication and $0.50 per page for standard color copies.  Because Paul Hastings believes that on-line legal research (*e.g.*, LEXIS and WESTLAW) is far more cost-efficient than manual research using

hard-bound volumes, Paul Hastings encourages computerized legal research even though it is not a profit center for Paul Hastings.

### **Reservation of Rights**

35.    To the extent that time or disbursements for services rendered relate to the Fee Period but were not processed before the preparation of, or included in, this Application, or Paul Hastings has for any other reason not sought compensation or reimbursement of expenses herein with respect to any services rendered or expenses incurred during the Fee Period, Paul Hastings reserves the right to request compensation for such services and reimbursement of such expenses in a supplemental or future application. Also, Paul Hastings does not waive, and expressly reserves, its right to respond to any objections regarding the Application and the amounts sought for Paul Hastings' services in the Chapter 11 Cases.

### **Notice**

36.    Pursuant to the Interim Compensation Procedures Order, this Application is being served upon the Application Recipients (as defined in the Interim Compensation Procedures Order) and notice of the hearing on this Application is being served on all other parties that have filed a notice of appearance with the clerk of this Court and requested notice of pleadings in the Chapter 11 Cases. Paul Hastings submits that, in light of the nature of the relief requested, no other or further notice need be given.

*[Remainder of Page Intentionally Left Blank]*

**WHEREFORE**, for all of the foregoing reasons, Paul Hastings respectfully requests that the Court enter an order, substantially in the form attached hereto as <u>Exhibit A</u>, (a) approving the Application; (b) allowing and awarding Paul Hastings compensation for professional services rendered to the Committee during the Fee Period in the amount of $1,830,132.00; (c) allowing and awarding Paul Hastings reimbursement of expenses incurred during the Fee Period in the amount of $17,754.38; (d) authorizing and directing payment of such sums to Paul Hastings; and (e) granting such other and further relief as the Court may deem just and equitable.

Dated:  July 31, 2025
         Dallas, Texas

Respectfully submitted

*/s/ Charles Persons*

**PAUL HASTINGS LLP**
Charles Persons (TX Bar No. 24060413)
2001 Ross Avenue, Suite 2700
Dallas, Texas 75201
Telephone:  (972) 936-7500
Facsimile:  (972) 936-7501
Email:  charlespersons@paulhastings.com

-and-

Kristopher Hansen (Admitted *pro hac vice*)
Erez Gilad (Admitted *pro hac vice*)
Gabriel Sasson (Admitted *pro hac vice*)
Matthew Friedrick (admitted *pro hac vice*)
200 Park Avenue
New York, New York 10166
Telephone:  (212) 318-6000
Facsimile:  (212) 319-4090
Email:  krishansen@paulhastings.com
         erezgilad@paulhastings.com
         gabesasson@paulhastings.com
         matthewfriedrick@paulhastings.com

*Counsel to the Official Committee of Unsecured Creditors*