BTXN 105a (rev. 09/19)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS

In Re: Prospect Medical Holdings, Inc., et al.

Plaintiff(s)

Case No.: 25-80002 (SGJ)

## APPLICATION FOR ADMISSION *PRO HAC VICE*

1. Name: __Hanstein, Brian K.__
           *Last*        *First*        *MI*

2. Firm Name: __Wetzel Gagliardi Fetter & Lavin LLC__

3. Address: __122 South Church Street__
   __West Chester, PA   19382__

4. Phone: __484-887-0779__     FAX: __484-887-8763__

   Email: __BKHanstein@wgflaw.com__

5. Name used to sign *all* pleadings: __Brian K. Hanstein__

6. Retained by: __Ridley School District (Penna.), and Borough of Ridley Park (Penna.)__

7. Admitted on __11/20/1991__ and presently a member in good standing of the bar of the highest court of the state of __Pennsylvania__ and issued the bar license number of __61916__.

8. Admitted to practice before the following courts:     *Admission Date:*
   Court:
   __USDC, Eastern District of Pennsylvania__     __1991__

*Continued.*

9. Are you presently a member in good standing of the bars of the courts listed above?

   ☒ Yes ☐ No

   If "No," please list all courts which you are no longer admitted to practice:

10. Have you ever been subject to a grievance proceeding or involuntary removal proceeding while a member of the bar of any state or federal court?

    ☐ Yes ☒ No

    If "Yes," please provide details:

11. Other than minor traffic offenses, have you ever been charged, arrested, or convicted of a criminal offense or offenses?

    ☐ Yes ☒ No

    If "Yes," please provide details:

12. Please list all cases in the United States Bankruptcy Court, Northern District of Texas in which you have filed for *pro hac vice* in the past three years:

    | Date of Application | Case No. and Style |
    |---|---|
    | _____ | _____ |
    | _____ | _____ |
    | _____ | _____ |

13. Local counsel of record: <u>Local counsel requirement already waived for these Creditors</u>

14. Local counsel's address: _____

    _____

*Continued.*

I respectfully request to be admitted to practice in the United States Bankruptcy Court for the Northern District of Texas for this cause only.

I certify that I have read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D. 284 (N.D. Tex. 1988) (en banc), and the local civil and bankruptcy rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil and bankruptcy rules.

☒ I am an ECF filer. I also certify that I have served a true and correct copy of this document upon each attorney of record and filed the application via ECF with the payment of $100.00

☐ I am not an ECF filer. I also certify that I have served a true and correct copy of this document upon each attorney of record and the original upon the US Bankruptcy Court accompanied with the $100.00 filing fee on _____.

_____Brian K. Hanstein_____  
Printed Name of Applicant

___1 August 2025___  
Date

_____[signature]_____  
Signature of Applicant