BTXN 104a (rev. 09/19)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS

In Re: PROSPECT MEDICAL HOLDINGS, INC. et al

§
§
§ Case No.: 25-80002
§
§
§
§
Debtor(s) §

## APPLICATION FOR ADMISSION *PRO HAC VICE*

1. Name: __Fleming__   __Beth__   __Stern__
   *Last*   *First*   *MI*

2. Firm Name: __Beth Stern Fleming, LLC__

3. Address: __1050 Street Road, #1028__
   __Southampton, PA  18966__

4. Phone: __215-450-5258__    FAX: __215-710-8789__
   Email: __bsf@sternfleming.com__

5. Name used to sign *all* pleadings: __Beth Stern Fleming__

6. Retained by: __Upper Darby Township__

7. Admitted on __1989__ and presently a member in good standing of the bar of the highest court of the state of __PA__ and issued the bar license number of __56942__.

8. Admitted to practice before the following courts:

   | Court: | Admission Date: |
   |---|---|
   | US District Court for ED PA | 1990 |
   | US District Court for District of NJ | 1990 |

*Continued.*

9. Are you presently a member in good standing of the bars of the courts listed above?

   ☒ Yes ☐ No

   If "No," please list all courts which you are no longer admitted to practice:

10. Have you ever been subject to a grievance proceeding or involuntary removal proceeding while a member of the bar of any state or federal court?

    ☐ Yes ☒ No

    If "Yes," please provide details:

11. Other than minor traffic offenses, have you ever been charged, arrested, or convicted of a criminal offense or offenses?

    ☐ Yes ☒ No

    If "Yes," please provide details:

12. Please list all cases in the United States Bankruptcy Court, Northern District of Texas in which you have filed for *pro hac vice* in the past three years:

    | *Date of Application* | *Case No. and Style* |
    |---|---|
    | none | N/A |
    |  |  |
    |  |  |

13. Local counsel of record: Driver Stephenson, PLLC

14. Local counsel's address: 13155 Noel Road, Suite 900
    Dallas, TX 75240; Vickie L. Driver

*Continued.*

I respectfully request to be admitted to practice in the United States Bankruptcy Court for the Northern District of Texas for this cause only.

I certify that I have read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D. 284 (N.D. Tex. 1988) (en banc), and the local civil and bankruptcy rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil and bankruptcy rules.

☒ I am an ECF filer. I also certify that I have served a true and correct copy of this document upon each attorney of record and filed the application via ECF with the payment of $100.00

☐ I am not an ECF filer. I also certify that I have served a true and correct copy of this document upon each attorney of record and the original upon the US Bankruptcy Court accompanied with the $100.00 filing fee on _____.

Beth Stern Fleming
Printed Name of Applicant

*[signature]*
Signature of Applicant

08-02-25
Date