Stephen M. Pezanosky  
Texas Bar No. 15881850  
Martha Wyrick  
Texas Bar No. 24101606  
**HAYNES AND BOONE, LLP**  
2801 North Harwood Street, Suite 2300  
Dallas, TX 75201  
Telephone: 214.651.5000  
Facsimile:  214.651.5940  
Email: stephen.pezanosky@haynesboone.com  
Email: martha.wyrick@haynesboone.com  

Paul H. Zumbro (*pro hac vice*)  
Michael A. Paskin (*pro hac vice*)  
**CRAVATH, SWAINE & MOORE LLP**  
Two Manhattan West  
375 Ninth Avenue  
New York, NY 10001  
Telephone: 212.474.1000  
Facsimile:  212.474.3700  
Email: pzumbro@cravath.com  
Email: mpaskin@cravath.com  

-and-

Kelli Norfleet  
Texas Bar No. 24070678  
**HAYNES AND BOONE, LLP**  
1221 McKinney Street, Suite 4000  
Houston, TX 77010  
Telephone: 713.547.2000  
Facsimile:  713.547.2600  
Email: kelli.norfleet@haynesboone.com  

**COUNSEL FOR YALE NEW HAVEN HEALTH SERVICES CORPORATION**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| In re:<br><br>PROSPECT MEDICAL HOLDINGS, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 25-80002 (SGJ)<br><br>(Jointly Administered) |

**NOTICE OF HEARING**

**PLEASE TAKE NOTICE** that a hearing has been scheduled for **Wednesday, August 20, 2025, at 1:30 p.m. (prevailing Central Time)** before the Honorable Stacey G.C. Jernigan to

---

[1] A complete list of the Debtors in these Chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://cases.omniagentsolutions.com/debtors?clientId=3725.  The Debtors' mailing address is 3824 Hughes Ave., Culver City, CA 90232.

consider *Yale New Haven Health Corporation's Motion for Relief From the Automatic Stay to Proceed to Summary Judgment in the State Court Law Contract Action* [Docket No. 2722] (the "Stay Motion").

**PLEASE TAKE FURTHER NOTICE** that parties may participate in the hearing either in person or by an audio and video connection.

**PLEASE TAKE FURTHER NOTICE** that parties who wish to appear and participate in the Hearing by videoconference may do so via WebEx at the following link:

**Link**: https://us-courts.webex.com/meet/jerniga

**PLEASE TAKE FURTHER NOTICE** that the WebEx Hearing Instructions may be obtained from Judge Jernigan's hearing/calendar site: https://www.txnb.uscourts.gov/judges-info/hearing-dates/chief-judgejernigans-hearing-dates. Parties should review the WebEx instructions prior to the hearing.

**Dial-In:**    650.479.3207

**Access code:**    2304 154 2638

**PLEASE TAKE FURTHER NOTICE** that hearing appearances must be made electronically in advance of electronic hearings. To make your appearance, click the "Electronic Appearance" link on Judge Jernigan's homepage: https://www.txnb.uscourts.gov/content/chief-judge-stacey-g-c-jernigan. Select the case name, complete the required fields and click "Submit" to complete your appearance.

**PLEASE TAKE FURTHER NOTICE** that the Stay Motion is available (i) on the Debtors' website at https://omniagentsolutions.com/Prospect, (ii) on the Bankruptcy Court's website at https://ecf.txnb.uscourts.gov/ via ECF/Pacer, or (iii) upon request to the undersigned.

DATED this 4th day of August 2025.

By: */s/ Stephen M. Pezanosky*

| | |
|---|---|
| Stephen M. Pezanosky<br>Texas Bar No. 15881850<br>Martha Wyrick<br>Texas Bar No. 240101606<br>**HAYNES AND BOONE, LLP**<br>2801 North Harwood Street, Suite 2300<br>Dallas, TX 75201<br>Telephone: 214.651.5000<br>Facsimile:  214.651.5940<br>Email: stephen.pezanosky@haynesboone.com<br>Email: martha.wyrick@haynesboone.com | Paul H. Zumbro (*pro hac vice*)<br>Michael A. Paskin (*pro hac vice*)<br>**CRAVATH, SWAINE & MOORE LLP**<br>Two Manhattan West<br>375 Ninth Avenue<br>New York, NY 10001<br>Telephone: 212.474.1000<br>Facsimile:  212.474.3700<br>Email: pzumbro@cravath.com<br>Email: mpaskin@cravath.com |
| -and-<br><br>Kelli Norfleet<br>Texas Bar No. 24070678<br>**HAYNES AND BOONE, LLP**<br>1221 McKinney Street, Suite 4000<br>Houston, TX 77010<br>Telephone: 713.547.2000<br>Facsimile:  713.547.2600<br>Email: kelli.norfleet@haynesboone.com<br><br>**COUNSEL FOR YALE NEW HAVEN HEALTH SERVICES CORPORATION** | **COUNSEL FOR YALE NEW HAVEN HEALTH SERVICES CORPORATION** |

**CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing document was served by electronic mail via the Court's ECF system to all parties authorized to receive electronic notice in these cases on August 4, 2025.

                                                               */s/ Stephen M. Pezanosky*
                                                               Stephen M. Pezanosky