

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed August 4, 2025**

_____
United States Bankruptcy Judge
_____

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| In re:<br><br>PROSPECT MEDICAL HOLDINGS, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 25-80002 (SGJ)<br><br>(Jointly Administered)<br>Rel. to Dkt. No. 2489 |

### AGREED ORDER RESOLVING SECURED CREDITOR'S MOTION FOR RELIEF FROM AUTOMATIC STAY AGAINST REAL PROPERTY LOCATED AT 411 TOLLAND STREET, EAST HARTFORD, CT 06108

Before the Court on the Motion for Relief from Automatic Stay filed by SELENE FINANCE LP, AS ATTORNEY IN FACT FOR U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCF 2 ACQUISITION TRUST ("Movant"), on July 10, 2025, having been scheduled for a hearing on August 6, 2025, regarding real property now or formerly known as 411 Tolland Street, East Hartford, CT 06108 ("Property"), and the parties having reached the following agreement:

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://omniagentsolutions.com/Prospect. The Debtors' mailing address is 3824 Hughes Ave., Culver City, CA 90232.

**IT IS HEREBY ORDERED** that the automatic stay is terminated as to all Debtors, specifically ECHN DBA Manchester Memorial Hospital & Rockville General Hospital, now known as Legacy ECHN LLC with respect to Movant, so that Movant may take any and all steps necessary to exercise any and all statutory and contractual rights it may have in the property located at 411 Tolland Street, East Hartford, CT 06108, and more fully described as follows:

> Northerly by Tolland Street, seventy-four and eight tenths (74.8) feet; Easterly by 1 and now or formerly of Mary Downton, two hundred thirty and forty-seven one-hundredths (230.47) feet; Southerly by land now or formerly of Anthony Leons, seventy-three and eighty-two one-hundredths (73.82) feet; and Westerly by land now or formerly of Paul L. Leons et al, two hundred twelve and thirty-one one-hundredths (212.31) feet;

**IT IS FURTHER ORDERED** that Movant may exercise its remedies available under state law, including foreclosure of its mortgage against the Property and, in exercising those rights, Movant may contact the Debtors by telephone or by written correspondence. Movant may at its option offer, provide and enter into a forbearance agreement, loan modification, refinance agreement or other loan workout / loss mitigation agreement.

**IT IS FURTHER ORDERED** that the enforcement of this order shall not be stayed until the expiration of fourteen (14) days after the entry of this order, but rather can be enforced upon entry and the requirements of Rule 4001(a)(3) are waived.

### ###END OF ORDER###

AGREED TO AND APPROVED BY:

| | |
|---|---|
| */s/ Thomas R. Califano* (with permission) | |
| SIDLEY AUSTIN LLP | SIDLEY AUSTIN LLP |
| Thomas R. Califano (24122825) | William E. Curtin (admitted *pro hac vice*) |
| Rakhee V. Patel (00797213) | Patrick Venter (admitted *pro hac vice*) |
| Maegan Quejada (24105999) | Anne G. Wallice (admitted *pro hac vice*) |
| 2021 McKinney Avenue, Suite 2000 | 787 Seventh Avenue |
| Dallas, Texas 75201 | New York, New York 10019 |
| Telephone: (214) 981-3300 | Telephone: (212) 839-5300 |
| Facsimile: (214) 981-3400 | Facsimile: (212) 839-5599 |
| Email: tom.califano@sidley.com | Email: wcurtin@sidley.com |
| rpatel@sidley.com | pventer@sidley.com |
| mquejada@sidley.com | anne.wallice@sidley.com |

*Attorneys for the HCo Debtors
and Debtors in Possession*

*Proposed Attorneys for the PCo Debtors
and Debtors in Possession*

-and-

/s/ *Tricia Ann Morra*
ROBERTSON, ANSCHUTZ, SCHNEID,
CRANE & PARTNERS, PLLC
Tricia Ann Morra (24117700)
5601 Executive Drive, Suite 400
Irving, TX 75038
Telephone: (817)-873-3080 Ext 53156
Email: tmorra@raslg.com

*Attorney for Secured Creditor*