IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
| PROSPECT MEDICAL HOLDINGS, INC., et al.,[1] | : | Case No. 25-80002 (SGJ) |
| Debtors. | : | (Jointly Administered) |

**AD HOC COMMITTEE OF MEDICAL MALPRACTICE CLAIMANTS' OBJECTION TO (1) DISCLOSURE STATEMENT FOR THE JOINT CHAPTER 11 PLAN OF PROSPECT MEDICAL HOLDINGS, INC. AND ITS DEBTOR AFFILIATES AND (2) DEBTORS' MOTION FOR ENTRY OF AN ORDER (I) APPROVING THE ADEQUACY OF THE DISCLOSURE STATEMENT; (II) APPROVING THE SOLICITATION PROCEDURES IN CONNECTION WITH CONFIRMATION OF THE PLAN; (III) APPROVING THE FORMS OF BALLOTS AND NOTICES IN CONNECTION THEREWITH; (IV) SCHEDULING CERTAIN DATES WITH RESPECT THERETO; AND (V) GRANTING RELATED RELIEF**
**(Dkt. Nos. 2097, 2608)**

The Ad Hoc Committee of Medical Malpractice Claimants ("**AHC**"), who are plaintiffs in lawsuits against the Debtors arising out of treatments at the closed Pennsylvania hospitals, join in the *United States Trustee's Objection To (1) Disclosure Statement for The Joint Chapter 11 Plan of Prospect Medical Holdings, Inc. and Its Debtor Affiliates and (2) Debtors' Motion for Entry of an Order (I) Approving The Adequacy of The Disclosure Statement; (II) Approving The Solicitation Procedures In Connection With Confirmation of The Plan; (III) Approving The Forms of Ballots and Notices in Connection Therewith; (IV) Scheduling Certain Dates With Respect*

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://omniagentsolutions.com/Prospect. The Debtors' mailing address is 3824 Hughes Ave., Culver City, CA 90232.

*Thereto; and (V) Granting Related Relief* (Dkt. No. 2322) ("**UST Objection**"), incorporate herein the points and authorities in the UST Objection as if fully set forth herein, and further object to the Solicitation Motion and the Disclosure Statement for the following reasons:

- The Disclosure Statement contains blanks that still need to be filled in before creditors can be properly informed, such as the Summary of Estimated Recoveries on page 9. These blanks should be filled in with useful information for creditors to be able to make an informed decision about the proposed plan.

- Medical malpractice claimants seem to fall into either Class 7 Insured Claims or Class 8 General Unsecured Claims, or perhaps both classes.  It is unclear how claimants will know which class they are in and which class they will be allowed to vote in, the total amount of claims in each class and the total amount of funds available to each class. Such information is necessary for claimants to make an informed decision about the proposed plan.

- The interplay of the previously approved medical malpractice claims resolution procedure with the plan injunction and with the treatment of Class 7 and Class 8 claims is unclear.

- Plan Article VI.B.7, describing the treatment of Class 7 – Insured Claims, describes an election claimants will have to make between: (i) distribution from an "Insurance Trust" or (ii) distribution from available insurance coverage.  However, with respect to the Insurance Trust, such trust documents have not yet been created and there is no description of what funds will be available in the trust, no description of which insurance policies for which coverage years will have contributed to the Insurance Trust and will be released under the plan.  For the insurance coverage option, there is no description of what insurance coverage will be available, and

2

from which policies, for which years, in what amounts. There is no way a claimant can make an informed election absent the above missing information.

The AHC Claimants reserve the right to raise such other and further objections and arguments as may be necessary and appropriate.

## CONCLUSION

Wherefore, the AHC Claimants respectfully request that the Court not approve the Disclosure Statement and grant to the AHC Claimants such other and further relief as is just and proper.

Dated: August 13, 2025                                             Respectfully submitted,

**STUTZMAN, BROMBERG, ESSERMAN & PLIFKA, PC**

/s/ *Peter D'Apice*
Sander L. Esserman
State Bar No. 06671500
Peter C. D'Apice
State Bar No. 05377783
2323 Bryan Street, Ste. 2200
Dallas, TX 75201-2689
Telephone: (214) 969-4900
Facsimile: (214) 969-4999
Email: esserman@sbep-law.com
          dapice@sbep-law.com

**COUNSEL FOR AD HOC COMMITTEE OF MEDICAL MALPRACTICE CLAIMANTS**

**CERTIFICATE OF SERVICE**

    I certify that a true and correct copy of the foregoing document was served by electronic mail via the Court's ECF system to all parties authorized to receive electronic notice in this case on August 13, 2025.

                                           */s/ Peter D'Apice*
                                           Peter D'Apice