| | |
|---|---|
| SIDLEY AUSTIN LLP<br>Thomas R. Califano (24122825)<br>Rakhee V. Patel (00797213)<br>Maegan Quejada (24105999)<br>2021 McKinney Avenue, Suite 2000<br>Dallas, Texas 75201<br>Telephone:  (214) 981-3300<br>Facsimile:  (214) 981-3400<br>Email:  tom.califano@sidley.com<br>  rpatel@sidley.com<br>  mquejada@sidley.com | SIDLEY AUSTIN LLP<br>William E. Curtin (admitted *pro hac vice*)<br>Patrick Venter (admitted *pro hac vice*)<br>Anne G. Wallice (admitted *pro hac vice*)<br>787 Seventh Avenue<br>New York, New York 10019<br>Telephone:  (212) 839-5300<br>Facsimile:  (212) 839-5599<br>Email:  wcurtin@sidley.com<br>  pventer@sidley.com<br>  anne.wallice@sidley.com |

*Attorneys for the HCo Debtors and Debtors in Possession*

*Proposed Attorneys for the PCo Debtors and Debtors in Possession*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| In re:<br><br>PROSPECT MEDICAL HOLDINGS, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 25-80002 (SGJ)<br><br>(Jointly Administered) |

**WITNESS AND EXHIBIT
LIST FOR HEARING SCHEDULED FOR
AUGUST 20, 2025 AT 10:30 A.M. (PREVAILING CENTRAL TIME)**

The debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "Debtors") hereby submit this witness and exhibit list (the "Witness and Exhibit List") and designate the following witnesses in connection with the matters scheduled for hearing on **August 20, 2025 at 10:30 a.m. (prevailing Central Time)**.

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://omniagentsolutions.com/Prospect. The Debtors' mailing address is 3824 Hughes Ave., Culver City, CA 90232.

A. <u>Witnesses</u>

1. Paul Rundell, Chief Restructuring Officer, Prospect Medical Holdings, Inc.

2. Andrew Turnbull, Managing Director, Houlihan Lokey, Inc.

3. Richard Niemerg, Managing Director, Alvarez & Marsal North America, LLC

4. Any witnesses called or designated by any other party.

5. Any impeachment or rebuttal witnesses.

B. <u>Exhibits</u>

| Ex. No. | Description | Judicial Notice | Marked | Offered | Objected | Admitted | Date | Disp. After Trial |
|---|---|---|---|---|---|---|---|---|
| 1. | *Declaration of Paul Rundell in Support of the HCo Debtors' Supplemental DIP Motion* [Docket No. 2680] (the "<u>Rundell Declaration</u>") | | | | | | | |
| 2. | Budget, Exhibit A to the Rundell Declaration [Docket No. 2680-1] | | | | | | | |
| 3. | *Declaration of Andrew Turnbull in Support of the HCo Debtors' Supplemental DIP Motion* [Docket No. 2681] (the "<u>Turnbull Declaration</u>") | | | | | | | |
| 4. | Market Comparison Analysis, Exhibit A to the Turnbull Declaration [Docket No. 2681-1] | | | | | | | |
| 5. | *Supplemental Declaration of Andrew Turnbull in Support of the HCo Debtors' Supplemental DIP Motion* [Docket No. 2704] (the "<u>Supplemental Turnbull Declaration</u>") | | | | | | | |
| 6. | Market Comparison Analysis, Exhibit A to the Supplemental Turnbull Declaration [Docket No. 2704-1] | | | | | | | |
| 7. | Economic Term Comparison, Exhibit B to the Supplemental Turnbull Declaration [Docket No. 2704-1] | | | | | | | |
| 8. | Budget, Exhibit A to *Supplement to the HCo Debtors' Supplemental DIP Motion* [Docket No. 2703-1] | | | | | | | |

| Ex. No. | Description | Judicial Notice | Marked | Offered | Objected | Admitted | Date | Disp. After Trial |
|---|---|---|---|---|---|---|---|---|
| 9. | *Declaration of Richard T. Niemerg in Support of the Debtor's Fifth Through Eighth Omnibus Objections to Certain Reclassified Claims* [Docket No. 2320] | | | | | | | |
| 10. | *Declaration of Paul Rundell in Support of the Debtors' Emergency Motion for Entry of an Order (I) Approving a Settlement Agreement with the Foundation Parties Pursuant to Federal Rule of Bankruptcy Procedure 9019 and (II) Granting Related Relief* [Docket No. 2841] | | | | | | | |
| 11. | Joint Chapter 11 Plan of Prospect Medical Holdings, Inc. and its Debtor Affiliates, Exhibit A to *Disclosure Statement for the Joint Chapter 11 Plan of Prospect Medical Holdings, Inc. and its Debtor Affiliates* [Docket No. 2844-1] (the "Disclosure Statement") | | | | | | | |
| 12. | Liquidation Analysis, Exhibit B to the Disclosure Statement [Docket No. 2844-2] | | | | | | | |
| 13. | Corporate Organization Chart, Exhibit C to the Disclosure Statement [Docket No. 2844-3] | | | | | | | |
| 14. | Restructuring Support Agreement, Exhibit D to the Disclosure Statement [Docket No. 2844-4] | | | | | | | |
| 15. | Committee Letter, Exhibit E to the Disclosure Statement [Docket No. 2844-5] | | | | | | | |
| 16. | Solicitation Procedures, Exhibit 1 to *Order (I) Approving the Adequacy of the Disclosure Statement; (II) Approving Solicitation Procedures in Connection with Confirmation of the Plan; (III) Approving the Forms of Ballots and Notices in Connection Therewith; (IV) Scheduling Certain Dates with Respect Thereto, and; (IV) Granting Related Relief* [Docket No. 2846-1] (the "Disclosure Statement Order") | | | | | | | |
| 17. | Form of Class 3 Ballot (MPT Agreed Claims), Exhibit 2A to the Disclosure Statement Order [Docket No. 2846-1] | | | | | | | |

