| | |
|---|---|
| SIDLEY AUSTIN LLP | SIDLEY AUSTIN LLP |
| Thomas R. Califano (24122825) | William E. Curtin (admitted *pro hac vice*) |
| Rakhee V. Patel (00797213) | Patrick Venter (admitted *pro hac vice*) |
| Maegan Quejada (24105999) | Anne G. Wallice (admitted *pro hac vice*) |
| 2021 McKinney Avenue, Suite 2000 | 787 Seventh Avenue |
| Dallas, Texas 75201 | New York, New York 10019 |
| Telephone:  (214) 981-3300 | Telephone:  (212) 839-5300 |
| Facsimile:  (214) 981-3400 | Facsimile:  (212) 839-5599 |
| Email:  tom.califano@sidley.com | Email:  wcurtin@sidley.com |
|   rpatel@sidley.com |   pventer@sidley.com |
|   mquejada@sidley.com |   anne.wallice@sidley.com |

*Attorneys for the Debtors and Debtors in Possession*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| PROSPECT MEDICAL HOLDINGS, INC., *et al.*,[1] | Case No. 25-80002 (SGJ) |
| Debtors. | (Jointly Administered) |

## WITNESS AND EXHIBIT
## LIST FOR HEARING SCHEDULED FOR
## AUGUST 28, 2025 AT 9:30 A.M. (PREVAILING CENTRAL TIME)

The debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "Debtors") hereby submit this witness and exhibit list (the "Witness and Exhibit List") and designate the following witnesses in connection with the matters scheduled for hearing on **August 28, 2025 at 9:30 a.m. (prevailing Central Time)**.

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://omniagentsolutions.com/Prospect. The Debtors' mailing address is 3824 Hughes Ave., Culver City, CA 90232.

A. <u>Witnesses</u>

1. Paul Rundell, Chief Restructuring Officer, Prospect Medical Holdings, Inc.

2. Andrew Turnbull, Managing Director, Houlihan Lokey, Inc.

3. Any witnesses called or designated by any other party.

4. Any impeachment or rebuttal witnesses.

B. <u>Exhibits</u>

| Ex. No. | Description | Judicial Notice | Marked | Offered | Objected | Admitted | Date | Disp. After Trial |
|---|---|---|---|---|---|---|---|---|
| 1. | *Notice of Designation of Stalking Horse Bidder* [Docket No. 2738] | | | | | | | |
| 2. | Stalking Horse Agreement, Exhibit A to *Notice of Designation of Stalking Horse Bidder* [Docket No. 2738-1] | | | | | | | |
| 3. | *Notice of Successful Bidder for the California Assets* [To be Filed] | | | | | | | |
| 4. | *Order (I) Authorizing the Sale of the California Assets Free and Clear of all Encumbrances, (II) Approving the Assumption and Assignment of the Assigned Contracts, and (III) Granting Related Relief* [To be Filed] | | | | | | | |
| 5. | *Declaration of Andrew Turnbull in Support of the California Sale Transaction* [To be Filed] | | | | | | | |
| 6. | *Order Approving the Bidding Procedures and the Form and Manner of Notice Thereof* [Docket No. 1264] | | | | | | | |
| 7. | *Notice of (I) Potential Assumption and Assignment of Executory Contracts and (II) Cure Amounts* [Docket No. 1571] | | | | | | | |
| 8. | Potentially Assigned CA Agreements (Local), Exhibit A-1 to *Notice of (I) Potential Assumption and Assignment of Executory Contracts and (II) Cure Amounts* [1571-1] | | | | | | | |
| 9. | Potentially Assigned CA Agreements (Enterprise Wide), Exhibit A-2 to *Notice of* | | | | | | | |

2

| Ex. No. | Description | Judicial Notice | Marked | Offered | Objected | Admitted | Date | Disp. After Trial |
|---|---|---|---|---|---|---|---|---|
|  | *(I) Potential Assumption and Assignment of Executory Contracts and (II) Cure Amounts* [1571-1] |  |  |  |  |  |  |  |
| 10. | *Supplemental Notice of (I) Potential Assumption and Assignment of California Executory Contracts and Unexpired Leases and (II) Cure Costs* [Docket No. 2701] |  |  |  |  |  |  |  |
| 11. | Potentially Assigned CA Agreements, Exhibit A to *Supplemental Notice of (I) Potential Assumption and Assignment of California Executory Contracts and Unexpired Leases and (II) Cure Costs* [Docket No. 2701-1] |  |  |  |  |  |  |  |
| 12. | Joint Chapter 11 Plan of Prospect Medical Holdings, Inc. and its Debtor Affiliates, Exhibit A to *Disclosure Statement for the Joint Chapter 11 Plan of Prospect Medical Holdings, Inc. and its Debtor Affiliates* [To be Filed] (the "Disclosure Statement") |  |  |  |  |  |  |  |
| 13. | Liquidation Analysis, Exhibit B to the Disclosure Statement [To be Filed] |  |  |  |  |  |  |  |
| 14. | Corporate Organization Chart, Exhibit C to the Disclosure Statement [To be Filed] |  |  |  |  |  |  |  |
| 15. | Restructuring Support Agreement, Exhibit D to the Disclosure Statement [To be Filed] |  |  |  |  |  |  |  |
| 16. | Committee Letter, Exhibit E to the Disclosure Statement [To be Filed] |  |  |  |  |  |  |  |
| 17. | Solicitation Procedures, Exhibit 1 to *Order (I) Approving the Adequacy of the Disclosure Statement; (II) Approving Solicitation Procedures in Connection with Confirmation of the Plan; (III) Approving the Forms of Ballots and Notices in Connection Therewith; (IV) Scheduling Certain Dates with Respect Thereto, and; (IV) Granting Related Relief* [Docket No. 2883-1] (the "Disclosure Statement Order") |  |  |  |  |  |  |  |
| 18. | Form of Class 3 Ballot (MPT Agreed Claims), Exhibit 2A to the Disclosure Statement Order [Docket No. 2883-1] |  |  |  |  |  |  |  |

