Rob Bonta
Attorney General of California
Anjana N. Gunn
Supervising Deputy Attorney General
MacKayla Class
Grant Lien
Deputy Attorneys General
State Bar No. 187250
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 210-7920
  Fax: (916) 324-5567
  E-mail: Grant.Lien@doj.ca.gov
*Attorneys for Creditor California Department of Health Care Services*

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF TEXAS

DALLAS DIVISION

| | |
|---|---|
| **In re Prospect Medical Holdings, Inc.,** *et al.*, | CASE NO. 25-80002-SGJ11 |
| Debtors. | Chapter 11 |
| | (Jointly Administered) |

**REQUEST TO RESET HEARING ON MOTION TO COMPEL IMMEDIATE ASSUMPTION OR REJECTION OF MEDI-CAL PROVIDER AGREEMENTS AS EXECUTORY CONTRACTS TO COINCIDE WITH HEARING ON SALE MOTION ON AUGUST 28, 2025 AT 9:30 A.M. (PREVAILING CENTRAL TIME)**

Docket Entry 2281 indicates that Creditor California Department of Health Care Services's (Department) Motion to Compel Immediate Assumption or Rejection of Medi-Cal Provider Agreements as Executory Contracts was heard on June 10, 2025, and "denied at this time; motion will be reset for hearing at any future sale hearing involving California hospitals." Debtor's Sale Motion was recently set for hearing on August 28, 2025, at 9:30 a.m. (prevailing Central Time). However, the Department's Motion does not appear on the Court's calendar for that date and time. The Department therefore requests that the Court reset the hearing on the Department's

1

Motion to Compel Immediate Assumption or Rejection of Medi-Cal Provider Agreements as Executory Contracts to coincide with the hearing on Debtors' Sale Motion on August 28, 2025, at 9:30 a.m. (prevailing Central Time), in accordance with the Court's prior ruling memorialized in Docket Entry 2281.

Dated: August 26, 2025

Respectfully submitted,

ROB BONTA
Attorney General of California
ANJANA N. GUNN
Supervising Deputy Attorney General

*/s/ MacKayla Class*
MACKAYLA CLASS
GRANT LIEN
Deputy Attorneys General
*Attorneys for Creditor California Department of Health Care Services*

SA2025301021

2

Request to Reset Hearing on Motion to Compel Immediate Assumption or Rejection of Medi-Cal Provider Agreements as Executory Contracts to Coincide with Hearing on Sale Motion (25-80002-SGJ11)

# CERTIFICATE OF SERVICE

| Case Name: | **In re Prospect Medical Holdings, Inc.** | Case No. | **25-80002-sgj11** |

I hereby certify that on <u>August 26, 2025</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**REQUEST TO RESET HEARING ON MOTION TO COMPEL IMMEDIATE ASSUMPTION OR REJECTION OF MEDI-CAL PROVIDER AGREEMENTS AS EXECUTORY CONTRACTS TO COINCIDE WITH HEARING ON SALE MOTION ON AUGUST 28, 2025 AT 9:30 A.M. (PREVAILING CENTRAL TIME)**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>August 26, 2025</u>, at Los Angeles, California.

|  |  |
|---|---|
| K. Carballo | *Kevin Carballo* |
| Declarant | Signature |

SA2025301021