IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| In re:<br><br>PROSPECT MEDICAL HOLDINGS, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 25-80002 (SGJ)<br><br>(Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Randy Lowry, am employed in the county of Los Angeles, State of California. I hereby certify that on August 20, 2025, at my direction and under my supervision, employees of Omni Agent Solutions, Inc. caused true and correct copies of the following document to be served (i) via the method set forth on the Master Service List attached hereto as **Exhibit A** and (ii) via the method set forth on the Service List attached hereto as **Exhibit B**:

- **Debtors' Reply in Support of the Motion for Entry of an Order (I) Approving the Adequacy of the Disclosure Statement; (II) Approving the Solicitation Procedures in Connection with the Confirmation of the Plan; (III) Approving the Forms of Ballots and Notices in Connection Therewith; (IV) Scheduling Certain Dates with Respect Thereto; (V) Granting Related Relief [Docket No. 2875]**

Dated: August 27, 2025

/s/ Randy Lowry
Randy Lowry
Omni Agent Solutions, Inc.
5955 De Soto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300

{State of California }
{ } ss.
{County of Los Angeles }

Subscribed and sworn to (or affirmed) before me on this 27th day of August, 2025, by Randy Lowry, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Carolyn K. Cashman
Notary Public

CAROLYN K. CASHMAN
Notary Public - California
Los Angeles County
Commission # 2396732
My Comm. Expires Mar 11, 2026

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://omniagentsolutions.com/Prospect. The Debtors' mailing address is 3824 Hughes Ave., Culver City, CA 90232.

# **EXHIBIT A**

**Exhibit A**
**Master Service List**

| Description | Name | Address | Email | Method of Service |
|---|---|---|---|---|
| Official Unsecured Creditors' Committee | Accuity Delivery Systems, LLC | Attn: Robert Jones<br>10000 Midlantic Dr, Ste 400W<br>Mount Laurel, NJ 08054 | robert.jones@accuityhealthcare.com | Email |
| 30 Largest | ADP | 1 Adp Blvd<br>Roseland, Nj 07068 | pHadley@adp.com | Email |
| 30 Largest | Aetna Better Health Of California | 10260 Meanley Dr<br>San Diego, Ca 92131 | ProviderServices_CA@aetna.com | Email |
| *NOA - Ford Motor Creditor Company, LLC | AIS Portfolio Services, LLC | Attn: Ford Motor Credit Company, LLC Dept<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118 | | First Class Mail |
| *NOA - Counsel for Wells Fargo Bank, N.A., | Aldridge Pite, LLP | Attn: Anthony Schroeder/Jennifer Laufgas<br>3333 Camino Del Rio S, Ste 225<br>San Diego, CA 92108 | aschroeder@aldridgepite.com;<br>jlaufgas@aldridgepite.com | Email |
| *NOA - Counsel for California Statewide Communities Development Authority | Allen Matkins Leck Gamble Mallory & Natsis LLP | Attn: Debra A Riley<br>One America Plz<br>600 W Broadway, 27th Fl<br>San Diego, CA 92101-0903 | driley@allenmatkins.com | Email |
| 30 Largest | Allscripts Healthcare LLC | Attn: Catherine Spector<br>222 W Merchandise Mart Plz<br>Chicago, IL 60654 | catherine.spector@allscripts.com | Email |
| 30 Largest | Arganonorthpoint | Attn: Chip Register, CEO<br>6100 W Plano Pkwy, Ste 1800<br>Plano, TX 75093 | chip.register@argano.com | Email |
| Governmental Authorities | Arizona Attorney General's Office – CSS | P.O. Box 6123, MD 7611<br>Phoenix, AZ 85005-6123 | | First Class Mail |
| Official Unsecured Creditors' Committee | Axis Spine, LLC | Attn: DD Mate<br>1812 W Burbank Blvd, #5384<br>Burbank, CA 91506 | dmate@axisspineco.com | Email |
| 30 Largest | Aya Healthcare Inc | Attn: Alan Braynin, CEO<br>5930 Cornerstone Ct W, Ste 300<br>San Diego, CA 92121 | | First Class Mail |
| Lenders | Baker Donelson | Attn: Thomas O. Kolb, Esq.<br>1901 Sixth Avenue North, Suite 2600<br>Birmingham, AL 35203 | tkolb@bakerdonelson.com | Email |
| *NOA - Counsel for Healthcare Realty Trust Incorporated | Baker, Donelson, Bearman, Caldwell & Berkowitz, PC | Attn: Susan C Mathews<br>1301 McKinney St, Ste 3700<br>Houston, TX 77010 | smathews@bakerdonelson.com | Email |
| *NOA - Counsel for City of Chester, Delaware County | Ballard Spahr LLP | Attn: Tobey M Daluz/Nicholas J Brannick<br>Attn: Erin L Williamson<br>919 N Market St, 11th Fl<br>Wilmington, DE 19801-3034 | brannickn@ballardspahr.com;<br>daluzt@ballardspahr.com;<br>williamsone@ballardspahr.com | Email |
| *NOA - Counsel of Young Men's Christian Association of Delaware County d/b/a The Community YMCA of Eastern Delaware County | Ballard Spahr LLP | Attn: Laurel D Roglen/Erin L Williamson<br>919 N Market St, 11th Fl<br>Wilmington, DE 19801-3034 | roglenl@ballardspahr.com;<br>williamsone@ballardspahr.com | Email |
| *NOA - Counsel for Wilmington Savings Fund Society, FSB, Not in Its Individual Capacity, But Solely as Trustee of NRPL Trust 2019-1 | Barrett Daffin Frappier Turner & Engel, LLP | Attn: Jeff Fleming<br>4004 Belt Line Rd, Ste 100<br>Addison, TX 75001 | ndecf@bdfgroup.com | Email |
| *NOA - Counsel for Sound Physicians | Bass, Berry & Sims PLC | Attn: Sara K Morgan/Paul G Jennings<br>21 Platform Way S, Ste 3500<br>Nashville, TN 37203 | pjennings@bassberry.com;<br>sara.morgan@bassberry.com | Email |
| 30 Largest | Bella Vista Medical Group, Inc | Attn: Vijay Dhawan, President<br>15301 Ventura Blvd, Bldg D, Ste 200<br>Sherman Oaks, CA 91403 | | First Class Mail |
| *NOA - Counsel for Upper Darby Township | Beth Stern Fleming, LLC | Attn: Beth Stern Fleming<br>1050 Street Rd, #1028<br>Southampton, PA 18966 | bsf@sternfleming.com | Email |
| *NOA - Counsel for Team Health Holdings, Inc., Pennsylvania Provider Services, LLC, Emergency Physician Associates, LLC, and Northeast Acute Care Services, LLC | Blank Rome LLP | Attn: Paige B Tinkham<br>444 W Lake St, Ste 1650<br>Chicago, IL 60606 | paige.tinkham@blankrome.com | Email |
| *NOA - Counsel for Team Health Holdings, Inc., Pennsylvania Provider Services, LLC, Emergency Physician Associates, LLC, and Northeast Acute Care Services, LLC | Blank Rome LLP | Attn: Regina Stango Kelbon<br>1201 N Market St, Ste 800<br>Wilmington, DE 19801 | regina.kelbon@blankrome.com | Email |
| Lenders | Blue Torch Capital LP | Attn: Eric Rackear<br>150 East 58th Street, 39th Floor<br>New York, NY 10155 | erackear@bluetorchcapital.com | Email |
| *NOA - Proposed Efficiency Counsel to the Official Committee of Unsecured Creditors | Brinkman Law Group, PC | Attn: Daren R Brinkman<br>543 Country Club Dr, Ste B<br>Wood Ranch, CA 93065 | firm@brinkmanlaw.com | Email |
| *NOA - Official Committee of Unsecured Creditors | Brinkman Law Group, PC | Attn: Daren R Brinkman<br>543 Country Club Dr, Ste B<br>Wood Ranch, CA 93065 | firm@brinkmanlaw.com | Email |
| *NOA - Wilmington Savings Fund Society, FSB, as Trustee of Stanwich Mortgage Loan Trust And Echo Lake Commons and Wilmington Savings Fund Society, Fsb, As Trustee Ofwampus Mortgage Loan Trust | Brock & Scott, PLLC | Attn: Jennifer Anne Hooper/Joseph D Nelson<br>3825 Forrestgate Dr<br>Winston Salem, NC 27103 | TXBKR@brockandscott.com | Email |
| *NOA - Counsel for Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2019-1 | Brock and Scott, PLLC | 3825 Forrestgate Dr<br>Winston-Salem, NC 27103 | TXBKR@brockandscott.com | Email |
| *NOA - Counsel for U.S. Bank Trust National Association | Brock and Scott, PLLC | Attn: Jennifer Anne Hooper<br>3825 Forrestgate Dr<br>Winston-Salem, NC 27103 | TXBKR@brockandscott.com | Email |
| *NOA - Counsel for McKesson Corporation; Counsel for Allscripts Healthcare, LLC (nka Veradigm LLC) | Buchalter, A Professional Corporation | Attn: Jeffrey K Garfinkle<br>18400 Von Karman Ave, Ste 800<br>Irvine, CA 92612 | jgarfinkle@buchalter.com | Email |
| *NOA - Counsel for Solventum Corporation and Solventum Health Information Systems | Butler Snow LLP | Attn: Candice M Carson<br>2911 Turtle Creek Blvd, Ste 1400<br>Dallas, TX 75219 | candice.carson@butlersnow.com | Email |
| *NOA - Counsel for the Connecticut Claimants, Rankine and the Personal Injury Claimants | Cain & Skarnulis PLLC | Attn: Ryan E Chapple<br>303 Colorado St, Ste 2850<br>Austin, TX 78701 | rchapple@cstrial.com | Email |

