## EXHIBIT C

## Corporate Organization Chart

