# EXHIBIT E

**Committee Letter**

# OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF PROSPECT MEDICAL HOLDINGS, INC., *ET AL.*

**Case No. 25-80002**
**Judge Stacey G. Jernigan, U.S. Bankruptcy Court for the Northern District of Texas**

c/o Paul Hastings LLP
200 Park Avenue
New York, New York 10166

September [•], 2025

**To:** **Holders of Class 8 General Unsecured Claims of Prospect Medical Holdings, Inc. and its Affiliated Debtors and Debtors in Possession**

Paul Hastings LLP is counsel to the Official Committee of Unsecured Creditors (the "Committee") appointed in the above-referenced chapter 11 cases of Prospect Medical Holdings, Inc. and certain of its affiliates (collectively, the "Debtors") in the United States Bankruptcy Court for the Northern District of Texas. The Committee retained Province, LLC as its financial advisor, Jefferies LLC as its investment banker, and the Brinkman Law Group, PC as its efficiency counsel. The Committee was appointed by the United States Trustee, a representative of the United States Department of Justice, to represent the interests of all of the Debtors' unsecured creditors as a whole.

The Committee is writing to recommend that you vote to accept the Debtors' plan of reorganization, as described below. The purpose of this letter is to inform you that, following extensive negotiations with the Debtors and key parties in interest, including Medical Properties Trust, Inc. and its affiliates ("MPT"), the Committee reached a settlement of potential claims and causes of action that may exist against MPT, the terms of which are set forth in the Global Settlement [Docket No. 1287]. The Plan reflects the terms of the Global Settlement and represents the Debtors' best chance to bring these cases to a close and preserve potential claims and causes of action for the benefit of general unsecured creditors. Accordingly, the Committee supports confirmation of the Plan and recommends that you vote to ***accept the Plan***. The Committee also recommends that you ***opt out of the third-party releases***, further addressed below.

Prospect Medical Holdings, Inc. and certain of its affiliates commenced a voluntary case under chapter 11 of title 11 of the United States Bankruptcy Code (the "Bankruptcy Code") on January 11, 2025 (the "Petition Date"). The Official Committee of Unsecured Creditors was appointed on January 29, 2025. At the outset of these chapter 11 cases, the Committee identified and began to investigate a number of potential causes of action. Simultaneously, the Committee engaged in negotiations with the Debtors and MPT regarding a potential settlement agreement. In exchange for settling various causes of action, the Committee agreed to the Global Settlement [Docket No. 1287] with the Debtors and MPT, which provides for the following key terms:

- The Debtors agreed that MPT has a secured claim comprising (i) amounts that will be due under the Junior DIP Facility; (ii) amounts due and owing under the MPT Mortgage Loan; (iii) past due rent, late fees, and impositions, in addition to other obligations, owing under the Master Leases; and (v) interest and other accruals on the aforementioned amounts;
- The parties recharacterized the MPT Master Leases as secured financings, which rendered economic benefits to the Debtors, as well as flexibility with respect to the California and Connecticut Sale Transactions;
- MPT agreed to provide the Junior DIP Facility;
- The parties agreed to a unified sale process for operations of the Debtors' facilities in Pennsylvania, California, Connecticut, and Rhode Island, as well as certain milestones with respect to the California Sale Transaction;
- The Debtors, MPT, and the Committee agreed on a Recovery Waterfall pursuant to which distributions will be made by the Debtors. Pursuant to the Recovery Waterfall, upon effectiveness of a Chapter 11 Plan, a litigation trust (the "GUC Trust") will be formed and controlled by the Committee for the exclusive benefit of general unsecured creditors. All Assigned Estate Causes of Action will be assigned to the GUC Trust, free of liens, charges, encumbrances, and interests, and the net proceeds of such will be used to fund distributions to unsecured creditors on a pro rata basis based on claim size. Additionally, $10 million from the net proceeds of sales and transactions (after satisfaction of Tranches 1 through 4b of the Recovery Waterfall) will be contributed to fund reasonable post-Plan Effective Date fees and expenses of the GUC Trust.

The Plan is designed to ensure compliance with the Global Settlement and protect the rights that have been previously negotiated by the parties. Following the Global Settlement, the Committee, MPT, and the Debtors worked cooperatively through sale processes of the Debtors' assets, seeking to maximize all potential value for the estates and its creditors.

Separately, throughout these chapter 11 cases, the Debtors' independent directors, which comprise the Transaction Committee, through their counsel, have investigated potential causes of actions held by the Debtors' estates. While the Committee has worked cooperatively with the Debtors throughout its investigation, the results of the investigation have not yet been released. As a result, the Debtors' Plan includes proposed releases based upon an investigation that is not final. While the Committee is optimistic that the Debtors will not seek to release any potentially valuable causes of action, the Committee remains concerned about potential misconduct that occurred at the Debtors' entities prior to the Petition Date and will not support releases for any potential wrongdoers. Therefore, the results of the investigation and the related releases provided by the Plan may impact the Committee's support of the Plan.

> Article VIII, Section B of the Plan provides for third-party releases for certain parties.
>
> ***The Committee recommends that you opt out of the third-party releases by checking the applicable box on your ballot prior to the voting deadline of October 8, 2025 at 4:00pm (prevailing Central Time) ***

> *** Pending the outcome of the Debtors' investigation, the Committee recommends that you vote to *accept the Plan* by checking the applicable box on your ballot prior to the voting deadline of October 8, 2025 at 4:00pm (prevailing Central Time). ***

Should you have any questions about this letter or the Plan, we would be pleased to discuss them with you at your convenience. Please direct any such questions to Gabe Sasson (212-318-6475; gabesasson@paulhastings.com) or Matt Friedrick (212-318-6732; matthewfriedrick@paulhastings.com).

Very truly yours,

The Official Committee of Unsecured Creditors of Prospect Medical Holdings, Inc., *et al*.