| | |
|---|---|
| SIDLEY AUSTIN LLP<br>Thomas R. Califano (24122825)<br>Rakhee V. Patel (00797213)<br>Maegan Quejada (24105999)<br>2021 McKinney Avenue, Suite 2000<br>Dallas, Texas 75201<br>Telephone: (214) 981-3300<br>Facsimile: (214) 981-3400<br>Email: tom.califano@sidley.com<br>       rpatel@sidley.com<br>       mquejada@sidley.com | SIDLEY AUSTIN LLP<br>William E. Curtin (admitted *pro hac vice*)<br>Patrick Venter (admitted *pro hac vice*)<br>Anne G. Wallice (admitted *pro hac vice*)<br>787 Seventh Avenue<br>New York, New York 10019<br>Telephone: (212) 839-5300<br>Facsimile: (212) 839-5599<br>Email: wcurtin@sidley.com<br>       pventer@sidley.com<br>       anne.wallice@sidley.com |

*Attorneys for the Debtors and
Debtors in Possession*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| In re:<br><br>PROSPECT MEDICAL HOLDINGS, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 25-80002 (SGJ)<br><br>(Jointly Administered) |

**AMENDED AGENDA FOR HEARING SCHEDULED FOR
AUGUST 28, 2025 AT 9:30 A.M. (PREVAILING CENTRAL TIME)**

The above-captioned debtors and debtors in possession (collectively, the "Debtors") hereby file this amended agenda for matters set for hearing on August 28, 2025 at 9:30 a.m. (prevailing Central Time), before the Honorable Stacey G.C. Jernigan at the United States Bankruptcy Court for the Northern District of Texas, at Courtroom 1, 14th Floor, Earle Cabell Federal Building, 1100 Commerce Street, Dallas, Texas 75242-1496.

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://omniagentsolutions.com/Prospect. The Debtors' mailing address is 3824 Hughes Ave., Culver City, CA 90232.

**AGENDA MATTERS**

1. *Disclosure Statement for the Joint Chapter 11 Plan of Prospect Medical Holdings, Inc. and its Debtor Affiliates* [Docket No. 2987]

    **Related Documents:**

    a. *Disclosure Statement for the Joint Chapter 11 Plan of Prospect Medical Holdings, Inc. and its Debtor Affiliate* [Docket No. 2869]

    b. *Disclosure Statement for the Joint Chapter 11 Plan of Prospect Medical Holdings, Inc. and its Debtor Affiliate* [Docket No. 2095]

    c. *Joint Chapter 11 Plan of Prospect Medical Holdings, Inc. and its Debtor Affiliates* [Docket No. 2607]

    d. *Disclosure Statement for the Joint Chapter 11 Plan of Prospect Medical Holdings, Inc. and its Debtor Affiliates* [Docket No. 2608]

    e. *Notice of Filing of (A) Revised Disclosure Statement and (B) Revised Joint Chapter 11 Plan of Prospect Medical Holdings, Inc. and its Debtor Affiliates* [Docket No. 2609]

    f. *Notice of Hearing for August 20, 2025 Setting* [Docket No. 2641]

    g. *Amended Notice of Hearing for August 20, 2025 Setting* [Docket No. 2745]

    h. *Ad Hoc Committee of Medical Malpractice Claimants' Objection to (1) Disclosure Statement for the Joint Chapter 11 Plan of Prospect Medical Holdings, Inc. and its Debtor Affiliates and (2) Debtors' Motion for Entry of an Order (I) Approving the Adequacy of the Disclosure Statement; (II) Approving the Solicitation Procedures in Connection with Confirmation of the Plan; (III) Approving the Forms of Ballots and Notices in Connection Therewith; (IV) Scheduling Certain Dates with Respect Thereto; and (V) Granting Related Relief* [Docket No. 2792]

