WINSTON & STRAWN LLP
LeElle B. Slifer
Texas Bar No. 24074549
2121 North Pearl Street, Suite 900
Dallas, TX 75201
Telephone: (214) 453-6431
Email: lslifer@winston.com

Jeffrey C. Wisler (DE #2795)
CONNOLLY GALLAGHER LLP
1201 N. Market Street, 20th Floor
Wilmington, DE 19801
Telephone: (302) 757-7300
Facsimile: (302) 658-0380
Email: jwisler@connollygallagher.com

*Counsel for Stonebriar Commercial Finance LLC*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | |
|---|---|
| In re:<br><br>Prospect Medical Holdings, Inc., *et al*.,<br><br>Debtors. | Chapter 11<br>Case No. 25-80002 (SGJ)<br>Jointly Administered<br><br>**Re: Docket No. 2927** |

### OBJECTION OF STONEBRIAR COMMERCIAL FINANCE LLC TO AUGUST 23, 2025 NOTICE OF REJECTION OF EXECUTORY CONTRACTS

Stonebriar Commercial Finance LLC ("Stonebriar"), by and through its undersigned counsel, hereby objects to the *Notice of Rejection of Executory Contracts* [Docket No. 2927] ("Rejection Notice"), and in support thereof, respectfully states as follows:

### BACKGROUND

1. Stonebriar and debtor Prospect Crozer, LLC are parties to a Master Lease Agreement, dated as of April 13, 2020, and Equipment Schedule No. 1 (collectively, the "Lease"). Pursuant to the Lease, Stonebriar leases certain HVAC equipment ("Equipment") to the Debtors.

The Equipment is located and utilized by the Debtors throughout the Crozer Chester Medical Center ("Center").

2. Upon any termination, the Lease requires the Debtors uninstall and deliver the Equipment to Stonebriar at Debtors' sole cost and expense.

3. The Rejection Notice proposes to reject the Lease effective as of August 22, 2025.[1] However, Stonebriar's Equipment has not been delivered to Stonebriar. Further, it is likely that the Debtors continue to utilize the Equipment to maintain the environmental integrity of the Center.

## OBJECTION

4. Stonebriar objects to the Rejection Notice because the Equipment was not returned to Stonebriar on or before the proposed effective date of rejection. Further, the Debtors may not reject the Lease while continuing to utilize and benefit from the Equipment.

5. The Bankruptcy Code gives debtors the right to reject executory contracts. 11 U.S.C. § 365(a). However, the Bankruptcy Code does not give debtors the right to reject a lease for equipment that it continues to utilize, or to reject a lease without returning the leased equipment or at least making it available to the owner thereof.

6. Rejection of the Lease should not be permitted while the Debtors continue to utilize the Equipment for their benefit, and should not be effective until the Equipment has been returned or made available to Stonebriar.

WHEREFORE, Stonebriar respectfully requests that this Court (i) deny Debtors' proposed rejection of the Leases except as consistent with the foregoing, and (ii) grant such further relief to Stonebriar as is just and equitable.

---

[1] The general rule in this Circuit is that the effective date of a rejection should be no earlier than the date of the entry of an order approving such rejection. *In re Amber's Stores, Inc.*, 193 B.R. 819, 826-27 (Bankr. N.D. Tex. 1996).

Dated: September 8, 2025

WINSTON & STRAWN LLP

/s/ *LeElle B. Slifer*
LeElle B. Slifer
Texas Bar No. 24074549
2121 North Pearl Street, Suite 900
Dallas, TX  75201
Telephone: (214) 453-6431
Email:  lslifer@winston.com

and

CONNOLLY GALLAGHER LLP
Jeffrey C. Wisler (#2795)
1201 North Market Street, 20th Floor
Wilmington, DE  19801
Telephone: (302) 757-7300
Facsimile: (302) 658-0380
Email: jwisler@connollygallagher.com

#05905446

*Counsel for Stonebriar Commercial Finance LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that, on September 8, 2025, a true and correct copy of the foregoing document was served electronically by the Court's PACER system on all parties who have entered their appearance in this chapter 11 proceeding.

/s/ *LeElle B. Slifer*
LeElle B. Slifer