SIDLEY AUSTIN LLP
Thomas R. Califano (24122825)
Rakhee V. Patel (00797213)
Maegan Quejada (24105999)
2021 McKinney Avenue, Suite 2000
Dallas, Texas 75201
Telephone:    (214) 981-3300
Facsimile:    (214) 981-3400
Email:      tom.califano@sidley.com
            rpatel@sidley.com
            mquejada@sidley.com

SIDLEY AUSTIN LLP
William E. Curtin (admitted *pro hac vice*)
Patrick Venter (admitted *pro hac vice*)
Anne G. Wallice (admitted *pro hac vice*)
787 Seventh Avenue
New York, New York 10019
Telephone: (212) 839-5300
Facsimile: (212) 839-5599
Email:      wcurtin@sidley.com
            pventer@sidley.com
            anne.wallice@sidley.com

*Attorneys for the Debtors
and Debtors in Possession*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| PROSPECT MEDICAL HOLDINGS, INC., *et al.*,[1] | Case No. 25-80002 (SGJ) |
| Debtors. | (Jointly Administered) |

**NOTICE OF JOINT STIPULATION AND
AGREED ORDER BETWEEN THE DEBTORS AND
LEGACY ECHN, INC. ADJOURNING THE OBJECTION
DEADLINE AND HEARING DATE WITH RESPECT
TO THE NINTH OMNIBUS OBJECTION AS
IT PERTAINS TO THE PARTIES**

        **PLEASE TAKE NOTICE** that, pursuant to the Stipulation and Agreed Order attached

hereto as **Exhibit A**, Prospect Medical Holdings, Inc. and its debtor affiliates, as debtors and

debtors in possession in the above-captioned chapter 11 cases (collectively, the "Debtors") and

Legacy ECHN, Inc. ("Legacy ECHN," and together with the Debtors, the "Parties") have agreed

---

[1]    A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors'
claims and noticing agent at https://omniagentsolutions.com/Prospect.  The Debtors' mailing address is 3824
Hughes Ave., Culver City, CA 90232.

to adjourn the *Debtors' Ninth Omnibus Objection to Certain Cross Debtor Duplicate Claims* [Docket No. 2831], as applicable to Legacy ECHN, on the terms set forth in **<u>Exhibit A</u>**.

[*Remainder of Page Intentionally Left Blank*]

Dated: September 15, 2025
Dallas, Texas

*/s/ Thomas R. Califano*

**SIDLEY AUSTIN LLP**
Thomas R. Califano (24122825)
Rakhee V. Patel (00797213)
Maegan Quejada (24105999)
2021 McKinney Avenue, Suite 2000
Dallas, Texas 75201
Telephone:     (214) 981-3300
Facsimile:      (214) 981-3400
Email:          tom.califano@sidley.com
                rpatel@sidley.com
                mquejada@sidley.com

*and*

William E. Curtin (admitted *pro hac vice*)
Patrick Venter (admitted *pro hac vice*)
Anne G. Wallice (admitted *pro hac vice*)
787 Seventh Avenue
New York, New York 10019
Telephone:     (212) 839-5300
Facsimile:      (212) 839-5599
Email:          wcurtin@sidley.com
                pventer@sidley.com
                anne.wallice@sidley.com

*Attorneys for the Debtors*
*and Debtors in Possession*

**<u>Certificate of Service</u>**

I certify that on September 15, 2025, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Northern District of Texas.

*/s/ Thomas R. Califano*
Thomas R. Califano

## Exhibit A

**Stipulation and Agreed Order**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| PROSPECT MEDICAL HOLDINGS, INC., *et al.*,[1] | Case No. 25-80002 (SGJ) |
| Debtors. | (Jointly Administered) |

**STIPULATION AND AGREED ORDER BY**
**AND AMONG THE DEBTORS AND LEGACY ECHN,**
**INC. ADJOURNING THE OBJECTION DEADLINE AND**
**HEARING DATE WITH RESPECT TO THE NINTH OMNIBUS**
**OBJECTION AS IT PERTAINS TO THE PARTIES**

This stipulation and agreed order (this "Stipulation and Agreed Order") is made by and among Prospect Medical Holdings, Inc. and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "Debtors") and Legacy

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://omniagentsolutions.com/Prospect. The Debtors' mailing address is 3824 Hughes Ave., Culver City, CA 90232.

ECHN, Inc. ("Legacy ECHN," and together with the Debtors, the "Parties"). The Parties hereby stipulate and agree as follows:

## RECITALS

**WHEREAS**, beginning on January 11, 2025 (the "Petition Date"), the Debtors filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Northern District of Texas (the "Court").

**WHEREAS**, on April 17, 2025, Legacy ECHN filed against certain of the Debtors nine proofs of claim (the "Claims"), registered as Claim Nos. C002-1700, C029-15, C040-9, C041-126, C042-3, C063-5, C064-42, C065-110, and C067-83, respectively.

**WHEREAS**, on August 15, 2025, the Debtors filed the *Debtors' Ninth Omnibus Objection to Certain Cross Debtor Duplicate Claims* [Docket No. 2831] (the "Ninth Omnibus Claims Objection"), seeking to disallow and expunge Claim Nos. C029-15, C040-9, C041-126, C042-3, C063-5, C064-42, C065-110, and C067-83 on the basis that, with the exception of the Debtor entity against which they are asserted, each of these Claims is duplicative of Claim No. C002-1700.

