| | |
|---|---|
| SIDLEY AUSTIN LLP | SIDLEY AUSTIN LLP |
| Thomas R. Califano (24122825) | William E. Curtin (admitted *pro hac vice*) |
| Rakhee V. Patel (00797213) | Patrick Venter (admitted *pro hac vice*) |
| Maegan Quejada (24105999) | Anne G. Wallice (admitted *pro hac vice*) |
| 2021 McKinney Avenue, Suite 2000 | 787 Seventh Avenue |
| Dallas, Texas 75201 | New York, New York 10019 |
| Telephone: (214) 981-3300 | Telephone: (212) 839-5300 |
| Facsimile: (214) 981-3400 | Facsimile: (212) 839-5599 |
| Email: tom.califano@sidley.com | Email: wcurtin@sidley.com |
| rpatel@sidley.com | pventer@sidley.com |
| mquejada@sidley.com | anne.wallice@sidley.com |

*Attorneys for the Debtors
and Debtors in Possession*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| PROSPECT MEDICAL HOLDINGS, INC.*, et al.*,[1] | Case No. 25-80002 (SGJ) |
| Debtors. | (Jointly Administered) |

**NOTICE OF STATUS CONFERENCE FOR SEPTEMBER 16, 2025 SETTING**

**PLEASE TAKE NOTICE** that a status conference has been scheduled for **September 16, 2025 at 1:30 p.m. (prevailing Central Time)** before the Honorable Stacey G.C. Jernigan to consider the following matters:

1. *Debtors' Motion for Entry of an Order Authorizing and Approving the Debtors' Assumption of the Asset Purchase Agreement with Yale New Haven Health Services Corporation* [Docket No. 2855] (the "Motion to Assume").

2. Status update on the mediation held on September 15, 2025, in connection with the Motion to Assume.

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://omniagentsolutions.com/Prospect. The Debtors' mailing address is 3824 Hughes Ave., Culver City, CA 90232.

1

**PLEASE TAKE FURTHER NOTICE** that parties may participate in the status conference either in person or by an audio and video connection.

**PLEASE TAKE FURTHER NOTICE** that, parties who wish to appear and participate in the status conference by videoconference may do so via WebEx at the following link:

**LINK:** https://us-courts.webex.com/meet/jerniga

**PLEASE TAKE FURTHER NOTICE** that, the WebEx status conference instructions may be obtained from Judge Jernigan's hearing/calendar site: **https://www.txnb.uscourts.gov/judges-info/hearing-dates/chief-judgejernigans-hearing-dates.** Parties should review the Webex instructions prior to the status conference.

● **Dial-In:**     650.479.3207

● **Access Code:**     2304 154 2638

**PLEASE TAKE FURTHER NOTICE** that, status conference appearances must be made electronically in advance of electronic status conferences. To make your appearance, click the "Electronic Appearance" link on Judge Jernigan's homepage: **https://www.txnb.uscourts.gov/content/chief-judge-stacey-g-c-jernigan.** Select the case name, complete the required fields and click "Submit" to complete your appearance.

**PLEASE TAKE FURTHER NOTICE** that, copies of the pleadings filed in this case may be obtained (i) at the website established by the Debtors' noticing agent, Omni Agent Solutions, Inc., at https://omniagentsolutions.com/Prospect, (ii) from the Court's website http://www.txnb.uscourts.gov via ECF/Pacer, or (iii) upon request to the undersigned.

[*Remainder of the page intentionally left blank.*]

Dated: September 15, 2025
Dallas, Texas

*/s/ Thomas R. Califano*
**SIDLEY AUSTIN LLP**
Thomas R. Califano (24122825)
Rakhee V. Patel (00797213)
Maegan Quejada (24105999)
2021 McKinney Avenue, Suite 2000
Dallas, Texas 75201
Telephone: (214) 981-3300
Facsimile: (214) 981-3400
Email: tom.califano@sidley.com
rpatel@sidley.com
mquejada@sidley.com

*and*

William E. Curtin (admitted *pro hac vice*)
Patrick Venter (admitted *pro hac vice*)
Anne G. Wallice (admitted *pro hac vice*)
787 Seventh Avenue
New York, New York 10019
Telephone: (212) 839-5300
Facsimile: (212) 839-5599
Email: wcurtin@sidley.com
pventer@sidley.com
anne.wallice@sidley.com

*Attorneys for the Debtors*
*and Debtors in Possession*

## Certificate of Service

I certify that on September 15, 2025, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Northern District of Texas.

*/s/ Thomas R. Califano*
Thomas R. Califano