The Law Office of Vincent P. Slusher
Vincent P. Slusher (00785480)
2121 N. Akard St., Suite 250
Dallas, Texas 75201
Telephone:     (214) 478-5926
Email:            vince.slusher@proton.me

*Conflicts Counsel for the Debtors
and Debtors in Possession*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| In re:<br><br>PROSPECT MEDICAL HOLDINGS, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 25-80002 (SGJ)<br><br>(Jointly Administered) |

**AGENDA FOR STATUS CONFERENCE SCHEDULED FOR
SEPTEMBER 18, 2025 AT 2:30 P.M. (PREVAILING CENTRAL TIME)**

The above-captioned debtors and debtors in possession (collectively, the "<u>Debtors</u>") hereby file this agenda for matters set for status conference on September 18, 2025 at 2:30 p.m. (prevailing Central Time), before the Honorable Stacey G.C. Jernigan at the United States Bankruptcy Court for the Northern District of Texas, at Courtroom 1, 14th Floor, Earle Cabell Federal Building, 1100 Commerce Street, Dallas, Texas 75242-1496.

**AGENDA MATTERS**

1. Status update on discussions held with the Debtors' insurers and reinsurers regarding professional and general liability coverage and potential settlement in connection with the *Order (I) Approving and Authorizing Mandatory Claims Resolution Procedures to Resolve Professional Liability and General Liability Claims and (II) Granting Related Relief* [Docket No. 2181].

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://omniagentsolutions.com/Prospect. The Debtors' mailing address is 3824 Hughes Ave., Culver City, CA 90232.

**Related Documents:**

a.   *Order (I) Approving and Authorizing Mandatory Claims Resolution Procedures to Resolve Professional Liability and General Liability Claims and (II) Granting Related Relief* [Docket No. 2181]

b.   *Notice of Status Conference for September 18, 2025 Setting* [Docket No. 3062]

**Status:**  **This matter is going forward.**

*[Remainder of the page intentionally left blank.]*

Dated: September 17, 2025  
Dallas, Texas

        /s/ *[DRAFT]*
--------

The Law Office of Vincent P. Slusher  
Vincent P. Slusher (00785480)  
2121 N. Akard St., Suite 250  
Dallas, Texas 75201  
Telephone:    (214) 478-5926  
Email:    vince.slusher@proton.me

*Conflicts Counsel for the Debtors*  
*and Debtors in Possession*

**Certificate of Service**

I certify that on September 17, 2025, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Northern District of Texas.

/s/ *[DRAFT]*
Vincent P. Slusher