

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed September 12, 2025**

**United States Bankruptcy Judge**

---

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| PROSPECT MEDICAL HOLDINGS, INC., *et al.*,[1] | Case No. 25-80002 (SGJ) |
| Debtors. | (Jointly Administered)<br>Ref. Doc. 3069 |

## AMENDED STIPULATION AND AGREED DISCOVERY SCHEDULING ORDER

The above-captioned debtors and debtors in possession (collectively, the "Debtors") and

Yale New Haven Health Services Corporation ("YNHH") (collectively, the "Parties") enter into

this amended stipulation and agreed discovery scheduling order (this "Amended Stipulation") and

agree as follows:

---

[1]   A complete list of each of the Debtors in these Chapter 11 Cases may be obtained on the website of the Debtors'
claims and noticing agent at https://omniagentsolutions.com/Prospect.  The Debtors' mailing address is 3824
Hughes Ave., Culver City, CA 90232.

**<u>Recitals</u>**

A.      On August 4, 2025, YNHH filed its *Motion for Relief From the Automatic Stay to Proceed to Summary Judgment in the State Law Contract Action* [Docket No. 2722] (the "<u>Stay Motion</u>").

B.      On August 18, 2025, the Debtors filed their *Objection to Motion for Relief from Automatic Stay filed by Yale New Haven Health Services Corporation* [Docket No. 2857] (the "<u>Objection</u>").

C.      On August 18, 2025, the Debtors filed their *Motion for Entry of an Order Authorizing and Approving the Debtors' Assumption of the Asset Purchase Agreement With Yale New Haven Health Services Corporation* [Docket No. 2855] (the "<u>Assumption Motion</u>" and with the Stay Motion, the "<u>Contested Matters</u>").

D.      The Court scheduled a hearing on the Contested Matters for September 23, 2025.

E.      On August 31, 2025, the Parties entered into a stipulation and agreed discovery scheduling order, which the Court approved on September 5, 2025 [Docket No. 3069] (the "<u>Stipulation</u>").

F.      The Parties have met and conferred and agreed to an amended schedule for briefing and discovery on the Assumption Motion.

G.      The Parties now jointly submit this Amended Stipulation and respectfully request that the Court approve the proposed schedule and procedures set forth below.

**<u>Stipulation and Order</u>**

**NOW THEREFORE**, the Court orders as follows:

1.      The Parties shall adhere to the following schedule in connection with the Contested Matters:

| Event | Deadline |
|---|---|
| Deadline for the Parties to serve written and document discovery requests and deposition notices on the other Party; non-deposition discovery to consist solely of discrete, limited, and reasonable requests for production of specific documents; written discovery to consist solely of less than ten interrogatories to the Debtors. | August 29, 2025 at 11:59 p.m. CT |
| Deadline to serve document and deposition subpoenas on any nonparties | September 1, 2025 at 5:00 p.m. CT |
| Deadline for the Parties to complete written and document discovery | September 5, 2025 at 5:00 p.m. CT |
| Deadline for the Parties to provide initial identity of testifying fact witnesses | September 5, 2025 at 5:00 p.m. CT |
| Mediation | September 15, 2025 |
| Status / scheduling conference with the Court regarding discovery disputes | September 16, 2025 at 1:30 p.m. CT |
| Fact witness depositions | Subject to the Parties' best efforts, to be conducted September 17 through September 30, 2025 |
| Deadline for YNHH to respond to the Assumption Motion | September 16, 2025 |
| Deadline for the Debtors to file a reply in support of the Assumption Motion | September 23, 2025 |
| Deadline for the Parties to exchange expert reports | September 24, 2025 at 5:00 p.m. CT |
| Expert depositions | Subject to the Parties' best efforts, to be conducted September 25 through October 3, 2025 |
| Deadline for the Parties to exchange fact witness declarations | October 2, 2025 at 5:00 p.m. CT |
| Deadline for the Parties to file and exchange deposition designations | October 2, 2025 at 5:00 p.m. CT |
| Deadline for the Parties to file and exchange witness and exhibit lists | October 2, 2025 at 5:00 p.m. CT |
| Hearing | October 6, 2025 at 9:30 a.m. CT |

2.      The Parties may modify the schedule and procedures in this Amended Stipulation by (a) mutual written agreement (e-mail being sufficient) or (b) upon request and further order from the Court, which request shall be granted for good cause.

3.      The Parties agree that service by e-mail on all other Parties of all discovery requests and written responses is sufficient.

4.      The Parties agree that document and depositions discovery from the State Law Contract Action[2] may be used at the hearing on the Assumption Motion in the same way that any discovery conducted in connection with the Assumption Motion may be used.

5.      The Parties agree that all direct testimony of any fact witnesses called by any Party in that Party's case in chief will be submitted by declaration and also agree to treat any expert reports as the direct testimony of such expert witnesses.  The Parties further agree that all cross-examination and re-direct examination of witnesses will be conducted live at the hearing.  The Parties reserve the right to call rebuttal witnesses and to conduct direct examination of rebuttal witnesses live.

6.      The Parties will endeavor to produce witnesses in person for cross-examination and any re-direct examination, except that if in-person testimony is impracticable, witnesses may testify remotely via the Court's Webex link for the hearing.

7.      The Parties agree that no witness who was previously deposed in the State Law Contract Action may be deposed again in connection with the Assumption Motion, except that if a Party submits a declaration by a witness who was previously deposed in the State Law Contract Action, the other Parties may depose that witness in connection with such declaration.

---

[2]      "State Law Contract Action" refers to the May 2024 lawsuit YNHH filed against Prospect Medical Holdings, Inc. and its Connecticut affiliates in the Connecticut Superior Court.

4

8.      The Parties agree that they may designate deposition testimony of any adverse or nonparty fact witness in lieu of calling such witness to testify live, including, for avoidance of doubt, any deposition testimony that was previously taken in the State Law Contract Action.

9.      The terms and conditions of this Amended Stipulation are immediately effective and enforceable upon its entry.

10.     The Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Amended Stipulation.

**# # #   END OF ORDER   # # #**

**STIPULATED AND AGREED TO THIS 12th DAY OF SEPTEMBER 2025**

By: */s/ Stephen M. Pezanosky*

Stephen M. Pezanosky
Texas Bar No. 15881850
Charles M. Jones II
Texas Bar No. 24054941
Martha Wyrick
Texas Bar No. 24101606
**HAYNES AND BOONE, LLP**
2801 North Harwood Street, Suite 2300
Dallas, TX 75201
Telephone: 214.651.5000
Email: stephen.pezanosky@haynesboone.com
Email: charlie.jones@haynesboone.com
Email: martha.wyrick@haynesboone.com

-and-

Kelli Norfleet
Texas Bar No. 24070678
**HAYNES AND BOONE, LLP**
1221 McKinney Street, Suite 4000
Houston, TX 77010
Telephone: 713.547.2000
Email: kelli.norfleet@haynesboone.com

**COUNSEL FOR YALE NEW HAVEN
HEALTH SERVICES CORPORATION**

By: */s/ Michael A. Paskin*

Paul H. Zumbro (*pro hac vice*)
Michael A. Paskin (*pro hac vice*)
**CRAVATH, SWAINE & MOORE LLP**
Two Manhattan West
375 Ninth Avenue
New York, NY 10001
Telephone: 212.474.1000
Facsimile:  212.474.3700
Email: pzumbro@cravath.com
Email: mpaskin@cravath.com

**COUNSEL FOR YALE NEW HAVEN
HEALTH SERVICES CORPORATION**

6

By: */s/ Thomas R. Califano*
Thomas R. Califano
Texas Bar No. 24122825
Rakhee V. Patel
Texas Bar No. 00797213
Maegan Quejada
Texas Bar No. 24105999
**SIDLEY AUSTIN LLP**
2021 McKinney Avenue, Suite 2000
Dallas, Texas 75201
Telephone: 214.981.3300
Facsimile: 214.981.3400
Email: tom.califano@sidley.com
Email: rpatel@sidley.com
Email: mquejada@sidley.com

**COUNSEL FOR THE DEBTORS AND
DEBTORS IN POSSESSION**

Jon Muenz (admitted pro hac vice)
William E. Curtin (admitted pro hac vice)
Patrick Venter (admitted pro hac vice)
Anne G. Wallice (admitted pro hac vice)
**SIDLEY AUSTIN LLP**
787 Seventh Avenue
New York, New York 10019
Telephone: 212.839.5300
Facsimile: 212.839.5599
Email: wcurtin@sidley.com
Email: pventer@sidley.com
Email: anne.wallice@sidley.com

**COUNSEL FOR THE DEBTORS AND
DEBTORS IN POSSESSION**

7

United States Bankruptcy Court
Northern District of Texas

In re:

Prospect Medical Holdings, Inc.

   Debtor

Case No. 25-80002-sgj

Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0539-8                          User: admin                                    Page 1 of 35

Date Rcvd: Sep 15, 2025                    Form ID: pdf012                              Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 17, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| aty | + Michael A. Paskin, Cravath, Swaine & Moore LLP, Two Manhattan West, 375 Ninth Avenue, New York, NY 10001-1641 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 17, 2025                    Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 15, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Aaron J. Power | on behalf of Interested Party Legacy ECHN  Inc. apower@porterhedges.com, ysanders@porterhedges.com;ksteverson@porterhedges.com;egarfias@porterhedges.com |
| Alan Bartlett Padfield | on behalf of Creditor De Lage Landen Financial Services  Inc. abp@livepad.com |
| Alan Craig Hochheiser | on behalf of Creditor AmTrust North America  Inc. on behalf of Wesco Insurance Company ahochheiser@mauricewutscher.com |
| Alejandra Garcia Castro | on behalf of Creditor Safety National Casualty Corporation alejandra.garciacastro@huschblackwell.com tanya.adams@huschblackwell.com |
| Alejandra Garcia Castro | on behalf of Creditor Cigna Health and Life Insurance Company alejandra.garciacastro@huschblackwell.com tanya.adams@huschblackwell.com |

Alejandra Garcia Castro
on behalf of Creditor Cigna Corporation alejandra.garciacastro@huschblackwell.com  tanya.adams@huschblackwell.com

Alvina Swati
on behalf of Creditor National Labor Relations Board - Region 04 alvina.swati@nlrb.gov

Amber Michelle Carson
on behalf of Creditor GMR Vernon LLC acarson@grayreed.com

Amber Michelle Carson
on behalf of Creditor GMR Vernon Keynote LLC acarson@grayreed.com

Amy K. Anderson
on behalf of Creditor Delaware County aanderson@joneswalker.com
tfontenot@joneswalker.com;amy-anderson-9331@ecf.pacerpro.com

Amy K. Anderson
on behalf of Creditor City of Chester aanderson@joneswalker.com
tfontenot@joneswalker.com;amy-anderson-9331@ecf.pacerpro.com

Amy K. Anderson
on behalf of Creditor Young Men's Christian Association of Delaware County d/b/a The Community YMCA of Eastern Delaware
County aanderson@joneswalker.com  tfontenot@joneswalker.com;amy-anderson-9331@ecf.pacerpro.com

Andrew Costa-Kelser
on behalf of Creditor Hospital and Health Care Employees Pension Plan of Philadelphia and Vicinity akelser@odonoghuelaw.com
kbrooks@odonoghuelaw.com

Andrew Edson
on behalf of Creditor KJ Manchester LLC aedson@clarkhill.com
mina.alvarez@clarkhillstrasburger.com;robert.franke@clarkhillstrasburger.com

Andrew Edson
on behalf of Interested Party Ad Hoc Group of Reinsurers aedson@clarkhill.com
mina.alvarez@clarkhillstrasburger.com;robert.franke@clarkhillstrasburger.com

Andrew Edson
on behalf of Creditor SCG Capital Corporation aedson@clarkhill.com
mina.alvarez@clarkhillstrasburger.com;robert.franke@clarkhillstrasburger.com

Andrew Fortney
andrewemanuel89@outlook.com

Andrew Neuwirth
on behalf of Attorney Andrew Neuwirth andrew@neuwirthlaw.com

Andrew B. Still
on behalf of Creditor Blue Shield of California Promise Health Plan astill@swlaw.com

Andrew B. Still
on behalf of Creditor Blue Shield of California astill@swlaw.com

Andrew Howard Sherman
on behalf of Interested Party Compass Group USA  Inc. asherman@sillscummis.com

Andrew M. Troop
on behalf of Interested Party Peter F. Neronha  the Attorney General for and Behalf of the State of Rhode Island
andrew.troop@pillsburylaw.com

Andrew Vincent Alfano
on behalf of Interested Party Peter F. Neronha  the Attorney General for and Behalf of the State of Rhode Island
andrew.alfano@pillsburylaw.com

Ann S Lee
on behalf of Creditor Jones Medical Building LLC alee@mblawfirm.com

Anne G. Wallice
on behalf of Debtor Prospect Medical Holdings  Inc. anne.wallice@sidley.com,
anne--wallice--4789@ecf.pacerpro.com;nyefiling@sidley.com

Anthony Ismael Santini
on behalf of Creditor U.S. Bank Trust Company  National Association, As Trustee antsantini@raslg.com

Audrey Lorene Hornisher
on behalf of Creditor KJ Manchester LLC audrey.hornisher@clarkhillstrasburger.com  mina.alvarez@clarkhillstrasburger.com

Barbara J Collins
on behalf of Creditor Connecticut Health Care Associates Pension Fund bcollins@barbarajcollins.com

Barbara J Collins
on behalf of Creditor Connecticut Health Care Associates Pension Plan bcollins@barbarajcollins.com

Beverly Weiss Manne

District/off: 0539-8                    User: admin                    Page 3 of 35
Date Rcvd: Sep 15, 2025                 Form ID: pdf012                 Total Noticed: 1

on behalf of Creditor Thermo Fisher Scientific bmanne@tuckerlaw.com  bewmanne@aol.com;npetroy@tuckerlaw.com

Beverly Weiss Manne

on behalf of Creditor Fisher Healthcare  a division of Fisher Scientific, LLC bmanne@tuckerlaw.com, bewmanne@aol.com;npetroy@tuckerlaw.com

Boris I. Mankovetskiy

on behalf of Interested Party Compass Group USA  Inc. bmankovetskiy@sillscummis.com

Bradley Clay Knapp

on behalf of Interested Party Associates in Anesthesia  Inc. brad.knapp@troutman.com, Yamille.Harrison@lockelord.com

Caleb T. Holzaepfel

on behalf of Creditor Safety National Casualty Corporation caleb.holzaepfel@huschblackwell.com serena.gray@huschblackwell.com

Caleb T. Holzaepfel

on behalf of Creditor Cigna Health and Life Insurance Company caleb.holzaepfel@huschblackwell.com serena.gray@huschblackwell.com

Callan Clark Searcy

on behalf of Creditor Texas Comptroller of Public Accounts  Revenue Accounting Division bk-csearcy@texasattorneygeneral.gov, sherri.simpson@oag.texas.gov

Candice Marie Carson

on behalf of Creditor Solventum Health Information Systems  f/k/a 3M Health Information Systems, Inc. Candice.Carson@butlersnow.com

Candice Marie Carson

on behalf of Creditor Solventum Corporation Candice.Carson@butlersnow.com

Carolyn Carollo

on behalf of Creditor Estate of Lester Dale Biles ccarollo@hchlawyers.com

Carolyn Carollo

on behalf of Creditor Estate of Berta Diaz ccarollo@hchlawyers.com

Charles Martin Persons, Jr.

on behalf of Creditor Committee Official Committee of Unsecured Creditors CharlesPersons@paulhastings.com michaelmagzamen@paulhastings.com;davidmohamed@paulhastings.com;matlaskowski@paulhastings.com

Christina Walton Stephenson

on behalf of Creditor Upper Darby Township crissie@driversteplaw.com  elisa@driversteplaw.com

Christopher J Gavrielidis

on behalf of Creditor Estate of Shirley Peacock cgavrielidis@anslawyers.com

Christopher R. Momjian

on behalf of Creditor Commonwealth of Pennsylvania crmomjian@attorneygeneral.gov

Christopher V. Arisco

on behalf of Creditor City of Waterbury  Connecticut carisco@padfieldstout.com

Craig Joel Mariam

on behalf of Debtor Prospect Medical Holdings  Inc. cmariam@grsm.com

Dana S. Plon

on behalf of Creditor Llanerch Shopping Center L.P. dplon@sirlinlaw.com

Dania Slim

on behalf of Interested Party Peter F. Neronha  the Attorney General for and Behalf of the State of Rhode Island dania.slim@pillsburylaw.com

Daniel P. Callahan

on behalf of Creditor Jameson Scott Ganz  through his Guardian Ad Litem, Jeri Alyce Garza dpc@kesslercollins.com, gld@kesslercollins.com

Daren Brinkman

on behalf of Creditor Committee Official Committee of Unsecured Creditors firm@brinkmanlaw.com

Daren Brinkman

on behalf of Interested Party Official Committee of Unsecured Creditors of Prospect Medical Holdings  Inc., et al. firm@brinkmanlaw.com

Darrell W. Clark

on behalf of Creditor Cerner Corporation  n/k/a Oracle Cerner darrell.clark@stinson.com

David A. Wender

on behalf of Creditor The Centurion Foundation  Inc. davidwender@eversheds-sutherland.com, david-wender-6495@ecf.pacerpro.com

David Anthony Schroeder, I

on behalf of Creditor Wells Fargo Bank  N.A. ecftxnb@aldridgepite.com, aschroeder@ecf.courtdrive.com

