SIDLEY AUSTIN LLP
Thomas R. Califano (24122825)
Rakhee V. Patel (00797213)
Maegan Quejada (24105999)
2021 McKinney Avenue, Suite 2000
Dallas, Texas 75201
Telephone:   (214) 981-3300
Facsimile:   (214) 981-3400
Email:   tom.califano@sidley.com
  rpatel@sidley.com
  mquejada@sidley.com

SIDLEY AUSTIN LLP
William E. Curtin (admitted *pro hac vice*)
Patrick Venter (admitted *pro hac vice*)
Anne G. Wallice (admitted *pro hac vice*)
787 Seventh Avenue
New York, New York 10019
Telephone:   (212) 839-5300
Facsimile:   (212) 839-5599
Email:   wcurtin@sidley.com
  pventer@sidley.com
  anne.wallice@sidley.com

*Attorneys for the HCo Debtors and PCo Debtors and Debtors in Possession*

*Proposed Attorneys for the TopCo Debtors and Debtors in Possession*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| In re:<br><br>PROSPECT MEDICAL HOLDINGS, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 25-80002 (SGJ)<br><br>(HCo and PCo Debtors' Cases Jointly Administered)<br><br>(Joint Administration of TopCo Debtors' Cases Requested) |

**NOTICE OF CONFIRMATION HEARING FOR OCTOBER 14, 2025 SETTING**

**PLEASE TAKE NOTICE** that on August 28, 2025, the United States Bankruptcy Court for the Northern District of Texas (the "Court") entered an order [Docket No. 3014] (the "Disclosure Statement Order"): (a) authorizing the above-captioned debtors and debtors in possession (collectively, the "Debtors") to solicit acceptances for the *Joint Chapter 11 Plan of Prospect Medical Holdings, Inc. and its Debtor Affiliates* [Docket No. 2986] (as amended, supplemented, or otherwise modified from time to time, the "Plan"); (b) approving the *Disclosure*

---

[1] A complete list of each of the Debtors in these Chapter 11 Cases may be obtained on the website of the Debtors' claims and noticing agent at https://omniagentsolutions.com/Prospect. The Debtors' mailing address is 3824 Hughes Ave., Culver City, CA 90232.

*Statement for the Joint Chapter 11 Plan of Prospect Medical Holdings, Inc. and its Debtor Affiliates* [Docket No. 2987] (as such may be modified, amended, or supplemented from time to time hereafter, including all exhibits and supplements thereto, the "Disclosure Statement") as containing "adequate information" pursuant to section 1125 of the Bankruptcy Code; (c) approving the solicitation materials and documents to be included in the solicitation packages; and (d) approving procedures for soliciting, receiving, and tabulating votes on the Plan and for filing objections to the Plan.[2]

**PLEASE TAKE FURTHER NOTICE** that on September 4, 2025, pursuant to the Disclosure Statement Order, the Debtors served the *Notice of Hearing on Confirmation of the Joint Chapter 11 Plan* (the "Confirmation Hearing Notice") on the Voting Classes, Non-Voting Classes, Complex Service List, and all Holders of Claims and Interests of record. *See* Docket No. 3190.

**PLEASE TAKE FURTHER NOTICE** that a hearing (the "Confirmation Hearing") will be held before the Honorable Chief Judge Jernigan, United States Bankruptcy Judge, in Courtroom #1 on the 14th Floor of the United States Bankruptcy Court, 1100 Commerce Street, Dallas, TX 75242, on **October 14, 2025**, **at 9:30 a.m. (prevailing Central Time)**, to consider confirmation of the Plan, any objections thereto, and any other matter that may properly come before the Court.

**PLEASE TAKE FURTHER NOTICE** that the Confirmation Hearing may be continued from time to time by the Court or the Debtors **without further notice** other than by such adjournment being announced in open court or by a notice of adjournment filed with the Court and served on all parties entitled to notice.

**PLEASE TAKE FURTHER NOTICE** that parties may participate in the hearing either in person or by an audio and video connection.

**PLEASE TAKE FURTHER NOTICE** that, parties who wish to appear and participate in the Confirmation Hearing by videoconference may do so via WebEx at the following link:

**LINK:** https://us-courts.webex.com/meet/jerniga

**PLEASE TAKE FURTHER NOTICE** that, the WebEx hearing Instructions may be obtained from Judge Jernigan's hearing/calendar site: **https://www.txnb.uscourts.gov/judges-info/hearing-dates/chief-judgejernigans-hearing-dates.** Parties should review the Webex instructions prior to the hearing.

