| | |
|---|---|
| SIDLEY AUSTIN LLP | SIDLEY AUSTIN LLP |
| Thomas R. Califano (24122825) | William E. Curtin (admitted *pro hac vice*) |
| Rakhee V. Patel (00797213) | Patrick Venter (admitted *pro hac vice*) |
| Maegan Quejada (24105999) | Anne G. Wallice (admitted *pro hac vice*) |
| 2021 McKinney Avenue, Suite 2000 | 787 Seventh Avenue |
| Dallas, Texas 75201 | New York, New York 10019 |
| Telephone:  (214) 981-3300 | Telephone:  (212) 839-5300 |
| Facsimile:  (214) 981-3400 | Facsimile:  (212) 839-5599 |
| Email:  tom.califano@sidley.com | Email:  wcurtin@sidley.com |
|         rpatel@sidley.com |         pventer@sidley.com |
|         mquejada@sidley.com |         anne.wallice@sidley.com |

*Attorneys for the Debtors*
*and Debtors in Possession*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| PROSPECT MEDICAL HOLDINGS, INC., *et al.*,[1] | Case No. 25-80002 (SGJ) |
| Debtors. | (Jointly Administered) |

**AMENDED EIGHTH STAFFING REPORT**
**OF ALVAREZ & MARSAL NORTH AMERICA, LLC**
**AS CHIEF RESTRUCTURING OFFICER AND SUPPORTING**
**PERSONNEL TO THE DEBTORS FOR THE PERIOD**
**AUGUST 1, 2025 THROUGH AUGUST 31, 2025**

| | |
|---|---|
| Name of Applicant: | Alvarez & Marsal North America, LLC |
| Authorized to Provide Professional Services to: | Debtors and Debtors in Possession |

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://omniagentsolutions.com/Prospect. The Debtors' mailing address is 3824 Hughes Ave., Culver City, CA 90232.

| | |
|---|---|
| Date of HCo Retention: | Effective *Nunc Pro Tunc* to January 11, 2025, by Order Entered February 12, 2025 |
| Date of PCo Retention: | Effective *Nunc Pro Tunc* to July 7, 2025, by Order Entered August 22, 2025 |
| Period for which sought as actual, reasonable, and necessary: | August 1, 2025 through August 31, 2025 |
| Amount of Compensation Sought: | $2,424,715.00 |
| Amount of Expense Reimbursement Sought: | $13,612.36 |
| Total Amount of Fees and Expense Reimbursement Sought (100%): | $2,438,327.36 |

Annexed hereto are the following schedules:

**Exhibit A** – Staffing Report

**Exhibit B** – Summary of Fees by Project Category

**Exhibit C** – Summary of Expenses

1.  Alvarez & Marsal North America, LLC ("A&M") hereby provides its Amended Eighth staffing and compensation report (the "Amended Eighth Staffing Report")[2] for the period August 1, 2025 through August 31, 2025 (the "Eighth Staffing Period"), in accordance with the *Order Authorizing (I) the Retention of Alvarez & Marsal North America, LLC to Provide the Debtors a Chief Restructuring Officer and Certain Additional Personnel and (II) Designating Paul Rundell as Chief Restructuring Officer for the Debtors Effective as of the Petition Date* [Dkt. No. 613] and the *Order Applying Certain HCo Retention Orders to the PCo Debtors as of the PCo Petition Date* [Docket No. 2917] (collectively, the "Retention Orders"). As set forth in the

---

[2] This Amended Eight Staffing Report amends the *Eighth Staffing Report of Alvarez & Marsal North America, LLC as Chief Restructuring Officer and Supporting Personnel to the Debtors for the Period August 1, 2025 Through August 31, 2025* filed on September 15, 2025 at Docket No. 3131.

Amended Eighth Staffing Report, A&M incurred $2,424,715.00 in aggregate compensation and $13,612.36 in expenses during the Eighth Staffing Period.

**WHEREFORE**, pursuant to the Retention Orders, A&M hereby submits its Amended Eighth Staffing Report for the Eighth Staffing Period.

