PAUL HASTINGS LLP
Charles Persons (24060413)
2001 Ross Avenue, Suite 2700
Dallas, Texas 75201
Telephone:(972) 936-7500
Facsimile: (972) 936-7501
Email: charlespersons@paulhastings.com

PAUL HASTINGS LLP
Kristopher Hansen (admitted *pro hac vice*)
Erez Gilad (admitted *pro hac vice*)
Gabriel Sasson (admitted *pro hac vice*)
Matthew Friedrick (admitted *pro hac vice*)
200 Park Avenue
New York, New York 10166
Telephone: (212) 318-6000
Facsimile: (212) 319-4090
Email: krishansen@paulhastings.com
        erezgilad@paulhastings.com
        gabesasson@paulhastings.com
        matthewfriedrick@paulhastings.com

*Counsel to the Official Committee of*
*Unsecured Creditors*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| PROSPECT MEDICAL HOLDINGS, INC., *et al.*,[1] | ) | Case No. 25-80002 (SGJ) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**COVER SHEET FOR THE SEVENTH MONTHLY FEE**
**STATEMENT OF PAUL HASTINGS LLP, COUNSEL TO**
**THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR**
**ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES**
**FOR THE PERIOD FROM AUGUST 1, 2025 THROUGH AUGUST 31, 2025**

| | |
|---|---|
| Name of applicant: | Paul Hastings LLP |
| Authorized to Provide Professional Services to: | Official Committee of Unsecured Creditors |
| Date of Retention: | March 25, 2025 (effective as of January 31, 2025) [Docket No. 1347] |

---

[1]   A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://omniagentsolutions.com/Prospect. The Debtors' mailing address is 3824 Hughes Ave., Culver City, CA 90232.

| Period for which Compensation and Reimbursement Are Sought: | August 1, 2025 through August 31, 2025 |
|---|---|
| Amount of Compensation Sought as Actual, Reasonable, and Necessary: | $400,938.80 (80% of $501,173.50) |
| Amount of Expense Reimbursement Sought as Actual, Reasonable, and Necessary: | $5,211.40 |
| Total Compensation and Expenses Requested in this Fee Statement (excluding 20% holdback): | $406,150.20 |

This is a: ☒ monthly ☐ interim ☐ final application.

This is Paul Hastings' seventh monthly fee statement.

## **Prior Monthly Fee Statements**

| Period Covered / Docket No. | Requested | | Approved and Paid | | Outstanding | |
|---|---|---|---|---|---|---|
| | Fees | Expenses | Fees | Expenses | Fees | Expenses |
| 1/31/25 through 2/28/25 Dkt. No. 1354 | $3,146,873.00 (80% is $2,517,498.40) | $5,077.67 | $3,146,873.00 | $5,077.67 | $0.00 | $0.00 |
| 3/1/25 through 3/31/25 Dkt. No. 1856 | $3,023,241.25 (80% is $2,418,593.00) | $21,750.13 | $3,023,241.25 | $21,750.13 | $0.00 | $0.00 |
| | Above fees and expenses approved by Order [Dkt. No. 2308] on First Interim Fee Application [Dkt. No. 1931] | | | | | |
| 4/1/25 through 4/30/25 Dkt. No. 2070 | $740,376.50 (80% is $592,301.20) | $13,529.90 | $592,301.20 | $13,529.90 | $148,075.30 | $0.00 |
| 5/1/25 through 5/31/25 Dkt. No. 2362 | $796,302.00 (80% is $637,041.60) | $3,509.96 | $637,041.60 | $3,509.96 | $159,260.40 | $0.00 |
| 6/1/25 through 6/30/25 Dkt. No. 2660 | $293,453.50 (80% is $234,762.80) | $714.52 | $234,762.80 | $714.52 | $58,690.70 | $0.00 |
| 7/1/25 through 7/31/25 Dkt. No. 3013 | $378,574.50 (80% is $302,859.60) | $2,026.17 | $0.00 | $0.00 | $378,574.50 | $2,026.17 |

| TOTAL: | $8,378,820.75 (80% is $6,703,056.60) | $46,608.35 | $7,634,219.85 | $44,582.18 | $744,600.90 | $2,026.17 |
|---|---|---|---|---|---|---|

PAUL HASTINGS LLP
Charles Persons (24060413)
2001 Ross Avenue, Suite 2700
Dallas, Texas 75201
Telephone:(972) 936-7500
Facsimile: (972) 936-7501
Email: charlespersons@paulhastings.com

PAUL HASTINGS LLP
Kristopher Hansen (admitted *pro hac vice*)
Erez Gilad (admitted *pro hac vice*)
Gabriel Sasson (admitted *pro hac vice*)
Matthew Friedrick (admitted *pro hac vice*)
200 Park Avenue
New York, New York 10166
Telephone: (212) 318-6000
Facsimile: (212) 319-4090
Email: krishansen@paulhastings.com
         erezgilad@paulhastings.com
         gabesasson@paulhastings.com
         matthewfriedrick@paulhastings.com

*Counsel to the Official Committee of
Unsecured Creditors*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| PROSPECT MEDICAL HOLDINGS, INC., *et al.*,[1] | ) | Case No. 25-80002 (SGJ) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**SEVENTH MONTHLY FEE STATEMENT OF PAUL HASTINGS LLP, COUNSEL TO
THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE
OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD
FROM AUGUST 1, 2025 THROUGH AUGUST 31, 2025**

Pursuant to sections 330 and 331 of title 11 of the United States Code (the "Bankruptcy

Code"), rule 2016 of the Federal Rules of Bankruptcy Procedure, rule 2016-1 of the Local

Bankruptcy Rules of the United States Bankruptcy Court for the Northern District of Texas, the

Procedures for Complex Cases in the Northern District of Texas, and this Court's *Order (I)*

---

[1]    A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors'
       claims and noticing agent at https://omniagentsolutions.com/Prospect. The Debtors' mailing address is 3824
       Hughes Ave., Culver City, CA 90232.

*Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals and (II) Granting Related Relief* [Docket No. 608] (the "<u>Interim Compensation Procedures Order</u>"), Paul Hastings LLP ("<u>Paul Hastings</u>"), as counsel to the Official Committee of Unsecured Creditors (the "<u>Committee</u>") appointed in the chapter 11 cases (the "<u>Chapter 11 Cases</u>") of the above-captioned debtors and debtors in possession (collectively, the "<u>Debtors</u>"), submits this monthly statement (the "<u>Monthly Statement</u>") for interim allowance and (a) payment of compensation for professional services rendered for or on behalf of the Committee during the period from August 1, 2025 through and including August 31, 2025 (the "<u>Fee Period</u>") in the amount of $400,938.80, representing 80% of the total fees incurred in the amount of $501,173.50, and (b) reimbursement in the amount of $5,211.40, representing 100% of the actual and necessary expenses incurred by Paul Hastings during the Fee Period in rendering such services, and respectfully represents as follows:

## **Jurisdiction and Venue**

1.    The Court has jurisdiction to consider this Monthly Statement pursuant to 28 U.S.C. § 1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b). Venue is proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409.

2.    Paul Hastings consents to entry of a final judgment or order with respect to this Monthly Statement if it is determined that the Court would lack Article III jurisdiction to enter such final order or judgment absent consent of the parties.

## **Background**

3.    Beginning on January 11, 2025, each of the Debtors filed a voluntary petition for relief in this Court under chapter 11 of the Bankruptcy Code. The Debtors continue to operate their businesses and manage their properties as debtors in possession pursuant to §§ 1107(a) and

1108 of the Bankruptcy Code. As of the date hereof, no trustee or examiner has been appointed in the Chapter 11 Cases.

4.    On January 29, 2025, the Office of the United States Trustee (the "U.S. Trustee") appointed the Committee [Docket No. 295]. On January 31, 2025, the Committee selected Paul Hastings as its counsel. On March 25, 2025, the Court entered the *Order Authorizing and Approving the Retention and Employment of Paul Hastings LLP as Counsel to the Official Committee of Unsecured Creditors, Effective as of January 31, 2025* [Docket No. 1347] (the "Retention Order"), pursuant to which the Court authorized the Committee's retention and employment of Paul Hastings as counsel to the Committee, effective as of January 31, 2025.

5.    On February 12, 2025, this Court entered the Interim Compensation Procedures Order, which authorized certain professionals to submit monthly applications for interim compensation and reimbursement for expenses, pursuant to procedures specified therein. If no objections are made within ten (10) days after service of a monthly fee statement, the Debtors are authorized to pay the professional eighty percent (80%) of the requested fees and one hundred percent (100%) of the requested expenses. All fees and expenses paid are on an interim basis subject to final allowance by the Court.

