

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed September 25, 2025**

_____
United States Bankruptcy Judge

_____

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| In re:<br><br>PROSPECT MEDICAL HOLDINGS, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 25-80002 (SGJ)<br><br>(Jointly Administered) |

**ORDER GRANTING THE AMENDED SECOND INTERIM FEE APPLICATION OF
KATTEN MUCHIN ROSENMAN LLP FOR ALLOWANCE OF COMPENSATION
AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM
APRIL 1, 2025 THROUGH AND INCLUDING JUNE 30, 2025**

Upon consideration of the application ("Application")[2] of Katten Muchin Rosenman LLP

("Katten") for allowance of compensation for professional services rendered in the above

---

[1] A complete list of each of the Debtors in these Chapter 11 Cases may be obtained on the website of the Debtors' claims and noticing agent at https://omniagentsolutions.com/Prospect. The Debtors' mailing address is 3824 Hughes Ave., Culver City, CA 90232.

[2] Each capitalized term used but not otherwise defined herein shall have the meaning ascribed to it in the Application.

304081832v1

captioned Chapter 11 Cases during the period from April 1, 2025 through and including June 30, 2025 (the "Interim Fee Period"), it is **HEREBY ORDERED THAT:**

1. Katten is granted interim allowance of compensation in the amount of $929,513.50 for the Interim Fee Period.

2. Katten is granted interim allowance of reimbursements for expenses incurred in the amount of $11,015.52 for the Interim Fee Period.

3. The Debtors are authorized and directed to remit payment to Katten of such allowed compensation and expense reimbursement amounts, less any and all amounts previously paid on account of such fees and expenses.

4. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this order.

**# # # END OF ORDER # # #**

304081832v1

Submitted by:

**KATTEN MUCHIN ROSENMAN LLP**
John E. Mitchell, SBN: 00797095
2121 N. Pearl St., Suite 1100
Dallas, TX 75201
Telephone: (469) 627-7017
Email: john.mitchell@katten.com

- and -

Steven J. Reisman (admitted *pro hac vice*)
Cindi M. Giglio (admitted *pro hac vice*)
Marc B. Roitman (admitted *pro hac vice*)
50 Rockefeller Plaza
New York, NY 10020-1605
Telephone: (212) 940-8800
Email:  sreisman@katten.com
           cgiglio@katten.com
           marc.roitman@katten.com

*Special Counsel for the HospitalCo Debtors
and Debtors in Possession*

304081832v1