SIDLEY AUSTIN LLP
Thomas R. Califano (24122825)
Rakhee V. Patel (00797213)
Maegan Quejada (24105999)
2021 McKinney Avenue, Suite 2000
Dallas, Texas 75201
Telephone:    (214) 981-3300
Facsimile:     (214) 981-3400
Email:           tom.califano@sidley.com
                    rpatel@sidley.com
                    mquejada@sidley.com

SIDLEY AUSTIN LLP
William E. Curtin (admitted *pro hac vice*)
Patrick Venter (admitted *pro hac vice*)
Anne G. Wallice (admitted *pro hac vice*)
787 Seventh Avenue
New York, New York 10019
Telephone:    (212) 839-5300
Facsimile:     (212) 839-5599
Email:           wcurtin@sidley.com
                    pventer@sidley.com
                    anne.wallice@sidley.com

*Attorneys for the HCo Debtors and the
PCo Debtors and Debtors in Possession*

*Proposed Attorneys for the TopCo
Debtors and Debtors in Possession*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| In re:<br><br>PROSPECT MEDICAL HOLDINGS, INC., *et al*.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 25-80002 (SGJ)<br><br>(Jointly Administered)<br>Rel. to Docket Nos. 882, 1613, and 1618 |

**NOTICE OF KEY DATES FOR THE
SPRINGFIELD AND CCMC SALE TRANSACTIONS**

**PLEASE TAKE NOTICE THAT**, Prospect Medical Holdings, Inc., and its hospital-related debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "HCo Debtors"), together with PHP Holdings, LLC ("PHPH") and its physician-related debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "PCo Debtors"), and together with Chamber Inc., Ivy Holdings Inc., and Ivy Intermediate Holding Inc., as debtors and debtors in possession in the above-caption chapter 11 cases (the "TopCo Debtors," and together with the HCo

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://omniagentsolutions.com/Prospect. The Debtors' mailing address is 3824 Hughes Ave., Culver City, CA 90232.

Debtors and the PCo Debtors, the "Debtors"), filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code") in the United States Bankruptcy Court for the Northern District of Texas (the "Court") on January 11, 2025 (the "HCo Petition Date"), July 7, 2025 (the "PCo Petition Date"), and September 19, 2025 (the "TopCo Petition Date"), respectively. The Debtors are authorized to continue to operate their business and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

**PLEASE TAKE FURTHER NOTICE THAT**, on April 23, 2025, the Court entered the *Order (I) Approving the Closure of Certain of the Pennsylvania Hospitals; (II) Approving the Pennsylvania Asset Sale Procedures; and (III) Granting Related Relief* [Docket No. 1613] (the "Closure/Sale Order"),[2] which, among other things, sets forth the Pennsylvania Asset Sale Procedures.

**PLEASE TAKE FURTHER NOTICE THAT**, following entry of the Closure/Sale Order and beginning on June 1, 2025, the Debtors pursued a marketing process for the sale of Springfield Hospital ("Springfield") and Crozer-Chester Medical Center ("CCMC"), led by the Debtors' broker, Keen-Summit Capital Partners LLC.

**PLEASE TAKE FURTHER NOTICE THAT**, pursuant to the Asset Sale Procedures in the Closure/Sale Order, any potential bidders must abide by the following Bid Requirements:

Bid Requirements. To participate in the process and, if applicable, an Auction(s), a potential bidder (each potential bidder submitting a bid, a "Bidder") must deliver to the Debtors and their advisors an irrevocable offer for the purchase of some or all of the Available Assets, in accordance with the below requirements (the "Bid Requirements"):

Each Bid must be accompanied by a letter or email:

1. fully disclosing the identity of the Bidder and providing the contact information of the specific person(s) whom the Debtors or their advisors should contact (including any equity holder or other financial backer if the Bidder is an entity formed for the purpose of consummating the proposed Sale) in the event that the Debtors have any questions or wishes to discuss the Bid submitted by the Bidder;

2. setting forth the purchase price to be paid by such Bidder and forms of consideration the Bidder intends to use to pay such purchase price;

3. stating with specificity the Available Assets (including any specific executory contracts and unexpired leases) such Bidder wishes to bid on and the liabilities and obligations (including any applicable cure costs) to be assumed by the Bidder in the Pennsylvania Asset Sale Transaction;

4. agreeing that the Bidder's offer is binding, unconditional, and irrevocable if selected as the Successful Bidder and, if selected as the Back-up Bidder, for at least 60 days

---

[2] Capitalized terms used but not defined herein shall have the meaning ascribed to such terms in the Closure/Sale Order.

