

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed September 25, 2025**

**United States Bankruptcy Judge**

_____

BTXN 104b/105b (rev. 09/11)

### UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| In Re: | § | |
| Prospect Medical Holdings, Inc. | § | Case No.:  25−80002−sgj11 |
| | § | Chapter No.:  11 |
| Debtor(s) | § | |

## ORDER FOR ADMISSION *PRO HAC VICE*

The Court, having considered the Application for Admission *Pro Hac Vice* of **Monique B. DiSabatino**, to represent Chariot Equities LLC, related to document #3214, **ORDERS** this application be:

☑ *Granted* – The Clerk of the District Court for the Northern District of Texas shall deposit the application fee to the account of the Non−Appropriated Fund.

☐ *Denied* – The Clerk of the District Court for the Northern District of Texas shall return the admission fee to the applicant.

# # # End of Order # # #

United States Bankruptcy Court
Northern District of Texas

In re:                                                                                          Case No. 25-80002-sgj

Prospect Medical Holdings, Inc.                                                 Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0539-8                          User: admin                                      Page 1 of 35
Date Rcvd: Sep 25, 2025                 Form ID: pdf012                          Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol      Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 27, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| aty | + | Monique B. DiSabatino, Saul Ewing Arnstein & Lehr, LLP, 1201 North Market Street, Ste 2300, P.O. Box 1266, Wilmington, DE 19899-1266 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 27, 2025                          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 25, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Aaron J. Power | on behalf of Interested Party Legacy ECHN Inc. apower@porterhedges.com, ysanders@porterhedges.com;ksteverson@porterhedges.com;egarfias@porterhedges.com |
| Alan Bartlett Padfield | on behalf of Creditor De Lage Landen Financial Services Inc. abp@livepad.com |
| Alan Craig Hochheiser | on behalf of Creditor AmTrust North America Inc. on behalf of Wesco Insurance Company ahochheiser@mauricewutscher.com |
| Alejandra Garcia Castro | on behalf of Creditor Safety National Casualty Corporation alejandra.garciacastro@huschblackwell.com tanya.adams@huschblackwell.com |
| Alejandra Garcia Castro | on behalf of Creditor Cigna Health and Life Insurance Company alejandra.garciacastro@huschblackwell.com |

tanya.adams@huschblackwell.com

Alejandra Garcia Castro

on behalf of Creditor Cigna Corporation alejandra.garciacastro@huschblackwell.com  tanya.adams@huschblackwell.com

Alvina Swati

on behalf of Creditor National Labor Relations Board - Region 04 alvina.swati@nlrb.gov

Amber Michelle Carson

on behalf of Creditor GMR Vernon LLC acarson@grayreed.com

Amber Michelle Carson

on behalf of Creditor GMR Vernon Keynote LLC acarson@grayreed.com

Amy K. Anderson

on behalf of Creditor Delaware County aanderson@joneswalker.com
tfontenot@joneswalker.com;amy-anderson-9331@ecf.pacerpro.com

Amy K. Anderson

on behalf of Creditor City of Chester aanderson@joneswalker.com
tfontenot@joneswalker.com;amy-anderson-9331@ecf.pacerpro.com

Amy K. Anderson

on behalf of Creditor Young Men's Christian Association of Delaware County d/b/a The Community YMCA of Eastern Delaware
County aanderson@joneswalker.com  tfontenot@joneswalker.com;amy-anderson-9331@ecf.pacerpro.com

Andrew Costa-Kelser

on behalf of Creditor Hospital and Health Care Employees Pension Plan of Philadelphia and Vicinity akelser@odonoghuelaw.com
kbrooks@odonoghuelaw.com

Andrew Edson

on behalf of Creditor KJ Manchester LLC aedson@clarkhill.com
mina.alvarez@clarkhillstrasburger.com;robert.franke@clarkhillstrasburger.com

Andrew Edson

on behalf of Interested Party Ad Hoc Group of Reinsurers aedson@clarkhill.com
mina.alvarez@clarkhillstrasburger.com;robert.franke@clarkhillstrasburger.com

Andrew Edson

on behalf of Creditor SCG Capital Corporation aedson@clarkhill.com
mina.alvarez@clarkhillstrasburger.com;robert.franke@clarkhillstrasburger.com

Andrew Fortney

andrewemanuel89@outlook.com

Andrew Neuwirth

on behalf of Attorney Andrew Neuwirth andrew@neuwirthlaw.com

Andrew B. Still

on behalf of Creditor Blue Shield of California Promise Health Plan astill@swlaw.com

Andrew B. Still

on behalf of Creditor Blue Shield of California astill@swlaw.com

Andrew Howard Sherman

on behalf of Interested Party Compass Group USA  Inc. asherman@sillscummis.com

Andrew M. Troop

on behalf of Interested Party Peter F. Neronha  the Attorney General for and Behalf of the State of Rhode Island
andrew.troop@pillsburylaw.com

Andrew Vincent Alfano

on behalf of Interested Party Peter F. Neronha  the Attorney General for and Behalf of the State of Rhode Island
andrew.alfano@pillsburylaw.com

Ann S Lee

on behalf of Creditor Jones Medical Building LLC alee@mblawfirm.com

Anne G. Wallice

on behalf of Debtor Prospect Medical Holdings  Inc. anne.wallice@sidley.com,
anne--wallice--4789@ecf.pacerpro.com;nyefiling@sidley.com

Anthony Ismael Santini

on behalf of Creditor U.S. Bank Trust Company  National Association, As Trustee antsantini@raslg.com

Audrey Lorene Hornisher

on behalf of Creditor KJ Manchester LLC audrey.hornisher@clarkhillstrasburger.com  mina.alvarez@clarkhillstrasburger.com

Barbara J Collins

on behalf of Creditor Connecticut Health Care Associates Pension Fund bcollins@barbarajcollins.com

Barbara J Collins

on behalf of Creditor Connecticut Health Care Associates Pension Plan bcollins@barbarajcollins.com

Beverly Weiss Manne
on behalf of Creditor Thermo Fisher Scientific bmanne@tuckerlaw.com  bewmanne@aol.com;npetroy@tuckerlaw.com

Beverly Weiss Manne
on behalf of Creditor Fisher Healthcare  a division of Fisher Scientific, LLC bmanne@tuckerlaw.com, bewmanne@aol.com;npetroy@tuckerlaw.com

Boris I. Mankovetskiy
on behalf of Interested Party Compass Group USA  Inc. bmankovetskiy@sillscummis.com

Bradley Clay Knapp
on behalf of Interested Party Associates in Anesthesia  Inc. brad.knapp@troutman.com, Yamille.Harrison@lockelord.com

Caleb T. Holzaepfel
on behalf of Creditor Safety National Casualty Corporation caleb.holzaepfel@huschblackwell.com serena.gray@huschblackwell.com

Caleb T. Holzaepfel
on behalf of Creditor Cigna Health and Life Insurance Company caleb.holzaepfel@huschblackwell.com serena.gray@huschblackwell.com

Callan Clark Searcy
on behalf of Creditor Texas Comptroller of Public Accounts  Revenue Accounting Division bk-csearcy@texasattorneygeneral.gov, sherri.simpson@oag.texas.gov

Candice Marie Carson
on behalf of Creditor Solventum Health Information Systems  f/k/a 3M Health Information Systems, Inc. candice.carson@vhh.law, candice.carson@ecf.courtdrive.com

Candice Marie Carson
on behalf of Creditor Solventum Corporation candice.carson@vhh.law  candice.carson@ecf.courtdrive.com

Carolyn Carollo
on behalf of Creditor Estate of Lester Dale Biles ccarollo@hchlawyers.com

Carolyn Carollo
on behalf of Creditor Estate of Berta Diaz ccarollo@hchlawyers.com

Charles Martin Persons, Jr.
on behalf of Creditor Committee Official Committee of Unsecured Creditors CharlesPersons@paulhastings.com michaelmagzamen@paulhastings.com;davidmohamed@paulhastings.com;matlaskowski@paulhastings.com

Christina Walton Stephenson
on behalf of Creditor Upper Darby Township crissie@driversteplaw.com  elisa@driversteplaw.com

Christopher J Gavrielidis
on behalf of Creditor Estate of Shirley Peacock cgavrielidis@anslawyers.com

Christopher R. Momjian
on behalf of Creditor Commonwealth of Pennsylvania crmomjian@attorneygeneral.gov

Christopher V. Arisco
on behalf of Creditor City of Waterbury  Connecticut carisco@padfieldstout.com

Craig Joel Mariam
on behalf of Debtor Prospect Medical Holdings  Inc. cmariam@grsm.com

Dana S. Plon
on behalf of Creditor Llanerch Shopping Center L.P. dplon@sirlinlaw.com

Dania Slim
on behalf of Interested Party Peter F. Neronha  the Attorney General for and Behalf of the State of Rhode Island dania.slim@pillsburylaw.com

Daniel P. Callahan
on behalf of Creditor Jameson Scott Ganz  through his Guardian Ad Litem, Jeri Alyce Garza dpc@kesslercollins.com, gld@kesslercollins.com

Daren Brinkman
on behalf of Creditor Committee Official Committee of Unsecured Creditors firm@brinkmanlaw.com

Daren Brinkman
on behalf of Interested Party Official Committee of Unsecured Creditors of Prospect Medical Holdings  Inc., et al. firm@brinkmanlaw.com

Darrell W. Clark
on behalf of Creditor Cerner Corporation  n/k/a Oracle Cerner darrell.clark@stinson.com

David A. Wender
on behalf of Creditor The Centurion Foundation  Inc. davidwender@eversheds-sutherland.com, david-wender-6495@ecf.pacerpro.com

David Anthony Schroeder, I

|  |  |
|---|---|
|  | on behalf of Creditor Wells Fargo Bank N.A. ecftxnb@aldridgepite.com, aschroeder@ecf.courtdrive.com |
| David Anthony Schroeder, I |  |
|  | on behalf of Creditor U.S. Bank National Association as Trustee, successor in interest to Bank of America, National Association, as Trustee, successor by merger to LaSalle Bank National Association, as Trustee for Structu ecftxnb@aldridgepite.com, aschroeder@ecf.courtdrive.com |
| David D. Ritter |  |
|  | on behalf of Creditor Lillian by her GAL Michaels dritter@ritterspencer.com |
| David E. Sklar |  |
|  | on behalf of Creditor Wolcott Commons LLC desklar@pbnlaw.com, mpdermatis@pbnlaw.com;jmoconnor@pbnlaw.com |
| David E. Sklar |  |
|  | on behalf of Creditor Southbury Village Square desklar@pbnlaw.com mpdermatis@pbnlaw.com;jmoconnor@pbnlaw.com |
| David E. Sklar |  |
|  | on behalf of Creditor Middlebury Edge LLC desklar@pbnlaw.com, mpdermatis@pbnlaw.com;jmoconnor@pbnlaw.com |
| David Grant Crooks |  |
|  | on behalf of Creditor Brinton Lake Management Company LLC dcrooks@foxrothschild.com, etaylor@foxrothschild.com,rdietz@foxrothschild.com,plabov@foxrothschild.com,jmanfrey@foxrothschild.com |
| David I. Monteiro |  |
|  | on behalf of Creditor Aya Healthcare Inc. dmonteiro@morganlewis.com, joan.dillingham@morganlewis.com |
| David L. Swanson |  |
|  | on behalf of Interested Party Associates in Anesthesia Inc. david.swanson@troutman.com, pat.pateman@troutman.com;AutoDocket@troutman.com |
| David S. Gragg |  |
|  | on behalf of Creditor Olympus Corporation of the Americas dgragg@langleybanack.com cjohnston@langleybanack.com |
| Dawn Whalen Theiss |  |
|  | on behalf of Creditor Pension Benefit Guaranty Corporation dawn.theiss@usdoj.gov brooke.lewis@usdoj.gov;CaseView.ECF@usdoj.gov |
| Desiree M. Amador |  |
|  | on behalf of Creditor Pension Benefit Guaranty Corporation amador.desiree@pbgc.gov efile@pbgc.gov |
| Dmitriy Cherepinskiy |  |
|  | on behalf of Creditor Louis Mele individually and as successor-in-interest to Barbara J. Mele dc@clawfirmpc.com |
| Don Stecker |  |
|  | on behalf of Creditor Bexar County don.stecker@lgbs.com |
| Douglas James Buncher |  |
|  | on behalf of Creditor Access Rehab Centers LLC dbuncher@neliganlaw.com cperkins@neliganlaw.com |
| Duane J. Brescia |  |
|  | on behalf of Interested Party Ad Hoc Group of Reinsurers dbrescia@clarkhill.com kwebster@clarkhill.com,efarrar@clarkhill.com |
| Dwight M. Francis |  |
|  | on behalf of Jointly Administered Party/Debtor Prospect Waterbury Home Health Inc. dfrancis@sheppardmullin.com |
| Dwight M. Francis |  |
|  | on behalf of Jointly Administered Party/Debtor Prospect CharterCARE RWMC LLC dfrancis@sheppardmullin.com |
| Dwight M. Francis |  |
|  | on behalf of Jointly Administered Party/Debtor Prospect CharterCARE Home Health and Hospice LLC dfrancis@sheppardmullin.com |
| Dwight M. Francis |  |
|  | on behalf of Jointly Administered Party/Debtor Prospect CCMC LLC dfrancis@sheppardmullin.com |
| Dwight M. Francis |  |
|  | on behalf of Jointly Administered Party/Debtor Prospect Waterbury Inc. dfrancis@sheppardmullin.com |
| Dwight M. Francis |  |
|  | on behalf of Jointly Administered Party/Debtor Nix Hospitals System LLC dfrancis@sheppardmullin.com |
| Dwight M. Francis |  |
|  | on behalf of Jointly Administered Party/Debtor Coordinated Regional Care Group LLC dfrancis@sheppardmullin.com |
| Dwight M. Francis |  |
|  | on behalf of Jointly Administered Party/Debtor Prospect East Hospital Advisory Services LLC dfrancis@sheppardmullin.com |
| Dwight M. Francis |  |
|  | on behalf of Spec. Counsel Sheppard Mullin, Richter, & Hampton LLP dfrancis@sheppardmullin.com |
| Dwight M. Francis |  |
|  | on behalf of Jointly Administered Party/Debtor Prospect Oldco NJ Inc. dfrancis@sheppardmullin.com |

Dwight M. Francis

on behalf of Jointly Administered Party/Debtor Prospect Rockville Hospital  Inc. dfrancis@sheppardmullin.com

Dwight M. Francis

on behalf of Jointly Administered Party/Debtor Prospect Provider Group NJ  LLC dfrancis@sheppardmullin.com

Dwight M. Francis

on behalf of Jointly Administered Party/Debtor Prospect Crozer Ambulatory Surgery  LLC dfrancis@sheppardmullin.com

Dwight M. Francis

on behalf of Jointly Administered Party/Debtor Prospect CharterCARE SJHSRI  LLC dfrancis@sheppardmullin.com

Dwight M. Francis

on behalf of Jointly Administered Party/Debtor Prospect Provider Groups  LLC dfrancis@sheppardmullin.com

Dwight M. Francis

on behalf of Jointly Administered Party/Debtor Prospect Provider Group CT  LLC dfrancis@sheppardmullin.com

Dwight M. Francis

on behalf of Jointly Administered Party/Debtor Prospect Penn  LLC dfrancis@sheppardmullin.com

Dwight M. Francis

on behalf of Jointly Administered Party/Debtor Healthcare Staffing on Demand  LLC dfrancis@sheppardmullin.com

Dwight M. Francis

on behalf of Jointly Administered Party/Debtor Cardiology Associates of Greater Waterbury  P.C. dfrancis@sheppardmullin.com

Dwight M. Francis

on behalf of Jointly Administered Party/Debtor Prospect East Holdings  Inc. dfrancis@sheppardmullin.com

Dwight M. Francis

on behalf of Jointly Administered Party/Debtor Prospect Caring Hand  Inc. dfrancis@sheppardmullin.com

Dwight M. Francis

on behalf of Jointly Administered Party/Debtor Prospect Integrated Behavioral Health  Inc. dfrancis@sheppardmullin.com

Dwight M. Francis

on behalf of Jointly Administered Party/Debtor Prospect Blackstone Valley Surgicare  LLC dfrancis@sheppardmullin.com

Dwight M. Francis

on behalf of Jointly Administered Party/Debtor Prospect RI Home Health and Hospice  LLC dfrancis@sheppardmullin.com

Dwight M. Francis

on behalf of Jointly Administered Party/Debtor Prospect Management Services  LLC dfrancis@sheppardmullin.com

Dwight M. Francis

on behalf of Jointly Administered Party/Debtor Prospect Ambulatory Surgery Centers  LLC dfrancis@sheppardmullin.com

Dwight M. Francis

on behalf of Jointly Administered Party/Debtor Southern California Healthcare System  Inc. dfrancis@sheppardmullin.com

