# Exhibit A

## Schedule of Assumed Executory Contracts and Unexpired Leases[1]

The inclusion of a contract or other agreement in the following Schedule of Assumed Executory Contracts and Unexpired Leases shall not constitute or be deemed a determination or admission by the Debtors and their Estates or any other party in interest that such contract or other agreement is, in fact, an Executory Contract or Unexpired Lease within the meaning of the Bankruptcy Code, and any and all rights of the Debtors and their Estates, the Wind-Down Debtors and their Estates, or the Plan Administrator with respect thereto are hereby reserved. Unless otherwise specified, each contract or other agreement listed herein shall include all exhibits, schedules, confirmations, riders, modifications, declarations, amendments, supplements, attachments, restatements, or other agreements made directly or indirectly by any agreement, instrument, or other document that in any manner affects such contract or other agreement, without respect to whether such agreement, instrument, or other document is listed herein. The Debtors reserve all rights to amend, revise, or supplement the Schedule of Assumed Executory Contracts and Unexpired Leases, and any of the documents and designations contained herein.

---

[1] Capitalized terms used herein shall have the meaning ascribed to them in the *Joint Chapter 11 Plan of Prospect Medical Holdings, Inc. and its Debtor Affiliates* [Docket No. 2986] (as may be amended, supplemented, or modified from time to time, and including all exhibits and supplements thereto, the "Plan").

| Item # | Counterparty | Description of Contract | Cure Amounts |
|---|---|---|---|
| 1 | ASTRANA HEALTH, INC. AND ALTA NEWPORT HOSPITAL | Purchased Transition Services Agreement Dated: 07/01/2025 | $0 |
| 2 | ASTRANA HEALTH, INC. AND ALTA NEWPORT HOSPITAL | Information Technology Transition Services Agreement Dated: 07/01/2025 | ^ |

^ Cure amount for this counterparty is already included elsewhere on this schedule.