**Exhibit C**

**Assigned Estate Causes of Action**

## Assigned Estate Causes of Action[1]

The Assigned Estate Causes of Action set forth below shall be transferred to the GUC Trust pursuant to Article IV of the Plan.

The Assigned Estate Causes of Action shall not include: (a) Causes of Action against the Debtors' current directors, officers, and employees who are Released Parties; (b) Estate Causes of Action to enforce the Global Settlement Agreement; (c) Estate Causes of Action in respect of the Junior DIP Facility and Backstop Facility; and (d) to the extent the PhysicianCo Release Effective Date does not occur on or before the Effective Date, the PhysicianCo Causes of Action, if any, against PBGC.

## Assigned Estate Causes of Action

1. All Estate Causes of Action not released pursuant to the Plan, the DIP Orders, the Global Settlement Agreement, and the PBGC Waiver.

2. All Estate Causes of Action against any parties on the Non-Released Parties Schedule including under Sections 105(a), 510(c), 542 through 551, and 553 of the Bankruptcy Code, and analogous state and common law, including, without limitation, Avoidance Actions and claims for breach of fiduciary duty, aiding and abetting breach of fiduciary duty, unlawful dividend, and unjust enrichment.

3. [Estate Causes of Action against Yale, in connection with the purchase or proposed purchase of any hospital-related assets in Connecticut, *provided* that the litigation of such claims, including the distribution of any proceeds, shall be subject to Article IV.H of the Plan.][2]

4. PhysicianCo Causes of Action (except the PhysicianCo Causes of Action against PBGC to the extent the PhysicianCo Release Effective Date does not occur on or before the Effective Date), *provided* that the litigation of such claims, including the distribution of any proceeds, shall be subject to Article IV.H of the Plan.

5. Avoidance Actions against any party who is not a Released Party.

6. All Causes of Action against any of the Debtors' former directors or officers, or against any of the Debtors' current directors or officers who are not Released Parties.

7. Solely to the extent concerning parties other than Released Parties that are Related Parties of the Debtors, all Causes of Action under any and all insurance contracts and insurance policies to which the Debtors are a party or pursuant to which the Debtors have any rights whatsoever, regardless of whether such contract or policy is specifically identified in the Plan, this Plan Supplement, or any amendments thereto or hereto, including Causes of Action against

---

[1] Capitalized terms used herein shall have the meaning ascribed to them in the *Joint Chapter 11 Plan of Prospect Medical Holdings, Inc. and its Debtor Affiliates* [Docket No. 2986] (as may be amended, supplemented, or modified from time to time, and including all exhibits and supplements thereto, the "Plan").

[2] References to Yale shall be removed upon Bankruptcy Court approval of the Yale 9019 Motion and the Debtors' receipt of the Yale Settlement Payment.

insurance carriers, reinsurance carriers, insurance brokers, underwriters, occurrence carriers, or surety bond issuers relating to coverage, indemnity, contribution, reimbursement, or any other matters; *provided* that nothing in this paragraph shall prevent, modify, or impair the coverage of Released Parties that are Related Parties of the Debtors under the D&O Liability Insurance Policies.

8. All Causes of Action against or related to all entities (other than Released Parties) that are party to or that may in the future become party to litigation, arbitration, or any other type of adversarial proceeding or dispute resolution proceeding against one or more Debtors, whether formal or informal or judicial or non-judicial, regardless of whether such entity is specifically identified in the Plan, except to the extent such entity is a Released Party.

9. All Causes of Action against or related to all entities (other than Released Parties) that owe or that may in the future owe money to the Debtors, regardless of whether such entity is expressly identified in the Plan except to the extent such entity is a Released Party. The Debtor and the GUC Trust, as applicable, expressly reserve all Causes of Action against or related to all entities who assert or may assert that the Debtor owe money to them. The claims and Causes of Action reserved include Causes of Action against vendors, suppliers of goods or services, any customer of the Debtors, or any other parties, except to the extent such party is a Released Party: (a) for overpayments, back charges, duplicate payments, improper holdbacks, deductions owing or improper deductions taken, deposits, warranties, guarantees, indemnities, recoupment, or setoff; (b) for wrongful or improper termination, suspension of services or supply of goods, or failure to meet other contractual or regulatory obligations; (c) for failure to fully perform or to condition performance on additional requirements under contracts with any one or more of the Debtors before the assumption or rejection, if applicable, of such contracts; (d) for payments, deposits, holdbacks, reserves or other amounts owed by any creditor, utility, supplier, vendor, insurer, surety, factor, lender, bondholder, lessor or other party; (e) for any liens, including mechanics', artisans', materialmens', possessory or statutory liens held by the Debtors; (f) for counter-claims and defenses related to any contractual obligations; (g) for any turnover actions arising under Bankruptcy Code sections 542 or 543; and (h) for unfair competition, interference with contract or potential business advantage, breach of contract, infringement of intellectual property or any business tort claims.

10. To the extent not released by an order of the Bankruptcy Court, all Causes of Action based in whole or in part upon any liens regardless of whether such lien is specifically identified herein.

11. All Causes of Action against any Entity arising in the ordinary course of business, such as accounts receivable and accounts payable on account of goods or services being performed.

12. Unless otherwise expressly released by the Plan, all Causes of Action based in whole or in part upon any and all contracts and leases to which any Debtor is a party or pursuant to which any Debtor has any rights whatsoever, including as a third party beneficiary or otherwise, including all contracts and leases that are assumed by the Debtors (including pursuant to the Plan) or rejected by the Debtors.

13. Causes of Action, including against any Released Party under the Plan, related to any act or omission that is determined in a Final Order to have constituted fraud, willful misconduct, or gross negligence.

14. All Causes of Action in connection with any and all tax obligations to which the Debtors are a party or pursuant to which the Debtors have any rights whatsoever, including, without limitation, against or related to all entities that owe or that may in the future owe money related to tax refunds to the Debtors or Wind-Down Debtors, including in connection with any tax refunds, credits, overpayments, recoupments, or offsets, regardless of whether such entity is specifically identified herein.

15. All Causes of Action based in whole or in part upon any and all postings of a security deposits, adequate assurance payment, or any other type of deposit, prepayment, or collateral, regardless of whether such posting of security deposit, adequate assurance payment, or any other type of deposit, prepayment or collateral is specifically identified herein.

**No Entity may rely on the absence of a specific reference in the Plan, the Plan Supplement, or the Disclosure Statement to any Cause of Action against it as any indication that the Debtors or the Plan Administrator, as applicable, will not pursue any and all available Causes of Action of the Debtors against it.**

**Nothing herein shall affect, modify or impair any release provided to MPT in connection with the Global Settlement Agreement.**