**Exhibit D**

**Non-Released Parties Schedule**

**Non-Released Parties Schedule**[1]

In accordance with the Plan, notwithstanding anything else contained therein, no persons listed below shall be a "Released Party" under the Plan:

1. Samuel S. Lee
2. David Topper
3. David & Alexa Topper Trust
4. David & Alexa Topper Family Trust
5. Leonard Green & Partners
6. Green Equity Investors V, L.P.
7. Green Equity Investors Side V, L.P.
8. Ivy LGP Co-Invest LLC
9. Steve Aleman
10. Becky Levy
11. Jim Bennett
12. Vanessa Colaco
13. Michael Collins
14. Emmanuel Demalie
15. Chris Dooley
16. Phil Eswein
17. Daniel Frank
18. David Guerrero
19. Mike Heather
20. Terri Holmes
21. Cheryl Hurst
22. Karen Izzi
23. Rick Jacobs
24. Sudathi Jeereddi
25. Praveena Jeereddi Children's Trust, dated 11-5-2012
26. Naveen Jeereddi Children's Trust, dated 11-5-2012
27. Mark Johnson
28. Tina Jones
29. Paul Lopez
30. Sherry McBride
31. Fahmida Musa
32. Stephen O'Dell
33. Nena Park
34. Jeerreddi Prasad
35. Nina Rosenfeld
36. Lily Runke
37. Ed Santos
38. Michael Sarian

---

[1] Capitalized terms used herein shall have the meaning ascribed to them in the *Joint Chapter 11 Plan of Prospect Medical Holdings, Inc. and its Debtor Affiliates* [Docket No. 2986] (as may be amended, supplemented, or modified from time to time, and including all exhibits and supplements thereto, the "Plan").

39. Hal Schaening
40. Hassan Shariff
41. Ellen Shin
42. John Strieby
43. Clarke Underwood
44. The Clarke and Kathleen Underwood Family 2006 Revocable Declaration of Trust f.k.a - Clarke Underwood
45. Donna Vigil
46. Katie Wargnier
47. Ken Wong
48. Moshe Berman
49. Debbie Berry
50. Glen Bogner
51. Sean Fowler
52. John Holiver
53. Addy Kane
54. Dave McDonald
55. Karen Reardon
56. Allen Stefanek
57. Ron Wachman
58. Peg Wallin
59. Alyse M. Wagner
60. Michael Solomon
61. George D. Pillari
62. John Baumer
63. Pat Gavin
64. Stephen Forney
65. Laura LaCorte
66. Mary Beth Formby
67. Leslie Prizant
68. Steven Collins
69. All former directors and officers of the Debtors not otherwise listed who were not serving in such capacity, or as an employee of the Debtors, as of the Petition Date;
70. All current and former equity holders of the Debtors not otherwise listed;
71. Any initial or subsequent transferee of any Person or Entity listed above, and
72. Each Related Party (as defined in the Plan) of each of the foregoing

The Debtors, in consultation with the Transaction Committee, reserve the right to modify the Persons and Entities listed on this schedule.