## Exhibit H

**Identity and Post-Effective Date Compensation of the Plan Administrator**

The Plan Administrator will be [●].  The post-Effective Date compensation for the Plan Administrator will be [●].