# Exhibit I

## Identity of Any Insider to Be Employed by the Plan Administrator

[[●] is an insider of the Debtors as that term is defined in section 101(31) of the Bankruptcy Code.  No other insider is anticipated to be employed by the Plan Administrator at this time.]