D. Alexander Barnes, Esquire
OBERMAYER REBMANN MAXWELL & HIPPEL LLP
Centre Square West, Suite 3400
1500 Market Street
Philadelphia, PA 19102
(215) 665-3184 – Phone
(215) 665-3165 – Facsimile
Email: alexander.barnes@obermayer.com

*Counsel to Willow View Partnership, LP*

**FILED**

OCT 0 3 2025

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

### UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | |
|---|---|
| In re:<br><br>PROSPECT MEDICAL HOLDINGS, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 25-80002 (SGJ)<br>(Jointly Administered) |

### MOTION TO WAIVE LOCAL COUNSEL
### REQUIREMENT UNDER LOCAL RULE 2090-4

Pursuant to L.B.R. 2090-4(a), Willow View Partnership, LP ("Willow View") requests leave to appear without local counsel and states:

1.  Willow View, as a creditor and interested party, wishes to be represented in these bankruptcy matters by attorneys D. Alexander Barnes of Obermayer Rebmann Maxwell & Hippel LLP. An application for Attorney Barnes to appear *pro hac vice* has been filed contemporaneously herewith. The undersigned is also registered as an ECF filer.

2.  Mr. Barnes is licensed to practice in Pennsylvania and New Jersey and has thirty-seven (37) years' experience. He has appeared in federal district and bankruptcy courts in multiple jurisdictions.

4905-0255-1917

3. Willow View is based in greater Philadelphia region of Pennsylvania, where the undersigned are also based. The undersigned does not reside nor maintain an office in the Northern District of Texas.

4. The undersigned counsel is prepared to perform all duties of local counsel, including appearance at hearings, as well as all other duties required by the local rules and procedures of this Court. Notwithstanding the foregoing, Willow View expects its involvement in these cases to be limited.

WHEREFORE, Willow View requests leave to proceed without local counsel pursuant to L.B.R. 2090-4(a).

Dated: 10/2/25

Respectfully Submitted,

By: /s/ D. Alexander Barnes
D. Alexander Barnes, Esquire
OBERMAYER REBMANN MAXWELL & HIPPEL LLP
Centre Square West, Suite 3400
1500 Market Street
Philadelphia, PA 19102
(215) 665-3184 – Phone
(215) 665-3165 – Facsimile
Email: alexander.barnes@obermayer.com

*Counsel to Willow View Partnership, LP*

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://omniagentsolutions.com/Prospect. The Debtors' mailing address is 3824 Hughes Ave., Culver City, CA 90232.

4905-0255-1917

2

## CERTIFICATION OF SERVICE

I, D. Alexander Barnes, Esquire, hereby certify that this Motion to Waive Local Counsel Requirement was electronically filed and served to the parties that are registered or otherwise entitled to receive electronic notices in this case pursuant to the Electronic Filing Procedures in this District on October 2, 2025.

Dated: _____

By: _____
D. Alexander Barnes, Esquire
OBERMAYER REBMANN MAXWELL & HIPPEL LLP
Centre Square West, Suite 3400
1500 Market Street
Philadelphia, PA 19102
(215) 665-3184 – Phone
(215) 665-3165 – Facsimile
Email: alexander.barnes@obermayer.com

*Counsel to Willow View Partnership, LP*

4905-0255-1917