BTXN 105a (rev. 09/19)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF TEXAS

In Re:

Prospect Medical Holdings, Inc., et al.[1] § § § § § § §  Case No.: 25-80002-SGJ

Chapter 11

# APPLICATION FOR ADMISSION *PRO HAC VICE*

1. Name: Perry_____ Andrew_____ T._____
          *Last*              *First*              *MI*

2. Firm Name: Foran Glennon Palandech Ponzi & Rudloff PC

3. Address: 999 18th Street
            Unit 3000
            Denver, CO 80202

4. Phone: 720-336-2249         FAX: _____

   Email: aperry@fgppr.com

5. Name used to sign *all* pleadings: Andrew T. Perry

6. Retained by: National Fire & Marine Insurance Company

7. Admitted on June 15, 2015 and presently a member in good standing of the bar of the highest court of the state of Colorado

   48510

8. Admitted to practice before the following courts:

   | Court: | Admission Date: |
   |---|---|
   | District of Colorado | Sept. 15, 2025 |
   | Eastern District of North Carolina Bankruptcy | Aug. 2013 |
   | Western District of North Carolina Bankruptcy | Oct. 2014 |

*Continued.*

[1] A complete list of each of the Debtors in these Chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://omniagentsolutions.com/Prospect. The Debtors' mailing address is 3824 Hughes Ave., Culver City, CA 90232

9. Are you presently a member in good standing of the bars of the courts listed above?

   ☒ Yes ☐ No

   If "No," please list all courts which you are no longer admitted to practice:

10. Have you ever been subject to a grievance proceeding or involuntary removal proceeding while a member of the bar of any state or federal court?

    ☐ Yes ☒ No

    If "Yes," please provide details:

11. Other than minor traffic offenses, have you ever been charged, arrested, or convicted of a criminal offense or offenses?

    ☐ Yes ☒ No

    If "Yes," please provide details:

12. Please list all cases in the United States Bankruptcy Court, Northern District of Texas in which you have filed for *pro hac vice* in the past three years:

    | Date of Application | Case No. and Style |
    |---|---|
    | | |
    | | |
    | | |

13. Local counsel of record: Concurrently filing Motion to Waive Requirement of Local Counsel under Local Rule 2090-4

14. Local counsel's address: _____

*Continued.*

I respectfully request to be admitted to practice in the United States Bankruptcy Court for the Northern District of Texas for this cause only.

I certify that I have read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D. 284 (N.D. Tex. 1988) (en banc), and the local civil and bankruptcy rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil and bankruptcy rules.

☐ I am an ECF filer. I also certify that I have served a true and correct copy of this document upon each attorney of record and filed the application via ECF with the payment of $100.00

☐ I am not an ECF filer. I also certify that I have served a true and correct copy of this document upon each attorney of record and the original upon the US Bankruptcy Court accompanied with the $100.00 filing fee on  October 2, 2025  .

Andrew T. Perry  
Printed Name of Applicant

October 2, 2025  
Date

*s/Andrew T. Perry*  
Signature of Applicant