**EXHIBIT A**

| **Pending Claimant Case** | **Name of Debtor or Affiliate** | **State Court Counsel** | **Pending Court** |
| --- | --- | --- | --- |
| Rosa Morales | Chartercare Community Board d/b/a Chartercare Health Partners Prospect Chartercare RWMC, LLC, Roger Williams Medical Center | Marasco & Nesselbush, LLP | Rhode Island Superior Court |
| Olivia Paone | Prospect Chartercare SJHSRI, LLC d/b/a Fatima Hospital | Marasco & Nesselbush, LLP | Rhode Island Superior Court |
| Courtney Lisa Conley | Prospect Chartercare SJHSRI, LLC d/b/a Our Lady of Fatima | Marasco & Nesselbush, LLP | Rhode Island Superior Court |
| Ronald Joseph DelSesto | Prospect Chartercare SJHSRI, LLC d/b/a Our Lady of Fatima | Marasco & Nesselbush, LLP | Rhode Island Superior Court |
| Phyllis Bourque; Estate of Ronald Bourque | Prospect Chartercare SJHSRI, LLC d/b/a Our Lady of Fatima | Marasco & Nesselbush, LLP | |
| Janice Wells | Prospect CharterCARE RWMC, LLC d/b/a Roger Williams Medical Center | Marasco & Nesselbush, LLP | Rhode Island Superior Court |