Trey A. Monsour
Tex. Bar No. 14277200
FOX ROTHSCHILD LLP
Saint Ann Court
2501 North Harwood Street, Suite 1800
Dallas, TX  75201
Telephone: (214) 231-5796
Facsimile: (972) 404-0516
E-mail:  tmonsour@foxrothschild.com

*Attorneys for Claimants*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| In re: <br><br> PROSPECT MEDICAL HOLDINGS, INC., *et al.*,[1] <br><br> Debtors. | Chapter 11 <br><br> Case No. 25-80002 (SGL) <br><br> (Jointly Administered) |

**MOTION FOR SETTING AND REQUEST FOR EXPEDITED HEARING**

1.	Rosa Morales, Olivia Paone, Courtney Lisa Conley, Ronald Joseph DelSesto, Janice Wells and Phyllis Bourque (the "Claimants") hereby request that a hearing on the *Emergency Motion of Rosa Morales, Olivia Paone, Courtney Lisa Conley, Ronald Joseph Delsesto, Phyllis Bourque, and Janice Wells for Relief from the Stay to Permit the Commencement and Continuation of Personal Injury Litigation and to Pursue Insurance Proceeds* (the "Motion") be set on October 10, 2025 at 9:30 a.m. (prevailing Central Time).  Hearing by such date is necessary in light of the Debtors' recently filed *Emergency Motion for Entry of an Order (I)*

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://omniagentsolutions.com/Prospect. The Debtors' mailing address is 3824 Hughes Ave., Culver City, CA 90232.

169398978.2

177851056.1

*Modifying the Automatic Stay to Permit MLS Movants to Liquidate their PL/GL Claims and to Collect Against the Debtors' Available Insurance Coverage and (II) Granting Related Relief* [Docket No. 3335] (the "Debtors' Stay Motion"). The Debtors' Stay Motion is set for hearing on October 10, 2025 at 9:30 a.m. (prevailing Central Time), and the Claimants herein respectfully request that they be heard at the same time as the Debtors' Stay Motion, as the relief contemplated therein directly impacts Claimants' relief requested. The Court is likely to issue a ruling that applies to all medical malpractice claimants broadly and these Claimants would like an opportunity to be heard.

2. Notice of proposed expedited hearing will be provided to the Debtor, Debtor's counsel, counsel to the Committee of Unsecured Creditors, the United States Trustee, and all parties requesting notice via the Court's CM/ECF system.

3. A hearing was not requested earlier because the Claimants were previously in negotiations with the Debtors regarding the automatic stay and applicability of the same, and were bound by the *Order (I) Approving and Authorizing Mandatory Claims Resolution Procedures to Resolve Professional Liability and General Liability Claims; and (II) Granting Related Relief* [Docket No. 2181] (the "Claims Resolution Order"). In light of the Debtors' Stay Motion, a hearing on the Claimants' Motion at the same time is necessary.

Dated: October 7, 2025  /s/ *Trey A. Monsour*
Trey A. Monsour, Esq. (Tex. Bar No. 14277200)
Fox Rothschild LLP
Saint Ann Court
2501 North Harwood Street, Suite 1800
Dallas, TX 75201
Telephone: (214) 231-5796
Facsimile: (972) 404-0516
2727 Revere Street #2048
Houston, TX 77098
Mobile: (713) 927-7469
E-mail: tmonsour@foxrothschild.com
*Attorneys for Claimants*