**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| In re: | : : : | Chapter 11 |
| PROSPECT MEDICAL HOLDINGS, INC., et al.,[1] | : : : | Case No. 25-80002 (SGJ) |
| Debtors. | : : : : | (Jointly Administered) |
| | : | **HEARING:** |
| | x | **OCTOBER 14, 2025 AT 9:30 A.M.** |

**THE GROUP OF MEDICAL MALPRACTICE CLAIMANTS' (I) LIMITED OBJECTION AND RESERVATION OF RIGHTS TO THE JOINT CHAPTER 11 PLAN OF PROSPECT MEDICAL HOLDINGS INC. AND ITS DEBTOR AFFILIATES; AND (II) JOINDERS IN AND TO THE OBJECTIONS OF (A) THE AD HOC COMMITTEE OF MEDICAL MALPRACTICE CLAIMANTS [DKT # 3372]; (B) MEDICAL MALPRACTICE CLAIMANTS [DKT # 3373], AND (C) PERSONAL INJURY CLAIMANTS [DKT # 3382] TO SAME**
(Dkt. No. 2986)

COME NOW, the Group of Medical Malpractice Claimants (the "GMMC"), creditors and parties-in-interest in the above-captioned bankruptcy case ("Bankruptcy Case") filed by the Debtors, and hereby submit this Limited Objection and Reservation of Rights to the *Joint Chapter 11 Plan of Prospect Medical Holdings, Inc. and its Debtor Affiliates* [[Dkt # 2986] ("Plan"), and joins in and to the Objections of (a) the Ad Hoc Committee of Medical Malpractice Claimants [Dkt # 3372] ("Ad Hoc Objection"); (b) Medical Malpractice Claimants [Dkt 3373] ("MMC Objection"), and (c) Personal Injury Claimants [Dkt # 3382]("PI Objection"), and would respectfully show the following:

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://omniagentsolutions.com/Prospect. The Debtors' mailing address is 3824 Hughes Ave., Culver City, CA 90232.

1. Like the Ad Hoc Committee, the GMMC are plaintiffs in various lawsuits against the Debtors arising out of treatments at Pennsylvania hospitals.

2. Each member of the GMMC timely filed proofs of claim against one or more of the Debtors. To date, none of those proofs of claim have been objected to by the Debtors or any other party. The Debtors did not file a Motion to Estimate any of the claims of the GMMC, and have not obtained a ruling on any such estimation. Notwithstanding same, the Ballots for voting on the Debtors' Plan received by each of the GMMC claimants improperly listed each of the GMMC claimants claims at $1, not at the amount set forth in the GMMC claimants' filed proofs of claim. The GMMC objects to the improper estimation of each of their claims, and asks that the Court order that each of the Ballots submitted by a GMMC claimant be counted in the amount of that claimant's filed proof or proofs of claim.

3. Further, the Plan also contains improperly broad releases, and releases to third-parties that are prohibited under the Bankruptcy Code and under recent United States Supreme Court precedent.

4. Additionally, the GMMC adopts each of the arguments and comments set forth in the Ad Hoc Objection, the MMC Objection, and the PI Objection as if each were fully set forth herein verbatim.

5. While the GMMC and other lift stay counsel continue their negotiations with counsel for the Debtors on an acceptable form of Plan and Plan Order that do not leave the gMMC claimants in limbo or without any real relief, since they could otherwise by barred from bringing their respective claims under the Plan's current various release and injunctions. Accordingly. out of an abundance of caution, the GMMC files this Limited Objection and Joinders, and reservation

of rights while the negotiations and revisions continue, to preserve their rights at the hearing on the Plan.

6.     The GMMC reserves its right to supplement this Limited Objection and Joinders, and its reservation of rights, as may be necessary and appropriate.

WHEREFORE the GMMC prays that the Court not approve the Debtors' Plan, and grant such other and further relief that may be justified under the circumstances.

RESPECTFULLY SUBMITTED this 8th of October, 2025

**MUNSCH HARDT KOPF & HARR, P.C.**

By: */s/ Marc W. Taubenfeld*
Marc W. Taubenfeld
Texas Bar No. 19679800
500 N. Akard St., Ste. 4000
Dallas, TX 75201
(214) 855-7500
mtaubenfeld@munsch.com
kjaska@munsch.com

**COUNSEL FOR THE GROUP OF MEDICAL MALPRACTICE CLAIMANTS**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that, on this the 8th day of October, 2025, true and correct copies of this document was duly served to all registered parties through the CM/ECF system for the United States Bankruptcy Court for the Northern District of Texas..

*/s/ Marc W. Taubenfeld*
Marc W. Taubenfeld