David D. Ritter
State Bar No. 00791534
RITTER SPENCER CHENG PLLC
17950 Preston Road, Suite 250
Dallas, Texas 75252
Tel.: (214) 295-5078
Fax: (214) 329-4362
dritter@ritterspencercheng.com

**ATTORNEY FOR LILLIAN H. MICHAELS,**
**in and through her Guardian Ad Litem,**
**John Michael**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| PROSPECT MEDICAL HOLDINGS, INC., et al., | § § § § | Case No. 25-80002 (SGJ)<br>(Chapter 11) |
| DEBTOR. | § § | |

## LILLIAN H. MICHAELS JOINDER TO OBJECTION OF THE AD HOC COMMITTEE OF MEDICAL MALPRACTICE CLAIMANTS TO CONFIRMATION OF THE PLAN OF REORGANIZATION

Lillian Michaels by and through her guardian ad litem John Michael, a creditor and party in interest in this case, joins in the *Objection of the Ad Hoc Committee of Medical Malpractice Claimants* [Dkt # 3372] ("Ad Hoc Objection") and shows as follows:

1. Ms. Michaels is an elderly woman who was injured by the Debtor Southern California Hospital at Culver City ("SCHS"), Alta Hospitals System, LLC ("Alta"), and numerous John Does. Ms. Michaels filed suit on January 24, 2024, and the lawsuit was preferentially set for trial on January 27, 2025. The Debtors filed bankruptcy just two-weeks before this preferential trial setting.

2. Ms. Michaels timely filed a proof of claim. The Debtors proposed the Claims Resolution Procedures to resolve Ms. Michaels and other claims. On the evening of October 6,

2025, the Debtors indicated that there was no resolution and that they were seeking to lift the stay and later gave notice for an emergency hearing on such motion to be held on October 10.

3. At this juncture, the rights and remedies of Ms. Michaels in the Plan may be unfairly alienated through no fault of her own.

4. Accordingly, Ms. Michaels joins in the Objection filed on October 8, 2025 by the Ad Hoc Committee of Medical Malpractice Claimants [Doc. No. 3372].

WHEREFORE, Ms. Michaels requests that the Court deny confirmation of the Plan and grant her such other and further relief as is just and proper.

Dated: October 8, 2025                    Respectfully Submitted,

**RITTER SPENCER CHENG PLLC**

*/s/ David D. Ritter*
David D. Ritter
State Bar No.: 00791534
17950 Preston Road, Suite 250
Dallas, Texas 75252
Tel.: (214) 295-5078
Fax: (214) 329-4362
dritter@ritterspencercheng.com
**ATTORNEY FOR LILLIAN H. MICHAELS, IN AND THROUGH HER GUARDIAN AD LITEM, JOHN MICHAEL**

## CERTIFICATE OF SERVICE

I hereby certify that on October 8, 2025 a true and correct copy of the foregoing document was served on the parties via ECF.

*/s/David D. Ritter*
David D. Ritter