ROB BONTA
Attorney General of California
ANJANA N. GUNN
Supervising Deputy Attorney General
MACKAYLA CLASS
GRANT LIEN, State Bar No. 187250
Deputy Attorney General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 210-7920
  Fax: (916) 324-5567
  E-mail: Grant.Lien@doj.ca.gov
*Attorneys for Creditor California Department of Health Care Services (DHCS)*

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF TEXAS

DALLAS DIVISION

| | |
|---|---|
| **In re Prospect Medical Holdings, Inc.,** *et al.*,<br><br>Debtors. | CASE NO. 25-80002 (SGJ)<br><br>Chapter 11<br><br>(Jointly Administered) |

### THE CALIFORNIA DEPARTMENT OF HEALTH CARE SERVICES'S (DHCS) WITNESS AND EXHIBIT LIST FOR HEARING ON OCTOBER 14, 2025

TO THE HONORABLE CHIEF JUDGE STACEY G.C. JERNIGAN, UNITED STATES BANKRUPTCY JUDGE:

    The California Department of Health Care Services (DHCS) hereby files this Witness and Exhibit List in connection with the hearing on DHCS's Motion to Compel Immediate Assumption or Rejection of Medi-Cal Provider Agreements as Executory Contracts (Dkt. No. 1904), and DHCS's Objections to Sale Motion (Dkt. No. 2978), scheduled for October 14, 2025 at 9:30 a.m., before the Honorable Chief Judge Stacey G.C. Jernigan, United States Bankruptcy Judge, in Courtroom 1, 14th floor, 1100 Commerce Street, Dallas, TX 75242.

# WITNESSES

1. Denise Boyd, through her Declarations (Dkt. Nos. 1905, 2978-3), and subject to cross-examination.

2. Mistie Chiddick, through her Declarations (Dkt. Nos. 1907, 2978-1), and subject to cross-examination.

3. D'Andria Lewis, through her Declarations (Dkt. Nos. 1909, 2978-4), and subject to cross-examination.

4. Any witnesses called or designated by any other party.

5. Any impeachment or rebuttal witnesses.

# EXHIBITS

| Exhibit Number | Description | Stipulated | Admitted |
|---|---|---|---|
| 1 | Motion to Compel Immediate Assumption or Rejection of Medi-Cal Provider Agreements as Executory Contracts (Dkt. No. 1904) | | |
| 2 | Declaration of Denise Boyd (Dkt. No. 1905) | | |
| 3 | Declaration of Mistie Chiddick and exhibit, Provider Enrollment Agreements, thereto (Dkt. No. 1907) | | |
| 4 | Declaration of Grant Lien (Dkt. No. 1908) | | |
| 5 | Declaration of D'Andria Lewis and exhibit, spreadsheets of HQAF liabilities, thereto (Dkt. No. 1909) | | |
| 6 | Request for Judicial Notice in Support of Motion to Compel and exhibits thereto (Dkt. No. 1906) | | |
| 7 | DHCS's Objections to Sale Motion (Dkt. No. 2978) | | |
| 8 | Declaration of Mistie Chiddick and exhibit, Provider Enrollment Agreements, thereto (Dkt. 2978-1) | | |
| 9 | Declaration of Grant Lien and exhibit, CHOW Bulletin, thereto (Dkt. No. 2978-2) | | |

| | | |
|---|---|---|
| 10 | Declaration of Denise Boyd (Dkt. No. 2978-3) | |
| 11 | Declaration of D'Andria Lewis and exhibit, spreadsheet of HQAF liabilities, thereto (Dkt. No. 2978-4) | |
| 12 | All exhibits necessary for impeachment purposes | |
| 13 | Any other document entered or filed in the above-captioned bankruptcy case, including exhibits thereto | |
| 14 | Any and all documents identified or offered by any other party | |

DHCS reserves the right to supplement, amend, or delete any witnesses and exhibits prior to the hearing. DHCS also reserves the right to use any exhibits presented by any other party and to ask the Court to take judicial notice of any document. DHCS finally reserves the right to introduce exhibits previously admitted.

Dated:  October 8, 2025

Respectfully submitted,

ROB BONTA
Attorney General of California
ANJANA N. GUNN
Supervising Deputy Attorney General

/s/ Grant Lien

GRANT LIEN
MACKAYLA CLASS
Deputy Attorneys General
*Attorneys for Creditor California Department of Health Care Services (DHCS)*

SA2025301021
44805220.docx

# CERTIFICATE OF SERVICE

Case Name:  **In re Prospect Medical Holdings, Inc.**        Case No.  25-80002-SGJ11

I hereby certify that on <u>October 9, 2025</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**THE CALIFORNIA DEPARTMENT OF HEALTH CARE SERVICES'S (DHCS) WITNESS AND EXHIBIT LIST FOR HEARING ON OCTOBER 14, 2025, WITH EXHIBITS ATTACHED**

I certify that **all** participants in the case are registered CM/ECF users, and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct, and that this declaration was executed on <u>October 9, 2025</u>, at Los Angeles, California.

|  |  |
|---|---|
| Anthony Conklin | *Anthony Conklin* |
| Declarant | Signature |

SA2025301021