SIDLEY AUSTIN LLP
Thomas R. Califano (24122825)
Rakhee V. Patel (00797213)
Maegan Quejada (24105999)
2021 McKinney Avenue, Suite 2000
Dallas, Texas 75201
Telephone: (214) 981-3300
Facsimile: (214) 981-3400
Email: tom.califano@sidley.com
rpatel@sidley.com
mquejada@sidley.com

SIDLEY AUSTIN LLP
William E. Curtin (admitted *pro hac vice*)
Patrick Venter (admitted *pro hac vice*)
Anne G. Wallice (admitted *pro hac vice*)
787 Seventh Avenue
New York, New York 10019
Telephone: (212) 839-5300
Facsimile: (212) 839-5599
Email: wcurtin@sidley.com
pventer@sidley.com
anne.wallice@sidley.com

*Attorneys for the Debtors
and Debtors in Possession*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| PROSPECT MEDICAL HOLDINGS, INC., *et al.*,[1] | Case No. 25-80002 (SGJ) |
| Debtors. | (Jointly Administered) Rel. to Docket Nos. 1264, 3177 |

**NOTICE OF SUCCESSFUL BIDDER FOR THE ECHN SALE TRANSACTION**

    **PLEASE TAKE NOTICE THAT** Prospect Medical Holdings, Inc. ("PMH") and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "Debtors"), filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code") in the United States Bankruptcy Court for the Northern District of Texas (the "Court") on January 11, 2025 (the "HCo Petition Date"), July 7, 2025 (the "PCo Petition Date"), and September 19, 2025 (the "TopCo Petition Date"), respectively.

    **PLEASE TAKE FURTHER NOTICE THAT**, on March 19, 2025, the Court entered the *Order (I)(A) Approving Bidding Procedures and the Form and Manner of Notice Thereof, (B) Authorizing the Selection of Stalking Horse Bidder(s) and Approving Bid Protections, (C) Establishing Bid Deadlines and Scheduling Auction(s) and Sale Hearing(s), and (D) Establishing Certain Assumption and Assignment Procedures and Approving the Manner of*

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://omniagentsolutions.com/Prospect. The Debtors' mailing address is 3824 Hughes Ave., Culver City, CA 90232.

*Notice Thereof, (II)(A) Authorizing the Sale of the Assets Free and Clear of All Encumbrances, and (B) Approving the Assumption and Assignment of the Assumed Contracts, and (III) Granting Related Relief* [Docket No. 1264] (the "<u>Bidding Procedures Order</u>"),[2] approving, among other things, the bidding procedures (the "<u>Bidding Procedures</u>") to be used in connection with one or more sales of all or substantially all of the Debtors' ECHN assets in Connecticut (such assets, "<u>ECHN Assets</u>" and such sale, the "<u>ECHN Sale Transaction</u>").

**PLEASE TAKE FURTHER NOTICE THAT**, on September 12, 2025, pursuant to and in accordance with the Bidding Procedures, the Debtors (i) selected ECHN Holdings, Inc. ("<u>ECHN Holdings</u>") to act as the stalking horse bidder for the ECHN Assets (the "<u>Stalking Horse Bidder</u>" and the related bid, the "<u>Stalking Horse Bid</u>"), and (ii) executed an asset purchase agreement, by and among certain of the Debtors (collectively, the "<u>Sellers</u>") and ECHN Holdings, for the ECHN Sale Transaction (such agreement, as amended, supplemented, or otherwise modified by the parties thereto, and including the exhibits, schedules or attachments thereto, the "<u>Stalking Horse Agreement</u>"). *See* Docket No. 3176.

**PLEASE TAKE FURTHER NOTICE THAT** the Bid Deadline for the ECHN Sale Transaction occurred on October 16, 2025 at 4:00 p.m. (prevailing Central Time). In accordance with the Bidding Procedures, since no Qualified Bid other than the Stalking Horse Bid was submitted on or before the Bid Deadline, the Debtors, after consultation with the Consultation Parties, have cancelled the Auction for the ECHN Assets. The Debtors, in their reasonable business judgment, designated ECHN Holdings as the Successful Bidder for the ECHN Sale Transaction.

