| | |
|---|---|
| SIDLEY AUSTIN LLP | SIDLEY AUSTIN LLP |
| Thomas R. Califano (24122825) | William E. Curtin (admitted *pro hac vice*) |
| Rakhee V. Patel (00797213) | Patrick Venter (admitted *pro hac vice*) |
| Maegan Quejada (24105999) | Anne G. Wallice (admitted *pro hac vice*) |
| 2021 McKinney Avenue, Suite 2000 | 787 Seventh Avenue |
| Dallas, Texas 75201 | New York, New York 10019 |
| Telephone: (214) 981-3300 | Telephone: (212) 839-5300 |
| Facsimile: (214) 981-3400 | Facsimile: (212) 839-5599 |
| Email: tom.califano@sidley.com | Email: wcurtin@sidley.com |
| rpatel@sidley.com | pventer@sidley.com |
| mquejada@sidley.com | anne.wallice@sidley.com |

*Attorneys for the Debtors and
Debtors in Possession*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| PROSPECT MEDICAL HOLDINGS, INC., *et al.*,[1] | Case No. 25-80002 (SGJ) |
| Debtors. | (Jointly Administered) |

## AGENDA FOR HEARING SCHEDULED FOR
## OCTOBER 24, 2025 AT 9:30 A.M. (PREVAILING CENTRAL TIME)

The above-captioned debtors and debtors in possession (collectively, the "<u>Debtors</u>") hereby file this agenda for matters set for hearing on October 24, 2025 at 9:30 a.m. (prevailing Central Time), before the Honorable Stacey G.C. Jernigan at the United States Bankruptcy Court

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://omniagentsolutions.com/Prospect. The Debtors' mailing address is 3824 Hughes Ave., Culver City, CA 90232.

for the Northern District of Texas, at Courtroom 1, 14th Floor, Earle Cabell Federal Building, 1100 Commerce Street, Dallas, Texas 75242-1496.

**AGENDA MATTERS**

1. *Notice of Successful Bidder of the ECHN Sale Transaction* [Docket No. 3538]

    **Related Documents:**

    a. *Debtors' Motion for Entry of an Order (I)(A) Approving Bidding Procedures and the Form and Manner of Notice Thereof, (B) Authorizing the Selection of Stalking Horse Bidder(s) and Approving Bid Protections, (C) Establishing Bid Deadlines and Scheduling Auction(s) and Sale Hearing(s), and (D) Establishing Certain Assumption and Assignment Procedures and Approving the Manner of Notice Thereof, (II)(A) Authorizing the Sale of the Assets Free and Clear of All Encumbrances, and (B) Approving the Assumption and Assignment of the Assumed Contracts, And (III) Granting Related Relief* [Docket No. 708]

    b. *Order (I)(A) Approving Bidding Procedures and the Form and Manner of Notice Thereof, (B) Authorizing the Selection of Stalking Horse Bidder(s) and Approving Bid Protections, (C) Establishing Bid Deadlines and Scheduling Auction(s) and Sale Hearing(s), and (D) Establishing Certain Assumption and Assignment Procedures and Approving the Manner of Notice Thereof, (II)(A) Authorizing the Sale of the Assets Free and Clear of All Encumbrances, and (B) Approving the Assumption and Assignment of the Assumed Contracts, and (III) Granting Related Relief* [Docket No. 1264]

    c. *Notice of Revised Deadline to File California and Connecticut Assumption and Assignment Notices* [Docket No. 1460]

    d. *Notice of (I) Potential Assumption and Assignment of Executory Contracts and Unexpired Leases and (II) Cure Amounts* [Docket No. 1571]

    e. *Notice of Revised California and Connecticut Sale Transaction Milestones* [Docket No. 2196]

    f. *Supplemental Notice of (I) Potential Assumption and Assignment of Executory Contracts and Unexpired Leases and (II) Cure Costs* [Docket No. 2781]

    g. *Supplemental Notice of (I) Potential Assumption and Assignment of California Executory Contracts and Unexpired Leases and (II) Cure Costs* [Docket No. 3171]

    h. *Notice of Designation of Stalking Horse Bidder* [Docket No. 3176]

    i. *Notice of Auction and Sale Hearing* [Docket No. 3177]

j.  *Supplemental Notice of (I) Potential Assumption and Assignment of Executory Contracts and Unexpired Leases and (II) Cure Costs* [Docket No. 3179]

k.  *Supplemental Notice of (I) Potential Assumption and Assignment of Executory Contracts and Unexpired Leases and (II) Cure Costs* [Docket No. 3213]

l.  *Notice of Successful Bidder for the ECHN Sale Transaction* [Docket No. 3538]

m.  *Declaration of Andrew Turnbull in Support of the Debtors' Proposed Order (I) Authorizing the Sale of ECHN Assets Free and Clear of All Encumbrances, (II) Approving the Assumption and Assignment of the Assigned Contracts, and (III) Granting Related Relief* [Docket No. 3564]

n.  *Witness and Exhibit List for Hearing Scheduled for October 24 2025 at 9:30 A.M. (Prevailing Central Time)* [Docket No. 3568]

