# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| PROSPECT MEDICAL HOLDINGS, INC., *et al.*,[1] | Case No. 25-80002 (SGJ) |
| Debtors. | (Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Randy Lowry, am employed in the county of Los Angeles, State of California. I hereby certify that on October 17, 2025, at my direction and under my supervision, employees of Omni Agent Solutions, Inc. caused true and correct copies of the following document to be served via the method set forth on the Service List attached hereto as **Exhibit A**:

- **Notice of the Sale of De Minimis Assets Exceeding $1,250,000**

Dated: October 22, 2025

Randy Lowry
Omni Agent Solutions, Inc.
5955 De Soto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300

{State of California }
{ } ss.
{County of Los Angeles }

Subscribed and sworn to (or affirmed) before me on this 22nd day of October, 2025, by Randy Lowry, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Carolyn K Cashman
Notary Public

CAROLYN K. CASHMAN
Notary Public - California
Los Angeles County
Commission # 2396732
My Comm. Expires Mar 11, 2026

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://omniagentsolutions.com/Prospect. The Debtors' mailing address is 3824 Hughes Ave., Culver City, CA 90232.

# EXHIBIT A

## Exhibit A

**Service List**

| Creditor | Address | | | | Email | Method of Service |
|---|---|---|---|---|---|---|
| AMERICORP FINANCIAL, LLC | 877 S. ADAMS RD | BIRMINGHAM, MI 48009 | | | | Overnight Mail |
| AMERISOURCEBERGEN DRUG CORPORATION | 1300 MORRIS DRIVE | CHESTERBROOK, PA 19087 | | | | Overnight Mail |
| ASD SPECIALTY HEALTHCARE, LLC | 5025 PLANO PARKWAY | CARROLLTON, TX 75010 | | | ANN.MATHIASON@AMERISOURCEBERGEN.COM | Email |
| Canon Financial Services, Inc. | Amar Agrawal | | | | aagrawal@egalawfirm.com | Email |
| Commonwealth of Pennsylvania | c/o Pennsylvania Attorney General's Office | Attn: Melissa L. Van Eck, Christopher R. Momjian | | | mvaneck@attorneygeneral.gov; crmomjian@attorneygeneral.gov | Email |
| Corporate Piping, Inc. | 2016 South Phillip St | Philidelphia, PA 19148 | | | | Overnight Mail |
| CORPORATION SERVICE COMPANY, AS REPRESENTATIVE | P.O. BOX 2576 | SPRINGFIELD, IL 62708 | | | UCCSPREP@CSCINFO.COM | Email |
| Crozer-Keystone Health System Employees Retirement Plan | c/o Pension Benefit Guaranty Corporation | 445 12th Street SW | Washington, DC 20024-2101 | | | Overnight Mail |
| Delaware County | Tobey Marie Daluz | | | | DaluzT@ballardspahr.com | Email |
| DEXT CAPITAL, LLC | 5285 MEADOWS ROAD, SUITE 335 | LAKE OSWEGO, OR 97035 | | | mstout@padfieldstout.com; mdg@padfieldstout.com; | Email |
| Eastern Connecticut Health Network, Inc. Pension Plan | c/o Pension Benefit Guaranty Corporation | 445 12th Street SW | Washington, DC 20024-2101 | | | Overnight Mail |
| Fluidics, Inc. | 10981 Decatur Road, Suite 1 | Philadelphia, PA 19154 | | | | Overnight Mail |
| Foley & Lardner LLP | Counsel to eCapital Healthcare Corp. | Attn: Holland N. O'Neil | 2021 McKinney Avenue, Ste. 1600 | Dallas, TX 75201 | honeil@foley.com | Email |
