IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| In re:<br><br>PROSPECT MEDICAL HOLDINGS, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 25-80002 (SGJ)<br><br>(Jointly Administered) |

**DECLARATION OF PAUL RUNDELL
IN SUPPORT OF THE DEBTORS' EMERGENCY MOTION
FOR ORDER ESTIMATING WARN CLAIMS PURSUANT TO
SECTION 502(c) OF THE BANKRUPTCY CODE**

I, Paul Rundell, pursuant to section 1746 of title 28 of the United States Code, hereby declare that the following is true to the best of my knowledge, information, and belief:

1. I am the Chief Restructuring Officer of Prospect Medical Holdings, Inc. (together with its debtor affiliates in the above captioned chapter 11 cases as debtors and debtors in possession, the "Debtors" and, the Debtors and their non-Debtor affiliates, collectively, the "Company" or "Prospect") and a Managing Director of Alvarez & Marsal North America, LLC ("Alvarez & Marsal"), a turnaround management consulting firm. Throughout my career, I have worked with numerous healthcare clients across the country, helping them navigate financial and operational challenges. I have served as the Chief Restructuring Officer of the Debtors since January 11, 2025.

2. As Chief Restructuring Officer of the Debtors, I am familiar with and knowledgeable about the Debtors' day-to-day operations, business and financial affairs, and books and records, as well as the circumstances leading to the commencement of these Chapter 11 Cases

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://omniagentsolutions.com/Prospect. The Debtors' mailing address is 3824 Hughes Ave., Culver City, CA 90232.

(as defined below). I submit this declaration (the "Declaration") in connection with the *Debtors' Emergency Motion for Order Estimating WARN Claims Pursuant to Section 502(c) of the Bankruptcy Code* filed contemporaneously herewith (the "Motion").[2]

3. Except as otherwise indicated, all facts set forth in this Declaration are based upon my personal knowledge, my discussions with the Debtors' management team and advisors, my review of relevant documents and information concerning the Debtors' operations and financial affairs, or my opinions based upon my experience and knowledge. I am over the age of 18 and authorized to submit this Declaration on behalf of the Debtors. If called upon to testify, I could and would testify competently to the facts set forth in this Declaration.

I.  **The Debtors' Calculation of WARN Claims Amount**

4. To calculate the WARN Claims amount, I assisted the Debtors in estimating the total WARN Claims asserted by the Plaintiff. The amounts discussed below are estimated as of October 27, 2025.

5. I estimate that the Debtors' maximum possible wage liability during the WARN period is $27,939,217. Of this amount, the Debtors have already paid $9,750,893. Therefore, I estimate that the Debtors have $18,188,324 of remaining wage liability.

6. I estimate that the Debtors' maximum possible benefits liability during the WARN period is $4,116,225. Of this amount, the Debtors have already paid $2,837,394. Therefore, I estimate that the Debtors have $1,278,831 of remaining benefits liability.

7. I estimate that the Debtors' maximum possible paid time off ("PTO") liability during the WARN period is $2,088,050. Of this amount, the Debtors have already paid $550,270. Therefore, I estimate that the Debtors have $1,537,780 of remaining PTO liability.

---

[2] Capitalized terms used but not defined herein have the meaning ascribed to such terms in the Motion.

8.      After totaling the liabilities described above, I estimate that the highest amount of WARN Claims that the Plaintiff may be entitled to is $21,004,935.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated:  October 29, 2025                         */s/ Paul Rundell*
                                                 Paul Rundell
                                                 Chief Restructuring Officer
                                                 Prospect Medical Holdings, Inc.

3