SIDLEY AUSTIN LLP
Thomas R. Califano (24122825)
Rakhee V. Patel (00797213)
Maegan Quejada (24105999)
2021 McKinney Avenue, Suite 2000
Dallas, Texas 75201
Telephone: (214) 981-3300
Facsimile: (214) 981-3400
Email: tom.califano@sidley.com
rpatel@sidley.com
mquejada@sidley.com

SIDLEY AUSTIN LLP
William E. Curtin (admitted *pro hac vice*)
Patrick Venter (admitted *pro hac vice*)
Anne G. Wallice (admitted *pro hac vice*)
787 Seventh Avenue
New York, New York 10019
Telephone: (212) 839-5300
Facsimile: (212) 839-5599
Email: wcurtin@sidley.com
pventer@sidley.com
anne.wallice@sidley.com

*Attorneys for the Debtors*
*and Debtors in Possession*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| PROSPECT MEDICAL HOLDINGS, INC., *et al.*,[1] | Case No. 25-80002 (SGJ) |
| Debtors. | (Jointly Administered) |

## DEBTORS' NON-NOTICED DE MINIMIS ASSET SALES REPORT FOR THE PERIOD FROM JULY 1, 2025, TO SEPTEMBER 30, 2025

**PLEASE TAKE NOTICE THAT** Prospect Medical Holdings, Inc. ("PMH") and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "Debtors"), filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code") in the United States Bankruptcy Court for the Northern District of Texas (the "Court") on January 11, 2025 (the "HCo Petition Date"), July 7, 2025 (the "PCo Petition Date"), and September 19, 2025 (the "TopCo Petition Date") respectively.

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://omniagentsolutions.com/Prospect. The Debtors' mailing address is 3824 Hughes Ave., Culver City, CA 90232.

**PLEASE TAKE FURTHER NOTICE THAT**, on March 19, 2025, the Court entered the *Revised Order Approving Procedures for the Sale, Transfer, and/or Abandonment of De Minimis Assets* [Docket No. 1563] (the "*De Minimis* Sale Procedures Order"),[2] which authorized and approved the *De Minimis* Asset Sale Procedures for the sale, transfer, and/or abandonment of *De Minimis* Assets.

**PLEASE TAKE FURTHER NOTICE THAT**, in accordance with Paragraph 1(a)(v) of the *De Minimis* Sales Procedures Order, the Debtors are required to file with the Court, on a quarterly basis, a report summarizing any Non-Noticed *De Minimis* Asset Sales (where the fair market value or book value of the *De Minimis* Assets sold or transferred exceeded $250,000 but was less than $1,250,000) that were completed pursuant to the *De Minimis* Asset Sale Procedures during the immediately preceding quarterly period.

**PLEASE TAKE FURTHER NOTICE THAT**, for the quarterly period ending September 30, 2025, the Debtors completed five (5) series of Non-Noticed *De Minimis* Asset Sales that require disclosure under Paragraph 1(a)(v) of the *De Minimis* Asset Sales Procedures Order, as identified on **Exhibit A** hereto.

[*Remainder of the page intentionally left blank*]

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the *De Minimis* Sale Procedures Order.

Dated: October 30, 2025
Dallas, Texas

*/s/ Thomas R. Califano*

**SIDLEY AUSTIN LLP**
Thomas R. Califano (24122825)
Rakhee V. Patel (00797213)
Maegan Quejada (24105999)
2021 McKinney Avenue, Suite 2000
Dallas, Texas 75201
Telephone: (214) 981-3300
Facsimile: (214) 981-3400
Email: tom.califano@sidley.com
rpatel@sidley.com
mquejada@sidley.com

*and*

William E. Curtin (admitted *pro hac vice*)
Patrick Venter (admitted *pro hac vice*)
Anne G. Wallice (admitted *pro hac vice*)
787 Seventh Avenue
New York, New York 10019
Telephone: (212) 839-5300
Facsimile: (212) 839-5599
Email: wcurtin@sidley.com
pventer@sidley.com
anne.wallice@sidley.com

*Attorneys for the Debtors*
*and Debtors in Possession*

**Certificate of Service**

I certify that on October 30, 2025, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Northern District of Texas.

*/s/ Thomas R. Califano*
Thomas R. Califano