# **Exhibit A**

**Non-Noticed *De Minimis* Asset Sale**

# In re: PROSPECT MEDICAL HOLDINGS, INC., *et al.*
## Case No. 25-80002 (SGJ)
## Non-Noticed *De Minimis* Asset Sales Report (July 1, 2025-September 30, 2025)

| Debtor Entity | Purchasing Party | Selling Party | FMV | BV | Sale Prices | *De Minimis* Assets Sold/Transferred | Reason for Sale/Transfer | Broker/Auctioneer |
|---|---|---|---|---|---|---|---|---|
| Prospect CCMC LLC | Francis Simon \| Simon Medical | Prospect CCMC LLC | $268,000 | n/a | $268,000 | Used medical equipment | Closure of the Closing Hospitals (as defined in the Closure/Sale Order [Docket No. 1613]) | Centurion |
| Prospect CCMC LLC | Andrew Crosby \| Soma Technology | Prospect CCMC LLC | $329,000 | n/a | $329,000 | Used medical equipment | Closure of the Closing Hospitals | Centurion |
| Prospect CCMC LLC | Jose Lara \| Centro Hospitalario MAC | Prospect CCMC LLC | $390,000 | n/a | $390,000 | Used medical equipment | Closure of the Closing Hospitals | Centurion |
| Prospect CCMC LLC | Upper Darby School District | Prospect CCMC LLC | $600,000 | $8,003,217 | $600,000 | All of Prospect CCMC LLC's interests in the real estate identified in the Delaware County real estate records as Parcel Nos. 16-090099115, 16-090085209, and 16-090085210 (the "DCMH Parcels") and (b) any improvements located on the DCMH Parcels | Closure of the Closing Hospitals | Keen-Summit Capital Partners LLC |
| Prospect CCMC LLC | Keystone Quality Transport Company | Prospect CCMC LLC | $1,000,000 | $7,075,556 | $1,000,000 | All of Prospect CCMC LLC's interests in the real estate identified in the Delaware County real estate records as Parcel No. 37-00-00327-01, including Parcels A, B, C, and D, as further described in the real property deed dated May 18, 2023 (the "Taylor Parcels") and (b) any improvements located on the Taylor Parcels | Closure of the Closing Hospitals | Keen-Summit Capital Partners LLC |