# **Exhibit B**

## **Closing Conditions Letter**



SIDLEY AUSTIN LLP
2021 MCKINNEY AVENUE, SUITE 2000
DALLAS, TX 75201
+1 214 981 3300
+1 214 981 3400 FAX

AMERICA • ASIA PACIFIC • EUROPE

+1 214 981 3461
TOM.CALIFANO@SIDLEY.COM

September 22, 2025

**Via E-Mail**

Pillsbury Winthrop Shaw Pittman, LLP
Attn: Andrew M. Troop
31 West 52nd Street
New York, NY 10019
Tel: (212) 858-1660
E-mail: andrew.troop@pillsburylaw.com

Eversheds Sutherland (US), LLP
Attn: David A. Wender
999 Peachtree Street NE, Suite 2300
Atlanta, GA 30309
Tel: (404) 853-8175
E-mail: davidwender@eversheds-sutherland.com

Re: In re Prospect Medical Holdings, Inc., *et al*., Case No. 25-80002 (SGJ) (Bankr. N.D. Tex.)

Dear Mr. Troop and Mr. Wender:

I write on behalf of Prospect Medical Holdings, Inc. and its debtor affiliates (collectively, "Prospect" or the "Debtors") in connection with their voluntary bankruptcy filings under chapter 11 of title 11 of the United States Code (the "Bankruptcy Cases"), initiated on January 11, 2025 (the "Petition Date") in the United States Bankruptcy Court for the Northern District of Texas, Dallas Division (the "Court") to follow up on our September 22, 2025 call.

As you know, on November 18, 2022, Prospect and certain of its affiliates, as sellers, and The Centurion Foundation, Inc. ("Centurion"), as purchaser, entered into the Asset Purchase Agreement (the "Centurion Purchase Agreement") for the sale of two Rhode Island hospitals: Roger Williams Medical Center and Our Lady of Fatima Medical Center (the "Centurion Sale"). The Centurion Purchase Agreement was subsequently amended and restated on February 2, 2025 to facilitate consummation of the transaction following the commencement of the Debtors' chapter 11 cases.

# SIDLEY

Page 2

On February 3, 2025, the Debtors filed the *Debtors' Motion for Entry of an Order (I) Approving and Authorizing (A) the Asset Purchase Agreement, (B) the Sale of the Debtors' Assets Free and Clear of Interests, (C) the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, and (D) the Assignment of Certain Permits; and (II) Granting Related Relief* [Docket No. 349] (the "Centurion Sale Motion"), seeking approval of a private sale to Centurion pursuant to the terms of the amended Centurion Purchase Agreement. The Bankruptcy Court entered an order [Docket No. 606] approving the Centurion Sale Motion (the "Centurion Sale Order") on February 12, 2025. At the time, the transaction was expected to close within 60 days of entry of the Centurion Sale Order.

As you know, this sale, whether to Centurion or an alternate buyer, is subject to certain conditions (the "AG Conditions") set forth by the Rhode Island Attorney General and Rhode Island Department of Health (the "Attorney General" and, together with Centurion, the "Parties") under the Hospital Conversions Act and the amended Centurion Purchase Agreement. The Debtors appreciate the accommodations and modifications to the AG Conditions to which the Attorney General has previously agreed. However, it is Prospect's understanding that, notwithstanding multiple attempts, Centurion has been unable to raise financing sufficient to satisfy the AG Conditions. As a result, the Centurion Sale has yet to close.

As the Debtors informed the Court at the outset of the Bankruptcy Cases, Prospect is committed to ensuring that their hospitals are transitioned to operators acceptable to state regulatory authorities so that patient care continues uninterrupted in the communities their hospitals serve. However, as debtors-in-possession, the Prospect entities have a fiduciary duty to their creditors (including the vendors who have supported these hospitals) to maximize the value of their estates and to avoid administrative insolvency. In the intervening seven months since the Centurion Sale Order was entered, and the five months since the anticipated closing date, Prospect has remained true to its commitment to patient care and continued to fund the Rhode Island hospitals. During this five-month period, the Rhode Island hospitals have lost $15.4 million, which was funded by the Debtors' other operations and debtor-in-possession financing. The Debtors can no longer continue to do so without an end in sight.

Operating losses at the Rhode Island hospitals, which already amount to a monthly average of over $2 million, are expected to increase to $4.5 million during the month of October. Accordingly, the financial burden of these hospitals on the Debtors' estates has become unsustainable and the delay in closing risks administrative insolvency.

As discussed, Prospect requires certainty of closing of the Centurion Sale in the immediate term, and hereby requests that the Parties confirm **on or before September 26, 2025** that 1) the AG Conditions have been resolved such that Centurion is able to close the Centurion Sale with the financing it currently has available and 2) the closing of the Centurion Sale will occur no later than October 17, 2025. If the Parties are unable to meet either of these milestones, Prospect will seek

# SIDLEY

Page 3

the following relief from the Court, in the alternative: (i) entry of an order granting relief from the Centurion Sale Order and authorizing the transfer of the Rhode Island facilities to the State of Rhode Island, subject to the assumption of the post-petition operating liabilities of the facilities, or (ii) closure of the Rhode Island facilities.

Prospect understands that a failure to consummate the Centurion Sale would have devastating consequences for these facilities. Although Prospect understands that the AG Conditions are designed to ensure stability of the hospital operations going forward, these requirements can no longer be a roadblock to closing given the dire alternative. Prospect has demonstrated its commitment to getting the Centurion Sale to closing, but time and money has simply run out.

I appreciate the time and attention the Parties have given these matters and sincerely hope the Parties can quickly reach a consensus that will allow the Centurion Sale to close, so that operation at the two Rhode Island hospitals can be safely transitioned to new ownership in short order.

Sincerely,

/s/ Thomas R. Califano
Thomas R. Califano

cc: Von Crockett, Prospect Medical Holdings, Inc.
Frank Saidara, Prospect Medical Holdings, Inc.
William E. Curtin, Sidley Austin LLP
Anne Wallice, Sidley Austin LLP
Andrew Turnbull, Houlihan Lokey, Inc.
Daniel Martin, Houlihan Lokey, Inc.
Emil Kleinhuas, Wachtell, Lipton, Rosen & Katz
Kris Hansen, Paul Hastings LLP
Gabe Sasson, Paul Hastings LLP