KELLER ROHRBACK L.L.P.
Gary A. Gotto (*pro hac vice*)
Christopher Graver (*pro hac vice*)
3101 North Central Avenue, Suite 1400
Phoenix, Arizona 85012
(602) 248-0088
(602) 248-2822 (Fax)
ggotto@kellerrohrback.com

Douglas Uloth
douguloth@ulothlaw.com
State Bar No. 20273700
ULOTH, P.C.
400 E. Las Colinas Blvd., Suite 300-69
Irving, TX 75039
(972) 573-9399
(888) 780-5946 (Fax)
Local Counsel

Additional counsel listed on signature page

Counsel for ALAN ZWEBEN, on behalf of the
Prospect Medical Retirement Savings Plan A; and
ALAN ZWEBEN and JESSICA KLINE, individually

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| **PROSPECT MEDICAL HOLDINGS** *et al.* | § | **CASE NO. 25-80002 (SGJ)** |
| | § | **(Chapter 11)** |
| **DEBTOR** | § | **(Jointly Administered)** |

## LIST OF WITNESSES AND EXHIBITS OF ALAN ZWEBEN AND JESSICA KLINE, ON BEHALF OF PROSPECT MEDICAL RETIREMENT SAVINGS PLAN A, AND INDIVIDUALLY, RELATED TO THEIR PLAN OBJECTION

Pursuant to the Local Rules for the United States Bankruptcy Court for the Northern

District of Texas, Alan Zweben and Jessica Kline, On Behalf of Prospect Medical Retirement

List of Witnesses and Exhibits of Alan Zweben and Jessica Kline,
o/b/o Prospect Medical Retirement Savings Plan A, and Individually
- **Page 1**

Savings Plan A, and Individually, hereby designate witnesses and exhibits for use at the plan confirmation hearing scheduled for November 4, 2025 at 9:30 a.m. CST:

## WITNESSES

Jeffrey Lewis
Keller Rohrback L.L.P.
180 Grand Avenue, Suite 1380
Oakland, CA  94612
(510) 463-3900
Counsel for Objectors Zweben and Kline

　　　Any other witness designated or identified by any other party at the hearing and/or any rebuttal witnesses.

## EXHIBITS

| EXHIBIT | DESCRIPTION | OFFERED | IN |
|---|---|---|---|
| 1 | Declaration of Jeffrey Lewis dated 10/8/25. The Exhibits to the Declaration are separately listed as Exhibits 1-A through I-H below | | |
| 1-A | The Prospect Medical Retirement Savings Plan A | | |
| 1-B | Savings Plan Adoption Agreement dated 6/30/2020 | | |
| 1-C | 24-25 2nd Layer Excess Fiduciary Liability Policy – 10x20 - Ascot | | |
| 1-D | 24-25 3rd Layer Excess Fiduciary Liability Policy – 10x30 Landmark (RSUI) | | |
| 1-E | 24-25 4th Layer Excess Fiduciary Liability Policy – 10x30 – Starr | | |
| 1-F | 24-25 Lead Excess Fiduciary Liability Policy – 5x10 – Endurance (Sompo) | | |
| 1-G | 24-25 Primary Fiduciary Liability Policy – Hudson (Encore) | | |

List of Witnesses and Exhibits of Alan Zweben and Jessica Kline,
o/b/o Prospect Medical Retirement Savings Plan A, and Individually
 - **Page 2**

| Exhibit | Description | Offered | In |
|---|---|---|---|
| 1-H | 8/27/2025 Email from Jeffrey Lewis to Matthew Fredrick and Gabe Sasson dated August 27, 2025, 3:37 p.m., and attachment | | |
| 2 | Proof of Claim No. 1722 filed April 17, 2025 | | |
| 3 | Pertinent Pages from Debtors' Amended Disclosure Statement for the Joint Chapter 11 Plan of Prospect Medical Holdings, Inc., and its Debtor Affiliates, ECF No. 2987 | | |
| 4 | Pertinent Pages from Debtors' Joint Chapter 11 Plan of Prospect Medical Holdings, Inc., and its Debtor Affiliates, ECF No. 2986 | | |
| | Exhibits listed by any other party | | |

Respectfully submitted,

KELLER ROHRBACK L.L.P.

By: _____
Gary A. Gotto (*pro hac vice*)
Christopher Graver (*pro hac vice*)
3101 North Central Avenue, Suite 1400
Phoenix, Arizona 85012
Tel. (602) 248-0088
Fax: (602) 248-2822
ggotto@kellerrohrback.com

KELLER ROHRBACK L.L.P.
Jeffrey Lewis (*pro hac vice*)
180 Grand Avenue, Suite 1380
Oakland, CA 94612
Tel: (510) 463-3900
jlewis@kellerrohrback.com

List of Witnesses and Exhibits of Alan Zweben and Jessica Kline,
o/b/o Prospect Medical Retirement Savings Plan A, and Individually
 - **Page 3**

KELLER ROHRBACK L.L.P.
Erin M. Riley (*pro hac vice*)
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Tel: (206) 623-1900
eriley@kellerrohrback.com

Counsel for ALAN ZWEBEN, on behalf of the Prospect Medical Retirement Savings Plan A, and Alan Zweben and Jessica Klein, Individually

J. Douglas Uloth
douguloth@ulothlaw.com
State Bar No. 20273700
ULOTH, P.C.
400 E. Las Colinas Blvd, Ste 300-69
Irving, TX 75039
(972) 573-9399
(888) 780-5946 (Fax)

Local Counsel for ALAN ZWEBEN, on behalf of the Prospect Medical Retirement Savings Plan A, and Alan Zweben and Jessica Klein, Individually

List of Witnesses and Exhibits of Alan Zweben and Jessica Kline,
o/b/o Prospect Medical Retirement Savings Plan A, and Individually
 - **Page 4**

## **CERTIFICATE OF SERVICE**

  The undersigned certifies that on October 31, 2025, a true and correct copy of the foregoing document was served by electronic mail on the parties registered to receive electronic notification via the Court's ECF noticing system.

            *s/ Christopher Graver*
            Christopher Graver

List of Witnesses and Exhibits of Alan Zweben and Jessica Kline,
o/b/o Prospect Medical Retirement Savings Plan A, and Individually
 - **Page 5**