| | |
|---|---|
| SIDLEY AUSTIN LLP <br> Thomas R. Califano (24122825) <br> Rakhee V. Patel (00797213) <br> Maegan Quejada (24105999) <br> 2021 McKinney Avenue, Suite 2000 <br> Dallas, Texas 75201 <br> Telephone:  (214) 981-3300 <br> Facsimile:  (214) 981-3400 <br> Email:  tom.califano@sidley.com <br>     rpatel@sidley.com <br>     mquejada@sidley.com | SIDLEY AUSTIN LLP <br> William E. Curtin (admitted *pro hac vice*) <br> Patrick Venter (admitted *pro hac vice*) <br> Anne G. Wallice (admitted *pro hac vice*) <br> 787 Seventh Avenue <br> New York, New York 10019 <br> Telephone:  (212) 839-5300 <br> Facsimile:  (212) 839-5599 <br> Email:  wcurtin@sidley.com <br>     pventer@sidley.com <br>     anne.wallice@sidley.com |

*Attorneys for the Debtors and Debtors in Possession*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| In re: <br><br> PROSPECT MEDICAL HOLDINGS, INC., *et al.*,[1] <br><br> Debtors. | Chapter 11 <br><br> Case No. 25-80002 (SGJ) <br><br> (Jointly Administered) |

**WITNESS AND EXHIBIT
LIST FOR HEARING SCHEDULED FOR
NOVEMBER 4, 2025 AT 9:30 A.M. (PREVAILING CENTRAL TIME)**

The debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "Debtors") hereby submit this witness and exhibit list (the "Witness and Exhibit List") and designate the following witnesses in connection with the matters scheduled for hearing on **November 4, 2025 at 9:30 a.m. (prevailing Central Time)**.

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://omniagentsolutions.com/Prospect. The Debtors' mailing address is 3824 Hughes Ave., Culver City, CA 90232.

A. <u>Witnesses</u>

1. Paul Rundell, Chief Restructuring Officer, Prospect Medical Holdings, Inc.

2. Andrew Turnbull, Managing Director, Houlihan Lokey

3. Any witnesses called or designated by any other party.

4. Any impeachment or rebuttal witnesses.

B. <u>Exhibits</u>

| Ex. No. | Description | Judicial Notice | Marked | Offered | Objected | Admitted | Date | Disp. After Trial |
|---|---|---|---|---|---|---|---|---|
| 1. | *Declaration of Paul Rundell in Support of the Centurion Sale Transaction* [Docket No. 369] | | | | | | | |
| 2. | *Order (I) Approving and Authorizing (A) the Asset Purchase Agreement, (B) the Sale of the Debtors' Assets Free and Clear of Interests, (C) the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, and (D) Assignment of Certain Permits; and (II) Granting Related Relief* [Docket No. 606] | | | | | | | |
| 3. | *Declaration of Andrew Turnbull in Support of Debtors' Motion for Entry of an Order (I) Granting Relief from the Centurion Sale Order and (A) Authorizing the Transfer of the Rhode Island Hospitals to the State of Rhode Island, or (B) in the Alternative, Approving the Closure of the Rhode Island Hospitals; and (II) Granting Related Relief* [Docket No. 3667] | | | | | | | |
| 4. | *Declaration of Paul Rundell in Support of Debtors' Motion for Entry of an Order (I) Granting Relief from the Centurion Sale Order and (A) Authorizing the Transfer of the Rhode Island Hospitals to the State of Rhode Island, or (B) in the Alternative, Approving the Closure of the Rhode Island Hospitals; and (II) Granting Related Relief* [Docket No. 3668] | | | | | | | |

| Ex. No. | Description | Judicial Notice | Marked | Offered | Objected | Admitted | Date | Disp. After Trial |
|---|---|---|---|---|---|---|---|---|
| 5. | *Order (I)(A) Enforcing the Automatic Stay Against (I) Springfield Township and (II) the Community YMCA of Eastern Delaware County; (B) Awarding Actual and Punitive Damages to the Debtors; and (II) Granting Related Relief* [Docket No. 3279] | | | | | | | |
| 6. | Pennsylvania Petition, Exhibit B to Motion to Enforce the Automatic Stay Against Springfield Township [Docket No. 3266-2] | | | | | | | |
| 7. | Notice of Hearing, Exhibit C to Motion to Enforce the Automatic Stay Against Springfield Township [Docket No. 3266-3] | | | | | | | |
| 8. | *Second Order (I)(A) Enforcing the Automatic Stay Against (I) Springfield Township and (II) the Community YMCA of Eastern Delaware County; (B) Reserving the Court's Right to Award Actual and Punitive Damages to the Debtors; and (II) Granting Related Relief* [Docket No. 3510] | | | | | | | |
| 9. | *Declaration of Paul Rundell in Support of the Debtors' Emergency Motion for Order Estimating WARN Claims Pursuant to Section 502(c) of the Bankruptcy Code* [Docket No. 3650] | | | | | | | |
| | All exhibits necessary for impeachment purposes. | | | | | | | |
| | Any other document entered or filed in the above-styled bankruptcy case, including any exhibits thereto. | | | | | | | |
| | Any and all documents identified or offered by any other party. | | | | | | | |

[*Remainder of the page intentionally left blank.*]

Dated: October 31, 2025
Dallas, Texas

*/s/ Thomas R. Califano*
**SIDLEY AUSTIN LLP**
Thomas R. Califano (24122825)
Rakhee V. Patel (00797213)
Maegan Quejada (24105999)
2021 McKinney Avenue, Suite 2000
Dallas, Texas 75201
Telephone:    (214) 981-3300
Facsimile:    (214) 981-3400
Email:    tom.califano@sidley.com
    rpatel@sidley.com
    mquejada@sidley.com

*and*

William E. Curtin (admitted *pro hac vice*)
Patrick Venter (admitted *pro hac vice*)
Anne G. Wallice (admitted *pro hac vice*)
787 Seventh Avenue
New York, New York 10019
Telephone:    (212) 839-5300
Facsimile:    (212) 839-5599
Email:    wcurtin@sidley.com
    pventer@sidley.com
    anne.wallice@sidley.com

*Attorneys for the Debtors*
*and Debtors in Possession*

**Certificate of Service**

I certify that on October 31, 2025, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Northern District of Texas.

                                                                    */s/ Thomas R. Califano*
                                                                    Thomas R. Califano