

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed November 3, 2025**

_____
United States Bankruptcy Judge

_____

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| PROSPECT MEDICAL HOLDINGS, | § | Case No. 25-80002 (SGJ) |
| INC., *et al.*,[1] | § | |
| | § | (Joint Administration Requested) |
| Debtors. | § | |

## ORDER GRANTING CHCT CONNECTICUT, LLC'S
## MOTION FOR LEAVE TO APPEAR WITHOUT LOCAL COUNSEL

Having considered the Motion for Leave to Appear Without Local Counsel (the "Motion") filed by CHCT Connecticut, LLC ("Movant") and, based upon the representation of Movant's Counsel that she is prepared to perform all duties of local counsel, including travel to

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://omniagentsolutions.com/Prospect. The Debtors' mailing address is 3824 Hughes Ave., Culver City, CA 90232.

Dallas for appearance at hearings on short notice and expedited hearings, the Court is of the opinion that the Motion should be granted. It is therefore,

ORDERED that CHCT Connecticut, LLC is exempted from the requirement of obtaining local counsel under Local Rule 2090-4. The Court reserves the right to reconsider this Order should Counsel for CHCT Connecticut, LLC fail to comply with this Court's Local Rules or the duties of local counsel described herein.

###END OF ORDER###

ORDER PREPARED BY:

BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.

By:   /s/ *Susan C. Mathews*
       Susan C. Mathews
       State Bar No. 05060650
       1301 McKinney, Suite 3700
       Houston, TX  77010
       Telephone: (713) 650-9700
       Facsimile: (713) 650-9701
       Email: smathews@bakerdonelson.com

**Counsel for CHCT Connecticut, LLC**