| | |
|---|---|
| SIDLEY AUSTIN LLP | SIDLEY AUSTIN LLP |
| Thomas R. Califano (24122825) | William E. Curtin (admitted *pro hac vice*) |
| Rakhee V. Patel (00797213) | Patrick Venter (admitted *pro hac vice*) |
| Maegan Quejada (24105999) | Anne G. Wallice (admitted *pro hac vice*) |
| 2021 McKinney Avenue, Suite 2000 | 787 Seventh Avenue |
| Dallas, Texas 75201 | New York, New York 10019 |
| Telephone:   (214) 981-3300 | Telephone:   (212) 839-5300 |
| Facsimile:   (214) 981-3400 | Facsimile:   (212) 839-5599 |
| Email:   tom.califano@sidley.com | Email:   wcurtin@sidley.com |
|       rpatel@sidley.com |       pventer@sidley.com |
|       mquejada@sidley.com |       anne.wallice@sidley.com |

*Attorneys for the Debtors
and Debtors in Possession*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| PROSPECT MEDICAL HOLDINGS, INC., *et al.*,[1] | Case No. 25-80002 (SGJ) |
| Debtors. | (Jointly Administered) |

## NOTICE OF ADJOURNMENT OF HEARING FOR THE DEBTORS' MOTION FOR AN ORDER RECLASSIFYING CERTAIN PRIORITY TAX CLAIMS FILED BY THE COMMONWEALTH OF PENNSYLVANIA TO NOVEMBER 18, 2025 AT 9:30 A.M. (PREVAILING CENTRAL TIME)

**PLEASE TAKE NOTICE** that a hearing was scheduled for November 4, 2025 at 9:30 p.m. (prevailing Central Time) (the "November 4 Hearing") before the Honorable Stacey G.C. Jernigan to consider, among other things, the *Debtors' Emergency Motion for Order Reclassifying Certain Tax Claims Filed by the Commonwealth of Pennsylvania as General Unsecured Claims* [Docket No. 3596] (the "Motion to Reclassify").

**PLEASE TAKE FURTHER NOTICE** that the hearing on the Motion to Reclassify has been adjourned to **November 18, 2025 at 9:30 a.m. (prevailing Central Time)**.

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://omniagentsolutions.com/Prospect. The Debtors' mailing address is 3824 Hughes Ave., Culver City, CA 90232.

1

**PLEASE TAKE FURTHER NOTICE** that the November 4 Hearing is proceeding on other matters as described in the agenda filed by the Debtors [Docket No. 3690].

**PLEASE TAKE FURTHER NOTICE** that parties may participate in the hearing either in person or by an audio and video connection.

**PLEASE TAKE FURTHER NOTICE** that, parties who wish to appear and participate in the Hearing by videoconference may do so via WebEx at the following link:

> **LINK:** https://us-courts.webex.com/meet/jerniga

**PLEASE TAKE FURTHER NOTICE** that, the WebEx hearing Instructions may be obtained from Judge Jernigan's hearing/calendar site: **https://www.txnb.uscourts.gov/judges-info/hearing-dates/chief-judgejernigans-hearing-dates.** Parties should review the Webex instructions prior to the hearing.

- **Dial-In:** 650.479.3207

- **Access Code:** 2304 154 2638

**PLEASE TAKE FURTHER NOTICE** that, hearing appearances must be made electronically in advance of electronic hearings. To make your appearance, click the "Electronic Appearance" link on Judge Jernigan's homepage: **https://www.txnb.uscourts.gov/content/chief-judge-stacey-g-c-jernigan.** Select the case name, complete the required fields and click "Submit" to complete your appearance.

**PLEASE TAKE FURTHER NOTICE** that, copies of the pleadings filed in this case may be obtained (i) at the website established by the Debtors' noticing agent, Omni Agent Solutions, Inc., at https://omniagentsolutions.com/Prospect, (ii) from the Court's website http://www.txnb.uscourts.gov via ECF/Pacer, or (iii) upon request to the undersigned.

[*Remainder of the page intentionally left blank.*]

Dated: November 4, 2025
Dallas, Texas

/s/ *Thomas R. Califano*
**SIDLEY AUSTIN LLP**
Thomas R. Califano (24122825)
Rakhee V. Patel (00797213)
Maegan Quejada (24105999)
2021 McKinney Avenue, Suite 2000
Dallas, Texas 75201
Telephone:    (214) 981-3300
Facsimile:    (214) 981-3400
Email:    tom.califano@sidley.com
rpatel@sidley.com
mquejada@sidley.com

*and*

William E. Curtin (admitted *pro hac vice*)
Patrick Venter (admitted *pro hac vice*)
Anne G. Wallice (admitted *pro hac vice*)
787 Seventh Avenue
New York, New York 10019
Telephone:    (212) 839-5300
Facsimile:    (212) 839-5599
Email:    wcurtin@sidley.com
pventer@sidley.com
anne.wallice@sidley.com

*Attorneys for the Debtors*
*and Debtors in Possession*

3

## Certificate of Service

      I certify that on November 4, 2025, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Northern District of Texas.

                                                                */s/ Thomas R. Califano*
                                                                Thomas R. Califano