## 25-80002-SGJ11 PROSPECT MEDICAL HOLDINGS, INC. - TUESDAY, NOVEMBER 4, 2025, AT 9:30AM

| Id | Name: | Firm: | Party you represent: |
|---|---|---|---|
| 1 | Boshanda Kim Johnson | Trustee, KJ Clann Private Equity & Trust | The Estate of Miss Whitney Kim Johnson (Administrative Expense Claimant) |
| 2 | Jeffrey Kurtzman | Kurtzman Steady, LLC | Keystone Quality Transport |
| 3 | Phillip | Martin | Ventas, Endurance, Berkley |
| 4 | Nancy Lavin | Rhode Island Current | reporter covering the case |
| 5 | Edmond M. George | Obermayer Rebmann Maxwell & Hippel LLP | Independence Blue Cross |
| 6 | Michael D. Vagnoni | Obermayer Rebmann Maxwell & Hippel LLP | Independence Blue Cross |
| 7 | Jeffrey Garfinkle | Buchalter | Altera Digital Health and Veradigm LLC |
| 8 | D. Alexander Barnes | Obermayer Rebmann Maxwell & Hippel LLP | Willow View Partnership LP |
| 9 | Ryan E. Chapple | Cain & Skarnulis PLLC | Pamela Dorn, Lynn Matthews, et al. |
| 10 | Richard Gemma | Rhode Island Attorney General's Office | State of Rhode Island |
| 11 | Jeffrey R. Waxman | Morris James LLP | Herman Goldner Company |
| 12 | George W. Fitting | Clark Hill PLC | Chester Water Authority |
| 13 | Roger |  | N/A |
| 14 | Matthew Williams | Fultz Maddox Dickens PLC | Ventas, Inc. and its affiliates |
| 15 | Stephanie Prather | Creditor | Pro Se |
| 16 | Jonathan Walters, Esq. | Markowitz & Richman | Laborers Local 1310 and Pennsylvania Association of Staff Nurses and Allied Professionals |
| 17 | Laurel Roglen | Ballard Spahr | YMCA of Delaware County |

## 25-80002-SGJ11 PROSPECT MEDICAL HOLDINGS, INC. - TUESDAY, NOVEMBER 4, 2025, AT 9:30AM

|    |                          |                                |                                                          |
|----|--------------------------|--------------------------------|----------------------------------------------------------|
| 18 | Erin Williamson          | Ballard Spahr                  | Delaware County, Pennsylvania                            |
| 19 | Attorney Alinor Sterling | Koskoff Koskoff & Bleder, PC   | Public Interest                                          |
| 20 | Trey Monsour             | Fox Rothschild, LLP            | Rhode Island Tort Claimants and FinThrive                |
| 21 | Michael S Davis          | Zeichner Ellman & Krause LLP   | Lexington Insurance Company                              |
| 22 | Isaac Raisner            | Raisner Roupinian LLP          | Amanda Cannavo                                           |
| 23 | Jack Raisner             | Raisner Roupinian LLP          | Amand Cannavo                                            |
| 24 | Lucas L. Schneider        | Stinson LLP                    | Lumen Technologies, Inc.                                 |
| 25 | Alejandra Garcia Castro  | Husch Blackwell LLP            | Safety National Casualty Corporation                     |
| 26 | Glenn Walter             | Honigman LLP                   | Connecticut Health Insurance Company                     |
| 27 | John Cornwell            | Munsch Hardt Kopf & Harr, P.C. | Global Healthcare Exchange                               |
| 28 | Gabe Sasson              | Paul Hastings LLP              | Official Committee of Unsecured Creditors                |
| 29 | Matthew Friedrick        | Paul Hastings LLP              | Official Committee of Unsecured Creditors                |
| 30 | Charles Persons          | Paul Hastings LLP              | Official Committee of Unsecured Creditors                |
| 31 | Sara Morgan              | Bass, Berry and Sims           | Sound Inpatient Physicians                               |
| 32 | Matthew Giadrosich       | Padfield & Stout               | Dext Capital, US Bank, PNC Bank, and Leaf Capital Funding |
| 33 | Melissa L. Van Eck       | Pennsylvania Office of Attorney General | Commonwealth of Pennsylvania                    |
| 34 | Eryk Gettell             |                                | Ad Hoc Reinsurer Group                                   |
| 35 | Caleb Holzaepfel         | Husch Blackwell LLP            | Safety National Casualty Corporation                     |
| 36 | Katrina Williams         |                                | Nancy Heard                                              |