SIDLEY AUSTIN LLP
Thomas R. Califano (24122825)
Rakhee V. Patel (00797213)
Maegan Quejada (24105999)
2021 McKinney Avenue, Suite 2000
Dallas, Texas 75201
Telephone:   (214) 981-3300
Facsimile:   (214) 981-3400
Email:   tom.califano@sidley.com
    rpatel@sidley.com
    mquejada@sidley.com

SIDLEY AUSTIN LLP
William E. Curtin (admitted *pro hac vice*)
Patrick Venter (admitted *pro hac vice*)
Anne G. Wallice (admitted *pro hac vice*)
787 Seventh Avenue
New York, New York 10019
Telephone: (212) 839-5300
Facsimile: (212) 839-5599
Email:   wcurtin@sidley.com
    pventer@sidley.com
    anne.wallice@sidley.com

*Attorneys for the Debtors
and Debtors in Possession*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| In re:<br><br>PROSPECT MEDICAL HOLDINGS, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 25-80002 (SGJ)<br><br>(Jointly Administered) |

### NOTICE OF STIPULATION AND AGREED ORDER BETWEEN THE DEBTORS AND THE STATE OF RHODE ISLAND REGARDING THE DEBTORS' RHODE ISLAND TRANSFER MOTION

**PLEASE TAKE NOTICE** that, pursuant to the Stipulation and Agreed Order attached hereto as **Exhibit A**, Prospect Medical Holdings, Inc. and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases, and the State of Rhode Island through its Attorney General have, in connection with the *Debtors' Motion for Entry of an Order (I) Granting Relief from the Centurion Sale Order and (A) Authorizing the Transfer of the Rhode*

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://omniagentsolutions.com/Prospect. The Debtors' mailing address is 3824 Hughes Ave., Culver City, CA 90232.

*Island Hospitals to the State of Rhode Island, or (B) in the Alternative, Approving the Closure of the Rhode Island Hospitals; and (II) Granting Related Relief* [Docket No. 3666], agreed to a temporary funding solution for the Debtors' RI Hospitals on the terms set forth in **Exhibit A**.

[*Remainder of the page intentionally left blank.*]

**Certificate of Service**

I certify that on November 6, 2025, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Northern District of Texas.

*/s/ Thomas R. Califano*
Thomas R. Califano