FILED

NOV 1 3 2025

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| PROSPECT MEDICAL HOLDINGS, INC., et al,[1] | : | Case No.: 25-80002 (SGJ) |
| Debtors. | : | |

## MOTION TO WAIVE LOCAL COUNSEL REQUIREMENT UNDER LOCAL RULE 2090-4

Pursuant to L.B.R. 2090-4(a) McDonald Uniforms, Inc. (**"McDonald"**) requests leave to appear without local counsel and states:

1. McDonald, as a creditor and interested party, wishes to be represented in this bankruptcy matter by attorneys Stephen C. Goldblum of Semanoff Ormsby Greenberg & Torchia, LLC. I have filed an application to appear *pro hace vice* has been filed contemporaneously herewith. The undersigned is also a registered ECF filer.

2. I am licensed to practice in Pennsylvania and New York and has twenty-six (26) years' experience. I have appeared in federal district and bankruptcy courts in multiple jurisdictions.

3. McDonald is based in the Philadelphia Region where the undersigned is also based. I do not reside nor maintain an office in the Northern District of Texas.

4. I am requesting *pro hace vice* solely for the purpose of executing a Stipulation between the debtor and McDonald, which has been negotiated with debtor's counsel, for the purpose of McDonald's return of a portion of a pre-payment to debtor of approximately $37,000 related to the provision of uniforms and related services.

5. It is anticipated that, beyond the execution of the Petition which is to the benefit of debtor, there will no further proceedings in this bankruptcy.

---

[1] A complete list of each of the Debtor in these Chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://omniagentsolutions.com/Prospect. The Debtors' mailing address is 3824 Hughes Avenue, Culver City, CA 90232.

4925-5846-1049, v. 1

6. The undersigned counsel is prepared to perform all duties of local counsel, including appearance at hearings, as well as other duties required by the local rules and procedures of this Court. Notwithstanding the foregoing, McDonald expects its involvement in these cases to be limited to the execution of the Stipulation referred above.

7. Contemporaneous with this Motion the undersigned counsel has filed an Application for Admission *Pro Hac Vice* and the required $100 fee.

WHEREFORE, McDonald requests leave to proceed without local counsel pursuant to LB.R. 2090-4(a).

Respectfully submitted,

By _____
Stephen C. Goldblum (Attorney ID 83927)
Semanoff Ormsby Greenberg & Torchia, LLC
2617 Huntingdon Pike
Huntingdon Valley, PA 19006
(215) 887-0200
sgoldblum@sogtlaw.com
Attorneys for McDonald Uniforms, Inc.

Dated: 11/12/25

4925-5846-1049, v. 1

### CERTIFICATION OF SERVICE

I, Stephen C. Goldblum, Esquire hereby certifies that this Motion to Waive Local Counsel Requirement was electronically filed and served to the parties that are registered or otherwise entitled to receive electronic notices in this case pursuant to the Electronic Filing Procedure in this District on November 12, 2025.

By _____
Stephen C. Goldblum (Attorney ID 83927)
Semanoff Ormsby Greenberg & Torchia, LLC
2617 Huntingdon Pike
Huntingdon Valley, PA 19006
(215) 887-0200
sgoldblum@sogtlaw.com
Attorneys for McDonald Uniforms, Inc.

Dated: 11/12/25