| | |
|---|---|
| SIDLEY AUSTIN LLP | SIDLEY AUSTIN LLP |
| Thomas R. Califano (24122825) | William E. Curtin (admitted *pro hac vice*) |
| Rakhee V. Patel (00797213) | Patrick Venter (admitted *pro hac vice*) |
| Maegan Quejada (24105999) | Anne G. Wallice (admitted *pro hac vice*) |
| 2021 McKinney Avenue, Suite 2000 | 787 Seventh Avenue |
| Dallas, Texas 75201 | New York, New York 10019 |
| Telephone: (214) 981-3300 | Telephone: (212) 839-5300 |
| Facsimile: (214) 981-3400 | Facsimile: (212) 839-5599 |
| Email: tom.califano@sidley.com | Email: wcurtin@sidley.com |
| rpatel@sidley.com | pventer@sidley.com |
| mquejada@sidley.com | anne.wallice@sidley.com |

*Attorneys for the Debtors and
Debtors in Possession*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| PROSPECT MEDICAL HOLDINGS, INC., *et al.*,[1] | Case No. 25-80002 (SGJ) |
| Debtors. | (Jointly Administered) |

**AGENDA FOR HEARING SCHEDULED FOR
NOVEMBER 18, 2025 AT 9:30 A.M. (PREVAILING CENTRAL TIME)**

The above-captioned debtors and debtors in possession (collectively, the "Debtors") hereby file this agenda for matters set for hearing on November 18, 2025 at 9:30 a.m. (prevailing Central Time), before the Honorable Stacey G.C. Jernigan at the United States Bankruptcy Court for the Northern District of Texas, at Courtroom 1, 14th Floor, Earle Cabell Federal Building, 1100 Commerce Street, Dallas, Texas 75242-1496.

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://omniagentsolutions.com/Prospect. The Debtors' mailing address is 3824 Hughes Ave., Culver City, CA 90232.

**AGENDA MATTERS**

1.   *Notice of Successful Bidder of the Waterbury Sale Transaction* [Docket No. 3853]

    **Related Documents:**

    a.   *Debtors' Motion for Entry of an Order (I)(A) Approving Bidding Procedures and the Form and Manner of Notice Thereof, (B) Authorizing the Selection of Stalking Horse Bidder(s) and Approving Bid Protections, (C) Establishing Bid Deadlines and Scheduling Auction(s) and Sale Hearing(s), and (D) Establishing Certain Assumption and Assignment Procedures and Approving the Manner of Notice Thereof, (II)(A) Authorizing the Sale of the Assets Free and Clear of All Encumbrances, and (B) Approving the Assumption and Assignment of the Assumed Contracts, And (III) Granting Related Relief* [Docket No. 708]

    b.   *Order (I)(A) Approving Bidding Procedures and the Form and Manner of Notice Thereof, (B) Authorizing the Selection of Stalking Horse Bidder(s) and Approving Bid Protections, (C) Establishing Bid Deadlines and Scheduling Auction(s) and Sale Hearing(s), and (D) Establishing Certain Assumption and Assignment Procedures and Approving the Manner of Notice Thereof, (II)(A) Authorizing the Sale of the Assets Free and Clear of All Encumbrances, and (B) Approving the Assumption and Assignment of the Assumed Contracts, and (III) Granting Related Relief* [Docket No. 1264]

    c.   *Notice of Revised Deadline to File California and Connecticut Assumption and Assignment Notices* [Docket No. 1460]

    d.   *Notice of (I) Potential Assumption and Assignment of Executory Contracts and Unexpired Leases and (II) Cure Amounts* [Docket No. 1571]

    e.   *Notice of Revised California and Connecticut Sale Transaction Milestones* [Docket No. 2196]

    f.   *Supplemental Notice of (I) Potential Assumption and Assignment of Executory Contracts and Unexpired Leases and (II) Cure Costs* [Docket No. 2781]

    g.   *Supplemental Notice of (I) Potential Assumption and Assignment of California Executory Contracts and Unexpired Leases and (II) Cure Costs* [Docket No. 3171]

