**Exhibit A**

**Stipulation and Agreed Order**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| PROSPECT MEDICAL HOLDINGS, INC., *et al.*,[2] | Case No. 25-80002 (SGJ) |
| Debtors. | (Jointly Administered) |

**STIPULATION AND AGREED ORDER REGARDING
CONTINUING SECURITY INTEREST OF ECAPITAL HEALTHCARE CORP.**

This stipulation and agreed order (the "Stipulation and Agreed Order") is made by and between Prospect Medical Holdings, Inc. and its debtor affiliates, as debtors and debtors in possession (collectively, the "Debtors") in the above-captioned chapter 11 cases (the "Chapter 11 Cases"), NOR Healthcare Systems Corp. ("NOR") and eCapital Healthcare Corp. (the "DIP Lender" and, together with the Debtors and NOR, the "Parties").

---

[2] A complete list of each of the Debtors in these Chapter 11 Cases may be obtained on the website of the Debtors' claims and noticing agent at https://omniagentsolutions.com/Prospect. The Debtors' mailing address is 3824 Hughes Ave., Culver City, CA 90232.

## RECITALS

A. WHEREAS, beginning on January 11, 2025 (the "Petition Date"), the Debtors filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code in the United States Bankruptcy Court for the Northern District of Texas, Dallas Division (the "Court"), thereby initiating the Chapter 11 Cases and creating their respective bankruptcy estates.

B. WHEREAS, on January 14, 2025, the Debtors filed the *Debtors' Emergency Motion for Entry of Interim and Final Orders (I) Authorizing (A) Postpetition ABL Financing and (B) The Use of Cash Collateral, (II) Granting Liens and Providing Superpriority Administrative Expense Claims, (III) Granting Adequate Protection to Prepetition Lenders, (IV) Modifying the Automatic Stay, (V) Scheduling a Final Hearing, and (VI) Granting Related Relief* [Docket No. 10] (the "DIP Motion"), which authorized certain of the Debtors (the "Debtor Borrowers") to enter into that certain DIP ABL Credit Agreement. Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the DIP Motion.

C. WHEREAS, as of the Petition Date, the Debtor Borrowers were borrowers under that certain Prepetition ABL Credit Agreement. In accordance with the Prepetition ABL Credit Agreement, the Debtor Borrowers and the DIP Lender were parties to certain Deposit Account Control Agreements and Deposit Account Instruction and Service Agreements (Government Receivables) (collectively, as amended and restated, amended, supplemented, or otherwise modified from time to time, the "Control Agreements") and held a first priority lien on the DIP ABL Collateral.

D. WHEREAS, on February 14, 2025, the Court entered the *Final Order (I) Authorizing (A) Postpetition ABL Financing, and (B) the Use of Cash Collateral; (II) Granting Liens and Providing Superpriority Administrative Expense Claims; (III) Granting Adequate*

2

*Protection to Prepetition Lenders; (IV) Modifying the Automatic Stay; and (V) Granting Related Relief* [Docket No. 695] (the "DIP Order"). Pursuant to paragraph 5 of the DIP Order, the Debtors were authorized and directed to maintain all control agreements required by the prepetition ABL Credit Agreement and the DIP ABL Loan Documents.

E.　　WHEREAS, on August 29, 2025, the Court entered the *Order (I) Authorizing the Sale of the California Assets Free and Clear of All Encumbrances, (II) Approving the Assumption and Assignment of the Assigned Contracts, and (III) Granting Related Relief* [Docket No. 3029] (the "Sale Order"), which approved the Debtors' entry into the *Asset Purchase Agreement by and between NOR Healthcare Systems Corp. and Prospect Medical Holdings, Inc. And Each Entity Set Forth On Schedule A Hereto* dated as of August 3, 2025 (the "California APA").

F.　　WHEREAS, pursuant to Section 2.8(b) of the California APA and paragraph F of the Sale Order, at or prior to the Closing (as defined in the California APA), NOR is required to deliver "the eCapital Payoff Amount or the eCapital Payoff or Assumption Instrument."

G.　　WHEREAS, NOR has elected to assume and be assigned the obligations under the DIP ABL Credit Agreement (the "DIP ABL Loan Obligations") in the form of cashless refinancing pursuant to a loan agreement to be entered into between DIP Lender and NOR. Notwithstanding the cashless refinancing, Debtor Borrowers, NOR, and DIP Lender have agreed to maintain the Control Agreements and continue DIP Lender's cash dominion under such Control Agreements.

