EVERSHEDS SUTHERLAND (US) LLP
David A. Wender (TX Bar No. 24081945)
999 Peachtree Street NE, Suite 2300
Atlanta, Georgia 30309
Telephone: (404) 853-8175
Facsimile: (404) 853-8806
Email: davidwender@eversheds-sutherland.com

*Counsel to The Centurion Foundation, Inc. and Certain of its Affiliates*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| PROSPECT MEDICAL HOLDINGS, INC., *et al.*,[1] | Case No. 25-80002 (SGJ) |
| Debtors. | (Jointly Administered) |

**SUPPLEMENTAL RESPONSE AND RESERVATION OF RIGHTS OF THE CENTURION FOUNDATION, INC. AND CERTAIN OF ITS AFFILIATES TO THE DEBTORS' MOTION FOR ENTRY OF AN ORDER (I) GRANTING RELIEF FROM THE CENTURION SALE ORDER AND (A) AUTHORIZING THE TRANSFER OF THE RHOSE ISLAND HOSPITALS TO THE STATE OF RHODE ISLAND, OR (B) IN THE ALTERNATIVE, APPROVING THE CLOSURE OF THE RHODE ISLAND HOSPITALS; AND (II) GRANTING RELATED RELIEF**

The Centurion Foundation, Inc. and certain of its affiliates (collectively, "Centurion"), by and through undersigned counsel, hereby submits this supplemental response and reservation of rights (this "Supplemental Response") to the *Debtors' Motion for Entry of an Order (I) Granting Relief from the Centurion Sale Order and (A) Authorizing the Transfer of the Rhode Island Hospitals to the State of Rhode Island, or (B) in the Alternative, Approving the Closure of the*

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://omniagentsolutions.com/Prospect. The Debtors' mailing address is 3824 Hughes Ave., Culver City, CA 90232.

1

*Rhode Island Hospitals; and (II) Granting Related Relief* [Docket No. 3666] (the "Closure Motion").[2] In support hereof, Centurion submits the *Declaration of Benjamin Mingle in Support of the Supplemental Response and Reservation of Rights of the Centurion Foundation, Inc. and Certain of its Affiliates to the Debtors' Motion for Entry of an Order (I) Granting Relief from the Centurion Sale Order and (A) Authorizing the Transfer of the Rhode Island Hospitals to the State of Rhode Island, or (B) in the Alternative, Approving the Closure of the Rhode Island Hospitals; and (II) Granting Related Relief* (the "Mingle Declaration")[3] and respectfully states as follows:[4]

## SUPPLEMENTAL RESPONSE

**A. Centurion Remains Steadfastly Committed to Closing the Sale**

1. Centurion remains steadfastly committed to completing the previously approved Rhode Island transaction and preserving these vital hospitals. Since the Court approved the sale in February 2025, Centurion has invested substantial time, resources, and expertise to satisfy rigorous regulatory requirements and secure the complex financing necessary to close this transaction. As repeatedly stated both publicly and privately, the State regulators approved the Centurion transaction only after imposing robust conditions and unprecedented operational and governance commitments that Centurion agreed to accept.

2. The regulatory approval process only validated Centurion's character, competence, and commitment at every stage. RIDOH approved the Application with Conditions after finding

---

[2] Capitalized terms used but not defined herein shall have the respective meanings ascribed to them in the Closure Motion, the APA, the Sale Order, or the Initial Centurion Response, as applicable.
[3] The Mingle Declaration is attached hereto as **Exhibit A**.
[4] In addition to the points made in this Supplemental Response, Centurion expressly incorporates by reference the *Response and Reservation of Rights of the Centurion Foundation, Inc. and Certain of its Affiliates to the Debtors' Motion for Entry of an Order (I) Granting Relief from the Centurion Sale Order and (A) Authorizing the Transfer of the Rhode Island Hospitals to the State of Rhode Island, or (B) in the Alternative, Approving the Closure of the Rhode Island Hospitals; and (II) Granting Related Relief* [Docket No. 3695].

that Centurion met all statutory criteria, and those approvals came with significant obligations that Centurion has embraced:

- Centurion agreed to establish and fund a $66.8 million restricted Hospital Fund to support continued operations and capital needs during the turnaround period.
- Centurion committed to appoint a Chief Restructuring Officer experienced in healthcare turnarounds to manage day-to-day business affairs and oversee financial management.
- Centurion agreed to appoint a systemwide Chief Quality Officer to lead all quality councils and oversee implementation of improvement and safety plans.
- Centurion accepted stringent governance conditions mandating that at least sixty-seven percent of directors be independent of Centurion, ensuring substantial local representation and community-aligned operations.
- Centurion committed to maintain all healthcare services for five years without elimination or significant reduction, with protections for emergency departments and behavioral health units.

3. These are not merely contractual obligations. These obligations represent Centurion's deep commitment to the Rhode Island community and to ensuring that these hospitals receive the investment, leadership, and stability they need to thrive.

