SIDLEY AUSTIN LLP
Thomas R. Califano (24122825)
Rakhee V. Patel (00797213)
Maegan Quejada (24105999)
2021 McKinney Avenue, Suite 2000
Dallas, Texas 75201
Telephone:    (214) 981-3300
Facsimile:    (214) 981-3400
Email:    tom.califano@sidley.com
    rpatel@sidley.com
    mquejada@sidley.com

SIDLEY AUSTIN LLP
William E. Curtin (admitted *pro hac vice*)
Patrick Venter (admitted *pro hac vice*)
Anne G. Wallice (admitted *pro hac vice*)
787 Seventh Avenue
New York, New York 10019
Telephone:    (212) 839-5300
Facsimile:    (212) 839-5599
Email:    wcurtin@sidley.com
    pventer@sidley.com
    anne.wallice@sidley.com

*Attorneys for the Debtors and Debtors in Possession*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| In re:<br><br>PROSPECT MEDICAL HOLDINGS, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 25-80002 (SGJ)<br><br>(Jointly Administered) |

**NOTICE OF FILING OF SECOND PLAN SUPPLEMENT**

**PLEASE TAKE NOTICE THAT,** on August 28, 2025, the United States Bankruptcy Court for the Northern District of Texas (the "Court") entered an order [Docket No. 3014] (the "Disclosure Statement Order"): (a) scheduling a hearing at which the Court will consider confirmation of the Plan (as defined below) (the "Confirmation Hearing"); (b) approving the *Disclosure Statement for the Joint Chapter 11 Plan of Prospect Medical Holdings, Inc. and its Debtor Affiliates* [Docket No. 2987] (as may be amended, supplemented, or modified from time to time, and including all exhibits and supplements thereto, the "Disclosure Statement"); (c) approving the solicitation procedures (the "Solicitation Procedures") with respect to confirmation of the *Joint Chapter 11 Plan of Prospect Medical Holdings, Inc. and its Debtor*

---

[1] A complete list of each of the Debtors in these Chapter 11 Cases may be obtained on the website of the Debtors' claims and noticing agent at https://omniagentsolutions.com/Prospect. The Debtors' mailing address is 3824 Hughes Ave., Culver City, CA 90232.

*Affiliates* [Docket No. 2986]; (d) scheduling certain dates with respect thereto; (e) approving the forms of notices and ballots in connection therewith; and (f) granting related relief.

**PLEASE TAKE FURTHER NOTICE THAT** on October 1, 2025, the Debtors filed the Notice of Filing Plan Supplement [Docket No. 3295] (the "First Plan Supplement"), which was comprised of the following: (a) Schedule of Assumed Executory Contracts and Unexpired Leases; (b) Deferred Decision Schedule; (c) Assigned Estate Causes of Action; (d) Non-Released Parties Schedule; (e) GUC Trust Documents; (f) Backstop Credit Agreement; (g) TSAs; (h) identity and post-Effective Date compensation of the Plan Administrator; and (i) identity of any insider to be employed by the Plan Administrator.

**PLEASE TAKE FURTHER NOTICE THAT** on December 3, 2025, the Debtors filed the *Amended Joint Chapter 11 Plan of Prospect Medical Holdings, Inc. and its Debtor Affiliates* [Docket No. 4048] ((as may be amended, supplemented, or modified from time to time, and including all exhibits and supplements thereto, the "Plan");[2]

**PLEASE TAKE FURTHER NOTICE THAT,** as contemplated by the Plan and the Disclosure Statement Order, the Debtors hereby file this *Notice of Filing of Second Plan Supplement* (this "Second Plan Supplement," and together with the First Plan Supplement, the "Plan Supplement") with the Court comprised of the following:

| Exhibit | Plan Supplement Document |
|---|---|
| A | Deferred Decision Schedule |
| A-1 | Deferred Decision Schedule – Enterprise Deferred Decision Contracts |
| A-2 | Deferred Decision Schedule – Enterprise Deferred Decision Leases |
| A-3 | Deferred Decision Schedule – Connecticut Deferred Decision Contracts (Local) |
| A-4 | Deferred Decision Schedule – Connecticut Deferred Decision Leases (Local) |
| A-5 | Deferred Decision Schedule – Pennsylvania Deferred Decision Contracts (Local) |
| A-6 | Deferred Decision Schedule – Pennsylvania Deferred Decision Leases (Local) |
| A-7 | Deferred Decision Schedule – California Deferred Decision Contracts (Local) |
| B | Redline to Previously Filed Deferred Decision Schedule |
| B-1 | Redline to Previously Filed Deferred Decision Schedule – Enterprise |
| B-2 | Redline to Previously Filed Deferred Decision Schedule – Connecticut (Local) |
| B-3 | Redline to Previously Filed Deferred Decision Schedule – Pennsylvania (Local) |
| B-4 | Redline to Previously Filed Deferred Decision Schedule – California (Local) |

---

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Disclosure Statement or Plan, as applicable.

