**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| PROSPECT MEDICAL HOLDINGS, INC., *et al.*,[1] | Case No. 25-80002 (SGJ) |
| Debtors. | (Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Randy Lowry, am employed in the county of Los Angeles, State of California. I hereby certify that on December 4, 2025, at my direction and under my supervision, employees of Omni Agent Solutions, Inc. caused true and correct copies of the following document to be served via the method set forth on the Service List attached hereto as **Exhibit A:**

- **Notice of the Sale of De Minimis Assets Exceeding $1,250,000**

Dated: December 10, 2025

Randy Lowry
Omni Agent Solutions, Inc.
5955 De Soto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300

{State of California }
{ } ss.
{County of Los Angeles }

Subscribed and sworn to (or affirmed) before me on this 10th day of December, 2025, by Randy Lowry, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Notary Public

CAROLYN K. CASHMAN
Notary Public - California
Los Angeles County
Commission # 2396732
My Comm. Expires Mar 11, 2026

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://omniagentsolutions.com/Prospect. The Debtors' mailing address is 3824 Hughes Ave., Culver City, CA 90232.

# **EXHIBIT A**

# Exhibit A

**Service List**

| Creditor | Address | Email | Method of Service |
|---|---|---|---|
| Pennsylvania Department of Revenue | Attn: Heather Haring<br>4th and Walnut St<br>Harrisburg, PA 17128 | hharing@pa.gov | Email |
| Pennsylvania Department of Revenue | c/o Bankruptcy Division<br>P.O. Box 280946<br>Harrisburg, PA 17128-0946 | | Overnight Mail |
| Pennsylvania Dept of Revenue | 1131 Strawberry Sq<br>Harrisburg, PA 17128 | | Overnight Mail |
| Pennsylvania Dept of Revenue | Attn: Heather Haring<br>4th and Walnut St<br>Harrisburg, PA 17128 | hharing@pa.gov | Email |
| Pennsylvania Dept of Revenue | c/o Bankruptcy Division<br>P.O. Box 280946<br>Harrisburg, PA 17128-0946 | | Overnight Mail |
| Pennsylvania Dept of Revenue | P.O. Box 280425<br>Harrisburg, PA 17128 | | Overnight Mail |
| Pennsylviania Dept of Revenue | P.O. Box 280703<br>Harrisburg, PA 17128 | | Overnight Mail |