# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| PROSPECT MEDICAL HOLDINGS, INC., *et al.*,[1] | Case No. 25-80002 (SGJ) |
| Debtors. | (Jointly Administered) |

## DECLARATION OF JERIAD R. PAUL OF OMNI AGENT SOLUTIONS, INC. REGARDING THE SOLICITATION OF VOTES AND TABULATION OF BALLOTS CAST ON THE AMENDED JOINT CHAPTER 11 PLAN OF PROSPECT MEDICAL HOLDINGS, INC. AND ITS DEBTOR AFFILIATES

Pursuant to 28 U.S.C. § 1746, I, Jeriad R. Paul, declare under the penalty of perjury that the following is true and correct to the best of my knowledge, information, and belief:

1. I am the Vice President of Securities and Solicitation at Omni Agent Solutions, Inc. ("Omni"), a chapter 11 administrative services firm, whose offices are located in 5955 De Soto Ave., Suite 100, Woodland Hills, California, 91367 and 1120 Avenue of the Americas, 4th Floor, New York, New York 11036. I am over the age of 18 years and not a party to the above-captioned action. I am not being compensated for this testimony other than compensation that Omni is receiving as a professional services firm retained by the Debtors pursuant to the Omni Retention Order (defined below). I am duly authorized to submit this declaration on behalf of Omni (the "Declaration").

2. I submit this Declaration in connection with the solicitation and tabulation of votes cast on the *Amended Joint Chapter 11 Plan of Prospect Medical Holdings, Inc. and Its Debtor*

---

[1] A complete list of each of the Debtors in these Chapter 11 Cases may be obtained on the website of the Debtors' claims and noticing agent at https://omniagentsolutions.com/Prospect. The Debtors' mailing address is 3824 Hughes Ave., Culver City, CA 90232.

1

*Affiliates* [Docket No. 4048] (as amended, supplemented, or modified from time to time, the "Plan").[2]

3. Except as otherwise noted in this Declaration, all facts set forth herein are based on my personal knowledge, information verified by other Omni professionals, my review of relevant documents, and/or my opinion based upon my experience. If called upon to testify, I could and would testify competently as to the facts set forth herein.

4. On January 14, 2025, the Court authorized Omni's retention as the claims, noticing, and solicitation agent to the Debtors pursuant to the *Order Authorizing the Retention and Employment of Omni Agent Solutions, Inc. as Claims, Noticing, and Solicitation Agent, Effective as of the Petition Date* [Docket No. 94] (the "Omni Retention Order"). The Omni Retention Order authorizes Omni to assist the Debtors with, among other things, the service of solicitation materials and tabulation of votes cast to accept or reject the Plan. Omni and its employees have considerable experience in soliciting and tabulating votes to accept or reject chapter 11 plans, and have served as claims, noticing and solicitation agent to numerous debtors in the United States Bankruptcy Court for the Northern District of Texas. I personally have considerable experience in soliciting and tabulating votes to accept or reject chapter 11 plans, having led and been involved with teams serving as claims, noticing, and solicitation agent to many chapter 11 debtors in bankruptcy courts across the country.

**Service and Transmittal of Solicitation Packages and the Tabulation Process**

5. On August 28, 2025, the Court entered the *Order (I) Approving the Adequacy of the Disclosure Statement; (II) Approving Solicitation Procedures in Connection with Confirmation*

---

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Plan or the Disclosure Statement Order (as defined herein).

2

*of the Plan; (III) Approving the Forms of Ballots and Notices in Connection Therewith; (IV) Scheduling Certain Dates with Respect Thereto, and; (IV) Granting Related Relief* [Docket No. 3014] (the "Disclosure Statement Order"), establishing, among other things, the Solicitation Procedures and Tabulation Rules (as defined below) and approving the forms of notices and Ballots.

6. Pursuant to the Disclosure Statement Order, and in accordance with the Solicitation Procedures, including the Tabulation Procedures set forth therein (collectively, the "Solicitation Procedures and Tabulation Rules"), Omni worked with the Debtors to solicit votes for the Plan and tabulate ballots of creditors entitled to vote on the Plan. I supervised the solicitation and tabulation performed by Omni's employees.

