| | |
|---|---|
| SIDLEY AUSTIN LLP | SIDLEY AUSTIN LLP |
| Thomas R. Califano (24122825) | William E. Curtin (admitted *pro hac vice*) |
| Rakhee V. Patel (00797213) | Patrick Venter (admitted *pro hac vice*) |
| Maegan Quejada (24105999) | Anne G. Wallice (admitted *pro hac vice*) |
| 2021 McKinney Avenue, Suite 2000 | 787 Seventh Avenue |
| Dallas, Texas 75201 | New York, New York 10019 |
| Telephone: (214) 981-3300 | Telephone: (212) 839-5300 |
| Facsimile: (214) 981-3400 | Facsimile: (212) 839-5599 |
| Email: tom.califano@sidley.com | Email: wcurtin@sidley.com |
| rpatel@sidley.com | pventer@sidley.com |
| mquejada@sidley.com | anne.wallice@sidley.com |

*Attorneys for the Debtors and Debtors in Possession*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| PROSPECT MEDICAL HOLDINGS, INC., *et al.*,[1] | Case No. 25-80002 (SGJ) |
| Debtors. | (Jointly Administered) |

**AGENDA FOR HEARING SCHEDULED FOR
DECEMBER 12, 2025 AT 9:30 A.M. (PREVAILING CENTRAL TIME)**

The above-captioned debtors and debtors in possession (collectively, the "Debtors") hereby file this agenda for matters set for hearing on December 12, 2025 at 9:30 a.m. (prevailing Central Time), before the Honorable Stacey G.C. Jernigan at the United States Bankruptcy Court for the Northern District of Texas, at Courtroom 1, 14th Floor, Earle Cabell Federal Building, 1100 Commerce Street, Dallas, Texas 75242-1496.

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://omniagentsolutions.com/Prospect. The Debtors' mailing address is 3824 Hughes Ave., Culver City, CA 90232.

**AGENDA MATTERS**

1. *Joint Chapter 11 Plan of Prospect Medical Holdings, Inc. and its Debtor Affiliates* [Docket No. 4049]

    **Responses Filed (*Resolved*):**

    a. *Limited Objection of Protiviti Inc. to Debtors' Deferred Decision Contract Schedule Contained in Plan Supplement* [Docket No. 3340]

    b. *Limited Objection of Stryker Corporation to Confirmation of the Joint Chapter 11 Plan of Prospect Medical Holdings, Inc. and Preservation of the Right of Setoff and Recoupment* [Docket No. 3344]

    c. *Limited Objection and Reservation of Rights of Middlebury Edge, LLC, Southbury Village Square, and Wolcott Commons, LLC to the Joint Chapter 11 Plan of Prospect Medical Holdings, Inc. and Its Debtor Affiliates* [Docket No. 3354]

    d. *UnitedHealthcare Insurance Company, Change Healthcare Technologies, LLC, and Change Healthcare Operations, LLC's Objection to and Opt Out of Third-Party Release* [Docket No. 3355]

    e. *Limited Objection of Varian Medical Systems, Inc. to Confirmation of the Joint Chapter 11 Plan of Prospect Medical Holdings, Inc. and Preservation of the Right of Setoff and Recoupment* [Docket No. 3363]

    f. *Siemens Medical Solutions USA, Inc. and Siemens Healthcare Diagnostics Inc.'s Notice of Opt-Out of Third-Party Release and Reservation of Rights* [Docket No. 3380]

    g. *Objection of Cigna to Joint Chapter 11 Plan of Prospect Medical Holdings, Inc. and Its Debtor Affiliates* [Docket No. 3383]

    h. *Greater Waterbury Health Network, Inc.'s Notice of Opt-Out of Third-Party Release and Reservation of Rights* [Docket No. 3384]

    i. *CHCT Connecticut, LLC's Limited Objection to Confirmation of Joint Chapter 11 Plan of Prospect Medical Holdings, Inc. et al.* [Docket No. 3389]

    j. *Objection of RGW Restoration LLC d/b/a Servpro of Norristown, Manayunk and Chestnut Hill to Debtors' Joint Plan and Third-Party Release* [Docket No. 3345]

    k. *Limited Objection and Reservation of Rights of Willow View Partnership LP to Debtors' Joint Plan and Deferred Decision Contract Notice Contained in Plan Supplement* [Docket No. 3368]

