

FILED
DEC 11 2025
CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| PROSPECT MEDICAL HOLDINGS, INC., *et al.*,[1] | Case No. 25-80002 (SGJ) |
| Debtors. | (Jointly Administered) |

## MOTION TO WAIVE LOCAL COUNSEL REQUIREMENT UNDER LOCAL RULE 2090-4

Pursuant to L.B.R. 2090-4(a), Bartko Pavia LLP ("Bartko") requests leave to appear without local counsel and states:

1. Bartko, as special litigation counsel for Prospect Medical Holdings, Inc., and its debtor affiliates (collectively, the "Debtors"), wishes to be represented in these bankruptcy matters by Roye Zur of Elkins Kalt Weintraub Reuben Gartside LLP. An application for Mr. Zur to appear pro hac vice has been filed concurrently herewith.

2. Mr. Zur is licensed to practice in California and has fifteen years of experience. He has appeared in federal district and bankruptcy courts in multiple jurisdictions.

3. Bartko is based in California, where the undersigned is also based. The undersigned does not reside nor maintain an office in the Northern District of Texas.

---

[1] A complete list of each of the Debtors in these Chapter 11 Cases may be obtained on the website of the Debtors' claims and noticing agent at https://omniagentsolutions.com/Prospect. The Debtors' mailing address is 3824 Hughes Ave., Culver City, CA 90232.

8018051

4.       Mr. Zur is prepared to perform all duties of local counsel, including appearance at hearings, as well as all other duties required by the local rules and procedures of this Court. Notwithstanding the foregoing, Bartko expects its involvement in these cases to be limited.

WHEREFORE, Bartko requests leave to proceed without local counsel pursuant to L.B.R. 2090-4(a).

DATED: December 10, 2025

Respectfully submitted,

*/s/ Roye Zur*

**ELKINS KALT WEINTRAUB REUBEN GARTSIDE LLP**
Roye Zur (*pro hac vice* pending)
10345 W. Olympic Blvd.
Los Angeles, CA 90064
Telephone:   (310) 746-4400
Email:   rzur@elkinskalt.com

*Attorneys for Bartko Pavia LLP*

8018051

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
10345 W. Olympic Blvd., Los Angeles, CA 90064

A true and correct copy of the foregoing document entitled (*specify*): **MOTION TO WAIVE LOCAL COUNSEL REQUIREMENT UNDER LOCAL RULE 2090-4** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) December 10, 2025, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) December 10, 2025, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) December 10, 2025, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Chief Judge Stacey G. C. Jernigan
United States Bankruptcy Court, Northern District of Texas
1100 Commerce Street, Room 1254
Dallas, TX, 75242-1496

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| December 10, 2025 | Lauren B. Wageman | /s/ Lauren B. Wageman |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

**F 9013-3.1.PROOF.SERVICE**

## 2. SERVED BY UNITED STATES MAIL:

| | | |
|---|---|---|
| James H. Billingsley<br>Duane Morris LLP<br>200 Crescent Court<br>Ste 900<br>Dallas, TX 75201 | Thomas Robert Califano<br>William E Curtin<br>Wenxue Li<br>Jon Muenz<br>Jonathan W. Muenz<br>Patrick Venter<br>Anne G. Wallice<br>Sidley Austin LLP<br>787 Seventh Avenue<br>New York, NY 10019 | Veronica A. Courtney<br>Sidley Austin LLP<br>1000 Louisiana Street<br>Ste 5900<br>Houston, TX 77002 |
| James Ducayet<br>Sean M. Nuernberger<br>Steven E. Sexton<br>Sidley Austin LLP<br>1 South Dearborn<br>Chicago, IL 60603 | Parker G. Embry<br>Rakhee V. Patel<br>Sidley Austin LLP<br>2021 McKinney Avenue<br>Dallas, TX 75201 | Dwight M. Francis<br>Sheppard Mullin Richter & Hampton, LLP<br>2200 Ross Avenue<br>Ste 20th Floor<br>Dallas, TX 75201 |
| Robert S. Friedman<br>Joshua I. Schlenger<br>Sheppard Mullin Richter & Hampton, LLP<br>30 Rockefeller Plaza, 39th floor<br>New York, NY 10112 | Alexandria Lattner<br>Alan H. Martin<br>Sheppard Mullin Richter & Hampton LLP<br>650 Town Center Drive<br>10th Floor<br>Costa Mesa, CA 92626 | Craig Joel Mariam<br>Gordon & Rees<br>300 S. 4th Street<br>Suite 1550<br>Las Vegas, NV 89101 |
| Jonathan E. Mitnick<br>Sidley Austin LLP<br>1999 Avenue of the Stars<br>17th Floor<br>Los Angeles, CA 90067 | Steven J. Reisman<br>Katten Muchin Rosenman LLP<br>50 Rockefeller Plaza<br>New York, NY 10020-1605 | Vincent P. Slusher<br>3633 Asbury St.<br>Dallas, TX 75205 |
| Joseph Michael Toddy<br>Zarwin, Baum, DeVito, Kaplan, Schaer, Toddy, P.C.<br>2005 Market Street<br>16th Floor<br>Philadelphia, Ste 16th Floor<br>Philadelphia, PA 19103 | Erin Marie Schmidt<br>United States Trustee<br>1100 Commerce St., Room 976<br>Dallas, TX 75242-1496 | Elizabeth Ziegler Young<br>U.S. Trustee Office<br>1100 Commerce Street, Room 976<br>Dallas, TX 75242 |
| Daren Brinkman<br>Brinkman Law Group, PC<br>543 Country Club Drive<br>Suite B<br>Wood Ranch, CA 93065 | Matthew Friedrick<br>Erez Gilad<br>Kris Hansen<br>Ryan P Montefusco<br>Kenneth Pasquale<br>Gabriel E. Sasson<br>Paul Hastings LLP<br>200 Park Avenue<br>New York, NY 10166 | John Iaffaldano<br>Emily Kuznick<br>Paul Hastings LLP<br>220 Park Avenue<br>New York, NY 10166 |
| Charles Martin Persons, Jr.<br>Paul Hastings LLP<br>2001 Ross Avenue<br>Suite 2700<br>Dallas, TX 75201 | | |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                     **F 9013-3.1.PROOF.SERVICE**