**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| PROSPECT MEDICAL HOLDINGS, INC., *et al.*,[1] | Case No. 25-80002 (SGJ) |
| Debtors. | (Jointly Administered) |

**SUPPLEMENTAL DECLARATION OF PAUL RUNDELL IN SUPPORT OF THE DEBTORS' MOTION FOR ENTRY OF AN ORDER (I) APPROVING REJECTION OR, IN THE ALTERNATIVE, TERMINATION, OF THE ALTERA AGREEMENTS AND VERADIGM AGREEMENTS; (II) AUTHORIZING USE OF THE TRANSITION ASSISTANCE; AND (III) GRANTING RELATED RELIEF**

I, Paul Rundell, pursuant to section 1746 of title 28 of the United States Code, hereby declare that the following is true to the best of my knowledge, information, and belief:

1. I am the Chief Restructuring Officer of Prospect Medical Holdings, Inc. (together with its debtor affiliates in the above captioned chapter 11 cases as debtors and debtors in possession, the "Debtors" and, the Debtors and their non-Debtor affiliates, collectively, the "Company" or "Prospect") and a Managing Director of Alvarez & Marsal North America, LLC ("Alvarez & Marsal"), a turnaround management consulting firm. Throughout my career, I have worked with numerous healthcare clients across the country, helping them navigate financial and operational challenges. I have served as the Chief Restructuring Officer of the Debtors since January 11, 2025.

2. As Chief Restructuring Officer of the Debtors, I am familiar with and knowledgeable about the Debtors' day-to-day operations, business and financial affairs, and books

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://omniagentsolutions.com/Prospect. The Debtors' mailing address is 3824 Hughes Ave., Culver City, CA 90232.

and records, as well as the circumstances leading to the commencement of the Debtors' chapter 11 cases. I submit this declaration (the "Supplemental Declaration") in connection with the *Debtors' Motion for Entry of an Order (I) Approving Rejection or, in the Alternative, Termination, of the Altera Agreements and Veradigm Agreements; (II) Authorizing Use of the Transition Assistance; and (III) Granting Related Relief* [Docket No. 4132] (the "Motion") and the *Declaration of Paul Rundell in Support of the Debtors' Motion for Entry of an Order (I) Approving Rejection or, in the Alternative, Termination, of the Altera Agreements and Veradigm Agreements; (II) Authorizing Use of the Transition Assistance; and (III) Granting Related Relief* [Docket No. 4166] (the "Prior Declaration").[2]

3.    Except as otherwise indicated, all facts set forth in this Supplemental Declaration are based upon my personal knowledge, my discussions with the Debtors' management team and advisors, my review of relevant documents and information concerning the Debtors' operations and financial affairs, or my opinions based upon my experience and knowledge. I am over the age of 18 and authorized to submit this Supplemental Declaration on behalf of the Debtors. If called upon to testify, I could and would testify competently to the facts set forth in this Supplemental Declaration.

## THE TRANSITION SERVICES AGREEMENT

4.    On December 5, 2025, the Debtors and NOR executed that certain transition services agreement (the "TSA"), a copy of which is attached hereto as **Exhibit A**, pursuant to which the Debtors will provide NOR with access to certain services essential for hospital

---

[2] Capitalized terms used but not defined herein have the meaning ascribed to such terms in the Motion or the TSA, as applicable.

2

operations.  The TSA ensures an orderly, time-limited transition of operations, systems, and data while NOR sets up its own long-term infrastructure with new service providers.

[*Remainder of the page intentionally left blank.*]

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: December 11, 2025

*/s/ Paul Rundell*
Paul Rundell
Chief Restructuring Officer
Prospect Medical Holdings, Inc.