| | |
|---|---|
| SIDLEY AUSTIN LLP | SIDLEY AUSTIN LLP |
| Thomas R. Califano (24122825) | William E. Curtin (admitted *pro hac vice*) |
| Rakhee V. Patel (00797213) | Patrick Venter (admitted *pro hac vice*) |
| Maegan Quejada (24105999) | Anne G. Wallice (admitted *pro hac vice*) |
| 2021 McKinney Avenue, Suite 2000 | 787 Seventh Avenue |
| Dallas, Texas 75201 | New York, New York 10019 |
| Telephone:  (214) 981-3300 | Telephone:  (212) 839-5300 |
| Facsimile:  (214) 981-3400 | Facsimile:  (212) 839-5599 |
| Email:  tom.califano@sidley.com | Email:  wcurtin@sidley.com |
|         rpatel@sidley.com |         pventer@sidley.com |
|         mquejada@sidley.com |         anne.wallice@sidley.com |

*Attorneys for the Debtors
and Debtors in Possession*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| PROSPECT MEDICAL HOLDINGS, INC., *et al.*,[1] | Case No. 25-80002 (SGJ) |
| Debtors. | (Jointly Administered) |

**SUPPLEMENTAL NOTICE OF
(I) POTENTIAL ASSUMPTION AND ASSIGNMENT OF
EXECUTORY CONTRACTS AND UNEXPIRED LEASES AND (II) CURE COSTS**

**You are receiving this notice because you may be a Counterparty to an executory contract or unexpired lease of the Debtors that may be assumed and assigned to the Buyer or as otherwise contemplated in the Transaction(s) (each, an "Executory Contract"). The Agreements listed in this notice may implicate services provided at Debtor entities located in Connecticut and may affect services in connection to the ECHN Sale Transaction and the Waterbury Sale Transaction (together, the "Sale Transactions"). If you fail to respond to this notice in accordance with the procedures set forth herein, you shall be deemed to have consented to the assumption by the Debtors and assignment to the Buyer of the Executory Contract.**

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://omniagentsolutions.com/Prospect. The Debtors' mailing address is 3824 Hughes Ave., Culver City, CA 90232.

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

On March 19, 2025, the Court entered the *Order (I)(A) Approving Bidding Procedures and the Form and Manner of Notice Thereof, (B) Authorizing the Selection of Stalking Horse Bidder(s) and Approving Bid Protections, (C) Establishing Bid Deadlines and Scheduling Auction(s) and Sale Hearing(s), and (D) Establishing Certain Assumption and Assignment Procedures and Approving the Manner of Notice Thereof, (II)(A) Authorizing the Sale of the Assets Free and Clear of All Encumbrances, and (B) Approving the Assumption and Assignment of the Assumed Contracts, and (III) Granting Related Relief* [Docket No. 1264] (the "Bidding Procedures Order"),[2] approving, among other things, the bidding procedures (the "Bidding Procedures") to be used in connection with one or more sales of all or substantially all of the Debtors' assets in California (such assets, "CA Assets" and such sale, the "CA Sale Transaction") and the Debtors' assets in Connecticut (such assets, "CT Assets," together with the CA Assets, the "Assets," and such sales, the "CT Sale Transactions" and, together with the CA Sale Transaction, the "Sales").

On April 18, 2025 the Debtors filed the *Notice of (I) Potential Assumption and Assignment of Executory Contracts and Unexpired Leases and (II) Cure Amounts* [Docket No. 1571] (the "Original Assumption Notice"). Attached thereto as Exhibits A-1 and A-2 and Exhibits B-1 and B-2 were initial lists of those executory contracts and unexpired leases (collectively, the "Potentially Assigned Agreements"), which the Debtors may potentially assume and assign to the Buyer(s) in connection with the CA Sale Transaction and the CT Sale Transaction(s), along with the cure amounts, if any, that the Debtors believe must be paid to cure any prepetition defaults and pay all amounts accrued under the initial list of Potentially Assigned Agreements (the "Cure Amounts").

