UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

In Re:  
Prospect Medical Holdings, Inc.

Debtor(s)

Case No.: 25−80002−sgj11  
Chapter No.: 11  
Civil Case No.:

Boshanda Kim Johnson

Appellant(s)

vs.  
Unknown

Appellee(s)

# TRANSMITTAL AND CERTIFICATION OF RECORD ON APPEAL

Pursuant to Federal Rules of Bankruptcy Procedure 8010, the appeal filed on 12/22/2025 regarding Unknown by Boshanda Kim Johnson in the above styled bankruptcy case is hereby transmitted to the U.S. District Court for the Northern District of Texas.

This record on appeal contains all items listed on the attached index, but is not in compliance with Rule 8009 of the Federal Rules of Bankruptcy Procedure and is **deficient** for the following reason(s):

- ☐ Appeal not timely filed.
- ☑ Appeal filing fee not paid.
- ☐ Appellant(s) failed to file designation of the record.
- ☐ Appellant(s)/Appellee(s) failed to provide or prepay for the items designated.
- ☐

All further pleadings or inquiries regarding this matter should be directed to the U.S. District Clerk's Office until such time as the appeal is fully processed in the U.S. District Court.

The above referenced record was delivered to the U.S. District Clerk's Office on January 2, 2026.

DATED: 1/2/26

FOR THE COURT:  
Stephen J Manz, Clerk of Court

by: /s/Sheniqua Whitaker, Deputy Clerk

BTXN 116 (rev. 07/08)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

## APPEAL SERVICE LIST

### Transmission of the Record

BK Case No.: 25−80002−sgj11

Received in District Court by: _____

Date: _____

Volume Number(s): _____

cc: Stacey G Jernigan
    Courtney Lauer
    Brock Giles
    Attorney(s) for Appellant
    US Trustee

**Appellant**  Boshanda Kim Johnson

Boshanda Kim Johnson (Pro Se)
P.O. Box 21004
Los Angeles, CA 90021

**Appellee**  Unknown

BTXN 150 (rev. 11/10)

In Re:  
Prospect Medical Holdings, Inc.

§  
§ Case No.: 25–80002–sgj11  
§ Chapter No.: 11  
§

Debtor(s)

# CIVIL CASE COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.

**I.** (a) **APPELLANT**  
Boshanda Kim Johnson

**APPELLEE**  
Unknown

(b) County of Residence of First Listed Party:  
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Party:  
(IN U.S. PLAINTIFF CASES ONLY)

(c) Attorney's (Firm Name, Address, and Telephone Number)  
Boshanda Kim Johnson (Pro Se)  
P.O. Box 21004  
Los Angeles, CA 90021

Attorney's (If Known)

**II. BASIS OF JURISDICTION**

○ 1 U.S. Government Plaintiff  
○ 2 U.S. Government Defendant  
● 3 Federal Question (U.S. Government Not a Party)  
○ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES**

| | | | | | |
|---|---|---|---|---|---|
| Citizen of This State | ○ 1 | ○ 1 | Incorporated *or* Principal Place of Business In This State | ○ 4 | ○ 4 |
| Citizen of Another State | ○ 2 | ○ 2 | Incorporated *and* Principal Place of Business In Another State | ○ 5 | ○ 5 |
| Citizen or Subject of a Foreign Country | ○ 3 | ○ 3 | Foreign Nation | ○ 6 | ○ 6 |

**IV. NATURE OF SUIT**

● 422 Appeal 28 USC 158 ○ 423 Withdrawal 28 USC 157 ○ 890 Other Statutory Actions

**V. ORIGIN**

● 1 Original Proceeding  
○ 2 Removed from State Court  
○ 3 Remanded from Appellate Court  
○ 4 Reinstated or Reopened  
○ 5 Transferred from another district  
○ 6 Multidistrict Litigation  
○ 7 Appeal to District Judge from Magistrate Judgment

**VI. CAUSE OF ACTION**

Cite the U.S. Civil Statute under which you are filing **(Do not cite jurisdictional statutes unless diversity)**:  
422 Appeal 28 USC 158

Brief description of cause:  
Notice of appeal of a bankruptcy court order

**VII. REQUESTED IN COMPLAINT:**

☐ CHECK IF THIS IS A **CLASS ACTION** UNDER F.R.C.P. 23  DEMAND $  
CHECK YES only if demanded in complaint:  
JURY DEMAND: ☐ Yes ☐ No

**VIII. RELATED CASE(S) IF ANY**  
Judge:   Docket Number:

DATED: 1/2/26

FOR THE COURT:  
Stephen J Manz, Clerk of Court  
by: /s/Sheniqua Whitaker, Deputy Clerk