**EXHIBIT "1"**

| POST PETITION | METER ID | HOSPITAL NAME | SERVICE ADDRESS | BALANCE | BILL DATE THRU | COMMENT |
|---|---|---|---|---|---|---|
| xxxxxxx5023 | xxxx0160 | PROSPECT CC SJHSRI LLC OUR LADY OF FATIMA HOSP | 200 HIGH SERVICE AVE APT ALL, GAS NORTH PROVIDENCE, RI 02904 | - | 12/1 | |
| xxxxxxx1049 | xxxx6560 | PROSPECT CHARTERCARE MEDICAL | 41 SANDERSON RD STE 205 ESMOND, RI 02917 | 4,049.61 | 12/4 | |
| xxxxxxx0042 | xxxx8702 | PROSPECT CC PHYSICIANS LLC | 41 SANDERSON RD STE 206 ESMOND, RI 02917 | - | 12/4 | |
| xxxxxxx3027 | xxxx6517 | PROSPECT CC SJHSRI LLC OUR LADY OF FATIMA HOSP | 868 ADMIRAL ST PROVIDENCE, RI 02904 | 82.32 | 12/11 | |
| xxxxxxx4029 | xxxx7719 | PROSPECT BLACKSTONE VALLEY LLC | 1526 ATWOOD AVE RTU2 POLE 132-3 JOHNSTON, RI 02919 | 379.40 | 11/21 | |
| xxxxxxx9024 | xxxx7903 | PROSPECT BLACKSTONE VALLEY LLC | 1526 ATWOOD AVE APT 300 JOHNSTON, RI 02919 | 3,723.92 | 10/27 | |
| xxxxxxx4032 | xxxx7162 | PROSPECT CHARTERCARE MEDICAL | 466 PUTNAM PIKEUNIT 12 UNT12 GREENVILLE, RI 02828 | 216.00 | 12/4 | |
| xxxxxxx9026 | xxxx4246 | PROSPECT BLACKSTONE VALLEY LLC | 1526 ATWOOD AVE JOHNSTON, RI 02919 | 3,320.22 | 11/14 | |
| xxxxxxx3033 | xxxx0491 | PROSPECT CHARTERCARE MEDICAL | 41 SANDERSON RD STE 202, POLE 10 02 ESMOND, RI 02917 | 725.13 | 12/30 | NEW BILL AVAILABLE |
| xxxxxxx0034 | xxxx0347 | PROSPECT CHARTERCARE MEDICAL | 41 SANDERSON RD STE 204 ESMOND, RI 02917 | 179.71 | 12/30 | NEW BILL AVAILABLE |
| xxxxxxx7036 | xxxx0573 | PROSPECT CHARTERCARE MEDICAL | 1351 S COUNTY TRL UNIT 3/302, GAS EAST GREENWICH, RI 02818 | 318.67 | 12/29 | NEW BILL AVAILABLE |
| xxxxxxx5041 | xxxx8082 | PROSPECT CHARTERCARE MEDICAL | 1351 S COUNTRY TRL, POLE 10-02 EAST GREENWICH, RI 02818 | 461.11 | 12/29 | NEW BILL AVAILABLE |
| xxxxxxx3043 | xxxx1097 | PROSPECT CC SJHSRI LLC OUR LADY OF FATIMA HOSP | 200 HIGH SERVICE AVE NORTH PROVIDENCE, RI 02904 | 111,562.58 | 12/31 | NEW BILL AVAILABLE |
| xxxxxxx4040 | xxxx0587 | ROGER WILLIAMS HOSPITAL | 825 CHALKSTONE AVE FL /01 PROVIDENCE, RI 02908 | 97,629.25 | 12/31 | NEW BILL AVAILABLE |
| xxxxxxx0025 | xxxx7881 | PROSPECT CC SJHSRI LLC OUR LADY OF FATIMA HOSP | HIGH SERVICE AVE, GAS NORTH PROVIDENCE, RI 02911 | 1,159.37 | 12/30 | NEW BILL AVAILABLE |
| xxxxxxx5039 | xxxx8572 | PROSPECT CHARTERCARE MEDICAL | 1351 S COUNTY TRL BLDG 3/9, GAS EAST GREENWICH, RI 02818 | 291.70 | 12/29 | NEW BILL AVAILABLE |
