## Exhibit C

**Second Demand Letter**



SIDLEY AUSTIN LLP
2021 MCKINNEY AVENUE, SUITE 2000
DALLAS, TX 75201
+1 214 981 3300
+1 214 981 3400 FAX

AMERICA • ASIA PACIFIC • EUROPE

+1 214 981 3461
TOM.CALIFANO@SIDLEY.COM

January 6, 2026

**Via E-Mail**

NOR Healthcare System Corp.
Attention: Faisal Gill
505 North Brand Blvd
Suite 1200
Glendale, CA 91203
Email: fgill@amhealthsystems.com

Re: Second Demand for Payment and Compliance with Agreements

Dear Mr. Gill,

Reference is made to that certain Demand for Payment and Compliance with Agreements previously sent to you by Prospect Medical Holdings, Inc. ("PMH") through its counsel on December 18, 2025 (the "Initial Demand Letter"). Capitalized terms used and not otherwise defined herein have the meanings set forth in the Initial Demand Letter.

As stated in the Initial Demand Letter, since the closing of the California Sale Transaction on December 5, 2025, NOR has repeatedly failed to comply with its undisputed obligations under (i) the Purchase Agreement, (ii) the TSA, and (iii) the IMA (collectively, the "Agreements"). Notwithstanding the Initial Demand Letter, these breaches of the Agreements have continued and, while PMH believes a business resolution remains a possibility, if a resolution acceptable to PMH is not reached within 48 hours of this letter, PMH will bring these matters before the Bankruptcy Court.

Despite NOR's repeated representations, both verbally and via email, that it will comply with the Agreements and make timely payments pursuant to the terms of the TSA, NOR has continuously failed to uphold its promises. NOR has also failed to provide a full and good faith response to the Initial Demand Letter.

# SIDLEY

Page 2

NOR's outstanding financial obligations as of January 2, 2026, are included as **Exhibit A**. A summary of the outstanding financial obligations are as follows:

**Prospect Medical Holdings, Inc.**  
NOR Funding Obligation as at 1/2/26  
*$ in thousands*

Draft | Subject to Change  
Confidential | For Discussion Purposes Only

| Item | Amount | Prior Estimate at EOD 1/2/26 | Variance |
|---|---:|---:|---:|
| **NOR Funding to PMH** | | | |
| Remaining Portion of TSA Fee (WE 1/2) | $ 1,051.0 | $ 1,051.0 | $ - |
| Remaining Portion of TSA Fee (WE 12/26) | 47.0 | 47.0 | - |
| **Subtotal - NOR to PMH** | **$ 1,098.0** | **$ 1,098.0** | **$ -** |
| **NOR Funding to Alta x0039** | | | |
| NOR Capitation (Overage) | $ 4,784.7 | $ 2,964.1 | $ 1,820.6 |
| NOR Supply Orders | 614.0 | 556.8 | 57.2 |
| PMH Restricted Cash - AP | 485.4 | 485.4 | - |
| PMH Restricted Cash - Capitation | 354.4 | 360.8 | (6.4) |
| **Subtotal - NOR to Alta** | **$ 6,238.5** | **$ 4,367.1** | **$ 1,871.4** |
| **NOR Funding Required Due (Related to Operations Post-Close)** | **$ 7,336.5** | **$ 5,465.1** | **$ 1,871.4** |
| (+) PMH past-due AP | 3,419.7 | 3,419.7 | - |
| (+) eCap assignment fee | 950.0 | 950.0 | - |
| (+) eCap interest charge | 138.7 | 138.7 | - |
| **Subtotal - Other Amounts Due per APA** | **$ 4,508.5** | **$ 4,508.5** | **$ -** |
| **PMH NOR Exposure** | **$ 11,845.0** | **$ 9,973.5** | **$ 1,871.4** |
| Minimum Cash to Cover NOR Capitation [1][2] | 3,500.0 | 2,000.0 | 1,500.0 |
| **Total NOR Funding Due** | **$ 15,345.0** | **$ 11,973.5** | **$ 3,371.4** |

**Notes:**  
\* Schedule dated 1/5/26 with data updated thru Friday 1/2/26  
\*\* NOR funded $1.5M to PMH related to emergency funding on 12/31. Amounts excluded from analysis as they are offsetting.  
1.) To ensure on a weekly basis that CNB Alta account does not go negative throughout the week. Based on historical weekly capitation disbursements of $3.5M.  
2.) Operating teams discussed $3.5M to cover capitation disbursements each week. Pre-funded since disbursement schedule varies daily.

Further, as evidenced on **Exhibit B**, notwithstanding the Initial Demand Letter, NOR's delinquent obligations have continued to grow since the Closing Date. PMH and its Affiliates are unable to continue sustaining the burden of NOR's breaches, especially given the trend of rapidly increasing costs to PMH.

In addition to the outstanding obligations outlined on **Exhibit A**, the following issues must be addressed immediately:

- <u>Supply Chain Orders Under PMH Contracts</u>: PMH and NOR previously agreed that, in order to approve NOR's supply chain orders made under continuing PMH contracts, NOR would fund the Alta bank account on the same day. NOR has repeatedly and continually failed to fund as required.

# SIDLEY

Page 3

- o Going forward, prior to approval of any supply chain order, NOR must transfer the necessary funds into the Alta account. **If the requisite funds are not received, orders will not be submitted or approved.**
- o Further, though not obligated to, as an accommodation to NOR, PMH has allowed NOR access to both the American Red Cross and Medline contracts outside of the TSA. To the extent any NOR obligation remains outstanding or is not paid timely, PMH has the right to unilaterally make these contracts unavailable to NOR and will exercise its right to do so.

- Claims and Capitation Disbursements: Claims and capitation checks and disbursements are continuing to clear from the Alta bank account. NOR committed to setting up a new account from which claims and capitation disbursements would be funded. PMH has seen no progress on the opening of this account. The new account must be opened no later than close of business on January 8, 2026.

    - o In the interim period, NOR must comply with the agreement that, while claims and capitation disbursements continue to be funded from the Alta account, the Alta account (i) does not go negative and (ii) is funded weekly and maintains a cash reserve of $3.5 million.

While PMH remains committed to resolving these matters efficiently and without court intervention, absent a resolution of these concerns on or before January 8, 2025, PMH will bring these matters before the Bankruptcy Court for an immediate emergency hearing. PMH reserves all rights to take all available actions and pursue all available remedies under the Agreements and applicable law.

We look forward to resolving these issues in a timely manner.

Regards,

*/s/ Thomas R. Califano*
Thomas R. Califano

Enclosures

cc:   Frank Saidara, Plan Administrator
      Stephen Gray, Wind Down Monitor
      Paul Rundell, Chief Restructuring Officer
      William E. Curtin, Sidley Austin
      Anne Wallice, Sidley Austin
      Nioura Ghazni, Sheppard, Mullin, Richter & Hampton

**SIDLEY**

Page 4

    Andrew Turnbull, Houlihan Lokey
    Larry Portal, Medical Properties Trust, Inc.
    Emil Kleinhaus, Wachtell, Lipton, Rosen & Katz
    Nir Maoz, KTBS Law