## Exhibit E

## NOR Funding Obligations

**Prospect Medical Holdings, Inc.**  Draft | Subject to Change
NOR Funding Obligation Comparison - Pro Forma at 1/9/26 vs. Demand Letter  Confidential | For Discussion Purposes Only

*$ in thousands*

| Item | Pro Forma Estimate at 1/9/26 | Demand Letter dated 1/6/26 [1] | Variance | |
|---|---:|---:|---:|---|
| **NOR Funding to PMH** | | | | |
| Remaining Portion of TSA Fee (WE 1/2) | $ - | $ 1,051.0 | $ (1,051.0) | |
| Remaining Portion of TSA Fee (WE 12/26) | - | 47.0 | (47.0) | |
| **Subtotal - NOR to PMH** | $ - | $ 1,098.0 | $ (1,098.0) | [2] |
| **NOR Funding to Alta x0039** | | | | |
| NOR Capitation (Overage) | $ 3,294.1 | $ 4,784.7 | $ (1,490.6) | [3] |
| NOR Supply Orders | 741.0 | 614.0 | 127.1 | [4] |
| PMH Restricted Cash - AP | 439.8 | 485.4 | (45.6) | [4] |
| PMH Restricted Cash - Capitation | 128.8 | 354.4 | (225.6) | [4] |
| **Subtotal - NOR to Alta** | $ 4,603.8 | $ 6,238.5 | $ (1,634.7) | |
| **Total NOR Funding Due (Related to Operations Post-Close)** | $ 4,603.8 | $ 7,336.5 | $ (2,732.7) | |
| (+) PMH past-due AP | 2,516.7 | 3,419.7 | (903.0) | [5] |
| (+) eCap assignment fee | 950.0 | 950.0 | - | |
| (+) eCap interest charge | - | 138.7 | (138.7) | [5] |
| **Subtotal - Other Amounts Due per APA** | $ 3,466.7 | $ 4,508.5 | $ (1,041.7) | |
| **PMH NOR Exposure** | $ 8,070.6 | $ 11,845.0 | $ (3,774.4) | |
| Minimum Cash to Cover NOR Capitation | 3,500.0 | 3,500.0 | - | |
| **Total NOR Funding Due** | $ 11,570.6 | $ 15,345.0 | $ (3,774.4) | |

**Notes:**

1.) Amounts included in demand letter reflected estimates as at 1/2/26

2.) Relates to NOR's funding of $1.1M for outstanding TSA fees on 1/9/26

3.) Reflects $1.5M of NOR funding made on 1/2/26, offset by updated activity through 1/8/26

4.) Supply orders and TSA payments updated through 1/9, capitation and restricted PMH cash through 1/8/26

5.) Updated based on latest available information