# Exhibit A

## NOR's Outstanding Funding Obligations

**Prospect Medical Holdings, Inc.** Draft | Subject to Change
NOR Funding Obligations as at 1/9/26 - Table of Contents Confidential | For Discussion Purposes Only

| # | Exhibit |
|---|---|
| I | **Summary - NOR Funding Obligation as at 1/9/26** |
| II | **NOR Exposure and Funding Summary Charts** |
| III | **Funding Issues** |
| III.I | *Supply Chain Orders Placed vs. NOR Funding* |
| III.II | *Capitation Funding - PMH (O/S Checks) and NOR (Post-Close Issuances)* |
| III.III | *PMH Funding for O/S AP Checks and Balance of Restricted Cash* |
| III.IV | *TSA Fee Amounts Due and Payments Received by NOR* |
| IV | **Demand Letter Issues** |
| IV.I | *Past Due PMH Accounts Payable* |
| IV.II | *Disputed eCapital Charges* |

**Prospect Medical Holdings, Inc.**  Draft | Subject to Change

NOR Funding Obligation Comparison - Pro Forma at 1/9/26 vs. Demand Letter    Confidential | For Discussion Purposes Only

*$ in thousands*

|  |  | Pro Forma Estimate at 1/9/26 | Demand Letter dated 1/6/26 [1] | Variance |  |
|---|---|---:|---:|---:|---|
|  | **NOR Funding to PMH** |  |  |  |  |
|  | Remaining Portion of TSA Fee (WE 1/2) | $ - | $ 1,051.0 | $ (1,051.0) |  |
|  | Remaining Portion of TSA Fee (WE 12/26) | - | 47.0 | (47.0) |  |
|  | **Subtotal - NOR to PMH** | $ - | $ 1,098.0 | $ (1,098.0) | [2] |
|  | **NOR Funding to Alta x0039** |  |  |  |  |
|  | NOR Capitation (Overage) | $ 3,294.1 | $ 4,784.7 | $ (1,490.6) | [3] |
|  | NOR Supply Orders | 741.0 | 614.0 | 127.1 | [4] |
|  | PMH Restricted Cash - AP | 439.8 | 485.4 | (45.6) | [4] |
|  | PMH Restricted Cash - Capitation | 128.8 | 354.4 | (225.6) | [4] |
|  | **Subtotal - NOR to Alta** | $ 4,603.8 | $ 6,238.5 | $ (1,634.7) |  |
|  | **Total NOR Funding Due (Related to Operations Post-Close)** | $ 4,603.8 | $ 7,336.5 | $ (2,732.7) |  |
|  | (+) PMH past-due AP | 2,516.7 | 3,419.7 | (903.0) | [5] |
|  | (+) eCap assignment fee | 950.0 | 950.0 | - |  |
|  | (+) eCap interest charge | - | 138.7 | (138.7) | [5] |
|  | **Subtotal - Other Amounts Due per APA** | $ 3,466.7 | $ 4,508.5 | $ (1,041.7) |  |
|  | **PMH NOR Exposure** | $ 8,070.6 | $ 11,845.0 | $ (3,774.4) |  |
|  | Minimum Cash to Cover NOR Capitation | 3,500.0 | 3,500.0 | - |  |
|  | **Total NOR Funding Due** | $ 11,570.6 | $ 15,345.0 | $ (3,774.4) |  |

*Memo: Variance to 1/6/26 Demand Letter*

**Notes:**

1.) Amounts included in demand letter reflected estimates as at 1/2/26

2.) Relates to NOR's funding of $1.1M for outstanding TSA fees on 1/9/26

3.) Reflects $1.5M of NOR funding made on 1/2/26, offset by updated activity through 1/8/26

4.) Supply orders and TSA payments updated through 1/9, capitation and restricted PMH cash through 1/8/26

5.) Updated based on latest available information

**Prospect Medical Holdings, Inc.**     Draft | Subject to Change
NOR Exposure and Funding Summary Charts     Confidential | For Discussion Purposes Only





*\* 1/9/26 reflects payment from NOR for outstanding TSA fees*

# Section III - Funding Issues

| Prospect Medical Holdings, Inc. | Draft | Subject to Change |
| Supply Order Tracking | Confidential | For Discussion Purposes Only |

*$ in thousands*

*Agreement with NOR was for them to fund orders as placed. Schedule below illustrates this has not been NOR's payment practice.*

|  |  | A | B | A + B |
| --- | --- | --- | --- | --- |
| Date | Day | Orders Placed | NOR Funding | O/S Balance |
| 12/8/25 | Mon | $ 31 | $ - | $ 31 |
| 12/9/25 | Tue | 88 | - | 118 |
| 12/10/25 | Wed | 38 | (122) | 34 |
| 12/11/25 | Thu | 79 | (123) | (9) |
| 12/12/25 | Fri | 373 | - | 364 |
| 12/15/25 | Mon | 178 | - | 542 |
| 12/16/25 | Tue | 77 | (561) | 58 |
| 12/17/25 | Wed | 165 | (200) | 23 |
| 12/18/25 | Thu | 75 | - | 98 |
| 12/19/25 | Fri | 86 | - | 183 |
| 12/22/25 | Mon | 222 | - | 406 |
| 12/23/25 | Tue | 255 | - | 660 |
| 12/24/25 | Wed | 116 | (260) | 516 |
| 12/25/25 | Thu | 9 | - | 525 |
| 12/26/25 | Fri | 171 | (400) | 297 |
| 12/29/25 | Mon | 173 | - | 469 |
| 12/30/25 | Tue | 105 | - | 574 |
| 12/31/25 | Wed | 52 | - | 627 |
| 1/1/26 | Thu | - | - | 627 |
| 1/2/26 | Fri | 50 | - | 677 |
| 1/5/26 | Mon | 131 | (72) | 736 |
| 1/6/26 | Tue | 112 | - | 849 |
| 1/7/26 | Wed | 93 | - | 941 |
| 1/8/26 | Thu | 198 | (482) | 657 |
| 1/9/26 | Fri | 98 | (14) | 741 |
| **Total** |  | **$ 2,975** | **$ (2,234)** | **$ 741** |

