**GREENBERG TRAURIG, LLP**

| | |
|---|---|
| Jared Robert Weir (SBN 24075253) | Nancy A. Peterman (admitted *pro hac vice*) |
| 2200 Ross Avenue, Suite 5200 | 360 North Green Street, Suite 1300 |
| Dallas, Texas 75201 | Chicago, Illinois 60607 |
| Telephone: (214) 665-3600 | Telephone: (312) 456-8400 |
| Facsimile: (214) 665-3601 | Facsimile: (312) 456-8435 |
| Email: Jared.Weir@gtlaw.com | Email: PetermanN@gtlaw.com |

*Counsel to Suzanne A. Koenig, in her capacity as Patient Care Ombudsman*

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | |
|---|---|
| In re:<br><br>PROSPECT MEDICAL HOLDINGS, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 25-80002 (SGJ)<br><br>(Jointly Administered) |

### NOTICE OF PATIENT CARE OMBUDSMAN'S SIXTH REPORT

**PLEASE TAKE NOTICE** that Suzanne A. Koenig, the patient care ombudsman (the "Ombudsman") appointed by the United States Trustee pursuant to an order of the Court entered in the above-captioned bankruptcy cases,[2] will be filing a written Ombudsman Report (the "Report") on or about **January 27, 2026** in the United States Bankruptcy Court for the Northern District of Texas, Dallas Division.

If you would like a copy of the Report or require additional information, please contact:

Carla Greenberg
GREENBERG TRAURIG, LLP
1000 Louisiana Street, Ste. 6700
Houston, TX 77002
Phone: 713.374.3620
Fax: 312.899.0465
greenbergc@gtlaw.com

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://omniagentsolutions.com/Prospect. The Debtors' mailing address is 3824 Hughes Ave., Culver City, CA 90232.

[2] *See Order Directing Appointment of a Patient Care Ombudsman Under 11 U.S.C. § 333* [Docket No. 245]; *Notice of Appointment of Patient Care Ombudsman Under 11 U.S.C. § 333* [Docket No. 325].

ACTIVE 717950169v1

Date:   January 12, 2026
        Dallas, Texas

**GREENBERG TRAURIG, LLP**

By: */s/ Jared R. Weir*
Jared R. Weir (SBN 24075253)
2200 Ross Avenue, Suite 5200
Dallas, Texas 75201
Telephone: (214) 665-3600
Facsimile: (214) 665-3601
Email: Jared.Weir@gtlaw.com

– and –

Nancy A. Peterman (admitted *pro hac vice*)
360 North Green Street, Suite 1300
Chicago, Illinois 60607
Telephone: (312) 456-8400
Facsimile: (312) 456-8435
Email: PetermanN@gtlaw.com

***Counsel for Suzanne A. Koenig, in her capacity as the Patient Care Ombudsman***

## CERTIFICATE OF SERVICE

    I hereby certify that on January 12, 2026, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Northern District of Texas.

By: */s/ Jared R. Weir*
Jared R. Weir

2