# **<u>Exhibit A</u>**

| Debtor Name | Debtor TIN | Amount of Overpayments Outstanding |
|---|---|---|
| Cardiology Associates of Greater Waterbury, P.C. | 273828899 | $ 85.59 |
| Prospect CharterCARE RWMC, LLC | 464648465 | $ 237,814.58 |
| Prospect CharterCARE SJHSRI, LLC | 464661337 | $ 189,320.96 |
| Prospect ChaterCARE Physicians, LLC | 464690219 | $ 3,433.37 |
| Prospect Health Access Network, Inc. | 811482305 | $ 3,098.33 |
| Prospect CCMC, LLC | 811507712 | $ 348,596.29 |
| Prospect Waterbury, Inc. | 812181470 | $ 329,441.11 |
| Prospect CT Medical Foundation, Inc. | 812336625 | $ 3,278.44 |
| Prospect Crozer Home Health and Hospice, LLC | 823590486 | $ 880.00 |
| Southern California Healthcare System, Inc. | 954690845 | $ 110,913.85 |
|  | Grand Total | $ 1,226,862.52 |