# **Exhibit B**

| Provider Tin | Debtor Name | Provider Full Name | First Date of Service (MM/YYYY) | Balance Due | Collection description |
|---|---|---|---|---|---|
| 273828899 | Cardiology Associates of Greater Waterbury, P.C. | RAGHURAMAN R VIDHUN M.D. | 09/2025 | $   21.80 | Redacted |
| 273828899 | Cardiology Associates of Greater Waterbury, P.C. | WIDMAN, M.D., STEPHEN CONNOR | 08/2025 | $   63.79 | |
| 464648465 | Prospect CharterCARE RWMC, LLC | ROGER WILLIAMS MEDICAL CENTER | 01/2025 | $   210.08 | |
| 464648465 | Prospect CharterCARE RWMC, LLC | ROGER WILLIAMS MEDICAL CENTER | 02/2025 | $   175.21 | |
| 464648465 | Prospect CharterCARE RWMC, LLC | ROGER WILLIAMS MEDICAL CENTER | 03/2025 | $   157.69 | |
| 464648465 | Prospect CharterCARE RWMC, LLC | ROGER WILLIAMS MEDICAL CENTER | 05/2025 | $   72.10 | |
| 464648465 | Prospect CharterCARE RWMC, LLC | ROGER WILLIAMS MEDICAL CENTER | 02/2025 | $   86,071.00 | |
| 464648465 | Prospect CharterCARE RWMC, LLC | ROGER WILLIAMS MEDICAL CENTER | 03/2025 | $   1,465.10 | |
| 464648465 | Prospect CharterCARE RWMC, LLC | ROGER WILLIAMS MEDICAL CENTER | 05/2025 | $   1,544.90 | |
| 464648465 | Prospect CharterCARE RWMC, LLC | KENDRA APICI LICSW | 06/2025 | $   121.47 | |
| 464648465 | Prospect CharterCARE RWMC, LLC | ROGER WILLIAMS MEDICAL CENTER | 06/2025 | $   9,585.00 | |
| 464648465 | Prospect CharterCARE RWMC, LLC | ALEX ETIENNE MD | 03/2025 | $   68.36 | |
| 464648465 | Prospect CharterCARE RWMC, LLC | ROGER WILLIAMS MEDICAL CENTER | 08/2025 | $   43.00 | |
| 464648465 | Prospect CharterCARE RWMC, LLC | ROGER WILLIAMS MEDICAL CENTER | 06/2025 | $   6,963.03 | |
| 464648465 | Prospect CharterCARE RWMC, LLC | ROGER WILLIAMS MEDICAL CENTER | 06/2025 | $   900.70 | |
| 464648465 | Prospect CharterCARE RWMC, LLC | ROGER WILLIAMS MEDICAL CENTER | 06/2025 | $   2,223.88 | |
| 464648465 | Prospect CharterCARE RWMC, LLC | ROGER WILLIAMS MEDICAL CENTER | 09/2025 | $   3,881.04 | |
| 464648465 | Prospect CharterCARE RWMC, LLC | ALEX ETIENNE MD | 05/2025 | $   54.16 | |
| 464648465 | Prospect CharterCARE RWMC, LLC | KURUSH F SETNA M.D. | 09/2025 | $   110.73 | |
| 464648465 | Prospect CharterCARE RWMC, LLC | ROGER WILLIAMS MEDICAL CENTER | 06/2025 | $   1,114.21 | |
| 464648465 | Prospect CharterCARE RWMC, LLC | ROGER WILLIAMS MEDICAL CENTER | 09/2025 | $   3,960.24 | |
| 464648465 | Prospect CharterCARE RWMC, LLC | ROGER WILLIAMS MEDICAL CENTER | 05/2025 | $   189.92 | |
| 464648465 | Prospect CharterCARE RWMC, LLC | ROGER WILLIAMS MEDICAL CENTER | 10/2025 | $   43.06 | |
| 464648465 | Prospect CharterCARE RWMC, LLC | ROGER WILLIAMS MEDICAL CENTER | 09/2025 | $   32.75 | |
| 464648465 | Prospect CharterCARE RWMC, LLC | ROGER WILLIAMS MEDICAL CENTER | 08/2025 | $   529.39 | |
| 464648465 | Prospect CharterCARE RWMC, LLC | GLENN, N.P., HEATHER K. | 04/2025 | $   117.65 | |
| 464648465 | Prospect CharterCARE RWMC, LLC | ROGER WILLIAMS MEDICAL CENTER | 02/2025 | $   534.29 | |
| 464648465 | Prospect CharterCARE RWMC, LLC | ROGER WILLIAMS MEDICAL CENTER | 08/2025 | $   137.78 | |
| 464648465 | Prospect CharterCARE RWMC, LLC | ROGER WILLIAMS MEDICAL CENTER | 10/2025 | $   3,955.68 | |
| 464648465 | Prospect CharterCARE RWMC, LLC | ROGER WILLIAMS MED CENTER | 09/2025 | $   1,084.21 | |
| 464648465 | Prospect CharterCARE RWMC, LLC | ROGER WILLIAMS MEDICAL CENTER | 04/2025 | $   1,986.30 | |
| 464648465 | Prospect CharterCARE RWMC, LLC | ROGER WILLIAMS MEDICAL CENTER | 04/2025 | $   5,227.25 | |
| 464648465 | Prospect CharterCARE RWMC, LLC | ROGER WILLIAMS MEDICAL CENTER | 05/2025 | $   1,104.55 | |
| 464648465 | Prospect CharterCARE RWMC, LLC | ROGER WILLIAMS MEDICAL CENTER | 05/2025 | $   4,944.88 | |
| 464648465 | Prospect CharterCARE RWMC, LLC | GRIFFIN K REYNOLDS | 09/2025 | $   125.70 | |
| 464648465 | Prospect CharterCARE RWMC, LLC | ROGER WILLIAMS MEDICAL CENTER | 10/2025 | $   492.00 | |
| 464648465 | Prospect CharterCARE RWMC, LLC | ROGER WILLIAMS MEDICAL CENTER | 02/2025 | $   144.10 | |
| 464648465 | Prospect CharterCARE RWMC, LLC | PROSPECT CHARTERCARE RWMC | 03/2025 | $   50.08 | |
| 464648465 | Prospect CharterCARE RWMC, LLC | ROGER WILLIAMS MEDICAL CENTER | 03/2025 | $   51.33 | |
| 464648465 | Prospect CharterCARE RWMC, LLC | ROGER WILLIAMS MEDICAL CENTER | 03/2025 | $   67.82 | |
| 464648465 | Prospect CharterCARE RWMC, LLC | PROSPECT CHARTERCARE RWMC | 04/2025 | $   50.08 | |
| 464648465 | Prospect CharterCARE RWMC, LLC | PROSPECT CHARTERCARE RWMC | 06/2025 | $   50.08 | |
| 464648465 | Prospect CharterCARE RWMC, LLC | ROGER WILLIAMS MEDICAL CENTER | 07/2025 | $   180.21 | |
| 464648465 | Prospect CharterCARE RWMC, LLC | ROGER WILLIAMS MEDICAL CENTER | 08/2025 | $   67.14 | |
| 464648465 | Prospect CharterCARE RWMC, LLC | PROSPECT CHARTERCARE RWMC | 09/2025 | $   45.55 | |
| 464648465 | Prospect CharterCARE RWMC, LLC | ROGER WILLIAMS MEDICAL CENTER | 02/2025 | $   144.10 | |
| 464648465 | Prospect CharterCARE RWMC, LLC | ROGER WILLIAMS MEDICAL CENTER | 03/2025 | $   49.95 | |
| 464648465 | Prospect CharterCARE RWMC, LLC | ROGER WILLIAMS MEDICAL CENTER | 09/2025 | $   134.00 | |
