IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| In re:<br><br>PROSPECT MEDICAL HOLDINGS, INC., *et al.*,<br><br>Debtors. | § § § § § § § § § § | Chapter 11<br><br>Case No. 25-80002 (SGJ)<br><br>(Jointly Administered) |

**SCG CAPITAL CORPORATION'S**
**APPLICATION FOR ADMINISTRATIVE EXPENSE CLAIM**

**IF YOU OBJECT TO THE RELIEF REQUESTED, YOU MUST RESPOND IN WRITING. UNLESS OTHERWISE DIRECTED BY THE COURT, YOU MUST FILE YOUR RESPONSE ELECTRONICALLY AT HTTPS://ECF.TXNB.USCOURTS.GOV/ NO MORE THAN TWENTY-FOUR (24) DAYS AFTER THIS APPLICATION WAS FILED.**

**IF YOU DO NOT HAVE ELECTRONIC FILING PRIVILEGES, YOU MUST FILE A WRITTEN OBJECTION THAT IS ACTUALLY RECEIVED BY THE CLERK AND FILED ON THE DOCKET NOT MORE THAN TWENTY-FOUR (24) DAYS AFTER THE DATE THIS APPLICATION WAS FILED. OTHERWISE, THE COURT MAY TREAT THE PLEADING AS UNOPPOSED AND GRANT THE RELIEF REQUESTED.**

Pursuant to 11 U.S.C. § 503 and the *Order Confirming Amended Joint Chapter 11 Plan of Prospect Medical Holdings, Inc. and Its Debtor Affiliates* [Dkt.# 4410] (the "Confirmation Order"), SCG Capital Corporation ("SCG") hereby submits an application for allowance and payment as an administrative expense the actual costs of lease payments for certain medical equipment used by the Debtors, and, in support thereof, respectfully states as follows:

**JURISIDICTION**

1. This Court has jurisdiction over this proceeding pursuant to 28 U.S.C. § 157 and 1334. This is a core proceeding under 28 U.S.C. § 157(b). Venue is proper before the Court

pursuant to 28 U.S.C. §§ 1408 and 1409. The statutory predicate for relief is 11 U.S.C. §§ 503(a), 503(b)(1), and 507(a)(2).

## BACKGROUND

2.	SCG is the lessor and owner of certain items of medical leased to various Debtors.

3.	The Debtors initiated the current Chapter 11 bankruptcy proceedings on January 11, 2025 (the "Petition Date").

4.	The Confirmation Order provides for an Administrative Claims Bar Date by which claimants may submit a request for payment of any Administrative Claim (excluding Professional Compensation Claims) arising on or after the Petition Date.

## BASIS FOR CLAIM

1.	Section 503(b)(1) provides for an administrative expense claim for "the actual, necessary costs and expenses of preserving the estate."

2.	The Debtors have failed to pay SCG under certain leases post-petition and prior to the Confirmation Date, or the effective rejection date of such leases if earlier. The lease obligations include the monthly payment amount and an amount to cover the personal property taxes on the equipment.

3.	During the payment default, the Debtors enjoyed continuous dominion, use and benefit of the medical equipment subject to the leases. The use of the medical equipment was an actual and necessary cost of preserving the estate and allowed the Debtors to continue providing medical services to their patients.

4.	The Debtors' decision to delay or forego rejection of the leases is evidence that the leased equipment was necessary to the continuing operation of the Debtors. If the equipment was not necessary, the Debtors would have presumably rejected the leases earlier. Upon information

and belief, the Debtors have used the leased equipment post-petition during the time of the payment default under the leases.

5.    The unpaid post-petition rent and tax payments are for the period of the Petition Date through the Confirmation Date, or the effective rejection date of such leases if earlier.  A table of the missed lease payments is attached hereto as **Exhibit A** and incorporated herein.  The respective lease schedules are attached collectively as **Exhibit B**.

6.    The total amount of the unpaid rent for the post-petition, pre-rejection period is $397,984.04, plus late fees in the amount of $65,592.77, for a total administrative expense claim of $463,576.81.

7.    SCG reserves the right to seek additional amounts as administrative expenses, including the post-petition, pre-rejection lease payments for any of SCG's other equipment leased to the Debtors.

WHEREFORE, SCG Capital Corporation respectfully requests payment of its Administrative Expense Claim pursuant to 11 U.S.C. § 503 and the Confirmation Order in the amount of $463,576.81, plus attorney's fees and costs.

Dated: January 14, 2026                                Respectfully submitted,

/s/ *Andrew G. Edson*
Robert P. Franke (SBN 07371200)
Andrew G. Edson (SBN 24076364)
Tara L. Bush (SBN 24122050)
CLARK HILL PLC
901 Main Street, Suite 6000
Dallas, TX 75202
Telephone: (214) 651-4300
Facsimile: (214) 651-4330
bfranke@clarkhill.com
aedson@clarkhill.com
tbush@clarkhill.com

and

Joseph M. Selba
TYDINGS
One East Pratt Street, Suite 901
Baltimore, MD 21202
Telephone: (410) 752-9700
jselba@tydings.com

**COUNSEL FOR SCG CAPITAL CORPORATION**

## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of January 2026, a copy of the foregoing *SCG Capital Corporation's Application for Administrative Expense Claim* was served via ECF or electronic-mail to all parties authorized to receive electronic notices.

/s/ *Andrew G. Edson*
Andrew G. Edson