# EXHIBIT A

**Prospect Medical 2025 post-petition amounts**

| Tax Year | Date | Date Past | Tran Code | Invoice | Description | Basis | Normal | Discount | Penalty | Interest | Gross | Payment | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2025 | | | | | | | | | | | | | |
| for 2024 usage | | | | | | | | | | | | | |
| **16090085209** | | 2100 KEYSTONE AVE | | | | | | | | | | | |
| | 02/01/2025 | 06/01/2025 | S2025 | 109936 | Sewer | 24.30 | 6,804.00 | 0.00 | 680.40 | 0.00 | 7,484.40 | 0.00 | |
| | | | | | | | | | | | $7,484.40 | | no pro-rate because we bill annually for usage the year before |
| 2026 | | | | | | | | | | | | | |
| for 2025 usage | 02/01/2025 | 06/01/2025 | S2026 | 109936 | Sewer | 27.70 | 7,756.00 | 0.00 | 0.00 | 0.00 | $7,756.00 | 0.00 | through Aug 12, 2025 according to water company records |