

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

The following constitutes the ruling of the court and has the force and effect therein described.

Signed January 14, 2026

United States Bankruptcy Judge

---

| | |
|---|---|
| IN RE:<br>PROSPECT MEDICAL HOLDINGS, INC. | CHAPTER 11<br><br>CASE NO. 25-80002 |

### ORDER GRANTING MOTION FOR LEAVE OF COURT TO PROCEED PRO HAC VICE WITHOUT LOCAL COUNSEL OF JANICE SADOWSKI

Upon consideration of The Motion of Janice Sadowksi to Waive the Local Counsel Requirement of Local Rule 2090-4, and after deliberation, the Court finds that good and sufficient cause exists to grant the relief requested in the Motion; it is therefore ORDERED:

1. The Motion is GRANTED as provided herein;

2. The requirements of Local Rule 2090-4 are hereby waived and Matthew J. Bilker, Esquire and Eckell, Sparks, Levy, Monte, Auerbach, Sloane, Matthew & Auslander, P.C., may represent Janice Sadwoski in the above-captioned bankruptcy case without retaining local counsel.

3. This Court may, at any time, require Matthew J. Bilker, Esquire and Eckell, Sparks, Levy, Monte, Auerbach, Sloane, Matthew & Auslander, P.C., to comply with the requirements of Local Rule 2090-4.

###END OF ORDER###