Scott A. Zuber, Esq. (admitted *pro hac vice*)
Terri Jane Freedman, Esq. (admitted *pro hac vice*)
**CHIESA SHAHINIAN & GIANTOMASI PC**
105 Eisenhower Parkway
Roseland, NJ  07068
Tel:     (973) 325-1500
Fax:    (973) 325-1501
Email: szuber@csglaw.com
            tfreedman@csglaw.com

*Attorneys for Cardinal Health*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| In re: <br><br> PROSPECT MEDICAL HOLDINGS, INC., *et al.*,[1] <br><br> Debtors. | Chapter 11 <br><br> Case No. 25-80002-sgj <br><br> (Jointly Administered) |

**NOTICE OF HEARING ON MOTION OF CARDINAL HEALTH 200, LLC, CARDINAL HEALTH 414, LLC, AND CARDINAL HEALTH PHARMACY SERVICES, LLC FOR THE ENTRY OF AN ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY, FOR CAUSE, TO SET OFF MUTUAL PRE-PETITION OBLIGATIONS, OR, IN THE ALTERNATIVE, FOR RECOUPMENT OF PREPETITION CREDITS**

(Related Docket Entry No. 4486)

**PLEASE TAKE NOTICE** that a preliminary hearing has been set on the motion of Cardinal Health 200, LLC, Cardinal Health 414, LLC; and Cardinal Health Pharmacy Services, LLC (collectively referred to as "Cardinal Health") for an order granting relief from the automatic stay, for cause, to set off mutual pre-petition obligations, or, in the alternative, for recoupment of

---

[1] A complete list of each of the debtors (the "Debtors") in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://omniagentsolutions.com/Prospect. The Debtors' mailing address is 3824 Hughes Ave., Culver City, CA 90232.

prepetition credits (the "Motion") for **February 12, 2026, at 1:30 p.m. (prevailing Central Time)** before the Honorable Chief Judge Stacey G. C. Jernigan.

The preliminary hearing will be held virtually using the following platforms:

**For WebEx Video Participation/Attendance:**

**Link: https://us-courts.webex.com/meet/jerniga**

**For WebEx Telephonic Only Participation/Attendance:**

**Dial-In: 1.650.479.3207**
**Meeting ID: 2304 154 2638**

Dated: January 16, 2026　　　　　By: ___/s/ Terri Jane Freedman___
　　　　　　　　　　　　　　　　　Scott A. Zuber, Esq. (admitted *pro hac vice*)
　　　　　　　　　　　　　　　　　Terri Jane Freedman, Esq. (admitted *pro hac vice*)
　　　　　　　　　　　　　　　　　**CHIESA SHAHINIAN & GIANTOMASI PC**
　　　　　　　　　　　　　　　　　105 Eisenhower Parkway
　　　　　　　　　　　　　　　　　Roseland, NJ 07068
　　　　　　　　　　　　　　　　　Phone: (973) 325-1500
　　　　　　　　　　　　　　　　　Fax: (973) 325-1501
　　　　　　　　　　　　　　　　　E-mail: szuber@csglaw.com
　　　　　　　　　　　　　　　　　tfreedman@csglaw.com

　　　　　　　　　　　　　　　　　*Attorneys for Cardinal Health*

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 16, 2026, a true and correct copy of the foregoing document was served via the Court's CM/ECF notification system.

Dated: January 16, 2026

*/s/ Terri Jane Freedman*
Terri Jane Freedman