**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| PROSPECT MEDICAL HOLDINGS, INC., *et al.* | Case No. 25-80002 (SGJ) |
| Debtors. | (Jointly Administered) |

**NOR HEALTHCARE SYSTEMS CORP.'S LIMITED OBJECTION TO DEBTORS'
AGENDA FOR HEARING SCHEDULED FOR JANUARY 21, 2026 AT 9:30 A.M.
[Relates to Dkt. 4497 and 4393]**

NOR Healthcare Systems Corp. ("NOR") hereby submits this Limited Objection to Debtors' Agenda for Hearing Scheduled for January 21, 2016 at 9:30 a.m. [Doc. No. 4497]("Agenda"), as follows:

1. The debtors' Agenda treats the hearings as being the evidentiary final hearing on the debtors' motion filed at Docket No. 4393; however, the hearing is scheduled as a status conference on that motion.

2. The Debtors' original notice of hearing stated that the hearing is a status conference only, as follows:

   A status conference will be conducted on the matters set forth in this motion on January 13, 2026, at 2:30 p.m. prevailing Central Time in Courtroom #1, 14th Floor, Earle Cabell Federal Building, 1100 Commerce Street, Suite 1254, Dallas, Texas 75242. You may participate in the status conference either in person or by an audio and video connection. A full evidentiary hearing on this motion will be scheduled for a later date, subject to the availability of the Court.

3. The original hearing date was moved to January 21 due to a family medical emergency of Faisal Gill. *See* **Exhibit 1**. All communications with the Court were to reschedule the Status Conference, not to schedule an evidentiary hearing in lieu of a status conference. Now the debtors want a full evidentiary hearing even though

they are aware that both sides have submitted discovery and both sides are requesting depositions.

4. As pointed out in NOR's Response [Doc. No. 4493] to the Debtors' motion, this matter needs to be brought under Rules 7001 et seq.

WHEREFORE, NOR respectfully requests this Court hold only a status conference on January 21 and grant such other relief to which NOR is entitled.

DATED: January 20, 2026

Respectfully submitted,

ROSS SPENCE, PC

By: */s/ Ross Spence*
    Ross Spence
    State Bar No. 18918400
    ross@rossspence.com
    4582 Elm
    Bellaire, TX 77401
    (713) 201-0878

and

By: */s/ Faisal Gill*
    Faisal Gill (*pro hac vice* pending)
    GILL LAW FIRM
    505 N Brand Blvd, Suite 1200
    Glendale, CA 91203

**ATTORNEYS FOR NOR HEALTHCARE SYSTEMS CORP.**

## CERTIFICATE OF SERVICE

I certify that on January 20, 2026, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Northern District of Texas.

*/s/ Ross Spence*
Ross Spence