IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

FILED
JAN 2 2 2026
CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

---

IN RE: : Chapter 11
:
PROSPECT MEDICAL HOLDINGS INC., *et al.*, : Case No. 25-80002 (SGJ)
:
Debtors : (Jointly Administered)
:
Creditor: RI Division of Taxation :

---

## RESPONSE AND OPPOSITION OF THE RHODE ISLAND DIVISION OF TAXATION TO DEBTORS' FOURTEENTH OMNIBUS OBJECTION TO CERTAIN AMENDED AND NO LIABILITY CLAIMS

Creditor, Rhode Island Division of Taxation ("Tax Division") hereby responds to Prospect Medical Holdings, Inc., *et al.s'* ("Debtors") Fourteenth Omnibus Objection ("Objection") to the Tax Division's alleged "No Liability Claims" ("Claims"), as follows:

1. The Tax Division timely filed the Claims, identified as numbers 7 through 30, on pages numbered 2 through 8 in Schedule 2 of Exhibit A of the Objection (attached hereto as Exhibit A), on March 11, 2025. The claimed amount for each of the objected-to claims is four hundred dollars ($400.00), comprised of Business Corporation Tax for tax year 2024. The combined total amount of the Claims is nine thousand, six hundred dollars ($9,600.00).

2. The Debtors in the Claims are, upon information and belief, related to Prospect Medical Holdings, Inc., and are the debtors under related United States Bankruptcy Court for the Northern District of Texas, Dallas Division, case numbers (with references to Exhibit A):

| Exhibit A Reference | Claim No. | Case No. | Debtor |
|---|---|---|---|
| 7 | 528 | 25-80002 | Prospect Medical Holdings, Inc. |
| 8 | 3 | 25-80005 | Prospect East Holdings, Inc. |
| 9 | 3 | 25-80008 | Prospect NJ, Inc. |
| 10 | 6 | 25-80009 | Prospect CT, Inc. |
| 11 | 5 | 25-80013 | Prospect Provider Groups, LLC |
| 12 | 5 | 25-80016 | Prospect Integrated Behavioral Health, Inc. |
| 13 | 2 | 25-80021 | Nix Physicians, Inc. |
| 14 | 25 | 25-80025 | Alta Los Angeles Hospitals, Inc. |
| 15 | 25 | 25-80026 | Southern California Healthcare System, Inc. |
| 16 | 4 | 25-80027 | Prospect Oldco NJ, Inc. (f/k/a Prospect EOGH Inc.) |
| 17 | 6 | 25-80029 | Prospect ECHN Home Health, Inc. |
| 18 | 6 | 25-80030 | Prospect Waterbury Home Health, Inc. |
| 19 | 6 | 25-80034 | Prospect Health Services CT, Inc. |
| 20 | 5 | 25-80036 | Prospect Health Services PA, Inc. |
| 21 | 46 | 25-80038 | Prospect Waterbury, Inc. |
| 22 | 6 | 25-80040 | Prospect CT Management Services, Inc. |
| 23 | 40 | 25-80041 | Prospect ECHN, Inc. |
| 24 | 2 | 25-80042 | Prospect Caring Hand, Inc. |
| 25 | 10 | 25-80057 | Prospect Health Access Network, Inc. |
| 26 | 1 | 25-80062 | Associates in Primary Care Medicine, Inc. |
| 27 | 2 | 25-80063 | Prospect ECHN Eldercare Services, Inc. |
| 28 | 18 | 25-80064 | Prospect Rockville Hospital, Inc. |
| 29 | 51 | 25-80065 | Prospect Manchester Hospital, Inc. |
| 30 | 15 | 25-80067 | Prospect CT Medical Foundation, Inc. |

3. According to Schedule 2 (Exhibit A), the Debtors' objection to all the Claims is that they do not have taxable presence in Rhode Island and, according to their books and records, there are no liabilities related to the taxes asserted in the Claims.

4. The Tax Division's basis for opposition to the Debtors' Objections and support for the Claims is as follows:

(a) R.I. Gen. Laws § 44-11-2(a) imposes an annual tax upon each corporation for the taxable year. *See* R.I. Gen. Laws § 44-11-2(a). "The tax imposed upon any corporation under this section…[f]or tax years beginning on or after January 1, 2017…shall not be

less than four hundred dollars ($400)." R.I. Gen. Laws § 44-11-2(e). The definition of "Corporation" for the purpose of determining business corporation tax liability in Rhode Island includes limited liability companies, partnerships or other entities electing to be taxed as a corporation for federal tax purposes. *See* 280-RICR-20-25-8.5B.

(b) All corporations having sufficient nexus with Rhode Island are subject to the State's business corporation tax payment obligations, regardless of whether they have been authorized to do business in the state by the Rhode Island Department of State ("DOS"). Sufficient nexus may be established by a physical or economic presence within the state. *See* 280-RICR-20-25-8.6A.

(c) Under R.I. Gen. Laws § 44-11-4.1(a), "[f]or tax years beginning on or after January 1, 2015, each C corporation which is part of an unitary business with one or more other corporations must file a return, in a manner prescribed by the tax administrator, for the combined group containing the combined income, determined under this section, of the combined group." "The use of a combined report does not disregard the separate identities of the taxpayer members of the combined group. Each taxpayer member is responsible for tax based on its taxable income or loss apportioned to this state." R.I. Gen. Laws § 44-11-4.1(c).

