| | |
|---|---|
| SIDLEY AUSTIN LLP | SIDLEY AUSTIN LLP |
| Thomas R. Califano (24122825) | William E. Curtin (admitted *pro hac vice*) |
| Rakhee V. Patel (00797213) | Patrick Venter (admitted *pro hac vice*) |
| Maegan Quejada (24105999) | Anne G. Wallice (admitted *pro hac vice*) |
| 2021 McKinney Avenue, Suite 2000 | 787 Seventh Avenue |
| Dallas, Texas 75201 | New York, New York 10019 |
| Telephone: (214) 981-3300 | Telephone: (212) 839-5300 |
| Facsimile: (214) 981-3400 | Facsimile: (212) 839-5599 |
| Email: tom.califano@sidley.com | Email: wcurtin@sidley.com |
| rpatel@sidley.com | pventer@sidley.com |
| mquejada@sidley.com | anne.wallice@sidley.com |

*Attorneys for the Debtors and Debtors in Possession*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| PROSPECT MEDICAL HOLDINGS, INC., *et al.*,[1] | Case No. 25-80002 (SGJ) |
| Debtors. | (Jointly Administered) |
| | Rel. to Docket Nos. 1613, 3244, 3482, & 3742 |

**NOTICE OF CLOSING OF
THE CROZER-CHESTER MEDICAL CENTER SALE TRANSACTION**

**PLEASE TAKE NOTICE THAT** Prospect Medical Holdings, Inc. ("PMH") and its hospital-related debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "HCo Debtors"), together with PHP Holdings, LLC ("PHPH") and its physician-related debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "PCo Debtors"), and together with Chamber Inc., Ivy Holdings Inc., and Ivy Intermediate Holding Inc., as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "TopCo Debtors," and together with the HCo Debtors and the PCo Debtors, the "Debtors"), filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code") in the United States Bankruptcy Court for the Northern District of Texas (the "Court") on

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://omniagentsolutions.com/Prospect. The Debtors' mailing address is 3824 Hughes Ave., Culver City, CA 90232.

January 11, 2025 (the "HCo Petition Date"), July 7, 2025 (the "PCo Petition Date"), and September 19, 2025 (the "TopCo Petition Date") respectively.

**PLEASE TAKE FURTHER NOTICE THAT**, on November 5, 2025, the Court entered the *Order (I) Approving and Authorizing (A) the Asset Purchase Agreement and Sale of the Debtors' Interests in the Real Property Associated with Crozer-Chester Medical Center Free and Clear of All Liens, Claims, Encumbrances and Interests, (B) the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, and (C) the Assignment of Certain Permits; and (II) Granting Related Relief* [Docket No. 3743] (the "CCMC Sale Order"). The CCMC Sale Order approved the Asset Purchase Agreement, dated as of November 5, 2025, by and among the Debtors and Chariot Allaire Partners LLC (the "CCMC APA," and the transaction contemplated thereby, the "CCMC Sale Transaction").

**PLEASE TAKE FURTHER NOTICE THAT**, on January 21, 2026, the closing of the CCMC Sale Transaction occurred in accordance with the CCMC Sale Order and CCMC APA.

**PLEASE TAKE FURTHER NOTICE THAT**, copies of all relevant pleadings filed in this case may be obtained (i) at the website established by the Debtors' noticing agent, Omni Agent Solutions, Inc., at https://omniagentsolutions.com/Prospect, (ii) from the Court's website http://www.txnb.uscourts.gov via ECF/Pacer, or (iii) upon request to the undersigned.

[*The remainder of the page intentionally left blank*]

Dated: January 22, 2026
Dallas, Texas

/s/ *Thomas R. Califano*
SIDLEY AUSTIN LLP
Thomas R. Califano (24122825)
Rakhee V. Patel (00797213)
Maegan Quejada (24105999)
2021 McKinney Avenue, Suite 2000
Dallas, Texas 75201
Telephone:     (214) 981-3300
Facsimile:     (214) 981-3400
Email:         tom.califano@sidley.com
               rpatel@sidley.com
               mquejada@sidley.com

*and*

William E. Curtin (admitted *pro hac vice*)
Patrick Venter (admitted *pro hac vice*)
Anne G. Wallice (admitted *pro hac vice*)
787 Seventh Avenue
New York, New York 10019
Telephone:     (212) 839-5300
Facsimile:     (212) 839-5599
Email:         wcurtin@sidley.com
               pventer@sidley.com
               anne.wallice@sidley.com

*Attorneys for the Debtors and Debtors in Possession*

**Certificate of Service**

       I certify that on January 22, 2026, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Northern District of Texas.

                                                      */s/ Thomas R. Califano*
                                                      Thomas R. Califano