IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| PROSPECT MEDICAL HOLDINGS, INC., *et al.*,[1] | Case No. 25-80002 (SGJ) |
| Debtors. | (Jointly Administered)<br>Rel. to Dkt. No. [●] |

## SUPPLEMENTAL LIFT STAY NOTICE

Claimant(s): *SEE ATTACHED AT EX. "A."*

Debtor Defendant(s): *PROSPECT MEDICAL HOLDINGS, INC.; PROSPECT CCMC, LLC, d/b/a, CROZER-CHESTER*

Court, if applicable:

Case No., if applicable: *SEE ATTACHED AT EX. "A."*

Proof of Claim Number(s): *N/A*

Amount(s) Stated in Proof(s) of Claims: *N/A*

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://omniagentsolutions.com/Prospect. The Debtors' mailing address is 3824 Hughes Ave., Culver City, CA 90232.

1

Pursuant to the *Order Granting Emergency Motion for Relief from Automatic Stay Filed by Debtors* [Docket No. [●]] (the "Lift Stay Order") previously filed by Prospect Medical Holdings, Inc. and its debtor affiliates, as debtors and debtors in possession (collectively, the "Debtors") in the United States Bankruptcy Court for the Northern District of Texas (the "Court"), I respectfully request the following relief:

Subject to the terms of the Lift Stay Order, by this notice (this "Supplemental Lift Stay Notice"), I respectfully request that the automatic stay imposed by section 362 of the Bankruptcy Code (the "Automatic Stay") be modified to a limited extent to permit adjudication and liquidation of my above-identified prepetition professional liability and general liability claim(s) ("PL/GL Claim(s)") and pursue or initiate state or federal court actions to final judgment or settlement, including any appeal, and to collect such final judgment or settlement solely from any available insurance, excluding any of the Debtors' directors and officers insurance policies. Any amounts of my PL/GL Claim(s) that remain unrecovered, and only such amounts upon a final judgment or settlement or as allowed by the Court, may be treated as a general may be treated as a general unsecured claim, pursuant to the *Joint Chapter 11 Plan of Prospect Medical Holdings, Inc. and its Debtor Affiliates* [Docket No. 2986] and as ordered by the Lift Stay Order, which shall be the sole remedy as against the Debtors' bankruptcy estate.

Subject to the terms of the Lift Stay Order, **this request shall be granted, without further hearing, if the Debtors do not object to this Supplemental Lift Stay Notice within five (5) business days of filing.**

Subject to the terms of the Lift Stay Order, I understand and agree that nothing in this Supplemental Lift Stay Notice nor the Lift Stay Order shall constitute or be deemed to constitute a finding, representation, admission or determination as to the existence of coverage or the applicability of any insurance policies (the "Policies"), including, without limitation, the Policies.

Subject to the terms of the Lift Stay Order, I understand and agree that the Debtors make no representations regarding the availability of any proceeds under the Policies.

Subject to the terms of the Lift Stay Order, I understand and agree that entry of the Lift Stay Order supersedes the *Order (I) Approving and Authorizing Mandatory Claims Resolution Procedures to Resolve Professional Liability and General Liability Claims and (II) Granting Related Relief* [Docket No. 2181].

Subject to the terms of the Lift Stay Order, I understand and agree that the Debtors are authorized to take all such actions as are necessary or appropriate the implement the terms of the Lift Stay Order and this Supplemental Lift Stay Notice.

Subject to the terms of the Lift Stay Order, I understand and agree that this Court retains exclusive jurisdiction with respect to all matters arising from or relating to the implementation, interpretation, and enforcement of the Lift Stay Order and this Supplemental Lift Stay Notice.

Date: 1-27-2026 (month, day, year)

Address: 230 N. MONROE STREET
MEDIA, PA 19063

Signature: *Michael A. Siddons*

Printed Name: MICHAEL A. SIDDONS