SIDLEY AUSTIN LLP
Thomas R. Califano (24122825)
Rakhee V. Patel (00797213)
Maegan Quejada (24105999)
2021 McKinney Avenue, Suite 2000
Dallas, Texas 75201
Telephone:    (214) 981-3300
Facsimile:    (214) 981-3400
Email:        tom.califano@sidley.com
              rpatel@sidley.com
              mquejada@sidley.com

SIDLEY AUSTIN LLP
William E. Curtin (admitted *pro hac vice*)
Patrick Venter (admitted *pro hac vice*)
Anne G. Wallice (admitted *pro hac vice*)
787 Seventh Avenue
New York, New York 10019
Telephone:    (212) 839-5300
Facsimile:    (212) 839-5599
Email:        wcurtin@sidley.com
              pventer@sidley.com
              anne.wallice@sidley.com

*Attorneys for the Debtors and*
*Debtors in Possession*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| PROSPECT MEDICAL HOLDINGS, INC., *et al.*,[1] | Case No. 25-80002 (SGJ) |
| Debtors. | (Jointly Administered) |

**WITNESS AND EXHIBIT LIST FOR HEARING SCHEDULED FOR**
**JANUARY 29, 2026 AT 1:30 P.M. (PREVAILING CENTRAL TIME)**

The debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "Debtors") hereby submit this witness and exhibit list (the "Witness and Exhibit List") and designate the following witnesses in connection with the matters scheduled for hearing on **January 29, 2026 at 1:30 p.m. (prevailing Central Time)**.

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://omniagentsolutions.com/Prospect. The Debtors' mailing address is 3824 Hughes Ave., Culver City, CA 90232.

A. Witnesses

1. Paul Rundell, Chief Restructuring Officer, Prospect Medical Holdings, Inc.

2. Glenn Gilmour, Senior Director, Alvarez & Marsal

3. Michael Sarian, Chairman and Chief Executive Officer, Healthcare Systems of America

4. Faisal Gill, General Counsel, NOR Healthcare Systems Corp.

5. Eric Samuels, NOR Healthcare Systems Corp.

6. Alfredo Sabillo, NOR Healthcare Systems Corp.

7. Any witnesses called or designated by any other party.

8. Any impeachment or rebuttal witnesses.

B. Exhibits

| Ex. No. | Description | Judicial Notice | Marked | Offered | Objected | Admitted | Date | Disp. After Trial |
|---|---|---|---|---|---|---|---|---|
| 1. | *Declaration of Paul Rundell in Support of Debtors' Emergency Motion Seeking Entry of an Order Enforcing the Order (I) Authorizing the Sale of the California Assets Free and Clear of All Encumbrances, (II) Approving the Assumption and Assignment of the Assigned Contacts, and (III) Granting Related Relief* [Docket No. 4394] | | | | | | | |
| 2. | Initial Demand Letter, Exhibit B to *Debtors' Emergency Motion Seeking Entry of an Order Enforcing the Order (I) Authorizing the Sale of the California Assets Free and Clear of All Encumbrances, (II) Approving the Assumption and Assignment of the Assigned Contacts, and (III) Granting Related Relief* [Docket No. 4393-2] | | | | | | | |
| 3. | Second Demand Letter, Exhibit C to *Debtors' Emergency Motion Seeking Entry of an Order Enforcing the Order* | | | | | | | |

