| | |
|---|---|
| SIDLEY AUSTIN LLP | SIDLEY AUSTIN LLP |
| Thomas R. Califano (24122825) | William E. Curtin (admitted *pro hac vice*) |
| Rakhee V. Patel (00797213) | Patrick Venter (admitted *pro hac vice*) |
| Maegan Quejada (24105999) | Anne G. Wallice (admitted *pro hac vice*) |
| 2021 McKinney Avenue, Suite 2000 | 787 Seventh Avenue |
| Dallas, Texas 75201 | New York, New York 10019 |
| Telephone: (214) 981-3300 | Telephone: (212) 839-5300 |
| Facsimile: (214) 981-3400 | Facsimile: (212) 839-5599 |
| Email: tom.califano@sidley.com | Email: wcurtin@sidley.com |
| rpatel@sidley.com | pventer@sidley.com |
| mquejada@sidley.com | anne.wallice@sidley.com |

*Attorneys for the Debtors and
Debtors in Possession*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| PROSPECT MEDICAL HOLDINGS, INC., *et al.*,[1] | Case No. 25-80002 (SGJ) |
| Debtors. | (Jointly Administered) |

**AGENDA FOR HEARING SCHEDULED FOR
JANUARY 29, 2026 AT 1:30 P.M. (PREVAILING CENTRAL TIME)**

The above-captioned debtors and debtors in possession (collectively, the "Debtors") hereby file this agenda for matters set for hearing on January 29, 2026 at 1:30 p.m. (prevailing Central Time), before the Honorable Stacey G.C. Jernigan at the United States Bankruptcy Court for the Northern District of Texas, at Courtroom 1, 14th Floor, Earle Cabell Federal Building, 1100 Commerce Street, Dallas, Texas 75242-1496.

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://omniagentsolutions.com/Prospect. The Debtors' mailing address is 3824 Hughes Ave., Culver City, CA 90232.

**AGENDA MATTERS**

1. *Debtors' Emergency Motion Seeking Entry of an Order Enforcing the Order (I) Authorizing the Sale of the California Assets Free and Clear of All Encumbrances, (II) Approving the Assumption and Assignment of the Assigned Contacts, and (III) Granting Related Relief* [Docket No. 4393]

    **Related Documents:**

    a. *Order (I) Authorizing the Sale of the California Assets Free and Clear of All Encumbrances, (II) Approving the Assumption and Assignment of the Assigned Contacts, and (III) Granting Related Relief* [Docket No. 3029]

    b. *Declaration of Paul Rundell in Support of Debtors' Emergency Motion Seeking Entry of an Order Enforcing the Order (I) Authorizing the Sale of the California Assets Free and Clear of All Encumbrances, (II) Approving the Assumption and Assignment of the Assigned Contacts, and (III) Granting Related Relief* [Docket No. 4394]

    c. *Notice of Emergency Hearing for January 21, 2026 Setting* [Docket No. 4408]

    d. *Debtors' Witness and Exhibit List for Hearing Scheduled for January 21, 2026 at 9:30 A.M. (Prevailing Central Time)* [Docket No. 4483]

    e. *Amended Notice of Emergency Hearing for January 21, 2026 Setting* [Docket No. 4489]

    f. *NOR Healthcare Systems Corp.'s Response to Debtors' Emergency Motion Seeking Entry of an Order Enforcing the Order(I) Authorizing the Sale of the California Assets Free and Clear of All Encumbrances, (II) Approving the Assumption and Assignment of the Assigned Contacts, and (III) Granting Related Relief* [Docket No. 4493]

    g. *Reply and Supplement to Debtors' Emergency Motion Seeking Entry of an Order Enforcing the Order (I) Authorizing the Sale of the California Assets Free and Clear of All Encumbrances, (II) Approving the Assumption and Assignment of the Assigned Contacts, and (III) Granting Related Relief* [Docket No. 4510]

