## Exhibit A

**Proposed Order**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| PROSPECT MEDICAL HOLDINGS, INC._, et al._,[1] | Case No. 25-80002 (SGJ) |
| Debtors. | (Jointly Administered) |

**ORDER GRANTING THE FINAL FEE
APPLICATION OF BDO USA, P.C. FOR COMPENSATION
AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM
OCTOBER 1, 2025 THROUGH AND INCLUDING DECEMBER 12, 2025**

Upon consideration of the application ("Application")[2] of BDO USA, P.C. ("BDO") for

allowance of compensation for professional services rendered in the above captioned chapter 11

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://omniagentsolutions.com/Prospect.  The Debtors' mailing address is 3824 Hughes Ave., Culver City, CA 90232.

[2] Each capitalized term used but not otherwise defined herein shall have the meaning ascribed to it in the Application.

2

cases during the period from October 1, 2025 through and including December 12, 2025 (the "Final Fee Period"), it is **HEREBY ORDERED THAT**:

1. BDO is granted final allowance of compensation in the amount of $592,867.60 for the Final Fee Period.

2. BDO is granted final allowance of reimbursements for expenses incurred in the amount of $0.00 for the Final Fee Period.

3. The Debtors are authorized and directed to remit payment to BDO of such allowed compensation and expense reimbursement amounts, less any and all amounts previously paid on account of such fees and expenses.

4. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this order.

**# # # END OF ORDER # # #**

Submitted by:

**SIDLEY AUSTIN LLP**
Thomas R. Califano (24122825)
Rakhee V. Patel (00797213)
Maegan Quejada (24105999)
2021 McKinney Avenue, Suite 2000
Dallas, Texas 75201
Telephone: (214) 981-3300
Facsimile: (214) 981-3400
Email: tom.califano@sidley.com
 rpatel@sidley.com
 mquejada@sidley.com

SIDLEY AUSTIN LLP
William E. Curtin (admitted *pro hac vice*)
Patrick Venter (admitted *pro hac vice*)
Anne G. Wallice (admitted *pro hac vice*)
787 Seventh Avenue
New York, New York 10019
Telephone: (212) 839-5300
Facsimile: (212) 839-5599
Email: wcurtin@sidley.com
 pventer@sidley.com
 anne.wallice@sidley.com

*Attorneys for the Debtors*
*and Debtors in Possession*