Mark C. Moore (TX 24074751)
Mary M. Rofaeil (TX 24119467
Foley & Lardner LLP
2021 McKinney Avenue, Suite 1600
Dallas, TX 75201
Telephone: (214) 999-3000
Facsimile:  (214) 999-4667
mmoore@foley.com
mary.rofaeil@foley.com

*Counsel for Los Angeles Network
for Enhanced Services (LANES)*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| PROSPECT MEDICAL HOLDINGS, INC., *et al.*,[1] | § | Case No. 25-80002-sgj11 |
| | § | |
| | § | (Jointly Administered) |
| Debtors. | § | |
| | § | |

**NOTICE OF WITHDRAWAL OF APPLICATION OF
LOS ANGELES NETWORK FOR ENHANCED SERVICES FOR ALLOWANCE
AND PAYMENT OF ADMINISTRATIVE CLAIM PURSUANT TO
11 U.S.C. § 503(b)(9), AND RELATED RELIEF**
(Related to Docket No. 2346)

Los Angeles Network for Enhanced Services ("LANES") respectfully represents that:

1.     LANES filed the *Application of Los Angeles Network for Enhanced Services for Allowance and Payment of Administrative Claim Pursuant to 11 U.S.C. § 503(b)(9), and Related Relief* [Docket No. 2346] (the "Admin Expense Claim").

2.     The Admin Expense Claims has been resolved between the Parties.

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://omniagentsolutions.com/Prospect. The Debtors' mailing address is 3824 Hughes Ave., Culver City, CA 90232.

4916-6422-7670.1

3.    Counsel for LANES, therefore, requests that the Admin Expense Claim be withdrawn.

Dated:  January 29, 2026                    Respectfully submitted,

                                            By:    */s/ Mark C. Moore*
                                                   Mark C. Moore (TX 24074751)
                                                   Mary M. Rofaeil (TX 24119467
                                                   Foley & Lardner LLP
                                                   2021 McKinney Avenue, Suite 1600
                                                   Dallas, TX 75201
                                                   Telephone: (214) 999-3000
                                                   Facsimile:  (214) 999-4667
                                                   mmoore@foley.com
                                                   mary.rofaeil@foley.com

                                                   *Counsel for Los Angeles Network
                                                   for Enhanced Services (LANES)*

2

4916-6422-7670.1

## CERTIFICATE OF SERVICE

I certify that I caused the foregoing document to be filed on January 29, 2026, using the

Court's CM/ECF System which caused it to be served upon those parties registered in the system

as indicated below.

/s/ Mary Rofaeil
Mary Rofaeil

3

4916-6422-7670.1