SIDLEY AUSTIN LLP
Thomas R. Califano (24122825)
Rakhee V. Patel (00797213)
Maegan Quejada (24105999)
2021 McKinney Avenue, Suite 2000
Dallas, Texas 75201
Telephone:   (214) 981-3300
Facsimile:   (214) 981-3400
Email:   tom.califano@sidley.com
         rpatel@sidley.com
         mquejada@sidley.com

SIDLEY AUSTIN LLP
William E. Curtin (admitted *pro hac vice*)
Patrick Venter (admitted *pro hac vice*)
Anne G. Wallice (admitted *pro hac vice*)
787 Seventh Avenue
New York, New York 10019
Telephone: (212) 839-5300
Facsimile: (212) 839-5599
Email:   wcurtin@sidley.com
         pventer@sidley.com
         anne.wallice@sidley.com

*Attorneys for the Debtors
and Debtors in Possession*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| PROSPECT MEDICAL HOLDINGS, INC., *et al.*,[1] | Case No. 25-80002 (SGJ) |
| Debtors. | (Jointly Administered) |

**NOTICE OF THIRD STIPULATION AND AGREED ORDER
BETWEEN THE DEBTORS AND THE STATE OF RHODE ISLAND
REGARDING THE DEBTORS' RHODE ISLAND TRANSFER MOTION**

**PLEASE TAKE NOTICE** that, pursuant to the Third Stipulation and Agreed Order attached hereto as **Exhibit A**, Prospect Medical Holdings, Inc. and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "Debtors"), and Rhode Island Attorney General Peter F. Neronha have, in connection with the *Debtors' Motion for Entry of an Order (I) Granting Relief from the Centurion Sale Order and (A) Authorizing the*

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://omniagentsolutions.com/Prospect. The Debtors' mailing address is 3824 Hughes Ave., Culver City, CA 90232.

*Transfer of the Rhode Island Hospitals to the State of Rhode Island, or (B) in the Alternative, Approving the Closure of the Rhode Island Hospitals; and (II) Granting Related Relief* [Docket No. 3666], the *Stipulation and Agreed Order Between the Debtors and the State of Rhode Island Regarding the Debtors' Rhode Island Transfer Motion* [Docket No. 3758] and the *Second Stipulation and Agreed Order By and Among the Debtors and the State of Rhode Island Regarding the Debtors' Rhode Island Transfer Motion* [Docket No. 4110], agreed to a resolution regarding the Debtors' Rhode Island hospitals on the terms set forth in **Exhibit A**.

[*Remainder of the page intentionally left blank.*]

## Certificate of Service

I certify that on January 29, 2026, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Northern District of Texas.

*/s/ Thomas R. Califano*
Thomas R. Califano