**Board of Health**
Rosemarie Halt, *Chair*
Lily Higgins, MD, *Vice Chair*
Patrick Brennan, MD
Annemarie Hirsch
Lonnese Bodison



Lora Siegmann Werner, MPH
*Director*

Stephanie Reese, MSN, MBA, RN
*Deputy Director*

*Promoting and Protecting the Health of Delaware County*

The Honorable Stacey G. C. Jernigan
Earle Cabell Federal Building
1100 Commerce St #1254
Dallas, TX 75242

**FILED**

FEB 0 5 2026

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

January 26, 2026

Dear Judge Jernigan:

Delaware County understands that the maintenance of the Crozer Health System former patient medical records is an ongoing cost burden and as there is no sustainable funding source identified to support this enduring maintenance cost.

We appreciate the provisions that have been made to date for individual patients to request electronic copies of their records via Morgan Medical Records and that due to the bankruptcy court's arrangement with The Foundation for Delaware County, access to these records as been at no cost to individual patients as of this fall. However, this process to request these records is cumbersome and requires a level of digital facility that not all residents have, particularly our most vulnerable patients who may have unstable housing and/or electronic access and it does not provide access to health providers unless the patient is able to share the electronic files they obtain with their new providers. At this time, we do not have any information on how many patients have been able to navigate this process. **It would be extremely helpful if Prospect could share information from Morgan about how many patients have successfully received their records. We all could use these data to amplify public communications with former patients in this final stage while they will still be able to personally request their records.**

In addition, we would like to propose a solution to Prospect and the court that would mitigate the loss of patient access to these records and support the regional healthcare system's access to at least some of this information. **We strongly urge that Prospect consult with HealthShare Exchange (HSX) about the transfer of any of the former Crozer health system electronic records that are feasible to do so into the HSX regional electronic system.** HSX works with health systems to onboard electronic records from the health system providing them. We understand that prior to its closure, Prospect/Crozer Health System had started sharing medical records information with HSX, but this was limited to patient encounter data only. Per preliminary conversations between HSX and the Delaware County Health Department, HSX is available to work with Prospect and/or Morgan to discuss what might be possible to enhance the transfer of additional records. Although this would not provide medical records to individual

patients, it would increase the ability of their new healthcare providers to consider their past medical history, testing results, hospitalizations, etc. and facilitate appropriate documentation for insurance reimbursement requirements. It would be helpful to understand if Morgan is a business associate of a covered entity i.e., Prospect) if we initiate these discussions.

HSX is a nonprofit community-directed organization that gathers and makes electronic patient health information available securely at the point of care throughout the Greater Philadelphia/Delaware Valley area's healthcare ecosystem. HSX links disparate electronic medical record (EMR) systems of hospitals, health systems and healthcare stakeholders across the continuum of care along with the clinical data of healthcare insurers for Pennsylvania, New Jersey and Delaware, HSX is a HITRUST certified organization, a PA P3N certified Health Information Organization (HIO), and is part of the national eHealth Exchange.

Thank you for consideration of this request to support the thousands of Delaware County residents impacted by the collapse of the Crozer Health System. I would be happy to facilitate a next step discussion with HSX if this is possible.

Sincerely,

Lora Siegmann Werner, MPH

Director, Delaware County Health Department
215-588-9778 Personal Mobile
610-871-4211 Office Phone and Fax
wernerl@co.delaware.pa.us