B2570 (Form 2570 – Subpoena to Produce Documents, Information, or Objects or To Permit Inspection in a Bankruptcy Case or Adversary Proceeding) (12/15)

# UNITED STATES BANKRUPTCY COURT

__Northern__ District of __Texas__

In re __Prospect Medical Holdings, Inc., et al.__
   Debtor

*(Complete if issued in an adversary proceeding)*

_____
   Plaintiff
   v.
_____
   Defendant

Case No. __25-80002 (SGJ)__

Chapter __11__

(Jointly Administered)

Adv. Proc. No. _____

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A BANKRUPTCY CASE (OR ADVERSARY PROCEEDING)

To: __Prospect Medical Holdings, Inc. c/o The Corporation Trust Company, 1209 Orange St., Wilmington, DE 19801__
*(Name of person to whom the subpoena is directed)*

[x] *Production*: **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material:   See Exhibit A

| PLACE | DATE AND TIME |
|---|---|
| 1100 Commerce Street, 14th Floor, Courtroom 1, Dallas Texas | 2/19/2026 at 2:30 p.m. |

[ ] *Inspection of Premises*: **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| PLACE | DATE AND TIME |
|---|---|
|  |  |

The following provisions of Fed. R. Civ. P. 45, made applicable in bankruptcy cases by Fed. R. Bankr. P. 9016, are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and 45(g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: __2/9/2026__

CLERK OF COURT

_____        OR        _____
*Signature of Clerk or Deputy Clerk*                                *Attorney's signature*

The name, address, email address, and telephone number of the attorney representing *(name of party)* __Veradigm, LLC and Altera Digital Health, Inc.__, who issues or requests this subpoena, are:
Jason Blackstone and Jeffrey Garfinkle, Buchalter LLP, 2626 Cole Avenue, Suite 300, Dallas, Texas 75204, Tel:214-263-7500; jblackstone@buchater.com

**Notice to the person who issues or requests this subpoena**

If this subpoena commands the production of documents, electronically stored information, or tangible things, or the inspection of premises before trial, a notice and a copy of this subpoena must be served on each party before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).