Scott A. Zuber, Esq. (admitted *pro hac vice*)
Terri Jane Freedman, Esq. (admitted *pro hac vice*)
**CHIESA SHAHINIAN & GIANTOMASI PC**
105 Eisenhower Parkway
Roseland, NJ  07068
Tel:    (973) 325-1500
Fax:    (973) 325-1501
Email: szuber@csglaw.com
          tfreedman@csglaw.com
*Attorneys for Cardinal Health*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| In re:<br><br>PROSPECT MEDICAL HOLDINGS, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 25-80002-sgj<br><br>(Jointly Administered) |

**NOTICE OF CONTINUED HEARING ON MOTION OF CARDINAL HEALTH 200, LLC, CARDINAL HEALTH 414, LLC, AND CARDINAL HEALTH PHARMACY SERVICES, LLC FOR THE ENTRY OF AN ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY, FOR CAUSE, TO SET OFF MUTUAL PRE-PETITION OBLIGATIONS, OR, IN THE ALTERNATIVE, FOR RECOUPMENT OF PREPETITION CREDITS**

(Related Docket Entry No. 4486)

**PLEASE TAKE NOTICE** that a preliminary hearing has been set on the motion of Cardinal Health 200, LLC, Cardinal Health 414, LLC; and Cardinal Health Pharmacy Services, LLC (collectively referred to as "Cardinal Health") for an order granting relief from the automatic stay, for cause, to set off mutual pre-petition obligations, or, in the alternative, for recoupment of prepetition credits (the "Motion") for **February 12, 2026, at 1:30 p.m. (prevailing Central Time)** before the Honorable Chief Judge Stacey G. C. Jernigan.

---

[1] A complete list of each of the debtors (the "Debtors") in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://omniagentsolutions.com/Prospect. The Debtors' mailing address is 3824 Hughes Ave., Culver City, CA 90232.

4922-7603-5215.v1

**PLEASE TAKE FURTHER NOTICE** that the hearing on Cardinal Health's Motion has been continued to **March 19, 2026, at 1:30 p.m. (prevailing Central Time).**

**PLEASE TAKE FURTHER NOTICE** that the preliminary hearing will be held virtually using the following platforms:

<u>**For WebEx Video Participation/Attendance:**</u>
**Link:  https://us-courts.webex.com/meet/jerniga**
<u>**For WebEx Telephonic Only Participation/Attendance:**</u>
**Dial-In: 1.650.479.3207**
**Meeting ID: 2304 154 2638**

**PLEASE TAKE FURTHER NOTICE** that, the WebEx hearing Instructions may be obtained from Judge Jernigan's hearing/calendar site: **https://www.txnb.uscourts.gov/judgesinfo/hearing-dates/chief-judgejernigans-hearing-dates**. Parties should review the Webex instructions prior to the hearing.

**PLEASE TAKE FURTHER NOTICE** that, hearing appearances must be made electronically in advance of electronic hearings. To make your appearance, click the "Electronic Appearance" link on Judge Jernigan's homepage: **https://www.txnb.uscourts.gov/content/chief-judge-stacey-g-c-jernigan**. Select the case name, complete the required fields and click "Submit" to complete your appearance.

Dated:  February 11, 2026           By:    */s/ Terri Jane Freedman*
                                          Scott A. Zuber, Esq. (admitted *pro hac vice*)
                                          Terri Jane Freedman, Esq. (admitted *pro hac vice*)
                                          **CHIESA SHAHINIAN & GIANTOMASI PC**
                                          105 Eisenhower Parkway
                                          Roseland, NJ 07068
                                          Phone: (973) 325-1500
                                          Fax: (973) 325-1501
                                          E-mail: szuber@csglaw.com
                                                    tfreedman@csglaw.com

                                          *Attorneys for Cardinal Health*

4922-7603-5215.v1

## CERTIFICATE OF SERVICE

I hereby certify that on February 11, 2026, a true and correct copy of the foregoing document was served via the Court's CM/ECF notification system.

|  |  |
|---|---|
| Dated: February 11, 2026 | /s/ Terri Jane Freedman<br>Terri Jane Freedman |

4922-7603-5215.v1