**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

|  |  |
|---|---|
| In re: | Chapter 11 |
| PROSPECT MEDICAL HOLDINGS, INC., *et al.*[1] | Case No. 25-80002 (SGJ) |
| Debtors. | (Jointly Administered)<br>Rel. to Dkt. Nos. 3006, 3337 & 3554 |

**SUPPLEMENTAL DECLARATION OF CHRISTOPHER ARNETT IN SUPPORT OF DEBTORS' OBJECTION TO VERADIGM AND ALTERA DIGITAL HEALTH INC.'S (1) MOTION TO COMPEL PAYMENT OF ADMINISTRATIVE CLAIM; (2) MOTION TO COMPEL ASSUMPTION OR REJECTION OF EXECUTORY CONTRACTS OR, IN THE ALTERNATIVE, MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

I, Christopher Arnett, pursuant to section 1746 of title 28 of the United States Code, hereby declare that the following is true to the best of my knowledge, information, and belief:

1.      I submit this supplemental declaration (this "Declaration") in support of the *Debtors' Objection to Veradigm and Altera Digital Health Inc.'s (1) Motion to Compel Payment of Administrative Claim; (2) Motion to Compel Assumption or Rejection of Executory Contracts or, in the Alternative, Motion for Relief from the Automatic Stay* [Docket No. 3337] (the "Objection"), which seeks denial of *Veradigm and Altera Digital Health Inc.'s (1) Motion to Compel Payment of Administrative Claim; and (2) Motion to Compel Assumption or Rejection of Executory Contracts or, in the Alternative, Motion for Relief From the Automatic Stay* [Docket No. 3006] (the "Motion")[2] filed by Veradigm and Altera Digital Health, Inc. (together,

---

1    A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://omniagentsolutions.com/Prospect.  The Debtors' mailing address is 3824 Hughes Ave., Culver City, CA 90232.

2    Capitalized terms used but not otherwise defined herein have the meanings ascribed to such terms in the Objection or Motion, as applicable.

the "Movants").  By the Motion, the Movants seek to compel payment of all post-petition amounts

claimed by Movants and assumption or rejection of the underlying agreements or to lift the

automatic stay to allow the Movants to terminate the underlying agreements.

2.      On October 20, 2025, the Movants filed *Veradigm and Altera Digital Health Inc.'s

*Reply to Debtors' Objection to (1) Motion to Compel Assumption or Rejection of Executory*

*Contracts or, in the Alternative, Motion for Relief From the Automatic Stay* [Docket No. 3554]

(the "Reply").

3.      On October 23, 2025, the Debtors filed the *Declaration of Christopher Arnett in*

*Support of Debtors' Objection to Veradigm and Altera Digital Health Inc.'s (1) Motion to Compel*

*Payment of Administrative Claim; (2) Motion to Compel Assumption or Rejection of Executory*

*Contracts or, in the Alternative, Motion for Relief from the Automatic Stay* [Docket No. 3587]

(the "Original Declaration").

4.      Except as otherwise indicated, all facts set forth in this Declaration are based upon

my personal knowledge, my discussions with the Debtors and their management team and

advisors, discussions between the Debtors and the Movants, my review of relevant documents and

information concerning the Debtors' operations and financial affairs or my opinions based upon

my experience and knowledge.  I am over the age of 18 and authorized to submit this Declaration

on behalf of the Debtors.  If called upon to testify, I could and would testify competently to the

facts set forth in this Declaration.

5.      In accordance with the agreement between the parties at the confirmation hearing,

the Debtors have been depositing into escrow amounts that are disputed with the Movants related

to the Agreements.  $662,810.34 has been deposited into escrow for disputed amounts as it relates

to the Agreements with Altera.  Additionally, $471,089.85 has been deposited into escrow for

disputed amounts as it relates to the Agreements with Veradigm.  The Debtors have remitted payment for all undisputed amounts as or around the time they come due.  Since the Petition Date and through January 31, 2026, the Debtors have paid approximately $731,874.82 to Altera and approximately $1,008,759.26 to Veradigm on account of undisputed amounts related to the applicable agreements with Altera and Veradigm.

6.      Attached hereto as **Exhibit A** is a table summarizing the postpetition amounts disputed by the Debtors as it relates to the Agreements, separated by the applicable Movant and Agreement.

*[Remainder of Page Intentionally Left Blank.]*

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated:  February 17, 2026

/s/ Christopher Arnett
Christopher Arnett
Managing Director
Alvarez & Marsal North America, LLC

**Exhibit A**

Summary of Disputed Postpetition Amounts Under Applicable Agreement

| Altera Agreements | | |
|---|---|---|
| **Agreement** | **Buyer** | **Disputed** |
| Sunrise Surgical Care Agreement | NOR | $13,355.50 |
| Touchworks Master Agreement | Hartford | $649,474.84 |
| *TOTAL* | | *$662,810.34* |

| Veradigm Agreement | | |
|---|---|---|
| **Agreement** | **Buyer** | **Disputed** |
| FollowMyHealth Portal Agreement | Hartford | $156,140.30 |
| FollowMyHealth Portal Agreement | UConn | $314,949.55 |
| *TOTAL* | | *$471,089.85* |