The Law Office of Vincent P. Slusher
Vincent P. Slusher (00785480)
2121 N. Akard St., Suite 250
Dallas, Texas 75201
Telephone:  (214) 478-5926
Email:  vince.slusher@proton.me

*Conflicts Counsel for the Debtors*
*and Debtors in Possession*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| PROSPECT MEDICAL HOLDINGS, INC., *et al.*,[1] | Case No. 25-80002 (SGJ) |
| Debtors. | (Jointly Administered) |

**EMERGENCY NOTICE OF HEARING FOR FEBRUARY 19, 2026 SETTING**

**PLEASE TAKE NOTICE** that an **emergency hearing** has been scheduled for **February 19, 2026, at 2:30 p.m. (prevailing Central Time)** before the Honorable Stacey G.C. Jernigan to consider the following matter:

1. *Debtors' Emergency Motion for a Protective Order and, in the Alternative, to Quash with Respect to Subpoena Filed by Veradigm, LLC and Altera Digital Health, Inc.* [Docket No. 4690]

**PLEASE TAKE FURTHER NOTICE** that parties may participate in the hearing either in person or by an audio and video connection.

**PLEASE TAKE FURTHER NOTICE** that, parties who wish to appear and participate in the Hearing by videoconference may do so via WebEx at the following link:

**LINK:**       https://us-courts.webex.com/meet/jerniga

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://omniagentsolutions.com/Prospect. The Debtors' mailing address is 3824 Hughes Ave., Culver City, CA 90232.

1

**PLEASE TAKE FURTHER NOTICE** that, the WebEx hearing Instructions may be obtained from Judge Jernigan's hearing/calendar site: **https://www.txnb.uscourts.gov/judges-info/hearing-dates/chief-judgejernigans-hearing-dates.** Parties should review the Webex instructions prior to the hearing.

- **Dial-In:** 650.479.3207

- **Access Code:** 2304 154 2638

**PLEASE TAKE FURTHER NOTICE** that, hearing appearances must be made electronically in advance of electronic hearings. To make your appearance, click the "Electronic Appearance" link on Judge Jernigan's homepage: **https://www.txnb.uscourts.gov/content/chief-judge-stacey-g-c-jernigan.** Select the case name, complete the required fields and click "Submit" to complete your appearance.

**PLEASE TAKE FURTHER NOTICE** that, copies of the foregoing pleadings may be obtained (i) at the website established by the Debtors' noticing agent, Omni Agent Solutions, Inc., at https://omniagentsolutions.com/Prospect, (ii) from the Court's website http://www.txnb.uscourts.gov via ECF/Pacer, or (iii) upon request to the undersigned.

[*Remainder of page intentionally left blank.*]

| | |
|---|---|
| Dated: February 18, 2026<br>Dallas, Texas | */s/ Vincent P. Slusher*<br>The Law Office of Vincent P. Slusher<br>Vincent P. Slusher (00785480)<br>2121 N. Akard St., Suite 250<br>Dallas, Texas 75201<br>Telephone:     (214) 478-5926<br>Email:             vince.slusher@proton.me<br><br>*Conflicts Counsel for the Debtors*<br>*and Debtors in Possession* |

## Certificate of Service

I certify that on February 18, 2026, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Northern District of Texas.

*/s/ Vincent P. Slusher*
Vincent P. Slusher