**GREENBERG TRAURIG, LLP**

| | |
|---|---|
| Jared Robert Weir (SBN 24075253) | Shari L. Heyen (SBN 09564750) |
| 2200 Ross Avenue, Suite 5200 | Kristen Jacobsen (admitted *pro hac vice*) |
| Dallas, Texas 75201 | 1000 Louisiana Street, Suite 6700 |
| Telephone: (214) 665-3600 | Houston, Texas 77002 |
| Facsimile: (214) 665-3601 | Telephone: (713) 374-3500 |
| Email: Jared.Weir@gtlaw.com | Facsimile: (713) 374-3505 |
| | Email: Shari.Heyen@gtlaw.com |
| | Kristen.Jacobsen@gtlaw.com |

*Counsel to Suzanne A. Koenig, in her capacity as Patient Care Ombudsman*

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | |
|---|---|
| In re:<br><br>PROSPECT MEDICAL HOLDINGS, INC., *et al.*,[1]<br><br>                Debtors. | Chapter 11<br><br>Case No. 25-80002 (SGJ)<br><br>(Jointly Administered)<br><br>**Re: Docket No. 4680** |

**CERTIFICATE OF NO OBJECTION FOR THE ELEVENTH MONTHLY FEE APPLICATION OF SAK MANAGEMENT SERVICES, LLC *D/B/A* SAK HEALTHCARE, AS MEDICAL OPERATIONS ADVISOR TO SUZANNE KOENIG, THE PATIENT CARE OMBUDSMAN, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM DECEMBER 1, 2025 THROUGH AND INCLUDING DECEMBER 31, 2025**

**PLEASE TAKE NOTICE** that on February 16, 2026, SAK Management Services, LLC *d/b/a* SAK Healthcare ("SAK Healthcare"), medical operations advisor to Suzanne Koenig, solely in her capacity as the Patient Care Ombudsman (the "Ombudsman"), filed its *Eleventh Monthly Fee Application of SAK Management Services, LLC d/b/a SAK Healthcare, as Medical Operations*

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://omniagentsolutions.com/Prospect. The Debtors' mailing address is 3824 Hughes Ave., Culver City, CA 90232.

ACTIVE 719889061v1

*Advisor to Suzanne Koenig, the Patient Care Ombudsman, for Allowance of Compensation and Reimbursement of Expenses for the Period from December 1, 2025 Through and Including December 31, 2025* [Docket No. 4680] (the "Eleventh Monthly Application") with the United States Bankruptcy Court for the Northern District of Texas (the "Court").

**PLEASE TAKE FURTHER NOTICE** that any objections to the Eleventh Monthly Application were due on February 26, 2026, at 4:00 p.m. (prevailing Central Time) (the "Objection Deadline").

**PLEASE TAKE FURTHER NOTICE** that as of the Objection Deadline, SAK Healthcare has not received any objections, formal or informal, to the Eleventh Monthly Application, and no objections have been filed with this Court.

**PLEASE TAKE FURTHER NOTICE** that pursuant to the *Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals and (II) Retained Related* Relief [Docket No. 608] (the "Interim Compensation Procedures Order"), upon the expiration of the Objection Deadline, a retained professional may file a certificate of no objection with the Court with respect to the unopposed portion of the fees and/or expenses requested in the applicable monthly fee statement (each a "CNO"). After the filing of a CNO, the Debtors are authorized and directed to pay the retained professional an amount equal to eighty percent (80%) of the fees and one hundred percent (100%) of the expenses requested in the applicable monthly fee statement.

*[Remainder of Page Intentionally Left Blank]*

| | |
|---|---|
| Date: February 28, 2026<br>Dallas, Texas | **GREENBERG TRAURIG, LLP**<br><br>By: */s/ Jared R. Weir*<br>Jared R. Weir (SBN 24075253)<br>2200 Ross Avenue, Suite 5200<br>Dallas, Texas 75201<br>Telephone: (214) 665-3600<br>Facsimile: (214) 665-3601<br>Email: Jared.Weir@gtlaw.com<br><br>– and –<br><br>Shari L. Heyen (SBN 09564750)<br>Kristen Jacobsen (admitted *pro hac vice*)<br>1000 Louisiana Street, Suite 6700<br>Houston, Texas 77002<br>Telephone: (713) 374-3500<br>Facsimile: (713) 374-3505<br>Email: Shari.Heyen@gtlaw.com<br>　　　　Kristen.Jacobsen@gtlaw.com<br><br>***Counsel for Suzanne A. Koenig, in her capacity as the Patient Care Ombudsman*** |

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 28, 2026, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Northern District of Texas.

　　　　　　　　　　　　　　　　　By: */s/ Jared R. Weir*
　　　　　　　　　　　　　　　　　　　　Jared R. Weir

3

ACTIVE 719889061v1