**Exhibit A**

**To Be Supplemented Later**