## Exhibit C

## NOR Reply

**From:** Aimee Gill <agill@hsahospitals.com>
**Sent:** Tuesday, April 14, 2026 4:14 PM
**To:** Nioura Ghazni <nghazni@sheppard.com>; Samuels, Eric <Eric.Samuels2@hsahospitals.com>; Gill, Faisal <fgill@hsahospitals.com>
**Cc:** franks@saidara.org; Adam Marks <amarks@sheppard.com>; Kanasha Herbert <kherbert@sheppard.com>
**Subject:** Re: EXTERNAL: RE: Medical Malpractice Complaint - Southern California Hospital at Culver City

Nioura,

Per the agreement between the parties, NOR is only liable for the resolution and payment of the portion of medical malpractice claims "arising out of, or relating to any act, omission, event or occurrence with respect to the use, ownership or operation by the Seller Parties of the Business or any Transferred Asset relating to any period at or after the Petition Date to which the Business would be Liable".

The Steele matter deals with claims of malpractice which pre-date the Petition date, and are thus not NOR's liability.

In regards to any other claims to which are named against Prospect, NOR did not agree to pay for the defense of such claims. There is no hold harmless agreement where we agreed to pay for all actions in defending Prospect. NOR only agreed to resolve and pay any claims for events that occur from operating or owning the Business **relating to any period at or after the Petition date to which the Business would be liable**. By your interpretation, you have ignored these terms and the clear and unambiguous language of the agreement.

First, your interpretation when reading in comparison with the language of the agreement has a clear dissonance that cannot be fixed. In order for the language to fit your interpretation, the agreement needed to either say "regardless of the time period" or not have any mention of "at or after the Petition date". As it reads through clear interpretation, the parties agreed that NOR would take on the liability of paying any medical malpractice claims that the LA Prospect hospitals would be liable for if the claim was based on an event that took place on or after the Petition Date.

At this time, there is no indication based on mere allegations in a complaint that the Business would be liable. This is still well within the role of Prospect and the bankruptcy estate to defend the claim.

If Prospect takes the position to ignore and fail to defend legal claims, NOR will refuse to pay such amounts and file a counterclaim based in tort.

Last, these lawsuits were not sent via proper notice per the APA.

Sincerely,
Aimee



**Aimee Gill**
**Regulatory Counsel**

Direct: 754.350.6006
Mobile: 802.233.3297