# Objection Letter

**FILED**

APR 2 7 2026

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

## Prospect. Medical Holdings

Case Number: 25-80002 (SGJ)

**Megan Woodson**

885 N Main Street

Waterbury, CT 06704 Unit 8

(203) 808-9203

I hope this message finds you well. I am writing to formally express my objection to the motion of the the trustee of the Prospect GUC trust for entry of an order of an order further extending the deadline to file notice to remove actions. I am hoping to outline my concerns and reasoning, with hope of seeking a favorable reconsideration.

Firstly, the rezoning proposal seems to overlook my initial complaint and case filed with the CHRO (Human Rights Commission) April, 2024. During that time exhibits was provided and my complaint was accepted and investigated. With proper reasoning counseling was made along with a propose offer. The initial offer was denied and bankruptcy was filed after my complaint. I then received a release letter to jurisdiction. I then pursued with the proper protocol and filing fees.

I am a single mother of three. This occurrence has caused a great amount of mental distress. Financial hardship, and body pain. Which caused a domino effect on me and my kid's livelihood. I am still seeking therapy and is not fully recovered. Having to start my life completely over this has put me and my kids in a very compromising position. I worked the entire Intensive Care unit at Waterbury Hospital by myself for months. The concerns was ignored. Physically and mentally it took a drastic toll on my body and life.  While filing complaints to Human Resource and the above management team but, was ignored. I provided proper evidence to show proof. Which I still have copies and emails of.

Given the critical importance with the above matter at hold I am seeking favorable reconsideration that this is not extended to remove any actions any longer due to the fact that

this is past the initial deadline with the request now for a Second extension. With the long term effect to my life my case has already caused. I am writing this to object.

Megan. Woodson.

Megan Woo

4/24/26.