**SILLS CUMMIS & GROSS P.C.**
Andrew H. Sherman (admitted *pro hac vice*)
Boris I. Mankovetskiy (admitted *pro hac vice*)
One Riverfront Plaza
Newark, New Jersey 07102
Telephone: (973) 643-7000
Email: asherman@sillscummis.com
        bmankovetskiy@sillscummis.com

*Counsel for the Prospect GUC Trust*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

|  |  |
|---|---|
| In re: | Chapter 11 |
| Prospect Medical Holdings, Inc., *et al.*,[1] | Case Number: 25-80002 (SGJ) |
| Wind-Down Debtors. | (Jointly Administered) |

## MOTION OF THE PROSPECT GUC TRUST TO WAIVE
## THE LOCAL COUNSEL REQUIREMENT OF LOCAL RULE 2090-4

The Prospect GUC Trust (the "Trust"), by and through its counsel, Sills Cummis & Gross P.C. ("Sills"), hereby files this motion (the "Motion") requesting, *inter alia*, that this Court waive the local counsel requirement prescribed by Rule 2090-4(a) of the Local Bankruptcy Rules of the United States Bankruptcy Court for the Northern District of Texas (the "Local Rules") to allow Sills to represent the Trust in the above-captioned chapter 11 cases (these "Cases"), and in support, states as follows:

1.      Beginning on January 11, 2025 (the "Petition Date"), each of the above-captioned debtors (collectively, the "Debtors") filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code with this Court.

---

[1]      A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Reorganized Debtors' claims and noticing agent at https://omniagentsolutions.com/Prospect.  The Debtors' mailing address is 3824 Hughes Ave., Culver City, CA 90232.

2. On December 15, 2025, this Court entered an order[2] confirming the *Debtors' Second Amended Joint Chapter 11 Plan of Prospect Medical Holdings, Inc. and its Debtor Affiliates* (the "Plan").[3] The Debtors' Plan became effective on March 6, 2026, on which date the Trust was established pursuant to the Plan and related documents.

3. Rule 2090-4(a) of the Local Rules requires an attorney appearing in a case in the Northern District of Texas to retain local counsel if that attorney does not reside or maintain an office within 50 miles of the Northern District of Texas Federal District Court and this Court. However, Local Rule 2090-4(a) provides that counsel may seek leave of the Court to proceed without local counsel. As Sills does not maintain an office within 50 miles of the Northern District of Texas Federal District Court and this Court, the Trust seeks leave to proceed without hiring local counsel in accordance with Local Rule 2090-4(a).

4. Sills is a firm with significant experience representing creditors in bankruptcies in the State of Texas. Sills is also familiar with the Local Rules, and has appeared in cases before this Court, including, without limitation, as (i) counsel to Compass Group USA, Inc. in these Cases; and (ii) co-counsel to the Official Committee of Unsecured Creditors in *CareMax, Inc., et al.*, Case No. 24-80093. With these capabilities, the Trust believes that Sills is able to present and argue the Trust's position(s) at hearings called by this Court on short notice as required by Local Rule 2090-4(b). Accordingly, the Trust submits that Sills' experience and qualifications lessen the requirements for local counsel. Andrew H. Sherman and Boris Mankovetskiy of Sills were admitted *pro hac vice* in these Cases on March 31, 2025, at Docket Nos. 1409 & 1410. Further, to the extent necessary, Mr. Sherman and Mr. Mankovetskiy request to expand their *pro hac vice* admissions to allow the representation of the Prospect GUC Trust.

---

[2] Docket No. 4230.

[3] Docket No. 4182. Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Plan.

5.     In light of the foregoing, the Trust believes that good cause exists for a waiver of the local counsel requirement set forth in Local Rule 2090-4(a).  If the Court does not believe the requested waiver is warranted, the Trust will retain local counsel in accordance with Local Rule 2090-4(a).

6.     A proposed order granting the requested relief is attached hereto as **Exhibit A**.

Dated:  April 28, 2026

**SILLS CUMMIS & GROSS P.C.**

By: */s/ Andrew H. Sherman*
Andrew H. Sherman (admitted *pro hac vice*)
Boris I. Mankovetskiy (admitted *pro hac vice*)
One Riverfront Plaza
Newark, NJ 07102
Tel: (973) 643-7000
Email: asherman@sillscummis.com
          bmankovetskiy@sillscummis.com

-and-

**KELLEY DRYE & WARREN LLP**

*/s/  Jason R. Adams*
Jason R. Adams
Eric R. Wilson (admitted *pro hac vice*)
Kristin S. Elliott (admitted *pro hac vice*)
3 World Trade Center
175 Greenwich Street
New York, NY 10007
Tel: (212) 808-7800
Fax: (212) 808-7897
Email: jadams@kelleydrye.com
        ewilson@kelleydrye.com
        kelliott@kelleydrye.com

*Counsel for the Prospect GUC Trust*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on April 28, 2026, a true and correct copy of the foregoing document was served via ECF notification on all parties entitled to ECF notification in this case.

*/s/ Jason R. Adams*
Jason R. Adams