Alejandra Garcia Castro (State Bar No. 24131325)
HUSCH BLACKWELL LLP
1900 N. Pearl, Suite 1800
Dallas, TX  75201
Telephone: (214) 999-6100
Facsimile: (214) 999-6170
Email: alejandra.garciacastro@huschblackwell.com

Caleb T. Holzaepfel (TN BPR #33356)
(*Admitted Pro Hac Vice*)
HUSCH BLACKWELL LLP
736 Georgia Avenue, Suite 300
Chattanooga, TN  37402
Telephone: (423) 266-5500
Facsimile: (423) 266-5499
Email:  caleb.holzaepfel@huschblackwell.com

Jeffrey C. Wisler (DE #2795)
CONNOLLY GALLAGHER LLP
1201 N. Market Street, 20th Floor
Wilmington, DE  19801
Telephone: (302) 757-7300
Facsimile: (302) 658-0380

Counsel for Cigna Health and Life Insurance Company

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| In re:<br><br>Prospect Medical Holdings, Inc., *et al*.,<br><br>Debtors. | Chapter 11<br>Case No. 25-80002 (SGJ)<br>Jointly Administered<br><br>**Re: Docket No. 5117, 5118** |

**OBJECTION OF CIGNA TO REJECTION AND
DEFERRED DECISION EXTENSION NOTICES**

Cigna Health and Life Insurance Company and certain of its affiliates ("Cigna") hereby object to the *Notice of Rejection of Certain Executory Contracts and Unexpired Leases Previously Identified as Deferred Decision Contracts* [Docket No. 5117] ("Rejection Notice") and *Notice of Extension of Deferred Decision Deadline With Respect to Deferred Decision Contracts and Certain Deferred Decision Leases* [Docket No. 5118] ("Extension Notice," and jointly with the Rejection Notice, the " Notices").  In support thereof, Cigna respectfully states as follows.

**BACKGROUND**

1.      As of the January 11, 2025 Petition Date, Cigna and the above-captioned debtors ("Debtors") were parties to many agreements[1] (collectively, the "Payor Agreements") pursuant to which the Debtors, through the healthcare facilities they operated, provide covered healthcare services to eligible participants within the Cigna Provider Network.

2.      During the course of these Chapter 11 cases, this Court entered orders authorizing the sale of various asset groups.  Pursuant to several of those orders, Cigna's Payor Agreements related to the respective "Purchased Assets" were assumed and assigned.  *See* Docket No. 3029 (California), Docket No. 3627 (ECHN), Docket No. 2056 (Astrana), Docket No. 606 (Rhode Island), and Docket No. 3923 (Waterbury) (collectively, the "Sale Orders").

3.      By Order dated December 15, 2025, this Court confirmed the *Joint Chapter 11 Plan of Prospect Medical Holdings, Inc. and Its Debtor Affiliates* [Docket No. 4230] ("Plan Confirmation Order").  The Plan became effective as of March 6, 2026 ("Effective Date").

4.      Paragraph 192 of the Plan Confirmation Order required the Debtors to provide Cigna with written notice of the Debtors' decision to assume, assume and assign, or reject each of the Payor Agreements that had not already been assumed and assigned, no later than fifteen days prior to the Effective Date.  No such notice was received.

**THE NOTICES**

5.      The Rejection Notice proposes to reject the contracts listed thereon as of May 29, 2026.  The Rejection Notice includes the following Cigna listings:

| 66 | CIGNA HEALTH AND LIFE INSURANCE COMPANY | BLACKSTONE VALLEY SURGICARE; PROSPECT BLACKSTONE VALLEY SURGICARE, LLC | CONSENT TO ASSIGNMENT DATED 0810112017 | 5/29/2026 |
|----|----|----|----|----|
| 67 | CIGNA HEALTH AND LIFE INSURANCE | PROSPECT CHARTERCARE PHYSICIANS, LLC | PROVIDER GROUP | 5/29/2026 |

---

[1] Including all amendments thereto.

| | COMPANY | | SERVICES AGREEMENT DATED 1210612019 | |
|---|---|---|---|---|
| 68 | CIGNA HEALTH AND LIFE INSURANCE COMPANY | BLACKSTONE VALLEY SURGICARE; PROSPECT BLACKSTONE VALLEY SURGICARE, LLC | CONSENT TO ASSIGNMENT DATED 0810112017 | 5/29/2026 |
| 69 | CIGNA HEALTH AND LIFE INSURANCE COMPANY | PROSPECT CHARTERCARE PHYSICIANS, LLC | PROVIDER GROUP SERVICES AGREEMENT DATED 12/0612019 | 5/29/2026 |

