**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| IN RE: | § | Chapter 11 |
| | § | |
| PROSPECT MEDICAL HOLDINGS, INC., *et al.*[1] | § | Case No. 25-80002 (SGI) |
| | § | |
| Debtors. | § | (Jointly Administered) |
| | § | |

# EXHIBIT 1

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://omniagentsolutions.com/Prospect. The Debtors' mailing address is 3824 Hughes Ave., Culver City, CA 90232.

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| IN RE: | § | Chapter 11 |
| | § | |
| PROSPECT MEDICAL HOLDINGS, INC., *et al.*[1] | § | Case No. 25-80002 (SGI) |
| | § | |
| Debtors. | § | (Jointly Administered) |
| | § | |

**ORDER GRANTING THE PERSONAL INJURY CLAIMANTS' MOTION FOR
LEAVE TO FILE DOCUMENTS UNDER SEAL**

Upon consideration of the *Personal Injury Claimants' Motion for Leave to File Documents Under Seal* (the Motion) filed by Jayme L. Pires, Individually and as Administratrix of the Estate of Peter Pires, Jr., Katie O'Connor, Individually and as Administratrix of the Estate of Stephen M. O'Connor, Ashley Pedro, Individually and as Parent and Guardian of Brooks Pedro, Dylan Pedro, Hitesh Shah, Individually and as

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://omniagentsolutions.com/Prospect. The Debtors' mailing address is 3824 Hughes Ave., Culver City, CA 90232.

Administrator of the Estate of Meghna Shah, Robert P. Matusz, Individually and as Executor of the Estate of Angela R. Matusz, Aerielle St. John and Andrew St. John, as Parents and Guardians of Tucker St. John, Pamela Dorn as the Administratrix of the Estate of Robert F. Dorn, Earl Bueno, Carlos Anthony Varela, Individually and as Administrator of the Estate of Iris Rivera aka Iris Margarita Rivera Ortiz (collectively, the Personal Injury Claimants) for entry of an order, pursuant to sections 105(a) and 107(b) of the Bankruptcy Code, Bankruptcy Rule 9018, and Local Rule 9077-1, authorizing the Personal Injury Claimants to file under seal certain Exhibits A and C-D listed in its *Objection to the Plan Administrator's Motion for Entry of an Order (I) Approving a Settlement Agreement with CHIC and the Settling Reinsurers Pursuant to Federal Rule of Bankruptcy Procedure 9019 and (II) Granting Related Relief* [Docket No. 5151]; and it appearing that the relief requested in the Motion is in the best interests of the Debtors' estate, its creditors and other parties in interest; the Court having found that due and proper notice of the Motion was provided under the particular circumstances and that no other or further notice need be provided; and the Court having determined that the legal and factual bases set forth in the Motion and at the hearing establish just cause for the relief granted herein, IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED.

2. The Personal Injury Claimants are authorized to file the Sealed Exhibits A and C-D under seal.

3. The Personal Injury Claimants shall provide unredacted copies of the Exhibits A and C-D to the Debtors.

4. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

5.      The Personal Injury Claimants are authorized to take all actions necessary to effectuate the relief granted in this Order.

6.      This Court shall retain jurisdiction with respect to any and all matters arising from or related to the implementation or interpretation of this Order.

**# # # End of Order # # #**