Jon Lieberman
TEXAS BAR NO.
McCalla Raymer Leibert Pierce, LLP
1544 Old Alabama Road
Roswell, GA 30076
Direct Phone: 513-538-2252
Jon.Lieberman@mccalla.com

ATTORNEY FOR FREEDOM MORTGAGE CORPORATION

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
(MEGA DOCKET DAL)

| | | |
|---|---|---|
| IN RE: | § | CASE NO.  25-80002-sgj11 |
| | § | |
| PROSPECT MEDICAL HOLDINGS, INC., | § | CHAPTER 11 |
| Debtor, | § | |
| | § | |
| | § | |
| | § | |
| FREEDOM MORTGAGE | § | |
| CORPORATION, | § | |
| MOVANT, | § | |
| | § | |
| vs. | § | |
| | § | |
| PROSPECT MEDICAL HOLDINGS, INC., | § | |
| Debtor | § | |
| RESPONDENT. | § | |
| | § | |

**MOTION FOR RELIEF FROM THE AUTOMATIC STAY
AGAINST 26 PILGRIM LANE, MANCHESTER, CT 06040
AND WAIVER OF THIRTY DAY REQUIREMENT PURSUANT TO
§ 362(e)**

**Your rights may be affected by the relief sought in this pleading. You should read this pleading carefully and discuss it with your attorney if you have one in this bankruptcy case. If you oppose the relief sought by this pleading, you <u>must</u> file a written objection, explaining the factual and/or legal basis for opposing the relief.**

**No hearing will be conducted on this Motion unless a written objection is filed with the Clerk of the United States Bankruptcy Court and served upon the party filing this pleading _WITHIN FOURTEEN (14) DAYS FROM THE DATE OF SERVICE_ shown in the certificate of service unless the Court shortens or extends the time for filing such objection. If no**

**objection is timely served and filed, this pleading shall be deemed to be unopposed, and the Court may enter an order granting the relief sought. If an objection is filed and served in a timely manner, the Court will thereafter set a hearing with appropriate notice. If you fail to appear at the hearing, your objection may be stricken. The Court reserves the right to set a hearing on any matter.**

MOTION FOR RELIEF FROM THE AUTOMATIC STAY

COMES NOW, Freedom Mortgage Corporation (the "Movant"), by and through its undersigned attorney, and shows this Court the following:

1.      This is a motion under 11 U.S.C. § 362(d) for relief from the automatic stay for all purposes allowed by law and the contract between the Movant and the Borrowers, including, but not limited to, the right to foreclose on certain real property.

2.      On or about January 11, 2025, your Debtor, Prospect Medical Holdings, Inc., petitioned this Honorable Court for protection pursuant to Title 11, Chapter 11 of the United States Code.

3.      Movant is a secured creditor of James Michael Dougherty and Vanesa Janina Dougherty pursuant to a Note executed by James Michael Dougherty and Vanesa Janina Dougherty ("Borrowers") on September 2, 2016, whereby Borrowers promised to repay the original principal amount of $270,019.00 plus interest to Residential Mortgage Services, Inc., (the "Note"). Movant is in possession of the Promissory Note through its authorized agent or custodian. A copy of the Note is attached as **"Exhibit "A"**.

4.      To secure repayment of the Note, Borrowers executed an Open-End Mortgage Deed in favor of MERS Inc., as nominee for Residential Mortgage Services, Inc., which was recorded on September 6, 2016, in Book 4373 at Pages 153-162 in the Official Public Records of Hartford County, Connecticut (the "Deed of Trust"), encumbering the real property located at 26

Pilgrim Lane, Manchester, CT 06040 (the "Property"). A copy of the Open-End Mortgage Deed of Trust is attached hereto as **Exhibit "B"**.

5. The Deed of Trust was subsequently assigned to Movant as evidenced by the Corporate Assignment of Mortgage recorded on August 16, 2021 in Book 4661 at Page 291 in the Official Public Records of Hartford County, Connecticut (the "Assignment'). A copy of the Assignment is attached hereto as **Exhibit "C"**.

