CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed August 31, 2026**

**United States Bankruptcy Judge**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| PROSPECT MEDICAL HOLDINGS, INC., *et al.*,[1] | Case No. 25-80002 (SGJ) |
| Reorganized PMH and the Wind-Down Debtors. | (Jointly Administered)<br>Rel. to Dkt. No. 5253 |

**ORDER GRANTING MOTION FOR CONTINUANCE OF HEARING OF PLAN ADMINISTRATOR'S MOTION FOR ENTRY OF AN ORDER (I) APPROVING A SETTLEMENT AGREEMENT WITH CHIC AND THE SETTLING REINSURERS PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 9019 AND (II) GRANTING RELATED RELIEF**

The Plan Administrator for the estates of Prospect Medical Holdings, Inc. and certain of its affiliates and related entities (collectively, prior to the effective date of their chapter 11 plan,

[1] A complete list of each of the Post-Emergence Debtors in these chapter 11 cases may be obtained on the website of the Post-Emergence Debtors' claims and noticing agent at https://omniagentsolutions.com/Prospect. The Post-Emergence Debtors' mailing address is 3824 Hughes Ave., Culver City, CA 90232.

the "Debtors" and currently, the "Post-Emergence Debtors")[2] have requested by the filing of a motion (the "Motion")[3] that the hearing on the 9019 Motion be adjourned to September 4, 2026 at 9:30 a.m. (prevailing Central Time); and this Court having jurisdiction pursuant to 28 U.S.C. §1334; and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and it appearing that venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice having been provided, and it appearing that no other or further notice need be provided; and it appearing that the relief requested is in the best interests of the Post-Emergence Debtors; and upon all of the proceedings had before this Court and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The relief requested in this Motion is GRANTED as set forth herein.

2. The hearing on the 9019 Motion previously scheduled for August 6, 2026 at 9:30 a.m. (prevailing Central Time) is continued to **October 14, 2026 at 9:30 a.m. (prevailing Central Time)**.

3. This Order shall be immediately effective and enforceable upon entry by the Court.

4. This Order is without prejudice to the Plan Administrator's or any other party's rights and arguments with respect to the 9019 Motion.

5. Notwithstanding Bankruptcy Rule 6004(h), the terms and conditions of this Order are immediately effective and enforceable upon its entry.

---

[2] For the avoidance of doubt, references herein to the Debtors shall, with respect to periods on and after the Effective Date, be deemed to refer to the Post-Emergence Debtors, and references to the Post-Emergence Debtors shall, with respect to periods prior to the Effective Date, be deemed to refer to the Debtors, in each case, as the context requires.

[3] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion.

6. The Post-Emergence Debtors and the Plan Administrator are authorized to take all such actions as are necessary or appropriate to implement the terms of this Order.

7. The Court shall retain sole and exclusive jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

**# # # IT IS SO ORDERED # # #**

Order submitted by:

*/s/ Vincent Slusher*

The Law Office of Vincent P. Slusher
Vincent P. Slusher (00785480)
2121 N. Akard St., Suite 250
Dallas, Texas 75201
Telephone: (214) 478-5926
Email: Vincent.slusher@proton.me

*Counsel to the Plan Administrator*