**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| In re:<br><br>PROSPECT MEDICAL HOLDINGS, INC., *et al.*,[1]<br><br>Reorganized PMH and<br>Wind-Down Debtors. | Chapter 11<br><br>Case No. 25-80002 (SGJ)<br><br>(Jointly Administered) |

**AFFIDAVIT OF SERVICE**

I, Darleen Sahagun, am employed in the county of Los Angeles, State of California. I hereby certify that on September 1, 2026, at my direction and under my supervision, employees of Omni Agent Solutions, Inc. caused true and correct copies of the following documents to be served (i) via the methods set forth on the Master Service List attached hereto as **Exhibit A**, and (ii) via the methods set forth on the Service List attached hereto as **Exhibit B**:

- **Order Granting Motion for Continuance of Hearing of Plan Administrator's Motion for Entry of an Order (I) Approving a Settlement Agreement with CHIC and the Settling Reinsurers Pursuant to Federal Rule of Bankruptcy Procedure 9019 and (II) Granting Related Relief [Docket No. 5255]**

- **Notice of Continued Hearing for October 14, 2026 Setting [Docket No. 5256]**

Dated: September 4, 2026

Darleen Sahagun
Omni Agent Solutions, Inc.
5955 De Soto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300

{State of California }
{ } ss.
{County of Los Angeles }

Subscribed and sworn to (or affirmed) before me on this 4th day of September, 2026 by Darleen Sahagun, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Carolyn K. Cashman
Notary Public

CAROLYN K. CASHMAN
Notary Public - California
Los Angeles County
Commission # 2547598
My Comm. Expires Mar 11, 2030

[1] A complete list of each of the Wind-Down Debtors in these chapter 11 cases may be obtained on the website of the Wind-Down Debtors' claims and noticing agent at https://omniagentsolutions.com/Prospect. The Wind-Down Debtors' mailing address is 3824 Hughes Ave., Culver City, CA 90232.

# EXHIBIT A

**Exhibit A**

**Master Service List**

| Description | Name | Address | Email | Method of Service |
|---|---|---|---|---|
| *NOA - Counsel to Infor (US), LLC | Barnes & Thornburg LLP | Attn: Joshua Brandau<br>2121 N Pearl St, Ste 700<br>Dallas, TX 75201 | jbrandau@btlaw.com | Email |
| *NOA - Counsel For U.S. Bank Trust National Association and Wilmington Savings Fund Society, Fsb, As Trustee Ofwampus Mortgage Loan Trust | Brock & Scott, PLLC | Attn: Jennifer Anne Hooper<br>3825 Forrestgate Dr<br>Winston Salem, NC 27103 | TXBKR@brockandscott.com | Email |
| Plan Administrator | Frank Saidara | 2355 Westwood Blvd, Ste 1101<br>Los Angeles, CA 90064 | franks@saidara.org | Email |
| *NOA - Counsel for VisiQuate, Inc | Franklin Soto Leeds LLP | Attn: Shelby A Poteet/Paul J Leeds<br>444 West C St, Ste 300<br>San Diego, CA 92101 | spoteet@fsl.law;<br>pleeds@fsl.law | Email |
| *NOA - Counsel for Prospect GUC Trust | Kelley Drye & Warren LLP | Attn: Jason R Adams/Eric R Wilson<br>Attn: Monica Sanchez/Steve Yachik<br>3 World Trade Ctr<br>175 Greenwich St<br>New York, NY 10007 | jadams@kelleydrye.com;<br>ewilson@kelleydrye.com;<br>msanchez@kelleydrye.com;<br>syachik@kelleydrye.com | Email |
| *NOA - Counsel for Freedom Mortgage Corporation | McCalla Raymer Leibert Pierce, LLP | Attn: Toni Townsend<br>1544 Old Alabama Rd<br>Roswell, GA 30076 | Toni.Townsend@mccalla.com | Email |
| US Trustee | Office of the United States Trustee | 1100 Commerce St, Ste 976<br>Dallas, TX 75242 | elizabeth.a.young@usdoj.gov | Email |
| Debtors | Prospect Medical Holdings, Inc | Attn: Frank Saidara, General Counsel<br>3824 Hughes Ave<br>Culver City, CA 90232 | frank.saidara@pmh.com;<br>prundell@alvarezandmarsal.com | Email |
| Debtors Counsel | Sidley Austin LLP | Attn: Thomas R Califano/Rakhee V Patel<br>Attn: Maegan Quejada<br>2021 McKinney Ave, Ste 2000<br>Dallas, Texas 75201 | tom.califano@sidley.com;<br>rpatel@sidley.com;<br>mquejada@sidley.com | Email |
| Debtors Counsel | Sidley Austin LLP | Attn: William E Curtin/Patrick Venter<br>Attn: Anne G Wallice<br>787 Seventh Ave<br>New York, NY 10019 | wcurtin@sidley.com;<br>pventer@sidley.com;<br>anne.wallice@sidley.com | Email |
| *NOA - Counsel for Prospect GUC Trust | Sills Cummis & Gross PC | Attn: Andrew H Sherman/Boris I Mankovetskiy<br>1 Riverfront Plz<br>Newark, NJ 07102 | asherman@sillscummis.com;<br>bmankovetskiy@sillscummis.com | Email |
| NOA - U.S. Bank National Association | US Bank NA | 2800 Tamarack Rd<br>Owensboro, KY 42301 | | First Class Mail |
| Counsel to the Plan Administrator | Vincent Slusher | c/o Law Office of Vincent Slusher<br>2121N Akard St, Ste 250<br>Dallas, TX 75201 | vince.slusher@proton.me | Email |

