Jason R. Adams
Eric R. Wilson (admitted *pro hac vice*)
Steven Yachik (admitted *pro hac vice*)
**KELLEY DRYE & WARREN LLP**
3 World Trade Center
175 Greenwich Street
New York, NY 10007
Telephone: (212) 808-7800
Facsimile: (212) 808-7897
Email: jadams@kelleydrye.com
ewilson@kelleydrye.com
syachik@kelleydrye.com

*Counsel for the Prospect GUC Trust*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| Prospect Medical Holdings, Inc., *et al.*,[1] | Case Number: 25-80002 (SGJ) |
| Wind-Down Debtors. | (Jointly Administered) |

**NOTICE OF HEARING FOR OCTOBER 13, 2026 SETTING**

**PLEASE TAKE NOTICE** that a hearing has been scheduled for **October 13, 2026, at 10:30 a.m. (prevailing Central Time)** before the Hon. Stacey G. C. Jernigan to consider the following matters:

1. *Joint Motion of the Prospect GUC Trust and the Plan Administrator for Entry of an Order Extending the Claim Objection Deadline* [Docket No. 5251]

2. *Second Motion of the GUC Trust for Entry of an Order Further Extending the Deadline to File Notices to Remove Actions* [Docket No. 5272]

**PLEASE TAKE FURTHER NOTICE** that parties may participate in the hearing either in person or by an audio and video connection.

**PLEASE TAKE FURTHER NOTICE** that, parties who wish to appear and participate in the hearing by videoconference may do so via WebEx at the following link:

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Reorganized Debtors' claims and noticing agent at https://omniagentsolutions.com/Prospect. The Reorganized Debtors' mailing address is 3824 Hughes Ave., Culver City, CA 90232.

**Link**: https://us-courts.webex.com/meet/jerniga

**PLEASE TAKE FURTHER NOTICE** that, the WebEx hearing instructions may be obtained from Judge Jernigan's hearing/calendar site: https://www.txnb.uscourts.gov/judges-info/hearing-dates/chief-judge-jernigans-hearing-dates. Parties should review the Webex instructions prior to the hearing.

**Dial-In: (650) 479-3207**

**Access Code: 2304 154 2638**

**PLEASE TAKE FURTHER NOTICE** that, hearing appearances must be made electronically in advance of electronic hearings. To make your appearance, click the "Electronic Appearance" link on Judge Jernigan's homepage: https://www.txnb.uscourts.gov/content/chiefjudge-stacey-g-c-jernigan. Select the case name, complete the required fields and click "Submit" to complete your appearance.

**PLEASE TAKE FURTHER NOTICE** that, copies of the foregoing pleadings may be obtained (i) at the website established by the Debtors' noticing agent, Omni Agent Solutions, Inc., at https://omniagentsolutions.com/Prospect, (ii) from the Court's website http://www.txnb.uscourts.gov via ECF/Pacer, or (iii) upon request to the undersigned.

Dated: September 11, 2026

**KELLEY DRYE & WARREN LLP**

By: */s/ Jason R. Adams*

Jason R. Adams
Eric R. Wilson (admitted *pro hac vice*)
Steven Yachik (admitted *pro hac vice*)
3 World Trade Center
175 Greenwich Street
New York, NY 10007
Tel: (212) 808-7800
Fax: (212) 808-7897
Email: jadams@kelleydrye.com
ewilson@kelleydrye.com
syachik@kelleydrye.com

*Counsel for the Prospect GUC Trust*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on September 11, 2026, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Northern District of Texas.

*/s/ Jason R. Adams*
Jason R. Adams