The Law Office of Vincent P. Slusher
Vincent P. Slusher (00785480)
2121 N. Akard St., Suite 250
Dallas, Texas 75201
Telephone: (214) 478-5926
Email: vince.slusher@proton.me

*Counsel to the Plan Administrator*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| In re:<br><br>PROSPECT MEDICAL HOLDINGS, INC., *et al.*,[1]<br><br>Reorganized PMH and Wind-Down Debtors. | Chapter 11<br><br>Case No. 25-80002 (SGJ)<br><br>(Jointly Administered) |

**NOTICE OF HEARING FOR DECEMBER 1, 2026 SETTING**

**PLEASE TAKE NOTICE** that a hearing is now scheduled for **December 1, 2026, at 9:30 a.m. (prevailing Central Time**) before the Honorable Stacey G.C. Jernigan to consider the following matter:

1. *Plan Administrator's Emergency Motion for Entry of an Order (I) Approving Settlement Documents with Safety National Casualty Corporation Pursuant to Federal Rule of Bankruptcy Procedure 9019 and (II) Granting Related Relief* [Docket No. 5391].

**PLEASE TAKE FURTHER NOTICE** that parties may participate in the hearing either in person or by an audio and video connection.

**PLEASE TAKE FURTHER NOTICE** that parties who wish to appear and participate in the hearing by videoconference may do so via WebEx at the following link:

**LINK:** **https://us-courts.webex.com/meet/jerniga**

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://omniagentsolutions.com/Prospect. The Debtors' mailing address is 3824 Hughes Ave., Culver City, CA 90232.

**PLEASE TAKE FURTHER NOTICE** that the WebEx hearing instructions may be obtained from Judge Jernigan's hearing/calendar site: **https://www.txnb.uscourts.gov/judges-info/hearing-dates/chief-judgejernigans-hearing-dates.** Parties should review the Webex instructions prior to the hearing.

- **Dial-In:** **650.479.3207**
- **Access Code:** **2304 154 2638**

**PLEASE TAKE FURTHER NOTICE** that hearing appearances must be made electronically in advance of electronic hearings. To make your appearance, click the "Electronic Appearance" link on Judge Jernigan's homepage: **https://www.txnb.uscourts.gov/content/chief-judge-stacey-g-c-jernigan**. Select the case name, complete the required fields and click "Submit" to complete your appearance.

**PLEASE TAKE FURTHER NOTICE** that copies of the foregoing pleadings may be obtained (i) at the website established by the Debtors' noticing agent, Omni Agent Solutions, Inc., at https://omniagentsolutions.com/Prospect, (ii) from the Court's website http://www.txnb.uscourts.gov via ECF/Pacer, or (iii) upon request to the undersigned.

[*Remainder of the page intentionally left blank.*]

Dated: November 23, 2026
Dallas, Texas

*/s/ Vincent Slusher*

The Law Office of Vincent P. Slusher
Vincent P. Slusher (00785480)
2121 N. Akard St., Suite 250
Dallas, Texas 75201
Telephone: (214) 478-5926
Email: vince.slusher@proton.me

*Counsel to the Plan Administrator*

**Certificate of Service**

I certify that on November 23, 2026, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Northern District of Texas.

/s/ *Vincent Slusher*
Vincent P. Slusher