| Ex. No. | Description | Judicial Notice | Marked | Offered | Objected | Admitted | Date | Disp. After Trial |
|---|---|---|---|---|---|---|---|---|
| 18. | Form of Class 4 Ballot (MPT Note Claims), Exhibit 2B to the Disclosure Statement Order [Docket No. 2846-1] | | | | | | | |
| 19. | Form of Class 5 Ballot (PhysicianCo Subordinated Secured Note Claims), Exhibit 2C to the Disclosure Statement Order [Docket No. 2846-1] | | | | | | | |
| 20. | Form of Class 6 Ballot (PBGC Secured Claim), Exhibit 2D to the Disclosure Statement Order [Docket No. 2846-1] | | | | | | | |
| 21. | Form of Class 7 Ballot (Insured Claims), Exhibit 2E to the Disclosure Statement Order [Docket No. 2846-1] | | | | | | | |
| 22. | Form of Class 8 Ballot (General Unsecured Claims), Exhibit 2F to the Disclosure Statement Order [Docket No. 2846-1] | | | | | | | |
| 23. | Cover Letter, Exhibit 3 to the Disclosure Statement Order [Docket No. 2846-1] | | | | | | | |
| 24. | Notice of Non-Voting Status and Release Opt-Outs (Unimpaired Claims), Exhibit 4A to the Disclosure Statement Order [Docket No. 2846-1] | | | | | | | |
| 25. | Notice of Non-Voting Status and Release Opt-Outs (Impaired Interests), Exhibit 4B to the Disclosure Statement Order [Docket No. 2846-1] | | | | | | | |
| 26. | Form of Notice to Disputed Claim Holders, Exhibit 4C to the Disclosure Statement Order [Docket No. 2846-1] | | | | | | | |
| 27. | Confirmation Hearing Notice, Exhibit 5 to the Disclosure Statement Order [Docket No. 2846-1] | | | | | | | |
| 28. | Patient Confirmation Notice, Exhibit 6 to the Disclosure Statement Order [Docket No. 2846-1] | | | | | | | |
| 29. | Assumption Notice, Exhibit 7 to the Disclosure Statement Order [Docket No. 2846-1] | | | | | | | |
| | All exhibits necessary for impeachment purposes. | | | | | | | |

| Ex. No. | Description | Judicial Notice | Marked | Offered | Objected | Admitted | Date | Disp. After Trial |
|---|---|---|---|---|---|---|---|---|
| | Any other document entered or filed in the above-styled bankruptcy case, including any exhibits thereto. | | | | | | | |
| | Any and all documents identified or offered by any other party. | | | | | | | |

*[Remainder of the page intentionally left blank.]*

Dated: August 18, 2025
Dallas, Texas

/s/ Thomas R. Califano
**SIDLEY AUSTIN LLP**
Thomas R. Califano (24122825)
Rakhee V. Patel (00797213)
Maegan Quejada (24105999)
2021 McKinney Avenue, Suite 2000
Dallas, Texas 75201
Telephone:     (214) 981-3300
Facsimile:      (214) 981-3400
Email:             tom.califano@sidley.com
                      rpatel@sidley.com
                      mquejada@sidley.com

*and*

William E. Curtin (admitted *pro hac vice*)
Patrick Venter (admitted *pro hac vice*)
Anne G. Wallice (admitted *pro hac vice*)
787 Seventh Avenue
New York, New York 10019
Telephone:     (212) 839-5300
Facsimile:      (212) 839-5599
Email:             wcurtin@sidley.com
                      pventer@sidley.com
                      anne.wallice@sidley.com

*Attorneys for the HCo Debtors*
*and Debtors in Possession*

*Proposed Attorneys for the PCo Debtors*
*and Debtors in Possession*

**Certificate of Service**

I certify that on August 18, 2025, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Northern District of Texas.

*/s/ Thomas R. Califano*
Thomas R. Califano