| Ex. No. | Description | Judicial Notice | Marked | Offered | Objected | Admitted | Date | Disp. After Trial |
|---|---|---|---|---|---|---|---|---|
| 19. | Form of Class 4 Ballot (MPT Note Claims), Exhibit 2B to the Disclosure Statement Order [Docket No. 2883-1] | | | | | | | |
| 20. | Form of Class 5 Ballot (PhysicianCo Subordinated Secured Note Claims), Exhibit 2C to the Disclosure Statement Order [Docket No. 2883-1] | | | | | | | |
| 21. | Form of Class 6 Ballot (PBGC Secured Claim), Exhibit 2D to the Disclosure Statement Order [Docket No. 2883-1] | | | | | | | |
| 22. | Form of Class 7 Ballot (Insured Claims), Exhibit 2E to the Disclosure Statement Order [Docket No. 2883-1] | | | | | | | |
| 23. | Form of Class 8 Ballot (General Unsecured Claims), Exhibit 2F to the Disclosure Statement Order [Docket No. 2883-1] | | | | | | | |
| 24. | Cover Letter, Exhibit 3 to the Disclosure Statement Order [Docket No. 2883-1] | | | | | | | |
| 25. | Notice of Non-Voting Status and Release Opt-Outs (Unimpaired Claims), Exhibit 4A to the Disclosure Statement Order [Docket No. 2883-1] | | | | | | | |
| 26. | Notice of Non-Voting Status and Release Opt-Outs (Impaired Interests), Exhibit 4B to the Disclosure Statement Order [Docket No. 2883-1] | | | | | | | |
| 27. | Form of Notice to Disputed Claim Holders, Exhibit 4C to the Disclosure Statement Order [Docket No. 2883-1] | | | | | | | |
| 28. | Confirmation Hearing Notice, Exhibit 5 to the Disclosure Statement Order [Docket No. 2883-1] | | | | | | | |
| 29. | Patient Confirmation Notice, Exhibit 6 to the Disclosure Statement Order [Docket No. 2883-1] | | | | | | | |
| 30. | Assumption Notice, Exhibit 7 to the Disclosure Statement Order [Docket No. 2883-1] | | | | | | | |
| | All exhibits necessary for impeachment purposes. | | | | | | | |

| Ex. No. | Description | Judicial Notice | Marked | Offered | Objected | Admitted | Date | Disp. After Trial |
|---|---|---|---|---|---|---|---|---|
| | Any other document entered or filed in the above-styled bankruptcy case, including any exhibits thereto. | | | | | | | |
| | Any and all documents identified or offered by any other party. | | | | | | | |

[*Remainder of the page intentionally left blank.*]

Dated: August 26, 2025
Dallas, Texas

*/s/ Thomas R. Califano*
**SIDLEY AUSTIN LLP**
Thomas R. Califano (24122825)
Rakhee V. Patel (00797213)
Maegan Quejada (24105999)
2021 McKinney Avenue, Suite 2000
Dallas, Texas 75201
Telephone: (214) 981-3300
Facsimile: (214) 981-3400
Email: tom.califano@sidley.com
rpatel@sidley.com
mquejada@sidley.com

*and*

William E. Curtin (admitted *pro hac vice*)
Patrick Venter (admitted *pro hac vice*)
Anne G. Wallice (admitted *pro hac vice*)
787 Seventh Avenue
New York, New York 10019
Telephone: (212) 839-5300
Facsimile: (212) 839-5599
Email: wcurtin@sidley.com
pventer@sidley.com
anne.wallice@sidley.com

*Attorneys for the Debtors
and Debtors in Possession*

6

**Certificate of Service**

I certify that on August 26, 2025, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Northern District of Texas.

/s/ *Thomas R. Califano*
Thomas R. Califano