**Exhibit A**
**Master Service List**

| Description | Name | Address | Email | Method of Service |
|---|---|---|---|---|
| 30 Largest | California Dept of Health Care Svcs | Attn: Michelle Baass, Director<br>1501 Capitol Ave<br>Sacramento, CA 95814 | Michelle.Baass@dhcs.ca.gov | Email |
| 30 Largest | Canon Usa Inc | 1 Canon Park<br>Melville, Ny 11747 | pkowalczuk@cusa.canon.com | Email |
| *NOA - Counsel for Alliance Commercial Cleaning, Inc. DBA ServiceMaster Commercial Cleaning by Alliance | Cantey Hanger LLP | Attn: M Jermaine Watson/Emily M Campbell<br>600 W 6th St, Ste 300<br>Fort Worth, TX 76102 | ecampbell@canteyhanger.com;<br>jwatson@canteyhanger.com | Email |
| 30 Largest | Caremark | 100 Great Meadow Rd<br>Wethersfield, Ct 06106 | samantha.swerdlin@caremax.com | Email |
| 30 Largest | Caremark | 1 Cvs Dr<br>Woonscocket, Ri 02895 | samantha.swerdlin@caremax.com | Email |
| NOA - Wilmington Savings Fund Society, FSB, as Trustee of Stanwich Mortgage Loan Trust F and Wilmington Savings Fund Society, Fsb, As Trustee Ofwampus Mortgage Loan Trust | Carrington Mortgage Services, LLC | 1600 S Douglass Rd, Ste 200-A<br>Anaheim, CA 92806 | | First Class Mail |
| 30 Largest | Center For Medicare & Medicaid Svcs | Attn: Chiquita Brooks-Lasure, Administrator<br>7500 Security Blvd<br>Baltimore, MD 21244 | chiquita.brooks-lasure@hhs.gov | Email |
| Lenders | Centerbridge Credit CS, LP | 375 Park Ave, 11th Floor<br>New York, NY 10152 | legalnotices@centerbridge.com | Email |
| 30 Largest | Cerner Corp | Attn: David Feinberg, CEO<br>2800 Rock Creek Pkwy, Drop 1624<br>Kansas City, MO 64117 | david.feinberg@oracle.com | Email |
| 30 Largest | Change Healthcare, Inc | Attn: Neil De Crescenzo, President & CEO<br>2771 Momentum Pl<br>Chicago, IL 60689-5327 | ndecrescenzo@changehealthcare.com | Email |
| 30 Largest | Chaparral Medical Group Inc | 840 Towne center dr<br>Pomona, Ca 91767 | info@chaparralmedicalgroup.com | Email |
| *NOA - Counsel for Louis Mele, individually and as successor-in-interest to Barbara J Mele, Creditors | Cherepinskiy Law Firm, PC | Attn: Dmitriy Cherepinskiy, Esq<br>1180 S Beverly Dr, Ste 405<br>Los Angeles, CA 90035 | dc@clawfirmpc.com | Email |
| *NOA - Counesl for AXA XL Syndicate No. 2003, Faraday Reinsurance Company, Arch Insurance Syndicate No. AAL 2012 and Syndicate No. ASL 1955, TDC National Assurance Company, Chaucer Syndicate No. 1084, Convex Insurance UK Limited, Coverys Limited, Brit US HPL Consortium 7882, Dale Syndicate Services Ltd. Dale Healthcare Consortium 4908, Chubb Syndicate No. 2488, Liberty Mutual Insurance Europe SE, Hamilton Syndicate No. 4000, and MS Amlin Syndicate 2001 | Clark Hill PLC | Attn: Duane J Brescia<br>3711 S Mopac Expressway<br>Bldg 1, Ste 500<br>Austin, TX 78746 | dbrescia@clarkhill.com | Email |
| Governmental Authorities | Cntrs For Medicare & Medicaid Svcs | Region VI<br>1301 Young St, Ste 1138<br>Dallas, TX 75202 | | First Class Mail |
| 30 Largest | Compass Group | Attn: Bobby Kutteh, CEO<br>2400 Yorkmont Rd<br>Charlotte, NC 28217 | bobby.kutteh@compass-usa.com | Email |
| Official Unsecured Creditors' Committee | Compass Group | Attn: Jeff Almy<br>400 Northridge Rd, Ste 600<br>Atlanta GA 30350 | jeffrey.almy@compass-usa.com | Email |
| *NOA - Counsel for Siemens Financial Services, Inc | Condon Tobin Sladek Thornton Nerenberg PLLC | Attn: Aaron Z Tobin / Kendal B Reed<br>8080 Park Ln, Ste 700<br>Dallas, TX 75231 | atobin@condontobin.com;<br>kreed@condontobin.com | Email |
| Official Unsecured Creditors' Committee | Connecticut Health Care Associates District 1199 | NUHHCH, AFSCME, AFL-CIO<br>Attn: Dave Hannon<br>2 N Plains Industrial Rd<br>Wallingford, CT 06492 | dhannon@chcaunion.org | Email |
| *NOA - Counsel for Yale New Haven Health Services Corporation | Cravath, Swaine & Moore LLP | Attn: Paul H Zumbro / Michael A Paskin<br>2 Manhattan West<br>375 9th Ave<br>New York, NY 10001 | mpaskin@cravath.com;<br>pzumbro@cravath.com | Email |
| Governmental Authorities | CT Office Of The Attorney General | Attn: Joseph E Gasser, AAG<br>165 Capitol Ave<br>Hartford, CT 06106 | | First Class Mail |
| 30 Largest | Dao Medical Group Inc | 9191 Westminster Ave<br>Garden Grove, Ca 92844 | Info@daomedicalgroup.com | Email |
| *NOA - Counsel for The Beacon Mutual Insurance Company | Demerle & Associates, P.C. | Attn: Patricia Antonelli<br>10 City Sqr, 4th Fl<br>Boston, MA 02129 | pantonelli@demerlepc.com | Email |
| Lenders | Department of Revenue Services | Operations Bureau/Penalty Waiver<br>P.O. Box 5089<br>Hartford, CT 06102-5089 | | First Class Mail |
| *NOA - Counsel for Jones Medical Building, Inc. | Dorsey & Whitney LLP | Attn: J Brian Vanderwoude<br>200 Crescent Ct, Ste 1600<br>Dallas, TX 75201 | vanderwoude.brian@dorsey.com | Email |
| *NOA - Counsel for Upper Darby Township | Driver Stephenson, PLLC | Attn: Christina W Stephenson/Vickie L Driver<br>13155 Noel Rd, Ste. 900<br>Dallas, TX 75240 | crissie@driversteplaw.com;<br>vickie@driversteplaw.com | Email |
| *NOA - Counsel for Vitalware, LLC. | Dykema Gossett PLLC | Attn: Nicholas Zugaro<br>5 Houston Center<br>1401 Mckinney St, Ste 1625<br>Houston, TX 77010 | nzugaro@dykema.com | Email |
| *NOA - Counsel for Vitalware, LLC. | Dykema Gossett PLLC | Attn: Tara S Kern<br>Comerica Bank Tower<br>1717 Main St, Ste 4200<br>Dallas, TX 75201 | TKern@dykema.com | Email |
| Lenders | eCaptial | 20807 Biscayne Blvd, Suite 203<br>Aventura, FL 33180 | ehclegal@ecapital.com | Email |
| NOA - Counsel for Echo Lake Commons, LLC | Echo Lake Commons, LLC | Echo Lake Commons, LLC<br>777 Echo Lake RD<br>Watertown, CT 06795 | | First Class Mail |
| 30 Largest | EMP | Attn: Gavin O'Reilly, Chief Solutions Officer<br>30900 Rancho Viejo Rd, Ste 150<br>San Juan Capistrano, CA 92675 | gavin.oreilly@goepm.com | Email |