    i. *Objection to (1) Disclosure Statement for the Joint Chapter 11 Plan of Prospect Medical Holdings, Inc. and its Debtor Affiliates and (2) Debtors' Motion for Entry of an Order (I) Approving the Adequacy of the Disclosure Statement; (II) Approving the Solicitation Procedures in Connection with Confirmation of the Plan; (III) Approving the Forms of Ballots and Notices in Connection Therewith; (IV) Scheduling Certain Dates with Respect Thereto; and (V) Granting Related Relief of the Group of Medical Malpractice Claimants, and Joinder in Objections* [Docket No. 2794]

    j. *Personal Injury Claimants' Joinder Ad Hoc Committee of Medical Malpractice Claimants' Objection to (1) Disclosure Statement for the Joint Chapter 11 Plan of*

2

|   |   |
|---|---|
|   | *Prospect Medical Holdings, Inc. and its Debtor Affiliates and (2) Debtors' Motion for Entry of an Order (I) Approving the Adequacy of the Disclosure Statement; (II) Approving the Solicitation Procedures in Connection with Confirmation of the Plan; (III) Approving the Forms of Ballots and Notices in Connection Therewith; (IV) Scheduling Certain Dates with Respect Thereto; and (V) Granting Related Relief* [Docket No. 2801] |
| k. | *The Ad Hoc Group of Reinsurers' Reservation of Rights to the Debtors' Disclosure Statement* [Docket No. 2824] |
| l. | *Lexington Insurance Company's Joinder to the Ad Hoc Group of Reinsurers' Reservation of Rights to the Debtors' Disclosure Statement* [Docket No. 2830] |
| m. | *Joint Chapter 11 Plan of Prospect Medical Holdings, Inc. and its Debtor Affiliates* [Docket No. 2843] |
| n. | *Disclosure Statement for the Joint Chapter 11 Plan of Prospect Medical Holdings, Inc. and its Debtor Affiliates* [Docket No. 2844] |
| o. | *Notice of Filing of (A) Further Revised Disclosure Statement and (B) Further Revised Joint Chapter 11 Plan of Prospect Medical Holdings, Inc. and its Debtor Affiliates* [Docket No. 2845] |
| p. | *Joinder of Allied World Specialty Insurance Company to Reinsurers Reservation of Rights to the Debtors' Disclosure Statement* [Docket No. 2848] |
| q. | *Witness and Exhibit List for Hearing Scheduled for August 20, 2025 at 10:30 A.M. (Prevailing Central Time)* [Docket No. 2852] |
| r. | *Joinder and Reservation of Rights to Debtors' Disclosure Statement for the Joint Chapter 11 Plan of Prospect Medical Holdings, Inc. and its Debtor Affiliates and Joinder in Objections* [Docket No. 2853] |
| s. | *Joint Chapter 11 Plan of Prospect Medical Holdings, Inc. and its Debtor Affiliates* [Docket No. 2868] |
| t. | *Disclosure Statement for the Joint Chapter 11 Plan of Prospect Medical Holdings, Inc. and its Debtor Affiliates* [Docket No. 2869] |
| u. | *Notice of Filing of (A) Third Revised Disclosure Statement and (B) Third Revised Joint Chapter 11 Plan of Prospect Medical Holdings, Inc. and its Debtor Affiliates* [Docket No. 2870] |
| v. | *Amended Witness and Exhibit List for Hearing Scheduled for August 20, 2025 at 10:30 A.M. (Prevailing Central Time)* [Docket No. 2885] |

    w.    *Notice of Hearing for August 28, 2025 Setting* [Docket No. 2945]

    x.    *Witness and Exhibit List for Hearing Scheduled for August 28, 2025 at 9:30 A.M. (Prevailing Central Time)* [Docket No. 2959]

    y.    *Joint Chapter 11 Plan of Prospect Medical Holdings, Inc. and its Debtor Affiliates* [Docket No. 2986]

    z.    *Notice of Filing of (A) Fourth Revised Disclosure Statement and (B) Fourth Revised Joint Chapter 11 Plan of Prospect Medical Holdings, Inc. and its Debtor Affiliates* [Docket No. 2988]

    aa.    *Amended Witness and Exhibit List for Hearing Scheduled for August 28, 2025 at 9:30 A.M. (Prevailing Central Time)* [Docket No. 2993]