**WHEREAS**, following the filing of the Ninth Omnibus Claims Objection, the Parties engaged in discussions regarding the Debtors' objections against the Omnibus Claims.

**WHEREAS**, the Parties have agreed to adjourn the Ninth Omnibus Claims Objection, solely with respect to the Claims filed by Legacy ECHN, until after confirmation of the Debtors' chapter 11 cases pursuant to the *Joint Chapter 11 Plan of Prospect Medical Holdings, Inc. and Its Debtor Affiliates* [Docket No. 2094] (as amended, supplemented, or otherwise modified from time to time, the "Plan").

**WHEREAS**, the undersigned hereby represent and warrant that they have full authority to execute this Stipulation and Agreed Order on behalf of the respective parties, and that the

2

respective parties have full knowledge of, and have consented to, this Stipulation and Agreed Order.

**WHEREAS**, the Parties agree that each of them has had a full opportunity to participate in the drafting of this Stipulation and Agreed Order and, accordingly, any claimed ambiguity shall be construed neither for nor against any of the Parties.

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED BY THE PARTIES, AND UPON APPROVAL BY THE COURT OF THIS STIPULATION AND AGREED ORDER, IT IS ORDERED AS FOLLOWS:**

1.      The foregoing recitals are hereby incorporated by reference into this Stipulation and Agreed Order with the same force and effect as if fully set forth hereinafter.

2.      Upon the Court's entry of this Stipulation and Agreed Order, the Parties agree to adjourn any hearing on the Ninth Omnibus Claims Objection solely with respect to the Claims until after confirmation of the Plan.  The deadline for Legacy ECHN to respond to the Ninth Omnibus Claims Objection shall be fourteen (14) days following the entry of the confirmation order in the Debtors' chapter 11 cases, which may be further extended pursuant to a mutual agreement of the Parties or any successors in interest thereto.

3.      Notwithstanding the foregoing or anything to the contrary herein, Legacy ECHN agrees to only voting the claims asserted against Debtor Prospect Medical Holdings, Inc. for purposes of confirmation of the Plan; *provided* that, pending resolution of the Ninth Omnibus Claims Objection, nothing in this paragraph 3 shall impact the validity, extent, or priority of Legacy ECHN's claims against the Debtors for distribution purposes.

4.      Entry of this Stipulation and Agreed Order is without prejudice to the Debtors', or any successor in interests', right to object to any other claims in these chapter 11 cases or to further object to the Claims on other grounds at a later date.

5.      This Stipulation and Agreed Order constitutes the entire agreement and understanding between the Parties with respect to the subject matter hereof, and there are no representations, understandings, or agreements relative hereto which are not fully expressed herein.

6.      This Stipulation and Agreed Order may be signed in counterparts (including, without limitation, by PDF, facsimile or electronic transmission) each of which will be deemed an original and all of which will be taken together and deemed to constitute one instrument.

7.      This Stipulation and Agreed Order is binding upon the Parties and each of their successors, agents, and assigns, including bankruptcy trustees and estate representatives, and any parent, subsidiary, or affiliated entity of the Parties.

8.      This Stipulation and Agreed Order shall be effective and enforceable immediately upon entry of this Stipulation and Agreed Order, in accordance with its terms.

9.      This Stipulation and Agreed Order is subject to the approval of the Court.  In the event that the Court declines to approve this Stipulation and Agreed Order, it shall be null and void, with no force or effect.

10.      The Court retains jurisdiction with respect to the implementation of this Stipulation and Agreed Order, and the Parties hereby consent to such jurisdiction to resolve any disputes or controversies with respect to this Stipulation and Agreed Order.

**# # # END OF ORDER # # #**

**STIPULATED AND AGREED:**

*/s/ Thomas R. Califano*

SIDLEY AUSTIN LLP
Thomas R. Califano (24122825)
Rakhee V. Patel (00797213)
Maegan Quejada (24105999)
2021 McKinney Avenue, Suite 2000
Dallas, Texas 75201
Telephone:      (214) 981-3300
Facsimile:      (214) 981-3400
Email:          tom.califano@sidley.com
                rpatel@sidley.com
                mquejada@sidley.com

*Attorneys for the Debtors*
*and Debtors in Possession*

SIDLEY AUSTIN LLP
William E. Curtin (admitted *pro hac vice*)
Patrick Venter (admitted *pro hac vice*)
Anne G. Wallice (admitted *pro hac vice*)
787 Seventh Avenue
New York, New York 10019
Telephone: (212) 839-5300
Facsimile: (212) 839-5599
Email:          wcurtin@sidley.com
                pventer@sidley.com
                anne.wallice@sidley.com

-and-

*/s/ Scott A. Griffin*

Scott A. Griffin (admitted *pro hac vice*)
Wiggin and Dana LLP
437 Madison Ave, 35th Floor
New York, NY 10022
Telephone:      (212) 551-2600
Email:          sgriffin@wiggin.com

*Attorney for Legacy ECHN, Inc.*