David Anthony Schroeder, I

on behalf of Creditor U.S. Bank National Association  as Trustee, successor in interest to Bank of America, National Association, as Trustee, successor by merger to LaSalle Bank National Association, as Trustee for Structu ecftxnb@aldridgepite.com, aschroeder@ecf.courtdrive.com

David D. Ritter

on behalf of Creditor Lillian  by her GAL Michaels dritter@ritterspencer.com

David E. Sklar

on behalf of Creditor Wolcott Commons  LLC desklar@pbnlaw.com, mpdermatis@pbnlaw.com;jmoconnor@pbnlaw.com

David E. Sklar

on behalf of Creditor Southbury Village Square desklar@pbnlaw.com  mpdermatis@pbnlaw.com;jmoconnor@pbnlaw.com

David E. Sklar

on behalf of Creditor Middlebury Edge  LLC desklar@pbnlaw.com, mpdermatis@pbnlaw.com;jmoconnor@pbnlaw.com

David Grant Crooks

on behalf of Creditor Brinton Lake Management Company  LLC dcrooks@foxrothschild.com, etaylor@foxrothschild.com,rdietz@foxrothschild.com,plabov@foxrothschild.com,jmanfrey@foxrothschild.com

David I. Monteiro

on behalf of Creditor Aya Healthcare  Inc. dmonteiro@morganlewis.com, joan.dillingham@morganlewis.com

David L. Swanson

on behalf of Interested Party Associates in Anesthesia  Inc. david.swanson@troutman.com, pat.pateman@troutman.com;AutoDocket@troutman.com

David S. Gragg

on behalf of Creditor Olympus Corporation of the Americas dgragg@langleybanack.com  cjohnston@langleybanack.com

Dawn Whalen Theiss

on behalf of Creditor Pension Benefit Guaranty Corporation dawn.theiss@usdoj.gov  brooke.lewis@usdoj.gov;CaseView.ECF@usdoj.gov

Desiree M. Amador

on behalf of Creditor Pension Benefit Guaranty Corporation amador.desiree@pbgc.gov  efile@pbgc.gov

Dmitriy Cherepinskiy

on behalf of Creditor Louis Mele  individually and as successor-in-interest to Barbara J. Mele dc@clawfirmpc.com

Don Stecker

on behalf of Creditor Bexar County don.stecker@lgbs.com

Douglas James Buncher

on behalf of Creditor Access Rehab Centers LLC dbuncher@neliganlaw.com  cperkins@neliganlaw.com

Duane J. Brescia

on behalf of Interested Party Ad Hoc Group of Reinsurers dbrescia@clarkhill.com  kwebster@clarkhill.com,efarrar@clarkhill.com

Dwight M. Francis

on behalf of Jointly Administered Party/Debtor Prospect Waterbury Home Health  Inc. dfrancis@sheppardmullin.com

Dwight M. Francis

on behalf of Jointly Administered Party/Debtor Prospect CharterCARE RWMC  LLC dfrancis@sheppardmullin.com

Dwight M. Francis

on behalf of Jointly Administered Party/Debtor Prospect CharterCARE Home Health and Hospice  LLC dfrancis@sheppardmullin.com

Dwight M. Francis

on behalf of Jointly Administered Party/Debtor Prospect CCMC  LLC dfrancis@sheppardmullin.com

Dwight M. Francis

on behalf of Jointly Administered Party/Debtor Prospect Waterbury  Inc. dfrancis@sheppardmullin.com

Dwight M. Francis

on behalf of Jointly Administered Party/Debtor Nix Hospitals System  LLC dfrancis@sheppardmullin.com

Dwight M. Francis

on behalf of Jointly Administered Party/Debtor Coordinated Regional Care Group  LLC dfrancis@sheppardmullin.com

Dwight M. Francis

on behalf of Jointly Administered Party/Debtor Prospect East Hospital Advisory Services  LLC dfrancis@sheppardmullin.com

Dwight M. Francis

on behalf of Spec. Counsel Sheppard  Mullin, Richter, & Hampton LLP dfrancis@sheppardmullin.com

Dwight M. Francis

on behalf of Jointly Administered Party/Debtor Prospect Oldco NJ  Inc. dfrancis@sheppardmullin.com

Dwight M. Francis

Dwight M. Francis
on behalf of Jointly Administered Party/Debtor Prospect Rockville Hospital  Inc. dfrancis@sheppardmullin.com

Dwight M. Francis
on behalf of Jointly Administered Party/Debtor Prospect Provider Group NJ  LLC dfrancis@sheppardmullin.com

Dwight M. Francis
on behalf of Jointly Administered Party/Debtor Prospect Crozer Ambulatory Surgery  LLC dfrancis@sheppardmullin.com

Dwight M. Francis
on behalf of Jointly Administered Party/Debtor Prospect CharterCARE SJHSRI  LLC dfrancis@sheppardmullin.com

Dwight M. Francis
on behalf of Jointly Administered Party/Debtor Prospect Provider Groups  LLC dfrancis@sheppardmullin.com

Dwight M. Francis
on behalf of Jointly Administered Party/Debtor Prospect Provider Group CT  LLC dfrancis@sheppardmullin.com

Dwight M. Francis
on behalf of Jointly Administered Party/Debtor Prospect Penn  LLC dfrancis@sheppardmullin.com

Dwight M. Francis
on behalf of Jointly Administered Party/Debtor Healthcare Staffing on Demand  LLC dfrancis@sheppardmullin.com

Dwight M. Francis
on behalf of Jointly Administered Party/Debtor Cardiology Associates of Greater Waterbury  P.C. dfrancis@sheppardmullin.com

Dwight M. Francis
on behalf of Jointly Administered Party/Debtor Prospect East Holdings  Inc. dfrancis@sheppardmullin.com

Dwight M. Francis
on behalf of Jointly Administered Party/Debtor Prospect Caring Hand  Inc. dfrancis@sheppardmullin.com

Dwight M. Francis
on behalf of Jointly Administered Party/Debtor Prospect Integrated Behavioral Health  Inc. dfrancis@sheppardmullin.com

Dwight M. Francis
on behalf of Jointly Administered Party/Debtor Prospect Blackstone Valley Surgicare  LLC dfrancis@sheppardmullin.com

Dwight M. Francis
on behalf of Jointly Administered Party/Debtor Prospect RI Home Health and Hospice  LLC dfrancis@sheppardmullin.com

Dwight M. Francis
on behalf of Jointly Administered Party/Debtor Prospect Management Services  LLC dfrancis@sheppardmullin.com

Dwight M. Francis
on behalf of Jointly Administered Party/Debtor Prospect Ambulatory Surgery Centers  LLC dfrancis@sheppardmullin.com

Dwight M. Francis
on behalf of Jointly Administered Party/Debtor Southern California Healthcare System  Inc. dfrancis@sheppardmullin.com

Dwight M. Francis
on behalf of Jointly Administered Party/Debtor Prospect Ambulatory Holding  LLC dfrancis@sheppardmullin.com

Dwight M. Francis
on behalf of Jointly Administered Party/Debtor Alta Hospitals System  LLC dfrancis@sheppardmullin.com

Dwight M. Francis
on behalf of Jointly Administered Party/Debtor Prospect Hospital Holdings  LLC dfrancis@sheppardmullin.com

Dwight M. Francis
on behalf of Jointly Administered Party/Debtor Prospect Health Access Network  Inc. dfrancis@sheppardmullin.com

Dwight M. Francis
on behalf of Jointly Administered Party/Debtor Nix SPE  LLC dfrancis@sheppardmullin.com

Dwight M. Francis
on behalf of Jointly Administered Party/Debtor Nix Physicians  Inc. dfrancis@sheppardmullin.com

Dwight M. Francis
on behalf of Jointly Administered Party/Debtor Prospect Health Services PA  Inc. dfrancis@sheppardmullin.com

Dwight M. Francis
on behalf of Jointly Administered Party/Debtor Prospect CT Management Services  Inc. dfrancis@sheppardmullin.com

Dwight M. Francis
on behalf of Jointly Administered Party/Debtor Prospect ECHN Home Health  Inc. dfrancis@sheppardmullin.com

Dwight M. Francis
on behalf of Jointly Administered Party/Debtor New University Medical Group  LLC dfrancis@sheppardmullin.com

Dwight M. Francis
on behalf of Jointly Administered Party/Debtor Prospect ECHN  Inc. dfrancis@sheppardmullin.com

District/off: 0539-8                          User: admin                              Page 6 of 35
Date Rcvd: Sep 15, 2025                     Form ID: pdf012                         Total Noticed: 1

Dwight M. Francis

    on behalf of Jointly Administered Party/Debtor Nix Services  LLC dfrancis@sheppardmullin.com

Dwight M. Francis

    on behalf of Jointly Administered Party/Debtor Prospect Provider Group PA  LLC dfrancis@sheppardmullin.com

Dwight M. Francis

    on behalf of Jointly Administered Party/Debtor Prospect Crozer Home Health and Hospice  LLC dfrancis@sheppardmullin.com

Dwight M. Francis

    on behalf of Jointly Administered Party/Debtor Nix Community General Hospital  LLC dfrancis@sheppardmullin.com

Dwight M. Francis

    on behalf of Jointly Administered Party/Debtor Prospect ACO Holdings  LLC dfrancis@sheppardmullin.com

Dwight M. Francis

    on behalf of Jointly Administered Party/Debtor Prospect CT  Inc. dfrancis@sheppardmullin.com

Dwight M. Francis

    on behalf of Jointly Administered Party/Debtor Alta Los Angeles Hospitals  Inc. dfrancis@sheppardmullin.com

Dwight M. Francis

    on behalf of Jointly Administered Party/Debtor Prospect CharterCARE  LLC dfrancis@sheppardmullin.com

Dwight M. Francis

    on behalf of Jointly Administered Party/Debtor Prospect Provider Group RI  LLC dfrancis@sheppardmullin.com

Dwight M. Francis

    on behalf of Jointly Administered Party/Debtor Prospect NJ  Inc. dfrancis@sheppardmullin.com

Dwight M. Francis

    on behalf of Jointly Administered Party/Debtor Prospect Waterbury Ambulatory Surgery  LLC dfrancis@sheppardmullin.com

Dwight M. Francis

    on behalf of Jointly Administered Party/Debtor Prospect Nix Home Health and Hospice  LLC dfrancis@sheppardmullin.com

Dwight M. Francis

    on behalf of Jointly Administered Party/Debtor Prospect Health Ventures Holdings  LLC dfrancis@sheppardmullin.com

Dwight M. Francis

    on behalf of Debtor Prospect Medical Holdings  Inc. dfrancis@sheppardmullin.com

Dwight M. Francis

    on behalf of Jointly Administered Party/Debtor Prospect ACO Northeast  LLC dfrancis@sheppardmullin.com

Dwight M. Francis

    on behalf of Jointly Administered Party/Debtor Prospect CT Medical Foundation  Inc. dfrancis@sheppardmullin.com

Dwight M. Francis

    on behalf of Jointly Administered Party/Debtor Prospect CharterCARE Physicians  LLC dfrancis@sheppardmullin.com

Dwight M. Francis

    on behalf of Jointly Administered Party/Debtor Prospect Penn Health Club  LLC dfrancis@sheppardmullin.com

Dwight M. Francis

    on behalf of Jointly Administered Party/Debtor Prospect CharterCARE Ancillary Services  LLC dfrancis@sheppardmullin.com

Dwight M. Francis

    on behalf of Jointly Administered Party/Debtor Associates in Primary Care Medicine  Inc. dfrancis@sheppardmullin.com

Dwight M. Francis

    on behalf of Jointly Administered Party/Debtor Prospect Health Services RI  Inc. dfrancis@sheppardmullin.com

Dwight M. Francis

    on behalf of Jointly Administered Party/Debtor PHS Holdings  LLC dfrancis@sheppardmullin.com

Dwight M. Francis

    on behalf of Jointly Administered Party/Debtor Prospect Crozer Urgent Care  LLC dfrancis@sheppardmullin.com

Dwight M. Francis

    on behalf of Jointly Administered Party/Debtor Prospect Crozer  LLC dfrancis@sheppardmullin.com

Dwight M. Francis

    on behalf of Jointly Administered Party/Debtor Prospect Manchester Hospital  Inc. dfrancis@sheppardmullin.com

Dwight M. Francis

    on behalf of Jointly Administered Party/Debtor Prospect Home Health and Hospice  LLC dfrancis@sheppardmullin.com

Dwight M. Francis

    on behalf of Jointly Administered Party/Debtor Prospect DCMH  LLC dfrancis@sheppardmullin.com

Dwight M. Francis

    on behalf of Jointly Administered Party/Debtor Hospital Advisory Services  Inc. dfrancis@sheppardmullin.com

District/off: 0539-8                                    User: admin                                    Page 7 of 35
Date Rcvd: Sep 15, 2025                              Form ID: pdf012                              Total Noticed: 1

Dwight M. Francis

on behalf of Jointly Administered Party/Debtor Prospect Health Services CT  Inc. dfrancis@sheppardmullin.com

Dwight M. Francis

on behalf of Jointly Administered Party/Debtor Prospect ECHN Eldercare Services  Inc. dfrancis@sheppardmullin.com

Dylan Tanner Franklin Ross

on behalf of Creditor Siemens Medical Solutions USA  Inc. dylan.ross@reedsmith.com,
amadu@reedsmith.com;gsaenz@reedsmith.com;DocketingECF@ReedSmith.com

Dylan Tanner Franklin Ross

on behalf of Creditor Siemens Healthcare Diagnostics  Inc. dylan.ross@reedsmith.com,
amadu@reedsmith.com;gsaenz@reedsmith.com;DocketingECF@ReedSmith.com

Edmond George

on behalf of Creditor Independence Blue Cross edmond.george@obermayer.com

Edward J. McNeilly

on behalf of Creditor Connecticut Health Care Associates District 1199 edward.mcneilly@hoganlovells.com

Edward J. McNeilly

on behalf of Creditor AFT Connecticut edward.mcneilly@hoganlovells.com

Edward J. McNeilly

on behalf of Creditor American Federation of Teachers edward.mcneilly@hoganlovells.com

Edward Joseph Green

on behalf of Creditor eCapital Healthcare Corp. egreen@foley.com

Elizabeth Grace Bregard

on behalf of Creditor City of Waterbury  Connecticut gbregard@padfieldstout.com

Elizabeth Ziegler Young

on behalf of U.S. Trustee United States Trustee elizabeth.a.young@usdoj.gov

Ellen A. Kennedy

on behalf of Creditor DaVita  Inc. dsbankruptcy@dinsmore.com

Emily Kuznick

on behalf of Creditor Committee Official Committee of Unsecured Creditors emilykuznick@paulhastings.com
ProspectMedical.ECF.PH@paulhastings.com;matlaskowski@paulhastings.com

Eric R. Wilson

on behalf of Creditor Pension Benefit Guaranty Corporation kdwbankruptcydepartment@kelleydrye.com

Erin C. Kim

on behalf of Creditor Pension Benefit Guaranty Corporation kim.erin@pbgc.gov  efile@pbgc.gov

Erin L. Williamson

on behalf of Creditor Young Men's Christian Association of Delaware County d/b/a The Community YMCA of Eastern Delaware
County williamsone@ballardspahr.com

Erin L. Williamson

on behalf of Creditor City of Chester williamsone@ballardspahr.com

Erin L. Williamson

on behalf of Creditor Delaware County williamsone@ballardspahr.com

Erin Marie Schmidt

on behalf of U.S. Trustee United States Trustee ustpregion06.da.ecf@usdoj.gov  erin.schmidt2@usdoj.gov

Frances Anne Smith

on behalf of Interested Party SMK Omega LLC frances.smith@rsbfirm.com  michael.coulombe@rsbfirm.com

Frances Anne Smith

on behalf of Interested Party Omega Medical  LLC frances.smith@rsbfirm.com, michael.coulombe@rsbfirm.com

Frances Anne Smith

on behalf of Interested Party IT Health Partners  LLC frances.smith@rsbfirm.com, michael.coulombe@rsbfirm.com

Frances Anne Smith

on behalf of Interested Party Omega Partners Group LLC frances.smith@rsbfirm.com  michael.coulombe@rsbfirm.com

Frank A. Oswald

on behalf of Interested Party Prospect Healthcare Facilities Management  LLC frankoswald@teamtogut.com,
dperson@teamtogut.com;lebrahimi@teamtogut.com;jgallego@teamtogut.com;acarlin@teamtogut.com

Frasher Murphy

on behalf of Creditor Edwards Lifesciences LLC frasher.murphy@haynesboone.com  kim.morzak@haynesboone.com

G. James Landon

on behalf of Creditor Access Telecare  PLLC landon@slollp.com, winter@slollp.com

G. James Landon
   on behalf of Creditor Advanced Sterilization Products  Inc. landon@slollp.com, winter@slollp.com

G. James Landon
   on behalf of Creditor Access Telecare  LLC landon@slollp.com, winter@slollp.com

Gaetano Dandrea
   on behalf of Creditor John Doe cvgdteam@laffeybucci.com

George Tetler
   on behalf of Creditor Atwood Medical Properties  LLC gtetler@princelobel.com

Guy Richard Macarol, Sr
   on behalf of Creditor The Foundation of Delaware County (PA) guy.macarol@lewisbrisbois.com
karen.lovely@lewisbrisbois.com

Harrison Pavlasek
   on behalf of Creditor PricewaterhouseCoopers LLP harrison.pavlasek@kellyhart.com