- **Dial-In:** 650.479.3207

- **Access Code:** 2304 154 2638

**PLEASE TAKE FURTHER NOTICE** that, hearing appearances must be made electronically in advance of electronic hearings. To make your appearance, click the "Electronic Appearance" link on Judge Jernigan's homepage: **https://www.txnb.uscourts.gov/content/chief-**

---

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Plan (as defined herein), the Disclosure Statement, or the Disclosure Statement Order, as applicable.

**judge-stacey-g-c-jernigan.** Select the case name, complete the required fields and click "Submit" to complete your appearance.

**PLEASE TAKE FURTHER NOTICE** that the deadline for filing objections to confirmation of the Plan is **October 8, 2025**, **at 4:00 p.m. (prevailing Central Time)** (the "Objection Deadline"). All objections to the relief sought at the Confirmation Hearing **must**: (a) be in writing; (b) conform to the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for the Northern District of Texas, and any orders of the Court; (c) state the name and address of the objecting party and the amount and nature of the Claim or Interest beneficially owned by such entity; (d) state, with particularity, the legal and factual bases and nature of any objection and, if practicable, a proposed modification to the Plan (or related materials) that would resolve such objection; and (e) be filed with the Court (contemporaneously with a proof of service) and served upon the Notice Parties so as to be **actually received** on or before the Objection Deadline.

**PLEASE TAKE FURTHER NOTICE** that, copies of the pleadings filed in these chapter 11 cases, including, among others, the Plan, the Disclosure Statement, and the Confirmation Hearing Notice, may be obtained (a) at the website established by the Debtors' noticing agent, Omni Agent Solutions, Inc., at https://omniagentsolutions.com/Prospect, (b) from the Court's website http://www.txnb.uscourts.gov via ECF/Pacer, or (c) upon request to the undersigned.

---

**Article VIII of the Plan contains release, exculpation, and injunction provisions, and Article VIII.B contains a Third-Party Release. Thus, you are advised to review and consider the Plan carefully because your rights might be affected thereunder.**

**All Holders of Claims or Interests that do not (a) elect to opt out of the Third-Party Release contained in Article VIII.B of the Plan; or (b) timely file with the Court on the docket of the Chapter 11 Cases an objection to the Third-Party Release contained in Article VIII.B of the Plan that is not resolved before confirmation will be deemed to have expressly, unconditionally, generally, individually, and collectively consented to the Third-Party Release and discharge of all Claims and Causes of Action against the Debtors and the Released Parties. Please be advised that your decision to opt out does not affect the amount of distribution you will receive under the Plan. Specifically, your recovery under the Plan will be the same if you opt out.**

---

| | |
|---|---|
| Dated: September 22, 2025<br>Dallas, Texas | */s/ Thomas R. Califano*<br>SIDLEY AUSTIN LLP<br>Thomas R. Califano (24122825)<br>Rakhee V. Patel (00797213)<br>Maegan Quejada (24105999)<br>2021 McKinney Avenue, Suite 2000<br>Dallas, Texas 75201<br>Telephone: (214) 981-3300<br>Facsimile: (214) 981-3400<br>Email: tom.califano@sidley.com<br>rpatel@sidley.com<br>mquejada@sidley.com<br><br>*and*<br><br>SIDLEY AUSTIN LLP<br>William E. Curtin (admitted *pro hac vice*)<br>Patrick Venter (admitted *pro hac vice*)<br>Anne G. Wallice (admitted *pro hac vice*)<br>787 Seventh Avenue<br>New York, New York 10019<br>Telephone: (212) 839-5300<br>Facsimile: (212) 839-5599<br>Email: wcurtin@sidley.com<br>pventer@sidley.com<br>anne.wallice@sidley.com<br><br>*Attorneys for the HCo Debtors and the*<br>*PCo Debtors and Debtors in Possession*<br><br>*Proposed Attorneys for the TopCo Debtors and*<br>*Debtors in Possession* |

## Certificate of Service

I certify that on September 22, 2025, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Northern District of Texas.

/s/ Thomas R. Califano
Thomas R. Califano