Dated: September 25, 2025

                                                    /s/  *Paul Rundell*
                                                    Paul Rundell
                                                    Chief Restructuring Officer of the Debtors
                                                    Alvarez & Marsal North America, LLC

**<u>Exhibit A</u>**

**Staffing Report**

## HCo Staffing Report

| SUMMARY OF TOTAL FEES BY PROFESSIONAL FOR ALVAREZ & MARSAL NORTH AMERICA, LLC August 1, 2025 through August 31, 2025 | | | | |
|---|---|---|---|---|
| **NAME** | **POSITION** | **BILLING RATE** | **TOTAL HOURS** | **TOTAL FEES** |
| Paul Rundell | Managing Director | $ 1,350 | 168.0 | $ 226,800.00 |
| Chris Wells | Managing Director | 1,250 | 9.2 | $ 11,500.00 |
| Chris Arnett | Managing Director | 1,200 | 210.8 | $ 252,960.00 |
| Christian Matthaeus | Senior Director | 1,050 | 126.9 | $ 133,245.00 |
| Reilly Olson | Senior Director | 1,025 | 102.5 | $ 105,062.50 |
| Glenn Gilmour | Senior Director | 1,000 | 224.1 | $ 224,100.00 |
| Jake Sutter | Director | 875 | 181.5 | $ 158,812.50 |
| Mason Londo | Associate | 675 | 235.5 | $ 158,962.50 |
| Jake Noonan | Associate | 650 | 155.0 | $ 100,750.00 |
| David Borg | Associate | 625 | 178.4 | $ 111,500.00 |
| Hayden Boccardo | Analyst | 525 | 218.8 | $ 114,870.00 |
| Chris Guo | Analyst | 525 | 134.3 | $ 70,507.50 |
| Nikki Vander Veen | Operations Manager | 350 | 1.4 | $ 490.00 |
| Erin McKeighan | Managing Director | 1,325 | 0.8 | $ 1,060.00 |
| Rich Niemerg | Managing Director | 1,125 | 123.4 | $ 138,825.00 |
| Trevor DiNatale | Director | 850 | 79.6 | $ 67,660.00 |
| Asif Attarwala | Senior Associate | 750 | 2.8 | $ 2,100.00 |
| Ella Gebke | Analyst | 475 | 218.5 | $ 103,787.50 |
| Mia Van Someren | Analyst | 450 | 65.8 | $ 29,610.00 |
| Jack Arnett | Analyst | 450 | 39.7 | $ 17,865.00 |
| Cole Hoekstra | Analyst | 450 | 6.0 | $ 2,700.00 |
| Aaron Eichorn | Managing Director | 1,100 | 3.5 | $ 3,850.00 |
| Kevin Cassidy | Director | 850 | 124.6 | $ 105,910.00 |
| Andrew Fink | Director | 850 | 60.8 | $ 51,680.00 |
| Paul Belanger | Associate | 625 | 175.9 | $ 109,937.50 |
| Ana San Luis | Senior Director | 1,000 | 2.4 | $ 2,400.00 |
| **Total** | | | **2,850.2** | **$ 2,306,945.00** |

## PCo Staffing Report

| SUMMARY OF TOTAL FEES BY PROFESSIONAL FOR ALVAREZ & MARSAL NORTH AMERICA, LLC August 1, 2025 through August 31, 2025 | | | | |
|---|---|---|---|---|
| **NAME** | **POSITION** | **BILLING RATE** | **TOTAL HOURS** | **TOTAL FEES** |
| Reilly Olson | Senior Director | 1,025 | 26.1 | $ 26,752.50 |
| Glenn Gilmour | Senior Director | 1,000 | 8.8 | $ 8,800.00 |
| Jake Sutter | Director | 875 | 21.9 | $ 19,162.50 |
| Mason Londo | Associate | 675 | 10.9 | $ 7,357.50 |
| Jake Noonan | Associate | 650 | 4.2 | $ 2,730.00 |
| David Borg | Associate | 625 | 22.3 | $ 13,937.50 |
| Chris Guo | Analyst | 525 | 30.0 | $ 15,750.00 |
| Nikki Vander Veen | Operations Manager | 350 | 0.4 | $ 140.00 |
| Rich Niemerg | Managing Director | 1,125 | 16.8 | $ 18,900.00 |
| Trevor DiNatale | Director | 850 | 0.4 | $ 340.00 |
| Asif Attarwala | Senior Associate | 750 | 5.2 | $ 3,900.00 |
| **Total** | | | **147.0** | **$ 117,770.00** |