6.    Attached hereto as **Exhibit A** is a timekeeper summary that includes the name, title, department, bar admission, hourly billing rate, aggregate hours, and amount of fees incurred for each Paul Hastings individual who provided services during the Fee Period.

7.    Attached hereto as **Exhibit B** is a summary of Paul Hastings' services rendered and compensation sought by project category for the Fee Period.

8.    Attached hereto as **Exhibit C** is a summary of expenses incurred and reimbursement sought by expense type for the Fee Period.

3

9.      Attached hereto as **Exhibit D** is the fee statement of Paul Hastings for services provided during the Fee Period.

### Relief Requested

10.      By this Monthly Statement, Paul Hastings seeks (a) allowance of compensation as an administrative expense claim for fees and expenses incurred in the aggregate amount of $506,384.90, (b) payment in the amount of $400,938.80, representing eighty percent (80%) of the total fees incurred in the amount of $501,173.50, and (c) payment in the amount of $5,211.40, representing one hundred percent (100%) of the total expenses incurred, in connection with services performed by Paul Hastings during the Fee Period for or on behalf of the Committee in connection with the Chapter 11 Cases.

11.      Briefly summarized, and as set forth in more detail in **Exhibit D** hereto, the services performed by Paul Hastings' attorneys and professionals for or on behalf of the Committee during the Fee Period include, without limitation, the following:

- Reviewed, analyzed, and negotiated materials relating to the sale processes in Connecticut and California;

- Reviewed, analyzed, and negotiated materials relating to supplemental DIP financing proposals from JMB and MPT;

- Reviewed and analyzed matters relating to the Yale litigation, and prepared and filed the *Joinder of the Official Committee of Unsecured Creditors to the Debtors' Objection to Motion for Relief from Automatic Stay Filed by Yale New Haven Health Services Corporation* [Docket No. 2860] in connection thereof;

- Reviewed, analyzed, and prepared comments to the draft chapter 11 plan and disclosure statement;

- Prepared and filed the *Reservation of Rights of Official Committee of Unsecured Creditors with Respect to the Debtors' Chapter 11 Plan* [Docket No. 2849];

- Prepared and filed the *Sixth Monthly Fee Statement of Paul Hastings LLP* [Docket No. 3013];

4

- Prepared for, attended, and participated in hearings on August 4, 2025; August 20, 2025; and August 28, 2025;

- Reviewed and analyzed pleadings filed with the Court in connection with the Chapter 11 Cases;

- Discussed each of the foregoing with the Committee and provided strategic advice to the Committee with respect to the Chapter 11 Cases; and

- Communicated with the U.S. Trustee and the Debtors regarding the Chapter 11 Cases, including the foregoing.

12.    In rendering services to the Committee during the Fee Period, Paul Hastings incurred actual and necessary expenses in the amount of $5,211.40, as summarized on **Exhibit C** hereto. The expenses are categorized according to the nature of the charges incurred, including, among other things, telephone and facsimile charges, mail charges, special or hand delivery charges, document processing, photocopying charges, travel expenses, transportation costs, expenses for "working meals," computerized research, and other research costs.

**Valuation of Services**

13.    Attorneys and paraprofessionals of Paul Hastings expended a total of 297.30 hours in representing the Committee during the Fee Period. The amount of time spent by each Paul Hastings timekeeper providing services to the Committee for the Fee Period is set forth herein and in the attached monthly fee statement. All services for which Paul Hastings requests compensation were performed for or on behalf of the Committee. The billable rates of Paul Hastings' attorneys and paraprofessionals reflect Paul Hastings' customary hourly rates for work of this nature and character. Paul Hastings respectfully submits that the reasonable value of the services rendered by Paul Hastings to the Committee during the Fee Period is $501,173.50.

**Reasonableness of Compensation**

14.    All fees and expenses incurred by Paul Hastings during the Fee Period for or on behalf of the Committee were actual, reasonable, and necessary in the performance of Paul

5

Hastings' services. In accordance with the factors enumerated in section 330 of the Bankruptcy Code, all fees and expenses requested by Paul Hastings in this Monthly Statement are reasonable due to: (a) the size, nature, and complexity of these Chapter 11 Cases, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, (e) the costs of comparable services other than in a case under Chapter 11 of the Bankruptcy Code, and (f) the fact that such fees and expenses were not unnecessarily duplicative of the services performed by other professionals retained by the Committee.

### **Reservation of Rights**

15.     To the extent that time or disbursements for services rendered relate to the Fee Period but were not processed before the preparation of, or included in, this Monthly Statement, or Paul Hastings has for any other reason not sought compensation or reimbursement of expenses herein with respect to any services rendered or expenses incurred during the Fee Period, Paul Hastings reserves the right to request compensation for such services and reimbursement of such expenses in a supplemental or future application. Also, Paul Hastings does not waive, and expressly reserves, its right to respond to any objections regarding this Monthly Statement and the amounts sought for Paul Hastings' services in the Chapter 11 Cases.

### **Notice**

16.     Notice of this Monthly Statement will be served in accordance with the Interim Compensation Procedures Order.

Dated:  September 25, 2025
       Dallas, Texas

Respectfully submitted

*/s/ Charles Persons*

**PAUL HASTINGS LLP**
Charles Persons (TX Bar No. 24060413)
2001 Ross Avenue, Suite 2700
Dallas, Texas 75201
Telephone:  (972) 936-7500
Facsimile:  (972) 936-7501
Email:  charlespersons@paulhastings.com

-and-

Kristopher Hansen (Admitted *pro hac vice*)
Erez Gilad (Admitted *pro hac vice*)
Gabriel Sasson (Admitted *pro hac vice*)
Matthew Friedrick (admitted *pro hac vice*)
200 Park Avenue
New York, New York 10166
Telephone:  (212) 318-6000
Facsimile:  (212) 319-4090
Email:  krishansen@paulhastings.com
       erezgilad@paulhastings.com
       gabesasson@paulhastings.com
       matthewfriedrick@paulhastings.com

*Counsel to the Official Committee of Unsecured
Creditors*

## Exhibit A

## COMPENSATION BY PROFESSIONAL AND PARAPROFESSIONAL FOR FEE PERIOD

| Name | Department or Group | Date of First Admission | Hourly Rate | Total for Fee Period | |
|---|---|---|---|---|---|
| | | | | Hours Billed | Amount |
| **PARTNERS** | | | | | |
| Hansen, Kris | Financial Restructuring | 1996 | $2,520.00 | 37.10 | $93,492.00 |
| Persons, Charles | Financial Restructuring | 2007 | $2,010.00 | 66.90 | $134,469.00 |
| Sasson, Gabe | Financial Restructuring | 2010 | $2,010.00 | 59.90 | $120,399.00 |
| **Total Partner:** | | | | **163.90** | **$348,360.00** |
| **ASSOCIATES** | | | | | |
| Friedrick, Matthew | Financial Restructuring | 2019 | $1,495.00 | 70.50 | $105,397.50 |
| Simon, Tori | Financial Restructuring | 2024 | $895.00 | 32.80 | $29,356.00 |
| **Total Associate:** | | | | **103.30** | **$134,753.50** |
| **PARAPROFESSIONALS** | | | | | |
| Laskowski, Mat | Paralegal | | $600.00 | 30.10 | $18,060.00 |
| **Total Paraprofessional:** | | | | **30.10** | **$18,060.00** |
| **TOTAL:** | | | | **297.30** | **$501,173.50** |

**Exhibit B**

## COMPENSATION BY PROJECT CATEGORY FOR FEE PERIOD

| U.S. Trustee Task Code and Project Category | Total for Fee Period | |
|---|---|---|
| | Total Hours | Total Fees |
| 01    General Case Administration | 5.40 | $11,408.00 |
| 02    General Motions and Pleadings / Docket Review | 17.30 | $12,002.50 |
| 03    Debtor Meetings and Communications | 15.10 | $27,333.50 |
| 04    UCC / Creditor Meetings and Communications | 24.50 | $44,594.50 |
| 05    Court Hearings | 74.40 | $129,364.00 |
| 11    Asset Sales and Dispositions / Section 363 Pleadings | 36.90 | $68,821.00 |
| 12    Contracts and Leases | 11.90 | $21,497.50 |
| 14    DIP Financing / Cash Collateral Matters | 29.70 | $60,852.50 |
| 21    Plan and Disclosure Statement | 82.10 | $125,300.00 |
| **TOTAL:** | **297.30** | **$501,173.50** |