2

from the date of such Back-Up Bidder selection;

5. providing that, other than with respect to any regulatory approvals, such Bid is not subject to contingencies of any kind, including, without limitation, contingencies related to financing, internal approval, or due diligence;

6. providing adequate assurance of future performance information (the "<u>Adequate Assurance Information</u>"), which may, but shall not be required to, include (i) information demonstrating (in the Debtors' reasonable business judgment) that the Bidder has the financial capacity to consummate the proposed Pennsylvania Asset Sale Transaction(s); (ii) information demonstrating (in the Debtors' reasonable business judgment) that the Bidder has the financial capacity to comply with applicable state regulations and standard of care requirements; (iii) evidence that the Bidder has obtained authorization or approval from its board of directors (or comparable governing body) with respect to the submission of its Bid; (iv) evidence demonstrating that the Bidder can demonstrate adequate assurance of its future performance under assumed contracts and leases, which may include (a) audited and unaudited financial statements, including all supplements or amendments thereto; (b) tax returns; (c) bank account statements; (d) a contact person for the Bidder; and (e) information necessary for contract counterparties to assess whether the Bidder will be able to adequately perform under any provider agreements sought to be transferred as part of any Bid and operate the healthcare facilities related thereto; and (v) such additional information regarding the Bidder as the Bidder may elect to include; and

7. representing that such Bidder (a) is not an insider of the Debtors under the Bankruptcy Code and (b) did not collude with any other potential purchasers or bidders for the applicable Available Assets.

**PLEASE TAKE FURTHER NOTICE THAT**, all submissions to the Debtors required or permitted to be made under the Pennsylvania Asset Sale Procedures must be directed to each of the following persons or entities unless otherwise provided:

1. Debtors' Counsel: Sidley Austin, LLP, 2021 McKinney Avenue, Suite 2000 Dallas, TX 75201, Attn: William E. Curtin (wcurtin@sidley.com), Anne G. Wallice (anne.wallice@sidley.com), and Maegan Quejada (mquejada@sidley.com); and

2. Debtors' Broker: Keen-Summit Capital Partners LLC, One Huntington Quadrangle, Ste 2C04, Melville, NY 11747, Attn: Chris Mahoney (cmahoney@keen-summit.com).

**PLEASE TAKE FURTHER NOTICE THAT**, prior to the auction, each Bidder shall submit to the Debtors an asset purchase agreement ("<u>APA</u>") setting out the terms and conditions of the proposed sale. Following the designation of Successful Bid, the APA of the Successful Bidder shall be executed by the Successful Bidder and the Debtors.

3

**PLEASE TAKE FURTHER NOTICE THAT**, pursuant to the Closure/Sale Order, which authorizes the Debtors and their advisors to set deadlines for Pennsylvania Asset Sale Transactions, including Bid Deadlines and Auctions, as necessary (the "Key Dates"), the Debtors hereby file this notice setting the Key Dates related to the sale of Springfield and CCMC as follows:

| Date and Time (all in prevailing Central Time) | Event or Deadline |
| --- | --- |
| October 7, 2025 at 12:00 p.m. | Bid Deadline |
| October 9, 2025 at 12:00 p.m. | Deadline to Inform Qualified Bidders of Auction (if any) |
| October 10, 2025 at 1:00 p.m. | Auction |
| October 13, 2025 | Deadline to File Sale Notice(s) and Proposed Order |
| October 20, 2025 | Objection Deadline |
| October 24, 2025 at 9:30 a.m. | Sale Hearing (if necessary) |

**PLEASE TAKE FURTHER NOTICE THAT**, the Auction for the sale of Springfield and CCMC will take place via teleconference and/or videoconference.

**PLEASE TAKE FURTHER NOTICE THAT**, copies of the foregoing pleadings may be obtained (i) at the website established by the Debtors' noticing agent, Omni Agent Solutions at https://omniagentsolutions.com/Prospect, (ii) from the Court's website https://ecf.txnb.uscourts.gov/, or (iii) upon request to the undersigned.

[*Remainder of the page intentionally left blank*]

Dated: September 26, 2025
Dallas, Texas

*/s/ Thomas R. Califano*
SIDLEY AUSTIN LLP
Thomas R. Califano (24122825)
Rakhee V. Patel (00797213)
Maegan Quejada (24105999)
2021 McKinney Avenue, Suite 2000
Dallas, Texas 75201
Telephone: (214) 981-3300
Facsimile: (214) 981-3400
Email: tom.califano@sidley.com
rpatel@sidley.com
mquejada@sidley.com

*and*

William E. Curtin (admitted *pro hac vice*)
Patrick Venter (admitted *pro hac vice*)
Anne G. Wallice (admitted *pro hac vice*)
787 Seventh Avenue
New York, New York 10019
Telephone: (212) 839-5300
Facsimile: (212) 839-5599
Email: wcurtin@sidley.com
pventer@sidley.com
anne.wallice@sidley.com

*Attorneys for the HCo Debtors and the PCo Debtors and Debtors in Possession*

*Proposed Attorneys for the TopCo Debtors and Debtors in Possession*

## Certificate of Service

I certify that on September 26, 2025, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Northern District of Texas.

                                                      */s/ Thomas R. Califano*
                                                      Thomas R. Califano