Dwight M. Francis

on behalf of Jointly Administered Party/Debtor Prospect Ambulatory Holding  LLC dfrancis@sheppardmullin.com

Dwight M. Francis

on behalf of Jointly Administered Party/Debtor Alta Hospitals System  LLC dfrancis@sheppardmullin.com

Dwight M. Francis

on behalf of Jointly Administered Party/Debtor Prospect Hospital Holdings  LLC dfrancis@sheppardmullin.com

Dwight M. Francis

on behalf of Jointly Administered Party/Debtor Prospect Health Access Network  Inc. dfrancis@sheppardmullin.com

Dwight M. Francis

on behalf of Jointly Administered Party/Debtor Nix SPE  LLC dfrancis@sheppardmullin.com

Dwight M. Francis

on behalf of Jointly Administered Party/Debtor Nix Physicians  Inc. dfrancis@sheppardmullin.com

Dwight M. Francis

on behalf of Jointly Administered Party/Debtor Prospect Health Services PA  Inc. dfrancis@sheppardmullin.com

Dwight M. Francis

on behalf of Jointly Administered Party/Debtor Prospect CT Management Services  Inc. dfrancis@sheppardmullin.com

Dwight M. Francis

on behalf of Jointly Administered Party/Debtor Prospect ECHN Home Health  Inc. dfrancis@sheppardmullin.com

Dwight M. Francis

on behalf of Jointly Administered Party/Debtor New University Medical Group  LLC dfrancis@sheppardmullin.com

Dwight M. Francis

on behalf of Jointly Administered Party/Debtor Prospect ECHN  Inc. dfrancis@sheppardmullin.com

Dwight M. Francis

on behalf of Jointly Administered Party/Debtor Nix Services  LLC dfrancis@sheppardmullin.com

Dwight M. Francis

on behalf of Jointly Administered Party/Debtor Prospect Provider Group PA  LLC dfrancis@sheppardmullin.com

Dwight M. Francis

on behalf of Jointly Administered Party/Debtor Prospect Crozer Home Health and Hospice  LLC dfrancis@sheppardmullin.com

Dwight M. Francis

on behalf of Jointly Administered Party/Debtor Nix Community General Hospital  LLC dfrancis@sheppardmullin.com

Dwight M. Francis

on behalf of Jointly Administered Party/Debtor Prospect ACO Holdings  LLC dfrancis@sheppardmullin.com

Dwight M. Francis

on behalf of Jointly Administered Party/Debtor Prospect CT  Inc. dfrancis@sheppardmullin.com

Dwight M. Francis

on behalf of Jointly Administered Party/Debtor Alta Los Angeles Hospitals  Inc. dfrancis@sheppardmullin.com

Dwight M. Francis

on behalf of Jointly Administered Party/Debtor Prospect CharterCARE  LLC dfrancis@sheppardmullin.com

Dwight M. Francis

on behalf of Jointly Administered Party/Debtor Prospect Provider Group RI  LLC dfrancis@sheppardmullin.com

Dwight M. Francis

on behalf of Jointly Administered Party/Debtor Prospect NJ  Inc. dfrancis@sheppardmullin.com

Dwight M. Francis

on behalf of Jointly Administered Party/Debtor Prospect Waterbury Ambulatory Surgery  LLC dfrancis@sheppardmullin.com

Dwight M. Francis

on behalf of Jointly Administered Party/Debtor Prospect Health Ventures Holdings  LLC dfrancis@sheppardmullin.com

Dwight M. Francis

on behalf of Jointly Administered Party/Debtor Prospect Nix Home Health and Hospice  LLC dfrancis@sheppardmullin.com

Dwight M. Francis

on behalf of Debtor Prospect Medical Holdings  Inc. dfrancis@sheppardmullin.com

Dwight M. Francis

on behalf of Jointly Administered Party/Debtor Prospect ACO Northeast  LLC dfrancis@sheppardmullin.com

Dwight M. Francis

on behalf of Jointly Administered Party/Debtor Prospect CT Medical Foundation  Inc. dfrancis@sheppardmullin.com

Dwight M. Francis

on behalf of Jointly Administered Party/Debtor Prospect CharterCARE Physicians  LLC dfrancis@sheppardmullin.com

Dwight M. Francis

on behalf of Jointly Administered Party/Debtor Prospect Penn Health Club  LLC dfrancis@sheppardmullin.com

Dwight M. Francis

on behalf of Jointly Administered Party/Debtor Prospect CharterCARE Ancillary Services  LLC dfrancis@sheppardmullin.com

Dwight M. Francis

on behalf of Jointly Administered Party/Debtor Associates in Primary Care Medicine  Inc. dfrancis@sheppardmullin.com

Dwight M. Francis

on behalf of Jointly Administered Party/Debtor Prospect Health Services RI  Inc. dfrancis@sheppardmullin.com

Dwight M. Francis

on behalf of Jointly Administered Party/Debtor PHS Holdings  LLC dfrancis@sheppardmullin.com

Dwight M. Francis

on behalf of Jointly Administered Party/Debtor Prospect Crozer Urgent Care  LLC dfrancis@sheppardmullin.com

Dwight M. Francis

on behalf of Jointly Administered Party/Debtor Prospect Crozer  LLC dfrancis@sheppardmullin.com

Dwight M. Francis

on behalf of Jointly Administered Party/Debtor Prospect Manchester Hospital  Inc. dfrancis@sheppardmullin.com

Dwight M. Francis

on behalf of Jointly Administered Party/Debtor Prospect Home Health and Hospice  LLC dfrancis@sheppardmullin.com

Dwight M. Francis

on behalf of Jointly Administered Party/Debtor Prospect DCMH  LLC dfrancis@sheppardmullin.com

Dwight M. Francis

on behalf of Jointly Administered Party/Debtor Hospital Advisory Services  Inc. dfrancis@sheppardmullin.com

District/off: 0539-8 — User: admin — Page 7 of 35
Date Rcvd: Sep 25, 2025 — Form ID: pdf012 — Total Noticed: 1

Dwight M. Francis
on behalf of Jointly Administered Party/Debtor Prospect Health Services CT  Inc. dfrancis@sheppardmullin.com

Dwight M. Francis
on behalf of Jointly Administered Party/Debtor Prospect ECHN Eldercare Services  Inc. dfrancis@sheppardmullin.com

Dylan Tanner Franklin Ross
on behalf of Creditor Siemens Medical Solutions USA  Inc. dylan.ross@reedsmith.com,
amadu@reedsmith.com;gsaenz@reedsmith.com;DocketingECF@ReedSmith.com

Dylan Tanner Franklin Ross
on behalf of Creditor Siemens Healthcare Diagnostics  Inc. dylan.ross@reedsmith.com,
amadu@reedsmith.com;gsaenz@reedsmith.com;DocketingECF@ReedSmith.com

Edmond George
on behalf of Creditor Independence Blue Cross edmond.george@obermayer.com

Edward J. McNeilly
on behalf of Creditor Connecticut Health Care Associates District 1199 edward.mcneilly@hoganlovells.com

Edward J. McNeilly
on behalf of Creditor AFT Connecticut edward.mcneilly@hoganlovells.com

Edward J. McNeilly
on behalf of Creditor American Federation of Teachers edward.mcneilly@hoganlovells.com

Edward Joseph Green
on behalf of Creditor eCapital Healthcare Corp. egreen@foley.com

Elizabeth Grace Bregard
on behalf of Creditor City of Waterbury  Connecticut gbregard@padfieldstout.com

Elizabeth Ziegler Young
on behalf of U.S. Trustee United States Trustee elizabeth.a.young@usdoj.gov

Ellen A. Kennedy
on behalf of Creditor DaVita  Inc. dsbankruptcy@dinsmore.com

Emily Kuznick
on behalf of Creditor Committee Official Committee of Unsecured Creditors emilykuznick@paulhastings.com
ProspectMedical.ECF.PH@paulhastings.com;matlaskowski@paulhastings.com

Eric R. Wilson
on behalf of Creditor Pension Benefit Guaranty Corporation kdwbankruptcydepartment@kelleydrye.com

Erin C. Kim
on behalf of Creditor Pension Benefit Guaranty Corporation kim.erin@pbgc.gov  efile@pbgc.gov

Erin L. Williamson
on behalf of Creditor Young Men's Christian Association of Delaware County d/b/a The Community YMCA of Eastern Delaware
County williamsone@ballardspahr.com

Erin L. Williamson
on behalf of Creditor City of Chester williamsone@ballardspahr.com

Erin L. Williamson
on behalf of Creditor Delaware County williamsone@ballardspahr.com

Erin Marie Schmidt
on behalf of U.S. Trustee United States Trustee ustpregion06.da.ecf@usdoj.gov  erin.schmidt2@usdoj.gov

Frances Anne Smith
on behalf of Interested Party SMK Omega LLC frances.smith@rsbfirm.com  michael.coulombe@rsbfirm.com

Frances Anne Smith
on behalf of Interested Party Omega Medical  LLC frances.smith@rsbfirm.com, michael.coulombe@rsbfirm.com

Frances Anne Smith
on behalf of Interested Party IT Health Partners  LLC frances.smith@rsbfirm.com, michael.coulombe@rsbfirm.com

Frances Anne Smith
on behalf of Interested Party Omega Partners Group LLC frances.smith@rsbfirm.com  michael.coulombe@rsbfirm.com

Frank A. Oswald
on behalf of Interested Party Prospect Healthcare Facilities Management  LLC frankoswald@teamtogut.com,
dperson@teamtogut.com;lebrahimi@teamtogut.com;jgallego@teamtogut.com;acarlin@teamtogut.com

Frasher Murphy
on behalf of Creditor Edwards Lifesciences LLC frasher.murphy@haynesboone.com  kim.morzak@haynesboone.com

G. James Landon
on behalf of Creditor Access Telecare  PLLC landon@slollp.com, winter@slollp.com

District/off: 0539-8
Date Rcvd: Sep 25, 2025

User: admin
Form ID: pdf012

Page 8 of 35
Total Noticed: 1

G. James Landon
on behalf of Creditor Advanced Sterilization Products  Inc. landon@slollp.com, winter@slollp.com

G. James Landon
on behalf of Creditor Access Telecare  LLC landon@slollp.com, winter@slollp.com

Gaetano Dandrea
on behalf of Creditor John Doe cvgdteam@laffeybucci.com

George Tetler
on behalf of Creditor Atwood Medical Properties  LLC gtetler@princelobel.com

Guy Richard Macarol, Sr
on behalf of Creditor The Foundation of Delaware County (PA) guy.macarol@lewisbrisbois.com karen.lovely@lewisbrisbois.com

Harrison Pavlasek
on behalf of Creditor PricewaterhouseCoopers LLP harrison.pavlasek@kellyhart.com

Holland N. O'Neil
on behalf of Creditor eCapital Healthcare Corp. honeil@foley.com jcharrison@foley.com;holly-holland-oneil-3540@ecf.pacerpro.com

Howard Marc Spector
on behalf of Creditor Graceco  LLC hspector@spectorcox.com, sshank@spectorcox.com;ahawkins@spectorcox.com;hspector@ecf.courtdrive.com

Howard Marc Spector
on behalf of Creditor Branting  LLC hspector@spectorcox.com, sshank@spectorcox.com;ahawkins@spectorcox.com;hspector@ecf.courtdrive.com

Ian T. Peck
on behalf of Creditor CPI/AHP Brinton Lakes MOB Owner  L.L.C. ian.peck@haynesboone.com, kim.morzak@haynesboone.com

Ian T. Peck
on behalf of Creditor CPI/AHP Havertown MOB Owner  L.L.C. ian.peck@haynesboone.com, kim.morzak@haynesboone.com

Ian T. Peck
on behalf of Creditor CPI/AHP Broomall MOB Owner  L.L.C. ian.peck@haynesboone.com, kim.morzak@haynesboone.com

Ira L. Herman
on behalf of Creditor Pennsylvania Provider Services  LLC iherman@blankrome.com, jhanner@blankrome.com;kreda@blankrome.com;nybankruptcydocketing@blankrome.com

Ira L. Herman
on behalf of Creditor Team Health Holdings  Inc. iherman@blankrome.com, jhanner@blankrome.com;kreda@blankrome.com;nybankruptcydocketing@blankrome.com

Ira L. Herman
on behalf of Creditor Emergency Physician Associates  LLC iherman@blankrome.com, jhanner@blankrome.com;kreda@blankrome.com;nybankruptcydocketing@blankrome.com

Ira L. Herman
on behalf of Creditor Northeast Acute Care Services  LLC iherman@blankrome.com, jhanner@blankrome.com;kreda@blankrome.com;nybankruptcydocketing@blankrome.com

J. Brian Vanderwoude
on behalf of Creditor Jones Medical Building LLC vanderwoude.brian@dorsey.com  Haydon.jean@dorsey.com

J. Seth Moore
on behalf of Creditor Blue Shield of California semoore@swlaw.com sluby@swlaw.com;docket_den@swlaw.com;DOCKET_DAL@swlaw.com

J. Seth Moore
on behalf of Creditor Blue Shield of California Promise Health Plan semoore@swlaw.com sluby@swlaw.com;docket_den@swlaw.com;DOCKET_DAL@swlaw.com

Jack A. Raisner
on behalf of Plaintiff AMANDA CANNAVO jar@raisnerroupinian.com  rrllp@ecf.courtdrive.com

Jacqueline Canzoneri
on behalf of Creditor Hospital and Health Care Employees Pension Plan of Philadelphia and Vicinity jcanzoneri@odonoghuelaw.com

Jae Won Ha
on behalf of Creditor United States of America jae.won.ha@usdoj.gov

Jae Won Ha
on behalf of Defendant United States of America jae.won.ha@usdoj.gov

Jake W. Gordon
on behalf of Creditor eCapital Healthcare Corp. jake.gordon@foley.com

District/off: 0539-8                           User: admin                                    Page 9 of 35
Date Rcvd: Sep 25, 2025                        Form ID: pdf012                           Total Noticed: 1

James Ducayet
on behalf of Debtor Prospect Medical Holdings  Inc. jducayet@sidley.com

James Douglas Uloth
on behalf of Creditor ALAN ZWEBEN douguloth@ulothlaw.com

James H. Billingsley
on behalf of Spec. Counsel Duane Morris LLP JBillingsley@duanemorris.com
EPerez@duanemorris.com,james-pc-8706@ecf.pacerpro.com

James H. Billingsley
on behalf of Debtor Prospect Medical Holdings  Inc. JBillingsley@duanemorris.com,
EPerez@duanemorris.com,james-pc-8706@ecf.pacerpro.com

James Kyle Jaksa
on behalf of Creditor The Group of Medical Malpractice Claimants kjaksa@munsch.com  CourtMail@munsch.com

James W. Brewer
on behalf of Creditor Brandon Daniels james.brewer@kempsmith.com  tschoemer@kempsmith.com

James W. Brewer
on behalf of Creditor Atwood Medical Properties  LLC james.brewer@kempsmith.com, tschoemer@kempsmith.com

Jared Weir
on behalf of Other Professional SAK Management Services  LLC dba SAK Healthcare weirj@gtlaw.com,
jared--weir-6184@ecf.pacerpro.com;guerrak@gtlaw.com;jamrokg@gtlaw.com

Jared Weir
on behalf of Health Care Ombudsman Suzanne Koenig weirj@gtlaw.com
jared--weir-6184@ecf.pacerpro.com;guerrak@gtlaw.com;jamrokg@gtlaw.com

Jason E. Mueller
on behalf of Creditor The Elevance Health Companies  Inc., on behalf of itself and its affiliates jmueller@vorys.com,
mdwalkuski@vorys.com

Jason M. Rudd
on behalf of Interested Party Peter F. Neronha  the Attorney General for and Behalf of the State of Rhode Island
jason.rudd@wickphillips.com, brenda.ramirez@wickphillips.com;courtmail@wickphillips.com

Jason M. Rudd
on behalf of Creditor Rhode Island Energy jason.rudd@wickphillips.com
brenda.ramirez@wickphillips.com;courtmail@wickphillips.com

Jason M. Rudd
on behalf of Creditor State of Rhode Island jason.rudd@wickphillips.com
brenda.ramirez@wickphillips.com;courtmail@wickphillips.com

Jason R. Adams
on behalf of Creditor Pension Benefit Guaranty Corporation jadams@kelleydrye.com

Jeff P. Prostok
on behalf of Creditor State of Connecticut jeff.prostok@vhh.law
jprostok@ecf.courtdrive.com;khartogh@ecf.courtdrive.com;forsheyprostokllp@jubileebk.net;kristina.hartogh@vhh.law;bankrupt
cy.docketing@vhh.law;bankruptcy.docketing@ecf.courtdrive.com