**PLEASE TAKE FURTHER NOTICE THAT** the Debtors hereby file this Notice, in accordance with the Bidding Procedures, to provide information related to the ECHN Sale Transaction. The Debtors attach hereto as **Exhibit A** the proposed order (the "<u>Proposed ECHN Asset Sale Order</u>") for the approval of the ECHN Sale Transaction.

**PLEASE TAKE FURTHER NOTICE THAT**, in accordance with the Bidding Procedures, objections to (a) the approval of the ECHN Sale Transaction, (b) the identity of the Successful Bidder, and/or (c) adequate assurance of future performance by the Successful Bidder must be in writing, state the basis of such objection with specificity, and be filed with this Court and served so as to be received on or before **October 23, 2025 at 4:00 p.m. (prevailing Central Time)** by the following parties (the "<u>Objection Notice Parties</u>"):

(a) counsel to the Debtor, Sidley Austin, LLP, 2021 McKinney Avenue, Suite 2000 Dallas, TX 75201, Attn: William E. Curtin (wcurtin@sidley.com), Anne G. Wallice (anne.wallice@sidley.com), and Vivian Li (vivian.li@sidley.com);

(b) the Office of the United States Trustee, 1100 Commerce Street, Room 976, Dallas, Texas 75242, Attn: Elizabeth A. Young (elizabeth.a.young@usdoj.gov);

---

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Bidding Procedures Order.

(c) counsel to the Official Committee of Unsecured Creditors, Paul Hastings LLP, 200 Park Avenue, New York, NY 10166, Attn: Kris Hansen (krishansen@paulhastings.com), Erez Gilad (erezgilad@paulhastings.com), and Gabe Sasson (gabesasson@paulhastings.com); and

(d) counsel to MPT, Wachtell, Lipton, Rosen & Katz, 51 West 52nd Street, New York, NY 10019, Attn: Emil A. Kleinhaus (EAKleinhaus@wlrk.com); and KTBS Law LLP, 1801 Century Park East, 26th Floor, Los Angeles, CA 90067, Attn: Nir Maoz (NMaoz@ktbslaw.com).

**PLEASE TAKE FURTHER NOTICE THAT** the Sale Hearing to consider approval of the ECHN Sale Transaction to the Successful Bidder, free and clear of all liens, claims and encumbrances, will be held before the Court on **October 24, 2025, at 9:30 a.m. (prevailing Central Time)**.  Unless an objection is timely served and filed in accordance with this Notice and the Bidding Procedures, the Court may grant the relief requested without further hearing and notice.

[*Remainder of Page Intentionally Left Blank.*]

Dated: October 18, 2025
Dallas, Texas

/s/ *Thomas R. Califano*
**SIDLEY AUSTIN LLP**
Thomas R. Califano (24122825)
Rakhee V. Patel (00797213)
Maegan Quejada (24105999)
2021 McKinney Avenue, Suite 2000
Dallas, Texas 75201
Telephone: (214) 981-3300
Facsimile: (214) 981-3400
Email: tom.califano@sidley.com
rpatel@sidley.com
mquejada@sidley.com

*and*

William E. Curtin (admitted *pro hac vice*)
Patrick Venter (admitted *pro hac vice*)
Anne G. Wallice (admitted *pro hac vice*)
787 Seventh Avenue
New York, New York 10019
Telephone: (212) 839-5300
Facsimile: (212) 839-5599
Email: wcurtin@sidley.com
pventer@sidley.com
anne.wallice@sidley.com

*Attorneys for the Debtors
and Debtors in Possession*

**Certificate of Service**

       I certify that on October 26, 2025, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Northern District of Texas.

                                              */s/ Thomas R. Califano* _____
                                              Thomas R. Califano