**Status:** **This matter is going forward.**

2. *Debtors' Emergency Motion for Entry of an Order (I) Modifying the Automatic Stay to Permit Movants to Liquidate Their PL/GL Claims and to Collect Against the Debtors' Available Insurance Coverage and (II) Granting Related Relief* [Docket No. 3335]

   **Related Documents:**

   a.  *Motion of the Ad Hoc Committee of Medical Malpractice Claimants for Relief from the Stay to Permit Continuation of Personal Injury Litigation and to Pursue Insurance Proceeds* [Docket No. 893]

   b.  *Motion of the Group of Medical Malpractice Claimants with Claims Against Crozer Hospital for Relief from the Stay to Permit Continuation of Personal Injury Litigation and to Pursue Insurance Proceeds* [Docket No. 1144]

   c.  *Motion for Relief from Automatic Stay* [Docket No. 1203] filed by Kenneth R. Schuster & Associates, P.C.

   d.  *Motion for Relief from Automatic Stay* [Docket No. 1205] filed by Kenneth R. Schuster & Associates, P.C.

   e.  *Motion for Relief from Automatic Stay* [Docket No. 1207] filed by Kenneth R. Schuster & Associates, P.C.

   f.  *Motion for Relief from Automatic Stay* [Docket No. 1209] filed by Kenneth R. Schuster & Associates, P.C.

g. *Amended Motion for Relief from the Automatic Stay to Permit Continuation of Medical Malpractice / Wrongful Death Litigation and to Pursue Insurance Proceeds* [Docket No. 1467]

h. *Motion of Rita Mangan for Relief from Automatic Stay to Permit the Continuation of Personal Injury Litigation and Pursue Insurance Proceeds* [Docket No. 1498]

i. *Motion for Relief from the Automatic Stay to Continue State Court Litigation* [Docket No. 1525]

j. *Debtors' Motion for Entry of an Order (I) Approving and Authorizing Mandatory Claims Resolution Procedures to Resolve Professional Liability and General Liability Claims; (II) Requiring the Debtors' Insurers to Satisfy Their Obligations under the Applicable Policies; and (III) Granting Related Relief* [Docket No. 1712]

k. *MELE Creditors' Motion for Relief from the Automatic Stay to Continue State Court Litigation and to Pursue Insurance Proceeds* [Docket No. 1728]

l. *Order (I) Approving and Authorizing Mandatory Claims Resolution Procedures to Resolve Professional Liability and General Liability Claims; and (II) Granting Related Relief* [Docket No. 2181]

m. *Berta Del Carmen Solis and Leandro Solis Diaz, Individually, and as the Surviving Heirs, Personal Representatives, and/or Successors in Interest of Decedent, Berta Diaz, and/or as Administrators or Executors of the Estate of Berta Diaz's Motion for Relief from Automatic Stay* [Docket No. 2342]

n. *Teresa Sokol, Individually and as Representative of Estate of Lester Biles' Motion for Relief from the Automatic Stay* [Docket No. 2343]

o. *Personal Injury Claimants' Motion for Relief from the Automatic Stay* [Docket No. 2406]

p. *Motion for Relief from the Automatic Stay* [Docket No. 2891] filed by Brandon Daniels

q. *Declaration of Vincent P. Slusher in Support of the Debtors' Emergency Motion for Entry of an Order (I) Modifying the Automatic Stay Movants to Liquidate Their PL/GL Claims and to Collect Against the Debtors' Available Insurance Coverage and (II) Granting Related Relief* [Docket No. 3336]

r. *Emergency Notice of Hearing for October 10, 2025 Setting* [Docket No. 3338]

s. *Witness and Exhibit List for Hearing Scheduled for October 10, 2025 at 9:30 a.m. (Prevailing Central Time)* [Docket No. 3357]

t. *Lexington Insurance Company's Reservation of Rights to Debtors' Emergency Motion for Entry of an Order (I) Modifying the Automatic Stay to Permit Movants to Liquidate Their PL/GL Claims and to Collect Against the Debtors' Available Insurance Coverage and (II) Granting Related Relief* [Docket No. 3404]

u. *Reservation of Rights to Debtors' Emergency Motion for Entry of an Order (I) Modifying the Automatic Stay to Permit Movants to Liquidate Their PL/GL Claims and to Collect Against the Debtors' Available Insurance Coverage and (II) Granting Related Relief* [Docket No. 3406]