| Foley & Lardner LLP | Counsel to eCapital Healthcare Corp. | Attn: Edward J. Green | 321 North Clark Street, Suite 3000 | Chicago, IL 60654 | egreen@foley.com | Email |
| Foley & Lardner LLP | Counsel to eCapital Healthcare Corp. | Attn: Jake W. Gordon | 500 Woodward Avenue, Suite 2700 | Detroit, MI 48226 | jake.gordon@foley.com | Email |
| GE HFS, LLC | 12854 KENAN DRIVE, SUITE # 201 | JACKSONVILLE, FL 32258 | | | JSTINNETT@FMDLEGAL.COM | Email |
| Hatzel & Buehler Inc. | Ten Penn Center, Suite 220 | 1801 Market Street | Philadelphia, PA 19103 | | | Overnight Mail |
| Huntington National Bank | Melissa Anne Pyles | | | | melissa.pyles@huntington.com | Email |
| JPMORGAN CHASE BANK, N.A., AS COLLATERAL AGENT | 10 S DEARBORN, 7TH FLOOR, IL1-1625 | CHICAGO, IL 60603 | | | | Overnight Mail |
| K2 CAPITAL GROUP | 5050 LINCOLN DR, SUITE 400 | EDINA, MN 55436 | | | | Overnight Mail |
| KQT Aikens Partners 2, LLC | | | | | kurtzman@kurtzmansteady.com | Email |
| LEAF CAPITAL FUNDING, LLC | 2005 MARKET STREET, 14TH FLOOR | PHILADELPHIA, PA 19103 | | | mstout@padfieldstout.com; mdg@padfieldstout.com | Email |
| LEAF CAPITAL FUNDING, LLC | P.O BOX 5066 | HARTFORD, CT 06102 | | | mstout@padfieldstout.com; mdg@padfieldstout.com | Email |
| Longeviti Neuro Solutions, LLC | 101 W Dickman St Ste 600 | Baltimore, MD 21230 | | | | Overnight Mail |
| Longeviti Neuro Solutions, LLC | 303 International Cir, Ste 150 | Hunt Valley, MD 21030 | | | | Overnight Mail |
| MINDRAY CAPITAL | 1111 OLD EAGLE SCHOOL ROAD | WAYNE, PA 19087 | | | CUSTOMERSERVICE@MINDRAY.COM | Email |
| MPT of Bellflower PMH, L.P. | c/o MPT Operating Partnership, LP | 1000 Urban Center Drive, Suite 501 | Birmingham, AL 35242 | | | Overnight Mail |
| MPT of Culver City PMH, L.P. | c/o MPT Operating Partnership, LP | 1000 Urban Center Drive, Suite 501 | Birmingham, AL 35242 | | | Overnight Mail |
| MPT of Hollywood PMH, L.P. | c/o MPT Operating Partnership, LP | 1000 Urban Center Drive, Suite 501 | Birmingham, AL 35242 | | | Overnight Mail |
| MPT of Los Angeles PMH, L.P. | c/o MPT Operating Partnership, LP | 1000 Urban Center Drive, Suite 501 | Birmingham, AL 35242 | | | Overnight Mail |
| MPT of Manchester PMH, LLC | c/o MPT Operating Partnership, LP | 1000 Urban Center Drive, Suite 501 | Birmingham, AL 35242 | | | Overnight Mail |
| MPT of Norwalk PMH, L.P. | c/o MPT Operating Partnership, LP | 1000 Urban Center Drive, Suite 501 | Birmingham, AL 35242 | | | Overnight Mail |
| MPT of Ridley Park PMH, LLC | c/o MPT Operating Partnership, LP | 1000 Urban Center Drive, Suite 501 | Birmingham, AL 35242 | | | Overnight Mail |
| MPT of Rockville PMH, LLC | c/o MPT Operating Partnership, LP | 1000 Urban Center Drive, Suite 501 | Birmingham, AL 35242 | | | Overnight Mail |
| MPT of Springfield PMH, LLC | c/o MPT Operating Partnership, LP | 1000 Urban Center Drive, Suite 501 | Birmingham, AL 35242 | | | Overnight Mail |
| MPT of Upland PMH, LLC | c/o MPT Operating Partnership, LP | 1000 Urban Center Drive, Suite 501 | Birmingham, AL 35242 | | | Overnight Mail |