    h.   *Supplemental Notice of (I) Potential Assumption and Assignment of Executory Contracts and Unexpired Leases and (II) Cure Costs* [Docket No. 3179]

    i.   *Supplemental Notice of (I) Potential Assumption and Assignment of Executory Contracts and Unexpired Leases and (II) Cure Costs* [Docket No. 3213]

    j.   *Notice of Designation of Stalking Horse Bidder* [Docket No. 3755]

    k.    *Notice of Auction and Sale Hearing* [Docket No. 3756]

    l.    *Witness and Exhibit List for Hearing Scheduled for November 18, 2025 at 9:30 A.M. (Prevailing Central Time)* [Docket No. 3833]

    m.    *Protective Limited Objection of Cigna to Notice of Designation of Stalking Horse Bidder and Proposed Sale* [Docket No. 3838]

    n.    *Limited Objection and Reservation of Rights of Siemens Financial Services, Inc. to 1) Debtors' Motion for Entry of an Order (I)(A) Approving Bidding Procedures and the Form and Manner of Notice Thereof, (B) Authorizing the Selection of Stalking Horse Bidder(s) and Approving Bid Protections, (C) Establishing Bid Deadlines and Scheduling Auction(s) and Sale Hearing(s), and (D) Establishing Certain Assumption and Assignment Procedures and Approving the Manner of Notice Thereof, (II)(A) Authorizing the Sale of the Assets Free and Clear of All Encumbrances, and (B) Approving the Assumption and Assignment of the Assumed Contracts, And (III) Granting Related Relief, 2) Debtors' Notice of (I) Potential Assumption and Assignment of Executory Contracts and Unexpired Leases and (II) Cure Amounts, 3) Notice of Designation of Stalking Horse Bidder, 4) Notice of Auction and Sale Hearing and 5) Notice of Successful Bidder of the Waterbury Sale Transaction* [Docket No. 3839]

    o.    *Declaration of Daniel Martin in Support of the Debtors' Proposed Order (I) Authorizing the Sale of Waterbury Assets Free and Clear of all Encumbrances, (II) Approving the Assumption and Assignment of the Assigned Contracts, and (III) Granting Related Relief* [Docket No. 3854]

**Status:** This matter is going forward.

2.    Status conference regarding *Debtors' Motion for Entry of an Order (I) Granting Relief from the Centurion Sale Order and (A) Authorizing the Transfer of the Rhode Island Hospitals to the State of Rhode Island, or (B) in the Alternative, Approving the Closure of the Rhode Island Hospitals; and (II) Granting Related Relief* [Docket No. 3666]

    **Related Documents:**

    a.    *Informational Brief by the State of Rhode Island in Connection with Prospect's Chapter 11 Filing* [Docket No. 54]

    b.    *Debtors' Motion for Entry of an Order (I) Approving and Authorizing (A) the Asset Purchase Agreement, (B) the Sale of the Debtors' Assets Free and Clear of Interests, (C) the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, and (D) Assignment of Certain Permits; and (II) Granting Related Relief* [Docket No. 349]

    c.    *Declaration of Paul Rundell in Support of the Centurion Sale Transaction* [Docket No. 369]

    d.    *Order (I) Approving and Authorizing (A) the Asset Purchase Agreement, (B) the Sale of the Debtors' Assets Free and Clear of Interests, (C) the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, and (D) Assignment of Certain Permits; and (II) Granting Related Relief* [Docket No. 606]

    e.    *Declaration of Andrew Turnbull in Support of Debtors' Motion for Entry of an Order (I) Granting Relief from the Centurion Sale Order and (A) Authorizing the Transfer of the Rhode Island Hospitals to the State of Rhode Island, or (B) in the Alternative, Approving the Closure of the Rhode Island Hospitals; and (II) Granting Related Relief* [Docket No. 3667]

    f.    *Declaration of Paul Rundell in Support of Debtors' Motion for Entry of an Order (I) Granting Relief from the Centurion Sale Order and (A) Authorizing the Transfer of the Rhode Island Hospitals to the State of Rhode Island, or (B) in the Alternative, Approving the Closure of the Rhode Island Hospitals; and (II) Granting Related Relief* [Docket No. 3668]