H.　　WHEREAS, NOR, Debtor Borrowers, and DIP Lender acknowledge that eCapital's security interest in the ABL Priority Collateral shall remain intact and be considered a continuing security interest in such collateral.

**NOW, THEREFORE**, in consideration of the Recitals and findings set forth above, which are incorporated herein by this reference, the Debtors, NOR, and the DIP Lender hereby stipulate and agree, and the Court **ORDERS**, as follows:

1. Notwithstanding the refinancing and assignment of the DIP ABL Loan Obligations, upon and following the closing of the California Sale, the Control Agreements shall remain in place and effective until such time as DIP Lender consents in writing (with email being sufficient).

2. Following the closing of the California Sale and assignment of the DIP ABL Loan Obligations, the DIP Lender's senior priority interest in the ABL Priority Collateral shall retain its status as a valid, binding, enforceable, non-avoidable, and properly perfected security interest.

3. Except as the Parties may otherwise agree in writing, the Debtors shall not give any order, instruction or consent or take any action (1) that would result in funds collected on the ABL Priority Collateral not being deposited in the applicable bank account controlled by the Control Agreements, or (2) to withdraw funds in any bank account covered by the Deposit Account Instruction and Service Agreement (Government Receivables) by and between Southern California Healthcare System, Inc., Alta Los Angeles Hospitals, Inc., Alta Hospital System, LLC, eCapital Healthcare Corp., and City National Bank (the "DAISA"), or (3) that would result in funds in the bank accounts covered by the DAISA being transferred to any bank account other than the bank accounts identified in Exhibit B to the DAISA.

4. The Debtors are authorized to enter into that certain Estoppel and Security Agreement and any other documents reasonably required by the DIP Lender to effectuate such assignment and to take such other actions as may be necessary or appropriate to implement and effectuate the relief granted by this Stipulation and Agreed Order.

### END OF ORDER ###

**Approved, Stipulated, and Agreed:**

*/s/ Thomas R. Califano*

| | |
|---|---|
| SIDLEY AUSTIN LLP | SIDLEY AUSTIN LLP |
| Thomas R. Califano (24122825) | William E. Curtin (admitted *pro hac vice*) |
| Rakhee V. Patel (00797213) | Patrick Venter (admitted *pro hac vice*) |
| Maegan Quejada (24105999) | Anne G. Wallice (admitted *pro hac vice*) |
| 2021 McKinney Avenue, Suite 2000 | 787 Seventh Avenue |
| Dallas, Texas 75201 | New York, New York 10019 |
| Telephone:   (214) 981-3300 | Telephone: (212) 839-5300 |
| Facsimile:   (214) 981-3400 | Facsimile: (212) 839-5599 |
| Email:   tom.califano@sidley.com | Email:   wcurtin@sidley.com |
|     rpatel@sidley.com |     pventer@sidley.com |
|     mquejada@sidley.com |     anne.wallice@sidley.com |

*Attorneys for the Debtors
and Debtors in Possession*

-and-

*/s/ Edward J. Green*

| | |
|---|---|
| Holland N. O'Neil (TX14864700) | Edward J. Green (admitted pro hac vice) |
| 2021 McKinney Avenue, Suite 1600 | 321 North Clark Street, Suite 3000 |
| Dallas, Texas 75201 Telephone: 214-999-3000 | Chicago, IL 60654-4762 |
| Facsimile: (214) 999.4667 | Telephone: (312) 832-4375 |
| honeil@foley.com | Facsimile: (312) 832-4700 |
| | egreen@foley.com |

*and*

Jake W. Gordon (admitted pro hac vice)
500 Woodward Avenue, Suite 2700
Detroit, MI 48226-3489
Telephone: (313) 234-7100
Facsimile: (313) 234-2736
jake.gordon@foley.com

*Counsel for eCapital Healthcare Corp.*

-and-

*/s/ Faisal Gill*

Chief Legal Officer
NOR Healthcare Systems Corp.
Faisal Gill
505 North Brand Boulevard, Suite 1200
Glendale, CA 91203
Telephone: (818) 408-6669
Email: fgill@amhealthsystems.com

*NOR Healthcare Systems Corp.*