4. Centurion has continued working with Rhode Island regulators throughout 2025 to navigate the financing and the approval landscape. By agreeing to these accommodations, the State has demonstrated its confidence in Centurion's ability to close this transaction and deliver necessary care to the people of Rhode Island.

5. What is more is the corresponding benefit to the Debtors' estates by proceeding with and closing on the sale to Centurion. Contrary to the Debtors' statements relative to benefits to the estates, by closing on the sale to Centurion, the Debtors' estates would obtain a significant benefit based on the Centurion transaction's proposed assumption of liabilities associated with accrued PTO obligations and property taxes of the Rhode Island hospitals.

**B. Major Financing Milestone: Bank of America Joins as a Co-Placement Agent for the Bond Financing**

6. Notwithstanding public statements and actions that could have derailed Centurion's commitment to save the Rhode Island hospitals or Prime Healthcare's active efforts to thwart the Centurion closing, it has continued working with RIHEBC to secure necessary financing. Specifically, as represented to the Court in prior pleadings and hearings, Centurion is pleased to report a major update in the financing process: Bank of America Securities ("BofA") has joined Barclays as co-placement agent for the required bond financing that is scheduled to close on or around January 15, 2026. *See* BofA's and Barclays' investor presentation financing timeline attached hereto as **Exhibit B**. This represents substantial and concrete progress that underpins Centurion's ability to successfully place the bonds and close the financing. In fact, in addition to the milestones set forth in the investor presentation, Barclays has already confirmed with prior potential investors who placed firm orders in the previous pricing process their continued interest in the financing transaction. BofA's willingness to serve as co-placement agent with Barclays reflects a thorough vetting of this transaction and confidence in its viability. With the existence of two placement agents actively marketing the bonds and engaging investors simultaneously, Centurion can move more efficiently through the investor outreach process and allow it to aggressively pursue the January 15, 2026 closing timeline.

**C. RIHEBC Approval and Confidence in Centurion's Timeline**

7. RIHEBC, as the proposed issuer of the bonds that will ultimately finance Centurion's purchase of the Rhode Island hospitals, stands by Centurion's efforts to fulfill the last closing condition. RIHEBC's continued engagement and support throughout the financing process has been essential, and their confidence in the transaction is reflected in their ongoing collaboration with Centurion, BofA, and Barclays. For example, RIHEBC has been actively involved in

4

structuring the bond issuance to ensure it meets all legal and regulatory requirements while providing the financing necessary to complete the acquisition and support the hospitals' operations. Its participation as issuer demonstrates its institutional confidence that this transaction serves the public interest and will successfully preserve these vital healthcare facilities.

8. The fact that RIHEBC remains engaged and supportive as we approach the proposed January 15, 2026 closing date is a strong indicator of the transaction's viability. RIHEBC would not continue to invest time and resources in a transaction it believes was unlikely to close or that did not meet its standards for healthcare financing in Rhode Island.

## **RESERVATION OF RIGHTS**

9. Centurion (a) reserves all rights with respect to any filing by the Debtors or any other party in interest prior to the hearing on the Closure Motion, (b) reserves its respective rights, claims, defenses, and remedies, including, without limitation, the right to amend, modify, or supplement this Supplemental Response, to seek discovery, and to raise additional objections during any hearing on the Closure Motion. Nothing contained in, or omitted from, this Supplemental Response constitutes an admission or stipulation by Centurion or any party in interest with respect to the arguments and claims made by the Debtors in the Closure Motion.

## **CONCLUSION**

10. Centurion recognizes that this transaction has taken longer to close than anticipated, and it acknowledges that the Court approved the sale in February 2025 and is focused on preventing further administrative drain and ensuring a realistic, near-term path to closing. Centurion takes these concerns seriously. It is not asking for more time to simply continue pursuing the same approach, but is instead reporting concrete, verifiable progress, that would lead to a closing on or around January 15, 2026.

11.     Centurion also recognizes the human dimension of this situation. The coordinated regional care network comprises two acute care hospitals with 532 licensed beds and approximately 2,400 employees. This is an essential Rhode Island healthcare system including a leading cancer program, long-standing and extensive clinical educational partnerships, the largest geriatric practice, integrated nursing home partnerships, and behavioral health services.

12.     Every day of delay creates uncertainty for patients, staff, and the community, and Centurion is doing everything in its power to bring that uncertainty to an end and to bring the critical work of stabilizing and improving these hospitals.

**WHEREFORE**, Centurion respectfully requests that the Court deny the Closure Motion and grant such other and further relief as the Court deems just and proper.

Dated: December 1, 2025

*/s/ David A. Wender*
David A. Wender
Texas Bar No. 24081945
**EVERSHEDS SUTHERLAND (US) LLP**
999 Peachtree Street NE, Suite 2300
Atlanta, Georgia 30309
Telephone: (404) 853-8175
Facsimile: (404) 853-8806
Email: davidwender@eversheds-sutherland.com

7

**Certificate of Service**

I certify that on December 1, 2025, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Northern District of Texas.

*/s/ David A. Wender*
David A. Wender