**PLEASE TAKE FURTHER NOTICE THAT** certain documents, or portions thereof, contained in this Plan Supplement remain subject to ongoing review, revision, and further negotiation among the Debtors and interested parties with respect thereto. The Debtors reserve the right to alter, amend, modify, or supplement any document in this Plan Supplement in accordance with the Plan, at any time before the Effective Date of the Plan or any such other date as may be provided for by the Plan or by order of the Court; *provided* that, if any document in this Plan Supplement is altered, amended, modified, or supplemented in any material respect prior to the date of the Confirmation Hearing, the Debtors will promptly file a redline of such document with the Court.

**PLEASE TAKE FURTHER NOTICE THAT** the Confirmation Hearing will commence on **December 12, 2025 at 9:30 a.m.** prevailing Central Time, before the Honorable Judge Jernigan at the United States Bankruptcy Court for the Northern District of Texas in Courtroom 1, 14th Floor, Earle Cabell Federal Building, 1100 Commerce Street, Suite 1254, Dallas, Texas 75242.

**PLEASE TAKE FURTHER NOTICE THAT** that you may participate at the Confirmation Hearing either in person or by an audio or video connection. Audio communication will be by use of the Court's dial-in facility. You may access the facility at **(650) 479-3207**. The access code is **2304 154 2638**. Video communication will be by use of the Cisco WebEx platform. Connect via the Cisco WebEx application or click the link on Judge Jernigan's home page, https://us-courts.webex.com/meet/jerniga. The meeting code is **2304 154 2638**. Click the settings icon in the upper right corner and enter your name under the personal information setting. Please be advised that the Confirmation Hearing may be continued from time to time by the Court or the Debtors without further notice other than by such adjournment being announced in open court or by a notice of adjournment filed with the Court and served on other parties entitled to notice.

**PLEASE TAKE FURTHER NOTICE THAT** the deadline for filing objections to the confirmation of the Plan was **October 8, 2025 at 4:00 p.m.** prevailing Central Time (the "Objection Deadline").

**PLEASE TAKE FURTHER NOTICE THAT** if you would like to obtain a copy of the Disclosure Statement Order, the Plan and Disclosure Statement, the Solicitation Procedures, or related documents, such materials are available free of charge by: (a) accessing the Debtors' restructuring website at https://omniagentsolutions.com/Prospect; (b) writing to Prospect Medical Holdings, Inc. Ballot Processing c/o Omni Agent Solutions, Inc. 5955 De Soto Ave., Suite 100 Woodland Hills, California 91367; (c) calling (818) 510-3746 (toll free) or (888) 550-3239 (international); or (d) emailing ProspectInquiries@OmniAgnt.com. You may also obtain copies of any pleadings filed in these chapter 11 cases for a fee via PACER at https://ecf.txnb.uscourts.gov/.

[*Remainder of page intentionally left blank.*]

Dated: December 4, 2025
Dallas, Texas

/s/ *Thomas. R. Califano*
**SIDLEY AUSTIN LLP**
Thomas R. Califano (24122825)
Rakhee V. Patel (00797213)
Maegan Quejada (24105999)
2021 McKinney Avenue, Suite 2000
Dallas, Texas 75201
Telephone: (214) 981-3300
Facsimile: (214) 981-3400
Email: tom.califano@sidley.com
rpatel@sidley.com
mquejada@sidley.com

*and*

William E. Curtin (admitted *pro hac vice*)
Patrick Venter (admitted *pro hac vice*)
Anne G. Wallice (admitted *pro hac vice*)
787 Seventh Avenue
New York, New York 10019
Telephone: (212) 839-5300
Facsimile: (212) 839-5599
Email: wcurtin@sidley.com
pventer@sidley.com
anne.wallice@sidley.com

*Attorneys for the Debtors and Debtors in Possession*

## Certificate of Service

I certify that on December 4, 2025, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Northern District of Texas.

*/s/ Thomas R. Califano*
Thomas R. Califano