7. The Solicitation Procedures and Tabulation Rules established August 20, 2025, as the record date for determining which creditors were entitled to vote on the Plan (the "Voting Record Date"). Pursuant to the Plan and the Solicitation Procedures and Tabulation Rules, only Holders of Claims as of the Voting Record Date in one of the following classes were entitled to vote to accept or reject the Plan (collectively, the "Voting Classes"):

| Plan Class | Class Description |
|---|---|
| 3 | MPT Agreed Claims |
| 4 | MPT Note Claims |
| 5 | PhysicianCo Subordinated Secured Note Claims |
| 6 | PBGC Secured Claim |
| 7 | Insured Claims |
| 8 | General Unsecured Claims |

No other classes were entitled to vote on the Plan.

3

8. Pursuant to and in accordance with the Disclosure Statement Order, Omni served the Solicitation Packages (including the appropriate Ballots, Confirmation Hearing Notice, Cover Letter with QR Code to the Disclosure Statement Order, a copy of the Solicitation Procedures, the Confirmation Hearing Notice, the Plan, and the Disclosure Statement) on Holders of Claims entitled to vote on the Plan as of the Voting Record Date and coordinated the distribution of Solicitation Packages to such Holders. A detailed description of Omni's distribution of the Solicitation Package is provided in the *Affidavits of Service* filed at [Docket No. 3058] (dated September 4, 2025); [Docket No. 3190] (dated September 21, 2025); [Docket No. 3243] (dated September 25, 2025); [Docket No. 3297] (dated October 2, 2025); and [Docket No. 3311] (dated October 2, 2025). Omni included instructions to return the Ballots to Omni by 4:00 p.m. (prevailing Central Time) on October 8, 2025 (the "Voting Deadline").

9. Further, in accordance with the Solicitation Procedures and Tabulation Rules, Omni reviewed, determined the validity of, and tabulated the Ballots submitted to vote on the Plan. Each Ballot submitted to Omni was date-stamped, scanned, entered into Omni's voting database, and processed in accordance with the Solicitation Procedures and Tabulation Rules. To be included in the tabulation results as valid, a Ballot must have been (a) properly completed pursuant to the Solicitation Procedures and Tabulation Rules, (b) executed by the relevant Holder entitled to vote on the Plan (or such Holder's authorized representative), (c) returned to Omni via an approved method of delivery set forth in the Solicitation Procedures and Tabulation Rules, and (d) received by Omni by the Voting Deadline. All Ballots cast by Holders entitled to vote in the Voting Classes and received by Omni on or before the Voting Deadline were tabulated pursuant to the Solicitation Procedures and Tabulation Rules.

10. Accordingly, the final tabulation of votes cast by timely (unless the Debtors, in their discretion pursuant to the Solicitation Procedures and Tabulation Rules, directed Omni to count a Ballot received after the Voting Deadline) and properly completed Ballots received by Omni is attached hereto as **Exhibit A** and summarized on a consolidated basis in the table set forth below:

| Class 3 – MPT Agreed Claims | | | Result |
|---|---|---|---|
| Ballots Received | 3 | 100% in number of votes accepting the Plan | Accept |
| Accept | 3 | 100% in dollar amount accepting the Plan | |
| Reject | 0 | ($1,980,468,958.03) | |
| Class 4 – MPT Note Claims | | | Result |
| Ballots Received | 1 | 100% in number of votes accepting the Plan | Accept |
| Accept | 1 | 100% in dollar amount accepting the Plan | |
| Reject | 0 | ($755,353,205.90) | |
| Class 5 – PhysicianCo Subordinated Secured Note Claims | | | Result |
| Ballots Received | 21 | 100% in number of votes accepting the Plan | Accept |
| Accept | 21 | 100% in dollar amount accepting the Plan | |
| Reject | 0 | ($15,033,887.04) | |
| Class 6 – PBGC Secured Claims | | | Result |
| Ballots Received | 1 | 100% in number of votes accepting the Plan | Accept |
| Accept | 1 | 100% in dollar amount accepting the Plan | |
| Reject | 0 | ($1.00) | |
| Class 7 – Insured Claims | | | Result |
| Ballots Received | 318 | 6.29% in number of votes accepting the Plan | Reject |
| Accept | 20 | 5.75% in dollar amount accepting the Plan | |
| Reject | 298 | ($21.00) | |
| Class 8 – General Unsecured Claims | | | Result |
| Ballots Received | 1,491 | 68.88% in number of votes accepting the Plan | Accept |
| Accept | 1,027 | 86.28% in dollar amount accepting the Plan | |
| Reject | 464 | ($497,679,846.60) | |