2

l. *United States' Objections to Debtors' Joint Plan and Third-Party Releases* [Docket No. 3387, refiled Docket No. 3394] filed by the Internal Revenue Services

m. *GMR Vernon LLC's Supplemental Limited Objection to Notice of (I) Potential Assumption and Assignment of Executory Contracts and Unexpired Leases and (II) Cure Amounts* [Docket No. 3369]

n. *GMR Vernon Keynote LLC's Supplemental Limited Objection to Notice of (I) Potential Assumption and Assignment of Executory Contracts and Unexpired Leases and (II) Cure Amounts* [Docket No. 3370]

o. *Objection of Alan Zweben and Jessica Kline, on Behalf of the Prospect Medical Retirement Savings Plan A, and Individually, to Proposed Joint Chapter 11 Plan of Prospect Medical Holdings, Inc., and Debtor Affiliates* [Docket No. 3376]

**Responses Filed** *(Unresolved as of this date)*:

a. *Objection to Confirmation of Joint Chapter 11 Plan* [Docket No. 3252] filed by Katrina Williams

b. *Safety National Casualty Corporation's Objection and Reservation of Rights to the Joint Chapter 11 Plan of Prospect Medical Holdings, Inc. and Its Debtor Affiliates* [Docket No. 3281]

c. *Limited Objection of the Elevance Health Companies, Inc., on Behalf of Itself and Its Affiliates to the Debtors' (A) Supplemental Notice of (I) Potential Assumption and Assignment of Executory Contracts and Unexpired Leases and (II) Cure Costs; and (B) Notice of Filing Plan Supplement* [Docket No. 3318]

d. *Limited Objection of Robert Half Inc. to (A) Debtors' Sixth Supplemental Notice of (I) Potential Assumption and Assignment of Executory Contracts and Unexpired Leases and (II) Cure Costs, and (B) Deferred Decision Contract Schedule Contained in Plan Supplement* [Docket No. 3339]

e. *Limited Objection of FinThrive Revenue Systems, LLC to Debtors' Joint Plan and Third-Party Release* [Docket No. 3342]

f. *Limited Objection of Rosa Morales, Olivia Paone, Courtney Lisa Conley, Ronald Joseph Delsesto, Phyllis Bourque, and Janice Wells to Confirmation of Debtors' Joint Plan and Third-Party Release* [Docket No. 3343]

g. *McKesson Corporation's Objection to the Joint Chapter 11 Plan of Prospect Medical Holdings, Inc. and Its Debtor Affiliates* [Docket No. 3362]

h. *Veradigm LLC and Altera Digital Health Inc.'s Objection to the Joint Chapter 11 Plan of Prospect Medical Holdings, Inc. and Its Debtor Affiliates* [Docket No. 3365]

i. *Chester Water Authority's Limited Objection to Plan* [Docket No. 3366]

j. *Lexington Insurance Company's Objection to the Joint Chapter 11 Plan of Prospect Medical Holdings, Inc. and Its Debtor Affiliates, Reservation of Rights, and Joinder to the Objections Referred to Herein* [Docket No. 3367]

k. *Objection to Confirmation of Debtors' Joint Chapter 11 Plan and Reservation of Rights* [Docket No. 3371] filed by Ratcliffe Harten Galamaga LLP and Barton Gilman LLP

l. *Ad Hoc Committee of Medical Malpractice Claimants' Objection and Reservation of Rights to the Joint Chapter 11 Plan of Prospect Medical Holdings, Inc. and Its Debtor Affiliates* [Docket No. 3372]

m. *Medical Malpractice Claimants' Limited Objection and Reservation of Rights to the Joint Chapter 11 Plan of Prospect Medical Holdings, Inc. and Its Debtor Affiliates* [Docket No. 3373]