On August 11, 2025 the Debtors filed the *Supplemental Notice of (I) Potential Assumption and Assignment of Executory Contracts and Unexpired Leases and (II) Cure Costs* [Docket No. 2781] (the "Supplemental CT Assumption Notice"), setting forth a supplemental list of Potentially Assigned Agreements in connection with the CT Sale Transaction(s) and the Cure Amounts related to such Potentially Assigned Agreements on the exhibit attached thereto as Exhibit A (collectively, the "Potentially Assigned CT Agreements").

On September 17, 2025, the Debtors filed the *Supplemental Notice of (I) Potential Assumption and Assignment of Executory Contracts and Unexpired Leases and (II) Cure Costs* [Docket No. 3171] (the "Fourth Supplemental Assumption Notice"), setting forth a supplemental list of Potentially Assigned Agreements in connection with the CA Sale Transaction and the CT Sale Transaction(s) and the Cure Amounts related to such Potentially Assigned Agreements on the exhibit attached thereto as Exhibits A-1, A-2, B-1, and B-2 (the "Fourth Supplemental List of Potentially Assigned Agreements").

On September 18, 2025, the Debtors filed the *Supplemental Notice of (I) Potential Assumption and Assignment of Executory Contracts and Unexpired Leases and (II) Cure Costs* [Docket No. 3179] (the "Fifth Supplemental Assumption Notice"), setting forth a supplemental

---

[2]  Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Bidding Procedures Order.

list of Potentially Assigned Agreements that may implicate services provided at Debtor entity locations in connection with the CA Sale Transaction and the CT Sale Transaction(s) and the Cure Amounts related to such Potentially Assigned Agreements on the exhibit attached thereto as Exhibit A (the "Fifth Supplemental List of Potentially Assigned Agreements").

On September 23, 2025, the Debtors filed the *Supplemental Notice of (I) Potential Assumption and Assignment of Executory Contracts and Unexpired Leases and (II) Cure Costs* [Docket No. 3213] (the "Sixth Supplemental Assumption Notice"), setting forth a supplemental list of Potentially Assigned Agreements that may implicate services provided at Debtor entity locations in connection with the CA Sale Transaction and the CT Sale Transaction(s) and the Cure Amounts related to such Potentially Assigned Agreements on the exhibit attached thereto as Exhibit A (the "Sixth Supplemental List of Potentially Assigned Agreements").

On November 19, 2025, the Debtors filed the *Supplemental Notice of (I) Potential Assumption and Assignment of Executory Contracts and Unexpired Leases and (II) Cure Costs* [Docket No. 3915] (the "Seventh Supplemental Assumption Notice"), setting forth a supplemental list of Potentially Assigned Agreements that may implicate services provided at Debtor entity locations in connection with the CT Sale Transaction(s) and the Cure Amounts related to such Potentially Assigned Agreements on the exhibit attached thereto as Exhibit A (the "Seventh Supplemental List of Potentially Assigned Agreements").

On November 28, 2025, the Debtors filed the *Supplemental Notice of (I) Potential Assumption and Assignment of Executory Contracts and Unexpired Leases and (II) Cure Costs* [Docket No. 3995] (the "Eighth Supplemental Assumption Notice"), setting forth a supplemental list of Potentially Assigned Agreements in connection with the CA Sale Transaction and the CT Sale Transaction(s) and the Cure Amounts related to such Potentially Assigned Agreements on the exhibit attached thereto as Exhibits A-1, A-2, and Exhibit B, and (the "Eighth Supplemental List of Potentially Assigned Agreements").

On December 3, 2025, the Debtors filed the *Supplemental Notice of (I) Potential Assumption and Assignment of Executory Contracts and Unexpired Leases and (II) Cure Costs* [Docket No. 4062] (the "Ninth Supplemental Assumption Notice"), setting forth a supplemental list of Potentially Assigned Agreements in connection with the CA Sale Transaction and the CT Sale Transaction(s) and the Cure Amounts related to such Potentially Assigned Agreements on the exhibit attached thereto as Exhibits A-1, A-2, and Exhibit B, and (the "Ninth Supplemental List of Potentially Assigned Agreements").