| xxxxxxx4046 | xxxx7871 | PROSPECT CHARTERCARE MEDICAL | 41 SANDERSON RD STE 207 ESMOND, RI 02917 | 763.58 | 12/30 | NEW BILL AVAILABLE |
| xxxxxxx6029 | xxxx8990 | PROSPECT BLACKSTONE VALLEY LLC | 1526 ATWOOD AVE JOHNSTON, RI 02919 | 190.06 | 12/29 | NEW BILL AVAILABLE |
| xxxxxxx1028 | xxxx7720 | PROSPECT BLACKSTONE VALLEY LLC | 1526 ATWOOD AVE RTU1 POLE 132-3 JOHNSTON, RI 02919 | 279.38 | 12/26 | NEW BILL AVAILABLE |
| xxxxxxx7027 | xxxx7161 | PROSPECT BLACKSTONE VALLEY LLC | 1526 ATWOOD AVE JOHNSTON, RI 02919 | 3,772.33 | 12/26 | NEW BILL AVAILABLE |
| xxxxxxx3034 | xxxx2223 | PROSPECT CHARTERCARE MEDICAL | 466 PUTNAM PIKEUNIT 12 UNT12 GREENVILLE, RI 02828 | - | | Account Closed 8/7/25 |
| xxxxxxx1020 | xxxx0007 | PROSPECT CC PHYSICIANS LLC | 1539 ATWOOD AVE APT 201 JOHNSTON, RI 02919 | - | 12/15 | PAYMENT 12/30/25 (367.03) |
| xxxxxxx1017 | xxxx3313 | RWH SLEEP DISORDER LAB | 1539 ATWOOD AVE APT 302 JOHNSTON, RI 02919 | | 12/15 | PAYMENT 12/30/25 (502.07) |
| xxxxxxx5074 | xxxx1123 | ROGER WILLIAMS HOSPITAL | 790 CHALKSTONE AVE PROVIDENCE, RI 02908 | 116,295.79 | 12/6 | PAYMENT 12/30/25 (115,632.37) |
| xxxxxxx9038 | xxxx6358 | ROGER WILLIAMS HOSPITAL | 825 CHALKSTONE AVE POLE 100 PROVIDENCE, RI 02908 | 16.39 | 12/17 | |
| xxxxxxx7027 | xxxx9307 | PROSPECT BLACKSTONE VALLEY LLC | 1526 ATWOOD AVE JOHNSTON, RI 02919 | 5,395.22 | 12/15 | |
| xxxxxxxx7026 | xxxx2093 | PROSPECT CC SJHSRI LLC OUR LADY OF FATIMA HOSP | 868 ADMIRAL ST APT ALL PROVIDENCE, RI 02904 | 26.59 | 12/16 | |
| xxxxxxx7025 | xxxx1008 | ROGER WILLIAMS HOSPITAL | 895 CHALKSTONE AVE FL /02 PROVIDENCE, RI 02908 | 117.41 | 12/16 | |
| xxxxxxx5034 | xxxx9013 | PROSPECT CC PHYSICIANS LLC | 725 RESERVOIR AVE APT 202 CRANSTON, RI 02910 | 2,440.58 | 12/23 | |
| xxxxxxx6039 | xxxx9400 | ROGER WILLIAMS HOSPITAL | 825 CHALKSTONE AVE PROVIDENCE, RI 02908 | 37.59 | 12/16 | |
| xxxxxxx5021 | xxxx9048 | PROSPECT BLACKSTONE VALLEY LLC | 1526 ATWOOD AVE JOHNSTON, RI 02919 | 7,890.82 | 26-Dec | NEW BILL AVAILABLE |
| xxxxxxx9021 | xxxx8088 | PROSPECT BLACKSTONE VALLEY | 877 CHALKSTONE AVE PROVIDENCE, RI 02908 | 16.39 | 12/15 | |
| xxxxxxx3029 | xxxx0526 | PROSPECT BLACKSTONE VALLEY LLC | 1526 ATWOOD AVE JOHNSTON, RI 02919 | | | Account Closed 7/17/25 |
| xxxxxxx1022 | xxxx4561 | ROGER WILLIAMS HOSPITAL | 825 CHALKSTONE AVE PROVIDENCE, RI 02908 | - | 12/16 | PAYMENT 12/30/25 (1058.70) |