**Prospect Medical Holdings, Inc.**  Draft | Subject to Change
Capitation Funding  Confidential | For Discussion Purposes Only

*$ in thousands*

*Since close, NOR has underfunded capitation liabilities by $3.3M and utilized $0.13M of restricted cash funded by PMH. Schedule below illustrates total capitation disbursements bifurcated between PMH and NOR responsibility.*

| PMH Capitation Funding | | |
|---|---|---:|
| **Total PMH Funding for Capitation** | $ | 3,792 |
| (-) Disbursements from O/S Checks List | | (3,663) |
| **Net PMH Balance for Capitation** | $ | 129 |

| NOR Capitation Funding | | |
|---|---|---:|
| **Est. NOR Funding for Capitation** | $ | 7,815 |
| (-) Other Capitation Disbursements | | (11,109) |
| **Net NOR Balance for Capitation** | $ | (3,294) |

**Notes:**

*\*Funding and disbursements as of data thru Thursday 1/8. Excludes activity from 1/9*

*1.) NOR capitation disbursements relates to issuances and clearances post 12/5*

**Prospect Medical Holdings, Inc.**  Draft | Subject to Change
Accounts Payable Funding  Confidential | For Discussion Purposes Only

*$ in thousands*

*PMH funded $2M to cover O/S AP checks at time of NOR close. As of 1/8, $0.44M remains outstanding and needs to be treated as restricted cash in Alta account.*

| PMH AP Funding | | |
|---|---|---:|
| **Total PMH Funding for Accounts Payable** | $ | 2,058 |
| (-) Disbursements from O/S Checks List | | (1,618) |
| **Net PMH Balance for Accounts Payable** | $ | 440 |

**Notes:**

*\*Funding and disbursements as of data thru Thursday 1/8. Excludes activity from 1/9*

**Prospect Medical Holdings, Inc.** — Draft | Subject to Change
TSA Fee Payments — Confidential | For Discussion Purposes Only

*$ in thousands*

*NOR has not consistently paid TSA fees timely and in accurate amounts. NOR only paid 50% of WE 1/2 TSA fee due.*

|  |  | A | B | A + B |
|---|---|---|---|---|
| Date | Day | TSA Fee Due | NOR Funding | O/S Balance |
| 12/8/25 | Mon | - | - | - |
| 12/9/25 | Tue | - | - | - |
| 12/10/25 | Wed | - | - | - |
| 12/11/25 | Thu | - | - | - |
| 12/12/25 | Fri | 1,249 | - | 1,249 |
| 12/15/25 | Mon | - | (500) | 749 |
| 12/16/25 | Tue | - | (750) | (1) |
| 12/17/25 | Wed | - | - | (1) |
| 12/18/25 | Thu | - | - | (1) |
| 12/19/25 | Fri | 1,249 | (1,250) | (2) |
| 12/22/25 | Mon | - | - | (2) |
| 12/23/25 | Tue | - | - | (2) |
| 12/24/25 | Wed | - | - | (2) |
| 12/25/25 | Thu | - | - | (2) |
| 12/26/25 | Fri | 1,249 | (1,200) | 47 |
| 12/29/25 | Mon | - | - | 47 |
| 12/30/25 | Tue | - | - | 47 |
| 12/31/25 | Wed | - | - | 47 |
| 1/1/26 | Thu | - | - | 47 |
| 1/2/26 | Fri | 2,116 | (1,065) | 1,098 |
| 1/5/26 | Mon | - | - | 1,098 |
| 1/6/26 | Tue | - | - | 1,098 |
| 1/7/26 | Wed | - | - | 1,098 |
| 1/8/26 | Thu | - | - | 1,098 |
| 1/9/26 | Fri | - | (1,098) | - |
| **Total** |  | **$ 5,863** | **$ (5,863)** | **$ -** |

# Section IV - Demand Letter Issues

**California & PMH Allocated AP**  Draft | Subject to Change
as of 12/05/2025  Confidential | For Discussion Purposes Only

*$ in thousands*

| AP Category | Total | Past Due as of: | | | |
| --- | ---: | ---: | ---: | ---: | ---: |
| | | WE 1/9 | WE 1/16 | WE 1/23 | WE 1/30 |
| Alta | 5,494 | 5,441 | 18 | 18 | 18 |
| PMH | 2,517 | 2,510 | - | 7 | - |
| **Total** | **$ 8,010** | **$ 7,950** | **$ 18** | **$ 25** | **$ 18** |

*\* Balances only include CA accounts payable and PMH allocated accounts payable as of 12/5. NOR also assumed accrued expenses which have not been reflected in this report.*

**Prospect Medical Holdings, Inc.** Draft | Subject to Change
eCapital Disputed Amounts Confidential | For Discussion Purposes Only

*$ in thousands*

| Item | Amount | Note |
|---|---:|---|
| Loan assignment fee | $ 950 | *Reserve placed on borrowing base prior to NOR transaction close* |
| **Total eCapital Amounts Due** | **$ 950** | |