| 464648465 | Prospect CharterCARE RWMC, LLC | ROGER WILLIAMS MEDICAL CENTER | 09/2025 | $   33.44 | |
| 464648465 | Prospect CharterCARE RWMC, LLC | ROGER WILLIAMS MEDICAL CENTER | 06/2025 | $   46.21 | |
| 464648465 | Prospect CharterCARE RWMC, LLC | ROGER WILLIAMS MEDICAL CENTER | 01/2025 | $   134.00 | |
| 464648465 | Prospect CharterCARE RWMC, LLC | ROGER WILLIAMS MEDICAL CENTER | 03/2025 | $   33.44 | |
| 464648465 | Prospect CharterCARE RWMC, LLC | ROGER WILLIAMS MEDICAL CENTER | 04/2025 | $   134.00 | |
| 464648465 | Prospect CharterCARE RWMC, LLC | ROGER WILLIAMS MEDICAL CENTER | 06/2025 | $   134.00 | |
| 464648465 | Prospect CharterCARE RWMC, LLC | ROGER WILLIAMS MEDICAL CENTER | 01/2025 | $   144.10 | |
| 464648465 | Prospect CharterCARE RWMC, LLC | ROGER WILLIAMS MEDICAL CENTER | 02/2025 | $   165.40 | |
| 464648465 | Prospect CharterCARE RWMC, LLC | ROGER WILLIAMS MEDICAL CENTER | 04/2025 | $   33.44 | |
| 464648465 | Prospect CharterCARE RWMC, LLC | ROGER WILLIAMS MEDICAL CENTER | 03/2025 | $   134.00 | |
| 464648465 | Prospect CharterCARE RWMC, LLC | ROGER WILLIAMS MEDICAL CENTER | 04/2025 | $   33.44 | |
| 464648465 | Prospect CharterCARE RWMC, LLC | ROGER WILLIAMS MEDICAL CENTER | 02/2025 | $   147.52 | |
| 273828899 | Prospect CharterCARE RWMC, LLC | ROGER WILLIAMS MEDICAL CENTER | 04/2025 | $   49.95 | |
| 464648465 | Prospect CharterCARE RWMC, LLC | ROGER WILLIAMS MEDICAL CENTER | 08/2025 | $   134.00 | |
| 464648465 | Prospect CharterCARE RWMC, LLC | ROGER WILLIAMS MEDICAL CENTER | 09/2025 | $   33.44 | |
| 464648465 | Prospect CharterCARE RWMC, LLC | ROGER WILLIAMS MEDICAL CENTER | 04/2025 | $   134.00 | |
| 464648465 | Prospect CharterCARE RWMC, LLC | ROGER WILLIAMS MEDICAL CENTER | 03/2025 | $   134.00 | |
| 464648465 | Prospect CharterCARE RWMC, LLC | ROGER WILLIAMS MEDICAL CENTER | 03/2025 | $   134.00 | |
| 464648465 | Prospect CharterCARE RWMC, LLC | ROGER WILLIAMS MEDICAL CENTER | 07/2025 | $   605.90 | |
| 464648465 | Prospect CharterCARE RWMC, LLC | ROGER WILLIAMS MEDICAL CENTER | 05/2025 | $   6,549.01 | |
| 464648465 | Prospect CharterCARE RWMC, LLC | ROGER WILLIAMS MEDICAL CENTER | 07/2025 | $   4,161.15 | |
| 464648465 | Prospect CharterCARE RWMC, LLC | ROGER WILLIAMS MEDICAL CENTER | 07/2025 | $   6,973.26 | |
| 464648465 | Prospect CharterCARE RWMC, LLC | ROGER WILLIAMS MEDICAL CENTER | 08/2025 | $   2,806.25 | |
| 464648465 | Prospect CharterCARE RWMC, LLC | ROGER WILLIAMS MEDICAL CENTER | 07/2025 | $   25,307.97 | |
| 464648465 | Prospect CharterCARE RWMC, LLC | ROGER WILLIAMS MEDICAL CENTER | 08/2025 | $   677.40 | |
| 464648465 | Prospect CharterCARE RWMC, LLC | ROGER WILLIAMS MEDICAL CENTER | 07/2025 | $   1,409.87 | |
| 464648465 | Prospect CharterCARE RWMC, LLC | ROGER WILLIAMS MEDICAL CENTER | 04/2025 | $   6,633.93 | |
| 464648465 | Prospect CharterCARE RWMC, LLC | MOHAMMAD ABDALLAT MD | 10/2025 | $   79.53 | |
| 464648465 | Prospect CharterCARE RWMC, LLC | ROGER WILLIAMS MEDICAL CENTER | 10/2025 | $   134.00 | |
| 464648465 | Prospect CharterCARE RWMC, LLC | ROGER WILLIAMS MEDICAL CENTER | 03/2025 | $   5,333.34 | |
| 464648465 | Prospect CharterCARE RWMC, LLC | ROGER WILLIAMS MEDICAL CENTER | 05/2025 | $   2,177.50 | |
| 464648465 | Prospect CharterCARE RWMC, LLC | ROGER WILLIAMS MEDICAL CENTER | 09/2025 | $   855.00 | |
| 464648465 | Prospect CharterCARE RWMC, LLC | ROGER WILLIAMS MEDICAL CENTER | 07/2025 | $   2,425.79 | |
| 464648465 | Prospect CharterCARE RWMC, LLC | ROGER WILLIAMS MEDICAL CENTER | 07/2025 | $   4,241.41 | |
| 464648465 | Prospect CharterCARE RWMC, LLC | ROGER WILLIAMS MEDICAL CENTER | 07/2025 | $   1,859.39 | |
| 464648465 | Prospect CharterCARE RWMC, LLC | ROGER WILLIAMS MEDICAL CENTER | 06/2025 | $   5,398.98 | |
| 464648465 | Prospect CharterCARE RWMC, LLC | ALI A AKHTAR MD | 04/2025 | $   43.58 | |
| 464648465 | Prospect CharterCARE RWMC, LLC | ROGER WILLIAMS MEDICAL CENTER | 10/2025 | $   137.78 | |
| 464648465 | Prospect CharterCARE RWMC, LLC | ROGER WILLIAMS MEDICAL CENTER | 10/2025 | $   137.78 | |
| 464648465 | Prospect CharterCARE RWMC, LLC | ROGER WILLIAMS MEDICAL CENTER | 06/2025 | $   4,781.18 | |

| | | | | |
|---|---|---|---|---|
| 464648465 | Prospect CharterCARE RWMC, LLC | ROGER WILLIAMS MEDICAL CENTER | 10/2025 | $ 137.81 |
| 464648465 | Prospect CharterCARE RWMC, LLC | ROGER WILLIAMS MEDICAL CENTER | 02/2025 | $ 950.00 |
| 464648465 | Prospect CharterCARE RWMC, LLC | ROGER WILLIAMS MEDICAL CENTER | 06/2025 | $ 492.00 |
| 464648465 | Prospect CharterCARE RWMC, LLC | ROGER WILLIAMS MEDICAL CENTER | 03/2025 | $ 59.22 |
| 464648465 | Prospect CharterCARE RWMC, LLC | ROGER WILLIAMS MEDICAL CENTER | 07/2025 | $ 221.00 |
| 464648465 | Prospect CharterCARE RWMC, LLC | ROGER WILLIAMS MEDICAL CENTER | 07/2025 | $ 2,384.00 |
| 464648465 | Prospect CharterCARE RWMC, LLC | ROGER WILLIAMS MEDICAL CENTER | 07/2025 | $ 1,887.00 |
| 464648465 | Prospect CharterCARE RWMC, LLC | ROGER WILLIAMS MEDICAL CENTER | 06/2025 | $ 424.11 |
| 464648465 | Prospect CharterCARE RWMC, LLC | ROGER WILLIAMS MEDICAL CENTER | 04/2025 | $ 3,007.30 |
| 464648465 | Prospect CharterCARE RWMC, LLC | ROGER WILLIAMS MEDICAL CENTER | 04/2025 | $ 479.00 |