(d) In reference to Debtor-objected claims 7 through 25 and 27 through 30 in Exhibit A, sufficient economic nexus between the Debtors and the State of Rhode Island was established per the combined 2016 RI-1120C Business Corporation Tax Return (attached hereto as Exhibit B) by related entity, Ivy Holdings Inc. & Subsidiaries (related Bankruptcy Case No. 25-80482). By virtue of that return filing, the Debtors

became registered business corporation tax filers with the Tax Division. As there is no notice of dissolution of economic nexus between the State of Rhode Island and any of the Debtors, they are liable to pay the tax imposed by R.I. Gen. Laws § 44-11-2 for tax year 2024 as well as the continuing obligation to pay, at least, the yearly minimum business corporation tax under § 44-11-2(e).

(e) In reference to Exhibit A, objection number 26, Associates in Primary Care Medicine, Inc. ("APCMI") filed an application for a certificate of authority to transact business in the State of Rhode Island on April 29, 1974, and articles of amendment on August 17, 1983, and October 2, 1995, respectively, and last filed an Annual Report with the DOS on December 28, 2019, for annual reporting year 2020. (Exhibit C). By letter dated May 19, 2021, APCMI was notified by the DOS that its Certificate of Authority to transact business in Rhode Island would be revoked unless it filed its 2021 annual report. Failing to do that, the DOS issued a Certificate of Revocation of Certificate of Incorporation/Authority to APCMI on July 29, 2021. (Exhibit D). Although revocation of a certificate of authority by the DOS prevents a corporation from further transacting business in Rhode Island until the corporation is reinstated, it does not act as a dissolution of the corporation's existence. In the case of APCMI, neither the incorporators, the shareholders, nor the directors of APCMI performed the acts necessary to formally dissolve the corporation pursuant to R.I. Gen. Laws §§ 7-1.2-1301 *et seq*. As APCMI has, to date, not been properly dissolved in Rhode Island, it is liable to pay the tax imposed by R.I. Gen. Laws § 44-11-2 for tax year 2024 as well as the continuing obligation to pay the yearly minimum business corporation tax under § 44-11-2(e).

5. The person with whom counsel for the Debtors should communicate with respect to the Claims or the Objections and who possesses authority to reconcile, settle, or otherwise resolve the objections to the Claims on behalf of the Tax Division is:

> **Crystal L. Cote**
> Tax Section Chief
> Compliance & Collections, Registration & Taxpayer Experience
> Rhode Island Department of Revenue
> Division of Taxation
> One Capitol Hill
> Providence, RI 02908
> Tel: (401) 574-8967
> E-mail: Crystal.Cote@tax.ri.gov

**WHEREFORE**, the Tax Division respectfully requests an order overruling the Debtors' Fourteenth Omnibus Objection to the Rhode Island Division of Taxation proofs of claim and for such additional or alternative relief as may be just and proper.

Respectfully submitted,

CREDITOR
R.I. DIVISION OF TAXATION

By its attorney,

/s/ *John A. Beretta*
John A. Beretta, Esq.
R.I. Department of Revenue
Division of Taxation
One Capitol Hill
Providence, RI 02908
Phone: (401) 574-8154
Fax: (401) 574-8917
Email: john.a.beretta@tax.ri.gov

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| IN RE: | Chapter 11 |
| PROSPECT MEDICAL HOLDINGS INC., *et al.,* | Case No. 25-80002 (SGJ) |
| Debtors | (Jointly Administered) |
| Creditor:    RI Division of Taxation | |

**CERTIFICATE OF SERVICE**

I hereby certify that on December 29, 2025, I mailed by United States Postal Service, postage pre-paid, a copy of the Response and Opposition of the Rhode Island Division of Taxation to Debtors' Fourteenth Omnibus Objection to Certain Amended and No Liability Claims to:

Office of Clerk
USBC-Dallas Division
1100 Commerce Street, Suite 1254
Dallas, TX 75242

And

Sidley Austin, LLP
Attn: Thomas R. Califano
2021 McKinney Avenue, Suite 2000
Dallas, TX 75201

And

Sidley Austin, LLP
Attn: Veronica Courtney
787 Seventh Avenue
New York, NY 10019

The document was electronically mailed to:
tom.califano@sidley.com
rpatel@sidley.com
mquejada@sidley.com
vcourtney@sidley.com
dylan.yan@sidley.com

/s/ *John A. Beretta*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

---

| | | |
|---|---|---|
| IN RE: | : | Chapter 11 |
| PROSPECT MEDICAL HOLDINGS INC., *et al.*, | : | Case No. 25-80002 (SGJ) |
| Debtors | : | (Jointly Administered) |
| Creditor:    RI Division of Taxation | : | |

---

### CERTIFICATE OF SERVICE

I hereby certify that on January 13, 2026, I mailed by United States Postal Service, postage pre-paid, a copy of the Response and Opposition of the Rhode Island Division of Taxation to Debtors' Fourteenth Omnibus Objection to Certain Amended and No Liability Claims to:

Office of Clerk
USBC-Dallas Division
1100 Commerce Street, Suite 1254
Dallas, TX 75242

*/s/ John A. Beretta*