| Ex. No. | Description | Judicial Notice | Marked | Offered | Objected | Admitted | Date | Disp. After Trial |
|---|---|---|---|---|---|---|---|---|
| | *(I) Authorizing the Sale of the California Assets Free and Clear of All Encumbrances, (II) Approving the Assumption and Assignment of the Assigned Contacts, and (III) Granting Related Relief* [Docket No. 4393-3] | | | | | | | |
| 4. | NOR Response, Exhibit D to *Debtors' Emergency Motion Seeking Entry of an Order Enforcing the Order (I) Authorizing the Sale of the California Assets Free and Clear of All Encumbrances, (II) Approving the Assumption and Assignment of the Assigned Contacts, and (III) Granting Related Relief* [Docket No. 4393-4] | | | | | | | |
| 5. | NOR Funding Obligations, Exhibit E to *Debtors' Emergency Motion Seeking Entry of an Order Enforcing the Order (I) Authorizing the Sale of the California Assets Free and Clear of All Encumbrances, (II) Approving the Assumption and Assignment of the Assigned Contacts, and (III) Granting Related Relief* [Docket No. 4393-5] | | | | | | | |
| 6. | Asset Purchase Agreement, dated August 3, 2025 (the "California APA"), Exhibit 2 to *Order (I) Authorizing the Sale of the California Assets Free and Clear of all Encumbrances, (II) Approving the Assumption and Assignment of the Assigned Contracts, and (III) Granting Related Relief* [Docket No. 3029] | | | | | | | |
| 7. | Transition Services Agreement, dated December 5, 2025 (the "TSA") | | | | | | | |
| 8. | Interim Management Agreement, dated December 5, 2025 (the "IMA") | | | | | | | |
| 9. | *Notice of Designation of Stalking Horse* [Docket No. 2738] | | | | | | | |
| 10. | California Post Petition AP, June 2025 | | | | | | | |
| 11. | Closing Statement, December 5, 2025 | | | | | | | |
| 12. | A&M NOR Demonstrative I | | | | | | | |

| Ex. No. | Description | Judicial Notice | Marked | Offered | Objected | Admitted | Date | Disp. After Trial |
|---|---|---|---|---|---|---|---|---|
| 13. | A&M NOR Demonstrative II | | | | | | | |
| 14. | A&M NOR Demonstrative III | | | | | | | |
| 15. | *Declaration of Glenn Gilmour in Support of the Reply and Supplement to Debtors' Emergency Motion Seeking Entry of an Order Enforcing the Order (I) Authorizing the Sale of the California Assets Free and Clear of All Encumbrances, (II) Approving the Assumption and Assignment of the Assigned Contacts, and (III) Granting Related Relief* [Docket No. 4511] | | | | | | | |
| 16. | Redline, Exhibit B to *Reply and Supplement to Debtors' Emergency Motion Seeking Entry of an Order Enforcing the Order (I) Authorizing the Sale of the California Assets Free and Clear of All Encumbrances, (II) Approving the Assumption and Assignment of the Assigned Contacts, and (III) Granting Related Relief* [Docket No. 4510-2] | | | | | | | |
| 17. | NOR's Outstanding Obligations, Exhibit C to *Reply and Supplement to Debtors' Emergency Motion Seeking Entry of an Order Enforcing the Order (I) Authorizing the Sale of the California Assets Free and Clear of All Encumbrances, (II) Approving the Assumption and Assignment of the Assigned Contacts, and (III) Granting Related Relief* [Docket No. 4510-3] | | | | | | | |
| | All exhibits necessary for impeachment purposes. | | | | | | | |
| | Any other document entered or filed in the above-styled bankruptcy case, including any exhibits thereto. | | | | | | | |
| | Any and all documents identified or offered by any other party. | | | | | | | |

[*Remainder of the page intentionally left blank.*]

4

Dated:  January 27, 2026
Dallas, Texas

*/s/ Thomas R. Califano*

**SIDLEY AUSTIN LLP**
Thomas R. Califano (24122825)
Rakhee V. Patel (00797213)
Maegan Quejada (24105999)
2021 McKinney Avenue, Suite 2000
Dallas, Texas 75201
Telephone:     (214) 981-3300
Facsimile:     (214) 981-3400
Email:         tom.califano@sidley.com
               rpatel@sidley.com
               mquejada@sidley.com

*and*

William E. Curtin (admitted *pro hac vice*)
Patrick Venter (admitted *pro hac vice*)
Anne G. Wallice (admitted *pro hac vice*)
787 Seventh Avenue
New York, New York 10019
Telephone:     (212) 839-5300
Facsimile:     (212) 839-5599
Email:         wcurtin@sidley.com
               pventer@sidley.com
               anne.wallice@sidley.com

*Attorneys for the Debtors
and Debtors in Possession*

5

**Certificate of Service**

I certify that on January 27, 2026, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Northern District of Texas.

/s/ Thomas R. Califano
Thomas R. Califano