    h. *Declaration of Glenn Gilmour in Support of the Supplement to Debtors' Emergency Motion Seeking Entry of an Order Enforcing the Order (I) Authorizing the Sale of the California Assets Free and Clear of All Encumbrances, (II) Approving the Assumption and Assignment of the Assigned Contacts, and (III) Granting Related Relief* [Docket No. 4511]

    i. *Debtors' Amended Witness and Exhibit List for Hearing Scheduled for January 21, 2026 at 9:30 A.M. (Prevailing Central Time)* [Docket No. 4512]

    j.    *Notice of Continued Hearing for January 29, 2026 Setting* [Docket No. 4543]

    k.    *Debtors' Witness and Exhibit List for Hearing Scheduled for January 29, 2026 at 1:30 P.M. (Prevailing Central Time)* [Docket No. 4563]

**Status:**  **This matter is going forward.**

2.    Status update on *Second Stipulation and Agreed Order By and Among the Debtors and the State of Rhode Island Regarding the Debtors' Rhode Island Transfer Motion* [Docket No. 4110]

    **Related Documents:**

    a.    *Order (I) Approving and Authorizing (A) the Asset Purchase Agreement, (B) the Sale of the Debtors' Assets Free and Clear of Interests, (C) the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, and (D) Assignment of Certain Permits; and (II) Granting Related Relief* [Docket No. 606]

    b.    *Debtors' Motion for Entry of an Order (I) Granting Relief from the Centurion Sale Order and (A) Authorizing the Transfer of the Rhode Island Hospitals to the State of Rhode Island, or (B) in the Alternative, Approving the Closure of the Rhode Island Hospitals; and (II) Granting Related Relief* [Docket No. 3666]

    c.    *Response and Reservation of Rights of the Centurion Foundation, Inc. and Certain of its Affiliates to the Debtors' Motion for Entry of an Order (I) Granting Relief from the Centurion Sale Order and (A) Authorizing the Transfer of the Rhode Island Hospitals to the State of Rhode Island, or (B) in the Alternative, Approving the Closure of the Rhode Island Hospitals; and (II) Granting Related Relief* [Docket No. 3695]

    d.    *Rhode Island's Preliminary Statement and Reservation Regarding Debtors' Motion for Relief from the Centurion Sale Order* [Docket No. 3704]

    e.    *Stipulation and Agreed Order Between the Debtors and the State of Rhode Island Regarding the Debtors' Rhode Island Transfer Motion* [Docket No. 3758]

    f.    *Supplemental Response and Reservation of Rights of the Centurion Foundation, Inc. and Certain of its Affiliates to the Debtors' Motion for Entry of an Order (I) Granting Relief from the Centurion Sale Order and (A) Authorizing the Transfer of the Rhode Island Hospitals to the State of Rhode Island, or (B) in the Alternative, Approving the Closure of the Rhode Island Hospitals; and (II) Granting Related Relief* [Docket No. 4007]

**Status:**  **The Debtors will provide a status update on the matter.**

[*Remainder of the page intentionally left blank.*]

Dated: January 28, 2026
Dallas, Texas

*/s/ Thomas R. Califano*
**SIDLEY AUSTIN LLP**
Thomas R. Califano (24122825)
Rakhee V. Patel (00797213)
2021 McKinney Avenue, Suite 2000
Dallas, Texas 75201
Telephone:  (214) 981-3300
Facsimile:  (214) 981-3400
Email:  tom.califano@sidley.com
rpatel@sidley.com

*and*

William E. Curtin (admitted *pro hac vice*)
Patrick Venter (admitted *pro hac vice*)
Anne G. Wallice (admitted *pro hac vice*)
787 Seventh Avenue
New York, New York 10019
Telephone:  (212) 839-5300
Facsimile:  (212) 839-5599
Email:  wcurtin@sidley.com
pventer@sidley.com
anne.wallice@sidley.com

*Attorneys for the Debtors
and Debtors in Possession*

## Certificate of Service

I certify that on January 28, 2026, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Northern District of Texas.

/s/ *Thomas R. Califano*
Thomas R. Califano