6.      The Extension Notice proposes to extend the current June 4 deadline to designate the contracts listed thereon for assumption and assignment to September 2, 2026.  The Extension Notice includes the following Cigna listings.

| 95 | CIGNA | MANAGED CARE PLAN TO GROUP DATED: 01/01/2024 |
|---|---|---|
| 96 | CIGNA | AGREEMENT DATED: 01/01/2017 |
| 97 | CIGNA HEALTHCARE OF CONNECTICUT | MANAGED CARE PLAN TO GROUP DATED: 06/21/2023 |
| 98 | CIGNA HEALTHCARE OF CONNECTICUT | MANAGED CARE PLAN TO GROUP DATED: 04/01/2023 |
| 99 | CIGNA HEALTHCARE OF CONNECTICUT | MANAGED CARE PLAN TO GROUP DATED: 06/15/2023 |
| 100 | CIGNA HEALTHCARE OF CONNECTICUT | MANAGED CARE PLAN TO GROUP DATED: 07/15/2023 |
| 101 | CIGNA HEALTHCARE OF CONNECTICUT | MANAGED CARE PLAN TO GROUP DATED: 05/01/2023 |
| 102 | CIGNA HEALTHCARE OF CONNECTICUT | MANAGED CARE PLAN TO GROUP DATED: 06/01/2023 |
| 103 | CIGNA HEALTHCARE OF CONNECTICUT | MANAGED CARE PLAN TO GROUP DATED: 01/01/2023 |
| 104 | CIGNA HEALTHCARE OF CONNECTICUT | MANAGED CARE PLAN TO GROUP DATED: 02/15/2021 |
| 105 | CIGNA HEALTHCARE OF CONNECTICUT | MANAGED CARE PLAN TO GROUP DATED: 02/15/2022 |
| 106 | CIGNA HEALTHCARE OF CONNECTICUT | MANAGED CARE PLAN TO GROUP DATED: 02/22/2020 |
| 107 | CIGNA HEALTHCARE OF CONNECTICUT | CIGNA HEALTHCARE OF CONNECTICUT HSA AMDT DATED: 6.15.2024 |
| 108 | CIGNA HEALTHCARE OF CONNECTICUT | AMENDMENT/ADDENDUM DATED 08/01/2024 TO MANAGED CARE PLAN TO HOSPITAL DATED: 06/21/2023' |

| 272 | CIGNA HEALTH AND LIFE INSURANCE COMPANY | VENDOR OTHER DATED: 01/01/2018 |
|---|---|---|
| 273 | CIGNA HEALTH AND LIFE INSURANCE COMPANY | VENDOR SERVICE AGREEMENT DATED: 01/01/2017 |
| 274 | CIGNA HEALTH AND LIFE INSURANCE COMPANY | HUMAN RESOURCES OTHER DATED: 10/01/2016 |
| 275 | CIGNA HEALTH AND LIFE INSURANCE COMPANY | VENDOR SERVICE AGREEMENT DATED: 01/01/2020 |
| 276 | CIGNA HEALTH AND LIFE INSURANCE | HUMAN RESOURCES EMPLOYEE BENEFITS |

| | | |
|---|---|---|
| | COMPANY | DATED: 01/01/2021 |
| 277 | CIGNA HEALTH AND LIFE INSURANCE COMPANY | VENDOR SERVICE AGREEMENT DATED: 01/01/2015 |
| 278 | CIGNA HEALTH AND LIFE INSURANCE COMPANY | VENDOR SERVICE AGREEMENT DATED: 01/01/2016 |

| | | |
|---|---|---|
| 279 | CIGNA HEALTH AND LIFE INSURANCE COMPANY | VENDOR DATED: 01/01/2014 |
| 280 | CIGNA HEALTH AND LIFE INSURANCE COMPANY | VENDOR SERVICE AGREEMENT DATED: 01/01/2017 |
| 281 | CIGNA HEALTH LIFE INSURANCE COMPANY | VENDOR DATED: 01/01/2014 |
| 282 | CIGNA HEALTH LIFE INSURANCE COMPANY | VENDOR DATED: 01/01/2013 |
| 283 | CIGNA HEALTHCARE OF CALIFORNIA | VENDOR SERVICE AGREEMENT DATED: 01/01/2017 |
| 284 | CIGNA HEALTHCARE OF CALIFORNIA | VENDOR SERVICE AGREEMENT DATED: 01/01/2018 |
| 285 | CIGNA HEALTHCARE OF CALIFORNIA | HUMAN RESOURCES EMPLOYEE BENEFITS DATED: 01/01/2019 |
| 286 | CIGNA HEALTHCARE OF CALIFORNIA | HUMAN RESOURCES EMPLOYEE BENEFITS DATED: 01/01/2020 |
| 287 | CIGNA HEALTHCARE OF CALIFORNIA | VENDOR SERVICE AGREEMENT DATED: 01/01/2017 |
| 288 | CIGNA HEALTHCARE OF CALIFORNIA | VENDOR SERVICE AGREEMENT DATED: 01/01/2018 |
| 289 | CIGNA HEALTHCARE OF CALIFORNIA | VENDOR DATED: 01/01/2015 |
| 290 | CIGNA HEALTHCARE OF CALIFORNIA | VENDOR DATED: 01/01/2015 |
| 291 | CIGNA HEALTHCARE OF CONNECTICUT | MANAGED CARE PLAN TO GROUP DATED: 12/01/2020 |