6. The terms of the Note were amended by a Loan Modification Agreement entered into by and between Freedom Mortgage Corporation and the Borrowers executed on November 25, 2024 (the "Loan Modification Agreement").   A copy of the Loan Modification Agreement is attached hereto as **Exhibit "D".**

7. As of April 13, 2026, Borrowers are delinquent for fifteen (15) payments of $2,792.41 each (February 1, 2025 - April 1, 2026), for a post-petition delinquency of $41,886.15, pursuant to the terms of the Loan Documents, in addition to attorney fees of $1,350.00 and court filing costs of $199.00 in association with the filing and prosecution of this Motion.

8. As of April 13, 2026 good through May 13, 2026, the unpaid principal balance is $284,655.43, and interest is due thereon in accordance with the Note.  The total payoff due is estimated at $330,535.95.

9. The Debtor, Prospect Medical Holdings, Inc., may hold a junior lien on the Property pursuant to a certain judgment lien recorded in the State of Connecticut, as successor in interest to the original lienholder.  A copy of the Judgment Lien is attached hereto as **"Exhibit E."**  As a junior lienholder on the Property, the Debtor would be a Party Defendant in any foreclosure action against the Borrowers.

10. The provision of Rule 4001 (a) (3) should be waived, and Movant be permitted to

immediately enforce and implement any order granting relief from the automatic stay.

WHEREFORE, Movant prays (1) for an Order modifying the automatic stay, authorizing Movant, its successors and assigns, to proceed with the exercise of its private power of sale and to foreclose under its Deed of Trust and appropriate state statutes against the real property located at and commonly known as 26 Pilgrim Lane, Manchester, CT 06040 (the "Property"); (2) for waiver of Bankruptcy Rule 4001 (a)(3); and (3) for such other and further relief as this Court deems just and equitable.

Dated: 08/10/2026

*/s/ Jon  Lieberman*
Jon  Lieberman, TX BAR NO.
Attorney for Movant
McCalla Raymer Leibert Pierce, LLP
1544 Old Alabama Road
Roswell, GA 30076
513-538-2252
Jon.Lieberman@mccalla.com

CERTIFICATE OF SERVICE

I, Jon  Lieberman, of McCalla Raymer Leibert Pierce, LLP, 1544 Old Alabama Road, Roswell, GA 30076, certify:

That on the date below, I served a copy of the MOTION FOR RELIEF FROM THE AUTOMATIC STAY filed in this bankruptcy matter on the following parties at the addresses shown, by regular United States Mail, postage prepaid, unless another manner of service is expressly indicated and the attached list of the 20 largest unsecured creditors:

Prospect Medical Holdings, Inc.
3824 Hughes Avenue
Culver City, CA 90232
*Debtor*

Michael Dougherty
26 Pilgrim Lane
Manchester, CT 06040
*Co-Debtor*

Vanesa Janina Dougherty
26 Pilgrim Lane
Manchester, CT 06040
*Co-Debtor*

James H. Billingsley                                      *(served via ECF notification)*
Duane Morris LLP
200 Crescent Court
Ste 900
Dallas, TX 75201
*Attorney for Debtor*

U.S. Trustee                                             *(served via ECF notification)*
United States Trustee
1100 Commerce Street
Room 976
Dallas, TX 75202

Executed on: __08/10/2026__  By: __*/s/ Jon  Lieberman*_____
                  (date)          Jon  Lieberman TX BAR NO.
                                  Attorney for Movant

## <u>SUMMARY OF EXHIBITS</u>

A.  Note

B.  Open-End Mortgage  Deed

C.  Corporate Assignment of Deed of Trust

D.  Loan Modification Agreement

E.  Judgment Lien

F.  Affidavit in Support of Motion for Relief from the Automatic Stay


*Copies of Exhibits are available by written request to:

McCalla Raymer Leibert Pierce, LLP
1544 Old Alabama Road
Roswell, Georgia 30076