# **EXHIBIT B**

**Exhibit B**
**Service List**

| Name | Address | | | | Email | Method of Service |
|---|---|---|---|---|---|---|
| Allied World Insurance Company | Attn: Thomas S. Reed, VP | | | | thomas.reed@awac.com | Email |
| Allied World Specialty Ins Co | c/o Werner Ahari Mangel LLP | Attn: Justin S Levy | 8117 Preston Rd, Ste 300 | Dallas, TX 75225 | | First Class Mail |
| Allied World Specialty Ins Co A XV | 1690 New Britain Ave, Ste 101 | Farmington, CT 06032 | | | | First Class Mail |
| Arch Health Partners | P.O. Box 51739 | Los Angeles, CA 90051 | | | | First Class Mail |
| Berkley Ins Co | c/o Fultz Maddox Dickens PLC | Attn: Phillip Martin, Laura Brymer | | | pmartin@fmdlegal.com | Email |
| Berkley Ins Co | c/o Fultz Maddox Dickens PLC | Attn: Laura Brymer | | | lbrymer@fmdlegal.com | Email |
| Berkley Ins Co | 433 S Main St, Ste 200 | W Hartford, CT 06110 | | | | First Class Mail |
| Berkley Insurance Co | 433 S Main St, Ste 200 | W Hartford, CT 06110 | | | | First Class Mail |
| Berkley Managers Insurance Services LLC | Attn: Rob Bartolone | | | | rbartolone@berkleyhealthcare.com | Email |
| Berkley Professional Liability E&S | Attn: Claims Dept | 757 3rd Ave, 10th Fl | New York, NY 10017 | | | First Class Mail |
| Berkley Professional Liability E&S | Berkley Professional Liability Claims | c/o Claims Department | 757 3rd Ave, 10th Fl | New York, NY 10017 | | First Class Mail |
| Berkshire Hathaway Specialty Ins Co | Attn: Anthony Pizzonia, Julie Keegan | | | | Anthony.Pizzonia@bhspecialty.com; julie.keegan@bhspecialty.com | Email |
| BRIT | The Leadenhall Building | 122 Leadenhall Street | London, EC3V 4AB | United Kingdom | | First Class Mail |
| Chaucer | 52 Lime Street | London, EC3M 7Af | United Kingdom | | | First Class Mail |
| Chubb | 525 W Monroe, 7th Fl | Chicago, IL 60661 | | | | First Class Mail |
| Clark Hill PLC | 130 E. Randolph Street, Suite 3900 | Chicago, IL 60601 | | | sbraun@clarkhill.com | Email<br>First Class Mail |
| Clark Hill PLC | Attn: Duane J Brescia | | | | dbrescia@clarkhill.com | Email |
| Convex | 52 Lime Street | London, EC3M 7Af | United Kingdom | | | First Class Mail |
| Dale | 70 St Mary Axe | London, EC3A 8BE | United Kingdom | | | First Class Mail |
| Endurance American Ins Co | c/o Fultz Maddox Dickens PLC | Attn: Phillip Martin, Laura Brymer | | | pmartin@fmdlegal.com | Email |
| Endurance American Specialty Ins Co | 1221 Ave of The Americas | New York, NY 10020 | | | | First Class Mail |
| Endurance American Specialty Ins Co | Commercial Management Liability | Attn: Professional Lines Underwriting Dept | 1221 Ave of the Americas | New York, NY 10020 | | First Class Mail |
| Endurance American Specialty Insurance Co | 1221 Ave of The Americas | New York, NY 10020 | | | | First Class Mail |
| Endurance Otakhor Ekhator | 1980 E State Hwy 121, Apt 3302 | Lewisville, TX 75056 | | | | First Class Mail |
| Endurance Risk Solutions Assurance Co | 1221 Ave of The Americas | New York, NY 10020 | | | | First Class Mail |
| Hamilton County Hospital District | 1939 Bandera Rd | San Antonio, TX 78228 | | | | First Class Mail |
| Hamilton County Hospital District | dba Inspiration Hills Rehab Ctr | 1939 Bandera Rd | San Antonio, TX 78228 | | | First Class Mail |
| JTC Group | Attn: Michael Pearson | | | | michael.pearson@jtcgroup.com | Email |
| JTC Group | Attn: Orla O'Regan | | | | orla.oregan@jtcgroup.com | Email |
| Lexington Insurance Co | Attn: Mary G McCarthy, Associate General Counsel | | | | Mary.McCarthy1@aig.com | Email |
| Lexington Insurance Company | c/o Zeichner Ellman & Krause LLP | Attn: Michael S Davis, Bryan D Leinbach | | | mdavis@zeklaw.com; bleinbach@zeklaw.com | Email |
| MS Amlin | The Leadenhall Building | 122 Leadenhall Street | London, EC3V 4AB | United Kingdom | | First Class Mail |
| The Medical Protective Co | c/o Taft Law | Attn: Kimberly Ross Clayson, Esq | | | kclayson@taftlaw.com | Email |
| The Medical Protective Co | 23289 Network Place | Chicago, IL 60673 | | | | First Class Mail |
| Troutman Pepper Locke LLP | Attn: W Steven Bryant | | | | steven.bryant@troutman.com | Email |
| Troutman Pepper Locke LLP | Attn: Sarah L Hautzinger Loumeau | | | | sarah.hautzingerloumeau@troutman.com | Email |
| Troutman Pepper Locke LLP | Attn: Michael B Kind | | | | michael.kind@troutman.com | Email |
| Troutman Pepper Locke LLP | Attn: Jonathan W Young | | | | jonathan.young@troutman.com | Email |