**Exhibit A**
**Master Service List**

| Description | Name | Address | Email | Method of Service |
|---|---|---|---|---|
| *NOA - Counsel for The Centurion Foundation, Inc. | Eversheds Sutherland (US) LLP | Attn: David A Wender<br>999 Peachtree St NE, Ste 2300<br>Atlanta, GA 30309 | davidwender@eversheds-sutherland.com | Email |
| 30 Largest | Expedient Vms LLC | Attn: Jack Madha, CEO<br>26500 Agoura Rd, Ste 102-365<br>Calabasas, CA 91302 | jmadha@expedientvms.com | Email |
| *NOA - Counsel for American Federation of Teachers and AFT Connecticut | Ferguson, Doyle & Chester, PC | Attn: Eric W Chester, Esq<br>35 Marshall Rd<br>Rocky Hill, CT 06067 | ericchester@fdclawoffice.com | Email |
| 30 Largest | Finthrive Inc | Attn: Hemant Goel, President & CEO<br>7950 Legacy Dr, Ste 900<br>Plano, TX 75024 | ceohemantgoel@finthrive.com | Email |
| *NOA - Counsel for Cerner Corporation, n/k/a Oracle Cerner | Fishman Jackson PLLC | Attn: Mark Ralston<br>4835 LBJ Fwy, Ste 485<br>Dallas, TX 75244 | mralston@fishmanjackson.com | Email |
| *NOA - Counsel for eCapital Healthcare Corp. | Foley & Lardner LLP | Attn: Edward J Green<br>321 N Clark St, Ste 3000<br>Chicago, IL 60654-4762 | egreen@foley.com | Email |
| *NOA - Counsel for eCapital Healthcare Corp. | Foley & Lardner LLP | Attn: Holland N O'Neil<br>2021 McKinney Ave, Ste 1600<br>Dallas, TX 75201 | honeil@foley.com | Email |
| *NOA - Counsel for eCapital Healthcare Corp. | Foley & Lardner LLP | Attn: Jake W Gordon<br>500 Woodward Ave, Ste 2700<br>Detroit, MI 48226-3489 | jake.gordon@foley.com | Email |
| *NOA - Counsel for Brinton Lake Management Company, LLC | Fox Rothschild LLP | Attn: David Grant Crooks<br>2501 N Harwood St, Ste 1800<br>Dallas, TX 75201 | dcrooks@foxrothschild.com | Email |
| *NOA - Counsel for Brinton Lake Management Company, LLC | Fox Rothschild LLP | Attn: Michael G Menkowitz<br>2001 Market St, Ste 1700<br>Philadelphia, PA 19103 | mmenkowitz@foxrothschild.com | Email |
| *NOA - Counsel for Finthrive, Inc. | Fox Rothschild LLP | Attn: Trey A Monsour/Robert J Palmer<br>2501 N Harwood St, Ste 1800<br>Dallas, TX 75201-1613 | rpalmer@foxrothschild.com;<br>tmonsour@foxrothschild.com | Email |
| *NOA - Counsel for Fifth Third Securities, Inc., successor in interest to H2C Securities, Inc and California Statewide Communities Development Authority | Frost Brown Todd LLP | Attn: Rebecca L Matthews<br>2101 Cedar Springs Rd<br>Dallas, TX 75201 | rmatthews@fbtlaw.com | Email |
| *NOA - Counsel for Fifth Third Securities, Inc., successor in interest to H2C Securities, Inc. | Frost Brown Todd LLP | Attn: Joy Kleisinger<br>3300 Great American Twr<br>301 E 4th St<br>Cincinnati, OH 45202 | jkleisinger@fbtlaw.com | Email |
| *NOA - Counsel for Ventas, Inc. | Fultz Maddox Dickens PLC | Attn: Phillip A Martin/Laura M. Brymer<br>101 S 5th St, 27th Fl<br>Louisville, KY 40202 | lbrymer@fmdlegal.com;<br>pmartin@fmdlegal.com | Email |
| 30 Largest | Gateway Medical Group Of San Diego, Inc | 610 Euclid Ave, Ste 302<br>National City, Ca 91950 | office@gatewaymedicalgroupsd.com | Email |
| 30 Largest | General Healthcare Resources, LLC | Attn: John Quirk, CEO<br>1 Valley Sq, Ste 200<br>Blue Bell, PA 19422 | jquirk@ghresources.com | Email |
| *NOA - Counsel for OTRI Corporation dba EPM | Goe Forsythe & Hodges LLP | Attn: Robert P Goe/Charity J Manee<br>17701 Cowan, Ste 210<br>Irvine, CA 92614 | cmanee@goeforlaw.com;<br>rgoe@goeforlaw.com | Email |
| *NOA - Proposed Counsel for Suzanne A. Koenig, in her capacity as Patient Care Ombudsman | Greenberg Traurig, LLP | Attn: Jared R Weir<br>2200 Ross Ave, Ste 5200<br>Dallas, TX 75201 | Jared.Weir@gtlaw.com | Email |
| *NOA - Proposed Counsel for Suzanne A. Koenig, in her capacity as Patient Care Ombudsman | Greenberg Traurig, LLP | Attn: Kristen Jacobsen<br>1000 Louisiana St, Ste 6700<br>Houston, TX 77002 | Kristen.Jacobsen@gtlaw.com | Email |
| *NOA - Proposed Counsel for Suzanne A. Koenig, in her capacity as Patient Care Ombudsman | Greenberg Traurig, LLP | Attn: Nancy A Peterman<br>77 W Wacker Dr, Ste 3100<br>Chicago, IL 60601 | PetermanN@gtlaw.com | Email |
| *NOA - Counsel for Edwards Lifesciences LLC | Haynes and Boone, LLP | Attn: J Frasher Murphy<br>2801 N Harwood St, Ste 2300<br>Dallas, TX 75201 | frasher.murphy@haynesboone.com | Email |
| *NOA - Counsel for Edwards Lifesciences LLC | Haynes and Boone, LLP | Attn: Imaan Patel<br>1221 McKinney St, Ste 4000<br>Houston, TX 77010 | imaan.patel@haynesboone.com | Email |
| *NOA - Counsel for the CPI/AHP Landlords | Haynes and Boone, LLP | Attn: Ian T Peck/J Frasher Murphy<br>Attn: Jordan E Chavez<br>2801 N Harwood St, Ste 2300<br>Dallas, TX 75201 | frasher.murphy@haynesboone.com;<br>ian.peck@haynesboone.com;<br>jordan.chavez@haynesboone.com | Email |
| *NOA - Counsel for Ventas, Inc. | Haynes and Boone, LLP | Attn: Martha Wyrick<br>2801 N Harwood St, Ste 2300<br>Dallas, TX 75201 | martha.wyrick@haynesboone.com | Email |
| *NOA - Counsel for Yale New Haven Health Services Corporation | Haynes and Boone, LLP | Attn: Kelli Norfleet<br>1221 Mckinney St, Ste 4000<br>Houston, TX 77010 | kelli.norfleet@haynesboone.com | Email |
| *NOA - Counsel for Yale New Haven Health Services Corporation | Haynes and Boone, LLP | Attn: Stephen M Pezanosky<br>2801 North Harwood St, Ste 2300<br>Dallas, TX 75201 | stephen.pezanosky@haynesboone.com | Email |
| *NOA - Counsel for American Federation of Teachers and AFT Connecticut | Hayward PLLC | Attn: Melissa S Hayward, Esq / Zachery Z Annable Esq<br>10501 N Central Expressway, Ste 106<br>Dallas, TX 75231 | mhayward@HaywardFirm.com;<br>zannable@HaywardFirm.com | Email |
| *NOA - Counsel for Connecticut Health Care Associates District 1199 | Hayward PLLC | Attn: Melissa S Hayward, Esq / Zachery Z Annable Esq<br>10501 N Central Expressway, Ste 106<br>Dallas, TX 75231 | mhayward@HaywardFirm.com;<br>zannable@HaywardFirm.com | Email |
| *NOA - Counsel for Jameel Hourani | Hayward PLLC | Attn: Zachery Z Annable<br>10501 N Central Expy, Ste 106<br>Dallas, TX 75231 | ZAnnable@HaywardFirm.com | Email |
| 30 Largest | Healthcare Justice Coalition De Corp | C/o Law Offices Of Gary L Tysch<br>16133 Ventura Blvd, Ste 580<br>Encino, Ca 91436 | gary.tysch@healthcarejusticecoalition.org | Email |
| 30 Largest | Healthedge Software Inc | 30 Corporate Dr, Ste 150<br>Burlington, Ma 01803 | mmclaughlin@healthedge.com | Email |
| 30 Largest | Helton Law Group Apc | 1590 Corporate Dr<br>Costa Mesa, Ca 92626 | cmclain@heltonlawgroup.com | Email |
| *NOA - Counsel for Nextgen Healthcare, Inc | Hemar, Rousso & Heald, LLP | Attn: Jessica Mickelsen Simon, Esq<br>15910 Ventura Blvd, 12th Fl<br>Encino, CA 91436-2829 | jsimon@hrlaw.com | Email |
| 30 Largest | Herald Christian Health Center | 3401 Aerojet Ave<br>El Monte, Ca 91731 | contact@heraldchristianhc.org | Email |