**Status:** This matter is going forward.

2.    *Debtors' Motion for Entry of an Order (I) Approving the Adequacy of the Disclosure Statement; (II) Approving the Solicitation Procedures in Connection with Confirmation of the Plan; (III) Approving the Forms of Ballots and Notices in Connection Therewith; (IV) Scheduling Certain Dates with Respect Thereto; and (V) Granting Related Relief* [Docket No. 2097]

    **Related Documents:**

    a.    *Notice of Filing of Revised Proposed Order (I) Approving the Adequacy of the Disclosure Statement; (II) Approving Solicitation Procedures in Connection with Confirmation of the Plan; (III) Approving the Forms of Ballots and Notices in Connection Therewith; (IV) Scheduling Certain Dates with Respect Thereto; and (V) Granting Related Relief* [Docket No. 2610]

    b.    *Notice of Hearing for August 20, 2025 Setting* [Docket No. 2641]

    c.    *Amended Notice of Hearing for August 20, 2025 Setting* [Docket No. 2745]

    d.    *Ad Hoc Committee of Medical Malpractice Claimants' Objection to (1) Disclosure Statement for the Joint Chapter 11 Plan of Prospect Medical Holdings, Inc. and its Debtor Affiliates and (2) Debtors' Motion for Entry of an Order (I) Approving the Adequacy of the Disclosure Statement; (II) Approving the Solicitation Procedures in Connection with Confirmation of the Plan; (III) Approving the Forms of Ballots and Notices in Connection Therewith; (IV) Scheduling Certain Dates with Respect Thereto; and (V) Granting Related Relief* [Docket No. 2792]

    e.    *Objection to (1) Disclosure Statement for the Joint Chapter 11 Plan of Prospect Medical Holdings, Inc. and its Debtor Affiliates and (2) Debtors' Motion for Entry of an Order (I) Approving the Adequacy of the Disclosure Statement;*

      *(II) Approving the Solicitation Procedures in Connection with Confirmation of the Plan; (III) Approving the Forms of Ballots and Notices in Connection Therewith; (IV) Scheduling Certain Dates with Respect Thereto; and (V) Granting Related Relief of the Group of Medical Malpractice Claimants, and Joinder in Objections* [Docket No. 2794]

f. *Personal Injury Claimants' Joinder Ad Hoc Committee of Medical Malpractice Claimants' Objection to (1) Disclosure Statement for the Joint Chapter 11 Plan of Prospect Medical Holdings, Inc. and its Debtor Affiliates and (2) Debtors' Motion for Entry of an Order (I) Approving the Adequacy of the Disclosure Statement; (II) Approving the Solicitation Procedures in Connection with Confirmation of the Plan; (III) Approving the Forms of Ballots and Notices in Connection Therewith; (IV) Scheduling Certain Dates with Respect Thereto; and (V) Granting Related Relief* [Docket No. 2801]

g. *Notice of Filing of Further Revised Proposed Order (I) Approving the Adequacy of the Disclosure Statement; (II) Approving the Solicitation Procedures in Connection with Confirmation of the Plan; (III) Approving the Forms of Ballots and Notices in Connection Therewith; (IV) Scheduling Certain Dates with Respect Thereto; and (V) Granting Related Relief* [Docket No. 2846]

h. *Witness and Exhibit List for Hearing Scheduled for August 20, 2025 at 10:30 A.M. (Prevailing Central Time)* [Docket No. 2852]

i. *Debtors' Reply in Support of the Motion for Entry of an Order (I) Approving the Adequacy of the Disclosure Statement; (II) Approving the Solicitation Procedures in Connection with Confirmation of the Plan; (III) Approving the Forms of Ballots and Notices in Connection Therewith; (IV) Scheduling Certain Dates with Respect Thereto; and (V) Granting Related Relief* [Docket No. 2875]