Holland N. O'Neil
   on behalf of Creditor eCapital Healthcare Corp. honeil@foley.com
jcharrison@foley.com;holly-holland-oneil-3540@ecf.pacerpro.com

Howard Marc Spector
   on behalf of Creditor Graceco  LLC hspector@spectorcox.com,
sshank@spectorcox.com;ahawkins@spectorcox.com;hspector@ecf.courtdrive.com

Howard Marc Spector
   on behalf of Creditor Branting  LLC hspector@spectorcox.com,
sshank@spectorcox.com;ahawkins@spectorcox.com;hspector@ecf.courtdrive.com

Ian T. Peck
   on behalf of Creditor CPI/AHP Brinton Lakes MOB Owner  L.L.C. ian.peck@haynesboone.com, kim.morzak@haynesboone.com

Ian T. Peck
   on behalf of Creditor CPI/AHP Havertown MOB Owner  L.L.C. ian.peck@haynesboone.com, kim.morzak@haynesboone.com

Ian T. Peck
   on behalf of Creditor CPI/AHP Broomall MOB Owner  L.L.C. ian.peck@haynesboone.com, kim.morzak@haynesboone.com

Ira L. Herman
   on behalf of Creditor Pennsylvania Provider Services  LLC iherman@blankrome.com,
jhanner@blankrome.com;kreda@blankrome.com;nybankruptcydocketing@blankrome.com

Ira L. Herman
   on behalf of Creditor Team Health Holdings  Inc. iherman@blankrome.com,
jhanner@blankrome.com;kreda@blankrome.com;nybankruptcydocketing@blankrome.com

Ira L. Herman
   on behalf of Creditor Emergency Physician Associates  LLC iherman@blankrome.com,
jhanner@blankrome.com;kreda@blankrome.com;nybankruptcydocketing@blankrome.com

Ira L. Herman
   on behalf of Creditor Northeast Acute Care Services  LLC iherman@blankrome.com,
jhanner@blankrome.com;kreda@blankrome.com;nybankruptcydocketing@blankrome.com

J. Brian Vanderwoude
   on behalf of Creditor Jones Medical Building LLC vanderwoude.brian@dorsey.com  Haydon.jean@dorsey.com

J. Seth Moore
   on behalf of Creditor Blue Shield of California semoore@swlaw.com
sluby@swlaw.com;docket_den@swlaw.com;DOCKET_DAL@swlaw.com

J. Seth Moore
   on behalf of Creditor Blue Shield of California Promise Health Plan semoore@swlaw.com
sluby@swlaw.com;docket_den@swlaw.com;DOCKET_DAL@swlaw.com

Jack A. Raisner
   on behalf of Plaintiff AMANDA CANNAVO jar@raisnerroupinian.com  rrllp@ecf.courtdrive.com

Jacqueline Canzoneri
   on behalf of Creditor Hospital and Health Care Employees Pension Plan of Philadelphia and Vicinity
jcanzoneri@odonoghuelaw.com

Jae Won Ha
   on behalf of Creditor United States of America jae.won.ha@usdoj.gov

Jae Won Ha
   on behalf of Defendant United States of America jae.won.ha@usdoj.gov

Jake W. Gordon
   on behalf of Creditor eCapital Healthcare Corp. jake.gordon@foley.com

James Ducayet
    on behalf of Debtor Prospect Medical Holdings  Inc. jducayet@sidley.com

James H. Billingsley
    on behalf of Spec. Counsel Duane Morris LLP JBillingsley@duanemorris.com  EPerez@duanemorris.com

James H. Billingsley
    on behalf of Debtor Prospect Medical Holdings  Inc. JBillingsley@duanemorris.com, EPerez@duanemorris.com

James Kyle Jaksa
    on behalf of Creditor The Group of Medical Malpractice Claimants kjaksa@munsch.com  CourtMail@munsch.com

James W. Brewer
    on behalf of Creditor Brandon Daniels james.brewer@kempsmith.com  tschoemer@kempsmith.com

James W. Brewer
    on behalf of Creditor Atwood Medical Properties  LLC james.brewer@kempsmith.com, tschoemer@kempsmith.com

Jared Weir
    on behalf of Health Care Ombudsman Suzanne Koenig weirj@gtlaw.com
    jared--weir-6184@ecf.pacerpro.com;guerrak@gtlaw.com;jamrokg@gtlaw.com

Jason E. Mueller
    on behalf of Creditor The Elevance Health Companies  Inc., on behalf of itself and its affiliates jmueller@vorys.com,
    mdwalkuski@vorys.com

Jason M. Rudd
    on behalf of Interested Party Peter F. Neronha  the Attorney General for and Behalf of the State of Rhode Island
    jason.rudd@wickphillips.com, brenda.ramirez@wickphillips.com;courtmail@wickphillips.com

Jason M. Rudd
    on behalf of Creditor Rhode Island Energy jason.rudd@wickphillips.com
    brenda.ramirez@wickphillips.com;courtmail@wickphillips.com

Jason M. Rudd
    on behalf of Creditor State of Rhode Island jason.rudd@wickphillips.com
    brenda.ramirez@wickphillips.com;courtmail@wickphillips.com

Jason R. Adams
    on behalf of Creditor Pension Benefit Guaranty Corporation jadams@kelleydrye.com

Jeff P. Prostok
    on behalf of Creditor State of Connecticut jeff.prostok@vhh.law
    jprostok@ecf.courtdrive.com;khartogh@ecf.courtdrive.com;forsheyprostokllp@jubileebk.net;kristina.hartogh@vhh.law;bankrupt
    cy.docketing@vhh.law;bankruptcy.docketing@ecf.courtdrive.com

Jeffery D. Carruth
    on behalf of Creditor Siemens Financial Services  Inc. jcarruth@condontobin.com,
    jsteele@condontobin.com;jcarruth@aol.com;atty_carruth@trustesolutions.com;carruthjr87698@notify.bestcase.com;ATTY_CAR
    RUTH@bluestylus.com;jcarruth@ecf.courtdrive.com

Jeffrey Kurtzman
    on behalf of Creditor Keystone Quality Transport kurtzman@kurtzmansteady.com

Jeffrey Prudhomme
    on behalf of Creditor Lumen Technologies  Inc. jeff.prudhomme@stinson.com

Jeffrey C. Wisler
    on behalf of Creditor Cigna Health and Life Insurance Company jwisler@connollygallagher.com

Jeffrey K. Garfinkle
    on behalf of Creditor Allscripts Healthcare  LLC (nka Veradigm LLC) jgarfinkle@buchalter.com,
    lverstegen@buchalter.com;docket@buchalter.com

Jeffrey K. Garfinkle
    on behalf of Creditor Altera Digital Health Inc. jgarfinkle@buchalter.com  lverstegen@buchalter.com;docket@buchalter.com

Jeffrey K. Garfinkle
    on behalf of Creditor McKesson Corporation jgarfinkle@buchalter.com  lverstegen@buchalter.com;docket@buchalter.com

Jeffrey Mark Rosenthal
    on behalf of Creditor Jones Medical Building LLC jrosenthal@mblawfirm.com

Jeffrey Michael Fleming
    on behalf of Creditor Wilmington Savings Fund Society  FSB ndecf@BDFGROUP.com

Jennifer Hooper
    on behalf of Creditor Echo Lake Commons  LLC jennifer.hooper@brockandscott.com, wbecf@brockandscott.com

Jennifer Hooper
    on behalf of Creditor Federal Home Loan Mortgage Corporation  as Trustee for the benefit of the Freddie Mac Seasoned Loans
    Structured Transaction Trust, Series 2019-1 jennifer.hooper@brockandscott.com, wbecf@brockandscott.com

District/off: 0539-8                                      User: admin                                      Page 10 of 35
Date Rcvd: Sep 15, 2025                                Form ID: pdf012                                Total Noticed: 1

Jennifer Hooper
on behalf of Creditor U.S. BANK TRUST NATIONAL ASSOCIATION  NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCF 2 ACQUISITION TRUST jennifer.hooper@brockandscott.com, wbecf@brockandscott.com

Jennifer Hooper
on behalf of Creditor WILMINGTON SAVINGS FUND SOCIETY  FSB, AS TRUSTEE OFWAMPUS MORTGAGE LOAN TRUST jennifer.hooper@brockandscott.com, wbecf@brockandscott.com

Jennifer Hooper
on behalf of Creditor Wilmington Savings Fund Society  FSB, as trustee of Stanwich Mortgage Loan Trust F jennifer.hooper@brockandscott.com, wbecf@brockandscott.com

Jennifer Laufgas
on behalf of Creditor Wells Fargo Bank  N.A. ecftxnb@aldridgepite.com, jlaufgas@ecf.courtdrive.com;Jlaufgas@aldridgepite.com

Jennifer Melien Brooks Crozier
on behalf of Creditor PhysicianCo jennifer.crozier@weil.com

Jennifer Melien Brooks Crozier
on behalf of Interested Party Prospect Healthcare Facilities Management  LLC and PHP Holdings, LLC jennifer.crozier@weil.com

Jessica I. Apter
on behalf of Creditor New England Health Care Employees Union  District 1199, SEIU japter@levyratner.com

Jessica M. Simon
on behalf of Creditor NextGen Healthcare  Inc. jsimon@hrhlaw.com

John Iaffaldano
on behalf of Creditor Committee Official Committee of Unsecured Creditors jackiaffaldano@paulhastings.com

John A Gagliardi
on behalf of Interested Party Aston Township jgagliardi@wgflaw.com  lfolkert@wgflaw.com

John A Gagliardi
on behalf of Creditor Borough of Ridley Park jgagliardi@wgflaw.com  lfolkert@wgflaw.com

John A Gagliardi
on behalf of Creditor Ridley School District jgagliardi@wgflaw.com  lfolkert@wgflaw.com

John A Gagliardi
on behalf of Creditor Upland Borough jgagliardi@wgflaw.com  lfolkert@wgflaw.com

John C Gallego
on behalf of Interested Party Prospect Healthcare Facilities Management  LLC jgallego@teamtogut.com

John C. Leininger
on behalf of Plaintiff AMANDA CANNAVO jcl@os.law  cpoteete@os.law

John Casey Roy
on behalf of Creditor David Montanez croy@krcl.com  ajezisek@krcl.com

John Casey Roy
on behalf of Creditor Lisa Fragomeni croy@krcl.com  ajezisek@krcl.com

John Casey Roy
on behalf of Creditor Kelly Murphy Andruk croy@krcl.com  ajezisek@krcl.com

John Casey Roy
on behalf of Creditor Thomas Fragomeni croy@krcl.com  ajezisek@krcl.com

John Casey Roy
on behalf of Creditor Osker Andruk croy@krcl.com  ajezisek@krcl.com

John Casey Roy
on behalf of Creditor Nicole Bosworth croy@krcl.com  ajezisek@krcl.com

John Casey Roy
on behalf of Creditor Romeo Bosworth croy@krcl.com  ajezisek@krcl.com

John D. Gaither
on behalf of Creditor Stryker Corporation john.gaither@wickphillips.com brenda.ramirez@wickphillips.com;CourtMail@wickphillips.com

John D. Gaither
on behalf of Creditor Access Rehab Centers LLC john.gaither@wickphillips.com brenda.ramirez@wickphillips.com;CourtMail@wickphillips.com

John David Cornwell
on behalf of Creditor Global Healthcare Exchange  LLC jcornwell@munsch.com, hvalentine@munsch.com;CourtMail@munsch.com

John E. Mitchell

on behalf of Interested Party Prospect Medical Holdings  Inc. and its HospitalCo Debtor Affiliates john.mitchell@katten.com, nyc.bknotices@katten.com,courtalertlax@katten.com

John Robert Jones

on behalf of Creditor Wintrust Specialty Finance jrjoneslaw@gmail.com  jrjoneslaw@aol.com;john@jrjoneslaw.com

Jon Muenz

on behalf of Plaintiff Prospect Penn  LLC jmuenz@sidley.com, jon-muenz-5901@ecf.pacerpro.com

Jon Muenz

on behalf of Plaintiff Prospect Crozer Home Health and Hospice  LLC jmuenz@sidley.com, jon-muenz-5901@ecf.pacerpro.com

Jon Muenz

on behalf of Plaintiff Prospect Provider Group PA  LLC jmuenz@sidley.com, jon-muenz-5901@ecf.pacerpro.com

Jon Muenz

on behalf of Plaintiff Prospect Crozer Ambulatory Surgery  LLC jmuenz@sidley.com, jon-muenz-5901@ecf.pacerpro.com

Jon Muenz

on behalf of Plaintiff Prospect Crozer Urgent Care  LLC jmuenz@sidley.com, jon-muenz-5901@ecf.pacerpro.com

Jon Muenz

on behalf of Plaintiff Prospect Penn Health Club  LLC jmuenz@sidley.com, jon-muenz-5901@ecf.pacerpro.com

Jon Muenz

on behalf of Plaintiff Prospect DCMH  LLC jmuenz@sidley.com, jon-muenz-5901@ecf.pacerpro.com

Jon Muenz

on behalf of Plaintiff Prospect Health Services PA  Inc. jmuenz@sidley.com, jon-muenz-5901@ecf.pacerpro.com

Jon Muenz

on behalf of Plaintiff Prospect Crozer  LLC jmuenz@sidley.com, jon-muenz-5901@ecf.pacerpro.com

Jon Muenz

on behalf of Debtor Prospect Medical Holdings  Inc. jmuenz@sidley.com, jon-muenz-5901@ecf.pacerpro.com

Jon Muenz

on behalf of Plaintiff Prospect CCMC  LLC jmuenz@sidley.com, jon-muenz-5901@ecf.pacerpro.com

Jonathan K. Walters

on behalf of Creditor Crozer-Chester Society of Pharmacists/PASNAP jwalters@markowitzandrichman.com

Jonathan K. Walters

on behalf of Creditor Crozer-Chester Nurses Association/PASNAP jwalters@markowitzandrichman.com

Jonathan K. Walters

on behalf of Creditor Taylor Nurses United/PASNAP jwalters@markowitzandrichman.com

Jonathan K. Walters

on behalf of Creditor Crozer-Chester Professionals United/PASNAP jwalters@markowitzandrichman.com

Jonathan K. Walters

on behalf of Creditor Crozer-Chester Paramedics Association/PASNAP jwalters@markowitzandrichman.com

Jonathan K. Walters

on behalf of Creditor Taylor DCMH Employees United/PASNAP jwalters@markowitzandrichman.com

Jonathan K. Walters

on behalf of Creditor LIUNA Local 1310 jwalters@markowitzandrichman.com

Jonathan K. Walters

on behalf of Creditor Pennsylvania Association of Staff Nurses and Allied Professionals jwalters@markowitzandrichman.com

Jordan Elizabeth Chavez

on behalf of Creditor CPI/AHP Havertown MOB Owner  L.L.C. jordan.chavez@haynesboone.com

Jordan W. Leu

on behalf of Interested Party Angeles-IPA  A Medical Corporation jleu@kslaw.com, omoses@kslaw.com

Jordan W. Leu

on behalf of Interested Party HealthSmart Management Services Organization  Inc. jleu@kslaw.com, omoses@kslaw.com

Joseph Charles Barsalona, II

on behalf of Creditor Pomeroy Enterprises  LLC jbarsalona@pashmanstein.com

Joseph Charles Barsalona, II

on behalf of Creditor Wolcott Commons  LLC jbarsalona@pashmanstein.com

Joseph Charles Barsalona, II

on behalf of Creditor Southbury Village Square jbarsalona@pashmanstein.com

Joseph Charles Barsalona, II

on behalf of Creditor Middlebury Edge  LLC jbarsalona@pashmanstein.com

Joseph E. Gasser
    on behalf of Creditor State of Connecticut joseph.gasser@ct.gov

Joseph H. Baldiga
    on behalf of Creditor Point32Health  Inc. jbaldiga@miricklaw.com, bankrupt@mirickoconnell.com

Joseph Howard Lemkin
    on behalf of Creditor De Lage Landen Financial Services  Inc. jlemkin@stark-stark.com

Joseph M Ammar
    on behalf of Creditor Stryker Corporation ammar@millercanfield.com  aho@millercanfield.com

Joseph M. Coleman
    on behalf of Creditor Romeo Bosworth jcoleman@krcl.com  ecf@krcl.com;jcoleman@ecf.courtdrive.com

Joseph M. Coleman
    on behalf of Creditor Osker Andruk jcoleman@krcl.com  ecf@krcl.com;jcoleman@ecf.courtdrive.com

Joseph M. Coleman
    on behalf of Creditor Kelly Murphy Andruk jcoleman@krcl.com  ecf@krcl.com;jcoleman@ecf.courtdrive.com

Joseph M. Coleman
    on behalf of Creditor Lisa Fragomeni jcoleman@krcl.com  ecf@krcl.com;jcoleman@ecf.courtdrive.com

Joseph M. Coleman
    on behalf of Creditor David Montanez jcoleman@krcl.com  ecf@krcl.com;jcoleman@ecf.courtdrive.com

Joseph M. Coleman
    on behalf of Creditor Thomas Fragomeni jcoleman@krcl.com  ecf@krcl.com;jcoleman@ecf.courtdrive.com

Joseph M. Coleman
    on behalf of Creditor Nicole Bosworth jcoleman@krcl.com  ecf@krcl.com;jcoleman@ecf.courtdrive.com

Joseph Michael Toddy
    on behalf of Creditor Rita Mangan jmtoddy@zarwin.com

Joseph Michael Toddy
    on behalf of Jointly Administered Party/Debtor Prospect CCMC  LLC jmtoddy@zarwin.com