**Exhibit B**

**Summary of Fees by
Project Category**

## HCo Summary of Fees by Project Category

| Task Code | Description | Total Hours | Total Fees Requested |
|---|---|---|---|
|  | **SUMMARY OF TOTAL FEES BY TASK CATEGORY FOR ALVAREZ & MARSAL NORTH AMERICA, LLC August 1, 2025 through August 31, 2025** | | |
| CASE | General Business & Case Management | 153.3 | $ 137,942.50 |
| SOFA | SOAL's, SOFA's, MOR's & UST Reports & Meetings (incl 341) | 48.4 | $ 33,797.50 |
| COURT | Motions/Orders/Court Hearings and Preparation | 80.4 | 101,740.00 |
| PLAN | Plan & Disclosure Statement (Inc Exhibits) | 248.0 | 253,747.50 |
| BUSINESS | Business Plan, Operations, And Financial Analysis | 139.8 | 125,875.00 |
| CASH | DIP Financing, Liquidity Management & Reporting | 394.4 | 319,785.00 |
| VENDOR | Vendor Management/Discussions | 89.1 | 90,812.50 |
| ACCTG | Accounting Support | 44.5 | 37,825.00 |
| CONTRACT | Executory Contracts | 249.0 | 130,705.00 |
| CLAIMS | Bankruptcy Claims | 317.3 | 241,850.00 |
| DILIGENCE | Third Party Diligence & Discussions (incl UCC) | 27.0 | 26,855.00 |
| SALE | Asset Sale Support (incl Exhibits) | 588.8 | 458,002.50 |
| CROZER | Crozer/PA Specific Financial & Operational Support | 467.8 | 345,607.50 |
| FORENSIC | Forensic, Dispute, & Investigation Support | 2.4 | 2,400.00 |
| **Total** | | **2,850.2** | **$ 2,306,945.00** |

## PCo Summary of Fees by Project Category

| Task Code | Description | Total Hours | Total Fees Requested |
|---|---|---|---|
|  | **SUMMARY OF TOTAL FEES BY TASK CATEGORY FOR ALVAREZ & MARSAL NORTH AMERICA, LLC August 1, 2025 through August 31, 2025** | | |
| CASE | General Business & Case Management | 13.6 | $ 11,592.50 |
| SOFA | SOAL's, SOFA's, MOR's & UST Reports & Meetings (incl 341) | 25.4 | $ 19,497.50 |
| COURT | Motions/Orders/Court Hearings and Preparation | 5.5 | 3,897.50 |
| PLAN | Plan & Disclosure Statement (Inc Exhibits) | 30.2 | 26,685.00 |
| CASH | DIP Financing, Liquidity Management & Reporting | 64.9 | 49,982.50 |
| CLAIMS | Bankruptcy Claims | 5.5 | 4,187.50 |
| DILIGENCE | Third Party Diligence & Discussions (incl UCC) | 1.9 | 1,927.50 |
| **Total** | | **147.0** | **$ 117,770.00** |

**Exhibit C**

**Expense Summary**

## HCo Expense Summary

| SUMMARY OF EXPENSES BY CATEGORY FOR ALVAREZ & MARSAL NORTH AMERICA, LLC August 1, 2025 through August 31, 2025 | |
|---|---:|
| **Expense Category** | **Amount** |
| Airfare | $ 2,980.39 |
| Lodging | 2,572.05 |
| Meals | 2,707.25 |
| Transportation | 2,042.12 |
| Miscellaneous | 3,124.57 |
| **Total** | **$ 13,426.38** |

*The fee statement filed at Docket 3131 inadvertently included certain expenses that are not reimbursable under applicable guidelines. This Amended Eighth Staffing Report has been revised to exclude such expenses.

## PCo Expense Summary

| SUMMARY OF EXPENSES BY CATEGORY FOR ALVAREZ & MARSAL NORTH AMERICA, LLC August 1, 2025 through August 31, 2025 | |
|---|---:|
| **Expense Category** | **Amount** |
| Airfare | $ - |
| Lodging | - |
| Meals | - |
| Transportation | - |
| Miscellaneous | 185.98 |
| **Total** | **$ 185.98** |

| | |
|---|---|
| SIDLEY AUSTIN LLP | SIDLEY AUSTIN LLP |
| Thomas R. Califano (24122825) | William E. Curtin (admitted *pro hac vice*) |
| Rakhee V. Patel (00797213) | Patrick Venter (admitted *pro hac vice*) |
| Maegan Quejada (24105999) | Anne G. Wallice (admitted *pro hac vice*) |
| 2021 McKinney Avenue, Suite 2000 | 787 Seventh Avenue |
| Dallas, Texas 75201 | New York, New York 10019 |
| Telephone:  (214) 981-3300 | Telephone:  (212) 839-5300 |
| Facsimile:  (214) 981-3400 | Facsimile:  (212) 839-5599 |
| Email:  tom.califano@sidley.com | Email:  wcurtin@sidley.com |
|   rpatel@sidley.com |   pventer@sidley.com |
|   mquejada@sidley.com |   anne.wallice@sidley.com |