**Exhibit C**

**EXPENSE SUMMARY FOR FEE PERIOD**

| Category | Total for Fee Period |
|---|---|
| Airfare | $1,573.97 |
| Parking | $54.00 |
| Lodging | $1,148.01 |
| Taxi/Ground Transportation | $386.62 |
| Meals | $64.88 |
| Outside Professional Services | $1,971.92 |
| Vendor Expense | $12.00 |
| **TOTAL:** | **$5,211.40** |

### Exhibit D

**FEE STATEMENT FOR FEE PERIOD**



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com


Prospect Medical Holdings, Inc.                      September 24, 2025
3415 S. Sepulveda Blvd.
Los Angeles, CA 90034                                Please Refer to
                                                     Invoice Number: 2457095

Attn: Alfredo Sabillo                                PH LLP Tax ID No. 95-2209675

---

## SUMMARY SHEET

**Chapter 11 cases**
PH LLP Client/Matter # 100744-00001
Kris Hansen


Legal fees for professional services
for the period ending August 31, 2025                               $501,173.50

|  | Costs incurred and advanced | 5,211.40 |
|---|---|---|
|  | **Current Fees and Costs** | **$506,384.90** |
|  | **Total Balance Due - Due Upon Receipt** | **$506,384.90** |


We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

**TO PROTECT AGAINST FRAUD**, *the Firm will not change its wiring instructions via email.  We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

| **Wiring and ACH Instructions:** | **Remittance Address:** | **Pay by Tranch:** |
|---|---|---|
| Citibank | Paul Hastings LLP | You can now pay your invoices online via |
| ABA # 322271724 | Lockbox 4803 | real-time bank payments, credit cards or |
| SWIFT Address: CITIUS33 | PO Box 894803 | in installments: |
| 787 W. 5th Street | Los Angeles, CA | *https://paywithtranch.com/paulhastings* |
| Los Angeles, CA 90071 | 90189-4803 | |
| Account Number: 206628380 | | |
| Account Name: Paul Hastings LLP | | |

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com. This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Prospect Medical Holdings, Inc.
3415 S. Sepulveda Blvd.
Los Angeles, CA 90034

September 24, 2025

Please Refer to
Invoice Number: 2457095

Attn: Alfredo Sabillo

PH LLP Tax ID No. 95-2209675

---

## REMITTANCE COPY

**Chapter 11 cases**
PH LLP Client/Matter # 100744-00001
Kris Hansen

| | |
|---|---:|
| Legal fees for professional services for the period ending August 31, 2025 | $501,173.50 |
| Costs incurred and advanced | 5,211.40 |
| **Current Fees and Costs** | **$506,384.90** |
| **Total Balance Due – Due Upon Receipt** | **$506,384.90** |

We encourage our clients to pay via ACH, however, in the event that you pay by check, please send payment to the remittance address below:

***TO PROTECT AGAINST FRAUD**, the Firm will not change its wiring instructions via email.  We strongly encourage clients to confirm any change in wiring instructions by contacting Teri Goffredo @ 213-683-5045 or via email @ terigoffredo@paulhastings.com and requesting written and verbal confirmation.*

**Wiring and ACH Instructions:**
Citibank
ABA # 322271724
SWIFT Address: CITIUS33
787 W. 5th Street
Los Angeles, CA 90071
Account Number: 206628380
Account Name: Paul Hastings LLP

**Remittance Address:**
Paul Hastings LLP
Lockbox 4803
PO Box 894803
Los Angeles, CA
90189-4803

**Pay by Tranch:**
You can now pay your invoices online via real-time bank payments, credit cards or in installments:
*https://paywithtranch.com/paulhastings*

*For wires, please reference the invoice, client and matter number(s) being paid*
*For ACH payments, please use the CTX format and/or send any remittances to cashepn@paulhastings.com. This is a no-reply mailbox*
*Please refer all questions to billing@paulhastings.com*



**PAUL HASTINGS LLP**
200 Park Avenue, New York, NY 10166-3205
t: +1.212.318.6000 | f: +1.212.319.4090 | www.paulhastings.com

Prospect Medical Holdings, Inc.                    September 24, 2025
3415 S. Sepulveda Blvd.
Los Angeles, CA 90034                              Please Refer to
                                                   Invoice Number: 2457095

Attn: Alfredo Sabillo                              PH LLP Tax ID No. 95-2209675

FOR PROFESSIONAL SERVICES RENDERED
for the period ending August 31, 2025

<u>**Chapter 11 cases**</u>                                    **$501,173.50**

| <u>Date</u> | <u>Initials</u> | <u>Description</u> | <u>Hours</u> | <u>Rate</u> | <u>Amount</u> |
|---|---|---|---|---|---|
| **01** | **General Case Administration** | | | | |
| 08/11/2025 | CP26 | Call with UCC professionals regarding case issues and updates | 0.50 | 2,010.00 | 1,005.00 |
| 08/11/2025 | KH18 | Review and comment on Committee items, open issues, and updates | 1.00 | 2,520.00 | 2,520.00 |
| 08/11/2025 | MDF1 | Call with UCC advisors regarding case issues and updates (.5); correspond with G. Sasson regarding same (.2) | 0.70 | 1,495.00 | 1,046.50 |
| 08/18/2025 | GS13 | Telephone conference with UCC professionals regarding case developments and strategy | 0.40 | 2,010.00 | 804.00 |
| 08/18/2025 | KH18 | Discussions with UCC advisors regarding case matters, assumption and lift stay issues (.4); analyze same (1.1) | 1.50 | 2,520.00 | 3,780.00 |
| 08/18/2025 | MDF1 | Attend weekly UCC professionals call regarding case issues and updates | 0.40 | 1,495.00 | 598.00 |
| 08/25/2025 | CP26 | Call with UCC professionals regarding case issues and auction | 0.30 | 2,010.00 | 603.00 |
| 08/25/2025 | GS13 | UCC professionals telephone conference regarding case developments and auction | 0.30 | 2,010.00 | 603.00 |

Prospect Medical Holdings, Inc.                                                      Page 2
100744-00001
Invoice No. 2457095

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 08/25/2025 | MDF1 | UCC professionals call re case issues and auction | 0.30 | 1,495.00 | 448.50 |
| | | **Subtotal: 01 General Case Administration** | **5.40** | | **11,408.00** |

**02    General Motions and Pleadings / Docket Review**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 08/01/2025 | ML30 | Monitor the docket (.1); review recent filings and update working group regarding same (.8); update case calendars regarding same (.2) | 1.10 | 600.00 | 660.00 |
| 08/02/2025 | TSS1 | Review recent case filings | 0.30 | 895.00 | 268.50 |
| 08/03/2025 | TSS1 | Review recent case filings | 0.40 | 895.00 | 358.00 |
| 08/04/2025 | ML30 | Monitor the docket (.1); review recent filings and update working group regarding same (1.0); update case calendars regarding same (.3) | 1.40 | 600.00 | 840.00 |
| 08/05/2025 | TSS1 | Review recent case filings | 0.80 | 895.00 | 716.00 |
| 08/06/2025 | ML30 | Monitor the docket (.1); review recent filings and update working group regarding same (.5); update case calendars regarding same (.2) | 0.80 | 600.00 | 480.00 |
| 08/07/2025 | TSS1 | Review recent case filings | 0.40 | 895.00 | 358.00 |
| 08/08/2025 | ML30 | Monitor the docket (.1); review recent filings and update working group regarding same (.3); update case calendars regarding same (.2) | 0.60 | 600.00 | 360.00 |
| 08/11/2025 | TSS1 | Review recent case filings | 0.60 | 895.00 | 537.00 |
| 08/12/2025 | ML30 | Monitor the docket (.1); review recent filings and update working group regarding same (.5); update case calendars regarding same (.2) | 0.80 | 600.00 | 480.00 |
| 08/13/2025 | TSS1 | Review recent case filings | 0.70 | 895.00 | 626.50 |
| 08/14/2025 | ML30 | Monitor the docket (.1); review recent filings and update working group regarding same (.8); update case calendars regarding same (.3) | 1.20 | 600.00 | 720.00 |

Prospect Medical Holdings, Inc.                                                    Page 3
100744-00001
Invoice No. 2457095