Jeffery D. Carruth
on behalf of Creditor Siemens Financial Services  Inc. jcarruth@condontobin.com,
jsteele@condontobin.com;jcarruth@aol.com;atty_carruth@trustesolutions.com;carruthjr87698@notify.bestcase.com;ATTY_CAR
RUTH@bluestylus.com;jcarruth@ecf.courtdrive.com

Jeffrey Kurtzman
on behalf of Creditor Keystone Quality Transport kurtzman@kurtzmansteady.com

Jeffrey Prudhomme
on behalf of Creditor Lumen Technologies  Inc. jeff.prudhomme@stinson.com

Jeffrey C. Wisler
on behalf of Creditor Cigna Health and Life Insurance Company jwisler@connollygallagher.com

Jeffrey K. Garfinkle
on behalf of Creditor Allscripts Healthcare  LLC (nka Veradigm LLC) jgarfinkle@buchalter.com,
lverstegen@buchalter.com;docket@buchalter.com

Jeffrey K. Garfinkle
on behalf of Creditor Altera Digital Health Inc. jgarfinkle@buchalter.com  lverstegen@buchalter.com;docket@buchalter.com

Jeffrey K. Garfinkle
on behalf of Creditor McKesson Corporation jgarfinkle@buchalter.com  lverstegen@buchalter.com;docket@buchalter.com

Jeffrey Mark Rosenthal
on behalf of Creditor Jones Medical Building LLC jrosenthal@mblawfirm.com

Jeffrey Michael Fleming

on behalf of Creditor Wilmington Savings Fund Society FSB ndecf@BDFGROUP.com

Jennifer Hooper

    on behalf of Creditor Echo Lake Commons LLC jennifer.hooper@brockandscott.com, wbecf@brockandscott.com

Jennifer Hooper

    on behalf of Creditor Federal Home Loan Mortgage Corporation as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2019-1 jennifer.hooper@brockandscott.com, wbecf@brockandscott.com

Jennifer Hooper

    on behalf of Creditor U.S. BANK TRUST NATIONAL ASSOCIATION NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCF 2 ACQUISITION TRUST jennifer.hooper@brockandscott.com, wbecf@brockandscott.com

Jennifer Hooper

    on behalf of Creditor WILMINGTON SAVINGS FUND SOCIETY FSB, AS TRUSTEE OFWAMPUS MORTGAGE LOAN TRUST jennifer.hooper@brockandscott.com, wbecf@brockandscott.com

Jennifer Hooper

    on behalf of Creditor Wilmington Savings Fund Society FSB, as trustee of Stanwich Mortgage Loan Trust F jennifer.hooper@brockandscott.com, wbecf@brockandscott.com

Jennifer Laufgas

    on behalf of Creditor Wells Fargo Bank N.A. ecftxnb@aldridgepite.com, jlaufgas@ecf.courtdrive.com;Jlaufgas@aldridgepite.com

Jennifer Melien Brooks Crozier

    on behalf of Creditor PhysicianCo jennifer.crozier@weil.com

Jennifer Melien Brooks Crozier

    on behalf of Interested Party Prospect Healthcare Facilities Management LLC and PHP Holdings, LLC jennifer.crozier@weil.com

Jessica I. Apter

    on behalf of Creditor New England Health Care Employees Union District 1199, SEIU japter@levyratner.com

Jessica M. Simon

    on behalf of Creditor NextGen Healthcare Inc. jsimon@hrhlaw.com

John Iaffaldano

    on behalf of Creditor Committee Official Committee of Unsecured Creditors jackiaffaldano@paulhastings.com

John A Gagliardi

    on behalf of Interested Party Aston Township jgagliardi@wgflaw.com lfolkert@wgflaw.com

John A Gagliardi

    on behalf of Creditor Borough of Ridley Park jgagliardi@wgflaw.com lfolkert@wgflaw.com

John A Gagliardi

    on behalf of Creditor Ridley School District jgagliardi@wgflaw.com lfolkert@wgflaw.com

John A Gagliardi

    on behalf of Creditor Upland Borough jgagliardi@wgflaw.com lfolkert@wgflaw.com

John C Gallego

    on behalf of Interested Party Prospect Healthcare Facilities Management LLC jgallego@teamtogut.com

John C. Leininger

    on behalf of Plaintiff AMANDA CANNAVO jcl@os.law cpoteete@os.law

John Casey Roy

    on behalf of Creditor David Montanez croy@krcl.com ajezisek@krcl.com

John Casey Roy

    on behalf of Creditor Lisa Fragomeni croy@krcl.com ajezisek@krcl.com

John Casey Roy

    on behalf of Creditor Kelly Murphy Andruk croy@krcl.com ajezisek@krcl.com

John Casey Roy

    on behalf of Creditor Thomas Fragomeni croy@krcl.com ajezisek@krcl.com

John Casey Roy

    on behalf of Creditor Osker Andruk croy@krcl.com ajezisek@krcl.com

John Casey Roy

    on behalf of Creditor Nicole Bosworth croy@krcl.com ajezisek@krcl.com

John Casey Roy

    on behalf of Creditor Romeo Bosworth croy@krcl.com ajezisek@krcl.com

John D. Gaither

    on behalf of Creditor Stryker Corporation john.gaither@wickphillips.com

District/off: 0539-8                                  User: admin                                          Page 11 of 35
Date Rcvd: Sep 25, 2025                          Form ID: pdf012                                    Total Noticed: 1

|  |  |
|---|---|
|  | brenda.ramirez@wickphillips.com;CourtMail@wickphillips.com |
| John D. Gaither | |
|  | on behalf of Creditor Access Rehab Centers LLC john.gaither@wickphillips.com brenda.ramirez@wickphillips.com;CourtMail@wickphillips.com |
| John David Cornwell | |
|  | on behalf of Creditor Global Healthcare Exchange  LLC jcornwell@munsch.com, hvalentine@munsch.com;CourtMail@munsch.com |
| John E. Mitchell | |
|  | on behalf of Interested Party Prospect Medical Holdings  Inc. and its HospitalCo Debtor Affiliates john.mitchell@katten.com, nyc.bknotices@katten.com,courtalertlax@katten.com |
| John Robert Jones | |
|  | on behalf of Creditor Wintrust Specialty Finance jrjoneslaw@gmail.com  jrjoneslaw@aol.com;john@jrjoneslaw.com |
| Jon Muenz | |
|  | on behalf of Plaintiff Prospect Penn  LLC jmuenz@sidley.com, jon-muenz-5901@ecf.pacerpro.com |
| Jon Muenz | |
|  | on behalf of Plaintiff Prospect Crozer Home Health and Hospice  LLC jmuenz@sidley.com, jon-muenz-5901@ecf.pacerpro.com |
| Jon Muenz | |
|  | on behalf of Plaintiff Prospect Provider Group PA  LLC jmuenz@sidley.com, jon-muenz-5901@ecf.pacerpro.com |
| Jon Muenz | |
|  | on behalf of Plaintiff Prospect Crozer Ambulatory Surgery  LLC jmuenz@sidley.com, jon-muenz-5901@ecf.pacerpro.com |
| Jon Muenz | |
|  | on behalf of Plaintiff Prospect Crozer Urgent Care  LLC jmuenz@sidley.com, jon-muenz-5901@ecf.pacerpro.com |
| Jon Muenz | |
|  | on behalf of Plaintiff Prospect Penn Health Club  LLC jmuenz@sidley.com, jon-muenz-5901@ecf.pacerpro.com |
| Jon Muenz | |
|  | on behalf of Plaintiff Prospect DCMH  LLC jmuenz@sidley.com, jon-muenz-5901@ecf.pacerpro.com |
| Jon Muenz | |
|  | on behalf of Plaintiff Prospect Health Services PA  Inc. jmuenz@sidley.com, jon-muenz-5901@ecf.pacerpro.com |
| Jon Muenz | |
|  | on behalf of Plaintiff Prospect Crozer  LLC jmuenz@sidley.com, jon-muenz-5901@ecf.pacerpro.com |
| Jon Muenz | |
|  | on behalf of Debtor Prospect Medical Holdings  Inc. jmuenz@sidley.com, jon-muenz-5901@ecf.pacerpro.com |
| Jon Muenz | |
|  | on behalf of Plaintiff Prospect CCMC  LLC jmuenz@sidley.com, jon-muenz-5901@ecf.pacerpro.com |
| Jonathan K. Walters | |
|  | on behalf of Creditor Crozer-Chester Society of Pharmacists/PASNAP jwalters@markowitzandrichman.com |
| Jonathan K. Walters | |
|  | on behalf of Creditor Crozer-Chester Nurses Association/PASNAP jwalters@markowitzandrichman.com |
| Jonathan K. Walters | |
|  | on behalf of Creditor Taylor Nurses United/PASNAP jwalters@markowitzandrichman.com |
| Jonathan K. Walters | |
|  | on behalf of Creditor Crozer-Chester Professionals United/PASNAP jwalters@markowitzandrichman.com |
| Jonathan K. Walters | |
|  | on behalf of Creditor Crozer-Chester Paramedics Association/PASNAP jwalters@markowitzandrichman.com |
| Jonathan K. Walters | |
|  | on behalf of Creditor Taylor DCMH Employees United/PASNAP jwalters@markowitzandrichman.com |
| Jonathan K. Walters | |
|  | on behalf of Creditor LIUNA Local 1310 jwalters@markowitzandrichman.com |
| Jonathan K. Walters | |
|  | on behalf of Creditor Pennsylvania Association of Staff Nurses and Allied Professionals jwalters@markowitzandrichman.com |
| Jordan Elizabeth Chavez | |
|  | on behalf of Creditor CPI/AHP Havertown MOB Owner  L.L.C. jordan.chavez@haynesboone.com |
| Jordan W. Leu | |
|  | on behalf of Interested Party Angeles-IPA  A Medical Corporation jleu@kslaw.com, omoses@kslaw.com |
| Jordan W. Leu | |
|  | on behalf of Interested Party HealthSmart Management Services Organization  Inc. jleu@kslaw.com, omoses@kslaw.com |

District/off: 0539-8                          User: admin                                    Page 12 of 35
Date Rcvd: Sep 25, 2025                       Form ID: pdf012                                 Total Noticed: 1

Joseph Charles Barsalona, II
                     on behalf of Creditor Pomeroy Enterprises  LLC jbarsalona@pashmanstein.com

Joseph Charles Barsalona, II
                     on behalf of Creditor Wolcott Commons  LLC jbarsalona@pashmanstein.com

Joseph Charles Barsalona, II
                     on behalf of Creditor Southbury Village Square jbarsalona@pashmanstein.com

Joseph Charles Barsalona, II
                     on behalf of Creditor Middlebury Edge  LLC jbarsalona@pashmanstein.com

Joseph E. Gasser
                     on behalf of Creditor State of Connecticut joseph.gasser@ct.gov

Joseph H. Baldiga
                     on behalf of Creditor Point32Health  Inc. jbaldiga@miricklaw.com, bankrupt@mirickoconnell.com

Joseph Howard Lemkin
                     on behalf of Creditor De Lage Landen Financial Services  Inc. jlemkin@stark-stark.com

Joseph M Ammar
                     on behalf of Creditor Stryker Corporation ammar@millercanfield.com  aho@millercanfield.com

Joseph M. Coleman
                     on behalf of Creditor Romeo Bosworth jcoleman@krcl.com  ecf@krcl.com;jcoleman@ecf.courtdrive.com

Joseph M. Coleman
                     on behalf of Creditor Osker Andruk jcoleman@krcl.com  ecf@krcl.com;jcoleman@ecf.courtdrive.com

Joseph M. Coleman
                     on behalf of Creditor Kelly Murphy Andruk jcoleman@krcl.com  ecf@krcl.com;jcoleman@ecf.courtdrive.com

Joseph M. Coleman
                     on behalf of Creditor Lisa Fragomeni jcoleman@krcl.com  ecf@krcl.com;jcoleman@ecf.courtdrive.com

Joseph M. Coleman
                     on behalf of Creditor David Montanez jcoleman@krcl.com  ecf@krcl.com;jcoleman@ecf.courtdrive.com

Joseph M. Coleman
                     on behalf of Creditor Thomas Fragomeni jcoleman@krcl.com  ecf@krcl.com;jcoleman@ecf.courtdrive.com

Joseph M. Coleman
                     on behalf of Creditor Nicole Bosworth jcoleman@krcl.com  ecf@krcl.com;jcoleman@ecf.courtdrive.com

Joseph Michael Toddy
                     on behalf of Creditor Rita Mangan jmtoddy@zarwin.com

Joseph Michael Toddy
                     on behalf of Jointly Administered Party/Debtor Prospect CCMC  LLC jmtoddy@zarwin.com

Joseph Michael Toddy
                     on behalf of Debtor Prospect Medical Holdings  Inc. jmtoddy@zarwin.com

Joshua Walton Wolfshohl
                     on behalf of Interested Party Walter P. Moore jwolfshohl@porterhedges.com
                     egarfias@porterhedges.com;ymccullar@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com

Joshua Walton Wolfshohl
                     on behalf of Interested Party Walter P. Moore and Associates  Inc. jwolfshohl@porterhedges.com,
                     egarfias@porterhedges.com;ymccullar@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com

Justin Levy
                     on behalf of Interested Party Allied World Specialty Insurance Company jlevy@wam.law

Justin M Bernstein
                     on behalf of Creditor Oumar Keita jbernstein@schusterlaw.com

Justin M Bernstein
                     on behalf of Creditor Jennifer Chapis jbernstein@schusterlaw.com

Justin M Bernstein
                     on behalf of Creditor Brian Chapis jbernstein@schusterlaw.com

Justin M Bernstein
                     on behalf of Creditor Shanera Raison jbernstein@schusterlaw.com

Justin M Bernstein
                     on behalf of Creditor Lakeina Shorts jbernstein@schusterlaw.com

Kari B. Coniglio
                     on behalf of Creditor The Elevance Health Companies  Inc., on behalf of itself and its affiliates kbconiglio@vorys.com,
                     mdwalkuski@vorys.com

District/off: 0539-8                                    User: admin                                    Page 13 of 35
Date Rcvd: Sep 25, 2025                              Form ID: pdf012                              Total Noticed: 1

Kartar S. Khalsa
                on behalf of Creditor Pension Benefit Guaranty Corporation khalsa.kartar@pbgc.gov  efile@pbgc.gov

Katherine I. McLaughlin
                on behalf of Creditor Wintrust Specialty Finance kmclaughlin@jenkinskling.com

Katherine T. Hopkins
                on behalf of Creditor PricewaterhouseCoopers katherine.hopkins@kellyhart.com

Keith Miles Aurzada
                on behalf of Creditor Siemens Healthcare Diagnostics  Inc. kaurzada@reedsmith.com,
                mcooley@reedsmith.com;afalcon@reedsmith.com;amadu@reedsmith.com

Keith Miles Aurzada
                on behalf of Creditor Siemens Medical Solutions USA  Inc. kaurzada@reedsmith.com,
                mcooley@reedsmith.com;afalcon@reedsmith.com;amadu@reedsmith.com

Kendal B. Reed
                on behalf of Creditor Siemens Financial Services  Inc. kreed@condontobin.com,
                atobin@condontobin.com;cnavarro@condontobin.com;emensch@condontobin.com

Kenneth Pasquale
                on behalf of Creditor Committee Official Committee of Unsecured Creditors kenpasquale@paulhastings.com

Keri P. Ebeck
                on behalf of Creditor Beckman Coulter  Inc. kebeck@bernsteinlaw.com,
                btemple@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

Kristen L. Perry
                on behalf of Creditor Genoa Healthcare  LLC kristen.perry@faegredrinker.com,
                kelly.olson@faegredrinker.com;danette.dykema@faegredrinker.com;cathy.greer@faegredrinker.com

Kristian W. Gluck
                on behalf of Creditor JMB Capital Partners Lending  LLC kristian.gluck@nortonrosefulbright.com

Kristin Mayhew
                on behalf of Creditor Town of Vernon  Connecticut kmayhew@pullcom.com

Kristin Mayhew
                on behalf of Creditor Town of Manchester  Connecticut kmayhew@pullcom.com

Laura M. Brymer
                on behalf of Creditor Ventas  Inc. and certain of its affiliates lbrymer@fmdlegal.com

Laurie D. Rea
                on behalf of Creditor Local Initiative Health Authority for Los Angeles County dba L.A. Care Health Plan
                laurie.rea@romclaw.com  tandi.levario@romclaw.com

Laurie D. Rea
                on behalf of Creditor Cassatt RRG Holding Company laurie.rea@romclaw.com  tandi.levario@romclaw.com

Lawrence J. Hilton
                on behalf of Creditor Expedient VMS  LLC lhilton@onellp.com,
                info@onellp.com,nlichtenberger@onellp.com,lthomas@onellp.com,vsoriano@onellp.com