v. *Reservation of Rights and Joinder of Allied World Specialty Insurance Company to Reinsurers' Reservation of Rights to Debtors' Emergency Motion for Entry of an Order (I) Modifying the Automatic Stay to Permit Movants to Liquidate Their PL/GL Claims and to Collect Against the Debtors' Available Insurance Coverage and (II) Granting Related Relief* [Docket No. 3407]

w. *Reservation of Rights of Continental Casualty Company to Debtors' Emergency Motion for Entry of an Order (I) Modifying the Automatic Stay to Permit Movants to Liquidate Their PL/GL Claims and to Collect Against the Debtors' Available Insurance Coverage and (II) Granting Related Relief* [Docket No. 3421]

x. *Witness and Exhibit List for Hearing Scheduled for October 24 2025 at 9:30 A.M. (Prevailing Central Time)* [Docket No. 3568]

y. *Notice of Adjournment of Hearing on Debtors' Emergency Motion for Entry an Order (I) Modifying the Automatic Stay to Permit Movants to Liquidate Their PL/GL Claims and to Collect Against the Debtors' Available Insurance Coverage and (II) Granting Related Relief to October 24, 2025 at 9:30 a.m. (Prevailing Central Time)* [Docket No. 3571]

**Status:** **This matter is going forward.**

3. *Veradigm and Altera Digital Health Inc.'s (1) Motion to Compel Payment of Administrative Claim; and (2) Motion to Compel Assumption or Rejection of Executory Contracts or, in the Alternative, Motion for Relief from the Automatic Stay* [Docket No. 3006]

   **Related Documents:**

   a. *Debtors' Objection to Veradigm and Altera Digital Health Inc.'s (1) Motion to Compel Payment of Administrative Claim; and (2) Motion to Compel Assumption or Rejection of Executory Contracts or, in the Alternative, Motion for Relief from the Automatic Stay* [Docket No. 3337]

   b. *Notice of Hearing for October 24, 2025* [Docket No. 3417]

    c.    *Veradigm and Altera Digital Health Inc.'s Reply to Debtors' Objection to Veradigm and Altera Digital Health Inc.'s (1) Motion to Compel Payment of Administrative Claim; and (2) Motion to Compel Assumption or Rejection of Executory Contracts or, in the Alternative, Motion for Relief from the Automatic Stay* [Docket No. 3554]

    d.    *Witness and Exhibit List for Hearing Scheduled for October 24, 2025 at 9:30 a.m. (Prevailing Central Time)* [Docket No. 3563]

**Status:** **This matter is going forward.**

4.    *Motion for Allowance and Payment of Administrative Expense Claim Under 11 U.S.C. § 503(b)(1)* [Docket No. 3115]

**Related Documents:**

    a.    *Debtors' Fifth Omnibus Objection to Certain Reclassified Claims* [Docket No. 2316]

    b.    *Declaration of Richard T. Niemerg in Support of the Debtors' Fifth Through Eighth Omnibus Objections to Certain Reclassified Claims* [Docket No. 2320]

    c.    *Order Sustaining Debtors' Fifth Omnibus Objection to Certain Reclassified Claims* [Docket No. 2914]

    d.    *Debtors' Objection to Motion for Allowance and Payment of Administrative Expense Claim Filed by Andrew E. Fortney* [Docket No. 3329]

    e.    *Notice of Hearing on Motion to Allow Late-Filed Administrative Claim* [Docket No. 3400]

**Status:** **This matter is going forward.**

[*Remainder of the page intentionally left blank.*]

Dated: October 23, 2025
Dallas, Texas

/s/ *Thomas R. Califano*
SIDLEY AUSTIN LLP
Thomas R. Califano (24122825)
Rakhee V. Patel (00797213)
Maegan Quejada (24105999)
2021 McKinney Avenue, Suite 2000
Dallas, Texas 75201
Telephone: (214) 981-3300
Facsimile: (214) 981-3400
Email: tom.califano@sidley.com
rpatel@sidley.com
mquejada@sidley.com

*and*

William E. Curtin (admitted *pro hac vice*)
Patrick Venter (admitted *pro hac vice*)
Anne G. Wallice (admitted *pro hac vice*)
787 Seventh Avenue
New York, New York 10019
Telephone: (212) 839-5300
Facsimile: (212) 839-5599
Email: wcurtin@sidley.com
pventer@sidley.com
anne.wallice@sidley.com

*Attorneys for the Debtors
and Debtors in Possession*

**Certificate of Service**

I certify that on October 23, 2025, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Northern District of Texas.

                                                        */s/ Thomas R. Califano*
                                                        Thomas R. Califano