| MPT of Upper Darby PMH, LLC | c/o MPT Operating Partnership, LP | 1000 Urban Center Drive, Suite 501 | Birmingham, AL 35242 | | | Overnight Mail |
| MPT of Van Nuys PMH, L.P. | c/o MPT Operating Partnership, LP | 1000 Urban Center Drive, Suite 501 | Birmingham, AL 35242 | | | Overnight Mail |
| MPT of Waterbury PMH, LLC | c/o MPT Operating Partnership, LP | 1000 Urban Center Drive, Suite 501 | Birmingham, AL 35242 | | | Overnight Mail |
| Name Redacted | Address Redacted | | | | | Overnight Mail |
| Name Redacted | c/o Kwartier Manus LLC | Attn: Brian P Mcgovern, Esq | 1429 Walnut Street | Philadelphia, PA 19102 | | Overnight Mail |
| Name Redacted | Address Redacted | | | | | Overnight Mail |
| Name Redacted | Address Redacted | | | | | Overnight Mail |
| Name Redacted | Address Redacted | | | | | Overnight Mail |
| Name Redacted | Address Redacted | | | | | Overnight Mail |
| Name Redacted | Address Redacted | | | | | Overnight Mail |
| Name Redacted | Address Redacted | | | | | Overnight Mail |
| Norton Rose Fulbright US LLP | counsel to JMB Capital Partners Lending, LLC, | Attn: Robert M. Hirsh, James Copeland | 1301 Avenue of the Americas | New York, NY 10019 | robert.hirsh@nortonrosefulbright.com; james.copeland@nortonrosefulbright.com | Email |
| Norton Rose Fulbright US LLP | counsel to JMB Capital Partners Lending, LLC, | Attn: Kristian W. Gluck | 2200 Ross Ave., Suite 3600 | Dallas, TX 75201 | kristian.gluck@nortonrosefulbright.com | Email |
| Office of the United States Trustee | Northern District of Texas, Region 6 | Attn: Elizabeth A. Young | 1100 Commerce Street, Room 976 | Dallas, TX 75242 | elizabeth.a.young@usdoj.gov | Email |
| OLYMPUS AMERICA INC. | 3500 CORPORATE PARKWAY | CENTER VALLEY, PA 18034 | | | | Overnight Mail |
| Paul Hastings LLP | counsel to the Committee | Attn: Erez Gilad, Kristopher Hansen, Gabe Sasson | 200 Park Avenue | New York, NY 10166 | erezgilad@paulhastings.com; krishansen@paulhastings.com; gabesasson@paulhastings.com | Email |
| Paul Hastings LLP | counsel to the Committee | Attn: Charles Persons | 2001 Ross Avenue, Suite 2700 | Dallas, TX 75201 | charlespersons@paulhastings.com | Email |
| SCG CAPITAL CORPORATION | 74 WEST PARK PLACE | STAMFORD, CT 06901 | | | RCZELADA@SEGLEASE.COM | Email |
| SIEMENS FINANCIAL SERVICES, INC. | 170 WOOD AVENUE SOUTH | ISELIN, NJ 08830 | | | hbray@reedsmith.com; KAurzada@reedsmith.com; Dylan.Ross@reedsmith.com | Email |
| Springfield School District | c/o Pamela van Blunk | 680 Middletown Blvd | Langhorne, PA 19047 | | sgottel@diorioserenі.com; mas@diorioserenі.com; jgagliardi@wgflaw.com; lmccarthy@diorioserenі.com | Email |
| Springfield Township | McNichol, Byrne, & Matlawski, P.C. | Attn: James J. Byrne, Jr. | 1223 N. Providence Road | Media, PA 19063 | puppio@raffaelepuppio.com; eangelos@raffaelepuppio.com; jjbyrne@mbmlawoffice.com | Email |
| Tax Claim Bureau of Delaware County | 201 W. Front Street | Media, PA 19063 | | | | Overnight Mail |
| THE PENNSYLVANIA INDUSTRIAL DEVELOPMENT AUTHORITY ("PIDA") | COVID-19 WORKING CAPITAL ACCESS PROGRAM | 400 NORTH STREET, 4TH FLOOR | HARRISBURG, PA 17120-0225 | | | Overnight Mail |