    g.    *Notice of Status Conference for November 4, 2025 Setting* [Docket No. 3669]

    h.    *Debtors' Witness and Exhibit List for Hearing Scheduled for November 4, 2025 at 9:30 A.M. (Prevailing Central Time)* [Docket No. 3675]

    i.    *Response and Reservation of Rights of the Centurion Foundation, Inc. and Certain of its Affiliates to the Debtors' Motion for Entry of an Order (I) Granting Relief from the Centurion Sale Order and (A) Authorizing the Transfer of the Rhode Island Hospitals to the State of Rhode Island, or (B) in the Alternative, Approving the Closure of the Rhode Island Hospitals; and (II) Granting Related Relief* [Docket No. 3695]

    j.    *Rhode Island's Preliminary Statement and Reservation Regarding Debtors' Motion for Relief from the Centurion Sale Order* [Docket No. 3704]

    k.    *Notice of Status Conference for November 7, 2025 Setting* [Docket No. 3741]

    l.    *Notice of Stipulation and Agreed Order Between the Debtor and the State of Rhode Island Regarding the Debtors' Rhode Island Transfer Motion* [Docket No. 3750]

    m.    *Debtors' Witness and Exhibit List for Hearing Scheduled for November 18, 2025 at 9:30 A.M. (Prevailing Central Time)* [Docket No. 3833]

    n.    *The Centurion Foundation, Inc. and Certain of its Affiliates' Witness and Exhibit List for Hearing Scheduled for November 18, 2025 at 9:30 A.M. (Prevailing Central Time)* [Docket No. 3835]

**Status:** The Debtors will provide a status update on the matter.

3. Status conference regarding *Debtors' Emergency Motion for Entry of an Order (I)(A) Enforcing the Automatic Stay Against (I) Springfield Township and (II) the Community YMCA of Eastern Delaware County; (B) Awarding Actual and Punitive Damages to the Debtors; and (II) Granting Related Relief* [Docket No. 3266]

   **Related Documents:**

   a. *Emergency Notice of Hearing for September 30, 2025 Setting* [Docket No. 3267]

   b. *Notice of Continued Hearing to October 14, 2025 Setting* [Docket No. 3275]

   c. *Order (I)(A) Enforcing the Automatic Stay Against (I) Springfield Township and (II) the Community YMCA of Eastern Delaware County; (B) Awarding Actual and Punitive Damages to the Debtors; and (II) Granting Related Relief* [Docket No. 3279]

   d. *Witness and Exhibit List for Hearing Scheduled for October 14, 2025 at 9:30 a.m. (Prevailing Central Time)* [Docket No. 3432]

   e. *Second Order (I)(A) Enforcing the Automatic Stay Against (I) Springfield Township and (II) the Community YMCA of Eastern Delaware County; (B) Reserving the Court's Right to Award Actual and Punitive Damages to the Debtors; and (II) Granting Related Relief* [Docket No. 3510]

   f. *Notice of Hearing for November 4 Setting* [Docket No. 3513]

   g. *Debtors' Witness and Exhibit List for Hearing Scheduled for November 4, 2025 at 9:30 A.M. (Prevailing Central Time)* [Docket No. 3675]

   h. *Debtors' Witness and Exhibit List for Hearing Scheduled for November 18, 2025 at 9:30 A.M. (Prevailing Central Time)* [Docket No. 3833]

**Status:** The Debtors will provide a status update on the matter.

4. *Joint Chapter 11 Plan of Prospect Medical Holdings, Inc. and its Debtor Affiliates* [Docket No. 2986]

   **Related Documents:**

   a. *Disclosure Statement for the Joint Chapter 11 Plan of Prospect Medical Holdings, Inc. and its Debtor Affiliate* [Docket No. 2095]

   b. *Joint Chapter 11 Plan of Prospect Medical Holdings, Inc. and its Debtor Affiliates* [Docket No. 2607]