**Service and Transmittal of the Non-Voting Status Notices and the Opt-Out Elections**

11. Omni served the form of non-voting status packages to parties not entitled to vote on the Plan (each, a "Non-Voting Status Packages"), including the Notice of Non-Voting Status, Release Opt-Out Forms, and the Confirmation Hearing Notice on Holders of Claims and Interests

5

in Class 1 (Other Secured Claims), Class 2 (Other Priority Claims), Class 9 (Section 510(b) Claims), and Class 11 (Existing Equity Interests).[3] A detailed description of Omni's distribution of the Release Opt-Out Forms is set forth in the *Affidavit of Service* filed at Docket No. 3190. The Release Opt-Out Forms included the Release Opt-Out Deadline of October 8, 2025, at 4:00 p.m. (prevailing Central Time).

12. Omni also served the Confirmation Hearing Notice on the Debtors' complex service list and all Holders of Claims and Interests of record [Docket No. 3190]. Furthermore, free copies of the Disclosure Statement, the Plan, and all other documents filed in these cases are available on the internet at https://omniagentsolutions.com/Prospect. Further, the Confirmation Hearing Notice was published in the national edition of *USA Today* and the local editions of the *Los Angeles Times* and the *Orange County Register* on September 4, 2025, in compliance with Bankruptcy Rule 2002(l), as evidenced by an affidavit of publication filed with the Court [Docket No. 3086].

13. The Ballots, the Confirmation Hearing Notice, and the Release Opt-Out Forms included instructions on how Holders of Claims and Interests as of the Voting Record Date could elect to opt out of the Third-Party Release contained in the Plan (the "Opt-Out Election"). Omni examined each Ballot and Release Opt-Out Form and recorded the Opt-Out Election. A report of the 950 Entities who opted out of the Third-Party Release is attached hereto as **Exhibit B**. For the avoidance of doubt, this Declaration does not certify the validity or enforceability of any Opt-Out

---

[3] Pursuant to the Disclosure Statement Order, the Debtors were not required to mail the Non-Voting Status Packages to: (a) Holders of Claims that have already been paid in full during the Debtors' chapter 11 cases or that are authorized to be paid in full in the ordinary course of business pursuant to an order previously entered by this Court; (b) Holders of Claims in Class 10 (Intercompany Claims) or Holders of Interests in Class 12 (Intercompany Interests). *See* Disclosure Statement Order ¶ 10.

Election received, including those reported on **Exhibit B**, but rather is providing these opt-out election results for reporting and informational purposes only.

14. In accordance with the Solicitation Procedures and Tabulation Rules, a report of all Irregular Ballots and the Debtors' treatment of such is attached hereto as **Exhibit C**.  Further, a report of all Holders of Claims in the Voting Classes as to whom a Solicitation Package was returned as undeliverable, as well as all Holders of Claims in the Voting Classes as to whom the Debtors did not send a Solicitation Package, if any, is attached hereto as **Exhibit D**.

[*Remainder of the page intentionally left blank.*]

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing statements are true and correct to the best of my knowledge, information, and belief.

Dated: December 10, 2025					*/s/ Jeriad R. Paul*
						Jeriad R. Paul
						Vice President
						Omni Agent Solutions, Inc.