n. *The Ad Hoc Group of Reinsurers' Limited Objection and Reservation of Rights to the Debtors' Joint Chapter 11 Plan* [Docket No. 3374]

o. *Objection and Reservation of Rights to Joint Chapter 11 Plan of Prospect Medical Holdings, Inc. and Its Debtor Affiliates (DN 2986)* [Docket No. 3377] filed by Endurance American Insurance Company and Berkley Insurance Company

p. *Limited Objection, Reservation of Rights, and Joinder of Allied World Specialty Insurance Company to Reinsurers' Objections and Reservations of Rights to Debtors' Joint Chapter 11 Plan of Prospect Medical Holdings, Inc. and Its Debtor Affiliates* [Docket No. 3378]

q. *Personal Injury Claimants' Objection to Debtors' Amended Joint Chapter 11 Plan* [Docket No. 3382]

r. *Objection and Reservation of Rights of Continental Casualty Company to Confirmation of Joint Chapter 11 Plan of Prospect Medical Holdings, Inc. and Its Debtor Affiliates* [Docket No. 3385]

s. *California Physicians' Service d/b/a Blue Shield of California's Objection to Confirmation of Chapter 11 Plan and Reservation of Rights* [Docket No. 3386]

t. *Limited Objection and Reservation of Rights of WARN Plaintiff Amanda Cannavo, on Behalf of Herself and the Putative WARN Class, to Confirmation of the Joint Chapter 11 Plan* [Docket No. 3381, refiled Docket No. 3388]

u. *The Group of Medical Malpractice Claimants' (I) Limited Objection and Reservation of Rights to the Joint Chapter 11 Plan of Prospect Medical Holdings Inc. and Its Debtor*

4

*Affiliates; and (II) Joinders in and to the Objections of (A) the Ad Hoc Committee of Medical Malpractice Claimants [Dkt. # 3372]; (B) Medical Malpractice Claimants [Dkt. # 3373]; and (C) Personal Injury Claimants [Dkt. # 3382] to Same* [Docket No. 3390]

v. *Interested Party, the Medical Protective Company's, Objection and Reservation of Rights to the Joint Chapter 11 Plan of Prospect Medical Holdings, Inc. and Its Debtor Affiliates* [Docket No. 3393]

w. *Lillian H. Michaels Joinder to Objection of the Ad Hoc Committee of Medical Malpractice Claimants to Confirmation of the Plan of Reorganization* [Docket No. 3396]

x. *Healthcare Realty Services, LLC's Limited Objection to Confirmation of Joint Chapter 11 Plan of Prospect Medical Holdings, Inc. et al.* [Docket No. 3426]

y. *Objection and Reservation of Rights of Local Initiative Health Authority for Los Angeles County Operating and Doing Business as L.A. Care Health Plan to Joint Chapter 11 Plan of Prospect Medical Holdings and Its Debtor Affiliates* [Docket No. 3470]

z. *National Fire & Marine Insurance Company and Berkshire Hathaway Specialty Insurance's Objection to the Joint Chapter 11 Plan of Prospect Medical Holdings, Inc. and Its Debtor Affiliates* [Docket No. 3515]

aa. *The Travelers Indemnity Company's Objection and Reservation of Rights to Debtors' Fourth Revised Joint Chapter 11 Plan of Prospect Medical Holdings, Inc. and Its Debtor Affiliates [Dkt. No. 2986]* [Docket No. 3594]

bb. *United States Trustee's Objection to Joint Chapter 11 Plan of Prospect Medical Holdings, Inc. and Its Debtor Affiliates* [Docket No. 3862]

cc. *National Fire & Marine Insurance Company and Berkshire Hathaway Specialty Insurance's Supplemental Objection to the Amended Joint Chapter 11 Plan of Prospect Medical Holdings, Inc. and its Debtor Affiliates* [Docket No. 4112]

dd. *Supplemental Objection and Reservation of Rights to Amended Joint Chapter 11 Plan of Prospect Medical Holdings, Inc. and its Debtor Affiliates* [Docket No. 4113] filed by the Reinsurers

ee. *Global Healthcare Exchange, LLC's (A) Limited Objection to Amended Joint Chapter 11 Plan of Prospect Medical Holdings, Inc. and its Debtor Affiliates and (B) Supplemental Reservation of Rights in Response to Debtors' Deferred Decision Contracts Schedule Contained in Plan Supplement* [Docket No. 4118]