The Debtors hereby file this notice (this "Tenth Supplemental Assumption Notice"), setting forth a supplemental list of Potentially Assigned Agreements that may implicate services provided at Debtor entity locations in connection with the ECHN Sale Transaction, the Waterbury Sale Transaction, and the Cure Amounts related to such Potentially Assigned Agreements on the exhibits attached hereto as **Exhibit A-1**, and **A-2** (the "Tenth Supplemental List of Potentially Assigned Agreements"). Where applicable, separate Cure Amounts related to the ECHN Assets and the Waterbury Assets are identified. The Tenth Supplemental List of Potentially Assigned Agreements is in addition to, and does not replace or supersede, any of the Potentially Assigned Agreements in the Original Assumption Notice, the Supplemental CT Assumption Notice, the

3

Fourth Supplemental Assumption Notice, the Fifth Supplemental Assumption Notice, the Sixth Supplemental Assumption Notice, the Seventh Supplemental Assumption Notice, the Eighth Supplemental Assumption Notice, and the Ninth Supplemental Assumption Notice.[3]

Any party seeking to object to the validity of the Cure Amount as determined by the Debtors or otherwise assert that any other amounts, defaults, conditions or pecuniary losses must be cured or satisfied under any of the Potentially Assigned Agreements in order for such contract or lease to be assumed and assigned, must file an objection (the "Contract Objection") that (a) is in writing, (b) sets forth the specific monetary amount the objector asserts to be due, and the specific types of the alleged defaults, pecuniary losses, accrued amounts and conditions to assignment and the support therefor, (c) is filed with the Clerk of the Court and (d) is served on (i) counsel to the Debtors, Sidley Austin, LLP, 2021 McKinney Avenue, Suite 2000 Dallas, TX 75201, Attn: Anne G. Wallice (anne.wallice@sidley.com), Parker E. Embry (parker.embry@sidley.com), and William H. Cálix (william.calix@sidley.com); (ii) the Office of the United States Trustee, 1100 Commerce Street, Room 976, Dallas, Texas 75242, Attn: Elizabeth A. Young (elizabeth.a.young@usdoj.gov); (iii) counsel to the Official Committee of Unsecured Creditors, Paul Hastings LLP, 200 Park Avenue, New York, NY 10166, Attn: Kris Hansen (krishansen@paulhastings.com), Erez Gilad (erezgilad@paulhastings.com), and Gabe Sasson (gabesasson@paulhastings.com); and (iv) counsel to MPT, Wachtell, Lipton, Rosen & Katz, 51 West 52nd Street, New York, NY 10019, Attn: Emil A. Kleinhaus (EAKleinhaus@wlrk.com); and KTBS Law LLP, 1801 Century Park East, 26th Floor, Los Angeles, CA 90067, Attn: Thomas E. Patterson (tpatterson@ktbslaw.com) (collectively, the "Notice Parties") by no later than **4:00 p.m. (prevailing Central Time) on the date that is fourteen (14) calendar days after the service of this Tenth Supplemental Assumption and Assignment Notice** (the "Contract Objection Deadline").

**UNLESS A CONTRACT OBJECTION IS TIMELY AND PROPERLY FILED AND SERVED BEFORE THE CONTRACT OBJECTION DEADLINE OR AN ADEQUATE ASSURANCE OBJECTION IS TIMELY RAISED BEFORE THE ADEQUATE ASSURANCE OBJECTION DEADLINE, THE NON-DEBTOR PARTY TO A POTENTIALLY ASSIGNED AGREEMENT SHALL (A) BE FOREVER BARRED FROM OBJECTING TO THE CURE AMOUNT AND FROM ASSERTING ANY ADDITIONAL CURE OR OTHER AMOUNTS WITH RESPECT TO SUCH POTENTIALLY ASSIGNED AGREEMENT, AND THE DEBTOR AND THE SUCCESSFUL BIDDER(S) SHALL BE ENTITLED TO RELY SOLELY UPON THE CURE AMOUNT; (B) BE DEEMED TO HAVE CONSENTED TO ANY ASSUMPTION AND ASSIGNMENT OF SUCH POTENTIALLY ASSIGNED AGREEMENT; AND (C) BE FOREVER BARRED AND ESTOPPED FROM ASSERTING OR CLAIMING AGAINST THE DEBTORS OR THE SUCCESSFUL BIDDER(S) THAT ANY ADDITIONAL AMOUNTS ARE DUE OR**