| xxxxxxx6026 | xxxx0981 | PROSPECT CC SJHSRI LLC OUR LADY OF FATIMA HOSP | 876 ADMIRAL ST APT ALL PROVIDENCE, RI 02904 | | 12/16 | PAYMENT 12/30/25 (26.59) |
| xxxxxxx4029 | xxxx8247 | ROGER WILLIAMS HOSPITAL | 895 CHALKSTONE AVE FL /01 PROVIDENCE, RI 02908 | 276.24 | 12/16 | |
| xxxxxxx6022 | xxxx3196 | ROGER WILLIAMS HOSPITAL | 895 CHALKSTONE AVE PROVIDENCE, RI 02908 | 239.15 | 12/17 | |
| xxxxxxx2029 | xxxx9531 | RW SLEEP DISORDER CENTER C/O LESLIE MARTINEAU | 1539 ATWOOD AVE APT 304 POLE 127-51 JOHNSTON, RI 02919 | - | 12/16 | PAYMENT 12/30/25 (329.53) |
| xxxxxxx2032 | xxxx6062 | HEALTHADVISORS LLC | 6 BLACKSTONE VALL PL APT 502 B 5 LINCOLN, RI 02865 | 801.50 | 12/26 | |
| | xxxx9123 | PROSPECT CC SJHSRI LLC OUR LADY OF FATIMA HOSP | HIGH SERVICE AVE, GAS NORTH PROVIDENCE, RI 02911 | - | | |
| xxxxxxx1027 | xxxx8601 | ROGER WILLIAMS HOSPITAL | 65 WINROOTH AVE PROVIDENCE, RI 02908 | 92.63 | 12/16 | |
| xxxxxxx2024 | xxxx8795 | ROGER WILLIAMS HOSPITAL | 895 CHALKSTONE AVE PROVIDENCE, RI 02908 | 76.77 | 12/17 | |
| xxxxxxx7027 | xxxx8247 | ROGER WILLIAMS HOSPITAL | 50 MAUDE ST PROVIDENCE, RI 02908 | 60.62 | 12/16 | |
| xxxxxxx6026 | xxxx1527 | PROSPECT CHARTERCARE MEDICAL | 466 PUTNAM PIKE FL RT/1 GREENVILLE, RI 02828 | | | Account Closed 8/6/25 |
| xxxxxxx2035 | xxxx2856 | PROSPECT CC PHYSICIANS LLC | 725 RESERVOIR AVE UNIT 6, GAS CRANSTON, RI 02910 | 74.52 | 12/23 | |
| xxxxxxx1026 | xxxx4163 | PROSPECT CC SJHSRI LLC OUR LADY OF FATIMA HOSP | 878 ADMIRAL ST PROVIDENCE, RI 02904 | 160.39 | 12/17 | |
| xxxxxxx8024 | xxxx9345 | ROGER WILLIAMS HOSPITAL | 895 CHALKSTONE AVE PROVIDENCE, RI 02908 | 171.60 | 12/17 | |
| xxxxxxx8026 | xxxx1165 | PROSPECT CC PHYSICIANS LLC | 725 RESERVOIR AVE APT 6 CRANSTON, RI 02910 | - | 12/16 | PAYMENT 12/30/25 (1183.34) |
| xxxxxxx0066 | xxxx4104 | ROGER WILLIAMS HOSPITAL | 50 MAUDE ST PROVIDENCE, RI 02908 | 32,333.59 | 12/15 | |
| xxxxxxx0020 | xxxx4599 | ROGER WILLIAMS HOSPITAL | 877 CHALKSTONE AVE PROVIDENCE, RI 02908 | 81.24 | 12/17 | |
| xxxxxxx0025 | xxxx9184 | ST JOSEPH'S HEALTH SERVICE | 673 ATWOOD AVE CRANSTON, RI 02920 | 390.45 | | Account Closed 7/29/25 |
| xxxxxxx7043 | xxxx4654 | PROSPECT CC PHYSICIANS LLC | 1681 CRANSTON ST APT 10 CRANSTON, RI 02920 | 845.57 | 12/19 | |
| | | | | **396,945.39** | | |

Business Use