| 464648465 | Prospect CharterCARE RWMC, LLC | ROGER WILLIAMS MEDICAL CENTER | 10/2025 | $ 943.00 |
| 464648465 | Prospect CharterCARE RWMC, LLC | ROGER WILLIAMS MEDICAL CENTER | 10/2025 | $ 1,227.65 |
| 464648465 | Prospect CharterCARE RWMC, LLC | ROGER WILLIAMS MEDICAL CENTER | 11/2025 | $ 296.04 |
| 464648465 | Prospect CharterCARE RWMC, LLC | PROSPECT CHARTERCARE RWMC | 10/2025 | $ 175.24 |
| 464648465 | Prospect CharterCARE RWMC, LLC | ROGER WILLIAMS MEDICAL CENTER | 08/2025 | $ 173.54 |
| 464648465 | Prospect CharterCARE RWMC, LLC | ROGER WILLIAMS MEDICAL CENTER | 08/2025 | $ 173.54 |
| 464661337 | Prospect CharterCARE SJHSRI, LLC | APICI KENDRA | 06/2025 | $ 131.75 |
| 464661337 | Prospect CharterCARE SJHSRI, LLC | PROSPECT CHARTERCARE SJHSRI/PROF FEE | 04/2025 | $ 200.60 |
| 464661337 | Prospect CharterCARE SJHSRI, LLC | OUR LADY OF FATIMA HOSPITAL | 07/2025 | $ 1,340.80 |
| 464661337 | Prospect CharterCARE SJHSRI, LLC | OUR LADY OF FATIMA HOSPITAL | 07/2025 | $ 48.00 |
| 464661337 | Prospect CharterCARE SJHSRI, LLC | PROSPECT CHARTERCARE SJHSRI/PROF FEE | 07/2025 | $ 161.02 |
| 464661337 | Prospect CharterCARE SJHSRI, LLC | PROSPECT CHARTERCARE SJHSRI/PROF FEE | 07/2025 | $ 80.51 |
| 464661337 | Prospect CharterCARE SJHSRI, LLC | PROSPECT CHARTERCARE SJHSRI/PROF FEE | 07/2025 | $ 37.34 |
| 464661337 | Prospect CharterCARE SJHSRI, LLC | OUR LADY OF FATIMA HOSPITAL | 06/2025 | $ 22.34 |
| 464661337 | Prospect CharterCARE SJHSRI, LLC | OUR LADY OF FATIMA | 08/2025 | $ 4,298.42 |
| 464661337 | Prospect CharterCARE SJHSRI, LLC | OUR LADY OF FATIMA HOSPITAL | 02/2025 | $ 4,628.81 |
| 464661337 | Prospect CharterCARE SJHSRI, LLC | OUR LADY OF FATIMA HOSPITAL | 07/2025 | $ 3,440.03 |
| 464661337 | Prospect CharterCARE SJHSRI, LLC | OUR LADY OF FATIMA HOSPITAL | 05/2025 | $ 635.72 |
| 464661337 | Prospect CharterCARE SJHSRI, LLC | OUR LADY OF FATIMA HOSPITAL | 07/2025 | $ 7,046.47 |
| 464661337 | Prospect CharterCARE SJHSRI, LLC | OUR LADY OF FATIMA HOSPITAL | 05/2025 | $ 2,069.40 |
| 464661337 | Prospect CharterCARE SJHSRI, LLC | OUR LADY OF FATIMA HOSPITAL | 02/2025 | $ 3,725.91 |
| 464661337 | Prospect CharterCARE SJHSRI, LLC | OUR LADY OF FATIMA HOSPITAL | 05/2025 | $ 4,896.31 |
| 464661337 | Prospect CharterCARE SJHSRI, LLC | OUR LADY OF FATIMA HOSPITAL | 04/2025 | $ 3,888.57 |
| 464661337 | Prospect CharterCARE SJHSRI, LLC | OUR LADY OF FATIMA HOSPITAL | 03/2025 | $ 1,176.19 |
| 464661337 | Prospect CharterCARE SJHSRI, LLC | OUR LADY OF FATIMA HOSPITAL | 07/2025 | $ 6,432.20 |
| 464661337 | Prospect CharterCARE SJHSRI, LLC | OUR LADY OF FATIMA HOSPITAL | 02/2025 | $ 3,897.42 |
| 464661337 | Prospect CharterCARE SJHSRI, LLC | OUR LADY OF FATIMA HOSPITAL | 01/2025 | $ 4,697.72 |
| 464661337 | Prospect CharterCARE SJHSRI, LLC | OUR LADY OF FATIMA HOSPITAL | 01/2025 | $ 5,046.19 |
| 464661337 | Prospect CharterCARE SJHSRI, LLC | OUR LADY OF FATIMA HOSPITAL | 06/2025 | $ 3,323.09 |
| 464661337 | Prospect CharterCARE SJHSRI, LLC | OUR LADY OF FATIMA HOSPITAL | 05/2025 | $ 2,457.55 |
| 464661337 | Prospect CharterCARE SJHSRI, LLC | OUR LADY OF FATIMA HOSPITAL | 06/2025 | $ 843.00 |
| 464661337 | Prospect CharterCARE SJHSRI, LLC | OUR LADY OF FATIMA HOSPITAL | 04/2025 | $ 676.74 |
| 464661337 | Prospect CharterCARE SJHSRI, LLC | OUR LADY OF FATIMA HOSPITAL | 02/2025 | $ 7,573.21 |
| 464661337 | Prospect CharterCARE SJHSRI, LLC | OUR LADY OF FATIMA HOSPITAL | 01/2025 | $ 63.43 |
| 464661337 | Prospect CharterCARE SJHSRI, LLC | OUR LADY OF FATIMA HOSPITAL | 08/2025 | $ 25.94 |
| 464661337 | Prospect CharterCARE SJHSRI, LLC | OUR LADY OF FATIMA HOSPITAL | 01/2025 | $ 4,752.28 |
| 464661337 | Prospect CharterCARE SJHSRI, LLC | OUR LADY OF FATIMA HOSPITAL | 06/2025 | $ 7,618.13 |
| 464661337 | Prospect CharterCARE SJHSRI, LLC | OUR LADY OF FATIMA HOSPITAL | 08/2025 | $ 787.77 |
| 464661337 | Prospect CharterCARE SJHSRI, LLC | OUR LADY OF FATIMA HOSPITAL | 06/2025 | $ 5,053.14 |
| 464661337 | Prospect CharterCARE SJHSRI, LLC | OUR LADY OF FATIMA HOSPITAL | 01/2025 | $ 205.24 |
| 464661337 | Prospect CharterCARE SJHSRI, LLC | OUR LADY OF FATIMA HOSPITAL | 06/2025 | $ 65.04 |
| 464661337 | Prospect CharterCARE SJHSRI, LLC | OUR LADY OF FATIMA HOSPITAL | 06/2025 | $ 168.65 |
| 464661337 | Prospect CharterCARE SJHSRI, LLC | OUR LADY OF FATIMA HOSPITAL | 06/2025 | $ 7,606.38 |
| 464661337 | Prospect CharterCARE SJHSRI, LLC | OUR LADY OF FATIMA HOSPITAL | 07/2025 | $ 1,791.02 |
| 464661337 | Prospect CharterCARE SJHSRI, LLC | OUR LADY OF FATIMA HOSPITAL | 09/2025 | $ 11.02 |
| 464661337 | Prospect CharterCARE SJHSRI, LLC | OUR LADY OF FATIMA HOSPITAL | 07/2025 | $ 3,902.46 |
| 464661337 | Prospect CharterCARE SJHSRI, LLC | OUR LADY OF FATIMA HOSPITAL | 10/2025 | $ 159.84 |
| 464661337 | Prospect CharterCARE SJHSRI, LLC | OUR LADY OF FATIMA HOSPITAL | 05/2025 | $ 157.46 |
| 464661337 | Prospect CharterCARE SJHSRI, LLC | OUR LADY OF FATIMA HOSPITAL | 06/2025 | $ 1,364.23 |
| 464661337 | Prospect CharterCARE SJHSRI, LLC | OUR LADY OF FATIMA HOSPITAL | 08/2025 | $ 19.95 |
| 464661337 | Prospect CharterCARE SJHSRI, LLC | OUR LADY OF FATIMA HOSPITAL | 06/2025 | $ 655.00 |