7.     The Cigna references in the Notices (collectively, the "Cigna Listings") include descriptions of documents that are not executory contracts (*e.g.*, "Managed Care Plan to Group," "Vendor Other," "Vendor Dated") and incomplete descriptions of documents that may be contracts.

**OBJECTION**

8.     To the extent that the Notices could be construed to apply to Cigna's Payor Agreements, Cigna objects because, *inter alia*, (i) Payor Agreements have already been assumed and assigned pursuant to the Sale Orders; (ii) any proposed effect of the Notices on the Payor Agreements is contrary to the Plan Confirmation Order; (iii) the Notices propose to affect the disposition of documents that, if they are executory contracts, have not been correctly or adequately identified.

4

A.   Payor Agreements Assumed and Assigned Pursuant to the Sale Orders.

9.   Payor Agreements have already been assumed and assigned pursuant to the Sale Orders.  To the extent that the Notices were intended to apply to any of those Payor Agreements, they are of no effect.  Those Agreements cannot be rejected or re-assumed.

B.   The Plan Confirmation Order Nullifies the Notices as to Cigna's Payor Agreements.

10.   Cigna objected [Docket No. 3383] to the Debtors' Plan because, *inter alia*, it failed to provide Cigna with adequate and definitive notice of the proposed disposition of Payor Agreements that had not already been assumed and assigned.  To resolve this Objection, the Plan Confirmation Order directed that the Debtors provide Cigna with written notice of the final proposed disposition of the Payor Agreements no later than fifteen days prior to the Effective Date.  No such notice was received.

11.   As to the Extension Notice, the Plan Confirmation Order effectively nullified the Debtors' right to "designate" any Payor Agreements.

12.   As to the Rejection Notice, the Debtors' failure to provide the required notice forfeited any right the Debtors had to reject Payor Agreements.

C.   Identification of Contracts.

13.   The Cigna Listings in the Notices describe documents that are not executory contracts, or if executory contracts, are identified with insufficient specificity.  Thus, the Notices fail to provide Cigna with meaningful notice of any proposed disposition of the Payor Agreements.

14.   The Debtors have no remaining right to reject or defer decisions as to any Payor Agreements.  However, to the extent that they do, the Debtors must provide complete and

5

accurate descriptions of the Payor Agreements they seek to affect, and provide Cigna with notice and an opportunity to be heard thereon.

WHEREFORE, Cigna respectfully requests that this Court: (i) deny the relief sought by the Notices as to Cigna's Payor Agreements; and (ii) grant Cigna such additional relief as this Court deems just and equitable.

Dated: June 11, 2026                    HUSCH BLACKWELL LLP

/s/  *Alejandra Garcia Castro*
Alejandra Garcia Castro (State Bar No. 24131325)
1900 N. Pearl, Suite 1800
Dallas, TX  75201
Telephone: (214) 999-6100
Facsimile: (214) 999-6170
Email: alejandra.garciacastro@huschblackwell.com

and

Caleb T. Holzaepfel (TN BPR #33356)
736 Georgia Avenue, Suite 300
Chattanooga, TN  37402
Telephone: (423) 266-5500
Facsimile: (423) 266-5499
Email:  caleb.holzaepfel@huschblackwell.com

and

CONNOLLY GALLAGHER LLP
Jeffrey C. Wisler (#2795)
1201 North Market Street, 20th Floor
Wilmington, DE  19801
Telephone: (302) 757-7300
Facsimile: (302) 658-0380
jwisler@connollygallagher.com

Counsel for Cigna Health and Life Insurance Company

6

## CERTIFICATE OF SERVICE

I hereby certify that on June 11, 2026, a true and correct copy of the foregoing document was served via the Court's CM/ECF notification system.

/s/ Alejandra Garcia Castro
Alejandra Garcia Castro