**Exhibit A**
Master Service List

| Description | Name | Address | Email | Method of Service |
|---|---|---|---|---|
| *NOA - Counsel for American Federation of Teachers and AFT Connecticut | Hogan Lovells US LLP | Attn: David P Simonds, Esq / Edward J Mcneilly<br>1999 Ave Of The Stars, Ste 1400<br>Los Angeles, CA 90067 | david.simonds@hoganlovells.com;<br>edward.mcneilly@hoganlovells.com | Email |
| *NOA - Counsel for American Federation of Teachers and AFT Connecticut | Hogan Lovells US LLP | Attn: Sherry J Millman, Esq<br>390 Madison Ave<br>New York, NY 10017 | sherry.millman@hoganlovells.com | Email |
| *NOA - Counsel for Connecticut Health Care Associates District 1199 | Hogan Lovells US LLP | Attn: David P Simonds, Esq / Edward J Mcneilly<br>1999 Ave Of The Stars, Ste 1400<br>Los Angeles, CA 90067 | david.simonds@hoganlovells.com;<br>edward.mcneilly@hoganlovells.com | Email |
| *NOA - Counsel for Connecticut Health Care Associates District 1199 | Hogan Lovells US LLP | Attn: Sherry J Millman, Esq<br>390 Madison Ave<br>New York, NY 10017 | sherry.millman@hoganlovells.com | Email |
| *NOA - Counsel for Local Initiative Health Authority for Los Angeles County dba L.A. Care Health Plan | Hogan Lovells US LLP | Attn: Erin N Brady/Edward J McNeilly<br>1999 Avenue of the Stars, Suite 1400<br>Los Angeles, CA 90067 | edward.mcneilly@hoganlovells.com;<br>erin.brady@hoganlovells.com | Email |
| *NOA - Counsel for Global Healthcare Exchange, LLC | Holland & Hart LLP | Attn: Matthew J Ochs<br>555 Seventeenth St, Ste 3200<br>PO Box 8749<br>Denver, CO 80201-8749 | mjochs@hollandhart.com | Email |
| *NOA - Counsel for Med-Metrix LLC, Compass Parties | Howley Law PLLC | Attn: Tom A Howley/Eric Terry<br>TC Energy Ctr<br>700 Louisiana St, Ste 4545<br>Houston, TX 77002 | eric@howley-law.com;<br>tom@howley-law.com | Email |
| Counsel to Sobin-Harte Architects | Hunt Ortmann Palffy Nieves Darling & Mah, Inc | Attn: Laurence Lubka<br>301 N Lake Ave, 7th Fl<br>Pasadena, CA 91101-1807 | lubka@huntortmann.com | Email |
| *NOA - Counsel for Astrana Health, Inc. | Hunton Andrews Kurth LLP | Attn: Timothy A Davidson/Philip M Guffy<br>600 Travis St, Ste 4200<br>Houston, TX 77002 | pguffy@HuntonAK.com;<br>taddavidson@HuntonAK.com | Email |
| *NOA - Counsel for Cigna Corporation | Husch Blackwell, LLP | Attn: Alejandra Garcia Castro<br>1900 N. Pearl St, Ste 1800<br>Dallas, TX 75201 | Alejandra.GarciaCastro@huschblackwell.com | Email |
| 30 Largest | Imagenet Llc | 10014 N Dale Mabry Hwy, Ste 110<br>Tampa, Fl 33618 | matt.crockett@imagenetllc.com | Email |
| 30 Largest | Internal Revenue Service | Attn: Centeralized Insolvency Operation<br>300 N Los Angeles St<br>Los Angeles, CA 90012 | | First Class Mail |
| IRS | Internal Revenue Service | Attn: Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | | First Class Mail |
| *NOA - Counsel for Creditor Wintrust Specialty | J R Jones Law PLLC | Attn: John R Jones<br>6026 Remson Hollow Ln<br>Katy, TX 77494 | john@jrjoneslaw.com | Email |
| *NOA - Counsel to Restorix Health | Jackson Walker LLP | Attn: Zachary McKay<br>1401 McKinney, Ste 1900<br>Houston, TX 77010 | zmckay@jw.com | Email |
| *NOA - Counsel for UGI Energy Services, Inc. | Javerbaum Wurgaft Hicks Kahn Wikstrom & Sinins, P.C. | Attn: Raymond M Patella<br>505 Morris Ave<br>Springfield, NJ 07081 | rpatella@lawjw.com | Email |
| *NOA - Counsel for Wintrust Specialty Finance | Jenkins & Kling, P.C. | Katherine I Mclaughlin<br>150 N Meramec Ave, Ste. 400<br>St. Louis, MO 63105 | kmclaughlin@jenkinskling.com | Email |
| Litigation | JMB Capital Partners Lending, LLC | c/o Norton Rose Fulbright US LLP<br>Attn: Kristian W Gluck<br>2200 Ross Ave, Ste 3600<br>Dallas, TX 75201 | kristian.gluck@nortonrosefulbright.com | Email |
| Litigation | JMB Capital Partners Lending, LLC | c/o Norton Rose Fulbright US LLP<br>Attn: Robert M Hirsh & James Copeland<br>1301 Avenue of the Americas<br>New York, NY 10019 | robert.hirsh@nortonrosefulbright.com;<br>james.copeland@nortonrosefulbright.com | Email |
| 30 Largest | Johnson & Johnson | Attn: Elizabeth Forminard, General Counsel<br>1 Johnson & Johnson Plz<br>New Brunswick, NJ 08933 | eforminard@jnj.com | Email |
| *NOA - Counsel for Haffty Consulting, LLC | Jones Murray LLP | Attn: Matthew W Bourda<br>602 Sawyer St, Ste 400<br>Houston, TX 77007 | matthew@jonesmurray.com | Email |
| *NOA - Counsel for Point32Health, Inc. | Jones Murray Llp | Attn: Matthew W Bourda<br>602 Sawyer St, Ste 400<br>Houston, TX 77007 | matthew@jonesmurray.com | Email |
| *NOA - Counsel for City of Chester, Delaware County, Young Men's Christian Association of Delaware County d/b/a The Community YMCA of Eastern Delaware County | Jones Walker LLP | Attn: Amy K Anderson<br>5960 Berkshire Ln, 6th Fl<br>Dallas, TX 75225 | aanderson@joneswalker.com | Email |
| 30 Largest | Joseph L Lin Md Inc | 160 E Artesia St, Ste 140<br>Pomona, Ca 91767 | info@drjosephlinmd.com | Email |
| Official Unsecured Creditors' Committee | Julia Russell as representative of Yolanda Bailey v. Southern California Health Care System, Los Angeles Superior Court Case No. 23STCV07482 | ADDRESS AVAILBLE UPON REQUEST | Email Address Redacted | Email |
| *NOA - Counsel for David Montanez, Thomas Fragomeni, Lisa Fragomeni, Nicole Bosworth, Romeo Bosworth, Kelly Murphy Andruk, and Osker Andruk | Kane Russell Coleman Logan PC | Attn: Joseph M Coleman<br>901 Main St, Ste 5200<br>Dallas, TX 75202 | jcoleman@krcl.com | Email |
| *NOA - Counsel for David Montanez, Thomas Fragomeni, Lisa Fragomeni, Nicole Bosworth, Romeo Bosworth, Kelly Murphy Andruk, and Osker Andruk | Kane Russell Coleman Logan PC | Attn: J Casey Roy<br>401 Congress Ave, Ste 2100<br>Austin, TX 78701 | croy@krcl.com | Email |
| *NOA - Proposed Special Counsel to Prospect Medical Holdings, Inc. | Katten Muchin Rosenman LLP | Attn: John E Mitchell<br>2121 N Pearl St, Ste 1100<br>Dallas, TX 75201 | john.mitchell@katten.com | Email |
| *NOA - Proposed Special Counsel to Prospect Medical Holdings, Inc. | Katten Muchin Rosenman LLP | Attn: Steven J Reisman/Cindi M Giglio<br>Attn: Marc B Roitman/Constance A Fratianni<br>50 Rockefeller Plz<br>New York, NY 10020-1605 | cgiglio@katten.com;<br>connie.fratianni@katten.com;<br>marc.roitman@katten.com;<br>sreisman@katten.com | Email |
| 30 Largest | Keck Medical Center Of Usc | 3551 Trousdale Pkwy<br>Adm 352<br>Los Angeles, Ca 90089 | marty.sargeant@med.usc.edu | Email |