j. *Notice of Filing of Third Revised Proposed Order (I) Approving the Adequacy of the Disclosure Statement; (II) Approving the Solicitation Procedures in Connection with Confirmation of the Plan; (III) Approving the Forms of Ballots and Notices in Connection Therewith; (IV) Scheduling Certain Dates with Respect Thereto; and (V) Granting Related Relief* [Docket No. 2883]

k. *Amended Witness and Exhibit List for Hearing Scheduled for August 20, 2025 at 10:30 A.M. (Prevailing Central Time)* [Docket No. 2885]

l. *Notice of Hearing for August 28, 2025 Setting* [Docket No. 2945]

m. *Witness and Exhibit List for Hearing Scheduled for August 28, 2025 at 9:30 A.M. (Prevailing Central Time)* [Docket No. 2959]

n. *Notice of Filing of Fourth Revised Proposed Order (I) Approving the Adequacy of the Disclosure Statement; (II) Approving the Solicitation Procedures in Connection*

        *with Confirmation of the Plan; (III) Approving the Forms of Ballots and Notices in Connection Therewith; (IV) Scheduling Certain Dates with Respect Thereto; and (V) Granting Related Relief* [Docket No. 2991]

    o.    *Amended Witness and Exhibit List for Hearing Scheduled for August 28, 2025 at 9:30 A.M. (Prevailing Central Time)* [Docket No. 2993]

**Status:** **This matter is going forward.**

3.    *Notice of Successful Bidder for the California Sale Transaction* [Docket No. 2989]

    **Related Documents:**

    a.    *Debtors' Motion for Entry of an Order (I)(A) Approving Bidding Procedures and the Form and Manner of Notice Thereof, (B) Authorizing the Selection of Stalking Horse Bidder(s) and Approving Bid Protections, (C) Establishing Bid Deadlines and Scheduling Auction(s) and Sale Hearing(s), and (D) Establishing Certain Assumption and Assignment Procedures and Approving the Manner of Notice Thereof, (II)(A) Authorizing the Sale of the Assets Free and Clear of All Encumbrances, and (B) Approving the Assumption and Assignment of the Assumed Contracts, And (III) Granting Related Relief* [Docket No. 708]

    b.    *Order (I)(A) Approving Bidding Procedures and the Form and Manner of Notice Thereof, (B) Authorizing the Selection of Stalking Horse Bidder(s) and Approving Bid Protections, (C) Establishing Bid Deadlines and Scheduling Auction(s) and Sale Hearing(s), and (D) Establishing Certain Assumption and Assignment Procedures and Approving the Manner of Notice Thereof, (II)(A) Authorizing the Sale of the Assets Free and Clear of All Encumbrances, and (B) Approving the Assumption and Assignment of the Assumed Contracts, and (III) Granting Related Relief* [Docket No. 1264]

    c.    *Notice of Revised Deadline to File California and Connecticut Assumption and Assignment Notices* [Docket No. 1460]

    d.    *Notice of (I) Potential Assumption and Assignment of Executory Contracts and Unexpired Leases and (II) Cure Amounts* [Docket No. 1571]

    e.    *Objection of Solventum Health Information Systems, Inc. to Debtors' Notice of (I) Potential Assumption and Assignment of Executory Contracts and Unexpired Leases and (II) Cure Amounts* [Docket No. 1632] (Resolved)

    f.    *Lumen Technologies Inc.'s Objection to Notice of (I) Potential Assumption and Assignment of Executory Contracts and Unexpired Leases and (II) Cure Amounts* [Docket No. 1677]

g. *Joint Objection of California Physicians' Service DBA Blue Shield of California and Blue Shield of California Promise Health Plan F/K/A Care 1st Health Plan to Cure Amount Stated in Debtors' Notice of (I) Potential Assumption and Assignment of Executory Contracts and Unexpired Leases and (II) Cure Amounts* [Docket No. 1729]