Joseph Michael Toddy
    on behalf of Debtor Prospect Medical Holdings  Inc. jmtoddy@zarwin.com

Joshua Walton Wolfshohl
    on behalf of Interested Party Walter P. Moore jwolfshohl@porterhedges.com
    egarfias@porterhedges.com;ymccullar@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com

Joshua Walton Wolfshohl
    on behalf of Interested Party Walter P. Moore and Associates  Inc. jwolfshohl@porterhedges.com,
    egarfias@porterhedges.com;ymccullar@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com

Justin Levy
    on behalf of Interested Party Allied World Specialty Insurance Company jlevy@wam.law

Justin M Bernstein
    on behalf of Creditor Oumar Keita jbernstein@schusterlaw.com

Justin M Bernstein
    on behalf of Creditor Jennifer Chapis jbernstein@schusterlaw.com

Justin M Bernstein
    on behalf of Creditor Brian Chapis jbernstein@schusterlaw.com

Justin M Bernstein
    on behalf of Creditor Shanera Raison jbernstein@schusterlaw.com

Justin M Bernstein
    on behalf of Creditor Lakeina Shorts jbernstein@schusterlaw.com

Kari B. Coniglio
    on behalf of Creditor The Elevance Health Companies  Inc., on behalf of itself and its affiliates kbconiglio@vorys.com,
    mdwalkuski@vorys.com

Kartar S. Khalsa
    on behalf of Creditor Pension Benefit Guaranty Corporation khalsa.kartar@pbgc.gov  efile@pbgc.gov

Katherine I. McLaughlin
    on behalf of Creditor Wintrust Specialty Finance kmclaughlin@jenkinskling.com

Katherine T. Hopkins
    on behalf of Creditor PricewaterhouseCoopers katherine.hopkins@kellyhart.com

Keith Miles Aurzada
on behalf of Creditor Siemens Healthcare Diagnostics  Inc. kaurzada@reedsmith.com,
mcooley@reedsmith.com;afalcon@reedsmith.com

Keith Miles Aurzada
on behalf of Creditor Siemens Medical Solutions USA  Inc. kaurzada@reedsmith.com,
mcooley@reedsmith.com;afalcon@reedsmith.com

Kendal B. Reed
on behalf of Creditor Siemens Financial Services  Inc. kreed@condontobin.com,
atobin@condontobin.com;cnavarro@condontobin.com;emensch@condontobin.com

Kenneth Pasquale
on behalf of Creditor Committee Official Committee of Unsecured Creditors kenpasquale@paulhastings.com

Keri P. Ebeck
on behalf of Creditor Beckman Coulter  Inc. kebeck@bernsteinlaw.com,
btemple@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

Kristen L. Perry
on behalf of Creditor Genoa Healthcare  LLC kristen.perry@faegredrinker.com,
kelly.olson@faegredrinker.com;danette.dykema@faegredrinker.com;cathy.greer@faegredrinker.com

Kristian W. Gluck
on behalf of Creditor JMB Capital Partners Lending  LLC kristian.gluck@nortonrosefulbright.com

Kristin Mayhew
on behalf of Creditor Town of Vernon  Connecticut kmayhew@pullcom.com

Kristin Mayhew
on behalf of Creditor Town of Manchester  Connecticut kmayhew@pullcom.com

Laura M. Brymer
on behalf of Creditor Ventas  Inc. and certain of its affiliates lbrymer@fmdlegal.com

Laurie D. Rea
on behalf of Creditor Local Initiative Health Authority for Los Angeles County dba L.A. Care Health Plan
laurie.rea@romclaw.com  tandi.levario@romclaw.com

Laurie D. Rea
on behalf of Creditor Cassatt RRG Holding Company laurie.rea@romclaw.com  tandi.levario@romclaw.com

Lawrence J. Hilton
on behalf of Creditor Expedient VMS  LLC lhilton@onellp.com,
info@onellp.com,nlichtenberger@onellp.com,lthomas@onellp.com,vsoriano@onellp.com

LeElle Bruerea Slifer
on behalf of Interested Party Stonebriar Commercial Finance LLC lslifer@winston.com
ecf_houston@winston.com;leelle-slifer-8326@ecf.pacerpro.com

Leslie A. Berkoff
on behalf of Creditor Centinel Spine  LLC lberkoff@moritthock.com

Louis J. Cisz, III
on behalf of Creditor California Self-Insurers' Security Fund lcisz@nixonpeabody.com

Lucas Schneider
on behalf of Creditor Lumen Technologies  Inc. lucas.schneider@stinson.com

M. Jermaine Watson
on behalf of Creditor Alliance Commercial Cleaning  Inc. DBA ServiceMaster Commercial Cleaning by Alliance
jwatson@canteyhanger.com,
jwhite@canteyhanger.com;gvilla@canteyhanger.com;ecampbell@canteyhanger.com;swells@canteyhanger.com

MacKayla Class
on behalf of Creditor California Department of Healthcare Services mackayla.class@doj.ca.gov

MacKayla Class
on behalf of Creditor California Emergency Medical Services Authority mackayla.class@doj.ca.gov

Marc J Ubaldi
on behalf of Creditor Diane Pantano mju@ubaldilaw.com

Marc W. Taubenfeld
on behalf of Creditor Marcella Posey  as Administratrix of the Estate of Jessie Posey mtaubenfeld@munsch.com,
Courtmail@munsch.com

Marc W. Taubenfeld
on behalf of Creditor The Group of Medical Malpractice Claimants mtaubenfeld@munsch.com  Courtmail@munsch.com

Maribeth Thomas
on behalf of Creditor Thermo Fisher Scientific mthomas@tuckerlaw.com

Mark C. Moore
on behalf of Creditor Los Angeles Network for Enhanced Services mmoore@foley.com
mark-moore-8735@ecf.pacerpro.com;nortega@foley.com

Mark C. Moore
on behalf of Creditor Enterprise Fleet Management  Inc. mmoore@foley.com,
mark-moore-8735@ecf.pacerpro.com;nortega@foley.com

Mark Douglas Cronenwett
on behalf of Creditor The Foundation of Delaware County (PA) mark.cronenwett@lewisbrisbois.com
wendy.phelps@lewisbrisbois.com;Debbie.Whatley@lewisbrisbois.com

Mark H Ralston
on behalf of Creditor Cerner Corporation  n/k/a Oracle Cerner mralston@fishmanjackson.com,
sjames@fjrpllc.com;ralstonlaw@gmail.com;LAWeisbruch@fjrpllc.com

Mark W. Powers
on behalf of Creditor Atwood Medical Properties  LLC mpowers@princelobel.com

Mark W. Stout
on behalf of Creditor City of Waterbury  Connecticut ms@livepad.com

Martha Burroughes Wyrick
on behalf of Creditor Ventas  Inc. and certain of its affiliates Martha.Wyrick@haynesboone.com, kim.morzak@haynesboone.com

Marvin E. Sprouse, III
on behalf of Creditor Aqua PA msprouse@sprousepllc.com  sprouselawfirm@gmail.com

Marvin E. Sprouse, III
on behalf of Creditor Keystone Mobile Partners  LP msprouse@sprousepllc.com, sprouselawfirm@gmail.com

Matthew David Struble
on behalf of Creditor Medical Properties Trust  Inc. and certain of its affiliates mstruble@velaw.com

Matthew Dennis Giadrosich
on behalf of Creditor PNC Bank  National Association d/b/a PNC Equipment Finance mdg@livepad.com

Matthew Dennis Giadrosich
on behalf of Creditor LEAF Capital Funding  LLC mdg@livepad.com

Matthew Dennis Giadrosich
on behalf of Creditor Dext Capital  LLC mdg@livepad.com

Matthew Dennis Giadrosich
on behalf of Creditor U.S. Bank National Association d/b/a U.S. Bank Equipment Finance mdg@livepad.com

Matthew J. Ochs
on behalf of Creditor Global Healthcare Exchange  LLC mjochs@hollandhart.com, sjohnson@hollandhart.com

Matthew W. Bourda
on behalf of Creditor Point32Health  Inc. matthew@jonesmurray.com

Matthew W. Bourda
on behalf of Creditor Haffty Consulting  LLC matthew@jonesmurray.com

Matthew W. Bourda
on behalf of Interested Party Jones Murray LLP matthew@jonesmurray.com

Meagan Martin Powers
on behalf of Creditor NNA of Rhode Island  Inc. meagan@martinpowers.com,
angelita@martinpowers.com,joanne@martinpowers.com

Melissa Emily Valdez
on behalf of Creditor TOMBALL INDEPENDENT SCHOOL DISTRICT AND FAULKEY GULLY MUNICIPAL UTILITY
DISTRICT mvaldez@pbfcm.com  mvaldez@ecf.courtdrive.com;arandermann@pbfcm.com

Melissa L. Van Eck
on behalf of Creditor Commonwealth of Pennsylvania mvaneck@attorneygeneral.gov

Michael Vagnoni
on behalf of Creditor Independence Blue Cross michael.vagnoni@obermayer.com
Lucille.acello@obermayer.com;coleen.schmidt@obermayer.com;samantha.catullo@obermayer.com

Michael B. Reynolds
on behalf of Creditor Blue Shield of California mreynolds@swlaw.com  kcollins@swlaw.com

Michael B. Reynolds
on behalf of Creditor Blue Shield of California Promise Health Plan mreynolds@swlaw.com  kcollins@swlaw.com

Michael David Rubenstein
on behalf of Creditor Hologic  Inc. mdrubenstein@liskow.com, fhernandez@liskow.com

Michael Edward Collins

District/off: 0539-8
Date Rcvd: Sep 15, 2025

User: admin
Form ID: pdf012

Page 15 of 35
Total Noticed: 1

| | |
|---|---|
| | on behalf of Creditor Atlantic Specialty Insurance Company mcollins@manierherod.com  cburu@manierherod.com |
| Michael K Barnhart | |
| | on behalf of Creditor Intuitive Surgical  Inc. mbarnhart@mitbylaw.com |
| Michael S. Davis | |
| | on behalf of Interested Party Lexington Insurance Company mdavis@zeklaw.com mmccarthy@zeklaw.com;gbernhard@zeklaw.com |
| Michael Shane Johnson | |
| | on behalf of Interested Party API Healthcare Corporation and symplr software LLC sjohnson@porterhedges.com |
| Michelle D. Esparza, I | |
| | on behalf of Creditor Brandon Daniels michelle.esparza@kempsmith.com  Chelsea.Salgado@kempsmith.com |
| Misty Ann Perry Isaacson | |
| | on behalf of Creditor MIK Construction  Inc. misty@ppilawyers.com, ecf@ppilawyers.com |
| Mitchell J. Buchman | |
| | on behalf of Creditor Wilmington Savings Fund Society  FSB ndecf@BDFGROUP.com |
| Nancy L Lee | |
| | on behalf of Creditor Wells Fargo Bank  N.A. mhtbkanhsselffilings@mccarthyholthus.com, nlee@mccarthyholthus.com |
| Nathan M. Nichols | |
| | on behalf of Creditor Barton Gilman LLP nathan@nmnichols-law.com  rosa@orenstein-lg.com;Melissa@Orenstein-lg.com |
| Nathan M. Nichols | |
| | on behalf of Creditor Ratcliffe Harten Galamaga LLP nathan@nmnichols-law.com rosa@orenstein-lg.com;Melissa@Orenstein-lg.com |
| Nicholas Zugaro | |
| | on behalf of Creditor Vitalware  LLC Nzugaro@dykema.com, ccastic@dykema.com;DocketHOU@dykema.com |
| Nicholas J. Brannick | |
| | on behalf of Creditor City of Chester brannickn@ballardspahr.com |
| Nicholas J. Brannick | |
| | on behalf of Creditor Delaware County brannickn@ballardspahr.com |
| Nir Maoz | |
| | on behalf of Creditor Medical Properties Trust  Inc. and certain of its affiliates nmaoz@ktbslaw.com |
| Ori Blumenfeld | |
| | on behalf of Creditor Green Light Imaging  a California corporation oblumenfeld@lakklawyers.com, ncondren@lakklawyers.com;smcfadden@lakklawyers.com |
| P. Alan Sanders | |
| | on behalf of Creditor DaVita  Inc. Alan.Sanders@Dinsmore.com, avaughan@moorelandrey.com |
| Paige B. Tinkham | |
| | on behalf of Creditor Team Health Holdings  Inc. paige.tinkham@blankrome.com |
| Paige B. Tinkham | |
| | on behalf of Creditor Northeast Acute Care Services  LLC paige.tinkham@blankrome.com |
| Paige B. Tinkham | |
| | on behalf of Creditor Pennsylvania Provider Services  LLC paige.tinkham@blankrome.com |
| Paige B. Tinkham | |
| | on behalf of Creditor Emergency Physician Associates  LLC paige.tinkham@blankrome.com |
| Parker G. Embry | |
| | on behalf of Debtor Prospect Medical Holdings  Inc. parker.embry@sidley.com, parker-embry-5500@ecf.pacerpro.com;txefilingnotice@sidley.com |
| Patricia Antonelli | |
| | on behalf of Creditor The Beacon Mutual Insurance Company pantonelli@demerlepc.com |
| Patricia B. Tomasco | |
| | on behalf of Creditor Centerbridge Partners  L.P. and Blue Torch Capital LP pattytomasco@quinnemanuel.com, barbarahowell@quinnemanuel.com |
| Patrick J. Neligan, Jr. | |
| | on behalf of Creditor Access Rehab Centers LLC pneligan@neliganlaw.com rclark@neliganlaw.com;jgaither@neliganlaw.com;cperkins@neliganlaw.com;rclark@ecf.courtdrive.com |
| Paul E. Heath | |
| | on behalf of Creditor Medical Properties Trust  Inc. and certain of its affiliates pheath@velaw.com, lweisbruch@velaw.com |
| Paul G Jennings | |
| | on behalf of Creditor Sound Physicians pjennings@bassberry.com  bankr@bassberry.com |

Paul H. Zumbro
on behalf of Interested Party Yale New Haven Health Services Corporation pzumbro@cravath.com

Peter C. DApice
on behalf of Creditor Ad Hoc Committee of Medical Malpractice Claimants dapice@sbep-law.com

Philip Michael Guffy
on behalf of Interested Party Astrana Health  Inc. pguffy@huntonak.com

Phillip Pavlick
on behalf of Creditor Orange Coast Anesthesia  Inc. ppavlick@mccarter.com

Phillip Pavlick
on behalf of Creditor North American Partners in Anesthesia (Connecticut)  P.C. ppavlick@mccarter.com

Phillip A. Martin
on behalf of Interested Party Endurance American Insurance Company pmartin@fmdlegal.com

Phillip A. Martin
on behalf of Interested Party Berkley Insurance Company pmartin@fmdlegal.com

Phillip A. Martin
on behalf of Creditor Ventas  Inc. and certain of its affiliates pmartin@fmdlegal.com

Rachael L. Smiley
on behalf of Creditor OptumInsight  Inc. rsmiley@fbfk.law

Rachael L. Smiley
on behalf of Creditor Optum360  LLC rsmiley@fbfk.law

Rachael L. Smiley
on behalf of Creditor OptumCare Holdings  LLC rsmiley@fbfk.law

Rachael L. Smiley
on behalf of Creditor Change Healthcare Technology Enabled Services  LLC rsmiley@fbfk.law

Rachael L. Smiley
on behalf of Creditor Change Healthcare  inc. rsmiley@fbfk.law

Rachael L. Smiley
on behalf of Creditor Optum Infusion Services 500  Inc. rsmiley@fbfk.law

Rachael L. Smiley
on behalf of Creditor Optum Health Care Solutions  LLC rsmiley@fbfk.law

Rachael L. Smiley
on behalf of Creditor Change Healthcare Technologies  LLC rsmiley@fbfk.law

Rachael L. Smiley
on behalf of Creditor UnitedHealthcare of California  Inc. rsmiley@fbfk.law

Rachael L. Smiley
on behalf of Creditor UnitedHealthcare of New England  Inc. rsmiley@fbfk.law

Rachael L. Smiley
on behalf of Creditor National Decision Support Company rsmiley@fbfk.law

Rachael L. Smiley
on behalf of Creditor Change Healthcare Technology Enhanced Services  LLC rsmiley@fbfk.law

Rachael L. Smiley
on behalf of Creditor UnitedHealthcare Insurance Company  rsmiley@fbfk.law

Rachael L. Smiley
on behalf of Creditor United Behavioral Health  Inc. rsmiley@fbfk.law

Rachael L. Smiley
on behalf of Creditor UnitedHealthcare Benefits Plan of California  Inc. rsmiley@fbfk.law

Rakhee V. Patel
on behalf of Jointly Administered Party/Debtor Prospect Crozer  LLC rpatel@sidley.com,
rakhee-patel-7622@ecf.pacerpro.com,txfilingnotice@sidley.com

Rakhee V. Patel
on behalf of Jointly Administered Party/Debtor Prospect Penn  LLC rpatel@sidley.com,
rakhee-patel-7622@ecf.pacerpro.com,txfilingnotice@sidley.com

Rakhee V. Patel
on behalf of Jointly Administered Party/Debtor Prospect Provider Group RI  LLC rpatel@sidley.com,
rakhee-patel-7622@ecf.pacerpro.com,txfilingnotice@sidley.com

Rakhee V. Patel
on behalf of Debtor Prospect Medical Holdings  Inc. rpatel@sidley.com,

Rakhee V. Patel

     on behalf of Jointly Administered Party/Debtor Prospect ACO Northeast  LLC rpatel@sidley.com,
rahkee-patel-7622@ecf.pacerpro.com,txefilingnotice@sidley.com