*Attorneys for the Debtors*
*and Debtors in Possession*

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| PROSPECT MEDICAL HOLDINGS, INC., *et al.*,[1] | Case No. 25-80002 (SGJ) |
| Debtors. | (Jointly Administered) |

**NOTICE OF AMENDED EIGHTH STAFFING REPORT
OF ALVAREZ & MARSAL NORTH AMERICA, LLC
AS CHIEF RESTRUCTURING OFFICER AND SUPPORTING
PERSONNEL TO THE DEBTORS FOR THE PERIOD
AUGUST 1, 2025 THROUGH AUGUST 31, 2025**

**PLEASE TAKE NOTICE** that, on September 18, 2025, the debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "Debtors") filed the *Amended Eighth Staffing Report of Alvarez & Marsal North America, LLC as Chief Restructuring Officer*

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://omniagentsolutions.com/Prospect. The Debtors' mailing address is 3824 Hughes Ave., Culver City, CA 90232.

*and Supporting Personnel to the Debtors for the Period August 1, 2025 through August 31, 2025* (the "Amended Eighth Staffing Report")[2] with the United States Bankruptcy Court for the Northern District of Texas (the "Court"). A copy of the Amended Eighth Staffing Report is attached hereto.

**PLEASE TAKE FURTHER NOTICE** that the Amended Eighth Staffing Report is submitted pursuant to the *Order Authorizing (I) the Retention of Alvarez & Marsal North America, LLC to Provide the Debtors a Chief Restructuring Officer and Certain Additional Personnel and (II) Designating Paul Rundell as Chief Restructuring Officer for the Debtors Effective as of the Petition Date* [Dkt. No. 613] and the *Order Applying Certain HCo Retention Orders to the PCo Debtors as of the PCo Petition Date* [Docket No. 2917] (collectively, the "Retention Orders"). Per the terms of the Retention Orders, Alvarez & Marsal North America, LLC ("A&M") submitted for payment the invoices attached herein for the period August 1, 2025 through August 31, 2025 (the "Eighth Staffing Period").

**PLEASE TAKE FURTHER NOTICE** that the Debtors shall serve the Amended Eighth Staffing Report on the United States Trustee, the Official Committee of Unsecured Creditors, and JMB Capital Partners Lending LLC in its capacity as DIP lender (collectively, the "Notice Parties"). The Notice Parties shall have ten (10) days after the date of the Amended Eighth Staffing Report is served on the Notice Parties to object to such Staffing Report.

**PLEASE TAKE FURTHER NOTICE** in the event an objection is raised and not consensually resolved between the Debtors and the objecting party, all staffing and compensation shall be subject to review by the Court.

---

[2] This Amended Eight Staffing Report amends the *Eighth Staffing Report of Alvarez & Marsal North America, LLC as Chief Restructuring Officer and Supporting Personnel to the Debtors for the Period August 1, 2025 Through August 31, 2025* filed on September 15, 2025 at Docket No. 3131.

[*Remainder of page intentionally blank.*]

Dated: September 25, 2025
Dallas, Texas

**SIDLEY AUSTIN LLP**

/s/ *Thomas R. Califano*
**SIDLEY AUSTIN LLP**
Thomas R. Califano (24122825)
Rakhee V. Patel (00797213)
2021 McKinney Avenue, Suite 2000
Dallas, Texas 75201
Telephone: (214) 981-3300
Facsimile: (214) 981-3400
Email: tom.califano@sidley.com
rpatel@sidley.com

*and*

William E. Curtin (admitted *pro hac vice*)
Patrick Venter (admitted *pro hac vice*)
Anne G. Wallice (admitted *pro hac vice*)
787 Seventh Avenue
New York, New York 10019
Telephone: (212) 839-5300
Facsimile: (212) 839-5599
Email: wcurtin@sidley.com
pventer@sidley.com
anne.wallice@sidley.com

*Attorneys for the Debtors*
*and Debtors in Possession*

**Certificate of Service**

      I certify that on September 25, 2025, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Northern District of Texas.

                                                                         */s/ Thomas R. Califano*
                                                                         Thomas R. Califano