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 08/15/2025 | ML30 | Monitor the docket (.1); review recent filings and update working group regarding same (1.2); update case calendars regarding same (.3) | 1.60 | 600.00 | 960.00 |
| 08/18/2025 | TSS1 | Review recent case filings | 0.50 | 895.00 | 447.50 |
| 08/19/2025 | ML30 | Monitor the docket (.1); review recent filings and update working group regarding same (.8) | 0.90 | 600.00 | 540.00 |
| 08/20/2025 | TSS1 | Review recent case filings | 0.50 | 895.00 | 447.50 |
| 08/21/2025 | ML30 | Monitor the docket (.1); review recent filings and update working group regarding same (.3); update case calendars regarding same (.2) | 0.60 | 600.00 | 360.00 |
| 08/22/2025 | TSS1 | Review recent case filings | 0.30 | 895.00 | 268.50 |
| 08/24/2025 | ML30 | Review notices of new pleadings (.1); review and update working group regarding same (.2) | 0.30 | 600.00 | 180.00 |
| 08/25/2025 | ML30 | Monitor the docket (.1); review recent filings and update working group re same (.5); update case calendars re same (.2) | 0.80 | 600.00 | 480.00 |
| 08/26/2025 | ML30 | Monitor the docket (.1); review recent filings and update working group re same (.6); update case calendars re same (.2) | 0.90 | 600.00 | 540.00 |
| 08/27/2025 | TSS1 | Review recent case filings | 0.70 | 895.00 | 626.50 |
| 08/28/2025 | TSS1 | Review recent case filings | 0.30 | 895.00 | 268.50 |
| 08/29/2025 | ML30 | Monitor the docket and update working group re recent filings | 0.80 | 600.00 | 480.00 |
| | | **Subtotal: 02  General Motions and Pleadings / Docket Review** | **17.30** | | **12,002.50** |

**03     Debtor Meetings and Communications**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 08/01/2025 | CP26 | Correspond with G. Sasson, Sidley regarding revised DIP | 1.30 | 2,010.00 | 2,613.00 |
| 08/02/2025 | TSS1 | Correspond with A. Wallice (Sidley) regarding depositions | 0.10 | 895.00 | 89.50 |

Prospect Medical Holdings, Inc.                                                                Page 4
100744-00001
Invoice No. 2457095

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 08/03/2025 | TSS1 | Correspond with Sidley, G. Sasson, M. Friedrick, J. Iaffaldano, C. Persons regarding depositions | 0.10 | 895.00 | 89.50 |
| 08/04/2025 | CP26 | Call with K. Hansen, G. Sasson, M. Friedrick, Sidley regarding DIP proposals | 0.50 | 2,010.00 | 1,005.00 |
| 08/04/2025 | GS13 | Telephone conference with Sidley, K. Hansen, C. Persons, and M. Friedrick regarding DIP and budget issues | 0.50 | 2,010.00 | 1,005.00 |
| 08/04/2025 | KH18 | Telephone conference regarding DIP and budget with Sidley, G. Sasson, C. Persons and M. Friedrick | 0.50 | 2,520.00 | 1,260.00 |
| 08/04/2025 | MDF1 | Join call with Sidley, K. Hansen, G. Sasson, C. Persons regarding DIP issues | 0.50 | 1,495.00 | 747.50 |
| 08/05/2025 | MDF1 | Correspond with debtors, G. Sasson regarding case issues and updates | 0.50 | 1,495.00 | 747.50 |
| 08/05/2025 | TSS1 | Correspond with Sidley regarding revised draft Plan | 0.20 | 895.00 | 179.00 |
| 08/07/2025 | MDF1 | Correspond with debtors regarding plan and next steps | 0.40 | 1,495.00 | 598.00 |
| 08/11/2025 | CP26 | Call with M. Friedrick, T. Simon, and Sidley regarding plan | 0.60 | 2,010.00 | 1,206.00 |
| 08/11/2025 | MDF1 | Call with Sidley, C. Persons, T. Simon regarding plan | 0.60 | 1,495.00 | 897.00 |
| 08/12/2025 | CP26 | Call with Debtors and T. Simon regarding case issues | 0.40 | 2,010.00 | 804.00 |
| 08/12/2025 | MDF1 | Correspond with Debtors regarding solicitation letters | 0.50 | 1,495.00 | 747.50 |
| 08/13/2025 | GS13 | Emails with MPT and Debtors regarding DIP issues | 0.40 | 2,010.00 | 804.00 |
| 08/14/2025 | CP26 | Call with Sidley, G. Sasson, M. Friedrick, and T. Simon regarding MPT discussions and plan settlement | 0.40 | 2,010.00 | 804.00 |
| 08/14/2025 | GS13 | Call with Sidley, C. Persons, M. Friedrick, and T. Simon regarding MPT discussions and plan issues | 0.40 | 2,010.00 | 804.00 |

Prospect Medical Holdings, Inc.                                           Page 5
100744-00001
Invoice No. 2457095

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 08/14/2025 | MDF1 | Call with Debtors, G. Sasson, C. Persons, and T. Simon regarding plan and related issues (.4); correspond with MPT and Debtors regarding draft plan (.5) | 0.90 | 1,495.00 | 1,345.50 |
| 08/15/2025 | MDF1 | Correspond with MPT and Debtors regarding revised plan | 0.40 | 1,495.00 | 598.00 |
| 08/20/2025 | CP26 | Attend meetings with Debtors at courthouse regarding open issues | 0.60 | 2,010.00 | 1,206.00 |
| 08/20/2025 | TSS1 | Correspond with Sidley regarding UCC letter related to DS | 0.20 | 895.00 | 179.00 |
| 08/21/2025 | CP26 | Correspond with Debtors regarding incoming bids | 0.50 | 2,010.00 | 1,005.00 |
| 08/21/2025 | TSS1 | Correspond with Debtors regarding comments to UCC letter related to DS and plan | 0.10 | 895.00 | 89.50 |
| 08/22/2025 | CP26 | Call regarding Prospect/Yale mediation with UCC, Yale, Debtors, K. Hansen and G. Sasson | 0.60 | 2,010.00 | 1,206.00 |
| 08/22/2025 | GS13 | Telephone conference with K. Hansen, C. Persons, Yale and Debtors regarding Yale agreement issues and next steps | 0.60 | 2,010.00 | 1,206.00 |
| 08/22/2025 | KH18 | CT mediation discussions with Debtors, Yale, G. Sasson and C. Persons | 0.60 | 2,520.00 | 1,512.00 |
| 08/27/2025 | GS13 | Emails with Sidley regarding sale order (.4); call with Sidley, M. Friedrick and T. Simon regarding revised plan (.4) | 0.80 | 2,010.00 | 1,608.00 |
| 08/27/2025 | MDF1 | Call with Sidley, G. Sasson, T. Simon re revised plan | 0.40 | 1,495.00 | 598.00 |
| 08/27/2025 | TSS1 | Correspond with Sidley re CA sale order | 0.10 | 895.00 | 89.50 |
| 08/27/2025 | TSS1 | Correspond with Sidley re revised Plan and DS and meeting to discuss same | 0.10 | 895.00 | 89.50 |
| 08/28/2025 | CP26 | Review correspondence with Sidley regarding sale order and related language | 0.50 | 2,010.00 | 1,005.00 |
| 08/28/2025 | MDF1 | Correspond with Sidley re sale issues | 0.30 | 1,495.00 | 448.50 |
| 08/29/2025 | MDF1 | Call with Sidley re claims objection process | 0.50 | 1,495.00 | 747.50 |
| | | **Subtotal: 03  Debtor Meetings and Communications** | **15.10** | | **27,333.50** |

Prospect Medical Holdings, Inc.                                                                    Page 6
100744-00001
Invoice No. 2457095

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| **04** | **UCC / Creditor Meetings and Communications** | | | | |
| 08/01/2025 | MDF1 | Correspond with UCC regarding MPT update and next steps | 0.90 | 1,495.00 | 1,345.50 |
| 08/03/2025 | CP26 | Review and consider correspondence from G. Sasson, M. Friedrick, UCC regarding DIP proposals | 1.00 | 2,010.00 | 2,010.00 |
| 08/04/2025 | TSS1 | Prepare correspondence to Committee regarding omnibus hearing | 0.60 | 895.00 | 537.00 |
| 08/05/2025 | MDF1 | Correspond with UCC regarding update and weekly call (.4); review UCC advisor decks regarding same (.5) | 0.90 | 1,495.00 | 1,345.50 |
| 08/05/2025 | TSS1 | Correspond with J. Kramer (Sills Cummis) regarding Committee communications | 0.60 | 895.00 | 537.00 |
| 08/06/2025 | GS13 | Review agenda and certain referenced items in prep for committee telephone conference (.1); participate in committee telephone conference (.7) | 0.80 | 2,010.00 | 1,608.00 |
| 08/06/2025 | KH18 | Review case issues and agenda for committee call (.4); committee telephone conference (.7); follow up review of issues discussed and committee member questions (.9) | 2.00 | 2,520.00 | 5,040.00 |
| 08/06/2025 | MDF1 | Join UCC call (.7); review certain filings to prepare for same (.1) | 0.80 | 1,495.00 | 1,196.00 |
| 08/12/2025 | CP26 | Call with K. Pasquale, UCC and Katten regarding settlement proposal (.4); review issues regarding same (.1) | 0.50 | 2,010.00 | 1,005.00 |
| 08/12/2025 | MDF1 | Correspond with Committee regarding weekly call (.6); review UCC advisor presentation documents regarding same (.5) | 1.10 | 1,495.00 | 1,644.50 |
| 08/13/2025 | CP26 | Attend committee meeting | 0.70 | 2,010.00 | 1,407.00 |
| 08/13/2025 | GS13 | Review case issues and notes in prep for committee telephone conference (.1); participate in committee telephone conference (.7) | 0.80 | 2,010.00 | 1,608.00 |