LeElle Bruerea Slifer
                on behalf of Interested Party Stonebriar Commercial Finance LLC lslifer@winston.com
                ecf_houston@winston.com;leelle-slifer-8326@ecf.pacerpro.com

Leslie A. Berkoff
                on behalf of Creditor Centinel Spine  LLC lberkoff@moritthock.com

Louis J. Cisz, III
                on behalf of Creditor California Self-Insurers' Security Fund lcisz@nixonpeabody.com

Lucas Schneider
                on behalf of Creditor Lumen Technologies  Inc. lucas.schneider@stinson.com

M. Jermaine Watson
                on behalf of Creditor Alliance Commercial Cleaning  Inc. DBA ServiceMaster Commercial Cleaning by Alliance
                jwatson@canteyhanger.com,
                jwhite@canteyhanger.com;gvilla@canteyhanger.com;ecampbell@canteyhanger.com;swells@canteyhanger.com

MacKayla Class
                on behalf of Creditor California Department of Healthcare Services mackayla.class@doj.ca.gov

MacKayla Class
                on behalf of Creditor California Emergency Medical Services Authority mackayla.class@doj.ca.gov

Marc J Ubaldi
                on behalf of Creditor Diane Pantano mju@ubaldilaw.com

Marc N. Swanson

on behalf of Creditor Varian Medical Systems  Inc. swansonm@millercanfield.com

Marc W. Taubenfeld

on behalf of Creditor Marcella Posey  as Administratrix of the Estate of Jessie Posey mtaubenfeld@munsch.com,
Courtmail@munsch.com

Marc W. Taubenfeld

on behalf of Creditor The Group of Medical Malpractice Claimants mtaubenfeld@munsch.com  Courtmail@munsch.com

Maribeth Thomas

on behalf of Creditor Thermo Fisher Scientific mthomas@tuckerlaw.com

Mark C. Moore

on behalf of Creditor Los Angeles Network for Enhanced Services mmoore@foley.com
mark-moore-8735@ecf.pacerpro.com;nortega@foley.com

Mark C. Moore

on behalf of Creditor Enterprise Fleet Management  Inc. mmoore@foley.com,
mark-moore-8735@ecf.pacerpro.com;nortega@foley.com

Mark Douglas Cronenwett

on behalf of Creditor The Foundation of Delaware County (PA) mark.cronenwett@lewisbrisbois.com
wendy.phelps@lewisbrisbois.com;Debbie.Whatley@lewisbrisbois.com

Mark H Ralston

on behalf of Creditor Cerner Corporation  n/k/a Oracle Cerner mralston@fishmanjackson.com,
sjames@fjrpllc.com;ralstonlaw@gmail.com;LAWeisbruch@fjrpllc.com

Mark W. Powers

on behalf of Creditor Atwood Medical Properties  LLC mpowers@princelobel.com

Mark W. Stout

on behalf of Creditor City of Waterbury  Connecticut ms@livepad.com

Martha Burroughes Wyrick

on behalf of Creditor Ventas  Inc. and certain of its affiliates Martha.Wyrick@haynesboone.com, kim.morzak@haynesboone.com

Marvin E. Sprouse, III

on behalf of Creditor Aqua PA msprouse@sprousepllc.com  sprouselawfirm@gmail.com

Marvin E. Sprouse, III

on behalf of Creditor Keystone Mobile Partners  LP msprouse@sprousepllc.com, sprouselawfirm@gmail.com

Matthew David Struble

on behalf of Creditor Medical Properties Trust  Inc. and certain of its affiliates mstruble@velaw.com

Matthew Dennis Giadrosich

on behalf of Creditor PNC Bank  National Association d/b/a PNC Equipment Finance mdg@livepad.com

Matthew Dennis Giadrosich

on behalf of Creditor LEAF Capital Funding  LLC mdg@livepad.com

Matthew Dennis Giadrosich

on behalf of Creditor Dext Capital  LLC mdg@livepad.com

Matthew Dennis Giadrosich

on behalf of Creditor U.S. Bank National Association d/b/a U.S. Bank Equipment Finance mdg@livepad.com

Matthew J. Ochs

on behalf of Creditor Global Healthcare Exchange  LLC mjochs@hollandhart.com, sjohnson@hollandhart.com

Matthew W. Bourda

on behalf of Creditor Point32Health  Inc. matthew@jonesmurray.com

Matthew W. Bourda

on behalf of Creditor Haffty Consulting  LLC matthew@jonesmurray.com

Matthew W. Bourda

on behalf of Interested Party Jones Murray LLP matthew@jonesmurray.com

Meagan Martin Powers

on behalf of Creditor NNA of Rhode Island  Inc. meagan@martinpowers.com,
angelita@martinpowers.com,joanne@martinpowers.com

Melissa Emily Valdez

on behalf of Creditor TOMBALL INDEPENDENT SCHOOL DISTRICT AND FAULKEY GULLY MUNICIPAL UTILITY
DISTRICT mvaldez@pbfcm.com  mvaldez@ecf.courtdrive.com;arandermann@pbfcm.com

Melissa L. Van Eck

on behalf of Creditor Commonwealth of Pennsylvania mvaneck@attorneygeneral.gov

Michael Vagnoni

on behalf of Creditor Independence Blue Cross michael.vagnoni@obermayer.com

District/off: 0539-8                          User: admin                          Page 15 of 35
Date Rcvd: Sep 25, 2025                       Form ID: pdf012                       Total Noticed: 1

Lucille.acello@obermayer.com;coleen.schmidt@obermayer.com;samantha.catullo@obermayer.com

Michael B. Reynolds

on behalf of Creditor Blue Shield of California mreynolds@swlaw.com  kcollins@swlaw.com

Michael B. Reynolds

on behalf of Creditor Blue Shield of California Promise Health Plan mreynolds@swlaw.com  kcollins@swlaw.com

Michael David Rubenstein

on behalf of Creditor Hologic  Inc. mdrubenstein@liskow.com, fhernandez@liskow.com

Michael Edward Collins

on behalf of Creditor Atlantic Specialty Insurance Company mcollins@manierherod.com  cburu@manierherod.com

Michael K Barnhart

on behalf of Creditor Intuitive Surgical  Inc. mbarnhart@mitbylaw.com

Michael S. Davis

on behalf of Interested Party Lexington Insurance Company mdavis@zeklaw.com
mmccarthy@zeklaw.com;gbernhard@zeklaw.com

Michael Shane Johnson

on behalf of Interested Party API Healthcare Corporation and symplr software LLC sjohnson@porterhedges.com

Michelle D. Esparza, I

on behalf of Creditor Brandon Daniels michelle.esparza@kempsmith.com  Chelsea.Salgado@kempsmith.com

Misty Ann Perry Isaacson

on behalf of Creditor MIK Construction  Inc. misty@ppilawyers.com, ecf@ppilawyers.com

Mitchell J. Buchman

on behalf of Creditor Wilmington Savings Fund Society  FSB ndecf@BDFGROUP.com

Nancy L Lee

on behalf of Creditor Wells Fargo Bank  N.A. mhtbkanhsselffilings@mccarthyholthus.com, nlee@mccarthyholthus.com

Nathan M. Nichols

on behalf of Creditor Barton Gilman LLP nathan@nmnichols-law.com  rosa@orenstein-lg.com;Melissa@Orenstein-lg.com

Nathan M. Nichols

on behalf of Creditor Ratcliffe Harten Galamaga LLP nathan@nmnichols-law.com
rosa@orenstein-lg.com;Melissa@Orenstein-lg.com

Nicholas Zugaro

on behalf of Creditor Vitalware  LLC Nzugaro@dykema.com, ccastic@dykema.com;DocketHOU@dykema.com

Nicholas J. Brannick

on behalf of Creditor City of Chester brannickn@ballardspahr.com

Nicholas J. Brannick

on behalf of Creditor Delaware County brannickn@ballardspahr.com

Nir Maoz

on behalf of Creditor Medical Properties Trust  Inc. and certain of its affiliates nmaoz@ktbslaw.com

Ori Blumenfeld

on behalf of Creditor Green Light Imaging  a California corporation ori.blumenfeld@offitkurman.com,
ncondren@lakklawyers.com;smcfadden@lakklawyers.com

P. Alan Sanders

on behalf of Creditor DaVita  Inc. Alan.Sanders@Dinsmore.com, avaughan@moorelandrey.com

Paige B. Tinkham

on behalf of Creditor Team Health Holdings  Inc. paige.tinkham@blankrome.com

Paige B. Tinkham

on behalf of Creditor Northeast Acute Care Services  LLC paige.tinkham@blankrome.com

Paige B. Tinkham

on behalf of Creditor Pennsylvania Provider Services  LLC paige.tinkham@blankrome.com

Paige B. Tinkham

on behalf of Creditor Emergency Physician Associates  LLC paige.tinkham@blankrome.com

Parker G. Embry

on behalf of Debtor Prospect Medical Holdings  Inc. parker.embry@sidley.com,
parker-embry-5500@ecf.pacerpro.com;txefilingnotice@sidley.com

Patricia Antonelli

on behalf of Creditor The Beacon Mutual Insurance Company pantonelli@demerlepc.com

Patricia B. Tomasco

on behalf of Creditor Centerbridge Partners  L.P. and Blue Torch Capital LP pattytomasco@quinnemanuel.com,

barbarahowell@quinnemanuel.com

Patrick J. Neligan, Jr.

on behalf of Creditor Access Rehab Centers LLC pneligan@neliganlaw.com
rclark@neliganlaw.com;jgaither@neliganlaw.com;cperkins@neliganlaw.com;rclark@ecf.courtdrive.com

Paul E. Heath

on behalf of Creditor Medical Properties Trust  Inc. and certain of its affiliates pheath@velaw.com, lweisbruch@velaw.com

Paul G Jennings

on behalf of Creditor Sound Physicians pjennings@bassberry.com  bankr@bassberry.com

Paul H. Zumbro

on behalf of Interested Party Yale New Haven Health Services Corporation pzumbro@cravath.com

Peter C. DApice

on behalf of Creditor Ad Hoc Committee of Medical Malpractice Claimants dapice@sbep-law.com

Philip Michael Guffy

on behalf of Interested Party Astrana Health  Inc. pguffy@huntonak.com

Phillip Pavlick

on behalf of Creditor Orange Coast Anesthesia  Inc. ppavlick@mccarter.com

Phillip Pavlick

on behalf of Creditor North American Partners in Anesthesia (Connecticut)  P.C. ppavlick@mccarter.com

Phillip A. Martin

on behalf of Interested Party Endurance American Insurance Company pmartin@fmdlegal.com

Phillip A. Martin

on behalf of Interested Party Berkley Insurance Company pmartin@fmdlegal.com

Phillip A. Martin

on behalf of Creditor Ventas  Inc. and certain of its affiliates pmartin@fmdlegal.com

Rachael L. Smiley

on behalf of Creditor OptumInsight  Inc. rsmiley@fbfk.law

Rachael L. Smiley

on behalf of Creditor Optum360  LLC rsmiley@fbfk.law

Rachael L. Smiley

on behalf of Interested Party Chariot Equities LLC rsmiley@fbfk.law

Rachael L. Smiley

on behalf of Creditor OptumCare Holdings  LLC rsmiley@fbfk.law

Rachael L. Smiley

on behalf of Creditor Change Healthcare Technology Enabled Services  LLC rsmiley@fbfk.law

Rachael L. Smiley

on behalf of Creditor Change Healthcare  inc. rsmiley@fbfk.law

Rachael L. Smiley

on behalf of Creditor Optum Infusion Services 500  Inc. rsmiley@fbfk.law

Rachael L. Smiley

on behalf of Creditor Optum Health Care Solutions  LLC rsmiley@fbfk.law

Rachael L. Smiley

on behalf of Creditor Change Healthcare Technologies  LLC rsmiley@fbfk.law

Rachael L. Smiley

on behalf of Creditor UnitedHealthcare of California  Inc. rsmiley@fbfk.law

Rachael L. Smiley

on behalf of Creditor UnitedHealthcare of New England  Inc. rsmiley@fbfk.law

Rachael L. Smiley

on behalf of Creditor National Decision Support Company rsmiley@fbfk.law

Rachael L. Smiley

on behalf of Creditor Change Healthcare Technology Enhanced Services  LLC rsmiley@fbfk.law

Rachael L. Smiley

on behalf of Creditor UnitedHealthcare Insurance Company  rsmiley@fbfk.law

Rachael L. Smiley

on behalf of Creditor United Behavioral Health  Inc. rsmiley@fbfk.law

Rachael L. Smiley

on behalf of Creditor UnitedHealthcare Benefits Plan of California  Inc. rsmiley@fbfk.law

Rakhee V. Patel

on behalf of Jointly Administered Party/Debtor Prospect Crozer  LLC rpatel@sidley.com,
rahkee-patel-7622@ecf.pacerpro.com,txefilingnotice@sidley.com

Rakhee V. Patel

on behalf of Jointly Administered Party/Debtor Prospect Penn  LLC rpatel@sidley.com,
rahkee-patel-7622@ecf.pacerpro.com,txefilingnotice@sidley.com

Rakhee V. Patel

on behalf of Jointly Administered Party/Debtor Prospect Provider Group RI  LLC rpatel@sidley.com,
rahkee-patel-7622@ecf.pacerpro.com,txefilingnotice@sidley.com

Rakhee V. Patel

on behalf of Debtor Prospect Medical Holdings  Inc. rpatel@sidley.com,
rahkee-patel-7622@ecf.pacerpro.com,txefilingnotice@sidley.com

Rakhee V. Patel

on behalf of Jointly Administered Party/Debtor Prospect ACO Northeast  LLC rpatel@sidley.com,
rahkee-patel-7622@ecf.pacerpro.com,txefilingnotice@sidley.com

Rakhee V. Patel

on behalf of Jointly Administered Party/Debtor Prospect Management Services  LLC rpatel@sidley.com,
rahkee-patel-7622@ecf.pacerpro.com,txefilingnotice@sidley.com

Rakhee V. Patel

on behalf of Jointly Administered Party/Debtor Prospect Ambulatory Surgery Centers  LLC rpatel@sidley.com,
rahkee-patel-7622@ecf.pacerpro.com,txefilingnotice@sidley.com

Rakhee V. Patel

on behalf of Jointly Administered Party/Debtor Prospect Penn Health Club  LLC rpatel@sidley.com,
rahkee-patel-7622@ecf.pacerpro.com,txefilingnotice@sidley.com

Rakhee V. Patel

on behalf of Defendant Prospect Medical Holdings  Inc., et al rpatel@sidley.com,
rahkee-patel-7622@ecf.pacerpro.com,txefilingnotice@sidley.com

Rakhee V. Patel

on behalf of Jointly Administered Party/Debtor Prospect Oldco NJ  Inc. rpatel@sidley.com,
rahkee-patel-7622@ecf.pacerpro.com,txefilingnotice@sidley.com

Rakhee V. Patel

on behalf of Jointly Administered Party/Debtor Prospect Manchester Hospital  Inc. rpatel@sidley.com,
rahkee-patel-7622@ecf.pacerpro.com,txefilingnotice@sidley.com

Rakhee V. Patel

on behalf of Jointly Administered Party/Debtor Prospect CharterCARE Home Health and Hospice  LLC rpatel@sidley.com,
rahkee-patel-7622@ecf.pacerpro.com,txefilingnotice@sidley.com

Rakhee V. Patel

on behalf of Jointly Administered Party/Debtor Prospect Home Health and Hospice  LLC rpatel@sidley.com,
rahkee-patel-7622@ecf.pacerpro.com,txefilingnotice@sidley.com

Rakhee V. Patel

on behalf of Jointly Administered Party/Debtor Prospect Provider Group PA  LLC rpatel@sidley.com,
rahkee-patel-7622@ecf.pacerpro.com,txefilingnotice@sidley.com

Rakhee V. Patel

on behalf of Jointly Administered Party/Debtor Prospect NJ  Inc. rpatel@sidley.com,
rahkee-patel-7622@ecf.pacerpro.com,txefilingnotice@sidley.com

Rakhee V. Patel

on behalf of Jointly Administered Party/Debtor Prospect Provider Group CT  LLC rpatel@sidley.com,
rahkee-patel-7622@ecf.pacerpro.com,txefilingnotice@sidley.com

Rakhee V. Patel

on behalf of Jointly Administered Party/Debtor Prospect Waterbury  Inc. rpatel@sidley.com,
rahkee-patel-7622@ecf.pacerpro.com,txefilingnotice@sidley.com

Rakhee V. Patel

on behalf of Jointly Administered Party/Debtor Prospect CharterCARE RWMC  LLC rpatel@sidley.com,
rahkee-patel-7622@ecf.pacerpro.com,txefilingnotice@sidley.com

Rakhee V. Patel

on behalf of Jointly Administered Party/Debtor Prospect Hospital Holdings  LLC rpatel@sidley.com,
rahkee-patel-7622@ecf.pacerpro.com,txefilingnotice@sidley.com