5

    c. *Disclosure Statement for the Joint Chapter 11 Plan of Prospect Medical Holdings, Inc. and its Debtor Affiliates* [Docket No. 2608]

    d. *Notice of Filing of (A) Revised Disclosure Statement and (B) Revised Joint Chapter 11 Plan of Prospect Medical Holdings, Inc. and its Debtor Affiliates* [Docket No. 2609]

    e. *Joint Chapter 11 Plan of Prospect Medical Holdings, Inc. and its Debtor Affiliates* [Docket No. 2843]

    f. *Notice of Filing of (A) Further Revised Disclosure Statement and (B) Further Revised Joint Chapter 11 Plan of Prospect Medical Holdings, Inc. and its Debtor Affiliates* [Docket No. 2845]

    g. *Joint Chapter 11 Plan of Prospect Medical Holdings, Inc. and its Debtor Affiliates* [Docket No. 2868]

    h. *Notice of Filing of (A) Third Revised Disclosure Statement and (B) Third Revised Joint Chapter 11 Plan of Prospect Medical Holdings, Inc. and its Debtor Affiliates* [Docket No. 2870]

    i. *Notice of Filing of (A) Further Revised Disclosure Statement and (B) Further Revised Joint Chapter 11 Plan of Prospect Medical Holdings, Inc. and its Debtor Affiliates* [Docket No. 2988]

    j. *Notice of Adjournment of Confirmation Hearing to November 4, 2025 at 9:30 A.M. (Prevailing Central Time)* [Docket No. 3397]

    k. *Notice of Adjournment of Confirmation Hearing to November 18, 2025 at 9:30 A.M. (Prevailing Central Time)* [Docket No. 3659]

    l. *Notice of Adjournment of Confirmation Hearing to December 12, 2025 at 9:30 A.M. (Prevailing Central Time)* [Docket No. 3830]

**Status:** **This matter is adjourned to December 12, 2025 at 9:30 A.M. (Prevailing Central Time).**

5. *Debtors' Emergency Motion for Order Reclassifying Certain Tax Claims Filed by the Commonwealth of Pennsylvania as General Unsecured Claims* [Docket No. 3596]

    **Related Documents:**

    a. *Emergency Notice of Hearing for November 4, 2025 Setting* [Docket No. 3599]

    b. *Debtors' Witness and Exhibit List for Hearing Scheduled for November 4, 2025 at 9:30 A.M. (Prevailing Central Time)* [Docket No. 3675]

  c. *Notice of Adjournment of Hearing for the Debtors' Emergency Motion for Order Reclassifying Certain Tax Claims Filed by the Commonwealth of Pennsylvania to November 18, 2025 at 9:30 A.M. (Prevailing Central Time)* [Docket No. 3713]

  d. *Notice of Adjournment of Hearing for the Debtors' Emergency Motion for Order Reclassifying Certain Tax Claims Filed by the Commonwealth of Pennsylvania to December 12, 2025 at 9:30 A.M. (Prevailing Central Time)* [Docket No. 3837]

**Status:** **This matter is adjourned to December 12, 2025 at 9:30 A.M. (Prevailing Central Time).**

[*Remainder of the page intentionally left blank.*]

Dated: November 17, 2025
Dallas, Texas

    */s/ Thomas R. Califano*
SIDLEY AUSTIN LLP
Thomas R. Califano (24122825)
Rakhee V. Patel (00797213)
2021 McKinney Avenue, Suite 2000
Dallas, Texas 75201
Telephone: (214) 981-3300
Facsimile: (214) 981-3400
Email: tom.califano@sidley.com
    rpatel@sidley.com

*and*

William E. Curtin (admitted *pro hac vice*)
Patrick Venter (admitted *pro hac vice*)
Anne G. Wallice (admitted *pro hac vice*)
787 Seventh Avenue
New York, New York 10019
Telephone: (212) 839-5300
Facsimile: (212) 839-5599
Email: wcurtin@sidley.com
    pventer@sidley.com
    anne.wallice@sidley.com

*Attorneys for the Debtors
and Debtors in Possession*

## Certificate of Service

I certify that on November 17, 2025, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Northern District of Texas.

/s/ *Thomas R. Califano*
Thomas R. Califano