5

**Responses Filed (*Reservation of Rights*):**

a. *Reservation of Rights of New England Health Care Employees Union, District 1199, SEIU in Response to Debtors' Motion for Entry of an Order Confirming the Joint Chapter 11 Plan of Prospect Medical Holdings, Inc. and Its Debtor Affiliates* [Docket No. 3356]

b. *Reservation of Rights of Zimmer US, Inc. to Debtors' Deferred Decision Contracts Schedule Contained in Plan Supplements* [Docket No. 3379]

c. *Global Healthcare Exchange, LLC's Reservation of Rights in Response to Debtors' Deferred Decision Contracts Schedule Contained in Plan Supplement* [Docket No. 3439]

d. *Supplement to Objection of FinThrive, Inc. to Joint Chapter 11 Plan of Prospect Medical Holdings, Inc. and Its Debtor Affiliates* [Docket No. 3491]

**Other Related Documents:**

a. *Disclosure Statement for the Joint Chapter 11 Plan of Prospect Medical Holdings, Inc. and its Debtor Affiliate* [Docket No. 2095]

b. *Joint Chapter 11 Plan of Prospect Medical Holdings, Inc. and its Debtor Affiliates* [Docket No. 2607]

c. *Disclosure Statement for the Joint Chapter 11 Plan of Prospect Medical Holdings, Inc. and its Debtor Affiliates* [Docket No. 2608]

d. *Notice of Filing of (A) Revised Disclosure Statement and (B) Revised Joint Chapter 11 Plan of Prospect Medical Holdings, Inc. and its Debtor Affiliates* [Docket No. 2609]

e. *Joint Chapter 11 Plan of Prospect Medical Holdings, Inc. and its Debtor Affiliates* [Docket No. 2843]

f. *Notice of Filing of (A) Further Revised Disclosure Statement and (B) Further Revised Joint Chapter 11 Plan of Prospect Medical Holdings, Inc. and its Debtor Affiliates* [Docket No. 2845]

g. *Joint Chapter 11 Plan of Prospect Medical Holdings, Inc. and its Debtor Affiliates* [Docket No. 2868]

h. *Notice of Filing of (A) Third Revised Disclosure Statement and (B) Third Revised Joint Chapter 11 Plan of Prospect Medical Holdings, Inc. and its Debtor Affiliates* [Docket No. 2870]

    i. *Joint Chapter 11 Plan of Prospect Medical Holdings, Inc. and its Debtor Affiliates* [Docket No. 2986]

    j. *Notice of Filing of (A) Further Revised Disclosure Statement and (B) Further Revised Joint Chapter 11 Plan of Prospect Medical Holdings, Inc. and its Debtor Affiliates* [Docket No. 2988]

    k. *Notice of Filing Plan Supplement* [Docket No. 3295]

    l. *Notice of Adjournment of Confirmation Hearing to November 4, 2025 at 9:30 A.M. (Prevailing Central Time)* [Docket No. 3397]

    m. *Notice of Adjournment of Confirmation Hearing to November 18, 2025 at 9:30 A.M. (Prevailing Central Time)* [Docket No. 3659]

    n. *Notice of Adjournment of Confirmation Hearing to December 12, 2025 at 9:30 A.M. (Prevailing Central Time)* [Docket No. 3830]

    o. *Notice of Filing of Proposed Confirmation Order* [Docket No. 4061]

    p. *Notice of Filing of Second Plan Supplement* [Docket No. 4079]

    q. *Witness and Exhibit List for Hearings Scheduled for December 12, 2025 at 9:30 A.M. (Prevailing Central Time)* [Docket No. 4122] filed by McKesson