---

[3] The listed Cure Amounts attached hereto are not broken down for each contract listed. All listed Cure Amounts are the total amounts attributable to the corresponding vendor and that vendor's total cure amount. These amounts are cumulative, and if applicable, include the Cure Amounts for contracts and vendors previously listed on the Original Assumption Notice, the Supplemental CT Assumption Notice, the Fourth Supplemental Assumption Notice, the Fifth Supplemental Assumption Notice, the Sixth Supplemental Assumption Notice, the Seventh Supplemental Assumption Notice, the Eighth Supplemental Assumption Notice, and/or the Ninth Supplemental Assumption Notice.

**OTHER DEFAULTS EXIST, THAT CONDITIONS TO ASSIGNMENT MUST BE SATISFIED UNDER SUCH POTENTIALLY ASSIGNED AGREEMENT OR THAT THERE IS ANY OBJECTION OR DEFENSE TO THE ASSUMPTION AND ASSIGNMENT OF SUCH POTENTIALLY ASSIGNED AGREEMENT.**

**IN ADDITION, THE PROPOSED CURE AMOUNTS SET FORTH IN THE EXHIBIT ATTACHED HERETO SHALL BE BINDING UPON THE NON-DEBTOR PARTIES TO THE POTENTIALLY ASSIGNED AGREEMENTS FOR ALL PURPOSES IN THESE CHAPTER 11 CASES AND WILL CONSTITUTE A FINAL DETERMINATION OF THE CURE AMOUNTS REQUIRED TO BE PAID BY THE DEBTOR IN CONNECTION WITH ANY ASSUMPTION AND ASSIGNMENT OF THE POTENTIALLY ASSIGNED AGREEMENTS.**

Except as explicitly set forth herein, nothing in this Seventh Supplemental Assumption Notice shall alter, modify or affect anything set forth in the Original Assumption Notice, the Supplemental CT Assumption Notice, the Fourth Supplemental Assumption Notice, the Fifth Supplemental Assumption Notice, the Sixth Supplemental Assumption Notice, the Seventh Supplemental Assumption Notice, the Eighth Supplemental Assumption Notice, and the Ninth Supplemental Assumption Notice including any requirements and deadlines set forth therein.

[*Remainder of page intentionally left blank.*]

Dated: December 11, 2025
Dallas, Texas

/s/ *Thomas R. Califano*
**SIDLEY AUSTIN LLP**
Thomas R. Califano (24122825)
Rakhee V. Patel (00797213)
Maegan Quejada (24105999)
2021 McKinney Avenue, Suite 2000
Dallas, Texas 75201
Telephone: (214) 981-3300
Facsimile: (214) 981-3400
Email: tom.califano@sidley.com
rpatel@sidley.com
mquejada@sidley.com

*and*

William E. Curtin (*pro hac vice*)
Patrick Venter (*pro hac vice*)
Anne G. Wallice (*pro hac vice*)
787 Seventh Avenue
New York, New York 10019
Telephone: (212) 839-5300
Facsimile: (212) 839-5599
Email: wcurtin@sidley.com
pventer@sidley.com
anne.wallice@sidley.com

*Attorneys for the Debtors and Debtors in Possession*

**Certificate of Service**

      I certify that on December 11, 2025, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Northern District of Texas.

                                                                           */s/ Thomas R. Califano*
                                                                           Thomas R. Califano