| 464661337 | Prospect CharterCARE SJHSRI, LLC | OUR LADY OF FATIMA HOSPITAL | 09/2025 | $ 266.77 |
| 464661337 | Prospect CharterCARE SJHSRI, LLC | OUR LADY OF FATIMA HOSPITAL | 05/2025 | $ 365.00 |
| 464661337 | Prospect CharterCARE SJHSRI, LLC | OUR LADY OF FATIMA HOSPITAL | 07/2025 | $ 26.72 |
| 464661337 | Prospect CharterCARE SJHSRI, LLC | OUR LADY OF FATIMA HOSPITAL | 10/2025 | $ 61.46 |
| 464661337 | Prospect CharterCARE SJHSRI, LLC | OUR LADY OF FATIMA HOSPITAL | 08/2025 | $ 3,731.03 |
| 464661337 | Prospect CharterCARE SJHSRI, LLC | OUR LADY OF FATIMA HOSPITAL | 10/2025 | $ 1,028.00 |
| 464661337 | Prospect CharterCARE SJHSRI, LLC | OUR LADY OF FATIMA HOSPITAL | 10/2025 | $ 8.91 |
| 464661337 | Prospect CharterCARE SJHSRI, LLC | OUR LADY OF FATIMA HOSPITAL | 10/2025 | $ 11.24 |
| 464661337 | Prospect CharterCARE SJHSRI, LLC | OUR LADY OF FATIMA HOSPITAL | 06/2025 | $ 834.40 |
| 464661337 | Prospect CharterCARE SJHSRI, LLC | OUR LADY OF FATIMA HOSPITAL | 08/2025 | $ 1,645.00 |
| 464661337 | Prospect CharterCARE SJHSRI, LLC | OUR LADY OF FATIMA HOSPITAL | 10/2025 | $ 1,125.00 |
| 464661337 | Prospect CharterCARE SJHSRI, LLC | OUR LADY OF FATIMA HOSPITAL | 04/2025 | $ 2,563.32 |
| 464661337 | Prospect CharterCARE SJHSRI, LLC | OUR LADY OF FATIMA HOSPITAL | 04/2025 | $ 6,438.54 |
| 464661337 | Prospect CharterCARE SJHSRI, LLC | OUR LADY OF FATIMA HOSPITAL | 08/2025 | $ 7,240.23 |
| 464661337 | Prospect CharterCARE SJHSRI, LLC | OUR LADY OF FATIMA HOSPITAL | 07/2025 | $ 20,799.65 |
| 464661337 | Prospect CharterCARE SJHSRI, LLC | OUR LADY OF FATIMA HOSPITAL | 04/2025 | $ 6,994.56 |
| 464661337 | Prospect CharterCARE SJHSRI, LLC | OUR LADY OF FATIMA HOSPITAL | 08/2025 | $ 14,246.29 |
| 464661337 | Prospect CharterCARE SJHSRI, LLC | OUR LADY OF FATIMA HOSPITAL | 08/2025 | $ 347.46 |
| 464661337 | Prospect CharterCARE SJHSRI, LLC | OUR LADY OF FATIMA HOSPITAL | 10/2025 | $ 14,342.14 |
| 464661337 | Prospect CharterCARE SJHSRI, LLC | OUR LADY OF FATIMA HOSPITAL | 11/2025 | $ 48.96 |
| 464661337 | Prospect CharterCARE SJHSRI, LLC | PROSPECT CHARTERCARE SJHSRI/PROF FEE | 10/2025 | $ 13.99 |
| 464690219 | Prospect ChaterCARE Physicians, LLC | STEVEN M COLAGIOVANNI | 07/2025 | $ 54.61 |
| 464690219 | Prospect CharterCARE Physicians, LLC | PROSPECT CHARTERCARE PHYSICIANS | 09/2025 | $ 50.08 |
| 464690219 | Prospect ChaterCARE Physicians, LLC | STEPHANIE A CURRY | 09/2025 | $ 115.01 |
| 464690219 | Prospect CharterCARE Physicians, LLC | PROSPECT CHARTERCARE PHYSICIANS | 05/2025 | $ 126.22 |
| 464690219 | Prospect CharterCARE Physicians, LLC | PROSPECT CHARTERCARE PHYSICIANS | 03/2025 | $ 210.70 |
| 464690219 | Prospect CharterCARE Physicians, LLC | CHARTERCARE MEDICAL ASSOC | 06/2025 | $ 45.55 |
| 464690219 | Prospect CharterCARE Physicians, LLC | PROSPECT CHARTERCARE PHYSICIANS | 01/2025 | $ 50.08 |
| 464690219 | Prospect ChaterCARE Physicians, LLC | PROSPECT CHARTERCARE PHYSICIANS | 02/2025 | $ 50.08 |

| | | | | |
|---|---|---|---|---|
| 464690219 | Prospect ChaterCARE Physicians, LLC | PROSPECT CHARTERCARE PHYSICIANS | 07/2025 | $ 50.08 |
| 464690219 | Prospect ChaterCARE Physicians, LLC | PROSPECT CHARTERCARE PHYSICIANS | 05/2025 | $ 262.50 |
| 464690219 | Prospect ChaterCARE Physicians, LLC | THAER S ABDELFATTAH MD | 08/2025 | $ 48.57 |
| 464690219 | Prospect ChaterCARE Physicians, LLC | MOSSAID ALI | 08/2025 | $ 76.27 |
| 464690219 | Prospect ChaterCARE Physicians, LLC | DIMITRA SKIADA MD | 09/2025 | $ 100.57 |
| 464690219 | Prospect ChaterCARE Physicians, LLC | PROSPECT CHARTERCARE PHYSICIANS | 10/2025 | $ 44.31 |
| 464690219 | Prospect ChaterCARE Physicians, LLC | PROSPECT CHARTERCARE PHYSICIANS | 07/2025 | $ 68.87 |
| 464690219 | Prospect ChaterCARE Physicians, LLC | MARIA CHRISTINE BRENNAN P.A. | 09/2025 | $ 90.17 |
| 464690219 | Prospect ChaterCARE Physicians, LLC | DIMITRA SKIADA MD | 10/2025 | $ 179.40 |
| 464690219 | Prospect ChaterCARE Physicians, LLC | MOHAMMAD SAMER S YOUNES MD | 09/2025 | $ 72.84 |
| 464690219 | Prospect ChaterCARE Physicians, LLC | AARON BARUCH BLOOMENTHAL | 04/2025 | $ 39.48 |
| 464690219 | Prospect ChaterCARE Physicians, LLC | PROSPECT CHARTERCARE PHYSICIANS | 01/2025 | $ 50.08 |
| 464690219 | Prospect ChaterCARE Physicians, LLC | ABDELFATTAH, M.D., THAER SAQER MUSTAFA | 08/2025 | $ 10.41 |
| 464690219 | Prospect ChaterCARE Physicians, LLC | MOSSAID ALI | 09/2025 | $ 144.80 |
| 464690219 | Prospect ChaterCARE Physicians, LLC | CHARTERCARE MEDICAL ASSOC | 08/2025 | $ 47.06 |
| 464690219 | Prospect ChaterCARE Physicians, LLC | ABDELFATTAH THAER | 10/2025 | $ 194.83 |
| 464690219 | Prospect ChaterCARE Physicians, LLC | PROSPECT CHARTERCARE PHYSICIANS | 10/2025 | $ 125.31 |
| 464690219 | Prospect ChaterCARE Physicians, LLC | STEVEN M COLAGIOVANNI M.D. | 11/2025 | $ 125.71 |
| 464690219 | Prospect ChaterCARE Physicians, LLC | SUKANYA SOMASUNDAR MD | 10/2025 | $ 48.74 |
| 464690219 | Prospect ChaterCARE Physicians, LLC | MAHMOUD RAHAL | 03/2025 | $ 101.27 |
| 464690219 | Prospect ChaterCARE Physicians, LLC | MAHMOUD RAHAL | 07/2025 | $ 256.30 |
| 464690219 | Prospect ChaterCARE Physicians, LLC | MAHMOUD RAHAL | 06/2025 | $ 101.27 |