**Exhibit A**
**Master Service List**

| Description | Name | Address | Email | Method of Service |
|---|---|---|---|---|
| *NOA - Counsel for Pension Benefit Guaranty Corporation | Kelley Drye & Warren LLP | Attn: Eric R Wilson/Kristin S Elliott<br>Attn: Richard D Gage<br>3 World Trade Ctr<br>175 Greenwich St<br>New York, NY 10007 | ewilson@kelleydrye.com;<br>KDWBankruptcyDepartment@kelleydrye.com;<br>kelliott@kelleydrye.com;<br>rgage@kelleydrye.com | Email |
| *NOA - Counsel for PricewaterhouseCoopers, LLP | Kelly Hart & Hallman LLP | Attn: Harrison A Pavlasek/Katherine T. Hopkins<br>201 Main St, Ste 2500<br>Fort Worth, TX 76102 | harrison.pavlasek@kellyhart.com;<br>Katherine.Hopkins@kellyhart.com | Email |
| *NOA - Counsel for Creditor and Party-In-Interest Name Redacted, Through His Guardian Ad Litem, Jeri Alyce Garza | Kessler Collins, PC | Attn: Daniel P Callahan<br>500 N Akard St, Ste 3700<br>Dallas, TX 75201 | dpc@kesslercollins.com | Email |
| Lenders | Kincaid, Frame & Associates Co., LPA | Attn: Tim Kincaid/Paul Petrick<br>6151 Wilson Mills Road, Suite 310<br>Highland Heights, OH 44143 | ppetrick@kincaidframe.com;<br>tkincaid@kincaidframe.com | Email |
| *NOA - Counsel for HealthSmart Management Services Organization, Inc. and Angeles-IPA, A Medical Corporation | King & Spalding LLP | Attn: Jordan Leu<br>2601 Olive St, Ste 2300<br>Dallas, TX 75201 | jleu@kslaw.com | Email |
| *NOA - Counsel for HealthSmart Management Services Organization, Inc. and Angeles-IPA, A Medical Corporation | King & Spalding LLP | Attn: Michael Fishel<br>1100 Louisiana St, Ste 4100<br>Houston, TX 77002 | mfishel@kslaw.com | Email |
| *NOA - Counsel for Medical Properties Trust, Inc. | KTBS LAW LLP | Attn: Thomas E Patterson/Nir Maoz<br>1801 Century Park E, 26th Fl<br>Los Angeles, CA 90067 | nmaoz@ktbslaw.com;<br>tpatterson@ktbslaw.com | Email |
| *NOA - Counsel for Keystone Quality Transport | Kurtzman Steady, LLC | Attn: Jeffrey Kurtzman<br>101 N Washington, Ste 4A<br>Margate, NJ 08402 | kurtzman@kurtzmansteady.com | Email |
| 30 Largest | LA Care Health Plan | Attn: Augustavia J Haydel, General Counsel<br>1055 W 7th St, 10th Fl<br>Los Angeles, CA 90017 | Ahaydel@lacare.org | Email |
| *NOA - Counsel for Olympus Corporation of the Americas | Langley & Banack Inc | Attn: David S Gragg<br>745 E Mulberry<br>Trinity Plaza II, Ste 700<br>San Antonio, TX 78212 | dgragg@langleybanack.com | Email |
| *NOA - Counsel for Astrana Health, Inc. | Latham & Watkins LLP | Attn: Jeffrey E Bjork/Ted A Dillman<br>Attn: Nicholas J Messana/Kevin D Shang<br>355 S Grand Ave, Ste 100<br>Los Angeles, CA 90071 | jeff.bjork@lw.com;<br>kevin.shang@lw.com;<br>nicholas.messana@lw.com;<br>ted.dillman@lw.com | Email |
| 30 Largest | Legacy Echn, Inc | Attn: Kevin Smith, Partner<br>71 Haynes St<br>Manchester, CT 06040 | ksmith@wiggin.com | Email |
| *NOA - Counsel for Green Light Imaging, a California Corporation | Levinson Arshonsky Kurtz & Komsky LLP | Attn: Ori S Blumenfeld<br>15303 Ventura Blvd, Ste 1650<br>Sherman Oaks, CA 91403 | oblumenfeld@lakklawyers.com | Email |
| *NOA - Counsel to The Foundation of Delaware County (PA) | Lewis Brisbois Bisgaard & Smith LLP | Attn: Mark Cronenwett/Vivian Lopez<br>2100 Ross Ave, Ste 2000<br>Dallas, TX 75201 | mark.cronenwett@lewisbrisbois.com;<br>vivian.lopez@lewisbrisbois.com | Email |
| *NOA - Counsel to The Foundation of Delaware County (PA) | Lewis Brisbois Bisgaard & Smith LLP | Attn: Scott D Cousins<br>500 Delaware Ave, Ste 700<br>Wilmington, DE 19801 | scott.cousins@lewisbrisbois.com | Email |
| *NOA - Counsel for Bexar County | Linebarger Goggan Blair & Sampson, LLP | Attn: 112 E Pecan St, Ste 2200<br>San Antonio, TX 78205 | sanantonio.bankruptcy@lgbs.com | Email |
| *NOA - Counsel for Connecticut Health Care Associates District 1199 | Livingston, Adler, Pulda, Meiklejohn & Kelly, PC | Attn: Logan Place, Esq<br>557 Prospect Ave<br>Hartford, CT 06105 | ljplace@lapmk.org | Email |
| 30 Largest | Magnolia Medical Imaging Center | 14571 Magnolia St<br>Westminster, Ca 92683 | contact@magnoliamedicalimaging.com | Email |
| *NOA - Counsel for Atlantic Specialty Insurance Company | Manier & Herod, P.C. | Attn: Michael E. Collins, Esq.<br>Attn: Scott C. Wiliams, Esq.<br>Attn: Christina Gabriella Buru, Esq.<br>1201 Demonbreun St, Ste 900<br>Nashville, TN 37203 | cburu@manierherod.com;<br>mcollins@manierherod.com;<br>swilliams@manierherod.com | Email |
| *NOA - Counsel for LIUNA Local 1310 and Crozer-Cheser Nurses Association/PASNAP, Crozer-Chester Society of Pharmacists/P ASNAP, Crozer- Chester Professionals United/PASNAP, Crozer-Chester Paramedics Association/PASNAP, Taylor DCMH Employees United/PASNAP, and Taylor Nurses United/PASNAP | Markowitz & Richman | Attn: Jonathan K Walters, Esq<br>123 S Broad St, Ste 2020<br>Philadelphia, PA 19109 | jwalters@markowitzandrichman.com | Email |
| *NOA - Counsel for AmTrust North America, Inc. on behalf of Wesco Insurance Company | Maurice Wutscher LLP | Attn: Alan C Hochheiser<br>23611 Chagrin Blvd, Ste 207<br>Beachwood, OH 44122 | ahochheiser@mauricewutscher.com | Email |
| *NOA - Counsel for Wells Fargo Bank, N.A., | McCarthy & Holthus, LLP | Attn: Nancy Lee<br>1255 W 15th St, Ste 1060<br>Plano, TX 75075 | MHTbankruptcy@mccarthyholthus.com | Email |
| 30 Largest | Medline Industries Inc | Attn: Alex Liberman, Chief Legal Officer<br>3 Lakes Dr<br>Northfield, IL 60093 | aliberman@medline.com | Email |
| 30 Largest | Medpoint Management Inc | 15301 Ventura Blvd, Bldg D, Ste 200<br>Sherman Oaks, Ca 91403 | mdugar@medpointmanagement.com | Email |
| 30 Largest | Microsoft Corp | Attn: Nicolas Manheim<br>1 Microsoft Way<br>Redmond, WA 98052 | celabnc@microsoft.com | Email |
| *NOA - Counsel for Stryker Corporation | Miller, Canfield, Paddock and Stone, P.L.C. | Attn: Joseph M Ammar<br>277 S Rose St, Ste 6000<br>Kalamazoo, MI 49007 | ammar@millercanfield.com | Email |
| *NOA - Counsel for Intuitive Surgical Inc. | Mitby Pacholder Johnson, LLC | Attn: Michael K Barnhart/Steven J Mitby<br>1001 McKinney St, Ste 925<br>Houston, TX 77002 | mbarnhart@mitbylaw.com;<br>smitby@mitbylaw.com | Email |
| *NOA - Counsel for Centinel Spine, LLC | Moritt Hock & Hamroff LLP | Attn: Leslie A Berkoff<br>1407 Broadway, 39th Fl<br>New York, NY 10018 | lberkoff@moritthock.com | Email |
| Lenders | MPT | Attn: Legal Department<br>1000 Urban Center Drive, Suite 501<br>Birmingham, AL 35242 | legal@medicalpropertiestrust.com | Email |
| 30 Largest | Mpt Operating Partnership LP | Attn: Edward K Aldag, Jr, President & CEO<br>1000 Urban Center Dr, Ste 501<br>Birmingham, AL 35242 | | First Class Mail |