h. *Limited Objection and Reservation of Rights of Cerner Corporation to Notice of (I) Potential Assumption and Assignment of Executory Contracts and Unexpired Leases and (II) Cure Amounts* [Docket No. 1737]

i. *Angeles-IPA, A Medical Corporation's Objection to Cure Amounts and Reservation of Rights* [Docket No. 1745]

j. *Healthsmart Management Services Organization, Inc.'s Objection to Cure Amounts and Reservation of Rights* [Docket No. 1746]

k. *Objection of Advanced Sterilization Products Services, Inc. to Notice of (I) Potential Assumption and Assignment of Executory Contracts and Unexpired Leases and (II) Cure Costs* [Docket 1747] (Resolved)

l. *Objection of Vitalware, LLC to Notice of (I) Potential Assumption and Assignment of Executory Contracts and Unexpired Leases and (II) Cure Amounts* [Docket No. 1751]

m. *Limited Objection and Reservation of Rights of Dext Capital, LLC to the Notice of (I) Potential Assumption and Assignment of Executory Contracts and Unexpired Leases and (II) Cure Amounts* [Docket No. 1757]

n. *Objection of Dayforce US, Inc. to Debtors' Notice of (I) Potential Assumption and Assignment of Executory Contracts and Unexpired Leases and (II) Cure Amounts* [Docket No. 1760]

o. *Cornerstone Engineering, Inc.'s Limited Objection and Reservation of Rights to Debtors' Notice of (I) Potential Assumption and Assignment of Executory Contracts and Unexpired Leases and (II) Cure Amounts* [Docket No. 1768] (Resolved)

p. *Limited Objection of Siemens Medical Solutions USA, Inc. and Siemens Healthcare Diagnostics Inc. to Debtors' Notice of (I) Potential Assumption and Assignment of Executory Contracts and Unexpired Leases and (II) Cure Amounts* [Docket No. 1782]

q. *Limited Objection and Reservation of Rights of Local Initiative Health Authority for Los Angeles County DBA L.A. Care Health Plan to Notice of (I) Potential Assumption and Assignment of Executory Contracts and Unexpired Leases and (II) Cure Amounts* [Docket No. 1789]

r. *Cure Objection to Notice of (I) Potential Assumption and Assignment of Executory Contracts and Unexpired Leases and (II) Cure Amounts* [Docket No. 1793]

s. *Limited Objection and Reservation of Rights of Siemens Financial Services, Inc. to Debtors' Notice of (I) Potential Assumption and Assignment of Executory Contracts and Unexpired Leases and (II) Cure Amounts* [Docket No. 1794]

t. *Compass Parties' Objection and Reservation of Rights to Debtors' Notice of (I) Potential Assumption and Assignment of Executory Contracts and Unexpired Leases and (II) Cure Amounts* [Docket No. 1795]

u. *Objection of Safety National Casualty Corporation to Notice of (I) Potential Assumption and Assignment of Executory Contracts and Unexpired Leases and (II) Cure Amounts* [Docket No. 1796]

v. *Objection of Cigna to Notice of (I) Potential Assumption and Assignment of Executory Contracts and Unexpired Leases and (II) Cure Amounts* [Docket No. 1797]

w. *McKesson Corporation and Certain Corporate Affiliates' Objection to Debtors' Proposed Assumption and Assignment of Contracts and Unexpired Leases* [Docket No. 1799]

x. *Microsoft's Limited Objection to Debtors' Notice of (I) Potential Assumption and Assignment of Executory Contracts and Unexpired Leases and (II) Cure Amounts* [Docket No. 1803]

y. *Objection of Allscripts Healthcare, LLC and Altera Digital Health Inc. to Debtors' Proposed Assumption and Assignment of Contracts and Unexpired Leases* [Docket No. 1808]

z. *Creditor California Department of Health Care Services' Limited Objections to Debtors' (I) Notice of Potential Assumption and Assignments of Executory Contracts and Unexpired Leases and (II) Cure Amounts* [Docket No. 1813]

aa. *Limited Objection to Notice of (I) Potential Assumption and Assignment of Executory Contracts and Unexpired Leases and (II) Cure Costs* [Docket No. 1897]

bb. *Philips Healthcare's Limited Objection to Debtors' Notice of (I) Potential Assumption and Assignment of Executory Contracts and Unexpired Leases and (II) Cure Amounts* [Docket No. 1898]

cc. *Notice of Revised California and Connecticut Sale Transaction Milestones* [Docket No. 2196]