Rakhee V. Patel

     on behalf of Jointly Administered Party/Debtor Prospect Management Services  LLC rpatel@sidley.com,
rahkee-patel-7622@ecf.pacerpro.com,txefilingnotice@sidley.com

Rakhee V. Patel

     on behalf of Jointly Administered Party/Debtor Prospect Ambulatory Surgery Centers  LLC rpatel@sidley.com,
rahkee-patel-7622@ecf.pacerpro.com,txefilingnotice@sidley.com

Rakhee V. Patel

     on behalf of Jointly Administered Party/Debtor Prospect Penn Health Club  LLC rpatel@sidley.com,
rahkee-patel-7622@ecf.pacerpro.com,txefilingnotice@sidley.com

Rakhee V. Patel

     on behalf of Defendant Prospect Medical Holdings  Inc., et al rpatel@sidley.com,
rahkee-patel-7622@ecf.pacerpro.com,txefilingnotice@sidley.com

Rakhee V. Patel

     on behalf of Jointly Administered Party/Debtor Prospect Oldco NJ  Inc. rpatel@sidley.com,
rahkee-patel-7622@ecf.pacerpro.com,txefilingnotice@sidley.com

Rakhee V. Patel

     on behalf of Jointly Administered Party/Debtor Prospect Manchester Hospital  Inc. rpatel@sidley.com,
rahkee-patel-7622@ecf.pacerpro.com,txefilingnotice@sidley.com

Rakhee V. Patel

     on behalf of Jointly Administered Party/Debtor Prospect CharterCARE Home Health and Hospice  LLC rpatel@sidley.com,
rahkee-patel-7622@ecf.pacerpro.com,txefilingnotice@sidley.com

Rakhee V. Patel

     on behalf of Jointly Administered Party/Debtor Prospect Home Health and Hospice  LLC rpatel@sidley.com,
rahkee-patel-7622@ecf.pacerpro.com,txefilingnotice@sidley.com

Rakhee V. Patel

     on behalf of Jointly Administered Party/Debtor Prospect Provider Group PA  LLC rpatel@sidley.com,
rahkee-patel-7622@ecf.pacerpro.com,txefilingnotice@sidley.com

Rakhee V. Patel

     on behalf of Jointly Administered Party/Debtor Prospect NJ  Inc. rpatel@sidley.com,
rahkee-patel-7622@ecf.pacerpro.com,txefilingnotice@sidley.com

Rakhee V. Patel

     on behalf of Jointly Administered Party/Debtor Prospect Provider Group CT  LLC rpatel@sidley.com,
rahkee-patel-7622@ecf.pacerpro.com,txefilingnotice@sidley.com

Rakhee V. Patel

     on behalf of Jointly Administered Party/Debtor Prospect Waterbury  Inc. rpatel@sidley.com,
rahkee-patel-7622@ecf.pacerpro.com,txefilingnotice@sidley.com

Rakhee V. Patel

     on behalf of Jointly Administered Party/Debtor Prospect CharterCARE RWMC  LLC rpatel@sidley.com,
rahkee-patel-7622@ecf.pacerpro.com,txefilingnotice@sidley.com

Rakhee V. Patel

     on behalf of Jointly Administered Party/Debtor Prospect Hospital Holdings  LLC rpatel@sidley.com,
rahkee-patel-7622@ecf.pacerpro.com,txefilingnotice@sidley.com

Rakhee V. Patel

     on behalf of Jointly Administered Party/Debtor Prospect CCMC  LLC rpatel@sidley.com,
rahkee-patel-7622@ecf.pacerpro.com,txefilingnotice@sidley.com

Rakhee V. Patel

     on behalf of Jointly Administered Party/Debtor Prospect Crozer Home Health and Hospice  LLC rpatel@sidley.com,
rahkee-patel-7622@ecf.pacerpro.com,txefilingnotice@sidley.com

Rakhee V. Patel

     on behalf of Jointly Administered Party/Debtor Prospect CharterCARE SJHSRI  LLC rpatel@sidley.com,
rahkee-patel-7622@ecf.pacerpro.com,txefilingnotice@sidley.com

Rakhee V. Patel

     on behalf of Jointly Administered Party/Debtor Prospect Nix Home Health and Hospice  LLC rpatel@sidley.com,
rahkee-patel-7622@ecf.pacerpro.com,txefilingnotice@sidley.com

Rakhee V. Patel

     on behalf of Jointly Administered Party/Debtor Prospect CharterCARE Ancillary Services  LLC rpatel@sidley.com,
rahkee-patel-7622@ecf.pacerpro.com,txefilingnotice@sidley.com

Rakhee V. Patel

on behalf of Jointly Administered Party/Debtor Prospect Integrated Behavioral Health  Inc. rpatel@sidley.com,
rahkee-patel-7622@ecf.pacerpro.com,txefilingnotice@sidley.com

Rakhee V. Patel

on behalf of Jointly Administered Party/Debtor Prospect Crozer Ambulatory Surgery  LLC rpatel@sidley.com,
rahkee-patel-7622@ecf.pacerpro.com,txefilingnotice@sidley.com

Rakhee V. Patel

on behalf of Jointly Administered Party/Debtor Prospect Waterbury Home Health  Inc. rpatel@sidley.com,
rahkee-patel-7622@ecf.pacerpro.com,txefilingnotice@sidley.com

Rakhee V. Patel

on behalf of Jointly Administered Party/Debtor Prospect Provider Groups  LLC rpatel@sidley.com,
rahkee-patel-7622@ecf.pacerpro.com,txefilingnotice@sidley.com

Rakhee V. Patel

on behalf of Jointly Administered Party/Debtor Prospect Provider Group NJ  LLC rpatel@sidley.com,
rahkee-patel-7622@ecf.pacerpro.com,txefilingnotice@sidley.com

Rakhee V. Patel

on behalf of Jointly Administered Party/Debtor Prospect Rockville Hospital  Inc. rpatel@sidley.com,
rahkee-patel-7622@ecf.pacerpro.com,txefilingnotice@sidley.com

Rakhee V. Patel

on behalf of Jointly Administered Party/Debtor Prospect Waterbury Ambulatory Surgery  LLC rpatel@sidley.com,
rahkee-patel-7622@ecf.pacerpro.com,txefilingnotice@sidley.com

Rakhee V. Patel

on behalf of Jointly Administered Party/Debtor Prospect Caring Hand  Inc. rpatel@sidley.com,
rahkee-patel-7622@ecf.pacerpro.com,txefilingnotice@sidley.com

Rakhee V. Patel

on behalf of Jointly Administered Party/Debtor Prospect Ambulatory Holding  LLC rpatel@sidley.com,
rahkee-patel-7622@ecf.pacerpro.com,txefilingnotice@sidley.com

Rakhee V. Patel

on behalf of Jointly Administered Party/Debtor Prospect CharterCARE Physicians  LLC rpatel@sidley.com,
rahkee-patel-7622@ecf.pacerpro.com,txefilingnotice@sidley.com

Rakhee V. Patel

on behalf of Jointly Administered Party/Debtor Southern California Healthcare System  Inc. rpatel@sidley.com,
rahkee-patel-7622@ecf.pacerpro.com,txefilingnotice@sidley.com

Rakhee V. Patel

on behalf of Jointly Administered Party/Debtor Prospect RI Home Health and Hospice  LLC rpatel@sidley.com,
rahkee-patel-7622@ecf.pacerpro.com,txefilingnotice@sidley.com

Rakhee V. Patel

on behalf of Jointly Administered Party/Debtor Prospect CharterCARE  LLC rpatel@sidley.com,
rahkee-patel-7622@ecf.pacerpro.com,txefilingnotice@sidley.com

Rakhee V. Patel

on behalf of Jointly Administered Party/Debtor Prospect Blackstone Valley Surgicare  LLC rpatel@sidley.com,
rahkee-patel-7622@ecf.pacerpro.com,txefilingnotice@sidley.com

Raymond M. Patella

on behalf of Creditor UGI Energy Services  LLC rpatella@lawjw.com, rpatella@lawjw.com

Rayven Young

on behalf of Creditor Pension Benefit Guaranty Corporation young.rayven@pbgc.gov  efile@pbgc.gov

Rebecca Lynn Matthews

on behalf of Creditor California Statewide Communities Development Authority rmatthews@fbtlaw.com
rmccartney@fbtlaw.com

Rebecca Lynn Matthews

on behalf of Creditor Fifth Third Securities  Inc., successor in interest to H2C Securities, Inc. rmatthews@fbtlaw.com,
rmccartney@fbtlaw.com

Robert Yaquinto, Jr.

on behalf of Creditor Humana Insurance Company and Humana Health Plan  Inc. ryaquinto@syllp.com

Robert Paul Goe

on behalf of Creditor OTRI Corporation dba EPM rgoe@goeforlaw.com  rgoe@goeforlaw.com

Ryan Anthony O'Connor

on behalf of Creditor Dayforce US  Inc. roconnor@okinadams.com

Ryan Eric Chapple

on behalf of Creditor Earl Bueno rchapple@cstrial.com  corozco@cstrial.com;notifications@cstrial.com

Ryan Eric Chapple

on behalf of Creditor Estate of Iris Rivera AKA Iris Margarita Rivera Ortiz rchapple@cstrial.com

District/off: 0539-8                          User: admin                                    Page 19 of 35
Date Rcvd: Sep 15, 2025                       Form ID: pdf012                                 Total Noticed: 1

corozco@cstrial.com;notifications@cstrial.com

Ryan Eric Chapple

on behalf of Creditor Valerie Carignan rchapple@cstrial.com  corozco@cstrial.com;notifications@cstrial.com

Ryan Eric Chapple

on behalf of Creditor Estate of Peter Pires  Jr. rchapple@cstrial.com, corozco@cstrial.com;notifications@cstrial.com

Ryan Eric Chapple

on behalf of Creditor Elizabeth Porter rchapple@cstrial.com  corozco@cstrial.com;notifications@cstrial.com

Ryan Eric Chapple

on behalf of Creditor Kelisha Martinez Morales rchapple@cstrial.com  corozco@cstrial.com;notifications@cstrial.com

Ryan Eric Chapple

on behalf of Creditor Pamela Dorn rchapple@cstrial.com  corozco@cstrial.com;notifications@cstrial.com

Ryan Eric Chapple

on behalf of Creditor Estate of Mary Grace rchapple@cstrial.com  corozco@cstrial.com;notifications@cstrial.com

Ryan Eric Chapple

on behalf of Creditor Estate of Robert. F. Dorn rchapple@cstrial.com  corozco@cstrial.com;notifications@cstrial.com

Ryan Eric Chapple

on behalf of Creditor Carley Gorcenski rchapple@cstrial.com  corozco@cstrial.com;notifications@cstrial.com

Ryan Eric Chapple

on behalf of Creditor Estate of Patricia Hart rchapple@cstrial.com  corozco@cstrial.com;notifications@cstrial.com

Ryan Eric Chapple

on behalf of Creditor Dylan Pedro rchapple@cstrial.com  corozco@cstrial.com;notifications@cstrial.com

Ryan Eric Chapple

on behalf of Creditor Lynn Matthews rchapple@cstrial.com  corozco@cstrial.com;notifications@cstrial.com

Ryan Eric Chapple

on behalf of Creditor Sean Boyle rchapple@cstrial.com  corozco@cstrial.com;notifications@cstrial.com

Ryan Eric Chapple

on behalf of Creditor Kyle J. Teadsale rchapple@cstrial.com  corozco@cstrial.com;notifications@cstrial.com

Ryan Eric Chapple

on behalf of Creditor Aerielle St. John rchapple@cstrial.com  corozco@cstrial.com;notifications@cstrial.com

Ryan Eric Chapple

on behalf of Creditor Tucker St. John rchapple@cstrial.com  corozco@cstrial.com;notifications@cstrial.com

Ryan Eric Chapple

on behalf of Creditor Leah Pineau rchapple@cstrial.com  corozco@cstrial.com;notifications@cstrial.com

Ryan Eric Chapple

on behalf of Creditor Katie O'Connor rchapple@cstrial.com  corozco@cstrial.com;notifications@cstrial.com

Ryan Eric Chapple

on behalf of Creditor Kristin Shepardson rchapple@cstrial.com  corozco@cstrial.com;notifications@cstrial.com

Ryan Eric Chapple

on behalf of Creditor Ashley Pedro rchapple@cstrial.com  corozco@cstrial.com;notifications@cstrial.com

Ryan Eric Chapple

on behalf of Creditor Estate of Angela R. Matusz rchapple@cstrial.com  corozco@cstrial.com;notifications@cstrial.com

Ryan Eric Chapple

on behalf of Creditor Chelsea Teasdale rchapple@cstrial.com  corozco@cstrial.com;notifications@cstrial.com

Ryan Eric Chapple

on behalf of Creditor Debra D'Avino rchapple@cstrial.com  corozco@cstrial.com;notifications@cstrial.com

Ryan Eric Chapple

on behalf of Creditor Carlos Anthony Varela rchapple@cstrial.com  corozco@cstrial.com;notifications@cstrial.com

Ryan Eric Chapple

on behalf of Creditor Linda Degroate rchapple@cstrial.com  corozco@cstrial.com;notifications@cstrial.com

Ryan Eric Chapple

on behalf of Creditor Ariellmarie Beranger Rankine rchapple@cstrial.com  corozco@cstrial.com;notifications@cstrial.com

Ryan Eric Chapple

on behalf of Creditor Estate of Edward Matthews rchapple@cstrial.com  corozco@cstrial.com;notifications@cstrial.com

Ryan Eric Chapple

on behalf of Creditor Golden Jo Elizabeth Grace rchapple@cstrial.com  corozco@cstrial.com;notifications@cstrial.com

Case 25-80002-sgj11    Doc 3173    Filed 09/17/25    Entered 09/17/25 23:21:47    Desc
Imaged Certificate of Notice    Page 27 of 42
District/off: 0539-8                                    User: admin                                    Page 20 of 35
Date Rcvd: Sep 15, 2025                                Form ID: pdf012                                Total Noticed: 1

Ryan Eric Chapple
on behalf of Creditor Estate of Deborah L. Brice rchapple@cstrial.com corozco@cstrial.com;notifications@cstrial.com

Ryan Eric Chapple
on behalf of Creditor Amy Dunn rchapple@cstrial.com corozco@cstrial.com;notifications@cstrial.com

Ryan Eric Chapple
on behalf of Creditor Hitesh Shah rchapple@cstrial.com corozco@cstrial.com;notifications@cstrial.com

Ryan Eric Chapple
on behalf of Creditor Brooks Pedro rchapple@cstrial.com corozco@cstrial.com;notifications@cstrial.com

Ryan Eric Chapple
on behalf of Creditor Estate of Anthony Cocchiola rchapple@cstrial.com corozco@cstrial.com;notifications@cstrial.com

Ryan Eric Chapple
on behalf of Creditor Arielle St. John rchapple@cstrial.com corozco@cstrial.com;notifications@cstrial.com

Ryan Eric Chapple
on behalf of Creditor Jayme L. Pires rchapple@cstrial.com corozco@cstrial.com;notifications@cstrial.com

Ryan Eric Chapple
on behalf of Creditor Estate of Stephen Otis Shepardson rchapple@cstrial.com corozco@cstrial.com;notifications@cstrial.com

Ryan Eric Chapple
on behalf of Creditor Estate of Griffin Gorcenski rchapple@cstrial.com corozco@cstrial.com;notifications@cstrial.com

Ryan Eric Chapple
on behalf of Creditor Richard Hart rchapple@cstrial.com corozco@cstrial.com;notifications@cstrial.com

Ryan Eric Chapple
on behalf of Creditor Michael Quadrato rchapple@cstrial.com corozco@cstrial.com;notifications@cstrial.com

Ryan Eric Chapple
on behalf of Creditor Estate of Meghna Shah rchapple@cstrial.com corozco@cstrial.com;notifications@cstrial.com

Ryan Eric Chapple
on behalf of Creditor Anthony Manuel rchapple@cstrial.com corozco@cstrial.com;notifications@cstrial.com

Ryan Eric Chapple
on behalf of Creditor Andrew St. John rchapple@cstrial.com corozco@cstrial.com;notifications@cstrial.com

Ryan Eric Chapple
on behalf of Creditor Kelimar Santiago Martinez rchapple@cstrial.com corozco@cstrial.com;notifications@cstrial.com

Ryan Eric Chapple
on behalf of Creditor Robert P. Matusz rchapple@cstrial.com corozco@cstrial.com;notifications@cstrial.com

Ryan Eric Chapple
on behalf of Creditor Estate of Stephen M. O'Connor rchapple@cstrial.com corozco@cstrial.com;notifications@cstrial.com

Ryan Eric Chapple
on behalf of Creditor Mary Lou Shepardson rchapple@cstrial.com corozco@cstrial.com;notifications@cstrial.com

Ryan J. Barbur
on behalf of Creditor New England Health Care Employees Union District 1199, SEIU rbarbur@levyratner.com

Sabrina Lynn Streusand
on behalf of Creditor Access Telecare LLC streusand@slollp.com, pina@slollp.com

Sabrina Lynn Streusand
on behalf of Creditor Access Telecare PLLC streusand@slollp.com, pina@slollp.com

Sam J. Alberts
on behalf of Other Professional FTI Consulting Inc., as Receiver For Pennsylvania Debtor Entities sam.alberts@dentons.com