Prospect Medical Holdings, Inc.                                                    Page 7
100744-00001
Invoice No. 2457095

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 08/13/2025 | KH18 | Committee telephone conference (.7); review UCC advisor materials and prepare notes for same (.4); follow up review and comment on issues discussed (.5) | 1.60 | 2,520.00 | 4,032.00 |
| 08/13/2025 | MDF1 | Prepare notes for Committee call (.1); attend Committee call (.7) | 0.80 | 1,495.00 | 1,196.00 |
| 08/14/2025 | KH18 | Creditor discussions regarding auction process | 0.50 | 2,520.00 | 1,260.00 |
| 08/17/2025 | TSS1 | Prepare correspondence with Committee regarding DS and Plan (0.6); correspond with Committee regarding same (0.2) | 0.80 | 895.00 | 716.00 |
| 08/19/2025 | GS13 | Draft email update to committee (.8); telephone conference with Jefferies regarding same (.3) | 1.10 | 2,010.00 | 2,211.00 |
| 08/19/2025 | MDF1 | Correspond with Jefferies and Province re UCC call and update email (.4); review and revise Committee update email (.3); correspond with G. Sasson and T. Simon re same (.2) | 0.90 | 1,495.00 | 1,345.50 |
| 08/19/2025 | TSS1 | Correspond with G. Sasson, M. Friedrick, C. Persons regarding Committee update (0.2); correspond with K. Hansen regarding same (0.1) | 0.30 | 895.00 | 268.50 |
| 08/19/2025 | TSS1 | Correspond with Committee regarding Aug. 20 hearing and case updates | 0.20 | 895.00 | 179.00 |
| 08/20/2025 | GS13 | Draft update for UCC regarding hearing | 0.70 | 2,010.00 | 1,407.00 |
| 08/20/2025 | TSS1 | Correspond with H. Thompson (Province) regarding documents for weekly UCC meeting | 0.10 | 895.00 | 89.50 |
| 08/20/2025 | TSS1 | Correspond with Committee regarding UCC advisor presentation documents | 0.10 | 895.00 | 89.50 |
| 08/25/2025 | GS13 | Review case issues and recent filings in prep for committee telephone conference | 0.30 | 2,010.00 | 603.00 |
| 08/26/2025 | MDF1 | Correspond with UCC re weekly call and sale process (.6); review sale updates from Jefferies re same (.3); correspond with G. Sasson and C. Persons re UCC update (.3) | 1.20 | 1,495.00 | 1,794.00 |

Prospect Medical Holdings, Inc.                                                          Page 8
100744-00001
Invoice No. 2457095

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 08/27/2025 | GS13 | Emails with UCC regarding case matters (.4); telephone conferences with UCC members regarding case issues and inquiries (.7); telephone conference with UCC (.7); prep telephone conference with Jefferies regarding UCC issues and action items (.3); follow-up telephone conference with Jefferies regarding same (.3) | 2.40 | 2,010.00 | 4,824.00 |
| 08/27/2025 | KH18 | Review committee advisor materials, notes, and agenda for committee call (.5); committee call (.7) | 1.20 | 2,520.00 | 3,024.00 |
| 08/27/2025 | MDF1 | Review recent case filings to prepare for UCC call (.4); attend UCC call re sale and next steps (.7); review UCC draft email re same (.3) | 1.40 | 1,495.00 | 2,093.00 |
| 08/28/2025 | TSS1 | Correspond with Committee re hearing | 0.20 | 895.00 | 179.00 |
| | | **Subtotal: 04  UCC / Creditor Meetings and Communications** | **24.50** | | **44,594.50** |

**05    Court Hearings**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 08/03/2025 | CP26 | Review submissions, DIP documents, and open issues to prepare for supplemental DIP hearing | 3.50 | 2,010.00 | 7,035.00 |
| 08/03/2025 | GS13 | Review submissions and open issues in prep for hearing | 1.20 | 2,010.00 | 2,412.00 |
| 08/04/2025 | CP26 | Review issues and notes to prepare for supplemental DIP hearing (.6); attend supplemental DIP hearing and Courthouse discussions with parties (3.1) | 3.70 | 2,010.00 | 7,437.00 |
| 08/04/2025 | GS13 | Review DIP issues and notes in prep for hearing (.8); participate in hearing and related discussions with parties (3.1) | 3.90 | 2,010.00 | 7,839.00 |
| 08/04/2025 | ML30 | Monitor (portion of) the omnibus hearing | 2.10 | 600.00 | 1,260.00 |
| 08/19/2025 | CP26 | Review submissions, open issues, authority and notes to prepare for final DIP hearing | 4.30 | 2,010.00 | 8,643.00 |

Prospect Medical Holdings, Inc.                                                 Page 9
100744-00001
Invoice No. 2457095

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 08/20/2025 | CP26 | Review submissions, open issues, and authority to prepare for disclosure statement and financing hearing (3.6); attend hearing and related courtroom discussions (4.1) | 7.70 | 2,010.00 | 15,477.00 |
| 08/20/2025 | GS13 | Participate in DS hearing and related party discussions (4.1); review open issues and submissions in preparation for same (.6) | 4.70 | 2,010.00 | 9,447.00 |
| 08/20/2025 | KH18 | Disclosure statement hearing and related party discussions | 4.00 | 2,520.00 | 10,080.00 |
| 08/20/2025 | ML30 | Monitor the hearing (3.5); correspond with C. Persons regarding reference materials needed for hearing (.3); prepare requested documents (2.4); follow up correspondence with C. Persons regarding same (.2); prepare electronic appearances for hearing (.2); prepare for hearing (0.6) | 7.20 | 600.00 | 4,320.00 |
| 08/20/2025 | MDF1 | Attend DS hearing | 3.50 | 1,495.00 | 5,232.50 |
| 08/27/2025 | CP26 | Call with K. Hansen, G. Sasson regarding hearing prep (0.3); review open issues, submissions, and authority to prepare for sale and DS hearing (4.5) | 4.80 | 2,010.00 | 9,648.00 |
| 08/27/2025 | GS13 | Review submissions and open issues to prepare for hearing (.3); call with K. Hansen and C. Persons regarding same (.3) | 0.60 | 2,010.00 | 1,206.00 |
| 08/27/2025 | KH18 | Analyze and outline issues for sale approval hearing and solution for buyer potential breach (2.5); call with G. Sasson and C. Persons regarding same (.3) | 2.80 | 2,520.00 | 7,056.00 |
| 08/27/2025 | ML30 | Correspond with C. Persons re materials needed for 8/28 hearing (.3); prepare same and related index (1.1) | 1.40 | 600.00 | 840.00 |
| 08/28/2025 | CP26 | Review submissions, open issues, and notes to prepare for sale and DS hearing (2.0); attend sale and DS hearing (2.1); follow up call with G. Sasson re same (0.1) | 4.20 | 2,010.00 | 8,442.00 |

Prospect Medical Holdings, Inc.                                                                 Page 10
100744-00001
Invoice No. 2457095

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 08/28/2025 | GS13 | Review notes and authority on open issues in prep for hearing (.9); participate in sale and DS hearing (2.1); follow up call with C. Persons regarding same (.1) | 3.10 | 2,010.00 | 6,231.00 |
| 08/28/2025 | KH18 | Analyze and comment on sale issues and documents in advance of hearing (1.2); correspond with G. Sasson and C. Persons regarding same (.2); sale and DS hearing (2.1); follow up review of issues and correspondence with Committee advisors regarding hearing and sale (.5) | 4.00 | 2,520.00 | 10,080.00 |
| 08/28/2025 | ML30 | Correspond with C. Persons re reference materials needed for 8.28 hearing (.2); prepare same (2.9); enter hearing appearances for attorneys (.2); monitor the omnibus hearing (2.1) | 5.40 | 600.00 | 3,240.00 |
| 08/28/2025 | MDF1 | Review agenda and certain submissions to prepare for sale hearing (.2); attend sale hearing (2.1) | 2.30 | 1,495.00 | 3,438.50 |
| | | **Subtotal: 05  Court Hearings** | **74.40** | | **129,364.00** |