Rakhee V. Patel

on behalf of Jointly Administered Party/Debtor Prospect CCMC  LLC rpatel@sidley.com,
rahkee-patel-7622@ecf.pacerpro.com,txefilingnotice@sidley.com

Rakhee V. Patel

on behalf of Jointly Administered Party/Debtor Prospect Crozer Home Health and Hospice  LLC rpatel@sidley.com,
rahkee-patel-7622@ecf.pacerpro.com,txefilingnotice@sidley.com

Rakhee V. Patel
    on behalf of Jointly Administered Party/Debtor Prospect CharterCARE SJHSRI  LLC rpatel@sidley.com,
    rahkee-patel-7622@ecf.pacerpro.com,txefilingnotice@sidley.com

Rakhee V. Patel
    on behalf of Jointly Administered Party/Debtor Prospect Nix Home Health and Hospice  LLC rpatel@sidley.com,
    rahkee-patel-7622@ecf.pacerpro.com,txefilingnotice@sidley.com

Rakhee V. Patel
    on behalf of Jointly Administered Party/Debtor Prospect CharterCARE Ancillary Services  LLC rpatel@sidley.com,
    rahkee-patel-7622@ecf.pacerpro.com,txefilingnotice@sidley.com

Rakhee V. Patel
    on behalf of Jointly Administered Party/Debtor Prospect Integrated Behavioral Health  Inc. rpatel@sidley.com,
    rahkee-patel-7622@ecf.pacerpro.com,txefilingnotice@sidley.com

Rakhee V. Patel
    on behalf of Jointly Administered Party/Debtor Prospect Crozer Ambulatory Surgery  LLC rpatel@sidley.com,
    rahkee-patel-7622@ecf.pacerpro.com,txefilingnotice@sidley.com

Rakhee V. Patel
    on behalf of Jointly Administered Party/Debtor Prospect Waterbury Home Health  Inc. rpatel@sidley.com,
    rahkee-patel-7622@ecf.pacerpro.com,txefilingnotice@sidley.com

Rakhee V. Patel
    on behalf of Jointly Administered Party/Debtor Prospect Provider Groups  LLC rpatel@sidley.com,
    rahkee-patel-7622@ecf.pacerpro.com,txefilingnotice@sidley.com

Rakhee V. Patel
    on behalf of Jointly Administered Party/Debtor Prospect Provider Group NJ  LLC rpatel@sidley.com,
    rahkee-patel-7622@ecf.pacerpro.com,txefilingnotice@sidley.com

Rakhee V. Patel
    on behalf of Jointly Administered Party/Debtor Prospect Rockville Hospital  Inc. rpatel@sidley.com,
    rahkee-patel-7622@ecf.pacerpro.com,txefilingnotice@sidley.com

Rakhee V. Patel
    on behalf of Jointly Administered Party/Debtor Prospect Waterbury Ambulatory Surgery  LLC rpatel@sidley.com,
    rahkee-patel-7622@ecf.pacerpro.com,txefilingnotice@sidley.com

Rakhee V. Patel
    on behalf of Jointly Administered Party/Debtor Prospect Caring Hand  Inc. rpatel@sidley.com,
    rahkee-patel-7622@ecf.pacerpro.com,txefilingnotice@sidley.com

Rakhee V. Patel
    on behalf of Jointly Administered Party/Debtor Prospect Ambulatory Holding  LLC rpatel@sidley.com,
    rahkee-patel-7622@ecf.pacerpro.com,txefilingnotice@sidley.com

Rakhee V. Patel
    on behalf of Jointly Administered Party/Debtor Prospect CharterCARE Physicians  LLC rpatel@sidley.com,
    rahkee-patel-7622@ecf.pacerpro.com,txefilingnotice@sidley.com

Rakhee V. Patel
    on behalf of Jointly Administered Party/Debtor Southern California Healthcare System  Inc. rpatel@sidley.com,
    rahkee-patel-7622@ecf.pacerpro.com,txefilingnotice@sidley.com

Rakhee V. Patel
    on behalf of Jointly Administered Party/Debtor Prospect RI Home Health and Hospice  LLC rpatel@sidley.com,
    rahkee-patel-7622@ecf.pacerpro.com,txefilingnotice@sidley.com

Rakhee V. Patel
    on behalf of Jointly Administered Party/Debtor Prospect CharterCARE  LLC rpatel@sidley.com,
    rahkee-patel-7622@ecf.pacerpro.com,txefilingnotice@sidley.com

Rakhee V. Patel
    on behalf of Jointly Administered Party/Debtor Prospect Blackstone Valley Surgicare  LLC rpatel@sidley.com,
    rahkee-patel-7622@ecf.pacerpro.com,txefilingnotice@sidley.com

Raymond M. Patella
    on behalf of Creditor UGI Energy Services  LLC rpatella@lawjw.com, rpatella@lawjw.com

Rayven Young
    on behalf of Creditor Pension Benefit Guaranty Corporation young.rayven@pbgc.gov  efile@pbgc.gov

Rebecca Lynn Matthews
    on behalf of Creditor California Statewide Communities Development Authority rmatthews@fbtlaw.com
    rmccartney@fbtlaw.com

Rebecca Lynn Matthews
    on behalf of Creditor Fifth Third Securities  Inc., successor in interest to H2C Securities, Inc. rmatthews@fbtlaw.com,
    rmccartney@fbtlaw.com

Robert Yaquinto, Jr.

District/off: 0539-8
Date Rcvd: Sep 25, 2025

User: admin
Form ID: pdf012

Page 19 of 35
Total Noticed: 1

on behalf of Creditor Humana Insurance Company and Humana Health Plan  Inc. ryaquinto@syllp.com

Robert Paul Goe

on behalf of Creditor OTRI Corporation dba EPM rgoe@goeforlaw.com  rgoe@goeforlaw.com

Ryan Anthony O'Connor

on behalf of Creditor Dayforce US  Inc. roconnor@okinadams.com

Ryan Eric Chapple

on behalf of Creditor Earl Bueno rchapple@cstrial.com  corozco@cstrial.com;notifications@cstrial.com

Ryan Eric Chapple

on behalf of Creditor Valerie Carignan rchapple@cstrial.com  corozco@cstrial.com;notifications@cstrial.com

Ryan Eric Chapple

on behalf of Creditor Estate of Iris Rivera AKA Iris Margarita Rivera Ortiz rchapple@cstrial.com
corozco@cstrial.com;notifications@cstrial.com

Ryan Eric Chapple

on behalf of Creditor Estate of Peter Pires  Jr. rchapple@cstrial.com, corozco@cstrial.com;notifications@cstrial.com

Ryan Eric Chapple

on behalf of Creditor Elizabeth Porter rchapple@cstrial.com  corozco@cstrial.com;notifications@cstrial.com

Ryan Eric Chapple

on behalf of Creditor Kelisha Martinez Morales rchapple@cstrial.com  corozco@cstrial.com;notifications@cstrial.com

Ryan Eric Chapple

on behalf of Creditor Pamela Dorn rchapple@cstrial.com  corozco@cstrial.com;notifications@cstrial.com

Ryan Eric Chapple

on behalf of Creditor Estate of Mary Grace rchapple@cstrial.com  corozco@cstrial.com;notifications@cstrial.com

Ryan Eric Chapple

on behalf of Creditor Estate of Robert. F. Dorn rchapple@cstrial.com  corozco@cstrial.com;notifications@cstrial.com

Ryan Eric Chapple

on behalf of Creditor Carley Gorcenski rchapple@cstrial.com  corozco@cstrial.com;notifications@cstrial.com

Ryan Eric Chapple

on behalf of Creditor Estate of Patricia Hart rchapple@cstrial.com  corozco@cstrial.com;notifications@cstrial.com

Ryan Eric Chapple

on behalf of Creditor Dylan Pedro rchapple@cstrial.com  corozco@cstrial.com;notifications@cstrial.com

Ryan Eric Chapple

on behalf of Creditor Lynn Matthews rchapple@cstrial.com  corozco@cstrial.com;notifications@cstrial.com

Ryan Eric Chapple

on behalf of Creditor Sean Boyle rchapple@cstrial.com  corozco@cstrial.com;notifications@cstrial.com

Ryan Eric Chapple

on behalf of Creditor Kyle J. Teadsale rchapple@cstrial.com  corozco@cstrial.com;notifications@cstrial.com

Ryan Eric Chapple

on behalf of Creditor Aerielle St. John rchapple@cstrial.com  corozco@cstrial.com;notifications@cstrial.com

Ryan Eric Chapple

on behalf of Creditor Tucker St. John rchapple@cstrial.com  corozco@cstrial.com;notifications@cstrial.com

Ryan Eric Chapple

on behalf of Creditor Leah Pineau rchapple@cstrial.com  corozco@cstrial.com;notifications@cstrial.com

Ryan Eric Chapple

on behalf of Creditor Katie O'Connor rchapple@cstrial.com  corozco@cstrial.com;notifications@cstrial.com

Ryan Eric Chapple

on behalf of Creditor Kristin Shepardson rchapple@cstrial.com  corozco@cstrial.com;notifications@cstrial.com

Ryan Eric Chapple

on behalf of Creditor Ashley Pedro rchapple@cstrial.com  corozco@cstrial.com;notifications@cstrial.com

Ryan Eric Chapple

on behalf of Creditor Estate of Angela R. Matusz rchapple@cstrial.com  corozco@cstrial.com;notifications@cstrial.com

Ryan Eric Chapple

on behalf of Creditor Chelsea Teasdale rchapple@cstrial.com  corozco@cstrial.com;notifications@cstrial.com

Ryan Eric Chapple

on behalf of Creditor Debra D'Avino rchapple@cstrial.com  corozco@cstrial.com;notifications@cstrial.com

Ryan Eric Chapple

on behalf of Creditor Carlos Anthony Varela rchapple@cstrial.com  corozco@cstrial.com;notifications@cstrial.com

District/off: 0539-8                          User: admin                                    Page 20 of 35
Date Rcvd: Sep 25, 2025                      Form ID: pdf012                                Total Noticed: 1

Ryan Eric Chapple
    on behalf of Creditor Linda Degroate rchapple@cstrial.com  corozco@cstrial.com;notifications@cstrial.com

Ryan Eric Chapple
    on behalf of Creditor Ariellmarie Beranger Rankine rchapple@cstrial.com  corozco@cstrial.com;notifications@cstrial.com

Ryan Eric Chapple
    on behalf of Creditor Estate of Edward Matthews rchapple@cstrial.com  corozco@cstrial.com;notifications@cstrial.com

Ryan Eric Chapple
    on behalf of Creditor Golden Jo Elizabeth Grace rchapple@cstrial.com  corozco@cstrial.com;notifications@cstrial.com

Ryan Eric Chapple
    on behalf of Creditor Estate of Deborah L. Brice rchapple@cstrial.com  corozco@cstrial.com;notifications@cstrial.com

Ryan Eric Chapple
    on behalf of Creditor Amy Dunn rchapple@cstrial.com  corozco@cstrial.com;notifications@cstrial.com

Ryan Eric Chapple
    on behalf of Creditor Hitesh Shah rchapple@cstrial.com  corozco@cstrial.com;notifications@cstrial.com

Ryan Eric Chapple
    on behalf of Creditor Brooks Pedro rchapple@cstrial.com  corozco@cstrial.com;notifications@cstrial.com

Ryan Eric Chapple
    on behalf of Creditor Estate of Anthony Cocchiola rchapple@cstrial.com  corozco@cstrial.com;notifications@cstrial.com

Ryan Eric Chapple
    on behalf of Creditor Arielle St. John rchapple@cstrial.com  corozco@cstrial.com;notifications@cstrial.com

Ryan Eric Chapple
    on behalf of Creditor Jayme L. Pires rchapple@cstrial.com  corozco@cstrial.com;notifications@cstrial.com

Ryan Eric Chapple
    on behalf of Creditor Estate of Stephen Otis Shepardson rchapple@cstrial.com  corozco@cstrial.com;notifications@cstrial.com

Ryan Eric Chapple
    on behalf of Creditor Estate of Griffin Gorcenski rchapple@cstrial.com  corozco@cstrial.com;notifications@cstrial.com

Ryan Eric Chapple
    on behalf of Creditor Richard Hart rchapple@cstrial.com  corozco@cstrial.com;notifications@cstrial.com

Ryan Eric Chapple
    on behalf of Creditor Michael Quadrato rchapple@cstrial.com  corozco@cstrial.com;notifications@cstrial.com

Ryan Eric Chapple
    on behalf of Creditor Estate of Meghna Shah rchapple@cstrial.com  corozco@cstrial.com;notifications@cstrial.com

Ryan Eric Chapple
    on behalf of Creditor Andrew St. John rchapple@cstrial.com  corozco@cstrial.com;notifications@cstrial.com

Ryan Eric Chapple
    on behalf of Creditor Anthony Manuel rchapple@cstrial.com  corozco@cstrial.com;notifications@cstrial.com

Ryan Eric Chapple
    on behalf of Creditor Kelimar Santiago Martinez rchapple@cstrial.com  corozco@cstrial.com;notifications@cstrial.com

Ryan Eric Chapple
    on behalf of Creditor Robert P. Matusz rchapple@cstrial.com  corozco@cstrial.com;notifications@cstrial.com

Ryan Eric Chapple
    on behalf of Creditor Estate of Stephen M. O'Connor rchapple@cstrial.com  corozco@cstrial.com;notifications@cstrial.com

Ryan Eric Chapple
    on behalf of Creditor Mary Lou Shepardson rchapple@cstrial.com  corozco@cstrial.com;notifications@cstrial.com

Ryan J. Barbur
    on behalf of Creditor New England Health Care Employees Union  District 1199, SEIU rbarbur@levyratner.com

Sabrina Lynn Streusand
    on behalf of Creditor Access Telecare  LLC streusand@slollp.com, pina@slollp.com

Sabrina Lynn Streusand
    on behalf of Creditor Access Telecare  PLLC streusand@slollp.com, pina@slollp.com

Sam J. Alberts
    on behalf of Other Professional FTI Consulting  Inc., as Receiver For Pennsylvania Debtor Entities sam.alberts@dentons.com

Sam J. Alberts
    on behalf of Claims Agent Omni Agent Solutions  Inc. sam.alberts@dentons.com

Sara K Morgan
    on behalf of Creditor Sound Physicians sara.morgan@bassberry.com  bankr@bassberry.com

Scott A Griffin

on behalf of Interested Party Connecticut Hospital Assocation Inc. sgriffin@wiggin.com

Scott A. Zuber

on behalf of Creditor Cardinal Health szuber@csglaw.com

Shawn Smith

on behalf of Creditor Orange Coast Anesthesia Inc. shsmith@mccarter.com, mshaw@mccarter.com;kwantek@mccarter.com

Shawn Smith

on behalf of Creditor North American Partners in Anesthesia (Connecticut) P.C. shsmith@mccarter.com,
mshaw@mccarter.com;kwantek@mccarter.com

Sidney H. Scheinberg

on behalf of Creditor Lindsay Duross SScheinberg@GodwinBowman.com
sidscheinberg@me.com;nchancy@GodwinBowman.com;OBrown@GodwinBowman.com;csanders@godwinbowman.com

Stephen M. Pezanosky

on behalf of Interested Party Yale New Haven Health Services Corporation stephen.pezanosky@haynesboone.com
kim.morzak@haynesboone.com;kristy.martinez@haynesboone.com

Steven E. Sexton

on behalf of Jointly Administered Party/Debtor Prospect CT Inc. ssexton@sidley.com,
steven-sexton-8669@ecf.pacerpro.com,efilingnotice@sidley.com

Steven E. Sexton

on behalf of Jointly Administered Party/Debtor Cardiology Associates of Greater Waterbury P.C. ssexton@sidley.com,
steven-sexton-8669@ecf.pacerpro.com,efilingnotice@sidley.com

Steven E. Sexton

on behalf of Jointly Administered Party/Debtor Prospect Provider Group PA LLC ssexton@sidley.com,
steven-sexton-8669@ecf.pacerpro.com,efilingnotice@sidley.com

Steven E. Sexton

on behalf of Jointly Administered Party/Debtor Prospect East Hospital Advisory Services LLC ssexton@sidley.com,
steven-sexton-8669@ecf.pacerpro.com,efilingnotice@sidley.com

Steven E. Sexton

on behalf of Jointly Administered Party/Debtor Prospect Crozer Urgent Care LLC ssexton@sidley.com,
steven-sexton-8669@ecf.pacerpro.com,efilingnotice@sidley.com

Steven E. Sexton

on behalf of Jointly Administered Party/Debtor Prospect Crozer Home Health and Hospice LLC ssexton@sidley.com,
steven-sexton-8669@ecf.pacerpro.com,efilingnotice@sidley.com