    r. *Healthcare Realty Services, LLC's Witness and Exhibit List for December 12, 2025 Hearing* [Docket No. 4127]

    s. *Debtors' Witness and Exhibit List for Hearing Scheduled for December 12, 2025 at 9:30 A.M. (Prevailing Central Time)* [Docket No. 4128]

    t. *Statement of the Official Committee of Unsecured Creditors with Respect to Confirmation of the Debtors' Chapter 11 Plan* [Docket No. 4135]

    u. *Declaration of Jeriad R. Paul of Omni Agent Solutions, Inc. Regarding the Solicitation of Votes and Tabulation of Ballots Cast on the Amended Joint Chapter 11 Plan of Prospect Medical Holdings, Inc. and its Debtor Affiliates* [Docket 4142]

    v. *Notice of Filing of Third Plan Supplement* [To Be Filed]

    w. *Notice of Filing of Second Amended Plan* [To Be Filed]

    x. *Debtors' Memorandum of Law in Support of Confirmation of the Second Amended Joint Chapter 11 Plan of Prospect Medical Holdings, Inc. and its Debtor Affiliates* [To Be Filed]

7

  y. *Declaration of Paul Rundell, Chief Restructuring Officer, in Support of Confirmation of the Amended Joint Chapter 11 Plan of Prospect Medical Holdings, Inc.* [To Be Filed]

  z. *Declaration of Frank Saidara in Support of Confirmation of the Amended Joint Chapter 11 Plan of Prospect Medical Holdings, Inc. and its Debtor Affiliates* [To Be Filed]

  aa. *Declaration of Jeremy Rosenthal in Support of Confirmation of the Joint Chapter 11 Plan of Prospect Medical Holdings, Inc. and its Debtor Affiliates* [To Be Filed]

  bb. *Declaration of Andrew Turnbull in Support of the Amended and Restated Upsize Superpriority DIP Term Sheet* [To Be Filed]

**Status:** This matter is going forward on a contested basis.

2. *Debtors' Emergency Motion for Order Estimating WARN Claims Pursuant to Section 502(c) of the Bankruptcy Code* [Docket No. 3649]

  **Related Documents:**

  a. *Limited Objection and Reservation of Rights of WARN Plaintiff [Redacted], on Behalf of Herself and the Putative WARN Class, to Debtors' Emergency Motion to Estimate WARN Claims by November* [Docket No. 3658]

  b. *Emergency Notice of Hearing for December 12, 2025 Setting* [Docket No. 4111]

  c. *Debtors' Witness and Exhibit List for Hearing Scheduled for December 12, 2025 at 9:30 A.M. (Prevailing Central Time)* [Docket No. 4128]

  d. *Supplemental Limited Objection and Reservation of Rights of WARN Plaintiff Amanda Cannavo, on Behalf and the Forthcoming Class, to Debtors' Motion to Esimate WARN Claims* [Docket No. 4141]

**Status:** This matter is going forward on a contested basis.

3. *Veradigm and Altera Digital Health Inc.'s (1) Motion to Compel Payment of Administrative Claim; and (2) Motion to Compel Assumption or Rejection of Executory Contracts or, in the Alternative, Motion for Relief from the Automatic Stay* [Docket No. 3006]

  **Related Documents:**

  a. *Debtors' Objection to Veradigm and Altera Digital Health Inc.'s (1) Motion to Compel Payment of Administrative Claim; and (2) Motion to Compel Assumption or Rejection of Executory Contracts or, in the Alternative, Motion for Relief from the Automatic Stay* [Docket No. 3337]

    b.    *Notice of Hearing for October 24, 2025* [Docket No. 3417]

    c.    *Veradigm and Altera Digital Health Inc.'s Reply to Debtors' Objection to Veradigm and Altera Digital Health Inc.'s (1) Motion to Compel Payment of Administrative Claim; and (2) Motion to Compel Assumption or Rejection of Executory Contracts or, in the Alternative, Motion for Relief from the Automatic Stay* [Docket No. 3554]