| 464690219 | Prospect ChaterCARE Physicians, LLC | PROSPECT CHARTERCARE PHYSICIANS | 09/2025 | $ 71.52 |
| 464690219 | Prospect ChaterCARE Physicians, LLC | ALEXANDER J HARMATZ MD | 11/2025 | $ 45.55 |
| 464690219 | Prospect ChaterCARE Physicians, LLC | TOUBIA NABIL | 10/2025 | $ 36.37 |
| 464690219 | Prospect ChaterCARE Physicians, LLC | KATARZYNA J GILEK-SEIBERT M.D. | 07/2025 | $ 112.17 |
| 464690219 | Prospect ChaterCARE Physicians, LLC | ABD ALMONEM ABDELRAHMAN M.D. | 10/2025 | $ 33.97 |
| 464690219 | Prospect ChaterCARE Physicians, LLC | ABD ABDELRAHMAN M.D. | 09/2025 | $ 96.31 |
| 464690219 | Prospect ChaterCARE Physicians, LLC | ABD ABDELRAHMAN M.D. | 09/2025 | $ 96.31 |
| 811482305 | Prospect Health Access Network, Inc. | CLAUDIA M BALDERRAMA | 02/2025 | $ 173.22 |
| 811482305 | Prospect Health Access Network, Inc. | SUSAN J LITTMAN M.D. | 01/2025 | $ 84.70 |
| 811482305 | Prospect Health Access Network, Inc. | SUSAN J LITTMAN M.D. | 01/2025 | $ 176.29 |
| 811482305 | Prospect Health Access Network, Inc. | KAR, D.O., SUNNY | 01/2025 | $ 277.48 |
| 811482305 | Prospect Health Access Network, Inc. | PROSPECT HEALTH ACCESS NETWORK | 02/2025 | $ 79.45 |
| 811482305 | Prospect Health Access Network, Inc. | ROBERT E GUILDAY MD | 02/2025 | $ 227.36 |
| 811482305 | Prospect Health Access Network, Inc. | LINWOOD R HAITH MD | 02/2025 | $ 452.45 |
| 811482305 | Prospect Health Access Network, Inc. | PROSPECT HEALTH ACCESS NETWORK | 01/2025 | $ 35.04 |
| 811482305 | Prospect Health Access Network, Inc. | TINO L TRAN MD | 04/2025 | $ 37.96 |
| 811482305 | Prospect Health Access Network, Inc. | PROSPECT HEALTH ACCESS NETWORK | 02/2025 | $ 131.94 |
| 811482305 | Prospect Health Access Network, Inc. | PROSPECT HEALTH ACCESS NETWORK | 01/2025 | $ 51.10 |
| 811482305 | Prospect Health Access Network, Inc. | PROSPECT HEALTH ACCESS NETWORK | 02/2025 | $ 15.37 |
| 811482305 | Prospect Health Access Network, Inc. | PROSPECT HEALTH ACCESS NETWORK | 03/2025 | $ 102.41 |
| 811482305 | Prospect Health Access Network, Inc. | PROSPECT HEALTH ACCESS NETWORK | 01/2025 | $ 90.49 |
| 811482305 | Prospect Health Access Network, Inc. | PROSPECT HEALTH ACCESS NETWORK | 01/2025 | $ 18.23 |
| 811482305 | Prospect Health Access Network, Inc. | PROSPECT HEALTH ACCESS NETWORK | 04/2025 | $ 51.10 |
| 811482305 | Prospect Health Access Network, Inc. | ASIA ABDUL-HAQQ | 04/2025 | $ 48.86 |
| 811482305 | Prospect Health Access Network, Inc. | PROSPECT HEALTH ACCESS NETWORK | 04/2025 | $ 51.10 |
| 811482305 | Prospect Health Access Network, Inc. | PROSPECT HEALTH ACCESS NETWORK | 02/2025 | $ 29.20 |
| 811482305 | Prospect Health Access Network, Inc. | PROSPECT HEALTH ACCESS NETWORK | 03/2025 | $ 29.20 |
| 811482305 | Prospect Health Access Network, Inc. | JACQUELINE L SCHEIER | 02/2025 | $ 75.78 |
| 811482305 | Prospect Health Access Network, Inc. | PROSPECT HEALTH ACCESS NETWORK | 06/2025 | $ 131.17 |
| 811482305 | Prospect Health Access Network, Inc. | MONICA P ZEITZ M.D. | 01/2025 | $ 145.59 |
| 811482305 | Prospect Health Access Network, Inc. | KAREN L SMITH N.P. | 02/2025 | $ 468.89 |
| 811482305 | Prospect Health Access Network, Inc. | PROSPECT HEALTH ACCESS NETWORK | 02/2025 | $ 113.95 |
| 811507712 | Prospect CCMC, LLC | CROZER TAYLOR SPRINGFIELD | 01/2025 | $ 1,518.83 |
| 811507712 | Prospect CCMC, LLC | CROZER TAYLOR SPRINGFIELD | 01/2025 | $ 1,876.70 |
| 811507712 | Prospect CCMC, LLC | CROZER TAYLOR SPRINGFIELD | 03/2025 | $ 126.27 |
| 811507712 | Prospect CCMC, LLC | CROZER TAYLOR SPRINGFIELD | 03/2025 | $ 229.12 |
| 811507712 | Prospect CCMC, LLC | CROZER TAYLOR SPRINGFIELD | 03/2025 | $ 61.77 |
| 811507712 | Prospect CCMC, LLC | CROZER TAYLOR SPRINGFIELD | 03/2025 | $ 17.20 |
| 811507712 | Prospect CCMC, LLC | CROZER TAYLOR SPRINGFIELD | 01/2025 | $ 19,506.89 |
| 811507712 | Prospect CCMC, LLC | CROZER TAYLOR SPRINGFIELD | 02/2025 | $ 3,781.11 |
| 811507712 | Prospect CCMC, LLC | UBH NON PAR PROVIDER SET UP | 01/2025 | $ 5,605.85 |
| 811507712 | Prospect CCMC, LLC | CROZER TAYLOR SPRINGFIELD | 03/2025 | $ 699.35 |
| 811507712 | Prospect CCMC, LLC | CROZER TAYLOR SPRINGFIELD | 01/2025 | $ 8,623.25 |
| 811507712 | Prospect CCMC, LLC | CROZER TAYLOR SPRINGFIELD | 02/2025 | $ 274.00 |
| 811507712 | Prospect CCMC, LLC | CROZER TAYLOR SPRINGFIELD | 03/2025 | $ 8,623.25 |
| 811507712 | Prospect CCMC, LLC | CROZER TAYLOR SPRINGFIELD | 01/2025 | $ 7,009.78 |
| 811507712 | Prospect CCMC, LLC | CROZER TAYLOR SPRINGFIELD | 02/2025 | $ 871.09 |
| 811507712 | Prospect CCMC, LLC | CROZER TAYLOR SPRINGFIELD | 01/2025 | $ 149.64 |
| 811507712 | Prospect CCMC, LLC | CROZER TAYLOR SPRINGFIELD | 01/2025 | $ 131.90 |
| 811507712 | Prospect CCMC, LLC | CROZER TAYLOR SPRINGFIELD | 03/2025 | $ 3,812.33 |
| 811507712 | Prospect CCMC, LLC | CROZER TAYLOR SPRINGFIELD | 03/2025 | $ 2,340.87 |
| 811507712 | Prospect CCMC, LLC | CROZER TAYLOR SPRINGFIELD | 02/2025 | $ 3,789.74 |
| 811507712 | Prospect CCMC, LLC | CROZER TAYLOR SPRINGFIELD | 01/2025 | $ 11,318.24 |
| 811507712 | Prospect CCMC, LLC | CROZER TAYLOR SPRINGFIELD | 02/2025 | $ 8,696.55 |
| 811507712 | Prospect CCMC, LLC | CROZER TAYLOR SPRINGFIELD | 03/2025 | $ 6,893.23 |