**Exhibit A**
**Master Service List**

| Description | Name | Address | Email | Method of Service |
|---|---|---|---|---|
| *NOA - Counsel for Global Healthcare Exchange, LLC | Munsch Hardt Kopf & Harr, P.C. | Attn: John D Cornwell<br>700 Milam St, Ste 800<br>Houston, TX 77002 | tberghman@munsch.com | Email |
| *NOA - Counsel for The Group of Medical Malpractice Claimants | Munsch Hardt Kopf & Harr, PC | Attn: Marc W Taubenfeld<br>500 N Akard St, Ste 4000<br>Dallas, TX 75201-6659 | mtaubenfeld@munsch.com | Email |
| *NOA - Counsel for Co-Guardians for Name Redacted | Name Redacted | Address Redacted | Email Address Redacted | Email |
| 30 Largest | Name Redacted | Address Redacted | Email Address Redacted | Email |
| 30 Largest | Name Redacted | C/o Law Offices Of Kirk Edward Schenck, Pc<br>11811 San Vincente Blvd, 3rd Fl<br>Los Angeles, CA 90049 | kirkschenck@schenckpc.com | Email |
| 30 Largest | Name Redacted | C/o Law Offices Of Scott Glovsky, Apc<br>343 Hardvard Ave<br>Claremont, CA 91711 | sglovsky@scottglovskylaw.com | Email |
| 30 Largest | Name Redacted | C/o The Law Offices Of Jonathan A Stieglitz<br>11845 W Olympic Blvd, Ste 800<br>Los Angeles, CA 90064 | jonathan.a.stieglitz@gmail.com | Email |
| 30 Largest | Name Redacted | C/o The Law Offices Of Mary A Dannelley<br>160 Newport Center Dr, Ste 120<br>Newport Beach, CA 92660 | mary@dannellylaw.com | Email |
| 30 Largest | Name Redacted | Guardian Ad Litem, Alicia Cardenas<br>C/o Smith Clinesmith, Llp<br>633 W 5th St<br>Los Angeles, CA 90017 | dawn@fightingelderabuse.com | Email |
| *NOA - Counsel for Zlatan Karic | Neligan LLP | Attn: Patrick J Neligan/John D Gaither<br>Attn: Douglas J Buncher<br>4851 LBJ Freeway, Ste 700<br>Dallas, TX 75244 | pneligan@neliganlaw.com;<br>jgaither@neliganlaw.com;<br>dbuncher@neliganlaw.com | Email |
| 30 Largest | Neuehealth Advantage Aco, Llc | C/o Finlayson Toffer Roosevelt & Lilly Llp<br>15615 Alton Pkwy, Ste 270<br>Irvine, CA 92618 | kroosevelt@ftrlfirm.com | Email |
| *NOA - Counsel for Vitalware, LLC. | Nixon Peabody LLP | Attn: Christopher J Fong<br>55 W 46th St<br>New York, NY 10036 | cfong@nixonpeabody.com | Email |
| *NOA - Counsel for Vitalware, LLC. | Nixon Peabody LLP | Attn: Richard C Pedone<br>53 State St<br>Boston, MA 02109 | rpedone@nixonpeabody.com | Email |
| *NOA - Counsel for JMB Capital Partners Lending, LLC | Norton Rose Fulbright US LLP | Attn: Kristian W Gluck<br>2200 Ross Ave, Ste 3600<br>Dallas, TX 75201 | kristian.gluck@nortonrosefulbright.com | Email |
| *NOA - Counsel for JMB Capital Partners Lending, LLC | Norton Rose Fulbright US LLP | Attn: Robert M Hirsh/James Copeland<br>1301 Ave of the Americas<br>New York, NY 10019 | james.copeland@nortonrosefulbright.com;<br>robert.hirsh@nortonrosefulbright.com | Email |
| Lenders | Norton Rose Fullbright US LLP | Attn: James Copeland<br>1301 Avenue of the Americas<br>New York, NY 10019-6022 | james.copeland@nortonrosefulbright.com | Email |
| Lenders | Norton Rose Fullbright US LLP | Attn: Kristian Gluck<br>2200 Ross Avenue, Suite 3600<br>Dallas, TX 75201-7932 | kristian.gluck@nortonrosefulbright.com | Email |
| Lenders | Norton Rose Fullbright US LLP | Attn: Robert Hirsh<br>1301 Avenue of the Americas<br>New York, NY 10019-6022 | robert.hirsh@nortonrosefulbright.com | Email |
| 30 Largest | Office Ally Inc | 1300 Se Cardinal Ct, Ste 190<br>Vancouver, Wa 98683 | joliff@officeally.com | Email |
| Governmental Authorities | Office of the Attorney General | Attn: Ken Paxton<br>Capital Station<br>P.O. Box 12548<br>Austin, TX 78711-2548 | | First Class Mail |
| Governmental Authorities | Office of the Attorney General | Attn: Mathew J Platkin<br>Richard J Hughes Justice Complex<br>25 Market St<br>P.O. Box 080<br>Trenton, NJ 08625 | | First Class Mail |
| Governmental Authorities | Office of the Attorney General | Attn: Michelle A Henry<br>Strawberry Sq, 16th Fl<br>Harrisburg, PA 17120 | | First Class Mail |
| Governmental Authorities | Office of the Attorney General | Attn: Peter F Neronha<br>150 S Main St<br>Providence, RI 02903 | | First Class Mail |
| Governmental Authorities | Office of the Attorney General | Attn: Kris Mayes<br>2005 N Central Ave<br>Phoenix, AZ 85004 | AGInfo@azag.gov | Email |
| *NOA - Counsel for Creditor California Department of HCS, California Emergency MSA | Office of the Attorney General | Attn: Anjana N Gunn<br>1300 I St, Ste 125<br>P.O. Box 944255<br>Sacramento, CA 94244-2550 | Anjana.Gunn@doj.ca.gov | Email |
| Governmental Authorities | Office of the Attorney General | Attn: William Tong<br>165 Capitol Ave<br>Hartford, CT 06106 | attorney.general@ct.gov | Email |
| Governmental Authorities | Office of the Attorney General | Attn: Kathy Jennings<br>Carvel State Office Bldg<br>820 N French St<br>Wilmington, DE 19801 | attorney.general@delaware.gov | Email |
| *NOA - Counsel for Creditor California Department of Health Care Services | Office of the Attorney General | Attn: Grant Lien<br>1300 I St, Ste 125<br>P.O. Box 944255<br>Sacramento, CA 94244-2550 | Grant.Lien@doj.ca.gov | Email |
| *NOA - Counsel for the State of Connecticut | Office of the Attorney General | Attn: Joseph E Gasser, AAG<br>165 Capitol Ave<br>Hartford, CT 06106 | Joseph.gasser@ct.gov | Email |
| Governmental Authorities | Office of the Attorney General | Attn: Rob Bonta<br>1300 I St, Ste 1740<br>Sacramento, CA 95814 | | First Class Mail |
| Governmental Authorities | Office of the Attorney General | California Dept of Justice<br>P.O. Box 944255<br>Sacramento, CA 94244-2550 | | First Class Mail |
| Governmental Authorities | Office of the Attorney General | Consumer Law Section<br>Attn: Bankruptcy Notices<br>455 Golden Gate Ave, Ste 11000<br>San Francisco, CA 94102-7004 | | First Class Mail |