8

dd. *Supplemental Notice of (I) Potential Assumption and Assignment of California Executory Contracts and Unexpired Leases and (II) Cure Costs* [Docket No. 2701]

ee. *Notice of Designation of Stalking Horse Bidder* [Docket No. 2738]

ff. *Notice of Auction and Sale Hearing* [Docket No. 2755]

gg. *Notice of Hearing for August 28, 2025 Setting* [Docket No. 2945]

hh. *Limited Objection and Reservation of Rights of Dext Capital, LLC to CA Sale Transaction* [Docket No. 2947]

ii. *Witness and Exhibit List for Hearing Scheduled for August 28, 2025 at 9:30 A.M. (Prevailing Central Time)* [Docket No. 2959]

jj. *Limited Objection and Reservation of Rights of Siemens Financial Services, Inc. to Debtors' Motion for Entry of an Order (I) (A) Approving the Bidding Procedures and the Form and Manner of Notice Thereof, (B) Authorizing the Selection of Stalking Horse Bidder(s) and Approving the Bid Protections, (C) Establishing Bid Deadlines and Scheduling Auction(s) and Sale Hearing(s), (D) Establishing Certain Assumption and Assignment Procedures and Approving the Manner and Notice Thereof, and (II) (A) Authorizing the Sale of the Assets Free and Clear of all Encumbrances, and (B) Approving the Assumption and Assignment of the Assumed Contracts, and Granting Related Relief, and (III) Notice of Auction and Sale Hearing of the Debtors' California Assets* [Docket No. 2974]

kk. *Supplemental Objection of the Elevance Health Companies, Inc. and Affiliates to the (A) Debtors' Notice of (I) Potential Assumption and Assignment of Executory Contracts and Unexpired Leases and (II) Cure Amounts; and (B) Limited Objection to Debtors' Motion for Entry of an Order (I) (A) Approving Bidding Procedures and the Form and Manner of Notice Thereof, (B) Authorizing the Selection of Stalking Horse Bidder(s) and Approving the Bid Protections, (C) Establishing Bid Deadlines and Scheduling Auction(s) and Sale Hearing(s), and (D) Establishing Certain Assumption and Assignment Procedures, and Approving the Manner and Notice Thereof, (II) A Authorizing the Sale of the Assets Free and Clear of All Encumbrances and (B) Approving the Assumption and Assignment of the Assumed Contracts, and (III) Granting Related Relief* [Docket No. 2975]

ll. *United States' Objection to the Sale of Debtors' California Sale Assets and Clear of Interests* [Docket No. 2976]

mm. *ECapital Healthcare Corp.'s Limited Reservation of Rights Regarding the Debtors Motion for Entry of an Order (I) (A) Approving the Bidding Procedures and the Form and Manner of Notice Thereof, (B) Authorizing the Selection of Stalking Horse Bidder(s) and Approving the Bid Protections, (C) Establishing Bid Deadlines and Scheduling Auction(s) and Sale Hearing(s), and (D) Establishing*
9