Sam J. Alberts
on behalf of Claims Agent Omni Agent Solutions Inc. sam.alberts@dentons.com

Sara K Morgan
on behalf of Creditor Sound Physicians sara.morgan@bassberry.com bankr@bassberry.com

Scott A Griffin
on behalf of Interested Party Connecticut Hospital Assocation Inc. sgriffin@wiggin.com

Scott A. Zuber
on behalf of Creditor Cardinal Health szuber@csglaw.com

Shawn Smith
on behalf of Creditor Orange Coast Anesthesia Inc. shsmith@mccarter.com, mshaw@mccarter.com;kwantek@mccarter.com

Shawn Smith
on behalf of Creditor North American Partners in Anesthesia (Connecticut) P.C. shsmith@mccarter.com,

District/off: 0539-8      User: admin      Page 21 of 35

Date Rcvd: Sep 15, 2025      Form ID: pdf012      Total Noticed: 1

mshaw@mccarter.com;kwantek@mccarter.com

Sidney H. Scheinberg

on behalf of Creditor Lindsay Duross SScheinberg@GodwinBowman.com
sidscheinberg@me.com;nchancy@GodwinBowman.com;OBrown@GodwinBowman.com;csanders@godwinbowman.com

Stephen M. Pezanosky

on behalf of Interested Party Yale New Haven Health Services Corporation stephen.pezanosky@haynesboone.com
kim.morzak@haynesboone.com;kristy.martinez@haynesboone.com

Steven E. Sexton

on behalf of Jointly Administered Party/Debtor Prospect CT  Inc. ssexton@sidley.com,
steven-sexton-8669@ecf.pacerpro.com,efilingnotice@sidley.com

Steven E. Sexton

on behalf of Jointly Administered Party/Debtor Cardiology Associates of Greater Waterbury  P.C. ssexton@sidley.com,
steven-sexton-8669@ecf.pacerpro.com,efilingnotice@sidley.com

Steven E. Sexton

on behalf of Jointly Administered Party/Debtor Prospect Provider Group PA  LLC ssexton@sidley.com,
steven-sexton-8669@ecf.pacerpro.com,efilingnotice@sidley.com

Steven E. Sexton

on behalf of Jointly Administered Party/Debtor Prospect East Hospital Advisory Services  LLC ssexton@sidley.com,
steven-sexton-8669@ecf.pacerpro.com,efilingnotice@sidley.com

Steven E. Sexton

on behalf of Jointly Administered Party/Debtor Prospect Crozer Urgent Care  LLC ssexton@sidley.com,
steven-sexton-8669@ecf.pacerpro.com,efilingnotice@sidley.com

Steven E. Sexton

on behalf of Jointly Administered Party/Debtor Prospect Crozer Home Health and Hospice  LLC ssexton@sidley.com,
steven-sexton-8669@ecf.pacerpro.com,efilingnotice@sidley.com

Steven E. Sexton

on behalf of Jointly Administered Party/Debtor Nix Physicians  Inc. ssexton@sidley.com,
steven-sexton-8669@ecf.pacerpro.com,efilingnotice@sidley.com

Steven E. Sexton

on behalf of Jointly Administered Party/Debtor Prospect Crozer  LLC ssexton@sidley.com,
steven-sexton-8669@ecf.pacerpro.com,efilingnotice@sidley.com

Steven E. Sexton

on behalf of Jointly Administered Party/Debtor Prospect Waterbury  Inc. ssexton@sidley.com,
steven-sexton-8669@ecf.pacerpro.com,efilingnotice@sidley.com

Steven E. Sexton

on behalf of Jointly Administered Party/Debtor Prospect CharterCARE Ancillary Services  LLC ssexton@sidley.com,
steven-sexton-8669@ecf.pacerpro.com,efilingnotice@sidley.com

Steven E. Sexton

on behalf of Jointly Administered Party/Debtor Prospect Rockville Hospital  Inc. ssexton@sidley.com,
steven-sexton-8669@ecf.pacerpro.com,efilingnotice@sidley.com

Steven E. Sexton

on behalf of Jointly Administered Party/Debtor Prospect ECHN  Inc. ssexton@sidley.com,
steven-sexton-8669@ecf.pacerpro.com,efilingnotice@sidley.com

Steven E. Sexton

on behalf of Jointly Administered Party/Debtor Coordinated Regional Care Group  LLC ssexton@sidley.com,
steven-sexton-8669@ecf.pacerpro.com,efilingnotice@sidley.com

Steven E. Sexton

on behalf of Jointly Administered Party/Debtor Prospect Penn  LLC ssexton@sidley.com,
steven-sexton-8669@ecf.pacerpro.com,efilingnotice@sidley.com

Steven E. Sexton

on behalf of Jointly Administered Party/Debtor PHS Holdings  LLC ssexton@sidley.com,
steven-sexton-8669@ecf.pacerpro.com,efilingnotice@sidley.com

Steven E. Sexton

on behalf of Jointly Administered Party/Debtor Prospect Provider Group NJ  LLC ssexton@sidley.com,
steven-sexton-8669@ecf.pacerpro.com,efilingnotice@sidley.com

Steven E. Sexton

on behalf of Jointly Administered Party/Debtor Prospect Provider Group CT  LLC ssexton@sidley.com,
steven-sexton-8669@ecf.pacerpro.com,efilingnotice@sidley.com

Steven E. Sexton

on behalf of Jointly Administered Party/Debtor Prospect Health Access Network  Inc. ssexton@sidley.com,
steven-sexton-8669@ecf.pacerpro.com,efilingnotice@sidley.com

Steven E. Sexton

on behalf of Jointly Administered Party/Debtor Prospect Health Services PA Inc. ssexton@sidley.com,
steven-sexton-8669@ecf.pacerpro.com,efilingnotice@sidley.com

Steven E. Sexton

on behalf of Jointly Administered Party/Debtor Prospect East Holdings Inc. ssexton@sidley.com,
steven-sexton-8669@ecf.pacerpro.com,efilingnotice@sidley.com

Steven E. Sexton

on behalf of Jointly Administered Party/Debtor Prospect CharterCARE Home Health and Hospice LLC ssexton@sidley.com,
steven-sexton-8669@ecf.pacerpro.com,efilingnotice@sidley.com

Steven E. Sexton

on behalf of Jointly Administered Party/Debtor Alta Los Angeles Hospitals Inc. ssexton@sidley.com,
steven-sexton-8669@ecf.pacerpro.com,efilingnotice@sidley.com

Steven E. Sexton

on behalf of Jointly Administered Party/Debtor Prospect Ambulatory Surgery Centers LLC ssexton@sidley.com,
steven-sexton-8669@ecf.pacerpro.com,efilingnotice@sidley.com

Steven E. Sexton

on behalf of Jointly Administered Party/Debtor Prospect Health Services RI Inc. ssexton@sidley.com,
steven-sexton-8669@ecf.pacerpro.com,efilingnotice@sidley.com

Steven E. Sexton

on behalf of Jointly Administered Party/Debtor Prospect Waterbury Ambulatory Surgery LLC ssexton@sidley.com,
steven-sexton-8669@ecf.pacerpro.com,efilingnotice@sidley.com

Steven E. Sexton

on behalf of Jointly Administered Party/Debtor Prospect Health Services CT Inc. ssexton@sidley.com,
steven-sexton-8669@ecf.pacerpro.com,efilingnotice@sidley.com

Steven E. Sexton

on behalf of Jointly Administered Party/Debtor Prospect Waterbury Home Health Inc. ssexton@sidley.com,
steven-sexton-8669@ecf.pacerpro.com,efilingnotice@sidley.com

Steven E. Sexton

on behalf of Jointly Administered Party/Debtor Prospect CT Management Services Inc. ssexton@sidley.com,
steven-sexton-8669@ecf.pacerpro.com,efilingnotice@sidley.com

Steven E. Sexton

on behalf of Jointly Administered Party/Debtor Prospect RI Home Health and Hospice LLC ssexton@sidley.com,
steven-sexton-8669@ecf.pacerpro.com,efilingnotice@sidley.com

Steven E. Sexton

on behalf of Jointly Administered Party/Debtor Associates in Primary Care Medicine Inc. ssexton@sidley.com,
steven-sexton-8669@ecf.pacerpro.com,efilingnotice@sidley.com

Steven E. Sexton

on behalf of Jointly Administered Party/Debtor Prospect CT Medical Foundation Inc. ssexton@sidley.com,
steven-sexton-8669@ecf.pacerpro.com,efilingnotice@sidley.com

Steven E. Sexton

on behalf of Jointly Administered Party/Debtor Nix SPE LLC ssexton@sidley.com,
steven-sexton-8669@ecf.pacerpro.com,efilingnotice@sidley.com

Steven E. Sexton

on behalf of Jointly Administered Party/Debtor Prospect Ambulatory Holding LLC ssexton@sidley.com,
steven-sexton-8669@ecf.pacerpro.com,efilingnotice@sidley.com

Steven E. Sexton

on behalf of Jointly Administered Party/Debtor Prospect ACO Holdings LLC ssexton@sidley.com,
steven-sexton-8669@ecf.pacerpro.com,efilingnotice@sidley.com

Steven E. Sexton

on behalf of Jointly Administered Party/Debtor Prospect Integrated Behavioral Health Inc. ssexton@sidley.com,
steven-sexton-8669@ecf.pacerpro.com,efilingnotice@sidley.com

Steven E. Sexton

on behalf of Jointly Administered Party/Debtor Prospect CharterCARE LLC ssexton@sidley.com,
steven-sexton-8669@ecf.pacerpro.com,efilingnotice@sidley.com

Steven E. Sexton

on behalf of Jointly Administered Party/Debtor Prospect Provider Groups LLC ssexton@sidley.com,
steven-sexton-8669@ecf.pacerpro.com,efilingnotice@sidley.com

Steven E. Sexton

on behalf of Jointly Administered Party/Debtor Prospect ECHN Eldercare Services Inc. ssexton@sidley.com,
steven-sexton-8669@ecf.pacerpro.com,efilingnotice@sidley.com

Steven E. Sexton

on behalf of Jointly Administered Party/Debtor Prospect Manchester Hospital Inc. ssexton@sidley.com,
steven-sexton-8669@ecf.pacerpro.com,efilingnotice@sidley.com

Steven E. Sexton

on behalf of Jointly Administered Party/Debtor Prospect Home Health and Hospice  LLC ssexton@sidley.com,
steven-sexton-8669@ecf.pacerpro.com,efilingnotice@sidley.com

Steven E. Sexton

on behalf of Jointly Administered Party/Debtor Prospect DCMH  LLC ssexton@sidley.com,
steven-sexton-8669@ecf.pacerpro.com,efilingnotice@sidley.com

Steven E. Sexton

on behalf of Interested Party Prospect Medical Holdings  Inc. and its HospitalCo Debtor Affiliates ssexton@sidley.com,
steven-sexton-8669@ecf.pacerpro.com,efilingnotice@sidley.com

Steven E. Sexton

on behalf of Jointly Administered Party/Debtor Nix Services  LLC ssexton@sidley.com,
steven-sexton-8669@ecf.pacerpro.com,efilingnotice@sidley.com

Steven E. Sexton

on behalf of Jointly Administered Party/Debtor Prospect Oldco NJ  Inc. ssexton@sidley.com,
steven-sexton-8669@ecf.pacerpro.com,efilingnotice@sidley.com

Steven E. Sexton

on behalf of Jointly Administered Party/Debtor Hospital Advisory Services  Inc. ssexton@sidley.com,
steven-sexton-8669@ecf.pacerpro.com,efilingnotice@sidley.com

Steven E. Sexton

on behalf of Jointly Administered Party/Debtor Prospect CharterCARE SJHSRI  LLC ssexton@sidley.com,
steven-sexton-8669@ecf.pacerpro.com,efilingnotice@sidley.com

Steven E. Sexton

on behalf of Jointly Administered Party/Debtor Prospect Nix Home Health and Hospice  LLC ssexton@sidley.com,
steven-sexton-8669@ecf.pacerpro.com,efilingnotice@sidley.com

Steven E. Sexton

on behalf of Jointly Administered Party/Debtor Prospect CharterCARE Physicians  LLC ssexton@sidley.com,
steven-sexton-8669@ecf.pacerpro.com,efilingnotice@sidley.com

Steven E. Sexton

on behalf of Jointly Administered Party/Debtor Prospect CCMC  LLC ssexton@sidley.com,
steven-sexton-8669@ecf.pacerpro.com,efilingnotice@sidley.com

Steven E. Sexton

on behalf of Jointly Administered Party/Debtor Prospect ECHN Home Health  Inc. ssexton@sidley.com,
steven-sexton-8669@ecf.pacerpro.com,efilingnotice@sidley.com

Steven E. Sexton

on behalf of Jointly Administered Party/Debtor Prospect CharterCARE RWMC  LLC ssexton@sidley.com,
steven-sexton-8669@ecf.pacerpro.com,efilingnotice@sidley.com

Steven E. Sexton

on behalf of Jointly Administered Party/Debtor Prospect Health Ventures Holdings  LLC ssexton@sidley.com,
steven-sexton-8669@ecf.pacerpro.com,efilingnotice@sidley.com

Steven E. Sexton

on behalf of Jointly Administered Party/Debtor Healthcare Staffing on Demand  LLC ssexton@sidley.com,
steven-sexton-8669@ecf.pacerpro.com,efilingnotice@sidley.com

Steven E. Sexton

on behalf of Jointly Administered Party/Debtor Prospect Hospital Holdings  LLC ssexton@sidley.com,
steven-sexton-8669@ecf.pacerpro.com,efilingnotice@sidley.com

Steven E. Sexton

on behalf of Jointly Administered Party/Debtor Prospect ACO Northeast  LLC ssexton@sidley.com,
steven-sexton-8669@ecf.pacerpro.com,efilingnotice@sidley.com

Steven E. Sexton

on behalf of Jointly Administered Party/Debtor Nix Community General Hospital  LLC ssexton@sidley.com,
steven-sexton-8669@ecf.pacerpro.com,efilingnotice@sidley.com

Steven E. Sexton

on behalf of Jointly Administered Party/Debtor New University Medical Group  LLC ssexton@sidley.com,
steven-sexton-8669@ecf.pacerpro.com,efilingnotice@sidley.com

Steven E. Sexton

on behalf of Debtor Prospect Medical Holdings  Inc. ssexton@sidley.com,
steven-sexton-8669@ecf.pacerpro.com,efilingnotice@sidley.com

Steven E. Sexton

on behalf of Jointly Administered Party/Debtor Prospect Caring Hand  Inc. ssexton@sidley.com,
steven-sexton-8669@ecf.pacerpro.com,efilingnotice@sidley.com

Steven E. Sexton

on behalf of Jointly Administered Party/Debtor Southern California Healthcare System  Inc. ssexton@sidley.com,
steven-sexton-8669@ecf.pacerpro.com,efilingnotice@sidley.com

District/off: 0539-8                                           User: admin                                           Page 24 of 35
Date Rcvd: Sep 15, 2025                                        Form ID: pdf012                                       Total Noticed: 1

Steven E. Sexton

on behalf of Jointly Administered Party/Debtor Prospect Crozer Ambulatory Surgery  LLC ssexton@sidley.com,
steven-sexton-8669@ecf.pacerpro.com,efilingnotice@sidley.com

Steven E. Sexton

on behalf of Jointly Administered Party/Debtor Prospect Penn Health Club  LLC ssexton@sidley.com,
steven-sexton-8669@ecf.pacerpro.com,efilingnotice@sidley.com

Steven E. Sexton

on behalf of Jointly Administered Party/Debtor Prospect Management Services  LLC ssexton@sidley.com,
steven-sexton-8669@ecf.pacerpro.com,efilingnotice@sidley.com

Steven E. Sexton

on behalf of Jointly Administered Party/Debtor Alta Hospitals System  LLC ssexton@sidley.com,
steven-sexton-8669@ecf.pacerpro.com,efilingnotice@sidley.com

Steven E. Sexton

on behalf of Jointly Administered Party/Debtor Prospect Blackstone Valley Surgicare  LLC ssexton@sidley.com,
steven-sexton-8669@ecf.pacerpro.com,efilingnotice@sidley.com

Steven E. Sexton

on behalf of Jointly Administered Party/Debtor Prospect Provider Group RI  LLC ssexton@sidley.com,
steven-sexton-8669@ecf.pacerpro.com,efilingnotice@sidley.com

Steven E. Sexton

on behalf of Jointly Administered Party/Debtor Nix Hospitals System  LLC ssexton@sidley.com,
steven-sexton-8669@ecf.pacerpro.com,efilingnotice@sidley.com

Steven J. Mitby

on behalf of Creditor Intuitive Surgical  Inc. smitby@mitbylaw.com,
pchavez@mitbylaw.com;apalova@mitbylaw.com;nmontez@mitbylaw.com;rvansteenis@mitbylaw.com

Susan C. Mathews

on behalf of Creditor Healthcare Realty Services  LLC smathews@bakerdonelson.com, bellender@bakerdonelson.com

Susan C. Mathews

on behalf of Creditor CHCT Connecticut  LLC smathews@bakerdonelson.com, bellender@bakerdonelson.com

Susan C. Mathews

on behalf of Creditor Healthcare Realty Trust Incorporated smathews@bakerdonelson.com  bellender@bakerdonelson.com

Susheel Kirpalani

on behalf of Creditor Centerbridge Partners  L.P. and Blue Torch Capital LP susheelkirpalani@quinnemanuel.com,
dian.gwinnup@haynesboone.com