**11    Asset Sales and Dispositions / Section 363 Pleadings**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 08/07/2025 | KH18 | Correspond with G. Sasson regarding CA auction/sale process (.1); review and comment on related issues (.4) | 0.50 | 2,520.00 | 1,260.00 |
| 08/08/2025 | KH18 | Update correspondence with G. Sasson, C. Persons regarding sale processes (.2); review and comment on same (.3) | 0.50 | 2,520.00 | 1,260.00 |
| 08/21/2025 | KH18 | Analysis regarding CA and CT | 1.00 | 2,520.00 | 2,520.00 |
| 08/22/2025 | CP26 | Review correspondence from M. Laskowski regarding California bids (0.1); review bid (0.9); review notice of de minimis sale (0.1) | 1.10 | 2,010.00 | 2,211.00 |
| 08/22/2025 | ML30 | Review California bid documents (.1); prepare same for attorney review (.1); correspond with G. Sasson and C. Persons regarding same (.1) | 0.30 | 600.00 | 180.00 |
| 08/24/2025 | CP26 | Review bids and prepare notes for auction | 1.00 | 2,010.00 | 2,010.00 |

Prospect Medical Holdings, Inc.                                                    Page 11
100744-00001
Invoice No. 2457095

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 08/25/2025 | CP26 | Review auction materials and bid issues to prepare for auction (1.4); call with G. Sasson regarding same (0.2) | 1.60 | 2,010.00 | 3,216.00 |
| 08/25/2025 | GS13 | Call with C. Persons regarding prep for auction | 0.20 | 2,010.00 | 402.00 |
| 08/25/2025 | ML30 | Correspond with C. Persons re CA auction materials needed (.2); research and prepare the same (1.7) | 1.90 | 600.00 | 1,140.00 |
| 08/25/2025 | MDF1 | Review sale and auction issues | 0.80 | 1,495.00 | 1,196.00 |
| 08/26/2025 | CP26 | Review auction materials and prepare notes for auction (1.2); attend auction and related discussions (11.5); follow up discussions with UCC professionals regarding auction (0.2) | 12.90 | 2,010.00 | 25,929.00 |
| 08/26/2025 | GS13 | Monitor and participate in parts of CA auction | 5.30 | 2,010.00 | 10,653.00 |
| 08/26/2025 | KH18 | Review and comment on auction related issues | 1.00 | 2,520.00 | 2,520.00 |
| 08/27/2025 | GS13 | Draft parts of reservation of rights (1.1); review and comment on sale order (2.1) | 3.20 | 2,010.00 | 6,432.00 |
| 08/27/2025 | MDF1 | Prepare statement in respect of the sale (1.9); review sale order (.9); correspond with G. Sasson re same (.4); revise sale order (.3) | 3.50 | 1,495.00 | 5,232.50 |
| 08/27/2025 | TSS1 | Review proposed CA sale order (0.6); correspond with M. Friedrick re auction (0.2) | 0.80 | 895.00 | 716.00 |
| 08/28/2025 | MDF1 | Review objections to sale in advance of hearing | 1.30 | 1,495.00 | 1,943.50 |
| | | **Subtotal: 11  Asset Sales and Dispositions / Section 363 Pleadings** | **36.90** | | **68,821.00** |

**12    Contracts and Leases**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 08/05/2025 | GS13 | Review Yale lift stay motion | 0.40 | 2,010.00 | 804.00 |
| 08/07/2025 | KH18 | Analyze Yale agreement issues | 1.00 | 2,520.00 | 2,520.00 |

Prospect Medical Holdings, Inc.                                                    Page 12
100744-00001
Invoice No. 2457095

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 08/17/2025 | TSS1 | Prepare joinder to Debtors' objection to Yale lift stay motion | 1.20 | 895.00 | 1,074.00 |
| 08/18/2025 | TSS1 | Prepare revised joinder to Debtors' objection to Yale lift stay motion (0.3); correspond with G. Sasson, C. Persons, M. Magzamen regarding filing of joinder (0.1) | 0.40 | 895.00 | 358.00 |
| 08/22/2025 | GS13 | Review Yale pleadings | 0.60 | 2,010.00 | 1,206.00 |
| 08/22/2025 | KH18 | Analysis of CT mediation issues and related strategy regarding same | 0.90 | 2,520.00 | 2,268.00 |
| 08/25/2025 | CP26 | Review and provide comments to draft mediation order | 0.30 | 2,010.00 | 603.00 |
| 08/25/2025 | KH18 | Correspond with G. Sasson, C. Persons, M. Friedrick regarding CT mediation and draft order (.4); follow up review of issues regarding same (.6) | 1.00 | 2,520.00 | 2,520.00 |
| 08/25/2025 | MDF1 | Review mediation order and changes (1.4); correspond with K. Hansen, G. Sasson and C. Persons re same (.3) | 1.70 | 1,495.00 | 2,541.50 |
| 08/26/2025 | KH18 | Review correspondence from UCC professionals regarding mediation (.3); review related issues (.2) | 0.50 | 2,520.00 | 1,260.00 |
| 08/27/2025 | MDF1 | Review mediation order changes | 0.60 | 1,495.00 | 897.00 |
| 08/29/2025 | KH18 | Review and comment on mediation open issues | 0.50 | 2,520.00 | 1,260.00 |
| 08/29/2025 | MDF1 | Prepare UCC Yale assumption mediation statement | 2.80 | 1,495.00 | 4,186.00 |
| | | **Subtotal: 12  Contracts and Leases** | **11.90** | | **21,497.50** |

**14    DIP Financing / Cash Collateral Matters**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 08/01/2025 | CP26 | Correspond with G. Sasson regarding DIP issues | 0.10 | 2,010.00 | 201.00 |
| 08/01/2025 | KH18 | Analyze budget, DIP and sale issues (1.1); correspond with K. Pasquale and G. Sasson regarding the same (.4) | 1.50 | 2,520.00 | 3,780.00 |

Prospect Medical Holdings, Inc.                                          Page 13
100744-00001
Invoice No. 2457095

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 08/01/2025 | MDF1 | Review pleadings regarding MPT (1.2); correspond with G. Sasson regarding same (.4) | 1.60 | 1,495.00 | 2,392.00 |
| 08/02/2025 | CP26 | Call with Province regarding updated DIP discussions (0.3); review revised DIP proposals (0.6) | 0.90 | 2,010.00 | 1,809.00 |
| 08/02/2025 | KH18 | Analyze budget, DIP and sale issues (1.3); correspond with C. Persons regarding the same (.2) | 1.50 | 2,520.00 | 3,780.00 |
| 08/03/2025 | CP26 | Call with Province, Jefferies, G. Sasson regarding DIP proposals (0.5); review revised DIP proposals (0.5) | 1.00 | 2,010.00 | 2,010.00 |
| 08/03/2025 | GS13 | Review MPT term sheet and pleadings regarding same (2.2); telephone conference with Province, Jefferies, C. Persons regarding same (.5); further telephone conferences with Province and Jefferies regarding same (.7); review and comment on reservation of rights (.8); telephone conferences with K. Hansen regarding same (.6) | 4.80 | 2,010.00 | 9,648.00 |
| 08/03/2025 | KH18 | Analyze DIP issues (1.4); discussions with G. Sasson regarding the same (0.6) | 2.00 | 2,520.00 | 5,040.00 |
| 08/03/2025 | MDF1 | Draft reservation of rights regarding MPT DIP (1.3); correspond with G. Sasson regarding same (.3) | 1.60 | 1,495.00 | 2,392.00 |
| 08/03/2025 | TSS1 | Correspond with G. Sasson and M. Friedrick regarding DIP term sheets (0.2); review correspondence from G. Sasson regarding same (0.2) | 0.40 | 895.00 | 358.00 |
| 08/04/2025 | CP26 | Review correspondence from G. Sasson, M. Friedrick regarding DIP proposals | 0.40 | 2,010.00 | 804.00 |
| 08/04/2025 | KH18 | Analyze DIP issues and related documents | 1.00 | 2,520.00 | 2,520.00 |
| 08/05/2025 | GS13 | Review MPT DIP term sheet and settlement agreement (.6); telephone conference with Jefferies, Province, M. Friedrick, and T. Simon regarding same (.5); telephone conference with K. Hansen regarding same (.2) | 1.30 | 2,010.00 | 2,613.00 |