Steven E. Sexton

on behalf of Jointly Administered Party/Debtor Nix Physicians Inc. ssexton@sidley.com,
steven-sexton-8669@ecf.pacerpro.com,efilingnotice@sidley.com

Steven E. Sexton

on behalf of Jointly Administered Party/Debtor Prospect Crozer LLC ssexton@sidley.com,
steven-sexton-8669@ecf.pacerpro.com,efilingnotice@sidley.com

Steven E. Sexton

on behalf of Jointly Administered Party/Debtor Prospect Waterbury Inc. ssexton@sidley.com,
steven-sexton-8669@ecf.pacerpro.com,efilingnotice@sidley.com

Steven E. Sexton

on behalf of Jointly Administered Party/Debtor Prospect CharterCARE Ancillary Services LLC ssexton@sidley.com,
steven-sexton-8669@ecf.pacerpro.com,efilingnotice@sidley.com

Steven E. Sexton

on behalf of Jointly Administered Party/Debtor Prospect Rockville Hospital Inc. ssexton@sidley.com,
steven-sexton-8669@ecf.pacerpro.com,efilingnotice@sidley.com

Steven E. Sexton

on behalf of Jointly Administered Party/Debtor Prospect ECHN Inc. ssexton@sidley.com,
steven-sexton-8669@ecf.pacerpro.com,efilingnotice@sidley.com

Steven E. Sexton

on behalf of Jointly Administered Party/Debtor Coordinated Regional Care Group LLC ssexton@sidley.com,
steven-sexton-8669@ecf.pacerpro.com,efilingnotice@sidley.com

Steven E. Sexton

on behalf of Jointly Administered Party/Debtor Prospect Penn LLC ssexton@sidley.com,
steven-sexton-8669@ecf.pacerpro.com,efilingnotice@sidley.com

Steven E. Sexton

on behalf of Jointly Administered Party/Debtor PHS Holdings LLC ssexton@sidley.com,
steven-sexton-8669@ecf.pacerpro.com,efilingnotice@sidley.com

Steven E. Sexton

on behalf of Jointly Administered Party/Debtor Prospect Provider Group NJ LLC ssexton@sidley.com,

steven-sexton-8669@ecf.pacerpro.com,efilingnotice@sidley.com

Steven E. Sexton

on behalf of Jointly Administered Party/Debtor Prospect Provider Group CT  LLC  ssexton@sidley.com,
steven-sexton-8669@ecf.pacerpro.com,efilingnotice@sidley.com

Steven E. Sexton

on behalf of Jointly Administered Party/Debtor Prospect Health Access Network  Inc.  ssexton@sidley.com,
steven-sexton-8669@ecf.pacerpro.com,efilingnotice@sidley.com

Steven E. Sexton

on behalf of Jointly Administered Party/Debtor Prospect Health Services PA  Inc.  ssexton@sidley.com,
steven-sexton-8669@ecf.pacerpro.com,efilingnotice@sidley.com

Steven E. Sexton

on behalf of Jointly Administered Party/Debtor Prospect CharterCARE Home Health and Hospice  LLC  ssexton@sidley.com,
steven-sexton-8669@ecf.pacerpro.com,efilingnotice@sidley.com

Steven E. Sexton

on behalf of Jointly Administered Party/Debtor Prospect East Holdings  Inc.  ssexton@sidley.com,
steven-sexton-8669@ecf.pacerpro.com,efilingnotice@sidley.com

Steven E. Sexton

on behalf of Jointly Administered Party/Debtor Alta Los Angeles Hospitals  Inc.  ssexton@sidley.com,
steven-sexton-8669@ecf.pacerpro.com,efilingnotice@sidley.com

Steven E. Sexton

on behalf of Jointly Administered Party/Debtor Prospect Health Services RI  Inc.  ssexton@sidley.com,
steven-sexton-8669@ecf.pacerpro.com,efilingnotice@sidley.com

Steven E. Sexton

on behalf of Jointly Administered Party/Debtor Prospect Ambulatory Surgery Centers  LLC  ssexton@sidley.com,
steven-sexton-8669@ecf.pacerpro.com,efilingnotice@sidley.com

Steven E. Sexton

on behalf of Jointly Administered Party/Debtor Prospect Waterbury Ambulatory Surgery  LLC  ssexton@sidley.com,
steven-sexton-8669@ecf.pacerpro.com,efilingnotice@sidley.com

Steven E. Sexton

on behalf of Jointly Administered Party/Debtor Prospect Health Services CT  Inc.  ssexton@sidley.com,
steven-sexton-8669@ecf.pacerpro.com,efilingnotice@sidley.com

Steven E. Sexton

on behalf of Jointly Administered Party/Debtor Prospect Waterbury Home Health  Inc.  ssexton@sidley.com,
steven-sexton-8669@ecf.pacerpro.com,efilingnotice@sidley.com

Steven E. Sexton

on behalf of Jointly Administered Party/Debtor Prospect CT Management Services  Inc.  ssexton@sidley.com,
steven-sexton-8669@ecf.pacerpro.com,efilingnotice@sidley.com

Steven E. Sexton

on behalf of Jointly Administered Party/Debtor Prospect RI Home Health and Hospice  LLC  ssexton@sidley.com,
steven-sexton-8669@ecf.pacerpro.com,efilingnotice@sidley.com

Steven E. Sexton

on behalf of Jointly Administered Party/Debtor Associates in Primary Care Medicine  Inc.  ssexton@sidley.com,
steven-sexton-8669@ecf.pacerpro.com,efilingnotice@sidley.com

Steven E. Sexton

on behalf of Jointly Administered Party/Debtor Prospect CT Medical Foundation  Inc.  ssexton@sidley.com,
steven-sexton-8669@ecf.pacerpro.com,efilingnotice@sidley.com

Steven E. Sexton

on behalf of Jointly Administered Party/Debtor Nix SPE  LLC  ssexton@sidley.com,
steven-sexton-8669@ecf.pacerpro.com,efilingnotice@sidley.com

Steven E. Sexton

on behalf of Jointly Administered Party/Debtor Prospect Ambulatory Holding  LLC  ssexton@sidley.com,
steven-sexton-8669@ecf.pacerpro.com,efilingnotice@sidley.com

Steven E. Sexton

on behalf of Jointly Administered Party/Debtor Prospect ACO Holdings  LLC  ssexton@sidley.com,
steven-sexton-8669@ecf.pacerpro.com,efilingnotice@sidley.com

Steven E. Sexton

on behalf of Jointly Administered Party/Debtor Prospect Integrated Behavioral Health  Inc.  ssexton@sidley.com,
steven-sexton-8669@ecf.pacerpro.com,efilingnotice@sidley.com

Steven E. Sexton

on behalf of Jointly Administered Party/Debtor Prospect CharterCARE  LLC  ssexton@sidley.com,
steven-sexton-8669@ecf.pacerpro.com,efilingnotice@sidley.com

Steven E. Sexton

District/off: 0539-8
Date Rcvd: Sep 25, 2025

User: admin
Form ID: pdf012

Page 23 of 35
Total Noticed: 1

on behalf of Jointly Administered Party/Debtor Prospect Provider Groups  LLC ssexton@sidley.com,
steven-sexton-8669@ecf.pacerpro.com,efilingnotice@sidley.com

Steven E. Sexton

on behalf of Jointly Administered Party/Debtor Prospect ECHN Eldercare Services  Inc. ssexton@sidley.com,
steven-sexton-8669@ecf.pacerpro.com,efilingnotice@sidley.com

Steven E. Sexton

on behalf of Jointly Administered Party/Debtor Prospect Manchester Hospital  Inc. ssexton@sidley.com,
steven-sexton-8669@ecf.pacerpro.com,efilingnotice@sidley.com

Steven E. Sexton

on behalf of Jointly Administered Party/Debtor Prospect Home Health and Hospice  LLC ssexton@sidley.com,
steven-sexton-8669@ecf.pacerpro.com,efilingnotice@sidley.com

Steven E. Sexton

on behalf of Jointly Administered Party/Debtor Prospect DCMH  LLC ssexton@sidley.com,
steven-sexton-8669@ecf.pacerpro.com,efilingnotice@sidley.com

Steven E. Sexton

on behalf of Interested Party Prospect Medical Holdings  Inc. and its HospitalCo Debtor Affiliates ssexton@sidley.com,
steven-sexton-8669@ecf.pacerpro.com,efilingnotice@sidley.com

Steven E. Sexton

on behalf of Jointly Administered Party/Debtor Prospect Nix Services  LLC ssexton@sidley.com,
steven-sexton-8669@ecf.pacerpro.com,efilingnotice@sidley.com

Steven E. Sexton

on behalf of Jointly Administered Party/Debtor Prospect Oldco NJ  Inc. ssexton@sidley.com,
steven-sexton-8669@ecf.pacerpro.com,efilingnotice@sidley.com

Steven E. Sexton

on behalf of Jointly Administered Party/Debtor Hospital Advisory Services  Inc. ssexton@sidley.com,
steven-sexton-8669@ecf.pacerpro.com,efilingnotice@sidley.com

Steven E. Sexton

on behalf of Jointly Administered Party/Debtor Prospect CharterCARE SJHSRI  LLC ssexton@sidley.com,
steven-sexton-8669@ecf.pacerpro.com,efilingnotice@sidley.com

Steven E. Sexton

on behalf of Jointly Administered Party/Debtor Prospect Nix Home Health and Hospice  LLC ssexton@sidley.com,
steven-sexton-8669@ecf.pacerpro.com,efilingnotice@sidley.com

Steven E. Sexton

on behalf of Jointly Administered Party/Debtor Prospect CharterCARE Physicians  LLC ssexton@sidley.com,
steven-sexton-8669@ecf.pacerpro.com,efilingnotice@sidley.com

Steven E. Sexton

on behalf of Jointly Administered Party/Debtor Prospect CCMC  LLC ssexton@sidley.com,
steven-sexton-8669@ecf.pacerpro.com,efilingnotice@sidley.com

Steven E. Sexton

on behalf of Jointly Administered Party/Debtor Prospect ECHN Home Health  Inc. ssexton@sidley.com,
steven-sexton-8669@ecf.pacerpro.com,efilingnotice@sidley.com

Steven E. Sexton

on behalf of Jointly Administered Party/Debtor Prospect CharterCARE RWMC  LLC ssexton@sidley.com,
steven-sexton-8669@ecf.pacerpro.com,efilingnotice@sidley.com

Steven E. Sexton

on behalf of Jointly Administered Party/Debtor Prospect Health Ventures Holdings  LLC ssexton@sidley.com,
steven-sexton-8669@ecf.pacerpro.com,efilingnotice@sidley.com

Steven E. Sexton

on behalf of Jointly Administered Party/Debtor Healthcare Staffing on Demand  LLC ssexton@sidley.com,
steven-sexton-8669@ecf.pacerpro.com,efilingnotice@sidley.com

Steven E. Sexton

on behalf of Jointly Administered Party/Debtor Prospect Hospital Holdings  LLC ssexton@sidley.com,
steven-sexton-8669@ecf.pacerpro.com,efilingnotice@sidley.com

Steven E. Sexton

on behalf of Jointly Administered Party/Debtor Prospect ACO Northeast  LLC ssexton@sidley.com,
steven-sexton-8669@ecf.pacerpro.com,efilingnotice@sidley.com

Steven E. Sexton

on behalf of Jointly Administered Party/Debtor Nix Community General Hospital  LLC ssexton@sidley.com,
steven-sexton-8669@ecf.pacerpro.com,efilingnotice@sidley.com

Steven E. Sexton

on behalf of Jointly Administered Party/Debtor New University Medical Group  LLC ssexton@sidley.com,
steven-sexton-8669@ecf.pacerpro.com,efilingnotice@sidley.com

Steven E. Sexton

    on behalf of Debtor Prospect Medical Holdings  Inc. ssexton@sidley.com,
    steven-sexton-8669@ecf.pacerpro.com,efilingnotice@sidley.com

Steven E. Sexton

    on behalf of Jointly Administered Party/Debtor Prospect Caring Hand  Inc. ssexton@sidley.com,
    steven-sexton-8669@ecf.pacerpro.com,efilingnotice@sidley.com

Steven E. Sexton

    on behalf of Jointly Administered Party/Debtor Southern California Healthcare System  Inc. ssexton@sidley.com,
    steven-sexton-8669@ecf.pacerpro.com,efilingnotice@sidley.com

Steven E. Sexton

    on behalf of Jointly Administered Party/Debtor Prospect Crozer Ambulatory Surgery  LLC ssexton@sidley.com,
    steven-sexton-8669@ecf.pacerpro.com,efilingnotice@sidley.com

Steven E. Sexton

    on behalf of Jointly Administered Party/Debtor Prospect Management Services  LLC ssexton@sidley.com,
    steven-sexton-8669@ecf.pacerpro.com,efilingnotice@sidley.com

Steven E. Sexton

    on behalf of Jointly Administered Party/Debtor Prospect Penn Health Club  LLC ssexton@sidley.com,
    steven-sexton-8669@ecf.pacerpro.com,efilingnotice@sidley.com

Steven E. Sexton

    on behalf of Jointly Administered Party/Debtor Alta Hospitals System  LLC ssexton@sidley.com,
    steven-sexton-8669@ecf.pacerpro.com,efilingnotice@sidley.com

Steven E. Sexton

    on behalf of Jointly Administered Party/Debtor Prospect Blackstone Valley Surgicare  LLC ssexton@sidley.com,
    steven-sexton-8669@ecf.pacerpro.com,efilingnotice@sidley.com

Steven E. Sexton

    on behalf of Jointly Administered Party/Debtor Prospect Provider Group RI  LLC ssexton@sidley.com,
    steven-sexton-8669@ecf.pacerpro.com,efilingnotice@sidley.com

Steven E. Sexton

    on behalf of Jointly Administered Party/Debtor Nix Hospitals System  LLC ssexton@sidley.com,
    steven-sexton-8669@ecf.pacerpro.com,efilingnotice@sidley.com

Steven J. Mitby

    on behalf of Creditor Intuitive Surgical  Inc. smitby@mitbylaw.com,
    pchavez@mitbylaw.com;apalova@mitbylaw.com;nmontez@mitbylaw.com;rvansteenis@mitbylaw.com

Susan C. Mathews

    on behalf of Creditor Healthcare Realty Services  LLC smathews@bakerdonelson.com, bellender@bakerdonelson.com

Susan C. Mathews

    on behalf of Creditor CHCT Connecticut  LLC smathews@bakerdonelson.com, bellender@bakerdonelson.com

Susan C. Mathews

    on behalf of Creditor Healthcare Realty Trust Incorporated smathews@bakerdonelson.com  bellender@bakerdonelson.com

Susheel Kirpalani

    on behalf of Creditor Centerbridge Partners  L.P. and Blue Torch Capital LP susheelkirpalani@quinnemanuel.com,
    dian.gwinnup@haynesboone.com

Terri Jane Freedman

    on behalf of Creditor Cardinal Health tfreedman@csglaw.com

Thomas A. Madden

    on behalf of Creditor RICHARD LEMBO tmadden@daleyorton.com

Thomas A. Madden

    on behalf of Creditor BEVERLY LEMBO tmadden@daleyorton.com

Thomas A. Madden

    on behalf of Creditor GINA ST. ONGE IN HER CAPACITY AS THE ADMINISTRATRIX OF THE ESTATE OF FRED P.
    CANDORA JR tmadden@daleyorton.com

Thomas A. Madden

    on behalf of Creditor KEVIN CANDORA tmadden@daleyorton.com

Thomas A. Madden

    on behalf of Creditor JEANNINE CANDORA tmadden@daleyorton.com

Thomas A. Madden

    on behalf of Creditor GINA ST. ONGE tmadden@daleyorton.com

Thomas Andrew Howley

    on behalf of Interested Party Med-Metrix LLC tom@howley-law.com  roland@howley-law.com

Thomas Andrew Howley

on behalf of Interested Party Compass Group USA Inc. tom@howley-law.com, roland@howley-law.com

Thomas J. Turner

on behalf of Creditor Ariellmarie Beranger Rankine tturner@cstrial.com  sbeam@cstrial.com

Thomas J. Turner

on behalf of Creditor Estate of Mary Grace tturner@cstrial.com  sbeam@cstrial.com

Thomas J. Turner

on behalf of Creditor Brooks Pedro tturner@cstrial.com  sbeam@cstrial.com

Thomas J. Turner

on behalf of Creditor Debra D'Avino tturner@cstrial.com  sbeam@cstrial.com

Thomas J. Turner

on behalf of Creditor Kyle J. Teadsale tturner@cstrial.com  sbeam@cstrial.com

Thomas J. Turner

on behalf of Creditor Kelisha Martinez Morales tturner@cstrial.com  sbeam@cstrial.com

Thomas J. Turner

on behalf of Creditor Estate of Robert. F. Dorn tturner@cstrial.com  sbeam@cstrial.com