    d.    *Witness and Exhibit List for Hearing Scheduled for October 24, 2025 at 9:30 a.m. (Prevailing Central Time)* [Docket No. 3563]

    e.    *Amended Notice of Hearing for November 18, 2025 Setting* [Docket No. 3709]

    f.    *Amended Notice of Hearing for December 12, 2025 Setting* [Docket No. 3866]

    g.    *Witness and Exhibit List for Hearings Scheduled for December 12, 2025 at 9:30 A.M. (Prevailing Central Time)* [Docket No. 4126] filed by Veradigm and Altera

    h.    *Debtors' Witness and Exhibit List for Hearing Scheduled for December 12, 2025 at 9:30 A.M. (Prevailing Central Time)* [Docket No. 4130]

    i.    *Debtors' Motion for Entry of an Order (I) Approving the Rejection or, in the Alternative, Termination, of the Altera Agreements and Veradigm Agreements; (II) Authorizing Use of the Transition Assistance; and (III) Granting Related Relief* [Docket No. 4132]

    j.    *Objection and Reservation of Rights to Debtors' Emergency Motion for Entry of an Order (I) Approving the Rejection or, in the Alternative, Termination, of the Altera Agreements and Veradigm Agreements; (II) Authorizing Use of the Transition Assistance; and (III) Granting Related Relief* [Docket No. 4140]

    k.    *Declaration of Paul Rundell in Support of the Debtors' Motion for Entry of an Order (I) Approving the Rejection or, in the Alternative, Termination, of the Altera Agreements and Veradigm Agreements; (II) Authorizing Use of the Transition Assistance; and (III) Granting Related Relief* [To Be Filed]

**<u>Status</u>:  This matter is going forward on a contested basis.**

4.    *Debtors' Emergency Motion for Order Reclassifying Certain Tax Claims Filed by the Commonwealth of Pennsylvania as General Unsecured Claims* [Docket No. 3596].

    **<u>Related Documents</u>:**

    a.    *Emergency Notice of Hearing for November 4, 2025 Setting* [Docket No. 3599]

b. *Debtors' Witness and Exhibit List for Hearing Scheduled for November 4, 2025 at 9:30 A.M. (Prevailing Central Time)* [Docket No. 3675]

c. *Notice of Adjournment of Hearing for the Debtors' Emergency Motion for Order Reclassifying Certain Tax Claims Filed by the Commonwealth of Pennsylvania as General Unsecured Claims* [Docket No. 3596]

d. *Notice of Adjournment of Hearing for the Debtors' Emergency Motion for Order Reclassifying Certain Tax Claims Filed by the Commonwealth of Pennsylvania to December 12, 2025 at 9:30 A.M. (Prevailing Central Time)* [Docket No. 3837]

e. *Debtors' Witness and Exhibit List for Hearing Scheduled for December 12, 2025 at 9:30 A.M. (Prevailing Central Time)* [Docket No. 4128]

**Status:**  **This matter is going forward.**

[*Remainder of the page intentionally left blank.*]

Dated: December 11, 2025
Dallas, Texas

      */s/ Thomas R. Califano*
SIDLEY AUSTIN LLP
Thomas R. Califano (24122825)
Rakhee V. Patel (00797213)
2021 McKinney Avenue, Suite 2000
Dallas, Texas 75201
Telephone:   (214) 981-3300
Facsimile:   (214) 981-3400
Email:   tom.califano@sidley.com
       rpatel@sidley.com

*and*

William E. Curtin (admitted *pro hac vice*)
Patrick Venter (admitted *pro hac vice*)
Anne G. Wallice (admitted *pro hac vice*)
787 Seventh Avenue
New York, New York 10019
Telephone:   (212) 839-5300
Facsimile:   (212) 839-5599
Email:   wcurtin@sidley.com
       pventer@sidley.com
       anne.wallice@sidley.com

*Attorneys for the Debtors
and Debtors in Possession*

**Certificate of Service**

I certify that on December 11, 2025, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Northern District of Texas.

/s/ *Thomas R. Califano*
Thomas R. Califano