| 811507712 | Prospect CCMC, LLC | CROZER TAYLOR SPRINGFIELD | 02/2025 | $ 5,386.32 |
| 811507712 | Prospect CCMC, LLC | CROZER TAYLOR SPRINGFIELD | 01/2025 | $ 91.75 |
| 811507712 | Prospect CCMC, LLC | CROZER TAYLOR SPRINGFIELD | 02/2025 | $ 17.43 |
| 811507712 | Prospect CCMC, LLC | CROZER TAYLOR SPRINGFIELD | 02/2025 | $ 3,499.36 |
| 811507712 | Prospect CCMC, LLC | CROZER TAYLOR SPRINGFIELD | 05/2025 | $ 236.84 |
| 811507712 | Prospect CCMC, LLC | CROZER TAYLOR SPRINGFIELD | 01/2025 | $ 4,771.80 |
| 811507712 | Prospect CCMC, LLC | CROZER TAYLOR SPRINGFIELD | 04/2025 | $ 1,793.28 |
| 811507712 | Prospect CCMC, LLC | CROZER TAYLOR SPRINGFIELD | 04/2025 | $ 2,526.62 |
| 811507712 | Prospect CCMC, LLC | CROZER TAYLOR SPRINGFIELD | 03/2025 | $ 2,894.74 |
| 811507712 | Prospect CCMC, LLC | CROZER TAYLOR SPRINGFIELD | 02/2025 | $ 5,117.03 |
| 811507712 | Prospect CCMC, LLC | CROZER TAYLOR SPRINGFIELD | 04/2025 | $ 4,980.37 |
| 811507712 | Prospect CCMC, LLC | CROZER TAYLOR SPRINGFIELD | 03/2025 | $ 24,621.00 |
| 811507712 | Prospect CCMC, LLC | CROZER TAYLOR SPRINGFIELD | 03/2025 | $ 2,732.95 |

| | | | | |
|---|---|---|---|---|
| 811507712 | Prospect CCMC, LLC | CROZER TAYLOR SPRINGFIELD | 04/2025 | $ 183.84 |
| 811507712 | Prospect CCMC, LLC | CROZER TAYLOR SPRINGFIELD | 04/2025 | $ 236.37 |
| 811507712 | Prospect CCMC, LLC | CROZER TAYLOR SPRINGFIELD | 04/2025 | $ 7,761.92 |
| 811507712 | Prospect CCMC, LLC | CROZER TAYLOR SPRINGFIELD | 02/2025 | $ 26,403.15 |
| 811507712 | Prospect CCMC, LLC | CROZER TAYLOR SPRINGFIELD | 04/2025 | $ 17,455.70 |
| 811507712 | Prospect CCMC, LLC | CROZER TAYLOR SPRINGFIELD | 04/2025 | $ 8,243.48 |
| 811507712 | Prospect CCMC, LLC | CROZER TAYLOR SPRINGFIELD | 02/2025 | $ 5,725.54 |
| 811507712 | Prospect CCMC, LLC | CROZER TAYLOR SPRINGFIELD | 03/2025 | $ 2,486.40 |
| 811507712 | Prospect CCMC, LLC | CROZER TAYLOR SPRINGFIELD | 04/2025 | $ 17,799.25 |
| 811507712 | Prospect CCMC, LLC | CROZER TAYLOR SPRINGFIELD | 04/2025 | $ 318.25 |
| 811507712 | Prospect CCMC, LLC | CROZER TAYLOR SPRINGFIELD | 02/2025 | $ 291.20 |
| 811507712 | Prospect CCMC, LLC | CROZER TAYLOR SPRINGFIELD | 01/2025 | $ 3,485.06 |
| 811507712 | Prospect CCMC, LLC | CROZER TAYLOR SPRINGFIELD | 03/2025 | $ 274.00 |
| 811507712 | Prospect CCMC, LLC | CROZER TAYLOR SPRINGFIELD | 03/2025 | $ 274.00 |
| 811507712 | Prospect CCMC, LLC | CROZER TAYLOR SPRINGFIELD | 01/2025 | $ 241.31 |
| 811507712 | Prospect CCMC, LLC | CROZER TAYLOR SPRINGFIELD | 03/2025 | $ 1,150.17 |
| 811507712 | Prospect CCMC, LLC | CROZER TAYLOR SPRINGFIELD | 03/2025 | $ 1,155.28 |
| 811507712 | Prospect CCMC, LLC | CROZER TAYLOR SPRINGFIELD | 02/2025 | $ 40,136.11 |
| 811507712 | Prospect CCMC, LLC | CROZER TAYLOR SPRINGFIELD | 01/2025 | $ 26.75 |
| 811507712 | Prospect CCMC, LLC | CROZER TAYLOR SPRINGFIELD | 02/2025 | $ 361.44 |
| 811507712 | Prospect CCMC, LLC | CROZER TAYLOR SPRINGFIELD | 01/2025 | $ 910.95 |
| 811507712 | Prospect CCMC, LLC | CROZER TAYLOR SPRINGFIELD | 01/2025 | $ 2,584.36 |
| 811507712 | Prospect CCMC, LLC | CROZER TAYLOR SPRINGFIELD | 01/2025 | $ 7,089.88 |
| 811507712 | Prospect CCMC, LLC | CROZER TAYLOR SPRINGFIELD | 01/2025 | $ 7,089.88 |
| 811507712 | Prospect CCMC, LLC | CROZER TAYLOR SPRINGFIELD | 01/2025 | $ 4,750.69 |
| 811507712 | Prospect CCMC, LLC | CROZER TAYLOR SPRINGFIELD | 01/2025 | $ 5,246.41 |
| 811507712 | Prospect CCMC, LLC | CROZER TAYLOR SPRINGFIELD | 01/2025 | $ 3,255.99 |
| 811507712 | Prospect CCMC, LLC | CROZER TAYLOR SPRINGFIELD | 03/2025 | $ 176.29 |
| 811507712 | Prospect CCMC, LLC | CROZER TAYLOR SPRINGFIELD | 12/2024 | $ 16,286.53 |
| 811507712 | Prospect CCMC, LLC | CROZER TAYLOR SPRINGFIELD | 04/2025 | $ 9,589.30 |
| 811507712 | Prospect CCMC, LLC | CROZER TAYLOR SPRINGFIELD | 01/2025 | $ 2,980.34 |
| 812181470 | Prospect Waterbury, Inc. | WATERBURY HOSPITAL | 06/2025 | $ 138.50 |
| 812181470 | Prospect Waterbury, Inc. | WATERBURY HOSPITAL | 05/2025 | $ 305.82 |
| 812181470 | Prospect Waterbury, Inc. | WATERBURY HOSPITAL | 04/2025 | $ 1,553.41 |
| 812181470 | Prospect Waterbury, Inc. | WATERBURY HOSPITAL | 05/2025 | $ 4,933.76 |
| 812181470 | Prospect Waterbury, Inc. | WATERBURY HOSPITAL | 09/2025 | $ 10.29 |
| 812181470 | Prospect Waterbury, Inc. | WATERBURY HOSPITAL | 04/2025 | $ 2,463.31 |
| 812181470 | Prospect Waterbury, Inc. | WATERBURY HOSPITAL | 01/2025 | $ 5,344.95 |
| 812181470 | Prospect Waterbury, Inc. | WATERBURY HOSPITAL | 02/2025 | $ 3,043.67 |
| 812181470 | Prospect Waterbury, Inc. | WATERBURY HOSPITAL | 01/2025 | $ 8,084.79 |
| 812181470 | Prospect Waterbury, Inc. | WATERBURY HOSPITAL | 02/2025 | $ 34,017.37 |
| 812181470 | Prospect Waterbury, Inc. | WATERBURY HOSPITAL | 04/2025 | $ 4,391.34 |
| 812181470 | Prospect Waterbury, Inc. | WATERBURY HOSPITAL | 08/2025 | $ 200.79 |
| 812181470 | Prospect Waterbury, Inc. | WATERBURY HOSPITAL | 03/2025 | $ 6,494.13 |
| 812181470 | Prospect Waterbury, Inc. | WATERBURY HOSPITAL | 06/2025 | $ 4,044.68 |
| 812181470 | Prospect Waterbury, Inc. | WATERBURY HOSPITAL | 06/2025 | $ 120.79 |
| 812181470 | Prospect Waterbury, Inc. | WATERBURY HOSPITAL | 08/2025 | $ 713.66 |