**Exhibit A**
**Master Service List**

| Description | Name | Address | Email | Method of Service |
|---|---|---|---|---|
| Governmental Authorities | Office Of The Attorney General | District Of Connecticut<br>Connecticut Financial Ctr<br>157 Church St, 25th Fl<br>New Haven, CT 06510 | | First Class Mail |
| *NOA - Counsel for Creditor California Department of HCS, California Emergency MSA | Office of the Attorney General | Attn: Mackayla Class<br>455 Golden Gate Ave, Ste 11000<br>San Francisco, CA 94102 | MacKayla.Class@doj.ca.gov | Email |
| US Attorney's Office | Office of the United States Attorney for the Northern District of Texas | Earle Cabell Federal Bldg<br>1100 Commerce St, Third Fl<br>Dallas, TX 75242-1699 | | First Class Mail |
| US Trustee | Office of the United States Trustee | 1100 Commerce St, Ste 976<br>Dallas, TX 75242 | elizabeth.a.young@usdoj.gov | Email |
| 30 Largest | Optum, Inc | Attn: Heather Cianfrocco, CEO<br>11000 Optum Cir<br>Eden Prairie, MN 55344 | heather.cianfrocco@optum.com | Email |
| *NOA - Counsel for the City of Waterbury, Connecticut | Padfield & Stout, L.L.P | Attn: Christopher V Arisco/E Grace Bregard<br>Attn: Mike W Stout<br>100 Throckmorton St, Ste 700<br>Fort Worth, TX 76102 | carisco@padfieldstout.com;<br>gbregard@padfieldstout.com;<br>mstout@padfieldstout.com | Email |
| *NOA - Counsel for De Lage Landen Financial Services, Inc | Padfield & Stout, LLP | Attn: Alan B Padfield / Wesley W Mccutcheon<br>100 Throckmorton St, Ste 700<br>Fort Worth, TX 76102 | abp@padfieldstout.com;<br>wmccutcheon@padfieldstout.com | Email |
| *NOA - Counsel for Dext Capital, LLC, Leaf Capital Funding, LLC and U.S. Bank National Association d/b/a U.S. Bank Equipment Finance and PNC Bank, National Association d/b/a PNC Equipment Finance | Padfield & Stout, LLP | Attn: Matthew D Giadrosich<br>Attn: Mike W Stout<br>Attn: Wesley W McCutcheon<br>100 Throckmorton St, Ste 700<br>Fort Worth, TX 76102 | mdg@padfieldstout.com;<br>mstout@padfieldstout.com;<br>wmccutcheon@padfieldstout.com | Email |
| *NOA - Counsel for MIK Construction, Inc | Pagter And Perry Isaacson, APLC | Attn: Misty Perry Isaacson, Esq<br>1851 E 1st St, Ste 700<br>Santa Ana, CA 92705 | misty@ppilawyers.com | Email |
| *NOA - Counsel for Pomeroy Enterprises, LLC | Pashman Stein Walder & Hayden, P.C. | Attn: Joseph C Barsalona II/David E Sklar<br>21 Main St, Ste 200<br>Hackensack, NJ 07601 | dsklar@pashmanstein.com;<br>jbarsalona@pashmanstein.com | Email |
| *NOA - Proposed Counsel to the Official Committee of Unsecured Creditors | Paul Hastings LLP | Attn: Charles Persons<br>2001 Ross Ave, Ste 2700<br>Dallas, TX 75201 | charlespersons@paulhastings.com | Email |
| *NOA - Proposed Counsel to the Official Committee of Unsecured Creditors | Paul Hastings LLP | Attn: Kristopher Hansen/Erez Gilad<br>Attn: Gabriel Sasson/Emily Kuznick<br>Attn: Matthew Friedrick<br>200 Park Ave<br>New York, NY 10166 | emilykuznick@paulhastings.com;<br>erezgilad@paulhastings.com;<br>gabesasson@paulhastings.com;<br>krishansen@paulhastings.com;<br>matthewfriedrick@paulhastings.com | Email |
| Prepetition Secured Parties | Pension Benefit Guaranty Corp | Corporate Finance & Restructuring Dept<br>Attn: Adi Berger, Deputy Director<br>445 12th St SW<br>Washington, DC 20024-2101 | SACompliance@PBGC.gov | Email |
| Prepetition Secured Parties | Pension Benefit Guaranty Corp | Office of the General Counsel<br>Attn: Desiree Amador<br>445 12th St SW<br>Washington, DC 20024-2101 | amador.desiree@pbgc.gov | Email |
| 30 Largest | Pension Benefit Guaranty Corp | Attn: Karen Morris, General Counsel<br>445 12th St SW<br>Washington, DC 20024-2101 | karen.morris@pbgc.gov | Email |
| Official Unsecured Creditors' Committee | Pension Benefit Guaranty Corporation | Attn: Cassandra Guichard<br>445 12th St SW<br>Washington, DC 20024 | guichard.cassandra@pbgc.gov | Email |
| *NOA - Counsel for Tomball Independent School District and Faulkey Gully Municipal Utility District | Perdue, Brandon, Fielder, Collins & Mott, L.L.P. | Attn: Melissa E Valdez<br>1235 N Loop W, Ste 600<br>Houston, TX 77008 | mvaldez@pbfcm.com | Email |
| 30 Largest | Pka Medical Corp | 1610 W Edinger Ave, Ste B<br>Santa Ana, Ca 92704 | info@pkamedical.com | Email |
| *NOA - Counsel for Walter P. Moore | Porter Hedges LLP | Attn: Joshua W Wolfshohl/Michael B Dearman<br>Attn: Jack M Eiband<br>1000 Main St, 36th Fl<br>Houston, TX 77002 | jeiband@porterhedges.com;<br>jwolfshohl@porterhedges.com;<br>mdearman@porterhedges.com | Email |
| 30 Largest | Prime Healthcare Services | C/o King Spalding Llp<br>633 W 5th St, Ste 1600<br>Los Angeles, Ca 90071 | dtooch@kslaw.com | Email |
| *NOA - Counsel to Centerbridge Partners, L.P. | Quinn Emanuel Urquhart & Sullivan, LLP | Attn: Patricia B Tomasco/Cameron Kelly<br>700 Louisiana St, Ste 3900<br>Houston, TX 77002 | cameronkelly@quinnemanuel.com;<br>pattytomasco@quinnemanuel.com | Email |
| *NOA - Counsel to Centerbridge Partners, L.P. | Quinn Emanuel Urquhart & Sullivan, LLP | Attn: Susheel Kirpalani<br>295 5th Ave<br>New York, NY 10016 | susheelkirpalani@quinnemanuel.com | Email |
| 30 Largest | R4 Solutions | Attn: Amit Bhardwaj, CEO<br>10080 N Wolfe Rd, SW3 200<br>Cupertino, CA 95014 | amit.b@r4solutionsinc.com | Email |
| Official Unsecured Creditors' Committee | R4 Solutions, Inc. | Attn: Amit Bhardwaj<br>10080 N Wolfe Rd, SW3 200<br>Cupertino, CA 95014 | Amit.B@r4solutionsinc.com | Email |
| 30 Largest | Rai Care Centers Of Santa Ana Llc | 2740 S Bristol St, Ste 110<br>Santa Ana, Ca 92704 | contact@raicarecenters.com | Email |
| *NOA - Counsel for Siemens Healthcare Diagnostics, Inc. and Siemens Medical Solutions USA, Inc | Reed Smith LLP | Attn: Keith M Aurzada/Dylan TF Ross<br>2850 N Harwood St, Ste 1500<br>Dallas, TX 75201 | dylan.ross@reedsmith.com;<br>kaurzada@reedsmith.com | Email |
| 30 Largest | Riverside University Health System | 4095 County Circle Dr<br>Riverside, CA 92503 | fdrewette@ruhealth.org | Email |
| *NOA - Counsel for U.S. Bank Trust National Association, not in its individual capacity but solely as owner trustee for RCF 2 Acquisition Trust (Secured Creditor) | Robertson, Anschutz, Schneid, Crane & Partners, PLLC | Attn: Tricia Morra<br>5601 Executive Dr, Ste 400<br>Irving, TX 75038 | tmorra@raslg.com | Email |
| *NOA - Counsel for local Initiative Health Authority for Los Angeles County dba LA Care Health Plan | Rochelle Mccullough, LLP | Attn: Laurie Dahl Rea<br>300 Throckmorton, Ste 520<br>Fort Worth, TX 76102 | laurie.rea@romclaw.com | Email |
| *NOA - Counsel for local Initiative Health Authority for Los Angeles County dba LA Care Health Plan | Rochelle Mccullough, LLP | Attn: J Mark Chevallier<br>901 Main St, Ste 3200<br>Dallas, TX 75202 | mchevallier@romclaw.com | Email |
| Lenders | Ropes & Gray LLP | Attn: Leonard Klingbaum<br>1211 Avenue of the Americas<br>New York, NY 10036 | Leonard.Klingbaum@RopesGray.com | Email |