           *Certain Assumption and Assignment Procedures and Approving the Manner and Notice Thereof, (II) (A) Authorizing the Sale of the Assets Free and Clear of all Encumbrances, and (B) Approving the Assumption and Assignment of the Assumed Contracts, and (III) Granting Related Relief* [Docket No. 2977] (Resolved)

    nn.    *Creditor California Department of Health Care Services's Objections to Debtors' Motion for Entry of an Order Authorizing the Sale of Debtors' Assets Free and Clear of all Liens, Claims, and Encumbrances* [Docket No. 2978]

    oo.    *Request for Judicial Notice in Support of Creditor California Department of Health Care Services's Objections to Sale Motion* [Docket No. 2981]

    pp.    *Limited Objection and Reservation of Rights of the California Statewide Communities Development Authority with Respect to the Debtors' Motion for Entry of an Order (I)(A) Approving the Bidding Procedures and the Form and Manner of Notice Thereof, (B) Authorizing the Selection of Stalking Horse Bidder(s) and Approving Bid Protections, (C) Establishing Bid Deadlines and Scheduling Auction(s) and Sale Hearing(s), and (D) Establishing Certain Assumption and Assignment Procedures and Approving the Manner of Notice Thereof; (II) (A) Authorizing the Sale of the Assets Free and Clear of all Encumbrances, and (B) Approving the Assumption and Assignment of the Assumed Contracts, and (III) Granting Related Relief* [Docket No. 2984]

    qq.    *Compass Parties' Objection to Debtors' Sale of California Assets to NOR Healthcare Systems Corp. and Supplemental Objection to Debtors' Notice of (I) Potential Assumption and Assignment of Executory Contracts and Unexpired Leases and (II) Cure Amounts* [Docket No. 2985]

    rr.    *Declaration of Andrew Turnbull in Support of the Debtors' Proposed Order (I) Authorizing the Sale of the California Assets Free and Clear of all Encumbrances, (II) Approving the Assumption and Assignment of the Assigned Contracts, and (III) Granting Related Relief* [Docket No. 2990]

    ss.    *Amended Witness and Exhibit List for Hearing Scheduled for August 28, 2025 at 9:30 A.M. (Prevailing Central Time)* [Docket No. 2993]

**Status:** **This matter is going forward.**

4.    *Request to Reset Hearing on Motion to Compel Immediate Assumption or Rejection of Medi-Cal Provider Agreements as Executory Contracts to Coincide with Hearing on Sale Motion on August 28, 2025 at 9:30 A.M. (Prevailing Central Time)* [Docket No. 2965]

    **Related Documents:**

    a.    *Motion to Compel Immediate Assumption or Rejection of Medi-Cal Provider Agreements as Executory Contracts* [Docket No. 1904]

10

    b. *Debtors' Objection to Motion to Compel Immediate Assumption or Rejection of Medi-Cal Provider Agreements as Executory Contracts* [Docket No. 2158]

    c. *Debtors' Objection to Request to Reset Hearing on Motion to Compel Immediate Assumption or Rejection of Medi-Cal Provider Agreements as Executory Contracts to Coincide with Hearing on Sale Motion on August 28, 2025 Filed by Creditor California Department of Health Care Services* [Docket No. 2992]

**<u>Status</u>: This matter is going forward.**

*[Remainder of page intentionally left blank.]*

Dated: August 28, 2025  
Dallas, Texas

    */s/ Thomas R. Califano*
SIDLEY AUSTIN LLP
Thomas R. Califano (24122825)
Rakhee V. Patel (00797213)
Maegan Quejada (24105999)
2021 McKinney Avenue, Suite 2000
Dallas, Texas 75201
Telephone:   (214) 981-3300
Facsimile:   (214) 981-3400
Email:   tom.califano@sidley.com
        rpatel@sidley.com
        mquejada@sidley.com

*and*

William E. Curtin (admitted *pro hac vice*)
Patrick Venter (admitted *pro hac vice*)
Anne G. Wallice (admitted *pro hac vice*)
787 Seventh Avenue
New York, New York 10019
Telephone:   (212) 839-5300
Facsimile:   (212) 839-5599
Email:   wcurtin@sidley.com
        pventer@sidley.com
        anne.wallice@sidley.com

*Attorneys for the Debtors*
*and Debtors in Possession*

## Certificate of Service

I certify that on August 28, 2025, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Northern District of Texas.

                                            */s/ Thomas R. Califano*
                                            Thomas R. Califano