Terri Jane Freedman

on behalf of Creditor Cardinal Health tfreedman@csglaw.com

Thomas A. Madden

on behalf of Creditor RICHARD LEMBO tmadden@daleyorton.com

Thomas A. Madden

on behalf of Creditor BEVERLY LEMBO tmadden@daleyorton.com

Thomas A. Madden

on behalf of Creditor GINA ST. ONGE IN HER CAPACITY AS THE ADMINISTRATRIX OF THE ESTATE OF FRED P.
CANDORA JR tmadden@daleyorton.com

Thomas A. Madden

on behalf of Creditor KEVIN CANDORA tmadden@daleyorton.com

Thomas A. Madden

on behalf of Creditor JEANNINE CANDORA tmadden@daleyorton.com

Thomas A. Madden

on behalf of Creditor GINA ST. ONGE tmadden@daleyorton.com

Thomas Andrew Howley

on behalf of Interested Party Med-Metrix LLC tom@howley-law.com  roland@howley-law.com

Thomas Andrew Howley

on behalf of Interested Party Compass Group USA  Inc. tom@howley-law.com, roland@howley-law.com

Thomas J. Turner

on behalf of Creditor Ariellmarie Beranger Rankine tturner@cstrial.com  sbeam@cstrial.com

Thomas J. Turner

on behalf of Creditor Estate of Mary Grace tturner@cstrial.com  sbeam@cstrial.com

Thomas J. Turner

on behalf of Creditor Brooks Pedro tturner@cstrial.com  sbeam@cstrial.com

Thomas J. Turner

on behalf of Creditor Debra D'Avino tturner@cstrial.com  sbeam@cstrial.com

Thomas J. Turner

on behalf of Creditor Kyle J. Teadsale tturner@cstrial.com  sbeam@cstrial.com

Thomas J. Turner

on behalf of Creditor Kelisha Martinez Morales tturner@cstrial.com  sbeam@cstrial.com

Thomas J. Turner

on behalf of Creditor Estate of Robert. F. Dorn tturner@cstrial.com  sbeam@cstrial.com

Thomas J. Turner

on behalf of Creditor Andrew St. John tturner@cstrial.com  sbeam@cstrial.com

Thomas J. Turner

on behalf of Creditor Earl Bueno tturner@cstrial.com  sbeam@cstrial.com

Thomas J. Turner

on behalf of Creditor Estate of Peter Pires  Jr. tturner@cstrial.com, sbeam@cstrial.com

Thomas J. Turner

on behalf of Creditor Estate of Griffin Gorcenski tturner@cstrial.com  sbeam@cstrial.com

Thomas J. Turner

on behalf of Creditor Chelsea Teasdale tturner@cstrial.com  sbeam@cstrial.com

Thomas J. Turner

on behalf of Creditor Katie O'Connor tturner@cstrial.com  sbeam@cstrial.com

Thomas J. Turner

on behalf of Creditor Dylan Pedro tturner@cstrial.com  sbeam@cstrial.com

Thomas J. Turner

on behalf of Creditor Estate of Angela R. Matusz tturner@cstrial.com  sbeam@cstrial.com

Thomas J. Turner

on behalf of Creditor Estate of Stephen Otis Shepardson tturner@cstrial.com  sbeam@cstrial.com

Thomas J. Turner

on behalf of Creditor Michael Quadrato tturner@cstrial.com  sbeam@cstrial.com

Thomas J. Turner

on behalf of Creditor Estate of Stephen M. O'Connor tturner@cstrial.com  sbeam@cstrial.com

Thomas J. Turner

on behalf of Creditor Aerielle St. John tturner@cstrial.com  sbeam@cstrial.com

Thomas J. Turner

on behalf of Creditor Robert P. Matusz tturner@cstrial.com  sbeam@cstrial.com

Thomas J. Turner

on behalf of Creditor Carlos Anthony Varela tturner@cstrial.com  sbeam@cstrial.com

Thomas J. Turner

on behalf of Creditor Mary Lou Shepardson tturner@cstrial.com  sbeam@cstrial.com

Thomas J. Turner

on behalf of Creditor Leah Pineau tturner@cstrial.com  sbeam@cstrial.com

Thomas J. Turner

on behalf of Creditor Estate of Iris Rivera AKA Iris Margarita Rivera Ortiz tturner@cstrial.com  sbeam@cstrial.com

Thomas J. Turner

on behalf of Creditor Carley Gorcenski tturner@cstrial.com  sbeam@cstrial.com

Thomas J. Turner

on behalf of Creditor Estate of Shirley Peacock tturner@cstrial.com  sbeam@cstrial.com

Thomas J. Turner

on behalf of Creditor Sean Boyle tturner@cstrial.com  sbeam@cstrial.com

Thomas J. Turner

on behalf of Creditor Valerie Carignan tturner@cstrial.com  sbeam@cstrial.com

Thomas J. Turner

on behalf of Creditor Amy Dunn tturner@cstrial.com  sbeam@cstrial.com

Thomas J. Turner

on behalf of Creditor Lynn Matthews tturner@cstrial.com  sbeam@cstrial.com

Thomas J. Turner

on behalf of Creditor Golden Jo Elizabeth Grace tturner@cstrial.com  sbeam@cstrial.com

District/off: 0539-8                                                    User: admin                                                    Page 26 of 35
Date Rcvd: Sep 15, 2025                                            Form ID: pdf012                                            Total Noticed: 1

Thomas J. Turner

on behalf of Creditor Kelimar Santiago Martinez tturner@cstrial.com  sbeam@cstrial.com

Thomas J. Turner

on behalf of Creditor Estate of Deborah L. Brice tturner@cstrial.com  sbeam@cstrial.com

Thomas J. Turner

on behalf of Creditor Jayme L. Pires tturner@cstrial.com  sbeam@cstrial.com

Thomas J. Turner

on behalf of Creditor Estate of Patricia Hart tturner@cstrial.com  sbeam@cstrial.com

Thomas J. Turner

on behalf of Creditor Estate of Anthony Cocchiola tturner@cstrial.com  sbeam@cstrial.com

Thomas J. Turner

on behalf of Creditor Kristin Shepardson tturner@cstrial.com  sbeam@cstrial.com

Thomas J. Turner

on behalf of Creditor Estate of Edward Matthews tturner@cstrial.com  sbeam@cstrial.com

Thomas J. Turner

on behalf of Creditor Estate of Meghna Shah tturner@cstrial.com  sbeam@cstrial.com

Thomas J. Turner

on behalf of Creditor Ashley Pedro tturner@cstrial.com  sbeam@cstrial.com

Thomas Robert Califano

on behalf of Debtor Prospect NJ  Inc. tom.califano@sidley.com, nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com

Thomas Robert Califano

on behalf of Debtor Care@Home Solutions CA  Inc tom.califano@sidley.com,
nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com

Thomas Robert Califano

on behalf of Jointly Administered Party/Debtor Prospect Provider Group NJ  LLC tom.califano@sidley.com,
nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com

Thomas Robert Califano

on behalf of Jointly Administered Party/Debtor Prospect Health Services RI  Inc. tom.califano@sidley.com,
nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com

Thomas Robert Califano

on behalf of Debtor Prospect Nix Home Health and Hospice  LLC tom.califano@sidley.com,
nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com

Thomas Robert Califano

on behalf of Debtor RightRX tom.califano@sidley.com  nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com

Thomas Robert Califano

on behalf of Jointly Administered Party/Debtor Associates in Primary Care Medicine  Inc. tom.califano@sidley.com,
nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com

Thomas Robert Califano

on behalf of Debtor Prospect Health Services RI  Inc. tom.califano@sidley.com,
nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com

Thomas Robert Califano

on behalf of Debtor Prospect ACO  LLC tom.califano@sidley.com, nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com

Thomas Robert Califano

on behalf of Jointly Administered Party/Debtor Prospect Health Ventures Holdings  LLC tom.califano@sidley.com,
nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com

Thomas Robert Califano

on behalf of Debtor Prospect Waterbury Home Health  Inc. tom.califano@sidley.com,
nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com

Thomas Robert Califano

on behalf of Debtor Alta Hospitals System  LLC tom.califano@sidley.com,
nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com

Thomas Robert Califano

on behalf of Debtor Southern California Healthcare System  Inc. tom.califano@sidley.com,
nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com

Thomas Robert Califano

on behalf of Jointly Administered Party/Debtor Prospect CT Medical Foundation  Inc. tom.califano@sidley.com,
nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com

Thomas Robert Califano

on behalf of Debtor Nix Hospitals System  LLC tom.califano@sidley.com,
nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com

Thomas Robert Califano

on behalf of Jointly Administered Party/Debtor Prospect Waterbury Ambulatory Surgery  LLC tom.califano@sidley.com,
nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com

Thomas Robert Califano

on behalf of Jointly Administered Party/Debtor Prospect Caring Hand  Inc. tom.califano@sidley.com,
nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com

Thomas Robert Califano

on behalf of Debtor Prospect CCMC  LLC tom.califano@sidley.com,
nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com

Thomas Robert Califano

on behalf of Debtor Prospect Management Services  LLC tom.califano@sidley.com,
nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com

Thomas Robert Califano

on behalf of Debtor New University Medical Group  LLC tom.califano@sidley.com,
nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com

Thomas Robert Califano

on behalf of Debtor Prospect Rockville Hospital  Inc. tom.califano@sidley.com,
nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com

Thomas Robert Califano

on behalf of Debtor Prospect Crozer  LLC tom.califano@sidley.com,
nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com

Thomas Robert Califano

on behalf of Debtor Prospect ACO Holdings  LLC tom.califano@sidley.com,
nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com

Thomas Robert Califano

on behalf of Debtor Prospect Penn Health Club  LLC tom.califano@sidley.com,
nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com

Thomas Robert Califano

on behalf of Jointly Administered Party/Debtor Prospect Ambulatory Holding  LLC tom.califano@sidley.com,
nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com

Thomas Robert Califano

on behalf of Jointly Administered Party/Debtor Prospect Penn  LLC tom.califano@sidley.com,
nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com

Thomas Robert Califano

on behalf of Debtor Prospect ECHN  Inc. tom.califano@sidley.com, nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com

Thomas Robert Califano

on behalf of Debtor Prospect Health Source Medical Group  Inc. tom.califano@sidley.com,
nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com

Thomas Robert Califano

on behalf of Debtor Prospect Health Ventures Holdings  LLC tom.califano@sidley.com,
nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com

Thomas Robert Califano

on behalf of Jointly Administered Party/Debtor Prospect Blackstone Valley Surgicare  LLC tom.califano@sidley.com,
nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com

Thomas Robert Califano

on behalf of Debtor Prospect Health Services PA  Inc. tom.califano@sidley.com,
nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com

Thomas Robert Califano

on behalf of Debtor Prospect CharterCARE RWMC  LLC tom.califano@sidley.com,
nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com

Thomas Robert Califano

on behalf of Jointly Administered Party/Debtor Prospect Crozer  LLC tom.califano@sidley.com,
nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com

Thomas Robert Califano

on behalf of Debtor Prospect Waterbury Ambulatory Surgery  LLC tom.califano@sidley.com,
nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com

Thomas Robert Califano

on behalf of Debtor Prospect Waterbury  Inc. tom.califano@sidley.com,
nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com

Thomas Robert Califano

on behalf of Jointly Administered Party/Debtor Prospect ACO Holdings  LLC tom.califano@sidley.com,
nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com

Thomas Robert Califano
on behalf of Debtor Prospect CT  Inc. tom.califano@sidley.com, nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com

Thomas Robert Califano
on behalf of Jointly Administered Party/Debtor Prospect ECHN  Inc. tom.califano@sidley.com, nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com

Thomas Robert Califano
on behalf of Debtor Prospect CharterCARE Home Health and Hospice  LLC tom.califano@sidley.com, nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com

Thomas Robert Califano
on behalf of Jointly Administered Party/Debtor Prospect Provider Group CT  LLC tom.califano@sidley.com, nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com

Thomas Robert Califano
on behalf of Jointly Administered Party/Debtor Prospect ECHN Eldercare Services  Inc. tom.califano@sidley.com, nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com

Thomas Robert Califano
on behalf of Jointly Administered Party/Debtor Prospect Provider Group PA  LLC tom.califano@sidley.com, nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com

Thomas Robert Califano
on behalf of Jointly Administered Party/Debtor Prospect Oldco NJ  Inc. tom.califano@sidley.com, nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com

Thomas Robert Califano
on behalf of Jointly Administered Party/Debtor Healthcare Staffing on Demand  LLC tom.califano@sidley.com, nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com

Thomas Robert Califano
on behalf of Debtor Prospect Health Access Network  Inc. tom.califano@sidley.com, nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com

Thomas Robert Califano
on behalf of Debtor Prospect CharterCARE SJHSRI  LLC tom.califano@sidley.com, nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com

Thomas Robert Califano
on behalf of Debtor Prospect East Hospital Advisory Services  LLC tom.califano@sidley.com, nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com

Thomas Robert Califano
on behalf of Jointly Administered Party/Debtor New University Medical Group  LLC tom.califano@sidley.com, nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com

Thomas Robert Califano
on behalf of Jointly Administered Party/Debtor Prospect Ambulatory Surgery Centers  LLC tom.califano@sidley.com, nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com

Thomas Robert Califano
on behalf of Jointly Administered Party/Debtor Prospect Provider Groups  LLC tom.califano@sidley.com, nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com

Thomas Robert Califano
on behalf of Debtor Prospect CharterCARE Physicians  LLC tom.califano@sidley.com, nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com

Thomas Robert Califano
on behalf of Debtor Prospect CT Medical Foundation  Inc. tom.califano@sidley.com, nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com

Thomas Robert Califano
on behalf of Debtor Nuestra Familia Medical Group  Inc. tom.califano@sidley.com, nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com

Thomas Robert Califano
on behalf of Debtor Nix SPE  LLC tom.califano@sidley.com, nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com

Thomas Robert Califano
on behalf of Debtor Prospect Ambulatory Surgery Centers  LLC tom.califano@sidley.com, nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com

Thomas Robert Califano
on behalf of Debtor Coordinated Regional Care Group  LLC tom.califano@sidley.com, nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com

Thomas Robert Califano
on behalf of Jointly Administered Party/Debtor Prospect ECHN Home Health  Inc. tom.califano@sidley.com, nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com

Thomas Robert Califano

on behalf of Jointly Administered Party/Debtor Prospect Management Services  LLC tom.califano@sidley.com,
nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com

Thomas Robert Califano

on behalf of Debtor Prospect Professional Care Medical Group  Inc. tom.califano@sidley.com,
nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com

Thomas Robert Califano

on behalf of Jointly Administered Party/Debtor Prospect Nix Home Health and Hospice  LLC tom.califano@sidley.com,
nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com

Thomas Robert Califano

on behalf of Jointly Administered Party/Debtor Prospect CT Management Services  Inc. tom.califano@sidley.com,
nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com

Thomas Robert Califano

on behalf of Debtor Prospect ECHN Home Health  Inc. tom.califano@sidley.com,
nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com

Thomas Robert Califano

on behalf of Jointly Administered Party/Debtor Nix Community General Hospital  LLC tom.califano@sidley.com,
nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com

Thomas Robert Califano

on behalf of Jointly Administered Party/Debtor Nix SPE  LLC tom.califano@sidley.com,
nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com

Thomas Robert Califano

on behalf of Debtor Prospect DCMH  LLC tom.califano@sidley.com,
nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com

Thomas Robert Califano

on behalf of Jointly Administered Party/Debtor Prospect Waterbury Home Health  Inc. tom.califano@sidley.com,
nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com

Thomas Robert Califano

on behalf of Jointly Administered Party/Debtor Nix Hospitals System  LLC tom.califano@sidley.com,
nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com

Thomas Robert Califano

on behalf of Jointly Administered Party/Debtor Prospect Hospital Holdings  LLC tom.califano@sidley.com,
nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com

Thomas Robert Califano

on behalf of Jointly Administered Party/Debtor Prospect Crozer Ambulatory Surgery  LLC tom.califano@sidley.com,
nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com

Thomas Robert Califano

on behalf of Jointly Administered Party/Debtor Prospect Health Access Network  Inc. tom.califano@sidley.com,
nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com

Thomas Robert Califano

on behalf of Debtor Prospect Penn  LLC tom.califano@sidley.com, nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com

Thomas Robert Califano

on behalf of Debtor Primary and Multi-Specialty Clinics of Anaheim  Inc. tom.califano@sidley.com,
nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com

Thomas Robert Califano

on behalf of Debtor Prospect Medical Holdings  Inc. tom.califano@sidley.com,
nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com

Thomas Robert Califano

on behalf of Debtor ProMed Health Care Administrators tom.califano@sidley.com
nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com

Thomas Robert Califano

on behalf of Jointly Administered Party/Debtor Prospect Crozer Home Health and Hospice  LLC tom.califano@sidley.com,
nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com

Thomas Robert Califano

on behalf of Debtor Prospect RI Home Health and Hospice  LLC tom.califano@sidley.com,
nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com

Thomas Robert Califano

on behalf of Debtor Prospect Provider Group NJ  LLC tom.califano@sidley.com,
nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com

Thomas Robert Califano

on behalf of Jointly Administered Party/Debtor Prospect CharterCARE  LLC tom.califano@sidley.com,
nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com

Thomas Robert Califano

District/off: 0539-8

User: admin

Page 30 of 35

Date Rcvd: Sep 15, 2025

Form ID: pdf012

Total Noticed: 1

on behalf of Debtor Prospect Provider Group RI  LLC tom.califano@sidley.com,
nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com