Prospect Medical Holdings, Inc.                                                      Page 14
100744-00001
Invoice No. 2457095

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 08/05/2025 | KH18 | Review DIP term sheet comparison (.9); conference with G. Sasson regarding same (.2); analyze case strategy issues relating to the same (.9) | 2.00 | 2,520.00 | 5,040.00 |
| 08/05/2025 | MDF1 | Call with Jefferies, Province, G. Sasson, and T. Simon regarding MPT DIP and next steps | 0.50 | 1,495.00 | 747.50 |
| 08/05/2025 | TSS1 | Correspond with Jefferies and Province regarding DIP term sheets (0.1); conference with G. Sasson, M. Friedrick, Jefferies, and Province regarding DIP term sheets (0.5) | 0.60 | 895.00 | 537.00 |
| 08/06/2025 | GS13 | Review and comment on backstop facility term sheet (.6); emails with UCC advisors regarding same (.2) | 0.80 | 2,010.00 | 1,608.00 |
| 08/07/2025 | GS13 | Draft issues list regarding MPT DIP | 0.40 | 2,010.00 | 804.00 |
| 08/08/2025 | TSS1 | Review correspondence from G. Sasson and Jefferies regarding MPT DIP proposal | 0.30 | 895.00 | 268.50 |
| 08/11/2025 | GS13 | Review and revise issues list regarding DIP (.4); telephone conference with Jefferies regarding same (.3); telephone conference with MPT regarding same (.2) | 0.90 | 2,010.00 | 1,809.00 |
| 08/12/2025 | GS13 | Review and revise DIP issues list (.4); telephone conference with MPT and K. Hansen regarding same (.5) | 0.90 | 2,010.00 | 1,809.00 |
| 08/12/2025 | KH18 | DIP discussions with G. Sasson and MPT (.5); DIP analysis (1.0) | 1.50 | 2,520.00 | 3,780.00 |
| 08/12/2025 | TSS1 | Correspond with Jefferies and Province regarding MPT DIP and related meeting | 0.10 | 895.00 | 89.50 |
| 08/13/2025 | GS13 | Revise DIP issues list | 0.20 | 2,010.00 | 402.00 |
| 08/14/2025 | GS13 | Review backstop facility order and revise same (.6); telephone conferences with MPT regarding settlement structure (.5) | 1.10 | 2,010.00 | 2,211.00 |
| 08/15/2025 | GS13 | Review and comment on backstop facility order (.9); correspond with K. Hansen, C. Persons, M. Friedrick regarding same (.2) | 1.10 | 2,010.00 | 2,211.00 |
| 08/17/2025 | CP26 | Review updated DIP order and provide comments | 1.00 | 2,010.00 | 2,010.00 |
| 08/18/2025 | TSS1 | Review revised MPT proposed DIP order | 0.20 | 895.00 | 179.00 |

Prospect Medical Holdings, Inc.                                                Page 15
100744-00001
Invoice No. 2457095

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| | | **Subtotal: 14  DIP Financing / Cash Collateral Matters** | **29.70** | | **60,852.50** |

**21    Plan and Disclosure Statement**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 08/05/2025 | CP26 | Review plan and provide comments (2.5); review correspondence from G. Sasson, M. Friedrick regarding same (0.6) | 3.10 | 2,010.00 | 6,231.00 |
| 08/05/2025 | MDF1 | Review and revise draft Plan (2.9); correspond with T. Simon regarding same (.5) | 3.40 | 1,495.00 | 5,083.00 |
| 08/05/2025 | TSS1 | Correspond with C. Persons, M. Friedrick, G. Sasson regarding draft Plan (0.1); review and incorporate comments to draft Plan (1.2) | 1.30 | 895.00 | 1,163.50 |
| 08/11/2025 | CP26 | Call with K. Hansen, G. Sasson, M. Friedrick, T. Simon regarding and plan comments | 0.40 | 2,010.00 | 804.00 |
| 08/11/2025 | CP26 | Review Debtors' comments to plan (0.9); call with G. Sasson regarding plan (0.1) | 1.00 | 2,010.00 | 2,010.00 |
| 08/11/2025 | GS13 | Review and revise Plan and DS (1.6); call with C. Persons regarding debtors' comments on Plan (.1); call with K. Hansen, C. Persons, M. Friedrick, and T. Simon regarding Plan and DS (.4) | 2.10 | 2,010.00 | 4,221.00 |
| 08/11/2025 | KH18 | Analyze plan issues and process (.6); discussion with G. Sasson, C. Persons, M. Friedrick, and T. Simon regarding same (.4) | 1.00 | 2,520.00 | 2,520.00 |
| 08/11/2025 | MDF1 | Review revised plan from Sidley (1.7); call with K. Hansen, G. Sasson, C. Persons and T. Simon regarding same (.4); revise draft plan per discussion with Sidley (1.4); review same (1.0); correspond with G. Sasson regarding same (.2) | 4.70 | 1,495.00 | 7,026.50 |
| 08/11/2025 | TSS1 | Review revised draft Plan and DS from Debtors' counsel (0.3); conference with K. Hansen, G. Sasson, C. Persons, and M. Friedrick regarding same (0.4) | 0.70 | 895.00 | 626.50 |

Prospect Medical Holdings, Inc.                                                        Page 16
100744-00001
Invoice No. 2457095

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 08/12/2025 | CP26 | Call with UCC advisors regarding settlement proposal (0.4); review comments from K. Hansen and G. Sasson regarding same (1.0) | 1.40 | 2,010.00 | 2,814.00 |
| 08/12/2025 | GS13 | Review and revise plan and DS | 1.20 | 2,010.00 | 2,412.00 |
| 08/12/2025 | MDF1 | Revise draft plan (.7); review draft plan (.5); correspond with G. Sasson regarding draft plan (.3); review draft reservation of rights regarding DS and plan (.4); revise same (.8); review precedent solicitation letters (.8); correspond with T. Simon regarding same (.5); review issues regarding UCC letter related to plan and DS (.7) | 4.70 | 1,495.00 | 7,026.50 |
| 08/12/2025 | TSS1 | Review draft DS order (0.3); correspond with M. Friedrick regarding reservation of rights related to DS motion (0.3); review revised draft Plan (0.3); prepare reservation of rights related to DS motion (1.1); correspond with M. Friedrick regarding UCC letter regarding Plan (0.3); prepare UCC letter regarding Plan (3.3) | 5.60 | 895.00 | 5,012.00 |
| 08/13/2025 | CP26 | Review correspondence with UCC advisors regarding potential MPT settlement | 1.00 | 2,010.00 | 2,010.00 |
| 08/13/2025 | GS13 | Review and revise plan (.6); revise and supplement reservation of rights related to same (.6) | 1.20 | 2,010.00 | 2,412.00 |
| 08/13/2025 | MDF1 | Review draft plan from Debtors (1.5); correspond with G. Sasson regarding same (.5); review junior DIP in connection with draft plan (.4); review solicitation procedures (1.1); revise issues list regarding same (.3); review and revise reservation of rights regarding plan and DS (1.1); review changes regarding same (.5); review MPT settlement terms (.4) | 5.80 | 1,495.00 | 8,671.00 |

Prospect Medical Holdings, Inc.                                                                 Page 17
100744-00001
Invoice No. 2457095

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 08/13/2025 | TSS1 | Analyze draft exhibits to DS order (2.9); review revised draft Plan from Debtors' counsel (0.3); prepare reservation of rights regarding Plan (0.4); correspond with K. Hansen, G. Sasson, and M. Friedrick regarding draft reservation of rights regarding Plan (0.1); prepare issues list regarding draft exhibits to DS order (1.9); prepare UCC letter regarding DS (0.5); review revised draft reservation of rights (0.4) | 6.50 | 895.00 | 5,817.50 |
| 08/14/2025 | CP26 | Review plan reservation of rights and provide comments (0.4); review correspondence with UCC advisors regarding plan settlement (0.5); review revised plan (0.9) | 1.80 | 2,010.00 | 3,618.00 |
| 08/14/2025 | GS13 | Review and revise plan and related documents (.9); revise and supplement reservation of rights (.6) | 1.50 | 2,010.00 | 3,015.00 |
| 08/14/2025 | MDF1 | Revise reservation of rights regarding plan and DS (.7); review same (.6); correspond with T. Simon regarding same (.3); review MPT settlement terms (.4); review further draft plan from MPT (.7); correspond with G. Sasson regarding same (.5); revise same (.7); review changes regarding MPT draft plan (.8) | 4.70 | 1,495.00 | 7,026.50 |
| 08/14/2025 | TSS1 | Prepare reservation of rights regarding Plan (1.1); review revised draft Plan and disclosure statement (0.9) | 2.00 | 895.00 | 1,790.00 |
| 08/15/2025 | CP26 | Review and provide comments to UCC reservation of rights on the plan (0.2); review revised plan provisions and provide comments on same (0.3); review further revised plan (0.8) | 1.30 | 2,010.00 | 2,613.00 |
| 08/15/2025 | GS13 | Review and comment on plan drafts (2.1); revise and supplement reservation of rights (.5); telephone conference with MPT regarding same (.4) | 3.00 | 2,010.00 | 6,030.00 |