Thomas J. Turner

on behalf of Creditor Andrew St. John tturner@cstrial.com  sbeam@cstrial.com

Thomas J. Turner

on behalf of Creditor Earl Bueno tturner@cstrial.com  sbeam@cstrial.com

Thomas J. Turner

on behalf of Creditor Estate of Peter Pires  Jr. tturner@cstrial.com, sbeam@cstrial.com

Thomas J. Turner

on behalf of Creditor Estate of Griffin Gorcenski tturner@cstrial.com  sbeam@cstrial.com

Thomas J. Turner

on behalf of Creditor Chelsea Teasdale tturner@cstrial.com  sbeam@cstrial.com

Thomas J. Turner

on behalf of Creditor Katie O'Connor tturner@cstrial.com  sbeam@cstrial.com

Thomas J. Turner

on behalf of Creditor Dylan Pedro tturner@cstrial.com  sbeam@cstrial.com

Thomas J. Turner

on behalf of Creditor Estate of Angela R. Matusz tturner@cstrial.com  sbeam@cstrial.com

Thomas J. Turner

on behalf of Creditor Estate of Stephen Otis Shepardson tturner@cstrial.com  sbeam@cstrial.com

Thomas J. Turner

on behalf of Creditor Michael Quadrato tturner@cstrial.com  sbeam@cstrial.com

Thomas J. Turner

on behalf of Creditor Estate of Stephen M. O'Connor tturner@cstrial.com  sbeam@cstrial.com

Thomas J. Turner

on behalf of Creditor Aerielle St. John tturner@cstrial.com  sbeam@cstrial.com

Thomas J. Turner

on behalf of Creditor Robert P. Matusz tturner@cstrial.com  sbeam@cstrial.com

Thomas J. Turner

on behalf of Creditor Carlos Anthony Varela tturner@cstrial.com  sbeam@cstrial.com

Thomas J. Turner

on behalf of Creditor Mary Lou Shepardson tturner@cstrial.com  sbeam@cstrial.com

Thomas J. Turner

on behalf of Creditor Leah Pineau tturner@cstrial.com  sbeam@cstrial.com

Thomas J. Turner

on behalf of Creditor Estate of Iris Rivera AKA Iris Margarita Rivera Ortiz tturner@cstrial.com  sbeam@cstrial.com

Thomas J. Turner

on behalf of Creditor Carley Gorcenski tturner@cstrial.com  sbeam@cstrial.com

Thomas J. Turner

on behalf of Creditor Estate of Shirley Peacock tturner@cstrial.com  sbeam@cstrial.com

Thomas J. Turner

on behalf of Creditor Sean Boyle tturner@cstrial.com  sbeam@cstrial.com

Thomas J. Turner

on behalf of Creditor Amy Dunn tturner@cstrial.com  sbeam@cstrial.com

Thomas J. Turner

on behalf of Creditor Valerie Carignan tturner@cstrial.com  sbeam@cstrial.com

Thomas J. Turner

on behalf of Creditor Lynn Matthews tturner@cstrial.com  sbeam@cstrial.com

Thomas J. Turner

on behalf of Creditor Golden Jo Elizabeth Grace tturner@cstrial.com  sbeam@cstrial.com

Thomas J. Turner

on behalf of Creditor Kelimar Santiago Martinez tturner@cstrial.com  sbeam@cstrial.com

Thomas J. Turner

on behalf of Creditor Estate of Deborah L. Brice tturner@cstrial.com  sbeam@cstrial.com

Thomas J. Turner

on behalf of Creditor Jayme L. Pires tturner@cstrial.com  sbeam@cstrial.com

Thomas J. Turner

on behalf of Creditor Estate of Patricia Hart tturner@cstrial.com  sbeam@cstrial.com

Thomas J. Turner

on behalf of Creditor Estate of Anthony Cocchiola tturner@cstrial.com  sbeam@cstrial.com

Thomas J. Turner

on behalf of Creditor Kristin Shepardson tturner@cstrial.com  sbeam@cstrial.com

Thomas J. Turner

on behalf of Creditor Estate of Edward Matthews tturner@cstrial.com  sbeam@cstrial.com

Thomas J. Turner

on behalf of Creditor Estate of Meghna Shah tturner@cstrial.com  sbeam@cstrial.com

Thomas J. Turner

on behalf of Creditor Ashley Pedro tturner@cstrial.com  sbeam@cstrial.com

Thomas Robert Califano

on behalf of Debtor Prospect NJ  Inc. tom.califano@sidley.com, nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com

Thomas Robert Califano

on behalf of Debtor Care@Home Solutions CA  Inc tom.califano@sidley.com,
nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com

Thomas Robert Califano

on behalf of Jointly Administered Party/Debtor Prospect Provider Group NJ  LLC tom.califano@sidley.com,
nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com

Thomas Robert Califano

on behalf of Jointly Administered Party/Debtor Prospect Health Services RI  Inc. tom.califano@sidley.com,
nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com

Thomas Robert Califano

on behalf of Debtor Prospect Nix Home Health and Hospice  LLC tom.califano@sidley.com,
nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com

Thomas Robert Califano

on behalf of Debtor RightRX tom.califano@sidley.com  nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com

Thomas Robert Califano

on behalf of Jointly Administered Party/Debtor Associates in Primary Care Medicine  Inc. tom.califano@sidley.com,
nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com

Thomas Robert Califano

on behalf of Debtor Prospect Health Services RI  Inc. tom.califano@sidley.com,
nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com

Thomas Robert Califano

on behalf of Debtor Prospect ACO  LLC tom.califano@sidley.com, nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com

Thomas Robert Califano

on behalf of Jointly Administered Party/Debtor Prospect Health Ventures Holdings  LLC tom.califano@sidley.com,
nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com

Thomas Robert Califano

on behalf of Debtor Prospect Waterbury Home Health  Inc. tom.califano@sidley.com,
nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com

Thomas Robert Califano

on behalf of Debtor Alta Hospitals System  LLC tom.califano@sidley.com,
nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com

District/off: 0539-8                        User: admin                        Page 27 of 35
Date Rcvd: Sep 25, 2025                     Form ID: pdf012                     Total Noticed: 1

Thomas Robert Califano
                    on behalf of Debtor Southern California Healthcare System  Inc. tom.califano@sidley.com,
                    nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com

Thomas Robert Califano
                    on behalf of Jointly Administered Party/Debtor Prospect CT Medical Foundation  Inc. tom.califano@sidley.com,
                    nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com

Thomas Robert Califano
                    on behalf of Debtor Nix Hospitals System  LLC tom.califano@sidley.com,
                    nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com

Thomas Robert Califano
                    on behalf of Jointly Administered Party/Debtor Prospect Caring Hand  Inc. tom.califano@sidley.com,
                    nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com

Thomas Robert Califano
                    on behalf of Jointly Administered Party/Debtor Prospect Waterbury Ambulatory Surgery  LLC tom.califano@sidley.com,
                    nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com

Thomas Robert Califano
                    on behalf of Debtor Prospect CCMC  LLC tom.califano@sidley.com,
                    nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com

Thomas Robert Califano
                    on behalf of Debtor Prospect Management Services  LLC tom.califano@sidley.com,
                    nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com

Thomas Robert Califano
                    on behalf of Debtor New University Medical Group  LLC tom.califano@sidley.com,
                    nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com

Thomas Robert Califano
                    on behalf of Debtor Prospect Rockville Hospital  Inc. tom.califano@sidley.com,
                    nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com

Thomas Robert Califano
                    on behalf of Debtor Prospect Crozer  LLC tom.califano@sidley.com,
                    nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com

Thomas Robert Califano
                    on behalf of Debtor Prospect Penn Health Club  LLC tom.califano@sidley.com,
                    nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com

Thomas Robert Califano
                    on behalf of Debtor Prospect ACO Holdings  LLC tom.califano@sidley.com,
                    nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com

Thomas Robert Califano
                    on behalf of Jointly Administered Party/Debtor Prospect Ambulatory Holding  LLC tom.califano@sidley.com,
                    nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com

Thomas Robert Califano
                    on behalf of Jointly Administered Party/Debtor Prospect Penn  LLC tom.califano@sidley.com,
                    nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com

Thomas Robert Califano
                    on behalf of Debtor Prospect ECHN  Inc. tom.califano@sidley.com, nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com

Thomas Robert Califano
                    on behalf of Debtor Prospect Health Source Medical Group  Inc. tom.califano@sidley.com,
                    nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com

Thomas Robert Califano
                    on behalf of Debtor Prospect Health Ventures Holdings  LLC tom.califano@sidley.com,
                    nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com

Thomas Robert Califano
                    on behalf of Jointly Administered Party/Debtor Prospect Blackstone Valley Surgicare  LLC tom.califano@sidley.com,
                    nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com

Thomas Robert Califano
                    on behalf of Debtor Prospect Health Services PA  Inc. tom.califano@sidley.com,
                    nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com

Thomas Robert Califano
                    on behalf of Debtor Prospect CharterCARE RWMC  LLC tom.califano@sidley.com,
                    nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com

Thomas Robert Califano
                    on behalf of Jointly Administered Party/Debtor Prospect Crozer  LLC tom.califano@sidley.com,
                    nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com

District/off: 0539-8                                      User: admin                                      Page 28 of 35
Date Rcvd: Sep 25, 2025                          Form ID: pdf012                                      Total Noticed: 1

Thomas Robert Califano

        on behalf of Debtor Prospect Waterbury Ambulatory Surgery  LLC tom.califano@sidley.com,
        nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com

Thomas Robert Califano

        on behalf of Debtor Prospect Waterbury  Inc. tom.califano@sidley.com,
        nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com

Thomas Robert Califano

        on behalf of Jointly Administered Party/Debtor Prospect ACO Holdings  LLC tom.califano@sidley.com,
        nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com

Thomas Robert Califano

        on behalf of Debtor Prospect CT  Inc. tom.califano@sidley.com, nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com

Thomas Robert Califano

        on behalf of Jointly Administered Party/Debtor Prospect ECHN  Inc. tom.califano@sidley.com,
        nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com

Thomas Robert Califano

        on behalf of Debtor Prospect CharterCARE Home Health and Hospice  LLC tom.califano@sidley.com,
        nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com

Thomas Robert Califano

        on behalf of Jointly Administered Party/Debtor Prospect Provider Group CT  LLC tom.califano@sidley.com,
        nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com

Thomas Robert Califano

        on behalf of Jointly Administered Party/Debtor Prospect ECHN Eldercare Services  Inc. tom.califano@sidley.com,
        nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com

Thomas Robert Califano

        on behalf of Jointly Administered Party/Debtor Prospect Provider Group PA  LLC tom.califano@sidley.com,
        nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com

Thomas Robert Califano

        on behalf of Jointly Administered Party/Debtor Prospect Oldco NJ  Inc. tom.califano@sidley.com,
        nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com

Thomas Robert Califano

        on behalf of Jointly Administered Party/Debtor Healthcare Staffing on Demand  LLC tom.califano@sidley.com,
        nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com

Thomas Robert Califano

        on behalf of Debtor Prospect Health Access Network  Inc. tom.califano@sidley.com,
        nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com

Thomas Robert Califano

        on behalf of Debtor Prospect CharterCARE SJHSRI  LLC tom.califano@sidley.com,
        nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com

Thomas Robert Califano

        on behalf of Debtor Prospect East Hospital Advisory Services  LLC tom.califano@sidley.com,
        nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com

Thomas Robert Califano

        on behalf of Jointly Administered Party/Debtor New University Medical Group  LLC tom.califano@sidley.com,
        nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com

Thomas Robert Califano

        on behalf of Jointly Administered Party/Debtor Prospect Ambulatory Surgery Centers  LLC tom.califano@sidley.com,
        nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com

Thomas Robert Califano

        on behalf of Jointly Administered Party/Debtor Prospect Provider Groups  LLC tom.califano@sidley.com,
        nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com

Thomas Robert Califano

        on behalf of Debtor Prospect CharterCARE Physicians  LLC tom.califano@sidley.com,
        nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com

Thomas Robert Califano

        on behalf of Debtor Prospect CT Medical Foundation  Inc. tom.califano@sidley.com,
        nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com

Thomas Robert Califano

        on behalf of Debtor Nuestra Familia Medical Group  Inc. tom.califano@sidley.com,
        nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com

Thomas Robert Califano

        on behalf of Debtor Nix SPE  LLC tom.califano@sidley.com, nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com

Thomas Robert Califano

District/off: 0539-8    User: admin    Page 29 of 35
Date Rcvd: Sep 25, 2025    Form ID: pdf012    Total Noticed: 1

on behalf of Debtor Prospect Ambulatory Surgery Centers LLC tom.califano@sidley.com, nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com

Thomas Robert Califano

on behalf of Debtor Coordinated Regional Care Group LLC tom.califano@sidley.com, nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com

Thomas Robert Califano

on behalf of Jointly Administered Party/Debtor Prospect ECHN Home Health Inc. tom.califano@sidley.com, nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com

Thomas Robert Califano

on behalf of Jointly Administered Party/Debtor Prospect Management Services LLC tom.califano@sidley.com, nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com

Thomas Robert Califano

on behalf of Debtor Prospect Professional Care Medical Group Inc. tom.califano@sidley.com, nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com

Thomas Robert Califano

on behalf of Jointly Administered Party/Debtor Prospect Nix Home Health and Hospice LLC tom.califano@sidley.com, nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com

Thomas Robert Califano

on behalf of Jointly Administered Party/Debtor Prospect CT Management Services Inc. tom.califano@sidley.com, nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com

Thomas Robert Califano

on behalf of Debtor Prospect ECHN Home Health Inc. tom.califano@sidley.com, nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com

Thomas Robert Califano

on behalf of Jointly Administered Party/Debtor Nix Community General Hospital LLC tom.califano@sidley.com, nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com

Thomas Robert Califano

on behalf of Jointly Administered Party/Debtor Nix SPE LLC tom.califano@sidley.com, nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com

Thomas Robert Califano

on behalf of Debtor Prospect DCMH LLC tom.califano@sidley.com, nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com

Thomas Robert Califano

on behalf of Jointly Administered Party/Debtor Prospect Waterbury Home Health Inc. tom.califano@sidley.com, nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com

Thomas Robert Califano

on behalf of Jointly Administered Party/Debtor Prospect Hospital Holdings LLC tom.califano@sidley.com, nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com

Thomas Robert Califano

on behalf of Jointly Administered Party/Debtor Nix Hospitals System LLC tom.califano@sidley.com, nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com

Thomas Robert Califano

on behalf of Jointly Administered Party/Debtor Prospect Crozer Ambulatory Surgery LLC tom.califano@sidley.com, nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com

Thomas Robert Califano

on behalf of Jointly Administered Party/Debtor Prospect Health Access Network Inc. tom.califano@sidley.com, nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com

Thomas Robert Califano

on behalf of Debtor Prospect Penn LLC tom.califano@sidley.com, nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com

Thomas Robert Califano

on behalf of Debtor Primary and Multi-Specialty Clinics of Anaheim Inc. tom.califano@sidley.com, nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com

Thomas Robert Califano

on behalf of Debtor Prospect Medical Holdings Inc. tom.califano@sidley.com, nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com

Thomas Robert Califano

on behalf of Debtor ProMed Health Care Administrators tom.califano@sidley.com nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com

Thomas Robert Califano

on behalf of Jointly Administered Party/Debtor Prospect Crozer Home Health and Hospice LLC tom.califano@sidley.com, nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com