| 812181470 | Prospect Waterbury, Inc. | WATERBURY HOSPITAL | 10/2025 | $ 374.46 |
| 812181470 | Prospect Waterbury, Inc. | WATERBURY HOSPITAL | 03/2025 | $ 31,611.03 |
| 812181470 | Prospect Waterbury, Inc. | WATERBURY HOSPITAL | 09/2025 | $ 220.79 |
| 812181470 | Prospect Waterbury, Inc. | WATERBURY HOSPITAL | 08/2025 | $ 82.53 |
| 812181470 | Prospect Waterbury, Inc. | WATERBURY HOSPITAL | 05/2025 | $ 495.25 |
| 812181470 | Prospect Waterbury, Inc. | WATERBURY HOSPITAL | 05/2025 | $ 14,329.30 |
| 812181470 | Prospect Waterbury, Inc. | WATERBURY HOSPITAL | 09/2025 | $ 10.29 |
| 812181470 | Prospect Waterbury, Inc. | WATERBURY HOSPITAL | 07/2025 | $ 476.90 |
| 812181470 | Prospect Waterbury, Inc. | WATERBURY HOSPITAL | 06/2025 | $ 2,807.19 |
| 812181470 | Prospect Waterbury, Inc. | WATERBURY HOSPITAL | 06/2025 | $ 5,069.86 |
| 812181470 | Prospect Waterbury, Inc. | WATERBURY HOSPITAL | 07/2025 | $ 4,492.40 |
| 812181470 | Prospect Waterbury, Inc. | WATERBURY HOSPITAL | 07/2025 | $ 4,044.69 |
| 812181470 | Prospect Waterbury, Inc. | WATERBURY HOSPITAL | 06/2025 | $ 4,361.30 |
| 812181470 | Prospect Waterbury, Inc. | WATERBURY HOSPITAL | 06/2025 | $ 3,421.86 |
| 812181470 | Prospect Waterbury, Inc. | WATERBURY HOSPITAL | 06/2025 | $ 2,993.12 |
| 812181470 | Prospect Waterbury, Inc. | WATERBURY HOSPITAL | 09/2025 | $ 226.56 |
| 812181470 | Prospect Waterbury, Inc. | WATERBURY HOSPITAL | 06/2025 | $ 29,740.00 |
| 812181470 | Prospect Waterbury, Inc. | WATERBURY HOSPITAL | 02/2025 | $ 2,297.21 |
| 812181470 | Prospect Waterbury, Inc. | WATERBURY HOSPITAL | 03/2025 | $ 3,020.48 |
| 812181470 | Prospect Waterbury, Inc. | WATERBURY HOSPITAL | 03/2025 | $ 1,672.80 |
| 812181470 | Prospect Waterbury, Inc. | WATERBURY HOSPITAL | 03/2025 | $ 4.20 |
| 812181470 | Prospect Waterbury, Inc. | WATERBURY HOSPITAL | 05/2025 | $ 4,641.00 |
| 812181470 | Prospect Waterbury, Inc. | WATERBURY HOSPITAL | 06/2025 | $ 1,355.75 |
| 812181470 | Prospect Waterbury, Inc. | WATERBURY HOSPITAL | 08/2025 | $ 9,695.90 |
| 812181470 | Prospect Waterbury, Inc. | WATERBURY HOSPITAL | 09/2025 | $ 61.48 |
| 812181470 | Prospect Waterbury, Inc. | WATERBURY HOSPITAL | 07/2025 | $ 3,318.97 |
| 812181470 | Prospect Waterbury, Inc. | WATERBURY HOSPITAL | 06/2025 | $ 5,816.55 |
| 812181470 | Prospect Waterbury, Inc. | WATERBURY HOSPITAL | 08/2025 | $ 799.79 |
| 812181470 | Prospect Waterbury, Inc. | WATERBURY HOSPITAL | 05/2025 | $ 4,551.07 |
| 812181470 | Prospect Waterbury, Inc. | WATERBURY HOSPITAL | 09/2025 | $ 1,293.89 |
| 812181470 | Prospect Waterbury, Inc. | WATERBURY HOSPITAL | 10/2025 | $ 28.96 |
| 812181470 | Prospect Waterbury, Inc. | WATERBURY HOSPITAL | 09/2025 | $ 988.67 |
| 812181470 | Prospect Waterbury, Inc. | WATERBURY HOSPITAL | 07/2025 | $ 1,547.02 |
| 812181470 | Prospect Waterbury, Inc. | WATERBURY HOSPITAL | 02/2025 | $ 60.90 |
| 812181470 | Prospect Waterbury, Inc. | WATERBURY HOSPITAL | 01/2025 | $ 15,376.83 |
| 812181470 | Prospect Waterbury, Inc. | WATERBURY HOSPITAL | 09/2025 | $ 156.38 |
| 812181470 | Prospect Waterbury, Inc. | WATERBURY HOSPITAL | 09/2025 | $ 156.38 |
| 812181470 | Prospect Waterbury, Inc. | WATERBURY HOSPITAL | 09/2025 | $ 2,495.08 |
| 812181470 | Prospect Waterbury, Inc. | WATERBURY HOSPITAL | 05/2025 | $ 5,636.02 |
| 812181470 | Prospect Waterbury, Inc. | WATERBURY HOSPITAL | 07/2025 | $ 6,564.32 |
| 812181470 | Prospect Waterbury, Inc. | WATERBURY HOSPITAL | 08/2025 | $ 3,806.64 |
| 812181470 | Prospect Waterbury, Inc. | WATERBURY HOSPITAL | 06/2025 | $ 216.60 |
| 812181470 | Prospect Waterbury, Inc. | WATERBURY HOSPITAL | 08/2025 | $ 2,396.29 |

| | | | | | |
|---|---|---|---|---|---|
| 812181470 | Prospect Waterbury, Inc. | WATERBURY HOSPITAL | 08/2025 | $ | 3,134.61 |
| 812181470 | Prospect Waterbury, Inc. | WATERBURY HOSPITAL | 04/2025 | $ | 2,972.95 |
| 812181470 | Prospect Waterbury, Inc. | WATERBURY HOSPITAL | 08/2025 | $ | 7,088.56 |
| 812181470 | Prospect Waterbury, Inc. | WATERBURY HOSPITAL | 10/2025 | $ | 8.30 |
| 812181470 | Prospect Waterbury, Inc. | WATERBURY HOSPITAL | 10/2025 | $ | 8.01 |
| 812181470 | Prospect Waterbury, Inc. | WATERBURY HOSPITAL | 10/2025 | $ | 147.51 |
| 812181470 | Prospect Waterbury, Inc. | WATERBURY HOSPITAL | 10/2025 | $ | 10.29 |
| 812181470 | Prospect Waterbury, Inc. | WATERBURY HOSPITAL | 10/2025 | $ | 4.86 |
| 812181470 | Prospect Waterbury, Inc. | WATERBURY HOSPITAL | 04/2025 | $ | 29.21 |
| 812181470 | Prospect Waterbury, Inc. | WATERBURY HOSPITAL | 07/2025 | $ | 5,376.13 |
| 812181470 | Prospect Waterbury, Inc. | WATERBURY HOSPITAL | 05/2025 | $ | 4,492.40 |
| 812181470 | Prospect Waterbury, Inc. | WATERBURY HOSPITAL | 10/2025 | $ | 639.47 |
| 812181470 | Prospect Waterbury, Inc. | WATERBURY HOSPITAL | 07/2025 | $ | 1,775.42 |
| 812181470 | Prospect Waterbury, Inc. | WATERBURY HOSPITAL | 06/2025 | $ | 166.80 |
| 812181470 | Prospect Waterbury, Inc. | WATERBURY HOSPITAL | 07/2025 | $ | 1,066.10 |
| 812181470 | Prospect Waterbury, Inc. | WATERBURY HOSPITAL | 07/2025 | $ | 2,120.87 |
| 812181470 | Prospect Waterbury, Inc. | WATERBURY HOSPITAL | 10/2025 | $ | 4,162.04 |