**Exhibit A**
**Master Service List**

| Description | Name | Address | Email | Method of Service |
|---|---|---|---|---|
| *NOA - Counsel for IT Health Partners, LLC | Ross, Smith & Binford, PC | Attn: Frances A Smith<br>700 N Pearl St, Ste 1610<br>Dallas, TX 75201 | frances.smith@rsbfirm.com | Email |
| *NOA - Counsel for Omega Medical, LLC, Omega Partners Group LLC, and SMK Omega LLC | Ross, Smith & Binford, PC | Attn: Frances A Smith<br>700 N Pearl St, Ste 1610<br>Dallas, TX 75201 | frances.smith@rsbfirm.com | Email |
| Patient Care Ombudsman | SAK Healthcare | Attn: Suzanne Koenig, CEO<br>300 Saunders Rd, Ste 300<br>Riverwoods, IL 60015 | skoenig@sakhealthcare.com | Email |
| *NOA - Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2019-1 | Select Portfolio Serving, Inc. | 3217 S Decker Lake Dr<br>Salt Lake City, UT 84119 | | First Class Mail |
| *NOA - Counsel for U.S. Bank Trust National Association | Selene Finance | 3501 Olympus Blvd<br>5th Fl, Ste 500<br>Coppell, TX 75019 | | First Class Mail |
| 30 Largest | Sheppard Mullin Richter & Hampton LLP | Attn: Polly Towill, Partner<br>350 S Grand Ave, 40th Fl<br>Los Angeles, CA 90071 | ptowill@sheppardmullin.com | Email |
| Debtors Counsel | Sidley Austin LLP | Attn: Thomas R Califano<br>2021 McKinney Ave, Ste 2000<br>Dallas, Texas 75201 | tom.califano@sidley.com | Email |
| Debtors Counsel | Sidley Austin LLP | Attn: William E Curtin/Patrick Venter<br>Attn: Anne G Wallice<br>787 Seventh Ave<br>New York, NY 10019 | anne.wallice@sidley.com;<br>pventer@sidley.com;<br>wcurtin@sidley.com | Email |
| *NOA - Counsel for Compass Parties | Sills Cummis & Gross P.C. | Attn: Andrew H Sherman, Esq / Boris Mankovetskiy Esq<br>1 Riverfront Pl<br>Newark, NJ 07102 | asherman@sillscummis.com;<br>bmankovetskiy@sillscummis.com | Email |
| *NOA - Counsel for Llanerch Shopping Center L.P. | Sirlin Lesser & Benson, P.C. | Attn: Dana S Plon<br>123 S Broad St, Ste 2100<br>Philadelphia, PA 19109 | dplon@sirlinlaw.com | Email |
| 30 Largest | Sound Physicians | Attn: Jeff Alter, CEO<br>1498 Pacific Ave, Ste 500<br>Tacoma, WA 98402 | jeff.alter@soundphysicians.com | Email |
| *NOA - Counsel for Branting, LLC & Graceco, LLC | Spector & Cox, PLLC | Attn: Howard Marc Spector<br>12770 Coit Rd, Ste 850<br>Dallas, TX 75251 | hspector@Spectorcox.com | Email |
| *NOA - Counsel for Resco Electric, Inc. | Splinter & Thai, PC | Attn: Min N Thai<br>25124 Narbonne Ave, Ste 106<br>Lomita, CA 90717 | min@lomitalaw.com;<br>gia@lomitalaw.com | Email |
| *NOA - Counsel for Keystone Mobile Partners, LP | Sprouse Law Firm | Attn: Marvin E Sprouse III<br>901 Mopac Expressway S<br>Bldg 1, Ste 300<br>Austin, TX 78746 | msprouse@sprousepllc.com | Email |
| *NOA - Counsel for De Lage Landen Financial Service, Inc. | Stark & Stark, P.C. | Attn: Joseph H Lemkin<br>100 American Metro Blvd<br>Hamilton, NJ 08619 | jlemkin@stark-stark.com | Email |
| Governmental Agency | State Comptroller of Public Accounts Revenue | Accounting Division<br>Bankruptcy Section<br>P.O. Box 13528<br>Austin, TX 78711 | | First Class Mail |
| 30 Largest | State of CA Emergency Medical Svcs Authority | Attn: Elizabeth Basnett, Director<br>11120 International Dr, 2nd Fl<br>Rancho Cordova, CA 95670 | director@emsa.ca.gov | Email |
| Lenders | State of Connecticut | Commissioner of Revenue Services<br>450 Columbus Blvd, Suite 1<br>Hartford, CT 06103 | mark.boughton@ct.gov | Email |
| 30 Largest | State of CT, Dept of Revenue Svcs | Attn: Mark D Boughton, Commissioner<br>450 Columbus Blvd, Ste 1<br>Hartford, CT 06103 | mark.boughton@ct.gov | Email |
| *NOA - Counsel for Cerner Corporation, n/k/a Oracle Cerner | Stinson LLP | Attn: Darrell W Clark/Tracey M Ohm<br>1775 Pennsylvania Ave NW, Ste 800<br>Washington, DC 20006 | darrell.clark@stinson.com;<br>tracey.ohm@stinson.com | Email |
| *NOA - Counsel for Access Telecare, LLC and Access Telecare, PLLC | Streusand, Landon, Ozburn & Lemmon, LLP | Attn: Sabrina L Streusand/G James Landon<br>1801 S Mopac Expressway, Ste 320<br>Austin, TX 78746 | landon@slollp.com | Email |
| 30 Largest | Stryker | Attn: Kevin Lobo, CEO<br>1941 Stryker Way<br>Portage, MI 49002 | kevin.lobo@stryker.com | Email |
| *NOA - Counsel for the Ad Hoc Committee of Medical Malpractice Claimants | Stutzman, Bromberg, Esserman & Plifka, P.C. | Attn: Sander L Esserman/Peter C D'Apice<br>2323 Bryan St, Ste 2200<br>Dallas, TX 75201-2689 | dapice@sbep-law.com;<br>esserman@sbep-law.com | Email |
| Governmental Authorities | Texas Attorney General's Office | Bankruptcy-Collections Division<br>P.O. Box 12548<br>Austin, TX 78711-2548 | | First Class Mail |
| *NOA - Counsel for Texas Comptroller of Public Accounts, Revenue Accounting Division | Texas Attorney General's Office | Attn: Callan C Searcy<br>Bankruptcy & Collections Div.<br>P.O. Box 12548<br>Austin, TX 78711-2548 | bk-csearcy@texasattorneygeneral.gov | Email |
| Governmental Agency | Texas Comptroller of Public Accounts | 111 E 17th St<br>Austin, TX 78774 | | First Class Mail |
| 30 Largest | The Oncology Institute Ca | 18000 Studebaker Rd, Ste 800<br>Cerritos, Ca 90703 | rob.carter@theoncologyinstitute.com | Email |
| *NOA - Counsel to Prospect Healthcare Facilities Management, LLC | Togut, Segal & Segal LLP | Attn: Frank A Oswald/Bryan M Kotliar<br>Attn: John Gallego<br>1 Penn Plz, Ste 3335<br>New York, NY 10119 | bkotliar@teamtogut.com;<br>frankoswald@teamtogut.com;<br>jgallego@teamtogut.com | Email |
| 30 Largest | Transtreme Llc | 2570 Lynn Rd<br>Chappell Hill, Tx 77426 | rick.michel@transtreme.com | Email |
| *NOA - Counsel for Associates in Anesthesia, Inc. | Troutman Pepper Locke LLP | Attn: Bradley C Knapp<br>601 Poydras St, Ste 2660<br>New Orleans, LA 70130 | brad.knapp@troutman.com | Email |
| *NOA - Counsel for Associates in Anesthesia, Inc. | Troutman Pepper Locke LLP | Attn: David L Swanson<br>2200 Ross Ave, Ste 2800<br>Dallas, TX 75201 | david.swanson@troutman.com | Email |
| *NOA - Counsel for Associates in Anesthesia, Inc. | Troutman Pepper Locke LLP | Attn: Matthew R Brooks<br>875 3rd Ave<br>New York, NY 10022 | matthew.brooks@troutman.com | Email |

**Exhibit A**
**Master Service List**

| Description | Name | Address | Email | Method of Service |
|---|---|---|---|---|
| *NOA - Counsel for Fisher Healthcare | Tucker Arensberg, P.C. | Attn: Beverly Weiss Manne/Maribeth Thomas<br>1500 One PPG Pl<br>Pittsburgh, PA 15222 | bmanne@tuckerlaw.com;<br>mthomas@tuckerlaw.com | Email |
| *NOA - Counsel for the United States | United States Department of Justice - Civil Division | Attn: Jae Won Ha<br>1100 L St, NW<br>Washington, DC 20005 | jae.won.ha@usdoj.gov | Email |
| *NOA - Counsel for Medical Properties Trust, Inc. | Vinson & Elkins LLP | Attn: Paul E Heath/William L Wallander<br>Attn: Matthew D Struble<br>2001 Ross Ave, Ste 3900<br>Dallas, TX 75201 | bwallander@velaw.com;<br>mstruble@velaw.com;<br>pheath@velaw.com | Email |
| *NOA - Counsel for Medical Properties Trust, Inc. | Wachtell, Lipton, Rosen & Katz | Attn: Emil A Kleinhaus/Angela K Herring<br>Attn: Michael H Cassel<br>51 W 52nd St<br>New York, NY 10019 | akherring@wlrk.com;<br>eakleinhaus@wlrk.com;<br>mhcassel@wlrk.com | Email |
| *NOA - Counsel for Prospect PhysicianCo | Weil, Gotshal & Manges LLP | Attn: Jennifer Brooks Crozier<br>200 Crescent Ct, Ste 300<br>Dallas, TX 75201 | Jennifer.Crozier@weil.com | Email |
| *NOA - Counsel for Prospect PhysicianCo | Weil, Gotshal & Manges LLP | Attn: Matt Barr/Ronit J Berkovich<br>767 Fifth Ave<br>New York, NY 10153 | Matt.Barr@weil.com;<br>Ronit.Berkovich@weil.com | Email |
| *NOA - Counsel for Upland Borough, Pennsylvania and Aston Township, Pennsylvania | Wetzel Gagliardi Fetter & Lavin LLC | Attn: John A Gagliardi<br>122 S Church St<br>West Chester, PA 19380 | jgagliardi@wgflaw.com | Email |
| *NOA - Counsel for Connecticut Hospital Association, Inc. and Its Affiliated Entities | Wiggin and Dana LLP | Attn: Kevin M Smith<br>1 Century Twr<br>265 Church St<br>New Haven, CT 06510 | ksmith@wiggin.com | Email |
| *NOA - Counsel for Connecticut Hospital Association, Inc. and Its Affiliated Entities | Wiggin and Dana LLP | Attn: Scott A Griffin<br>437 Madison Ave, 35th Fl<br>New York, NY 10022 | sgriffin@wiggin.com | Email |
| Lenders | Wilmington Trust | Attn: Andrew Lennon<br>1100 North Market Street<br>Wilmington, DE 19890 | ALennon@WilmingtonTrust.com | Email |
| 30 Largest | Wizpro Inc | Attn: Ekta Sharma, VP<br>5900 S Lake Forest Dr, Ste 300<br>Mckinney, TX 75070 | | First Class Mail |

# **EXHIBIT B**

**Exhibit B**

**Service List**

| Creditor | Attention | Email | Method of Service |
|---|---|---|---|
| Clark Hill PLC | Andrew G. Edson | aedson@clarkhill.com | Email |
| Clark Hill PLC | Scott D. Braun | sbraun@clarkhill.com | Email |
| Fultz Maddox Dickens PLC | Phillip A. Martin | pmartin@fmdlegal.com | Email |
| Fultz Maddox Dickens PLC | Laura M. Brymer | lbrymer@fmdlegal.com | Email |
| Gordon Rees Scully Mansukhani, LLP | Craig J. Mariam | cmariam@grsm.com | Email |
| Werner Ahari Mangel LLP | Justin S. Levy | jlevy@wam.law | Email |
| Zeichner Ellman & Krause LLP | Michael S. Davis | mdavis@zeklaw.com | Email |
| Zeichner Ellman & Krause LLP | | ygriver@zeklaw.com | Email |
| Zeichner Ellman & Krause LLP | | bleinbach@zeklaw.com | Email |

PROSPECT MEDICAL HOLDINGS, INC., et al., (Case No. 25-80002)