Thomas Robert Califano

on behalf of Debtor Prospect Caring Hand  Inc. tom.califano@sidley.com,
nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com

Thomas Robert Califano

on behalf of Debtor Prospect Provider Groups  LLC tom.califano@sidley.com,
nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com

Thomas Robert Califano

on behalf of Debtor Prospect Manchester Hospital  Inc. tom.califano@sidley.com,
nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com

Thomas Robert Califano

on behalf of Jointly Administered Party/Debtor Prospect Integrated Behavioral Health  Inc. tom.califano@sidley.com,
nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com

Thomas Robert Califano

on behalf of Debtor Hospital Advisory Services  Inc. tom.califano@sidley.com,
nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com

Thomas Robert Califano

on behalf of Debtor Associates in Primary Care Medicine  Inc. tom.califano@sidley.com,
nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com

Thomas Robert Califano

on behalf of Debtor StarCare Medical Group  Inc. tom.califano@sidley.com,
nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com

Thomas Robert Califano

on behalf of Debtor Prospect Crozer Home Health and Hospice  LLC tom.califano@sidley.com,
nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com

Thomas Robert Califano

on behalf of Debtor Prospect Hospital Holdings  LLC tom.califano@sidley.com,
nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com

Thomas Robert Califano

on behalf of Debtor Prospect ECHN Eldercare Services  Inc. tom.califano@sidley.com,
nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com

Thomas Robert Califano

on behalf of Debtor Prospect Integrated Behavioral Health  Inc. tom.califano@sidley.com,
nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com

Thomas Robert Califano

on behalf of Debtor Prospect CT Management Services  Inc. tom.califano@sidley.com,
nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com

Thomas Robert Califano

on behalf of Jointly Administered Party/Debtor Prospect Waterbury  Inc. tom.califano@sidley.com,
nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com

Thomas Robert Califano

on behalf of Debtor Prospect Crozer Ambulatory Surgery  LLC tom.califano@sidley.com,
nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com

Thomas Robert Califano

on behalf of Debtor Prospect Medical Group AZ  LLC tom.califano@sidley.com,
nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com

Thomas Robert Califano

on behalf of Debtor Alta Los Angeles Hospitals  Inc. tom.califano@sidley.com,
nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com

Thomas Robert Califano

on behalf of Jointly Administered Party/Debtor Nix Physicians  Inc. tom.califano@sidley.com,
nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com

Thomas Robert Califano

on behalf of Debtor Prospect Health Services AZ  LLC tom.califano@sidley.com,
nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com

Thomas Robert Califano

on behalf of Debtor Prospect Home Health and Hospice  LLC tom.califano@sidley.com,
nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com

Thomas Robert Califano

on behalf of Debtor Prospect Intermediate Physician Holdings  Inc. tom.califano@sidley.com,
nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com

Thomas Robert Califano

on behalf of Debtor Prospect Health Services CT  Inc. tom.califano@sidley.com,
nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com

Thomas Robert Califano

on behalf of Debtor PHS Holdings  LLC tom.califano@sidley.com, nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com

Thomas Robert Califano

on behalf of Jointly Administered Party/Debtor Prospect East Holdings  Inc. tom.califano@sidley.com,
nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com

Thomas Robert Califano

on behalf of Jointly Administered Party/Debtor Prospect CCMC  LLC tom.califano@sidley.com,
nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com

Thomas Robert Califano

on behalf of Debtor Prospect CharterCARE Ancillary Services  LLC tom.califano@sidley.com,
nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com

Thomas Robert Califano

on behalf of Jointly Administered Party/Debtor Cardiology Associates of Greater Waterbury  P.C. tom.califano@sidley.com,
nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com

Thomas Robert Califano

on behalf of Debtor Cardiology Associates of Greater Waterbury  P.C. tom.califano@sidley.com,
nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com

Thomas Robert Califano

on behalf of Debtor Healthcare Staffing on Demand  LLC tom.califano@sidley.com,
nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com

Thomas Robert Califano

on behalf of Jointly Administered Party/Debtor Prospect NJ  Inc. tom.califano@sidley.com,
nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com

Thomas Robert Califano

on behalf of Jointly Administered Party/Debtor Prospect ACO Northeast  LLC tom.califano@sidley.com,
nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com

Thomas Robert Califano

on behalf of Debtor Prospect Crozer Urgent Care  LLC tom.califano@sidley.com,
nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com

Thomas Robert Califano

on behalf of Debtor Prospect NWOC Medical Group  Inc. tom.califano@sidley.com,
nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com

Thomas Robert Califano

on behalf of Debtor Prospect ACO Northeast  LLC tom.califano@sidley.com,
nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com

Thomas Robert Califano

on behalf of Jointly Administered Party/Debtor Nix Services  LLC tom.califano@sidley.com,
nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com

Thomas Robert Califano

on behalf of Debtor Prospect Blackstone Valley Surgicare  LLC tom.califano@sidley.com,
nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com

Thomas Robert Califano

on behalf of Debtor Prospect Provider Group TX  Inc. tom.califano@sidley.com,
nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com

Thomas Robert Califano

on behalf of Jointly Administered Party/Debtor Prospect East Hospital Advisory Services  LLC tom.califano@sidley.com,
nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com

Thomas Robert Califano

on behalf of Debtor Upland Medical Group  a Professional Medical Corporation tom.califano@sidley.com,
nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com

Thomas Robert Califano

on behalf of Jointly Administered Party/Debtor Coordinated Regional Care Group  LLC tom.califano@sidley.com,
nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com

Thomas Robert Califano

on behalf of Debtor Prospect Medical Systems  LLC tom.califano@sidley.com,
nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com

Thomas Robert Califano

on behalf of Jointly Administered Party/Debtor Alta Los Angeles Hospitals  Inc. tom.califano@sidley.com,
nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com

Thomas Robert Califano

on behalf of Debtor Prospect Provider Group CT  LLC tom.califano@sidley.com,
nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com

Thomas Robert Califano

on behalf of Debtor Prospect Medical Group  Inc. tom.califano@sidley.com,
nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com

Thomas Robert Califano

on behalf of Debtor Prospect Intermediate Holdings  LLC tom.califano@sidley.com,
nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com

Thomas Robert Califano

on behalf of Jointly Administered Party/Debtor Prospect Provider Group RI  LLC tom.califano@sidley.com,
nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com

Thomas Robert Califano

on behalf of Jointly Administered Party/Debtor Prospect CharterCARE RWMC  LLC tom.califano@sidley.com,
nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com

Thomas Robert Califano

on behalf of Debtor New Genesis Medical Associates  Inc. tom.califano@sidley.com,
nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com

Thomas Robert Califano

on behalf of Debtor Prospect Provider Group PA  LLC tom.califano@sidley.com,
nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com

Thomas Robert Califano

on behalf of Debtor PHP Holdings  LLC tom.califano@sidley.com, nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com

Thomas Robert Califano

on behalf of Debtor Prospect Health Services TX  Inc tom.califano@sidley.com,
nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com

Thomas Robert Califano

on behalf of Jointly Administered Party/Debtor Prospect Health Services CT  Inc. tom.califano@sidley.com,
nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com

Thomas Robert Califano

on behalf of Jointly Administered Party/Debtor Southern California Healthcare System  Inc. tom.califano@sidley.com,
nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com

Thomas Robert Califano

on behalf of Debtor Prospect Ambulatory Holding  LLC tom.califano@sidley.com,
nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com

Thomas Robert Califano

on behalf of Debtor Prospect West Coast ACO Holdings  LLC tom.califano@sidley.com,
nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com

Thomas Robert Califano

on behalf of Jointly Administered Party/Debtor Prospect Health Services PA  Inc. tom.califano@sidley.com,
nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com

Thomas Robert Califano

on behalf of Jointly Administered Party/Debtor Prospect Crozer Urgent Care  LLC tom.califano@sidley.com,
nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com

Thomas Robert Califano

on behalf of Debtor Pomona Valley Medical Group  Inc. tom.califano@sidley.com,
nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com

Thomas Robert Califano

on behalf of Jointly Administered Party/Debtor Prospect CharterCARE Physicians  LLC tom.califano@sidley.com,
nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com

Thomas Robert Califano

on behalf of Jointly Administered Party/Debtor Prospect DCMH  LLC tom.califano@sidley.com,
nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com

Thomas Robert Califano

on behalf of Jointly Administered Party/Debtor Hospital Advisory Services  Inc. tom.califano@sidley.com,
nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com

Thomas Robert Califano

on behalf of Debtor Prospect CharterCARE  LLC tom.califano@sidley.com,
nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com

Thomas Robert Califano

on behalf of Jointly Administered Party/Debtor PHS Holdings  LLC tom.califano@sidley.com,
nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com

Thomas Robert Califano
on behalf of Debtor Prospect East Holdings  Inc. tom.califano@sidley.com,
nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com

Thomas Robert Califano
on behalf of Debtor Prospect CA Holdings (Physicians)  Inc tom.califano@sidley.com,
nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com

Thomas Robert Califano
on behalf of Debtor Nix Services  LLC tom.califano@sidley.com, nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com

Thomas Robert Califano
on behalf of Jointly Administered Party/Debtor Prospect CharterCARE SJHSRI  LLC tom.califano@sidley.com,
nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com

Thomas Robert Califano
on behalf of Debtor Nix Physicians  Inc. tom.califano@sidley.com, nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com

Thomas Robert Califano
on behalf of Jointly Administered Party/Debtor Alta Hospitals System  LLC tom.califano@sidley.com,
nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com

Thomas Robert Califano
on behalf of Debtor Prospect Oldco NJ  Inc. tom.califano@sidley.com,
nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com

Thomas Robert Califano
on behalf of Jointly Administered Party/Debtor Prospect CT  Inc. tom.califano@sidley.com,
nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com

Thomas Robert Califano
on behalf of Jointly Administered Party/Debtor Prospect Home Health and Hospice  LLC tom.califano@sidley.com,
nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com

Thomas Robert Califano
on behalf of Debtor Nix Community General Hospital  LLC tom.califano@sidley.com,
nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com

Thomas Robert Califano
on behalf of Debtor Genesis HealthCare of Southern California  Inc., a Medical Group tom.califano@sidley.com,
nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com

Timothy A. Davidson, II
on behalf of Interested Party Astrana Health  Inc. taddavidson@hunton.com

Timothy A. Davidson, II
on behalf of Creditor Astrana Health  Inc. taddavidson@hunton.com

Tobey M. Daluz
on behalf of Creditor Delaware County daluzt@ballardspahr.com

Tobey M. Daluz
on behalf of Creditor City of Chester daluzt@ballardspahr.com

Tracey Michelle Ohm
on behalf of Creditor Cerner Corporation  n/k/a Oracle Cerner tracey.ohm@stinson.com

Travis Robert Easton
on behalf of Creditor Juan Cruz mgodoy@eastonlawfirm.com

Trey Andrew Monsour
on behalf of Creditor Rosa Morales  Sandra Maldonado, Olivia Paone, Janice Wells, Ernesto Mercardo Suarez, Diana Florentini,
Adelino Sousa, Courtney Lisa Conley, and Ronald Joseph DelSesto tmonsour@foxrothschild.com,
rsolomon@foxrothschild.com;tmonsour@foxrothschild.com;dandreacchi@foxrothschild.com;astorts@foxrothschild.com;msteen
@foxrothschild.com

Trey Andrew Monsour
on behalf of Interested Party Wampanoag Trail Offices  LLC and Timber Properties, LLC tmonsour@foxrothschild.com,
rsolomon@foxrothschild.com;tmonsour@foxrothschild.com;dandreacchi@foxrothschild.com;astorts@foxrothschild.com;msteen
@foxrothschild.com

Trey Andrew Monsour
on behalf of Creditor Microsoft Corporation and its wholly owned subsidiary Nuance Communications  Inc.
tmonsour@foxrothschild.com,
rsolomon@foxrothschild.com;tmonsour@foxrothschild.com;dandreacchi@foxrothschild.com;astorts@foxrothschild.com;msteen
@foxrothschild.com

Trey Andrew Monsour
on behalf of Interested Party Upper Darby School District tmonsour@foxrothschild.com
rsolomon@foxrothschild.com;tmonsour@foxrothschild.com;dandreacchi@foxrothschild.com;astorts@foxrothschild.com;msteen
@foxrothschild.com

Trey Andrew Monsour

District/off: 0539-8 | User: admin | Page 34 of 35
Date Rcvd: Sep 15, 2025 | Form ID: pdf012 | Total Noticed: 1

| | |
|---|---|
| | on behalf of Creditor Finthrive  Inc. tmonsour@foxrothschild.com, rsolomon@foxrothschild.com;tmonsour@foxrothschild.com;dandreacchi@foxrothschild.com;astorts@foxrothschild.com;msteen@foxrothschild.com |
| Trey Andrew Monsour | |
| | on behalf of Creditor University Orthopedics  Inc. tmonsour@foxrothschild.com, rsolomon@foxrothschild.com;tmonsour@foxrothschild.com;dandreacchi@foxrothschild.com;astorts@foxrothschild.com;msteen@foxrothschild.com |
| Trey Andrew Monsour | |
| | on behalf of Creditor Philips Healthcare tmonsour@foxrothschild.com rsolomon@foxrothschild.com;tmonsour@foxrothschild.com;dandreacchi@foxrothschild.com;astorts@foxrothschild.com;msteen@foxrothschild.com |
| Tricia Ann Morra | |
| | on behalf of Creditor U.S. Bank Trust National Association tmorra@raslg.com |
| Tricia Ann Morra | |
| | on behalf of Creditor U.S. BANK TRUST NATIONAL ASSOCIATION  NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCF 2 ACQUISITION TRUST tmorra@raslg.com |
| United States Trustee | |
| | ustpregion06.da.ecf@usdoj.gov |
| Veronica A. Courtney | |
| | on behalf of Debtor Prospect Medical Holdings  Inc. vcourtney@sidley.com, veronica--courtney--6476@ecf.pacerpro.com;txefilingnotice@sidley.com |
| Vickie L. Driver | |
| | on behalf of Creditor Upper Darby Township vickie@driversteplaw.com  crissie@driversteplaw.com;elisa@driversteplaw.com |
| Vienna Flores Anaya | |
| | on behalf of Creditor Connecticut Health Insurance Company vanaya@jw.com vflores@ecf.courtdrive.com;kgradney@jw.com;osalvatierra@jw.com |
| Vincent P. Slusher | |
| | on behalf of Debtor Prospect Medical Holdings  Inc. vince.slusher@proton.me |
| Vivian Nahir Lopez | |
| | on behalf of Creditor The Foundation of Delaware County (PA) vlopez@mgs-legal.com |
| Weldon L. Moore, III | |
| | on behalf of Creditor Southern California Gas Company wmoore@csmlaw.net |
| Weldon L. Moore, III | |
| | on behalf of Creditor Yankee Gas Services Company wmoore@csmlaw.net |
| Weldon L. Moore, III | |
| | on behalf of Creditor Constellation NewEnergy  Inc. wmoore@csmlaw.net |
| Weldon L. Moore, III | |
| | on behalf of Creditor The Connecticut Light & Power Company wmoore@csmlaw.net |
| Weldon L. Moore, III | |
| | on behalf of Creditor PECO Energy Company wmoore@csmlaw.net |
| Weldon L. Moore, III | |
| | on behalf of Creditor Estate of David Scavetta wmoore@csmlaw.net |
| Weldon L. Moore, III | |
| | on behalf of Creditor Southern California Edison Company wmoore@csmlaw.net |
| Weldon L. Moore, III | |
| | on behalf of Creditor Rhode Island Energy wmoore@csmlaw.net |
| Wes McCutcheon | |
| | on behalf of Creditor U.S. Bank National Association d/b/a U.S. Bank Equipment Finance WMcCutcheon@padfieldstout.com |
| Wes McCutcheon | |
| | on behalf of Creditor LEAF Capital Funding  LLC WMcCutcheon@padfieldstout.com |
| Wes McCutcheon | |
| | on behalf of Creditor Dext Capital  LLC WMcCutcheon@padfieldstout.com |
| Wes McCutcheon | |
| | on behalf of Creditor De Lage Landen Financial Services  Inc. WMcCutcheon@padfieldstout.com |
| William E Curtin | |
| | on behalf of Debtor Prospect Medical Holdings  Inc. wcurtin@sidley.com, william-curtin-5829@ecf.pacerpro.com;nyefiling@sidley.com |
| Zachary S. McKay | |
| | on behalf of Creditor Cornerstone Engineering  Inc. zmckay@jw.com, jpupo@jw.com;kgradney@jw.com;dtrevino@jw.com |

Zachary S. McKay

on behalf of Creditor Restorix Health zmckay@jw.com  jpupo@jw.com;kgradney@jw.com;dtrevino@jw.com

Zachery Z. Annable

on behalf of Creditor AFT Connecticut zannable@haywardfirm.com  mholmes@haywardfirm.com

Zachery Z. Annable

on behalf of Creditor Jameel Hourani zannable@haywardfirm.com  mholmes@haywardfirm.com

Zachery Z. Annable

on behalf of Creditor American Federation of Teachers zannable@haywardfirm.com  mholmes@haywardfirm.com

Zachery Z. Annable

on behalf of Creditor Connecticut Health Care Associates District 1199 zannable@haywardfirm.com
mholmes@haywardfirm.com

Zoe C. Wadge

on behalf of Creditor Pension Benefit Guaranty Corporation wadge.zoe@pbgc.gov  efile@pbgc.gov


TOTAL: 804