Prospect Medical Holdings, Inc.                                         Page 18
100744-00001
Invoice No. 2457095

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 08/15/2025 | MDF1 | Review revised plan (.8); correspond with G. Sasson regarding same (.3); review further revised plan (.6); review reservation of rights regarding same (.5); review UCC letter regarding plan and solicitation (1.0); review precedent regarding same (.6) | 3.80 | 1,495.00 | 5,681.00 |
| 08/15/2025 | TSS1 | Review draft Plan and disclosure statement (0.5); revise draft reservation of rights regarding same (0.3) | 0.80 | 895.00 | 716.00 |
| 08/17/2025 | MDF1 | Revise UCC letter regarding DS and plan (.6); review Debtors' settlement regarding foundation (.9) | 1.50 | 1,495.00 | 2,242.50 |
| 08/18/2025 | GS13 | Review and revise Plan and DS (.6); review and revise UCC letter regarding DS and Plan (.5) | 1.10 | 2,010.00 | 2,211.00 |
| 08/18/2025 | MDF1 | Review revised plan (.7); revise UCC letter related to DS and plan (.6); review revised UCC letter (.5); review reservation of rights regarding plan (.4); correspond with T. Simons regarding same (.2); correspond with G. Sasson regarding plan (.2) | 2.60 | 1,495.00 | 3,887.00 |
| 08/18/2025 | TSS1 | Prepare reservation of rights regarding Plan (0.4); prepare UCC letter regarding DS (0.5); correspond with G. Sasson, M. Friedrick, C. Persons regarding UCC letter (0.1) | 1.00 | 895.00 | 895.00 |
| 08/19/2025 | GS13 | Review and revise plan and DS (1.7); review and comment on DS letter (.6); correspond with K. Hansen, C. Persons, M. Friedrick regarding same (.3) | 2.60 | 2,010.00 | 5,226.00 |
| 08/19/2025 | MDF1 | Review revised plan (.8); review revised DS (.5); correspond with G. Sasson and C. Persons re same (.4) | 1.70 | 1,495.00 | 2,541.50 |
| 08/19/2025 | TSS1 | Review revised Plan and DS | 0.20 | 895.00 | 179.00 |
| 08/21/2025 | GS13 | Review revised DS and order approving same | 1.10 | 2,010.00 | 2,211.00 |
| 08/21/2025 | TSS1 | Review Debtors' comments to UCC letter related to DS and plan | 0.20 | 895.00 | 179.00 |

Prospect Medical Holdings, Inc.                                          Page 19
100744-00001
Invoice No. 2457095

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 08/22/2025 | GS13 | Review and revise Plan and DS (1.7); emails with K. Hansen, M. Friedrick regarding same (.2) | 1.90 | 2,010.00 | 3,819.00 |
| 08/27/2025 | MDF1 | Review revised plan re sale and insurance issues (1.3); review DS re same (.3); correspond with T. Simon re same (.3); further review revised draft plan (.6); correspond with G. Sasson and C. Persons re same (.5) | 3.00 | 1,495.00 | 4,485.00 |
| 08/27/2025 | TSS1 | Analyze revised Plan and DS (0.8); correspond with M. Friedrick re same (0.4) | 1.20 | 895.00 | 1,074.00 |
| | | **Subtotal: 21  Plan and Disclosure Statement** | **82.10** | | **125,300.00** |
| | | **Total** | **297.30** | | **501,173.50** |

## Timekeeper Summary

| ID | Timekeeper Name | Title | Hours | Rate | Fee |
|----|-----------------|-------|-------|------|-----|
| KH18 | Kris Hansen | Partner | 37.10 | 2,520.00 | 93,492.00 |
| CP26 | Charles Persons | Partner | 66.90 | 2,010.00 | 134,469.00 |
| GS13 | Gabe Sasson | Partner | 59.90 | 2,010.00 | 120,399.00 |
| MDF1 | Matthew D. Friedrick | Associate | 70.50 | 1,495.00 | 105,397.50 |
| TSS1 | Tori S. Simon | Associate | 32.80 | 895.00 | 29,356.00 |
| ML30 | Mat Laskowski | Paralegal | 30.10 | 600.00 | 18,060.00 |

## Costs incurred and advanced

| Date | Description | Quantity | Rate | Amount |
|------|-------------|----------|------|--------|
| 08/06/2025 | Airfare - Gabe Sasson; 08/04/2025; From/To: Newark, NJ to Dallas, TX; Airfare Class: Economy; airfare expense in connection with client hearing in Dallas, TX | | | 797.00 |
| 08/06/2025 | Taxi/Ground Transportation - Gabe Sasson; 08/04/2025; From/To: Irving, TX to Dallas, TX; Service Type: Lyft; taxi expense for car ride in connection with client hearing in Dallas, TX | | | 41.38 |

Prospect Medical Holdings, Inc.                                                                 Page 20
100744-00001
Invoice No. 2457095

| | | |
|---|---|---:|
| 08/06/2025 | Taxi/Ground Transportation - Gabe Sasson; 08/04/2025; From/To: Courthouse to Dallas airport; Service Type: Uber; taxi expense for car ride in connection with client hearing in Dallas, TX | 60.24 |
| 08/06/2025 | Local - Taxi - Gabe Sasson; 08/04/2025; From/To: Newark, NJ to Brooklyn; Service Type: Taxi; taxi expense for car ride home from airport in connection with client hearing in Dallas, TX | 120.00 |
| 08/06/2025 | Local - Taxi - Gabe Sasson; 08/04/2025; From/To: Brooklyn, NY to Newark, NJ; Service Type: Taxi; taxi expense for car ride to airport in connection with client hearing in Dallas, TX | 165.00 |
| 08/06/2025 | Local - Parking - Charles Persons; 08/04/2025; Parking at Courthouse during hearing | 17.00 |
| 08/22/2025 | Local - Parking - Charles Persons; 08/20/2025; Charge for parking at courthouse for hearing. | 20.00 |
| 08/29/2025 | Airfare - Charles Persons; 08/25/2025; From/To: LAX/DFW; Airfare Class: Economy; Travel to California for hearings/auction for Prospect | 776.97 |
| 08/29/2025 | Travel Expense - Meals - Charles Persons; 08/27/2025; Restaurant: Hotel Restaurant; City: Century City; Dinner; Number of people: 1; Travel to California for hearings/auction for Prospect | 64.88 |
| 08/29/2025 | Lodging - Charles Persons; 08/27/2025; Hotel: Fairmont; Check-in date: 08/25/2025; Check-out date: 08/27/2025; City: Los Angeles; Travel to California for hearings/auction for Prospect | 1,148.01 |
| 08/29/2025 | Local - Parking - Charles Persons; 08/28/2025; Courthouse parking for Prospect hearing | 17.00 |
| 08/29/2025 | Vendor Expense - Charles Persons; 08/25/2025; Travel to California for hearings/auction for Prospect; Travel Agency service fee | 5.00 |
| 08/29/2025 | Vendor Expense - Charles Persons; 08/25/2025; Travel to California for hearings/auction for Prospect; Travel Agency service fee | 7.00 |
| 08/31/2025 | UnitedLex Invoices - Unitedlex Corp, Invoice# 104014230 Dated 08/31/25, UnitedLex – DSAI August 2025 Charges – Outside Professional Services | 1,971.92 |

| | |
|---|---:|
| **Total Costs incurred and advanced** | **$5,211.40** |

Prospect Medical Holdings, Inc.                                                    Page 21
100744-00001
Invoice No. 2457095

| **Current Fees and Costs** | **$506,384.90** |
| **Total Balance Due - Due Upon Receipt** | **$506,384.90** |