Thomas Robert Califano

|  |  |
|---|---|
| | on behalf of Debtor Prospect RI Home Health and Hospice  LLC tom.califano@sidley.com, nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com |
| Thomas Robert Califano | |
| | on behalf of Debtor Prospect Provider Group NJ  LLC tom.califano@sidley.com, nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com |
| Thomas Robert Califano | |
| | on behalf of Jointly Administered Party/Debtor Prospect CharterCARE  LLC tom.califano@sidley.com, nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com |
| Thomas Robert Califano | |
| | on behalf of Debtor Prospect Provider Group RI  LLC tom.califano@sidley.com, nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com |
| Thomas Robert Califano | |
| | on behalf of Debtor Prospect Caring Hand  Inc. tom.califano@sidley.com, nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com |
| Thomas Robert Califano | |
| | on behalf of Debtor Prospect Manchester Hospital  Inc. tom.califano@sidley.com, nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com |
| Thomas Robert Califano | |
| | on behalf of Debtor Prospect Provider Groups  LLC tom.califano@sidley.com, nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com |
| Thomas Robert Califano | |
| | on behalf of Jointly Administered Party/Debtor Prospect Integrated Behavioral Health  Inc. tom.califano@sidley.com, nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com |
| Thomas Robert Califano | |
| | on behalf of Debtor Hospital Advisory Services  Inc. tom.califano@sidley.com, nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com |
| Thomas Robert Califano | |
| | on behalf of Debtor Associates in Primary Care Medicine  Inc. tom.califano@sidley.com, nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com |
| Thomas Robert Califano | |
| | on behalf of Debtor StarCare Medical Group  Inc. tom.califano@sidley.com, nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com |
| Thomas Robert Califano | |
| | on behalf of Debtor Prospect Hospital Holdings  LLC tom.califano@sidley.com, nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com |
| Thomas Robert Califano | |
| | on behalf of Debtor Prospect Crozer Home Health and Hospice  LLC tom.califano@sidley.com, nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com |
| Thomas Robert Califano | |
| | on behalf of Debtor Prospect ECHN Eldercare Services  Inc. tom.califano@sidley.com, nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com |
| Thomas Robert Califano | |
| | on behalf of Debtor Prospect Integrated Behavioral Health  Inc. tom.califano@sidley.com, nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com |
| Thomas Robert Califano | |
| | on behalf of Debtor Prospect CT Management Services  Inc. tom.califano@sidley.com, nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com |
| Thomas Robert Califano | |
| | on behalf of Jointly Administered Party/Debtor Prospect Waterbury  Inc. tom.califano@sidley.com, nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com |
| Thomas Robert Califano | |
| | on behalf of Debtor Prospect Crozer Ambulatory Surgery  LLC tom.califano@sidley.com, nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com |
| Thomas Robert Califano | |
| | on behalf of Debtor Prospect Medical Group AZ  LLC tom.califano@sidley.com, nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com |
| Thomas Robert Califano | |
| | on behalf of Debtor Alta Los Angeles Hospitals  Inc. tom.califano@sidley.com, nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com |
| Thomas Robert Califano | |
| | on behalf of Jointly Administered Party/Debtor Nix Physicians  Inc. tom.califano@sidley.com, nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com |

District/off: 0539-8
Date Rcvd: Sep 25, 2025

User: admin
Form ID: pdf012

Page 31 of 35
Total Noticed: 1

Thomas Robert Califano

on behalf of Debtor Prospect Health Services AZ  LLC tom.califano@sidley.com,
nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com

Thomas Robert Califano

on behalf of Debtor Prospect Home Health and Hospice  LLC tom.califano@sidley.com,
nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com

Thomas Robert Califano

on behalf of Debtor Prospect Intermediate Physician Holdings  Inc. tom.califano@sidley.com,
nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com

Thomas Robert Califano

on behalf of Debtor Prospect Health Services CT  Inc. tom.califano@sidley.com,
nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com

Thomas Robert Califano

on behalf of Debtor PHS Holdings  LLC tom.califano@sidley.com, nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com

Thomas Robert Califano

on behalf of Jointly Administered Party/Debtor Prospect East Holdings  Inc. tom.califano@sidley.com,
nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com

Thomas Robert Califano

on behalf of Jointly Administered Party/Debtor Prospect CCMC  LLC tom.califano@sidley.com,
nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com

Thomas Robert Califano

on behalf of Debtor Prospect CharterCARE Ancillary Services  LLC tom.califano@sidley.com,
nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com

Thomas Robert Califano

on behalf of Jointly Administered Party/Debtor Cardiology Associates of Greater Waterbury  P.C. tom.califano@sidley.com,
nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com

Thomas Robert Califano

on behalf of Debtor Cardiology Associates of Greater Waterbury  P.C. tom.califano@sidley.com,
nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com

Thomas Robert Califano

on behalf of Debtor Healthcare Staffing on Demand  LLC tom.califano@sidley.com,
nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com

Thomas Robert Califano

on behalf of Jointly Administered Party/Debtor Prospect NJ  Inc. tom.califano@sidley.com,
nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com

Thomas Robert Califano

on behalf of Debtor Prospect Crozer Urgent Care  LLC tom.califano@sidley.com,
nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com

Thomas Robert Califano

on behalf of Jointly Administered Party/Debtor Prospect ACO Northeast  LLC tom.califano@sidley.com,
nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com

Thomas Robert Califano

on behalf of Debtor Prospect NWOC Medical Group  Inc. tom.califano@sidley.com,
nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com

Thomas Robert Califano

on behalf of Debtor Prospect ACO Northeast  LLC tom.califano@sidley.com,
nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com

Thomas Robert Califano

on behalf of Jointly Administered Party/Debtor Nix Services  LLC tom.califano@sidley.com,
nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com

Thomas Robert Califano

on behalf of Debtor Prospect Blackstone Valley Surgicare  LLC tom.califano@sidley.com,
nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com

Thomas Robert Califano

on behalf of Debtor Prospect Provider Group TX  Inc. tom.califano@sidley.com,
nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com

Thomas Robert Califano

on behalf of Jointly Administered Party/Debtor Prospect East Hospital Advisory Services  LLC tom.califano@sidley.com,
nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com

Thomas Robert Califano

on behalf of Jointly Administered Party/Debtor Coordinated Regional Care Group  LLC tom.califano@sidley.com,
nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com

Thomas Robert Califano
    on behalf of Debtor Upland Medical Group  a Professional Medical Corporation tom.califano@sidley.com,
    nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com

Thomas Robert Califano
    on behalf of Debtor Prospect Medical Systems  LLC tom.califano@sidley.com,
    nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com

Thomas Robert Califano
    on behalf of Jointly Administered Party/Debtor Alta Los Angeles Hospitals  Inc. tom.califano@sidley.com,
    nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com

Thomas Robert Califano
    on behalf of Debtor Prospect Provider Group CT  LLC tom.califano@sidley.com,
    nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com

Thomas Robert Califano
    on behalf of Debtor Prospect Medical Group  Inc. tom.califano@sidley.com,
    nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com

Thomas Robert Califano
    on behalf of Jointly Administered Party/Debtor Prospect Provider Group RI  LLC tom.califano@sidley.com,
    nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com

Thomas Robert Califano
    on behalf of Debtor Prospect Intermediate Holdings  LLC tom.califano@sidley.com,
    nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com

Thomas Robert Califano
    on behalf of Jointly Administered Party/Debtor Prospect CharterCARE RWMC  LLC tom.califano@sidley.com,
    nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com

Thomas Robert Califano
    on behalf of Debtor New Genesis Medical Associates  Inc. tom.califano@sidley.com,
    nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com

Thomas Robert Califano
    on behalf of Debtor PHP Holdings  LLC tom.califano@sidley.com, nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com

Thomas Robert Califano
    on behalf of Debtor Prospect Provider Group PA  LLC tom.califano@sidley.com,
    nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com

Thomas Robert Califano
    on behalf of Debtor Prospect Health Services TX  Inc tom.califano@sidley.com,
    nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com

Thomas Robert Califano
    on behalf of Jointly Administered Party/Debtor Prospect Health Services CT  Inc. tom.califano@sidley.com,
    nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com

Thomas Robert Califano
    on behalf of Jointly Administered Party/Debtor Southern California Healthcare System  Inc. tom.califano@sidley.com,
    nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com

Thomas Robert Califano
    on behalf of Debtor Prospect Ambulatory Holding  LLC tom.califano@sidley.com,
    nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com

Thomas Robert Califano
    on behalf of Debtor Prospect West Coast ACO Holdings  LLC tom.califano@sidley.com,
    nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com

Thomas Robert Califano
    on behalf of Jointly Administered Party/Debtor Prospect Health Services PA  Inc. tom.califano@sidley.com,
    nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com

Thomas Robert Califano
    on behalf of Debtor Pomona Valley Medical Group  Inc. tom.califano@sidley.com,
    nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com

Thomas Robert Califano
    on behalf of Jointly Administered Party/Debtor Prospect Crozer Urgent Care  LLC tom.califano@sidley.com,
    nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com

Thomas Robert Califano
    on behalf of Jointly Administered Party/Debtor Prospect CharterCARE Physicians  LLC tom.califano@sidley.com,
    nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com

Thomas Robert Califano
    on behalf of Jointly Administered Party/Debtor Prospect DCMH  LLC tom.califano@sidley.com,
    nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com

Thomas Robert Califano
on behalf of Jointly Administered Party/Debtor Hospital Advisory Services  Inc. tom.califano@sidley.com,
nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com

Thomas Robert Califano
on behalf of Debtor Prospect CharterCARE  LLC tom.califano@sidley.com,
nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com

Thomas Robert Califano
on behalf of Jointly Administered Party/Debtor PHS Holdings  LLC tom.califano@sidley.com,
nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com

Thomas Robert Califano
on behalf of Debtor Prospect East Holdings  Inc. tom.califano@sidley.com,
nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com

Thomas Robert Califano
on behalf of Debtor Prospect CA Holdings (Physicians)  Inc tom.califano@sidley.com,
nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com

Thomas Robert Califano
on behalf of Debtor Nix Services  LLC tom.califano@sidley.com, nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com

Thomas Robert Califano
on behalf of Jointly Administered Party/Debtor Prospect CharterCARE SJHSRI  LLC tom.califano@sidley.com,
nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com

Thomas Robert Califano
on behalf of Debtor Nix Physicians  Inc. tom.califano@sidley.com, nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com

Thomas Robert Califano
on behalf of Jointly Administered Party/Debtor Alta Hospitals System  LLC tom.califano@sidley.com,
nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com

Thomas Robert Califano
on behalf of Debtor Prospect Oldco NJ  Inc. tom.califano@sidley.com,
nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com

Thomas Robert Califano
on behalf of Jointly Administered Party/Debtor Prospect CT  Inc. tom.califano@sidley.com,
nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com

Thomas Robert Califano
on behalf of Jointly Administered Party/Debtor Prospect Home Health and Hospice  LLC tom.califano@sidley.com,
nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com

Thomas Robert Califano
on behalf of Debtor Nix Community General Hospital  LLC tom.califano@sidley.com,
nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com

Thomas Robert Califano
on behalf of Debtor Genesis HealthCare of Southern California  Inc., a Medical Group tom.califano@sidley.com,
nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com

Timothy A. Davidson, II
on behalf of Interested Party Astrana Health  Inc. taddavidson@hunton.com

Timothy A. Davidson, II
on behalf of Creditor Astrana Health  Inc. taddavidson@hunton.com

Tobey M. Daluz
on behalf of Creditor Delaware County daluzt@ballardspahr.com

Tobey M. Daluz
on behalf of Creditor City of Chester daluzt@ballardspahr.com

Tracey Michelle Ohm
on behalf of Creditor Cerner Corporation  n/k/a Oracle Cerner tracey.ohm@stinson.com

Travis Robert Easton
on behalf of Creditor Juan Cruz mgodoy@eastonlawfirm.com

Trey Andrew Monsour
on behalf of Creditor Rosa Morales  Sandra Maldonado, Olivia Paone, Janice Wells, Ernesto Mercardo Suarez, Diana Florentini,
Adelino Sousa, Courtney Lisa Conley, and Ronald Joseph DelSesto tmonsour@foxrothschild.com,
rsolomon@foxrothschild.com;tmonsour@foxrothschild.com;dandreacchi@foxrothschild.com;astorts@foxrothschild.com;msteen
@foxrothschild.com

Trey Andrew Monsour
on behalf of Interested Party Wampanoag Trail Offices  LLC and Timber Properties, LLC tmonsour@foxrothschild.com,
rsolomon@foxrothschild.com;tmonsour@foxrothschild.com;dandreacchi@foxrothschild.com;astorts@foxrothschild.com;msteen
@foxrothschild.com

Trey Andrew Monsour
on behalf of Creditor Microsoft Corporation and its wholly owned subsidiary Nuance Communications Inc.
tmonsour@foxrothschild.com,
rsolomon@foxrothschild.com;tmonsour@foxrothschild.com;dandreacchi@foxrothschild.com;astorts@foxrothschild.com;msteen
@foxrothschild.com

Trey Andrew Monsour
on behalf of Interested Party Upper Darby School District tmonsour@foxrothschild.com
rsolomon@foxrothschild.com;tmonsour@foxrothschild.com;dandreacchi@foxrothschild.com;astorts@foxrothschild.com;msteen
@foxrothschild.com

Trey Andrew Monsour
on behalf of Creditor Finthrive Inc. tmonsour@foxrothschild.com,
rsolomon@foxrothschild.com;tmonsour@foxrothschild.com;dandreacchi@foxrothschild.com;astorts@foxrothschild.com;msteen
@foxrothschild.com

Trey Andrew Monsour
on behalf of Creditor University Orthopedics Inc. tmonsour@foxrothschild.com,
rsolomon@foxrothschild.com;tmonsour@foxrothschild.com;dandreacchi@foxrothschild.com;astorts@foxrothschild.com;msteen
@foxrothschild.com

Trey Andrew Monsour
on behalf of Creditor Philips Healthcare tmonsour@foxrothschild.com
rsolomon@foxrothschild.com;tmonsour@foxrothschild.com;dandreacchi@foxrothschild.com;astorts@foxrothschild.com;msteen
@foxrothschild.com

Tricia Ann Morra
on behalf of Creditor U.S. Bank Trust National Association tmorra@raslg.com

Tricia Ann Morra
on behalf of Creditor U.S. BANK TRUST NATIONAL ASSOCIATION NOT IN ITS INDIVIDUAL CAPACITY BUT
SOLELY AS OWNER TRUSTEE FOR RCF 2 ACQUISITION TRUST tmorra@raslg.com

United States Trustee
ustpregion06.da.ecf@usdoj.gov

Veronica A. Courtney
on behalf of Debtor Prospect Medical Holdings Inc. vcourtney@sidley.com,
veronica--courtney--6476@ecf.pacerpro.com;txefilingnotice@sidley.com

Vickie L. Driver
on behalf of Creditor Upper Darby Township vickie@driversteplaw.com  crissie@driversteplaw.com;elisa@driversteplaw.com

Vienna Flores Anaya
on behalf of Creditor Connecticut Health Insurance Company vanaya@jw.com
vflores@ecf.courtdrive.com;kgradney@jw.com;osalvatierra@jw.com

Vincent P. Slusher
on behalf of Debtor Prospect Medical Holdings Inc. vince.slusher@proton.me

Vivian Nahir Lopez
on behalf of Creditor The Foundation of Delaware County (PA) vlopez@mgs-legal.com

Weldon L. Moore, III
on behalf of Creditor Southern California Gas Company wmoore@csmlaw.net

Weldon L. Moore, III
on behalf of Creditor Yankee Gas Services Company wmoore@csmlaw.net

Weldon L. Moore, III
on behalf of Creditor Constellation NewEnergy Inc. wmoore@csmlaw.net

Weldon L. Moore, III
on behalf of Creditor The Connecticut Light & Power Company wmoore@csmlaw.net

Weldon L. Moore, III
on behalf of Creditor PECO Energy Company wmoore@csmlaw.net

Weldon L. Moore, III
on behalf of Creditor Estate of David Scavetta wmoore@csmlaw.net

Weldon L. Moore, III
on behalf of Creditor Southern California Edison Company wmoore@csmlaw.net

Weldon L. Moore, III
on behalf of Creditor Rhode Island Energy wmoore@csmlaw.net

Wes McCutcheon
on behalf of Creditor U.S. Bank National Association d/b/a U.S. Bank Equipment Finance WMcCutcheon@padfieldstout.com

Wes McCutcheon
on behalf of Creditor LEAF Capital Funding LLC WMcCutcheon@padfieldstout.com

Wes McCutcheon
                on behalf of Creditor Dext Capital  LLC WMcCutcheon@padfieldstout.com

Wes McCutcheon
                on behalf of Creditor De Lage Landen Financial Services  Inc. WMcCutcheon@padfieldstout.com

William E Curtin
                on behalf of Debtor Prospect Medical Holdings  Inc. wcurtin@sidley.com,
                william-curtin-5829@ecf.pacerpro.com;nyefiling@sidley.com

Zachary S. McKay
                on behalf of Creditor Cornerstone Engineering  Inc. zmckay@jw.com, jpupo@jw.com;kgradney@jw.com;dtrevino@jw.com

Zachary S. McKay
                on behalf of Creditor Restorix Health zmckay@jw.com  jpupo@jw.com;kgradney@jw.com;dtrevino@jw.com

Zachery Z. Annable
                on behalf of Creditor AFT Connecticut zannable@haywardfirm.com  mholmes@haywardfirm.com

Zachery Z. Annable
                on behalf of Creditor Jameel Hourani zannable@haywardfirm.com  mholmes@haywardfirm.com

Zachery Z. Annable
                on behalf of Creditor American Federation of Teachers zannable@haywardfirm.com  mholmes@haywardfirm.com

Zachery Z. Annable
                on behalf of Creditor Connecticut Health Care Associates District 1199 zannable@haywardfirm.com
                mholmes@haywardfirm.com

Zoe C. Wadge
                on behalf of Creditor Pension Benefit Guaranty Corporation wadge.zoe@pbgc.gov  efile@pbgc.gov


TOTAL: 808