| 812181470 | Prospect Waterbury, Inc. | WATERBURY HOSPITAL | 05/2025 | $ | 7,512.59 |
| 812181470 | Prospect Waterbury, Inc. | WATERBURY HOSPITAL | 01/2025 | $ | 4,500.39 |
| 812181470 | Prospect Waterbury, Inc. | WATERBURY HOSPITAL | 04/2025 | $ | 216.60 |
| 812181470 | Prospect Waterbury, Inc. | WATERBURY HOSPITAL | 11/2025 | $ | 27.08 |
| 812181470 | Prospect Waterbury, Inc. | WATERBURY HOSPITAL | 04/2025 | $ | 3,038.25 |
| 812181470 | Prospect Waterbury, Inc. | WATERBURY HOSPITAL | 04/2025 | $ | 3,064.63 |
| 812181470 | Prospect Waterbury, Inc. | WATERBURY HOSPITAL | 06/2025 | $ | 1,326.87 |
| 812181470 | Prospect Waterbury, Inc. | WATERBURY HOSPITAL | 09/2025 | $ | 1,143.80 |
| 812181470 | Prospect Waterbury, Inc. | WATERBURY HOSPITAL | 08/2025 | $ | 9,479.78 |
| 812181470 | Prospect Waterbury, Inc. | WATERBURY HOSPITAL | 05/2025 | $ | 7,147.02 |
| 812181470 | Prospect Waterbury, Inc. | WATERBURY HOSPITAL | 09/2025 | $ | 202.60 |
| 812336625 | Prospect CT Medical Foundation, Inc. | PROSPECT CT MEDICAL FOUNDATION INC | 03/2025 | $ | 10.97 |
| 812336625 | Prospect CT Medical Foundation, Inc. | KAITLIN HOLIHAN | 05/2025 | $ | 46.99 |
| 812336625 | Prospect CT Medical Foundation, Inc. | KAITLIN HOLIHAN | 04/2025 | $ | 46.99 |
| 812336625 | Prospect CT Medical Foundation, Inc. | KAITLIN HOLIHAN | 05/2025 | $ | 46.99 |
| 812336625 | Prospect CT Medical Foundation, Inc. | ARTHUR LAWRENCE LEBOWITZ | 06/2025 | $ | 216.47 |
| 812336625 | Prospect CT Medical Foundation, Inc. | ARTHUR LAWRENCE LEBOWITZ | 06/2025 | $ | 9.55 |
| 812336625 | Prospect CT Medical Foundation, Inc. | GIANNINI KRISTIN | 03/2025 | $ | 221.28 |
| 812336625 | Prospect CT Medical Foundation, Inc. | JONES EYONE | 06/2025 | $ | 160.60 |
| 812336625 | Prospect CT Medical Foundation, Inc. | MARY C DAMICO | 10/2025 | $ | 130.59 |
| 812336625 | Prospect CT Medical Foundation, Inc. | MABKHOUTI SALOUA | 10/2025 | $ | 112.50 |
| 812336625 | Prospect CT Medical Foundation, Inc. | HEATHER NISBETH | 06/2025 | $ | 92.33 |
| 812336625 | Prospect CT Medical Foundation, Inc. | WEINER, MD, HOWARD K. | 07/2025 | $ | 55.75 |
| 812336625 | Prospect CT Medical Foundation, Inc. | WEINER, MD, HOWARD K. | 07/2025 | $ | 55.75 |
| 812336625 | Prospect CT Medical Foundation, Inc. | WEINER, MD, HOWARD K. | 08/2025 | $ | 109.00 |
| 812336625 | Prospect CT Medical Foundation, Inc. | RIORDAN, M.D., ELIZABETH C. | 10/2025 | $ | 243.07 |
| 812336625 | Prospect CT Medical Foundation, Inc. | ANSARI, M.D., EHSAN | 11/2025 | $ | 21.54 |
| 812336625 | Prospect CT Medical Foundation, Inc. | CAMYRE ERIC | 10/2025 | $ | 186.37 |
| 812336625 | Prospect CT Medical Foundation, Inc. | WEINER, MD, HOWARD K. | 07/2025 | $ | 110.50 |
| 812336625 | Prospect CT Medical Foundation, Inc. | ANSARI, M.D., EHSAN | 11/2025 | $ | 14.36 |
| 812336625 | Prospect CT Medical Foundation, Inc. | SAGAR MOHAN PHATAK M.D. | 10/2025 | $ | 78.55 |
| 812336625 | Prospect CT Medical Foundation, Inc. | CLAUDIO P   MILITE MD | 11/2025 | $ | 3.42 |
| 812336625 | Prospect CT Medical Foundation, Inc. | WEINER, MD, HOWARD K. | 07/2025 | $ | 24.30 |
| 812336625 | Prospect CT Medical Foundation, Inc. | MIRABILE LEVENS, M.D., ELIZABETH | 08/2025 | $ | 135.88 |
| 812336625 | Prospect CT Medical Foundation, Inc. | AMMAR HUQ M.D. | 10/2025 | $ | 114.17 |
| 812336625 | Prospect CT Medical Foundation, Inc. | YULIYA V RIAT M.D. | 07/2025 | $ | 117.11 |
| 812336625 | Prospect CT Medical Foundation, Inc. | ERIC A CAMYRE D.O. | 11/2025 | $ | 48.93 |
| 812336625 | Prospect CT Medical Foundation, Inc. | GEORGIOS MIHALOPULOS M.D. | 07/2025 | $ | 48.60 |
| 812336625 | Prospect CT Medical Foundation, Inc. | JIANHUI ZHANG M.D. | 07/2025 | $ | 78.62 |
| 812336625 | Prospect CT Medical Foundation, Inc. | YULIYA V RIAT M.D. | 07/2025 | $ | 307.31 |
| 812336625 | Prospect CT Medical Foundation, Inc. | SHEILA JANE ZANORIA M.D. | 07/2025 | $ | 117.11 |
| 812336625 | Prospect CT Medical Foundation, Inc. | YULIYA V RIAT M.D. | 07/2025 | $ | 78.62 |
| 812336625 | Prospect CT Medical Foundation, Inc. | YULIYA V RIAT M.D. | 07/2025 | $ | 117.11 |
| 812336625 | Prospect CT Medical Foundation, Inc. | YULIYA V RIAT M.D. | 07/2025 | $ | 117.11 |
| 823590486 | Prospect Crozer Home Health and Hospice, LLC | PROSPECT CROZER HOME HEALTH AND HOSPICE | 02/2025 | $ | 880.00 |
| 954690845 | Southern California Healthcare System, Inc. | SOUTHERN CALIFORNIA HOSPITAL | 04/2025 | $ | 578.09 |
| 954690845 | Southern California Healthcare System, Inc. | SOUTHERN CALIFORNIA HOSP AT CULVER CITY | 11/2024 | $ | 63,700.05 |
| 954690845 | Southern California Healthcare System, Inc. | SOUTHERN CALIFORNIA HOSP AT CULVER CITY | 05/2025 | $ | 5,322.63 |
| 954690845 | Southern California Healthcare System, Inc. | SOUTHERN CALIFORNIA HOSPITAL AT HOLLYWOO | 01/2025 | $ | 35,606.43 |
| 954690845 | Southern California Healthcare System, Inc. | SOUTHERN CALIFORNIA HOSP AT CULVER CITY | 08/2025 | $ | 2,992.14 |
| 954690845 | Southern California Healthcare System, Inc. | SOUTHERN CALIFORNIA HOSPITAL AT HOLLYWOO | 06/2025 | $ | 302.29 |
| 954690845 | Southern California Healthcare System, Inc. | SOUTHERN CALIFORNIA HOSP AT CULVER CITY | 02/2025 | $ | 2,212.22 |